IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>NORTHERN</u>           DIVISION

JOSHUA DUNN, et al.           )
                              )
          Plaintiff,          )  RECEIVED
                              )
v.                            )  2014 JUN 17 A 10: 23   CASE NO. 2:14-cv-601-wkw
                              )
KIM THOMAS, in his official capacity, et al.  )
                              )  DEBRA P. HACKETT, CLK
                              )  U.S. DISTRICT COURT
          Defendants,         )  MIDDLE DISTRICT ALA

## CONFLICT DISCLOSURE STATEMENT

COMES NOW <u>EDWARD BRAGGS</u>, a <u>Plaintiff</u> in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☑ This party is an individual, or

☐ This party is a governmental entity, or

☑ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

<u>Reportable Entity</u>                    <u>Relationship to Party</u>

_____           _____

_____           _____

_____           _____

6/17/2014                             _____
Date                                  (Signature)

                                      MARIA V. MORRIS
                                      (Counsel's Name)

                                      Joshua Dunn, et al.
                                      Counsel for (print names of all parties)
                                      Southern Poverty Law Center
                                      400 WASHINGTON AVENUE, MONTGOMERY, AL 36104
                                      Address, City, State Zip Code
                                      (334) 956-8200
                                      Telephone Number