# EXHIBIT 36

Alabama Department of Corrections

## INCIDENT REPORT

| 1. Institution/Division: LIMESTONE CORRECTIONAL CENTER | 2. Date: 1/21/2011 | 3. Time: 1:15:00 AM | 4. Inc. No: LCF-11-00054 Class Code: A |
|---|---|---|---|
| 5. Type of Incident - PRIMARY: Death - Inmate - Suicide | | 6. ASCA Incident Type - PRIMARY: III 8.1 Inmate Suicide | |
| 7. Type of Incident - Secondary: N/A | | 8. ASCA Incident Type - Secondary: | |
| 9. Who Received Report: MITCHELL, PHILLIP | | 10. Time Incident Reported: 1/21/2011 1:16:00 AM | |
| 11. Location of Incident: Dormitory A Cell ▇ | | | |
| 12. Victim(s): Name ▇▇▇▇▇▇▇ | | | AIS ▇▇▇ |
| 13. Suspect(s): Name N/A | | | AIS Other |
| 14. Witness(es): Name CRAVEN, COREY | | | AIS Staff |

**PHYSICAL EVIDENCE:**

| 15. Type of Evidence / Description: Other Other / State-issued razor blade | 16. Chain of Evidence / Location & Date: ▇▇▇▇ / Dormitory A Cell ▇ 1/21/2011 1:15:00 AM |
|---|---|
| | I&I Investigator T.J. Loggins / Dormitory A Cell ▇ 1/21/2011 5:53:00 AM |

**17. Narrative Summary:**

On January 21, 2011, Sergeant Jonathan Sanders was the assigned A-side Supervisor. At approximately 1:15 A.M., Officer Corey Craven was escorting Nurse Debbie Bunn, RN, on medical rounds. Officer Craven opened Dormitory A Cell ▇ which was assigned to Inmate ▇▇▇▇, Social Security ▇▇▇▇ DOB ▇▇▇▇. Officer Craven and Nurse Bunn observed Inmate ▇▇ lying in bed on Inmate ▇▇ right side with Inmate ▇▇ right arm under Inmate ▇▇ head. Officer Craven and Nurse Bunn observed blood on Inmate ▇▇ and on the floor and walls. Nurse Bunn immediately called for "help". Sergeant Sanders and Nurses John Canavan, Eleanor Carter, and Mary Talley responded to Cell ▇. Sergeant Sanders observed Inmate ▇▇ lying in the bed covered in blood. At approximately 1:16 A.M., Sergeant Sanders notified Lieutenant Phillip Mitchell and requested that Lieutenant Mitchell, immediately, report to Dormitory A, Health Care Unit. Sergeant Sanders entered Cell ▇ and questioned Inmate ▇▇ as to why Inmate ▇▇ had cut himself. Inmate ▇▇ stated, "I'm not getting enough medical attention." At approximately 1:18 A.M., Lieutenant Mitchell and Officer Michael Jones entered Dormitory A and reported to Cell ▇. At approximately 1:20 A.M., Radio Operator, Ms. Janice Hendon, notified the Athens-Limestone Ambulance Service that an ambulance was needed at Limestone Correctional Facility for a transfer. At approximately 1:22 A.M., Sergeant Sanders took five (5) photographs of Inmate ▇▇ and Cell ▇. (See attached) At approximately 1:43 A.M., Nurse Bunn observed that Inmate ▇▇ had stopped breathing. Nurses Bunn, Canavan, and Carter began CPR. Nurse Talley attached Inmate ▇▇ to the Automated External Defibrillator. At approximately 1:50 A.M., the Athens-Limestone Ambulance Service entered Limestone Correctional Facility with Paramedic Randy Pace and EMT Tim Toone. At approximately 1:54 A.M., Inmate ▇▇ was placed in the Athens-Limestone Ambulance. Paramedic Pace and EMT Toone continued to perform CPR and attend to Inmate ▇▇. At approximately 2:06 A.M., Paramedic Pace intubated Inmate ▇▇ while in the ambulance. At approximately 2:12 A.M., the Athens-Limestone Ambulance exited Limestone Correctional Facility with Inmate ▇▇. Officers Tyree Murphy and Jason Bolduc provided security in the ambulance and Officer Spurgeon Johnson followed in State Van #1443. At approximately 2:22 A.M., Sergeant Sanders secured Dormitory A Cell ▇. At approximately 2:25 A.M., the Athens-Limestone Ambulance arrived at Athens-Limestone

