IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JOSHUA DUNN, at al.,          )
                              )
    Plaintiffs,               )
                              )      CIVIL ACTION NO.
    v.                        )       2:14cv601-MHT
                              )           (WO)
KIM THOMAS, in his            )
official capacity as          )
Commissioner of the           )
Alabama Department of         )
Corrections, et al.,          )
                              )
    Defendants.               )
```

ORDER

Based on the representations made on the record on November 24, 2014, it is ORDERED as follows:

(1) The plaintiffs' motion for preliminary injunction (doc. no. 56) is set for an evidentiary hearing on February 9, 2015, at 10:00 a.m., in Courtroom 2FMJ of the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama. The court hopes that the

**evidentiary hearing will last no more than five days.**

**(2) Before December 19, 2014, the parties are to file a joint statement of the agreed-upon facts and a joint statement setting forth the different versions of the not-agreed-upon facts for the preliminary-injunction hearing.**

**(3) By February 2, 2015, the parties are to exchange lists of witnesses and exhibits for the preliminary-injunction hearing.**

**(4) By February 2, 2015, all discovery for the preliminary-injunction hearing is to be completed.**

**(5) By February 5, 2015, the parties are to meet and notify the court which exhibits are admissible by agreement and which are not. By said date, they are also to submit to the courtroom deputy, for marking, copies of all exhibits.**

(6) The time-period for responding to discovery relating to the preliminary-injunction hearing is shortened to three-business days.

DONE, this the 25th day of November, 2014.

                           /s/ Myron H. Thompson
                          UNITED STATES DISTRICT JUDGE