IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |  |
|---|---|---|
| JOSHUA DUNN, et al., | ) | |
| | ) | |
|     Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:14cv601-MHT |
| | ) | (WO) |
| KIM THOMAS, in his | ) | |
| official capacity as | ) | |
| Commissioner of the | ) | |
| Alabama Department of | ) | |
| Corrections, et al., | ) | |
| | ) | |
|     Defendants. | ) | |

### ORDER

It is ORDERED that the clerk of the court is to mail (or email) to counsel for all parties in this case the current filings in <u>McBee v. Daniels</u>, 2:14cv1204-MHT (M.D. Ala.). While the court believes that all counsel should be aware of some of the claims in the pro se <u>McBee</u> lawsuit, the court is not suggesting that the <u>McBee</u> claims have merit, that they should be part of

the Dunn litigation, or that counsel should be appointed to represent McBee.

DONE, this the 9th day of December, 2014.

                                              /s/ Myron H. Thompson
                                       UNITED STATES DISTRICT JUDGE