# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| JOSHUA DUNN, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 2:14-CV-00601-MHT-TFM |
| BILLY SHARP, in his official ) | |
| capacity as Interim Commissioner ) | |
| of the Alabama Department of ) | |
| Corrections, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## MOTION FOR LEAVE TO AMEND COMPLAINT

Pursuant to *Fed. R. Civ. P.* 15(a), Plaintiffs move the Court for leave to amend their complaint. A copy of the proposed amendment is attached as Exhibit A hereto. As grounds for this motion, Plaintiffs show as follows:

1. The originally-named plaintiff class representatives in this Rule 23(b)(2) class action filed their Class Action Complaint (Doc. 1) on June 17, 2014.

2. The currently-named plaintiff class representatives ("Plaintiffs") amended the initial pleading on July 25, 2014 through the filing of their First Amended Class Action Complaint (Doc. 45, the "First Amendment"), the primary purpose of which was to join additional named class representative plaintiffs.

1

3. Subsequent to the First Amendment's filing, the parties jointly filed with this Court a Rule 26(f) Report (Doc. 60, filed 9/11/2014) of their planning meeting from September 3, 2014. As part of the Rule 26(f) Report, the parties proposed that Plaintiffs "be allowed until **February 20, 2015**, to join additional parties and to amend the pleadings." Doc. 60 at 5 ¶ 5(a).

4. In a Rule 16 Order dated September 16, 2014, this Court (through originally-assigned presiding judge, the Honorable Chief District Judge W. Keith Watkins) adopted the parties' proposed February 20 deadline for Plaintiffs to file "[m]otions to amend the pleadings and to add parties." Doc. 61 at 2 ¶ 2(a).[1] Plaintiffs' [Proposed] Second Amended Complaint is attached hereto as Exhibit 1.

5. As a result of Defendants' discovery concerning named class representatives, Plaintiffs and their counsel have obtained additional factual details they wish to incorporate into their pleading.

6. Plaintiffs and their counsel further wish to join PAUL FOLSOM, a putative class member who wishes to participate as a named class representative, as an additional named plaintiff.

7. Finally, Plaintiffs and their counsel seek to incorporate certain additional allegations related to their Eighth Amendment claims that they have

---

[1] Although this Court entered an amended Rule 16 Order on November 26, 2014 (Doc. 72), the February 20 amendment deadline was not affected.

2

obtained through further investigation and discovery, notably including allegations regarding the financial contracting model Defendants use in their contracts with outside for-profit health care and mental health care providers. The financial model in question, in which financial risk is shifted from the prison system to the for-profit contractor, was found significant in a recently certified Eighth Amendment prison class action from the Western District of Virginia. *See* 11/20/2014 & 11/25/2014 Orders in *Scott v. Clark*, attached hereto as Exhibits 2 &3. The financial model was also found significant by the Honorable District Judge Inge P. Johnson in a January 7, 2015 Order (Exhibit 4 hereto) denying a Rule 12(b)(6) motion to dismiss in a wrongful death case involving a prisoner. Judge Johnson found the complaint stated a claim based on the allegations that a "contractual cap on outside medical costs for which [for-profit provider] ACH was responsible and the term providing that costs below the cap were kept by ACH as profit, provided an incentive to ACH, which had sole discretion over medical decisions, to deny outside medical referrals." Ex. 4 at 9.

8. This amendment will not cause any prejudice to the Defendants. It merely refines and expands upon allegations made in previous versions of the complaint. The proposed amendment explains how actions of Defendants, such as the adoption of a capitated financing scheme has increased the risk that Defendants will provide constitutionally inadequate care on a classwide basis. As the proposed

B WGS 1332736 v1
2860000-003152  02/20/2015

amendment makes clear, the contract that incorporates this capitated financing scheme was renewed very recently.

9. This motion is filed within the deadline established by the Court for amending the pleadings.

Dated: February 20, 2015                                         Respectfully Submitted,


/s/ Maria V. Morris
Maria V. Morris

Maria V. Morris (ASB-2198-R64M)
Ebony G. Howard (ASB-7247-O76H)
Latasha L. McCrary (ASB-1935-L75M)
Valentina Restrepo (ASB-7422-I67Z)
SOUTHERN POVERTY LAW CENTER
400 Washington Avenue
Montgomery, Alabama 36104
Telephone: (334) 956-8200
Facsimile: (334) 956-8481
maria.morris@splcenter.org
latasha.mccrary@splcenter.org
Miriam Haskell* (Florida Bar No. 069033)
SOUTHERN POVERTY LAW CENTER
P.O. Box 370037
Miami, FL 33137
Telephone: (786) 347-2056
Facsimile: (786) 237-2949
miriam.haskell@splcenter.org
*admitted pro hac vice

William Van Der Pol, Jr. (ASB-2112-114F)
J. Patrick Hackney (ASB-6971-H51J)
Alabama Disabilities Advocacy Program (ADAP)
Box 870395
Tuscaloosa, AL 35487
Phone: (205) 348-4928

4

Fax: (205) 348-3909

Brent L. Rosen
Baker Donelson Bearman Caldwell & Berkowitz PC
614 S. Hull St
Montgomery, AL 36104
334-223-3014
334-263-0960 (fax)
brosen@bakerdonelson.com

William Glassell Somerville, III
Andrew Philip Walsh
Baker Donelson Bearman Caldwell & Berkowitz
420 20th Street North; Suite 1400
Birmingham, AL 35203
205-250-8375
205-488-3775 (fax)
wsomerville@bakerdonelson.com
awalsh@bakerdonelson.com

ATTORNEYS FOR THE PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 20th day of February, 2015, served a copy of the foregoing to all counsel of record, including the following opposing counsel and the mediator, by e-filing with the Court:

David Randall Boyd, Esq.
John Garland Smith, Esq.
Balch & Bingham LLP
Post Office Box 78
Montgomery, AL 36101

Michael Leon Edwards, Esq.
Balch & Bingham LLP
Post Office Box 306
Birmingham, AL 35201

Susan Nettles Han, Esq.
Balch & Bingham, LLP
1901 Sixth Avenue North,
Suite 1500
Birmingham, AL 35203

William Richard Lunsford, Esq.
Maynard Cooper & Gale PC
655 Gallatin Street
Huntsville, AL 35801

Anne Hill, Esq.
Alyce Robertson Addison, Esq.
Elizabeth Anne Sees, Esq.
Alabama Department of Corrections
Legal Division
301 South Ripley Street
Montgomery, AL 36130

Mitesh Shah, Esq.

B WGS 1332736 v1
2860000-003152  02/20/2015

Janine McKinnon McAdory, Esq.
Maynard, Cooper & Gale, PC
1901 6th Avenue North,
Suite 2400
Birmingham, AL 35203

Gordon Douglas Jones
Jones & Hawley, P.C.
2001 Park Place; Suite 830
Birmingham, AL 35203

/s/ Maria V. Morris

Counsel for the Plaintiffs

B WGS 1332736 v1
2860000-003152  02/20/2015