IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JOSHUA DUNN, et al.,  )<br>  )<br>    Plaintiffs,  )<br>  )<br>    v.  )<br>  )<br>BILLY SHARP, in his  )<br>official capacity as  )<br>Interim Commissioner of  )<br>the Alabama Department of  )<br>Corrections, et al.,  )<br>  )<br>    Defendants.  ) | CIVIL ACTION NO.<br>2:14cv601-MHT |

ORDER

It is ORDERED that plaintiffs' motion for leave to amend complaint (doc. no. 89) is granted.  The court assumes that defendants have no objection to the allowance of the amendment; however, if they do, they must file the objection within seven days from the date of this order.

DONE, this the 23rd day of February, 2015.

                                         ___/s/ Myron H. Thompson___
                                         UNITED STATES DISTRICT JUDGE