IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JOSHUA DUNN, et al.,          )
                              )
    Plaintiffs,               )
                              )   CIVIL ACTION NO.
    v.                        )     2:14cv601-MHT
                              )
BILLY SHARP, in his           )
official capacity as          )
Interim Commissioner of       )
the Alabama Department of     )
Corrections, et al.,          )
                              )
    Defendants.               )
```

ORDER

It is ORDERED that the motion to dismiss (doc. no. 127) is set for submission, without oral argument, on April 22, 2015, with any opposition brief due by April 15, 2015, and any reply to the opposition due by April 22, 2015.

DONE, this the 1st day of April, 2015.

　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　UNITED STATES DISTRICT JUDGE