IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JOSHUA DUNN, et al.,          )
                              )
       Plaintiffs,            )
                              )        CIVIL ACTION NO.
       v.                     )         2:14cv601-MHT
                              )             (WO)
JEFFERSON S. DUNN, in his     )
official capacity as          )
Commissioner of the           )
Alabama Department of         )
Corrections, et al.,          )
                              )
       Defendants.            )
```

JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court
that plaintiffs' motion for William Villar to withdraw
as a named plaintiff (doc. no. 141) is granted and that
plaintiff Villar is dismissed and terminated as a party
with prejudice.

The court assumes that the non-movants have no
objection to the allowance of the dismissal; however,

if they do, they must file the objection within seven days from the date of this judgment.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 20th day of April, 2015.

      /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE