# Maria Morris

| | |
|---|---|
| **From:** | Hackney, Patrick <jphackney@adap.ua.edu> |
| **Sent:** | Tuesday, January 20, 2015 11:52 AM |
| **To:** | jgsmith@balch.com |
| **Cc:** | Maria Morris |
| **Subject:** | DOC dite visits |

John,

As I mentioned briefly last week during a break in Mr. Pruitt's deposition, I would like to schedule 4 site visits to ADOC facilities for one of the plaintiffs' ADA experts. Specifically, he would like to inspect Limestone, Donaldson, Bibb and Hamilton A & I.

Before sending a formal Rule 34 request, I wanted to check with you about possible dates.  Our expert is available on the following dates: Feb 19, 20 or 23. March 5, 6, 9, 10, 23, or 24. If possible, we'd like to go to Limestone in February and the other facilities in March.

Please let me know if these dates work for these facilities as soon as possible so I can send a formal request.

J. Patrick Hackney, Attorney
Alabama Disabilities Advocacy Program (ADAP) University of Alabama
500 Martha Parham West
Box 870395 Tuscaloosa, AL  35487-0395
205-348-6894 (direct dial)
205-348-3909 (fax)
1-800-826-1675 (toll-free)
jphackney@adap.ua.edu

This email is intended only for the person to whom it is addressed.  Any review or other use of this information by persons or entities other than the intended recipient or any retransmission without the consent of the sender is prohibited.  The views or opinions expressed by the sender of this email are not necessarily those of the institution.