**U.S. District Court**
**California Northern District (San Jose)**
**CIVIL DOCKET FOR CASE #: 5:13-cv-02354-PSG**

Hernandez et al v. County of Monterey et al
Assigned to: Magistrate Judge Paul Singh Grewal
Referred to: Magistrate Judge Nathanael M. Cousins (Settlement)
Relate Case Case: 5:14-cv-05481-PSG
Cause: 29:791 Job Discrimination (Rehabilitation Act)

Date Filed: 05/23/2013
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 03/13/2015 | 453 | **Minute Entry for proceedings held before Magistrate Judge Paul Singh Grewal: Discovery Hearing held on 3/13/2015 (In Re: ECF Nos. 449 and 450 ). Plaintiffs' request to observe operations of the jail is granted. The County is to identify for Plaintiffs any scheduled operations that will take place 72 hours in advance of inspection. Plaintiffs' request for review of logs and class member records is granted-in- part. Daily logs during the day may be inspected on-site. Documents should be produced to the extent they are responsive to any outstanding Rule 34 request. Experts may also inspect binder of materials gathered during the day. Each expert shall have one day for inspection. The court is open to entertain any request for additional inspection if inspection not informative or problematic. Experts will be permitted to take photographs with facial features of inmates blurred. 72 hours prior to inspection, the County shall identify individuals currently housed in the jail, their status and any particular location information reasonably available to the County. During inspections, experts shall be permitted to identify up to 30 class member files to be pulled for review. If not possible to be pulled during the day, files to be produced at a later date. Court Reporter: Lee-Anne Shortridge. Plaintiff Attorney present: Ernest Galvan. Defendant Attorney(s) present: Michael Philippi. Also present (telephonically): Peter Bertling. This is a text only Minute Entry. (ofr, COURT STAFF) (Date Filed: 3/13/2015) (Entered: 03/13/2015)** |