IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JOSHUA DUNN, et al.,         )
                             )
    Plaintiffs,              )
                             )    CIVIL ACTION NO.
    v.                       )      2:14cv601-MHT
                             )           (WO)
JEFFERSON S. DUNN, in his    )
official capacity as         )
Commissioner of the          )
Alabama Department of        )
Corrections, et al.,         )
                             )
    Defendants.              )
```

ORDER ON APPEALS FROM MAGISTRATE JUDGE'S ORDERS

Based on the representations made on the record on May 18, 2015, it is ORDERED as follows:

(1) With regard to the magistrate judge's discovery order (doc. no. 133), the plaintiffs' objection (doc. no. 144) is overruled without prejudice.

(2) With regard to the magistrate judge's discovery order (doc. no. 163), the plaintiffs are to

**file an objection, if any, by 5:00 p.m. on May 19, 2015.**

 **DONE, this the 19th day of May, 2015.**

                                 /s/ Myron H. Thompson  
                               **UNITED STATES DISTRICT JUDGE**