IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JOSHUA DUNN, et al.,         )
                             )
    Plaintiffs,              )
                             )     CIVIL ACTION NO.
    v.                       )       2:14cv601-MHT
                             )            (WO)
JEFFERSON S. DUNN, in his    )
official capacity as         )
Commissioner of the          )
Alabama Department of        )
Corrections, et al.,         )
                             )
    Defendants.              )
```

ORDER ON SUGGESTIONS OF DEATHS

Based on the representations made on the record on May 18, 2015, and so as to keep this litigation moving, it is ORDERED as follows:

(1) In light of the suggestions of the deaths of plaintiffs Sherry Baker and Bobby Copeland (doc. nos. 165 and 125), if the plaintiffs' counsel intend to replace these plaintiffs with other inmates (as opposed to making a

    substitution pursuant to Rule 25(a) of the Federal Rules of Civil Procedure), the plaintiffs' counsel are to make the replacements by no later than June 23, 2015.

(2) If the plaintiffs' counsel agree that there should be no substitution pursuant to Rule 25(a), the plaintiffs' counsel are to dismiss plaintiffs Baker and Copeland by no later than June 23, 2015.

DONE, this the 19th day of May, 2015.

                      /s/ Myron H. Thompson
                      **UNITED STATES DISTRICT JUDGE**