IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JOSHUA DUNN, et al.,           )
                               )
     Plaintiffs,               )
                               )     CIVIL ACTION NO.
     v.                        )       2:14cv601-MHT
                               )           (WO)
JEFFERSON S. DUNN, in his      )
official capacity as           )
Commissioner of the            )
Alabama Department of          )
Corrections, et al.,           )
                               )
     Defendants.               )
```

STATUS CONFERENCES ORDER

Because the court is concerned whether discovery is moving at the needed speed (in particular with regard to class certification) and because the court believes that it is a good idea to have periodic meetings between counsel and the court, it is ORDERED that status conferences (in which the court will discuss discovery progress as well as any other matters of concern) are set for the following dates at 10:00 a.m.,

with the parties to arrange for the status conferences to be conducted by telephone: June 24, August 26, October 28, and December 22, 2015.  Three business days prior to each status conference, the parties are to file a joint report as to the status of discovery and identifying any other issues that should be brought to the court's attention for discussion.

    DONE, this the 19th day of May, 2015.

                                                    /s/ Myron H. Thompson
                                          **UNITED STATES DISTRICT JUDGE**