IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JOSHUA DUNN, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>JEFFERSON S. DUNN, in his )<br>official capacity as )<br>Commissioner of )<br>the Alabama Department of )<br>Corrections, et al., )<br>)<br>Defendants. ) | CIVIL ACTION NO.<br>2:14cv601-MHT<br>(WO) |

### ORDER

As indicated on the record by the court during an in-person hearing held on February 8, 2016, and telephonic hearings held on February 9 and 12, 2016, and as indicated in a document filed with the court, see Joint Rep. on Status of Disc. Disputes (doc. no. 336), it is ORDERED that the following motions are denied in part and granted in part and that the discovery issues reflected in the following document is resolved:

(1) Defendants' motion to compel or in the alternative deem admitted (doc. no. 308).

(2) Former party Kim Thomas's motion to quash subpoena (doc. no. 326).

(3) Non-party Corizon Health, Inc.'s motion to quash subpoena (doc. no. 327).

(4) Joint statement of issues for discovery mediation (doc. no. 320).  The only issue identified in this statement that remains unresolved is the plaintiffs' concern regarding the pace of production.  As indicated in a separate, simultaneously filed order, the resolution of this issue will be overseen by the magistrate judge.

DONE, this the 12th day of February, 2016.

                           /s/ Myron H. Thompson
                           UNITED STATES DISTRICT JUDGE