IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JOSHUA DUNN, et al.,          )
                              )
    Plaintiffs,               )
                              )   CIVIL ACTION NO.
    v.                        )     2:14cv601-MHT
                              )        (WO)
JEFFERSON S. DUNN, in his     )
official capacity as          )
Commissioner of               )
the Alabama Department of     )
Corrections, et al.,          )
                              )
    Defendants.               )
```

ORDER REGARDING RETALIATION CLAIM

It is ORDERED that the parties' oral request to continue the depositions currently scheduled for February 26, 2016, is granted. The continuance is based on the following agreed-upon representations made by the parties on February 23, 2016:

(1) The parties have reached a tentative settlement of the retaliation claim.

(2) The depositions currently scheduled for February 26, 2016, relate to only the plaintiffs' retaliation claim.

 (3) The retaliation claim is a non-class claim, and thus any settlement of it need not be approved by the court.

 (4) The retaliation claim is currently scheduled to be tried in the second phase of this litigation.

 (5) If the parties are ultimately unable to resolve the retaliation claim, the February 26 depositions will be rescheduled for the latter part of March 2016.

 It is further ORDERED that, by no later than March 4, 2016, the parties are to inform the court whether the retaliation claim has settled.

 DONE, this the 23rd day of February 2016.

        /s/ Myron H. Thompson
        **UNITED STATES DISTRICT JUDGE**