IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JOSHUA DUNN, et al.,           ) | |
|                                ) | |
|     Plaintiffs,                ) | |
|                                ) | CIVIL ACTION NO. |
|     v.                         ) | 2:14cv601-MHT |
|                                ) | (WO) |
| JEFFERSON S. DUNN, in his      ) | |
| official capacity as           ) | |
| Commissioner of                ) | |
| the Alabama Department of      ) | |
| Corrections, et al.,           ) | |
|                                ) | |
|     Defendants.                ) | |

## JUDGMENT

Pursuant to the joint stipulation of dismissal (doc. no. 357), it is the ORDER, JUDGMENT, and DECREE of the court that the "Fifth Cause of Action: Retaliation in Violation of Prisoners' First Rights to Communicate with Counsel and to File Lawsuits Regarding Conditions of Confinement," see Third Amended Complaint (doc. no. 210), is dismissed with prejudice, with costs taxed as paid.  No parties are terminated, and all other claims against the defendants remain.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 8th day of March, 2016.

                                                           /s/ Myron H. Thompson
                                        **UNITED STATES DISTRICT JUDGE**