IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JOSHUA DUNN, et al., )<br>)<br>    Plaintiffs, )<br>) <br>    v. )<br>)<br>JEFFERSON S. DUNN, in his )<br>official capacity as )<br>Commissioner of )<br>the Alabama Department of )<br>Corrections, et al., )<br>)<br>    Defendants. ) | CIVIL ACTION NO.<br>2:14cv601-MHT |

### ORDER

It is ORDERED that the parties' joint motion for preliminary approval of a class settlement of the claims to be tried in Phase 1 of this case (doc. no. 376) is set for hearing at 10:00 a.m. on March 17, 2016, in Courtroom 2FMJ of the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE, this the 16th day of March, 2016.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE