IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JOSHUA DUNN, et al.,            )
                                )
     Plaintiffs,                )
                                )          CIVIL ACTION NO.
     v.                         )            2:14cv601-MHT
                                )
JEFFERSON S. DUNN, in his       )
official capacity as            )
Commissioner of                 )
the Alabama Department of       )
Corrections, et al.,            )
                                )
     Defendants.                )
```

ORDER

It is ORDERED as follows:

(1) The joint motion for preliminary approval of class action settlement (doc. no. 376) is set for hearing at 10:00 a.m. on April 15, 2016, in Courtroom 2FMJ of the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

(2) By no later than noon on April 13, 2016, the parties are jointly to file with the court the "plan"

described in Section V.1 of the settlement agreement (doc no. 376-1 at 8), as well as proposed logistical procedures and forms for giving notice to and receiving comments from putative class members.

(3) The expert discovery, dispositive motion, and class certification deadlines for Phase 1 set in the New Scheduling Order (doc. no. 239) are reset as follows:

(i) the unexpired expert discovery deadlines for Phase 1 are all extended by seven days;

(ii) the dispositive motion and class certification deadlines for Phase 1 are extended to April 22, 2016, and the response and reply deadlines are extended accordingly.

DONE, this the 18th day of March, 2016.

                    /s/ Myron H. Thompson_____
                    UNITED STATES DISTRICT JUDGE