```
        IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
          MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

JOSHUA DUNN, et al.,           )
                               )
     Plaintiffs,               )
                               )    CIVIL ACTION NO.
     v.                        )      2:14cv601-MHT
                               )          (WO)
JEFFERSON S. DUNN, in his      )
official capacity as           )
Commissioner of                )
the Alabama Department of      )
Corrections, et al.,           )
                               )
     Defendants.               )
```

                            ORDER

Based on the representations made at a hearing held in open court on April 15, 2016, and based on the agreement of all parties as to how to proceed, but with the defendants not having conceded any objections they may have to the motion generally, it is ORDERED that the motion to order mediation (doc. no. 407) is granted as follows:

The parties are directed to mediate the provisions of the "plan" described in the parties' proposed settlement agreement (doc. no. 376-1). The court

appoints as the mediator United States Magistrate Judge Terry Moorer.  Defendant Alabama Department of Corrections (ADOC) is required to bring appropriate knowledgeable personnel with decision-making authority to each mediation session.  ADOC will provide the plaintiffs and the mediator with a schedule of topics to be discussed and the ADOC personnel to be present at each mediation session by April 18, 2016.  Mediation will commence on April 19, 2016, and will continue from day to day thereafter until April 29, 2016, or until the parties have reached agreement on the terms of the plan, whichever first occurs.  Nothing herein shall prevent the parties from having settlement discussions in addition to those required by this order.

    DONE, this the 18th day of April, 2016.

                                       /s/ Myron H. Thompson_____
                                    UNITED STATES DISTRICT JUDGE