IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JOSHUA DUNN, et al., ) | |
| ) | |
|    Plaintiffs, ) | |
| ) | CIVIL ACTION NO. |
|    v.  ) | 2:14cv601-MHT |
| ) | (WO) |
| JEFFERSON S. DUNN, in his ) | |
| official capacity as ) | |
| Commissioner of ) | |
| the Alabama Department of ) | |
| Corrections, et al., ) | |
| ) | |
|    Defendants. ) | |

### ORDER

In light of the fact that the deadline for filing a Phase 1 class-certification motion, as currently set, will leave the court with only 20 business days between the filing of the plaintiffs' reply and the commencement of trial, the defendants' reasonable request that they be apprised of this court's decision regarding certification no later than five business days prior to trial, see Defendants' Response (doc. no. 409), and the possibility that the court will require oral argument in order to reach a decision regarding

certification, it is ORDERED that the plaintiffs' motion for further extension of the deadline for filing their Phase 1 class-certification motion (doc. no. 406) is denied.

DONE, this the 18th day of April, 2016.

                                        /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE