## IN THE UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **JOSHUA DUNN, ET AL.,**         ) | |
|     **Plaintiffs,**           ) | |
|                    ) | |
| **v.**                   ) | **Civil Case No: 2:14-cv-00601-MHT-TFM** |
|                    ) | |
| **JEFFERSON DUNN, ET AL.,**    ) | |
|     **Defendants.**          ) | |

## PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

Pursuant to Fed. R. Civ. P. 23, Plaintiffs respectfully request an order certifying named Plaintiffs Edward Braggs, Tedrick Brooks, Gary Lee Broyles, Christopher Gilbert, Dwight Hagood, Sylvester Hartley, Charlie Henderson, Brandon Johnson, John Maner, Jermaine Mitchell, Tommie Moore, Roger Moseley, Bradley Pearson, Timothy Sears, Daniel Tooley, Joseph Torres, and Donald Ray Turner to represent a class composed of all prisoners within the custody of the Alabama Department of Corrections ("ADOC") who are now, or will in the future be, persons with disabilities as the term is used in the Americans with Disabilities Act ("ADA") and § 504 of the Rehabilitation Act.[1]

For a district court to certify a class action, the named plaintiffs must satisfy the numerosity, commonality, typicality, and adequacy of representation requirements of Rule 23(a) and at least one of the requirements of Rule 23(b).  For the reasons set forth in the memorandum of law filed herewith, the Plaintiffs meet all four of the Rule 23(a) requirements and the requirements of Rule 23(b)(2).  This class should therefore be certified.

Respectfully Submitted,

/s/ Maria V. Morris_____
Maria V. Morris

---

[1] The named Plaintiffs are a subclass of prisoners who allege non-mental health claims of ADA discrimination against the ADOC.

Rhonda Brownstein (ASB-3193-O64R)
Maria V. Morris (ASB-2198-R64M)
Ebony G. Howard (ASB-7247-O76H)
Latasha L. McCrary (ASB-1935-L75M)
Brooke Menschel (ASB-7675-Z61K)
Valentina Restrepo (ASB-7422-I67Z)
SOUTHERN POVERTY LAW CENTER
400 Washington Avenue
Montgomery, AL 36104
Telephone: (334) 956-8200
Facsimile: (334) 956-8481
rhonda.brownstein@splcenter.org
maria.morris@splcenter.org
ebony.howard@splcenter.org
latasha.mccrary@splcenter.org
brooke.menschel@splcenter.org
valentina.restrepo@splcenter.org

Miriam Haskell* (FL. Bar No. 069033)
SOUTHERN POVERTY LAW CENTER
P.O. Box 370037
Miami, FL 33137
Telephone: (786) 347-2056
Facsimile: (786) 237-2949
miriam.haskell@splcenter.org
*admitted pro hac vice

Eunice Cho* (GA. Bar No. 632669)
SOUTHERN POVERTY LAW CENTER
1989 College Avenue NE
Atlanta, GA 30317
Telephone: (404) 221-5842
Facsimile: (404) 221-5857
eunice.cho@splcenter.org
*admitted pro hac vice

William Van Der Pol, Jr. (ASB-2112-114F)
J. Patrick Hackney (ASB-6971-H51J)
Glenn N. Baxter (ASB-3825-A41G)
Alabama Disabilities Advocacy Program
Box 870395

Tuscaloosa, AL  35487
Telephone: (205) 348-4928
Facsimile: (205) 348-3909
wvanderpoljr@adap.ua.edu
jphackney@adap.ua.edu
gnbaxter@adap.ua.edu

William Glassell Somerville, III
Andrew Philip Walsh
Dennis Nabors
Patricia Clotfelter
Baker Donelson Bearman Caldwell & Berkowitz PC
420 20th Street North, Suite 1400
Birmingham, AL 35203
Telephone: (205) 250-8375
Facsimile: (205) 488-3775
wsomerville@bakerdonelson.com
awalsh@bakerdonelson.com
dnabors@bakerdonelson.com
pclotfelter@bakerdonelson.com

Gregory M. Zarzaur
Anil A. Mujumdar
Diandra S. Debrosse
Zarzaur Mujumdar & Debrosse
2332 2nd Avenue North
Birmingham, AL 35203
Telephone: (205) 983-7985
Facsimile: (888) 505-0523
gregory@zarzaur.com
anil@zarzaur.com
diandra@zarzaur.com

**ATTORNEYS FOR THE PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 22ND day of April, 2016, electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

David R. Boyd, Esq.
John G. Smith, Esq.
Balch & Bingham LLP
Post Office Box 78
Montgomery, AL  36101

William Richard Lunsford, Esq.
Melissa K. Marler, Esq.
Stephen Rogers, Esq.
Matthew B. Reeves, Esq.
Maynard, Cooper & Gale, P.C.
655 Gallatin Street
Huntsville, AL  35801

Anne Hill, Esq.
Elizabeth Anne Sees, Esq.
Joseph Gordon Stewart, Jr., Esq.
Alabama Department of Corrections
Legal Division
301 South Ripley Street
Montgomery, AL  36130

Michael Leon Edwards, Esq.
Susan Nettles Han, Esq.
John Eric Getty, Esq.
Steven C. Corhern, Esq.
Balch & Bingham LLP
Post Office Box 306
Birmingham, AL  35201

Mitesh Shah, Esq.
Mitchell David Greggs, Esq.
Bryan A. Coleman, Esq.
Evan P. Moltz, Esq.
Maynard, Cooper & Gale, PC
1901 6th Avenue North, Suite 2400
Birmingham, AL  35203

Deana Johnson, Esq.
Brett T. Lane, Esq.
MHM Services, Inc.
1447 Peachtree Street, N.E., Suite 500
Atlanta, GA  30309

/s/ Maria V. Morris
One of the Attorneys for Plaintiffs