IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

JOSHUA DUNN, ET AL.,        )
                               )
      Plaintiffs,         )
                               )    Civil Action Number:
v.                            )
                               )    2:14-cv-00601-MHT-TFM
JEFFERSON DUNN, ET AL.,    )
                               )
      Defendants.      )

**PLAINTIFFS' EVIDENTIARY SUBMISSION IN SUPPORT OF
MOTION FOR CLASS CERTIFICATION**

COME NOW, the Moving Plaintiffs and hereby respectfully submit this evidentiary submission in support of their Motion for Class Certification. The Moving Plaintiffs' exhibits in support of their Motion for Class Certification are numbered as follows:

1. Excerpts from ADOC Fiscal Year 2009 Report

2. Report of David L. Runnels, Expert Consultant for the ADOC

3. Report of Dr. Peter Blanck, Expert Consultant for Plaintiffs

4. Excerpts from ADOC's Answers to Interrogatories dated April 2, 2015

5. Excerpts from Deposition of Plaintiff Edward Braggs

6.  Excerpts from Deposition of Plaintiff Tedrick Brooks

7.  Excerpts from Deposition of Plaintiff Gary Lee Broyles

8.  Excerpts from Deposition of Plaintiff Christopher Gilbert

9.  Excerpts from Deposition of Plaintiff Dwight Hagood

10.  Excerpts from Deposition of Plaintiff Sylvester Hartley

11.  Excerpts from Deposition of Plaintiff Charlie Henderson

12.  Excerpts from Deposition of Plaintiff Brandon Johnson

13.  Excerpts from Deposition of Plaintiff John Maner

14.  Excerpts from Deposition of Plaintiff Jermaine Mitchell

15.  Excerpts from Deposition of Plaintiff Tommie Moore

16.  Excerpts from Deposition of Plaintiff Roger Moseley

17.  Excerpts from Deposition of Plaintiff Bradley Pearson

18.  Excerpts from Deposition of Plaintiff Timothy Sears

19.  Excerpts from Deposition of Plaintiff Daniel Tooley

20.  Excerpts from Deposition of Plaintiff Joseph Torres

21.  Excerpts from Deposition of Plaintiff Donald Ray Turner

25. Excerpts from Deposition of Commissioner Jefferson Dunn

26. Excerpts from Deposition of ADOC 30(b)(6) Deponent Ruth Naglich

30. Excerpts from Deposition of Warden Jones

31. Excerpts from Deposition of Warden Holcomb

32. Excerpts from Deposition of Warden Estes

33. Excerpts from Deposition of Warden Barett

34. Excerpts from Deposition of Dr. David Gams

35. Excerpts from Deposition of Dr. David Pavlakovic

36. Excerpts from Deposition of Dr. Jean Darbouze

37. Excerpts from Deposition of Vivian Odom

38. Excerpts from Deposition of Marianne Baker

39. Excerpts from Deposition of Jessica Duffell

40. Excerpts from Deposition of Teresa Ergle

41. Excerpts from Deposition of Domineek Guice

42. Excerpts from Deposition of Cindy Johnson

43. Excerpts from Deposition of Jerry Lovelace

44. Excerpts from Deposition of Marsha Patterson

45. Excerpts from Deposition of Aaron Billups

46. Excerpts from Deposition of Ernest Claybon

47. Excerpts from Deposition of Joel Gilbert

48. Excerpts from Deposition of Adrienne Givens

49. Excerpts from Deposition of Kenneth Peters

50. Highest Acuity Report, September 2014 and March 2015 (to be filed under seal)

51. Declaration of Maria V. Morris

52. Declaration of J. Patrick Hackney

53. Declaration of William Somerville

54. Expert Report of Gina Hilberry, AIA

Dated: April 22, 2016                    Respectfully Submitted,

                                         /s/ Maria V. Morris
                                         Maria V. Morris
                                         Attorney for Plaintiffs
                                         Southern Poverty Law Center
                                         400 Washington Avenue
                                         Montgomery, AL 36104

