IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JOSHUA DUNN, et al., | ) | |
| | ) | |
|     Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:14cv601-MHT |
| | ) | (WO) |
| JEFFERSON S. DUNN, in his | ) | |
| official capacity as | ) | |
| Commissioner of | ) | |
| the Alabama Department of | ) | |
| Corrections, et al., | ) | |
| | ) | |
|     Defendants. | ) | |

## JUDGMENT

Defendants having orally informed the court that they have no objection, it is the ORDERED, JUDGMENT, and DECREE of the court that plaintiffs' motion for Paul Folsom to withdraw as named plaintiff (doc. no. 436) is granted and that plaintiff Folsom is dismissed and terminated as a party with prejudice.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**This case is not closed.**

**DONE, this the 2nd day of May, 2016.**

                                           **/s/ Myron H. Thompson**
                                   **UNITED STATES DISTRICT JUDGE**