IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JOSHUA DUNN, et al., | ) | |
| | ) | |
|     Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:14cv601-MHT |
| | ) | (WO) |
| JEFFERSON S. DUNN, in his | ) | |
| official capacity as | ) | |
| Commissioner of | ) | |
| the Alabama Department of | ) | |
| Corrections, et al., | ) | |
| | ) | |
|     Defendants. | ) | |

**ORDER**

No settlement having been reached by the deadlines set in this court's orders of March 18, 2016 (doc. no. 394), and April 18, 2016 (doc. no. 410), it is ORDERED that this case will proceed to non-jury trial on June 20, 2016, as further set out in the New Scheduling Order (doc. no. 239).

It is therefore further ORDERED that the parties' joint motion for preliminary approval of a class action settlement concerning claims arising under the Americans with Disabilities Act and § 504 of the

Rehabilitation Act of 1973 (doc. no. 376) is denied without prejudice.

DONE, this the 2nd day of May, 2016.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**