IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JOSHUA DUNN, et al.,           )
                               )
     Plaintiffs,               )
                               )     CIVIL ACTION NO.
     v.                        )       2:14cv601-MHT
                               )
JEFFERSON S. DUNN, in his      )
official capacity as           )
Commissioner of                )
the Alabama Department of      )
Corrections, et al.,           )
                               )
     Defendants.               )
```

### ORDER

It is ORDERED that the second joint motion for preliminary approval of the parties' settlement of Phase 1 (doc. no. 520) is set for hearing on June 3, 2016, at 10:00 a.m., in Courtroom 2FMJ of the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE, this the 1st day of June, 2016.

                                     /s/ Myron H. Thompson\_\_\_\_
                              UNITED STATES DISTRICT JUDGE