IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JOSHUA DUNN, et al.,           )
                               )
     Plaintiffs,               )
                               )      CIVIL ACTION NO.
     v.                        )       2:14cv601-MHT
                               )
JEFFERSON S. DUNN, in his      )
official capacity as           )
Commissioner of                )
the Alabama Department of      )
Corrections, et al.,           )
                               )
     Defendants.               )
```

### ORDER

In light of the pending joint motion for preliminary approval of the parties' settlement of Phase 1 (doc. no. 520), it is ORDERED that the pending motions related to the trial of that phase--namely, plaintiffs' motion for Phase 1 class certification (doc. no. 421), and the parties' joint motion for entry of an order on Phase 1 trial exhibits (doc. no. 504)-- are denied with leave to renew should the court not approve the proposed settlement.

DONE, this the 1st day of June, 2016.

                                        /s/ Myron H. Thompson  
                                  UNITED STATES DISTRICT JUDGE