IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOSHUA DUNN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 2:14-CV-00601-MHT-TFM |
| JEFFERSON DUNN, in his official ) | |
| capacity as Commissioner ) | |
| of the Alabama Department of ) | |
| Corrections, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**JOINT STATUS REPORT REGARDING STATUS CONFERENCE**

The Parties, by and through undersigned counsel and pursuant to this Court's Order (Doc. 527), respectfully submit this status report regarding matters they seek to discuss during the June 29, 2016 status conference.

**I.   Mediation of the case**

The parties are actively working with Judge Ott to mediate the remaining claims in this matter. Through mediation, the parties are initially focused on addressing the claims related to the provision of mental health care.

**II.   Structure of the case**

Plaintiffs are prepared to address the Court's inquiry at the June 9, 2016 status conference regarding the structure of the presentation of evidence at trial.

1

### III. Outstanding discovery issues set for mediation

Plaintiffs have identified and continue to identify perceived gaps in the production of discovery by Defendants. Plaintiffs seek supplementation of discovery production, and the Parties have conferred on multiple occasions about the outstanding issues concerning credentialing documents, mortality reviews, and medical charts. The Parties are currently set for mediation of these discovery issues on June 29, 2016 at 10:30 a.m.

Dated: June 24, 2016                     Respectfully Submitted,

/s/ Maria V. Morris
Maria V. Morris
Southern Poverty Law Center
400 Washington Avenue
Montgomery, AL 36104
*One of the Attorneys for the Plaintiffs*


Rhonda Brownstein (ASB-3193-O64R)
Maria V. Morris (ASB-2198-R64M)
Ebony G. Howard (ASB-7247-O76H)
Latasha L. McCrary (ASB-1935-L75M)
Brooke Menschel (ASB-7675-Z61K)
Jaqueline Aranda Osorno (ASB-3296-A17H)
SOUTHERN POVERTY LAW CENTER
400 Washington Avenue
Montgomery, AL 36104
Telephone: (334) 956-8200
Facsimile: (334) 956-8481
rhonda.brownstein@splcenter.org
maria.morris@splcenter.org
ebony.howard@splcenter.org

latasha.mccrary@splcenter.org
brooke.menschel@splcenter.org
jaqueline.aranda@splcenter.org

Miriam Haskell* (FL. Bar No. 069033)
SOUTHERN POVERTY LAW CENTER
P.O. Box 370037
Miami, FL 33137
Telephone: (786) 347-2056
Facsimile: (786) 237-2949
miriam.haskell@splcenter.org
*admitted pro hac vice

Eunice Cho* (GA. Bar No. 632669)
SOUTHERN POVERTY LAW CENTER
1989 College Avenue NE
Atlanta, GA 30317
Telephone: (404) 221-5842
Facsimile: (404) 221-5857
eunice.cho@splcenter.org
*admitted pro hac vice

William Van Der Pol, Jr. (ASB-2112-114F)
J. Patrick Hackney (ASB-6971-H51J)
Glenn N. Baxter (ASB-3825-A41G)
Alabama Disabilities Advocacy Program
Box 870395
Tuscaloosa, AL  35487
Telephone: (205) 348-4928
Facsimile: (205) 348-3909
wvanderpoljr@adap.ua.edu
jphackney@adap.ua.edu
gnbaxter@adap.ua.edu

Lisa Borden
William Glassell Somerville, III (ASB-6185-E63W)
Andrew Philip Walsh (ASB-3755-W77W)
Patricia Clotfelter (ASB-0841-F43P)
Baker Donelson Bearman Caldwell & Berkowitz PC
420 20th Street North, Suite 1400

Birmingham, AL 35203
Telephone: (205) 250-8375
Facsimile: (205) 488-3775
wsomerville@bakerdonelson.com
awalsh@bakerdonelson.com
dnabors@bakerdonelson.com
pclotfelter@bakerdonelson.com

Gregory M. Zarzaur
Anil A. Mujumdar (ASB-2004-L65M)
Diandra S. Debrosse
Zarzaur Mujumdar & Debrosse
2332 2nd Avenue North
Birmingham, AL 35203
Telephone: (205) 983-7985
Facsimile: (888) 505-0523
gregory@zarzaur.com
anil@zarzaur.com
diandra@zarzaur.com

**ATTORNEYS FOR THE PLAINTIFFS**

>*/s/ William R. Lunsford*
>William R. Lunsford
>*One of the Attorneys for Defendants*
>*Jefferson Dunn and Ruth Naglich*

William R. Lunsford
Matthew B. Reeves
Melissa K. Marler
Stephen C. Rogers
**MAYNARD COOPER & GALE PC**
655 Gallatin Street
Huntsville, AL 35801
Telephone: (256) 512-5710
Facsimile: (256) 512-0119
E-mail: blunsford@maynardcooper.com
mreeves@maynardcooper.com
mmarler@maynardcooper.com
srogers@maynardcooper.com

Mitesh B. Shah
Mitchell D. Greggs
Bryan A. Coleman
Evan P. Moltz
**MAYNARD COOPER & GALE PC**
1901 Sixth Avenue North
2400 Regions Harbert Plaza
Birmingham, AL 35203
Telephone: (205) 254-1178
Facsimile: (205) 714-6438
E-mail: mshah@maynardcooper.com
mgreggs@maynardcooper.com
bcoleman@maynardcooper.com
emoltz@maynardcooper.com

# **CERTIFICATE OF SERVICE**

I hereby certify that I have on this 24th day of June, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following.

David R. Boyd, Esq.
John G. Smith, Esq.
Balch & Bingham LLP
Post Office Box 78
Montgomery, AL  36101

Anne Hill, Esq.
Elizabeth Anne Sees, Esq.
Joseph Gordon Stewart, Jr., Esq.
Alabama Department of Corrections
Legal Division
301 South Ripley Street
Montgomery, AL  36130

Michael Leon Edwards, Esq.
Susan Nettles Han, Esq.
John Eric Getty, Esq.
Steven C. Corhern, Esq.
Balch & Bingham LLP
Post Office Box 306
Birmingham, AL  35201

Deana Johnson, Esq.
Brett T. Lane, Esq.
MHM Services, Inc.
1447 Peachtree Street, N.E., Suite 500
Atlanta, GA  30309


/s/ Maria V. Morris
One of the Attorneys for the Plaintiffs