# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| JOSHUA DUNN, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v.                                    ) | CIVIL ACTION NO.: |
| ) | 2:14-cv-00601-MHT-TFM |
| JEFFERSON DUNN, in his official ) | |
| Capacity as Commissioner of the ) | |
| Alabama Department of Corrections; ) | |
| RUTH NAGLICH, in her official ) | |
| capacity as Associate Commissioner ) | |
| of Health Services for the Alabama ) | |
| Department of Corrections; and ) | |
| ALABAMA DEPARTMENT OF ) | |
| CORRECTIONS ) | |
| ) | |
| Defendants. ) | |

## ALABAMA DEPARTMENT OF
## CORRECTIONS' DISCLOSURE OF EXPERTS

Pursuant to the Court's Order (Doc. No. 529), Defendant Alabama Department of Corrections ("ADOC") discloses the identity and general area of expected testimony of the following witnesses that ADOC may call at trial to present evidence under Fed. R. Evid. 701-705 as follows:

    **1.**    **Robert D. Morgan, Ph.D. ("Dr. Morgan").** ADOC generally expects Dr. Morgan to offer expert testimony regarding mental health care and medical care provided to inmates in the ADOC system and the interaction of

custody practices with the mental and physical health of inmates and the delivery of medical and mental health care to inmates.

2. **Robert L. Ayers, Jr. ("Mr. Ayers").** ADOC generally expects Mr. Ayers to offer expert testimony on custody practices in the ADOC system and the interaction and impact of those practices with the provision of medical and mental health care.

<u>s/Christopher F. Heinss</u><br>
One of the Attorneys for Defendant<br>
Alabama Department of Corrections

**OF COUNSEL**:

David R. Boyd
John G. Smith
John W. Naramore
BALCH & BINGHAM LLP
Post Office Box 78
Montgomery, AL 36101-0078
Telephone: (334) 834-6500
Facsimile: (866) 316-9461
dboyd@balch.com
jgsmith@balch.com
jnaramore@balch.com

1465990.1

Michael L. Edwards
Christopher F. Heinss
Susan Nettles Han
Steven C. Corhern
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 488-5708
medwards@balch.com
egetty@balch.com
shan@balch.com
scorhern@balch.com
cheinss@balch.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 27, 2016, a copy of the above and foregoing was filed with the United States District Court for the Middle District of Alabama using the CM/ECF system which sent notification to all counsel of record.

Maria V. Morris
Ebony Glenn Howard
Latasha McCrary
Rhonda C. Brownstein
J. Richard Cohen
Brooke Menschel
SOUTHERN POVERTY LAW CENTER
400 Washington Avenue
Montgomery, Alabama 36104
maria.morris@splcenter.org
ebony.howard@splcenter.org
latasha.mccrary@splcenter.org
rhonda.brownstein@splcenter.org
richard.cohen@splcenter.org
brooke.menschel@splcenter.org

Miriam Haskell
SOUTHERN POVERTY LAW CENTER
P.O. Box 370037
Miami, Florida 33137
miriam.haskell@splcenter.org

Eunice Cho
Southern Poverty Law Center
1989 College Ave. NE
Atlanta, Georgia 30317
Eunice.cho@splcenter.org

William Van Der Pol
J. Patrick Hackney
Glenn N. Baxter
ALABAMA DISABILITIES ADVOCACY PROGRAM
University of Alabama
500 Martha Parham West, Box 870395
Tuscaloosa, Alabama 35487-0395
wvanderpoljr@adap.ua.edu
jphackney@adap.ua.edu
gnbaxter@bama.ua.edu

Andrew Philip Walsh
William Glassell Somerville III
Patricia Clotfelter
BAKER DONELSON BEARMAN CALDWELL
& BERKOWITZ PC
420 20th Street North, Suite 1400
Birmingham, Alabama 35203
awalsh@bakerdonelson.com
wsomerville@bakerdonelson.com
pclotfelter@bakerdonelson.com

Brent L. Rosen
BAKER DONELSON BEARMAN CALDWELL
& BERKOWITZ PC
614 S. Hull Street
Montgomery, Alabama 36104
brosen@bakerdonelson.com

Anil A. Mujumdar
Gregory M. Zarzuar
Diandra S. Debrosse
ZARZAUR MUJUMDAR & DEBROSSE
2332 2nd Avenue North
Birmingham, Alabama 35203
anil@zarzaur.com
gregory@zarzaur.com
fuli@zarzaur.com

5

1465990.1

Deana Johnson
Brett T. Lane
Counsel for MHM Services, Inc.
1447 Peachtree Street NE
Suite 500
Atlanta, GA 30309
djohnson@mhm-services.com
btlane@mhm-service.com

Anne Adams Hill
Elizabeth Anne Sees
Alabama Department of Corrections
301 South Ripley Street
Montgomery, AL 36104
Anne.Hill@doc.alabama.gov
Elizabeth.sees@doc.alabama.gov

Joseph Gordon Stewart, Jr.
Alabama Department of Corrections
P.O. Box 301501
Montgomery, AL 36130
joseph.stewart@doc.alabama.gov

William R. Lunsford
Matthew B. Reeves
Melissa K. Marler
Stephen C. Rogers
MAYNARD COOPER & GALE PC
655 Gallatin Street
Huntsville, AL 35801
blunsford@maynardcooper.com
mreeves@maynardcooper.com
mmarler@maynardcooper.com
srogers@maynardcooper.com

1465990.1

Mitesh B. Shah
Mitchell D. Gregg
Bryan A. Coleman
Evan P. Moltz
MAYNARD COOPER & GALE PC
1901 Sixth Avenue North
2400 Regions Harbert Plaza
Birmingham, AL 35203
mshah@maynardcooper.com
mgreggs@maynardcooper.com
bcoleman@maynardcooper.com
emoltz@maynardcooper.com

                                      *s/Christopher F. Heinss*
                                      Of Counsel