# EXHIBIT 2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| JOSHUA DUNN, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 2:14-CV-00601-MHT-TFM |
| JEFFERSON DUNN, ET AL., ) | |
| ) | |
| Defendants. ) | |

## DECLARATION OF MARIA V. MORRIS

I, Maria V. Morris, declare:

1. I am a Senior Supervising Staff Attorney at the Southern Poverty Law Center ("SPLC") and an attorney of record in this matter.

2. I have reviewed the billing records for SPLC in this matter for entries primarily relating to Phase I of the *Dunn v. Dunn* matter up through the date of signing the Settlement Agreement, May 25, 2016.

3. I have exercised reasonable billing judgment by both (1) removing certain entries from the bill, and (2) making an across the board reduction of 10% of the hours of the reduced total of hours.

4. With the exercise of billing judgment, the total number of hours expended and billed by SPLC personnel on Phase I of the case is 897.8.

//

//

//

1

5. SPLC's expenses for Phase I of the case were $260,901.01. This includes the expert services and expenses related to Phase I, transcripts of depositions related primarily to Phase I, and sign language interpretation services relating primarily to Phase I.

I swear under penalty of perjury that the information in this Declaration is true to the best of my memory, knowledge, and belief.

Signed this 26th day of August, 2016.

Maria V. Morris