# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOSHUA DUNN, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: |
| ) | 2:14-cv-00601-MHT-TFM |
| JEFFERSON S. DUNN, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## AFFIDAVIT OF ANIL A. MUJUMDAR

I, Anil A. Mujumdar, state under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am licensed to practice law in the State of Alabama and have been continuously since 2001. I have personal knowledge of the facts set forth in this affidavit.

2. I have been admitted to practice before the United States District Courts for the Middle, Northern, and Southern Districts of Alabama, the Eleventh Circuit Court of Appeals, and the United States Supreme Court.

3. I am a partner at Zarzaur Mujumdar & Debrosse – Trial Lawyers (the "Firm") in Birmingham, Alabama and regularly practice in federal courts in the Middle and Northern Districts of Alabama in both civil and white collar criminal defense matters. The lawyers at our Firm presently handle mass torts and class action litigation in federal courts nationally, white collar criminal defense matters in state and federal courts, personal injury litigation in state and federal courts, and have increasingly focused our practice on representing victims of rape, sexual assault, child sex abuse, and human trafficking.

4. I am the partner at our Firm responsible for the file in the above-captioned litigation. My standard hourly rate is $350 / hour and therefore that is the rate our Firm internally applied to our attorney time in this case.

5. All three (3) of the lawyers in our Firm have appeared and billed time in this case, including Gregory M. Zarzaur, Diandra S. Debrosse, and I. Our Firm serves as counsel for the Alabama Disabilities Advocacy Program ("ADAP"), one of the Plaintiffs in this case.

6. The lawyers in our Firm have invested 1,400 hours of time in our efforts to litigate Phase I of this case and negotiate the proposed Phase I Settlement Agreement presently pending before this Honorable Court. Those efforts have included appearing in court, taking depositions, meeting with our client, participating in discovery mediations, negotiating settlement with opposing counsel, drafting filings and correspondence, preparing the ADA Phase I expert to finalize his expert report and give his deposition, preparing for and defending our client's Fed. R. Civ. P. 30(b)(6) deposition, touring prisons in the Alabama Department of Corrections system during expert site visits, interviewing prisoners regarding evidence pertinent to this case, reviewing documents, propounding and responding to discovery requests, conducting legal research, conferring with co-counsel regarding litigation strategy, and preparing for the Phase I trial, among other tasks.

7. The share of attorneys' fees our Firm will receive in this case will reflect a deep discount of our standard rates ranging anywhere from one-third to one-half off of our $350.00 hourly rate in this case. Our Firm has been honored to serve as counsel in this case and to litigate key civil rights issues affecting the State of Alabama. Our willingness to significantly discount our hourly rate in this case reflects our deep and abiding interest

in civil rights and social justice issues both nationally and in Alabama. Our discounted rates in this matter also reflect our Firm's commitment to meaningful community engagement as an essential component of our law practice. Additionally, our Firm has borne its own costs and expenses in litigating and resolving Phase I of this case. Thus, we will not be reimbursed for any of the costs or expenses our Firm has incurred in this case, only a discounted fee award should this Honorable Court approve the proposed Phase I Settlement Agreement and the instant fee motion.

Respectfully Submitted, this the 26th day of August 2016.

*[signature]*
Anil A. Mujumdar

**VERIFICATION**

STATE OF Alabama )
COUNTY OF Jefferson )

    Before me, the undersigned authority, a notary public in and for said county in said state, hereby certifies that Anil A. Mujumdar, whose name is signed to the foregoing document and who is known to me, acknowledged before me on this day that, being informed of the contents of the document, he executed the same voluntarily on the day the same bears date, and further that said individual swore before me under penalty of perjury that the facts alleged in the foregoing document are true and correct and are based on their personal knowledge and belief.

*[signature]*
Notary Public
My Commission Expires: August 28, 2018