# EXHIBIT

# 4

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| JOSHUA DUNN, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 2:14-CV-00601-MHT-TFM |
| JEFFERSON DUNN, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

### DECLARATION OF PATRICIA CLOTFELTER

I, Patricia Clotfelter, declare:

1. I am a Senior Shareholder at the Baker, Donelson, Bearman, Caldwell and Berkowitz, P.C. (Baker) and an attorney of record in the above matter.

2. I have reviewed the billing records for Baker in this matter for entries primarily relating to Phase I up through the date of signing the Settlement Agreement, May 25, 2016.

3. The customary hourly rates of lawyers in our firm who worked on this matter range from $515 to $325. I have identified a total of 700 hours devoted by our attorneys to Phase I work, including without limitation, document review, depositions, prison tours, communications with clients,

1

with co-counsel and with opposing counsel, document drafting and trial preparation.

4. In the interest in settling Phase I, Baker has agreed to accept a substantial discount from its usual hourly rates.

I swear under penalty of perjury that the information in this Declaration is true to the best of my memory, knowledge, and belief.

Signed this 26th day of August, 2016.

Patricia Clotfelter

2