# EXHIBIT

# 5

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOSHUA DUNN, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: |
| ) | 2:14-cv-00601-MHT-TFM |
| JEFFERSON S. DUNN, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### AFFIDAVIT OF ROBERT D. SEGALL

I, Robert D. Segall, state under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am licensed to practice law in the State of Alabama and have been continuously since 1971. I have personal knowledge of the facts set forth in this affidavit.

2. I am admitted to practice before the United States District Court for the Middle District of Alabama and following law school completed a judicial clerkship for The Honorable Frank M. Johnson, Jr., in the Middle District of Alabama.

3. I am a partner at the law firm of Copeland Franco Screws & Gill, PA, based in Montgomery, Alabama and have practiced at the firm since 1973.

4. I am the past President of the Alabama State Bar, the Montgomery Bar Association, the Montgomery Trial Lawyers Association, Legal Services Corporation of Alabama, and the Hugh Maddox Chapter of the Inns of Court. I also formerly served as a

Bar Commissioner for the Alabama State Bar and currently serve as a Board Member for the Federal Defenders for the Middle District of Alabama.[1]

5. Over the course of my career, I have tried numerous cases to verdict including trials in the Middle District of Alabama. I also have significant experience as trial counsel in a number of class action and civil rights cases.

6. I have not reviewed the pleadings or the settlement agreement in this case, but I generally understand that the parties to the litigation are seeking approval of a class action settlement which if approved will accommodate prisoners with physical disabilities throughout Alabama's prisons. From my experience in civil rights litigation, including prison litigation, I understand the complexity and volume of the work involved to achieve a proposed settlement of such claims.

7. I understand that Plaintiffs' counsel have requested, and Defendant's counsel has agreed to pay, fees and costs in the total amount of $1,250,000.00, and that Plaintiffs' counsel now seek this Honorable Court's approval of the amount as reasonable in the context of a class action settlement in the Middle District of Alabama. I understand from the filing to which this affidavit is attached that costs in this case total approximately $270,000.00, and that Plaintiffs' counsel spent 5050 hours of attorney time to resolve the litigation. Based on my calculations, Plaintiffs' counsel in this matter are seeking a fee award that results in a blended hourly rate of approximately $194.05 / hour. In my opinion, based on my experience litigating class action and civil rights cases in the Middle District of Alabama, my familiarity with the reasonableness of hourly rates

---

[1] I understand the Federal Defenders for the Middle District of Alabama have filed an objection in this case. I am not opining about the substance of the proposed settlement in this case or any objections to the proposed settlement. I am only opining as to the reasonableness of Plaintiffs' counsel's requested fees in this case.

generally in the Middle District, and my familiarity with the reputation and skill level of the Plaintiffs' firms involved in this action, the requested award of fees and costs and an approximate blended hourly rate of $194.05 / hour not only is very reasonable, but also is a significantly discounted blended hourly rate for litigation of this nature.

_____
Robert D. Segall
August 25, 2016

**VERIFICATION**

STATE OF Alabama )
COUNTY OF Montgomery )

    Before me, the undersigned authority, a notary public in and for said county in said state, hereby certifies that Robert D. Segall, whose name is signed to the foregoing document and who is known to me, acknowledged before me on this day that, being informed of the contents of the document, he executed the same voluntarily on the day the same bears date, and further that said individual swore before me under penalty of perjury that the facts alleged in the foregoing document are true and correct and are based on their personal knowledge and belief.

_____
Notary Public
My Commission Expires: 3-4-19

