# EXHIBIT

# 6

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOSHUA DUNN, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.: |
| | ) | 2:14-cv-00601-MHT-TFM |
| JEFFERSON S. DUNN, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

DECLARATION OF RANDALL C. MARSHALL

I, Randall C. Marshall, hereby declare under penalty of perjury:

1.     I am the full-time Legal Director for the American Civil Liberties Union Foundation of Alabama, Inc. ("ACLU-AL") and have held that position since June 2013. For thirteen years prior to that (2000-2013), I was the Legal Director for the ACLU Foundation of Florida, Inc. I have been licensed and continually practiced law since 1982. Attached to this declaration is a copy of my resume outlining my legal career.

2.     I have provided expert testimony by declaration regarding fees in three cases: *Arcia v. Florida Secretary of State*, No. 12-15738 (11th Cir., November 2014), No. 1:12-cv-22282 (S.D. Fla., March 2015) (as to reasonable hourly rates in S.D. Fla.); *IMS Health Incorporated v. Ayotte*, No. 06-CV-280-PB (D. N.H., June 2007) (as to reasonable hourly rate for fees in S.D. Fla.); and *Davis v. Bank of America*, No. 05-80806 (S.D. Fla., May 2006) (as to reasonableness of class action settlement and fee award). In addition, over my legal career, I have been involved in numerous attorney

fee petitions, settlements, and awards, including class action litigation.

3.      Since joining the ACLU-AL, I have been involved in two cases involving negotiated attorneys' fees and expenses with State of Alabama entities: *Henderson v. Dunn*, No. 2:11cv224-MHT (M.D. Ala.), and *Planned Parenthood Southeast, Inc. v. Strange*, No. 2:13cv405-MHT (M.D. Ala.).

4.      I have reviewed the underlying documentation in both cases that reflect the amounts sought and the negotiated settlements. Utilizing that documentation, I calculated a blended rate in each case; *i.e.* the amount of fees divided by the number of hours, without regard to the varying rates of individual attorneys.

5.      In *Henderson*, the blended rate for the amount sought was $275 per hour. The settlement was a blended rate of approximately $148 per hour, based upon an agreement of $1.3 million including nearly $300,000 in expenses and 7082.73 hours. Because *Henderson* was a class action, the agreement was reviewed and approved by the Court. *See Henderson* Opinion, Doc. 305.

6.      In *Planned Parenthood*, the blended rate for the amount sought was $386 per hour. The settlement was a blended rate of approximately $258 per hour, based upon an agreement of $1.7 million including $167,000 in costs and expenses and 5947.2 hours.

7.      My understanding is that counsel in this action have negotiated a settlement of $1.25 million, including $270,000 in costs, representing a blended hour rate of approximately $194 based upon 5050 hours. This amount thus falls between the blended rates for the settlements in *Henderson* and *Planned Parenthood*.

8.      Based upon my recent experience in the Middle District of Alabama in *Henderson* and *Planned Parenthood*, as well as my experience in attorney fee matters over my legal career, I believe that the class settlement on fees and expenses in this portion of the action is fair and reasonable and is below what the Court would award if the amount were contested.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 26th day of August, 2016.

Randall C. Marshall

RANDALL C. MARSHALL
ACLU of Alabama Foundation, Inc.
P.O. Box 6179
Montgomery, AL 36106-0179
rmarshall@aclualabama.org

**Education:**

University of Colorado School of Law. Boulder, Colorado.
Juris Doctor, 1982. Order of the Coif.
Outstanding Achievements Award, Legal Aid & Defender Program, 1982.
Chair, Board of Directors, Legal Aid & Defender Program, 1981-82.
American Jurisprudence Award, professional responsibility, 1982.

University of Northern Colorado. Greeley, Colorado.
Master of Arts, 1975, mathematics.
Colorado Scholars' Program, 1973-74.
Student-body president, 1973-74.
Bachelor of Arts, 1973. Majors: mathematics and sociology.
Outstanding Senior Award 1973.
Who's Who in American Universities & Colleges 1973.
National Student Register 1973-74.
Lambda Sigma Tau – math/science honorary – 1973.

**Employment:**

Legal Director, American Civil Liberties Union of Alabama. June 2013 – present.