Alabama Department of Corrections

## INCIDENT REPORT CONTINUATION LCF-11-00054

**17. Narrative Summary:**

Hospital Emergency Room with Inmate ▇▇▇. Dr. Milton George and Nurses Regina Hayes, Melissa Watson, and Linda Hensley performed CPR and attended to Inmate ▇▇▇. At approximately 2:26 A.M., Sergeant Sanders notified Warden III Billy Mitchem of the incident. At approximately 2:29 A.M., Sergeant Sanders notified the On-Call Official, Captain Lloyd Wallace, of the incident. At approximately 2:51 A.M., Dr. George pronounced Inmate ▇▇▇ deceased. Assistant Limestone County Coroner David Malone was present when Dr. George pronounced Inmate ▇▇▇ deceased. At approximately 2:53 A.M., Officer Johnson notified Sergeant Sanders that Dr. George had pronounced Inmate ▇▇▇ deceased. At approximately 2:58 A.M., Sergeant Sanders notified Warden III Mitchem that Inmate ▇▇▇ had been pronounced deceased. At approximately 3:01 A.M., Sergeant Sanders notified Captain Wallace that Inmate ▇▇▇ had been pronounced deceased. At approximately 3:07 A.M., Sergeant Sanders notified Warden II Jimmy Patrick that Inmate ▇▇▇ had been pronounced deceased. At approximately 3:10 A.M., Lieutenant Mitchell notified Trinity Funeral Home that Inmate ▇▇▇ had been pronounced deceased and would be required to be transported for an autopsy. At approximately 3:20 A.M., Sergeant Sanders notified Chaplain Charles Baggett that Inmate ▇▇▇ had been pronounced deceased. Sergeant Sanders gave Inmate ▇▇▇ contact information to Chaplain Baggett. At approximately 3:22 A.M., Sergeant Sanders notified Warden I Dorothy B. Goode that Inmate ▇▇▇ had been pronounced deceased. At approximately 3:25 A.M., Sergeant Sanders notified Captain Patrick Robinson that Inmate ▇▇▇ had been pronounced deceased. At approximately 3:27 A.M., Sergeant Sanders notified Captain David Tully that Inmate ▇▇▇ had been pronounced deceased. At approximately 3:59 A.M., Sergeant Sanders notified the On-Call I&I Investigator, T.J. Loggins, that Inmate ▇▇▇ had been pronounced deceased. At approximately 4:50 A.M., Sergeant Chadwick Crabtree exited Limestone Correctional Facility en route to Athens-Limestone Hospital Emergency Room with a body bag and toe tag. At approximately 5:00 A.M., Trinity Funeral Home, Brian Goodloe, entered Athens-Limestone Hospital Emergency Room. At approximately 5:09 A.M., Sergeant Sanders e-mailed a Duty Officer Report. (See attached) At approximately 5:20 A.M., Sergeant Crabtree arrived at Athens-Limestone Hospital Emergency Room. Sergeant Crabtree and Officers Johnson and Bolduc placed Inmate ▇▇▇ in a body bag. Sergeant Crabtree placed Toe Tag #0039675 on Inmate ▇▇▇ right foot. Sergeant Crabtree took seven (7) photographs of Inmate ▇▇▇ (See attached) At approximately 5:30 A.M., Officers Johnson, Murphy, and Bolduc exited Athens-Limestone Hospital Emergency Room in State Van #1443. At approximately 5:51 A.M., I&I Investigator Loggins entered Limestone Correctional Facility. At approximately 5:53 A.M., I&I Investigator Loggins entered Dormitory A and inspected Cell ▇▇. I&I Investigator Loggins retrieved the razor blade from the cell and sealed the razor blade in a small envelope. At approximately 5:55 A.M., Lieutenant Mitchell and Sergeant Sanders entered Dormitory A. At approximately 5:55 A.M., Officers Johnson, Murphy, and Bolduc returned to Limestone Correctional Facility in State Van #1443. At approximately 6:10 A.M., I&I Investigator Loggins notified the University of Alabama- Birmingham Forensics Department in Huntsville, Alabama, that Inmate ▇▇▇ remains would be en route. At approximately 6:15 A.M., Mr. Goodloe, Trinity Funeral Home, signed a Release of Remains and Evidence Forms. At approximately 6:20 A.M., Mr. Goodloe departed Athens-Limestone Hospital Emergency Room with Inmate ▇▇▇ remains en route to the University of Alabama-Birmingham Forensics Department in Huntsville, Alabama. At approximately 6:23 A.M., Sergeant Crabtree exited Athens-Limestone Hospital Emergency Room. At approximately 6:30 A.M., Sergeant Sanders received a statement from Officer Craven. (See attached) At approximately 6:32 A.M., Lieutenant Mitchell and Sergeant Sanders exited Dormitory A. At approximately 7:00 A.M., Sergeant Crabtree returned to Limestone Correctional Facility. At approximately 7:03 A.M., Sergeant Sanders received the completed Release of Remains and Evidence Forms. (See attached) At approximately 7:05 A.M., I&I Investigator Loggins released Cell ▇▇ and exited Dormitory A with the sealed envelope containing the razor blade and Limestone Correctional Facility. At approximately 7:40 A.M., Chaplain Baggett notified Sergeant Sanders that Inmate ▇▇▇ family would take receipt of Inmate ▇▇▇ remains upon completion of the autopsy at the University of Alabama- Birmingham Forensics Department in Huntsville, Alabama. At approximately 8:30 A.M., Captain Wallace notified Northern Regional Coordinator, Mr. Grantt Culliver, about the incident. Inmate ▇▇▇ personal property remained at Inmate ▇▇▇ assigned facility, Decatur Community Base Facility. No further action taken. Sergeant Jonathan Sanders   Attached: Statements   Duty Officer Report   Photographs   Receipt of Remains   Evidence Form   1/21/2011 2:04 PM by jennifer.ford-young   1/27/2011 9:47 AM by patrick.robinson   1/27/2011

Alabama Department of Corrections

INCIDENT REPORT CONTINUATION LCF-11-00054

**17. Narrative Summary:**

11:36 AM by jennifer.ford-young 1/27/2011 11:44 AM by jennifer.ford-young 1/27/2011 12:01 PM by james.smith

Signature: _____