Rhonda Brownstein (ASB-3193-O64R)
Maria V. Morris (ASB-2198-R64M)
Ebony G. Howard (ASB-7247-O76H)
Latasha L. McCrary (ASB-1935-L75M)
Brooke Menschel (ASB-7675-Z61K)
Valentina Restrepo (ASB-7422-I67Z)
SOUTHERN POVERTY LAW CENTER
400 Washington Avenue
Montgomery, AL 36104
Telephone: (334) 956-8200
Facsimile: (334) 956-8481
rhonda.brownstein@splcenter.org
maria.morris@splcenter.org
ebony.howard@splcenter.org
latasha.mccrary@splcenter.org
brooke.menschel@splcenter.org
valentina.restrepo@splcenter.org

Miriam Haskell* (FL. Bar No. 069033)
SOUTHERN POVERTY LAW CENTER
P.O. Box 370037
Miami, FL 33137
Telephone: (786) 347-2056
Facsimile: (786) 237-2949
miriam.haskell@splcenter.org
*admitted pro hac vice

Eunice Cho* (GA. Bar No. 632669)
SOUTHERN POVERTY LAW CENTER
1989 College Avenue NE
Atlanta, GA 30317
Telephone: (404) 221-5842
Facsimile: (404) 221-5857
eunice.cho@splcenter.org
*admitted pro hac vice

William Van Der Pol, Jr. (ASB-2112-114F)
J. Patrick Hackney (ASB-6971-H51J)
Glenn N. Baxter (ASB-3825-A41G)
Alabama Disabilities Advocacy Program
Box 870395
Tuscaloosa, AL  35487
Telephone: (205) 348-4928
Facsimile: (205) 348-3909
wvanderpoljr@adap.ua.edu
jphackney@adap.ua.edu
gnbaxter@adap.ua.edu

William Glassell Somerville, III
Andrew Philip Walsh
Dennis Nabors
Patricia Clotfelter
Baker Donelson Bearman Caldwell & Berkowitz PC
420 20th Street North, Suite 1400
Birmingham, AL 35203
Telephone: (205) 250-8375
Facsimile: (205) 488-3775

wsomerville@bakerdonelson.com
awalsh@bakerdonelson.com
dnabors@bakerdonelson.com
pclotfelter@bakerdonelson.com

Gregory M. Zarzaur
Anil A. Mujumdar
Diandra S. Debrosse
Zarzaur Mujumdar & Debrosse
2332 2nd Avenue North
Birmingham, AL 35203
Telephone: (205) 983-7985
Facsimile: (888) 505-0523
gregory@zarzaur.com
anil@zarzaur.com
diandra@zarzaur.com

**ATTORNEYS FOR THE PLAINTIFFS**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have on this 23nd day of April, 2016, served a copy

of the foregoing to all counsel of record by filing with the Court's CM/ECF electronic

filing system.

David R. Boyd, Esq.
John G. Smith, Esq.
Balch & Bingham LLP
Post Office Box 78
Montgomery, AL  36101

William Richard Lunsford, Esq.
Melissa K. Marler, Esq.
Stephen Rogers, Esq.
Matthew B. Reeves, Esq.
Maynard, Cooper & Gale, P.C.
655 Gallatin Street
Huntsville, AL  35801

Anne Hill, Esq.
Elizabeth Anne Sees, Esq.
Joseph Gordon Stewart, Jr., Esq.
Alabama Department of Corrections
Legal Division
301 South Ripley Street
Montgomery, AL  36130

Michael Leon Edwards, Esq.
Susan Nettles Han, Esq.
John Eric Getty, Esq.
Steven C. Corhern, Esq.
Balch & Bingham LLP
Post Office Box 306
Birmingham, AL  35201

Mitesh Shah, Esq.
Mitchell David Greggs, Esq.
Bryan A. Coleman, Esq.
Evan P. Moltz, Esq.
Maynard, Cooper & Gale, PC
1901 6th Avenue North, Suite 2400
Birmingham, AL  35203

Deana Johnson, Esq.
Brett T. Lane, Esq.
MHM Services, Inc.
1447 Peachtree Street, N.E.
Suite 500
Atlanta, GA  30309

/s/ Maria V. Morris
Counsel for the Plaintiffs