Supervise and oversee all ACLU litigation in Alabama; participate in litigation; recruit and work with ACLU cooperating attorneys; oversee the legal intake department; coordinate with the National ACLU Legal Department.

Legal Director, American Civil Liberties Union of Florida. August 2000 – May 2013.

Supervise and oversee all ACLU litigation in Florida; participate in litigation; manage Legal Department (varied from 6-11 attorneys, 1.5 legal assistants, 2 advocacy coordinators); recruit and work with ACLU cooperating attorneys; oversee the legal intake department which receives thousands of complaints a year; coordinate with the National ACLU Legal Department.

Assistant Attorney General, State of Florida. June 1999 – August 2000.

Litigation practice representing the State of Florida and State employees, primarily in 42 U.S.C. §1983 actions. Practice in state and federal courts.

RANDALL C. MARSHALL
Page 2

Assistant City Solicitor, City of Pittsburgh, Pennsylvania. February 1997 – June 1999.

> Litigation practice representing the City in civil rights actions, including employment litigation. Practice in state and federal trial and appellate courts.

Private practice. January 1996 – November 1997.

> Federal litigation practice with emphasis on employment and civil rights.

Senior Attorney, Advocates for Basic Legal Equality, Toledo, Ohio. August 1992 – December 1995; May 1987 – December 1990 (on leave, October 1989 – August 1990).

> Federal litigation practice with emphasis on civil rights and employment, both in Migrant Farm Worker Unit and Special Litigation Unit. Class action, TRO and appellate experience.

Visiting Professor of Law, The Thomas M. Cooley Law School, Lansing, Michigan. January 1991 – August 1992; October 1989 – August 1990.

> Supervised law students in provision of legal services through law school's clinic, Sixty Plus Law Center. Taught academic component emphasizing legal practice skills. Managed federal impact litigation at Sixty Plus.

Attorney, Texas Rural Legal Aid, Farm Worker Division, Hereford, Texas. 1982-87.

> Federal litigation practice with emphasis on employment and civil rights. Experience with class actions, multiple party litigation, extraordinary relief and federal appellate work.

Research and writing assistant, Center for Labor Education and Research, Boulder, Colorado. 1981-82.

> Research and writing assistant to director, a labor arbitrator and professor of law. Attended arbitration hearings, performed research and drafted arbitration decisions.

Law clerk, Boulder County Legal Services, Boulder, Colorado. 1980-81.

Law clerk, U.S. Attorney's Office, Civil Division, Denver, Colorado. Summer 1980.

Peace Corps Volunteer – Kenya. 1976-78. Mathematics teacher.


**Continuing Legal Education Courses Taught / Legal Presentations:**

Panelist: The Wonderful World of Cooperating Attorneys – ACLU Nationwide Staff Conference, April 2014

RANDALL C. MARSHALL
Page 3

Presenter: Impact Litigation, Public Interest Lawyering class, University of Alabama School of Law, February 2014

Panelist: Managing and Operating an ACLU Legal Program – ACLU Nationwide Staff Conference, January 2012

Presenter: Attorney Fees: Ideas from Other Fee Shifting Statutes, Workers' Injury Law & Advocacy Group ("WILG") 2010 Conference, November 2010

Presenter: ACLU in the Courts – Key West lawyer's luncheon, October 2009

Presenter: Student Rights; Miami-Dade County Student Government Association Student Rights Conference, April 2007

Presenter: Importance of Teaching the First Amendment in Public Schools; "Your First Amendment is Showing" project – Miami-Dade County Public Schools, November 2006

Presenter: CLE – Providing Access to Teen Health: Representation of Minors in Judicial Bypass Hearings and Appeals, ACLU Lawyer's Conference, Miami Beach, July 2006.

Presenter: "Better Preparing Teen Clients for a Judicial Bypass Hearing" – National Abortion Federation Annual Meeting, San Francisco, April 2006.

Presenter: "First What? A Look at *Nike v. Kasky* and Public Relations Practice" – University of Miami School of Communication, March 2006.

Presenter: Medical Records and Florida's Right to Privacy: Rush Limbaugh (a case study); ACLU - New Mexico Data Privacy Conference, August 2004.

Presenter: Pre-Law Lecture Series (ethics and the right of privacy), Office of Undergraduate Career Options Counseling and Honors Program, School of Business Administration, University of Miami, February 2004.

Presenter: CLE – Balancing Freedom, Order, and Equality – joint program of the Hillsborough County Bar's Gender, Ethnic, and Racial Equality Committee, the George Edgecomb Bar Association, the Hillsborough Association for Women Lawyers, and the Tampa Bay Chapter of the Federal Bar association, January 2002.

Presenter: Civil Liberties and National Security – Symposium: Preserving Democracy in the Age of Global Terrorism, Lynn University, October 2001.

Presenter: Restoring Civil Rights of Felons, National Consortium of Task Forces and Commissions on Racial and Ethnic Bias in the Courts, 2001 Conference: The Experiences of Minority Women and Children in the Justice System. May 2001.

RANDALL C. MARSHALL
Page 4

Trainer, Basic Lawyering Skills Training, Toledo, Ohio, September 1995. Committee on Regional Training (Michigan, Ohio, West Virginia).

Trainer, National Migrant Legal Services Training, Ft. Worth, Texas, March 1994. Migrant Legal Action Program.

Employment Discrimination - Title VII and Section 1981, Basic Employment Law Seminar, Columbus, Ohio, October 1989. Ohio State Legal Services Association.

Willfulness under the Fair Labor Standards Act, Experienced Attorneys' Conference, Washington, D.C., February 1989. Migrant Legal Action Program.

**Admitted to Practice:**

United States Supreme Court
United States Court of Appeals: Second, Third, Sixth and Eleventh Circuits
United States District Courts:
    Northern, Southern and Middle Districts of Alabama
    Northern, Southern and Middle Districts of Florida
    District of Columbia
    Western District of Pennsylvania
    Western District of Michigan
    Northern District of Ohio
    Northern District of Texas
    District of Colorado
States of Alabama, Colorado, Florida, Michigan, Ohio, Pennsylvania, and Texas

**Professional recognition:**

Martindale-Hubbell Rating: AV    http://www.martindale.com

Finalist, *Daily Business Review* Most Effective Lawyers, 2012 – Public Interest category.

Finalist, *Daily Business Review* Most Effective Lawyers, 2006 – Public Interest category.

South Florida Top Lawyers 2012, 2013, 2014.

**Expert testimony:**

*Arcia v. Florida Secretary of State*, No. 12-15738 (11th Cir., November 2014), No. 1:12-cv-22282 (S.D. Fla., March 2015) (as to reasonable hourly rates in S.D. Fla.) (by declaration)

RANDALL C. MARSHALL
Page 5

> *IMS Health Incorporated v. Ayotte*, No. 06-CV-280-PB (D. N.H., June 2007) (as to reasonable hourly rate for fees in S.D. Fla.) (by declaration)

> *Davis v. Bank of America*, No. 05-80806 (S.D. Fla., May 2006) (as to reasonableness of class action settlement and fee award) (by declaration)

**Reported Cases:**

**First Amendment:**

> *Martin v. Houston*, --- F.Supp.3d ----, 2016 WL 4010026 (M.D. Ala. July 25, 2016)

> *Martin v. Houston*, --- F.Supp.3d ----, 2016 WL 1368109 (M.D. Ala. April 6, 2016)

> *Wollschlaeger v. Governor of Florida*, 760 F.3d 1195 (11th Cir.), *vacated and new opinion issued*, 797 F.3d 859 (11th Cir.), *vacated and new opinion substituted*, 814 F.3d 1159 (11th Cir. 2015), *rehearing en banc granted, opinion vacated* (11th Cir. Feb. 3, 2016

> *Eternal World Television Network, Inc. v. Burwell*, 26 F.Supp.3d 1228 (S.D. Ala. 2014)

> *City of Fort Lauderdale v. Chuanwen Wang*, 115 So.3d 1060 (Fla. 4th DCA 2013)

> *Prison Legal News v. Geo Group, Inc.*, 920 F.Supp.2d 1270 (N.D. Fla. 2013)

> *In re Amendments to Rules Regulating the Florida Bar - Subchapter 4-7, Lawyer Advertising Rules*, 108 So.3d 609 (Fla. 2013)

> *State of Florida v. Catalano*, 104 So.3d 1069 (Fla. 2012)

> *American Civil Liberties Union of Florida, Inc. v. Dixie County, Fla.*, 690 F.3d 1244 (11th Cir. 2012)

> *Towbin v. Antonacci*, 287 F.R.D. 672 (S.D. Fla. 2012)

> *Towbin v. Antonacci*, 885 F.Supp.2d 1274 (S.D. Fla. 2012)

> *League of Women Voters of Florida v. Browning*, 863 F.Supp.2d 1155 (N.D. Fla. 2012)

> *American Civil Liberties Union of Florida Inc. v. Dixie County Fla.*, 828 F.Supp.2d 1307 (N.D. Fla. 2011), *rev'd and remanded*, 690 F.3d 1244 (11th Cir. 2012)

> *Wollschlaeger v. Farmer*, 814 F.Supp.2d 1367 (S.D. Fla. 2011)

RANDALL C. MARSHALL
Page 6

*American Civil Liberties Union of Florida Inc. v. Dixie County Fla.*, 797 F.Supp.2d 1280 (N.D. Fla. 2011)

*Forrest v. Citi Residential Lending, Inc.*, 73 So.3d 269 (Fla. 2d DCA 2011)

*Allen v. School Bd. for Santa Rosa County, Florida*, 787 F.Supp.2d 1293 (N.D. Fla. 2011)

*State v. Catalano*, 60 So.3d 1139 (Fla. 2d DCA 2011)

*Allen v. School Bd. for Santa Rosa County, Fla.*, 782 F.Supp.2d 1304 (N.D. Fla. 2011)

*Stelmack v. State*, 58 So.3d 874 (Fla. 2d DCA 2010)

*Faculty Senate of Florida Intern. University v. Winn*, 616 F.3d 1206 (11th Cir. 2010), *cert. denied*, 133 S.Ct. 21 (2012)

*First Vagabonds Church of God v. City of Orlando, Fla.*, 610 F.3d 1274 (11th Cir. 2010), *vacated*, 616 F.3d 1229 (11th Cir. 2010), district court's judgment affirmed in part and reversed in part, and permanent injunction vacated; portion of panel opinion reinstated, 638 F.3d 756 (11th Cir. 2011) *(en banc)*

*Doe ex rel. Doe v. School Board for Santa Rosa County, Fla.*, 711 F.Supp.2d 1320 (N.D. Fla. 2010)

*Doe ex rel. Doe v. School Bd. for Santa Rosa County, Fla.,* 711 F.Supp.2d 1325 (N.D. Fla. 2010)

*Brayshaw v. City of Tallahassee, Fla.,* 709 F.Supp.2d 1244 (N.D. Fla. 2010)

*Gagliardo v. Branam Children*, 32 So.3d 673 (Fla. 3rd DCA 2010)

*Minor I Doe v. School Board for Santa Rosa County, Florida*, 264 F.R.D. 670 (N.D. Fla. 2010)

*Evans v. Bayer*, 684 F.Supp.2d 1365 (S.D. Fla. 2010)

*Complete Angler, LLC v. City of Clearwater, Fla.*, 607 F.Supp.2d 1326 (M.D. Fla. 2009)

*American Civil Liberties Union of Florida, Inc. v. Miami-Dade County School Bd.*, 557 F.3d 1177 (11th Cir.), *cert. denied*, 558 U.S. 1023 (2009)

*Gay-Straight Alliance of Yulee High School v. School Bd. of Nassau County*, 602 F.Supp.2d 1233 (M.D. Fla. 2009)

RANDALL C. MARSHALL
Page 7

*Faculty Senate of Florida Intern. University v. Roberts*, 574 F.Supp.2d 1331 (S.D. Fla. 2008), rev'd *sub nom Faculty Senate of Florida Intern. University v. Winn*, 616 F.3d 1206 (11th Cir. 2010)

*Frazier v. Winn*, 535 F.3d 1279 (11th Cir. 2008), *rehearing denied*, 555 F.3d 1292 (11th Cir.), *cert. denied sub nom Frazier v. Smith*, 558 U.S. 818 (2009)

*American Civil Liberties Union of Florida, Inc., v. Dixie County, Florida*, 570 F.Supp.2d 1378 (N.D. Fla. 2008)

*Gillman v. School Bd. for Holmes County, Fla.*, 567 F.Supp.2d 1359 (N.D. Fla. 2008)

*Faculty Senate of Florida Intern. University v. Winn*, 477 F.Supp.2d 1198 (S.D. Fla. 2007)

*American Civil Liberties Union of Florida, Inc., v. Miami-Dade County School Board*, 439 F.Supp.2d 1242 (S.D. Fla. 2006), *rev'd*, 557 F.3d 1177 (11th Cir.), *cert. denied*, 558 U.S. 1023 (2009)

*Frazier v. Alexandre*, 434 F.Supp.2d 1350 (S.D. Fla. 2006), *aff'd in part, rev'd in part sub nom Frazier v. Winn*, 535 F.3d 1279 (11th Cir. 2008), *rehearing denied*, 555 F.3d 1292 (11th Cir.), *cert. denied sub nom Frazier v. Smith*, 558 U.S. 818 (2009)

*Cooper v. Dillon*, 403 F.3d 1208 (11th Cir. 2005)

*Wyner v. Struhs*, 254 F.Supp.2d 1297 (S.D. Fla. 2003)

**Fourth Amendment**:

*Lebron v. Secretary, Florida Dept. of Children and Families*, 772 F.3d 1352 (11th Cir. 2014)

*Lebron v. Wilkins*, 990 F.Supp.2d 1280 (M.D. Fla. 2013)

*American Federation of State, County and Mun. Employees Council 79 v. Scott*, 717 F.3d 851 (11th Cir. 2013), *cert. denied*, 134 S. Ct. 1877 (2014)

*Lebron v. Secretary, Florida Dept. of Children and Families*, 710 F.3d 1202 (11th Cir. 2013)

*American Federation of State County and Mun. Employees (AFSCME) Council 79 v. Scott*, 857 F.Supp.2d 1322 (S.D. Fla. 2012)

*American Federation of State, County and Mun. Employees (AFSCME) Council 79 v. Scott*, 278 F.R.D. 664 (S.D. Fla. 2011)

RANDALL C. MARSHALL
Page 8

    *Lebron v. Wilkins*, 277 F.R.D. 664 (M.D. Fla. 2011)

    *Lebron v. Wilkins*, 277 F.R.D. 466 (M.D. Fla. 2011)

    *American Federation of State, County and Mun. Employees (AFSCME) Council 79 v. Scott*, 277 F.R.D. 474 (S.D. Fla. 2011)

    *Lebron v. Wilkins*, 820 F.Supp.2d 1273 (M.D. Fla. 2011), *aff'd*, 710 F.3d 1202 (11th Cir. 2013)

    *Johnston v. Tampa Sports Authority*, 530 F.3d 1320 (11th Cir. 2008)

    *Johnston v. Tampa Sports Authority*, 490 F.3d 820 (11th Cir. 2007), *vacated*, 530 F.3d 1320 (11th Cir. 2008)

    *Johnston v. Tampa Sports Authority*, 442 F.Supp.2d 1257 (M.D. Fla. 2006), *rev'd*, 490 F.3d 820 (11th Cir. 2007)

    *Tampa Sports Authority v. Johnston*, 914 So.2d 1076 (Fla. 2d DCA 2005)

    *Limbaugh v. State*, 887 So.2d 387 (Fla. 4th DCA 2004)

**Elections / Voting Rights:**

    *Mi Familia Vota Education Fund v. Detzner*, 891 F.Supp.2d 1326 (M.D. Fla. 2012)

    *Florida v. U.S.*, 885 F.Supp.2d 299 (D.D.C. 2012)

    *League of Women Voters of Florida v. Detzner*, 283 F.R.D. 687 (N.D. Fla. 2012)

    *Brown v. Secretary of State of Florida*, 668 F.3d 1271 (11th Cir. 2012)

    *Florida v. U.S.*, 820 F.Supp.2d 85 (D.D.C. 2011)

    *Ford v. Browning*, 992 So.2d 132 (Fla. 2008)

    *Friedman v. Snipes*, 345 F.Supp.2d 1356 (S.D. Fla. 2004)

    *American Civil Liberties Union of Florida, Inc. v. Hood*, 881 So.2d 664 (Fla. 1st DCA), *rev'd and quashed without opinion*, 888 So.2d 621 (Fla. 2004) (table)

    *Wexler v. Lepore*, 878 So.2d 1276 (Fla. 4th DCA 2004)

RANDALL C. MARSHALL
Page 9

    *Florida Caucus of Black State Legislators, Inc. v. Crosby*, 877 So.2d 861 (Fla. 1ˢᵗ DCA 2004)

    *Fladell v. Labarga*, 775 So.2d 987 (Fla. 4ᵗʰ DCA 2000)

    *Harris v. Moore*, 752 So.2d 1241 (Fla. 4ᵗʰ DCA 2000) (trial court)


**Due Process:**

    *Hagopian v. Justice Administrative Com'n*, 18 So.3d 625 (Fla. 2d DCA 2009)

    *Al Najjar v. Ashcroft*, 186 F.Supp.2d 1235 (S.D. Fla. 2002)

    *Al Najjar v. Ashcroft*, 273 F.3d 1330 (11th Cir. 2001)

    *Kaehly v. City of Pittsburgh*, 988 F.Supp. 888 (W.D. Pa. 1997)


**Reproductive Freedom / Privacy:**

    *West Alabama Women's Center v. Williamson*, --- F.R.D. ---- 2016 WL 3621273 (M.D. Ala. July 5, 2016)

    *Planned Parenthood Southeast, Inc. v. Strange*, --- F.Supp.3d ---- 2016 WL 1167725 (M.D. Ala. March 25, 2016)

    *Planned Parenthood Southeast, Inc. v. Bentley*, 141 F.Supp.3d 1207 (M.D. Ala. 2015)

    *West Alabama Women's Center v. Williamson*, 120 F.Supp.3d 1296 (M.D. Ala. 2015)

    *Planned Parenthood Southeast, Inc. v. Strange*, 33 F.Supp.3d 1381 (M.D. Ala. 2014)

    *Planned Parenthood Southeast, Inc. v. Strange*, 33 F.Supp.3d 1330 (M.D. Ala. 2014)

    *Planned Parenthood Southeast, Inc. v. Strange*, 9 F.Supp.3d 1272 (M.D. Ala. 2014)

    *Planned Parenthood Southeast, Inc. v. Bentley*, 951 F.Supp.2d 1280 (M.D. Ala. 2013)

    *Burton v. State*, 49 So.3d 263 (Fla. 1ˢᵗ DCA 2010)

    *In re Doe 07-B*, 973 So.2d 627 (Fla. 1ˢᵗ DCA 2008)

    *In re Doe*, 973 So.2d 548 (Fla. 2d DCA), *rev. denied*, 975 So.2d 428 (Fla. 2008) (table)

    *In re Doe*, 948 So.2d 30 (Fla. 1ˢᵗ DCA 2006)

RANDALL C. MARSHALL
Page 10

    *In re Doe*, 924 So.2d 935 (Fla. 1st DCA 2006)

    *In re Doe*, 932 So.2d 278 (Fla. 2d DCA 2005)

    *Schiavo ex rel. Schindler v. Schiavo*, 357 F.Supp.2d 1378 (M.D. Fla.), *aff'd*, 403 F.3d
    1223 (11th Cir.), *reh'g en banc denied*, 403 F.3d 1261 (11th Cir.), *stay denied*, 544 U.S.
    945, 125 S.Ct. 1692 (2005)

    *Schiavo ex rel Schindler v. Schiavo*, 358 F.Supp.2d 1161 (M.D. Fla.), *aff'd*, 403 F.3d
    1289 (11th Cir.), *reh'g* denied, 404 F.3d 1282 (11th Cir. 2005), *reh'g en banc denied*,
    404 F.3d 1270 (11th Cir. 2005), *stay denied*, 544 U.S. 957, 125 S.Ct. 1722 (2005)

    *Bush v. Schiavo*, 885 So.2d 321 (Fla. 2004)

    *Bush v. Schiavo*, 871 So.2d 1012 (Fla. 2d DCA 2004)

    *Schindler v. Schiavo*, 866 So.2d 140 (Fla. 2d DCA 2004)

    *Bush v. Schiavo*, 866 So.2d 136 (Fla. 2d DCA 2004)

    *North Florida Women's Health and Counseling Services, Inc. v. State*, 866 So.2d 612
    (Fla. 2003)

    *In re Guardianship of J.D.S.*, 864 So.2d 534 (Fla. 5th DCA 2004)

    *Bush v. Schiavo*, 861 So.2d 506 (Fla. 2d DCA 2003)

    *G.P. v. State of Florida*, 842 So.2d 1059 (Fla. 4th DCA 2003)

**LGBT Rights**:

    *Strawser v. Strange*, --- F.Supp.3d ----, 2016 WL 3199523 (S.D. Ala. June 7, 2016)

    *Strawser v. Strange*, 307 F.R.D. 604 (S.D. Ala. 2015)

    *Strawser v. Strange*, 105 F.Supp.3d 1323 (S.D. Ala. 2015), *summarily affirmed*, No. 15-
    12508 (11th Cir. Oct. 20, 2015)

    *Strawser v. Strange*, 100 F.Supp.3d 1285 (S.D. Ala. 2015)

    *Strawser v. Strange*, 100 F.Supp.3d 1276 (S.D. Ala. 2015)

    *Ex parte State ex rel. Alabama Policy Institute*, --- So.3d ----, 2015 WL 1036064 (Ala.
    March 10, 2015)

RANDALL C. MARSHALL
Page 11

*Ex parte State ex rel. Alabama Policy Institute*, --- So.3d ----, 2015 WL 892752 (Ala. March 3, 2015)

*Ex parte State ex rel. Alabama Policy Institute*, --- So.3d ----, 2016 WL 859009 (Ala. March 4, 2016)

*Strawser v. Strange*, 44 F.Supp.3d 1206 (S.D. Ala. 2015)

*D.M.T. v. T.M.H.*, 129 So.3d 320 (Fla. 2013)

*Gay-Straight Alliance of Yulee High School v. School Board of Nassau County*, 602 F.Supp.2d 1233 (M.D. Fla. 2009)

*Gonzalez v. School Bd. of Okeechobee County*, 571 F.Supp.2d 1257 (S.D. Fla. 2008)

*Gonzalez v. School Bd. of Okeechobee County*, 250 F.R.D. 565 (S.D. Fla. 2008)

*Gay-Straight Alliance of Okeechobee High School v. School Bd. of Okeechobee County*, 242 F.R.D. 644 (S.D. Fla. 2007)

*Gay-Straight Alliance of Okeechobee High School v. School Bd. of Okeechobee County*, 483 F.Supp.2d 1224 (S.D. Fla. 2007)

*Gay-Straight Alliance of Okeechobee High School v. School Bd. of Okeechobee County*, 477 F.Supp.2d 1246 (S.D. Fla. 2007)

*Advisory Opinion To Attorney General re Florida Marriage Protection Amendment*, 926 So.2d 1229 (Fla. 2006)

*Lofton v. Secretary of Dept. of Children and Family*, 358 F.3d 804 (11th Cir. 2004)

*Lofton v. Kearney*, 157 F.Supp.2d 1372 (S.D. Fla. 2001)

**Attorneys' Fees:**

*Bivins v. Wrap it Up, Inc.*, 548 F.3d 1348 (11th Cir. 2008)

*Sole v. Wyner*, 551 U.S. 74 (2007)

**Access to Courts / Jurisdiction / Ripeness / Standing / Mootness / Supremacy Clause:**

*Doe v. Hobson*, 300 F.R.D. 576 (M.D. Ala. 2014)

RANDALL C. MARSHALL
Page 12

*Doe v. Hobson*, 17 F.Supp.3d 1141 (M.D. Ala. 2014)

*American Federation of State, County, and Mun. Employees (AFSCME) Council 79 v. Scott*, 949 F.Supp.2d 1239 (S.D. Fla. 2013)

*Achord v. Osceola Farms Co.*, 52 So.3d 699 (Fla. 4th DCA 2010)

**Education:**

*Bush v. Holmes*, 919 So.2d 392 (Fla. 2006)

*Bush v. Holmes*, 886 So.2d 340 (Fla. 1st DCA 2004), *aff'd on other grounds*, 919 So.2d 392 (Fla. 2006)

*Bush v. Holmes*, 867 So.2d 1270 (Fla. 1st DCA 2004)

**Housing:**

*Gourlay v. Forest Lake Estates Civic Ass'n of Port Ritchey, Inc.*, 276 F.Supp.2d 1222 (M.D. Fla. 2003), *vacated*, 2003 WL 22149660 (M.D. Fla. Sept. 16, 2003)

**Religious Freedom:**

*Rich v. Secretary, Florida Dept. of Corrections*, 716 F.3d 525 (11th Cir. 2013)

*Freeman v. Department of Highway Safety and Motor Vehicles*, 924 So.2d 48 (Fla. 5th DCA 2006), *rehearing granted and substituting opinion for* 2005 WL 2108094 (Fla. 5th DCA, September 2, 2005), *review denied*, 940 So.2d 1124 (Fla. 2006) (table)

**Police / Governmental Misconduct:**

*Exile v. Miami-Dade County*, 35 So.3d 118 (Fla. 3rd DCA 2010)

*Department of Transp. v. City of Miami*, 20 So.3d 908 (Fla. 3rd DCA 2009)

*Houston v. Williams*, 547 F.3d 1357 (11th Cir. 2008)

*Tristani v. City of Pittsburgh*, 755 A.2d 52 (Pa. Commonwealth 2000)

*Gonzalez v. Monty*, 89 F.Supp.2d 1347 (S.D. Fla. 2000)

RANDALL C. MARSHALL
Page 13

    *Mendlow v. Pennsylvania*, 189 F.3d 461 (2d Cir. 1999) (table), text of opinion reported at 1999 WL 710260, 1999 U.S. App. LEXIS 21374 (2d Cir. 1999)

    *Nernberg v. City of Pittsburgh*, 50 F.Supp.2d 437 (W.D. Pa.), *aff'd without opinion*, 205 F.3d 1329 (3rd Cir. 1999)

    *Commonwealth of Pennsylvania v. Williams*, 729 A.2d 603 (Pa. Super. 1999)

    *Thomas v. City of Pittsburgh*, 34 F.Supp.2d 965 (W.D. Pa. 1999)

    *Williams v. City of Pittsburgh*, 32 F.Supp.2d 236 (W.D. Pa.1998)

    *Trautman v. Lagalski*, 28 F.Supp.2d 327 (W.D. Pa. 1998)

    *Kelly v. Conn*, 146 P.L.J. 380 (Allegheny County Court of Common Pleas 1998)

    *Commonwealth of Pennsylvania v. Good*, 146 P.L.J. 286 (Allegheny County Court of Common Pleas 1997)

**Employment:**

    *Hopp v. City of Pittsburgh*, 194 F.3d 434 (3rd Cir. 1999)

    *Epps v. City of Pittsburgh*, 33 F.Supp.2d 409 (W.D. Pa. 1998)

    *Brown v. Winkle*, 715 F.Supp. 195 (N.D. Ohio 1989)

**Farmworker:**

    *Romero-Vargas v. Shalala*, 907 F.Supp. 1128 (N.D. Ohio 1995)

    *Sanchez v. Overmyer,* 891 F.Supp. 1253 (N.D. Ohio 1995); 845 F.Supp. 1178 (N.D. Ohio 1993); 845 F.Supp. 1183 (N.D. Ohio 1993)

    *Flores v. Rios*, 36 F.3d 507 (6th Cir. 1994)

    *Cruz v. Vel-A-Da, Inc.,* 127 Lab. Cas. (CCH) ¶33,072, ¶33,073, ¶33,074 (N.D. Ohio 1993)

    *In re Reyes*, 814 F.2d 168 (5th Cir. 1987), *cert. denied*, 487 U.S. 1235 (1988)

    *Diaz v. Robert Ruiz, Inc.*, 808 F.2d 427 (5th Cir. 1987)