# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| **JOSHUA DUNN**, *et al.*, | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 2:14-cv-00601-MHT-TFM** |
| | ) | |
| **JEFFERSON DUNN**, *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

## THE STATE'S EVIDENTIARY SUBMISSION IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

Defendants JEFFERSON DUNN ("Commissioner Dunn") and RUTH NAGLICH ("Naglich" and, collectively with Commissioner Dunn, "the State") hereby submit the attached evidentiary materials in support of the State's Motion for Summary Judgment:

Exhibit 1:  Deposition of Joshua Dunn, with exhibits thereto;

Exhibit 2:  Medical Records of Joshua Dunn (MR004759-004939; MR004939.1-004939.33; MR026876-026915; MR029624-029663; MR043780-043887; MR048282-048367);

Exhibit 3:  Classification and Movement Records of Joshua Dunn (ADOC038838-038849);

Exhibit 4:  Deposition of Sheila Allen, with exhibits thereto;

Exhibit 5:    Medical Records of Sheila Allen (MR041371-042680; MR043055-043082; MR046584-046968; MR050324-050384);

Exhibit 6:    Classification and Movement Records of Sheila Allen (ADOC077145-077151);

Exhibit 7:    Deposition of Edward Braggs, with exhibits thereto;

Exhibit 8:    Medical Records of Edward Braggs (MR000924-001626; MR017775-019075; MR039165-039382; MR043083-043255; MR047439-47603);

Exhibit 9:    Classification and Movement Records of Edward Braggs (ADOC038954-038977);

Exhibit 10:   Deposition of Tedrick Brooks, with exhibits thereto;

Exhibit 11:   Medical Records of Tedrick Brooks (MR001627-001839; MR039740-039791; MR043256-043318; MR047753-047806);

Exhibit 12:   Classification and Movement Records of Tedrick Brooks (ADOC038978-038980);

Exhibit 13:   Deposition of Gary Lee Broyles, with exhibits thereto;

Exhibit 14:   Deposition of Quang Bui, with exhibits thereto;

Exhibit 15:   Medical Records of Quang Bui (MR002485-002976; MR002976.1-002976.23;        MR029553-029598; MR043394-043472; MR047920-047957);

Exhibit 16:   Classification and Movement Records of Quang Bui (ADOC038938-038941);

Exhibit 17:   Deposition of Richard Businelle, with exhibits thereto;

Exhibit 18:   Medical Records of Richard Businelle (MR002977-003239;        MR019076-020674;        MR029197-029552;

MR030072-030168; MR039792-039943; MR043473-043515; MR047958-048011);

Exhibit 19:    Classification and Movement Records of Richard Businelle (ADOC038988-038997);

Exhibit 20:    Deposition of Howard Carter, with exhibits thereto;

Exhibit 21:    Medical Records of Howard Carter (MR003240-003442; MR003442.1-003442.40; MR020675-021629; MR029599-029623; MR043516-043530; MR048012-048033);

Exhibit 22:    Classification and Movement Records of Howard Carter (ADOC038873-038897);

Exhibit 23:    Deposition of Chandler Clements taken on February 5, 2015, with exhibits thereto [Volume I];

Exhibit 24:    Deposition of Chandler Clements taken on June 26, 2015, with exhibits thereto [Volume II];

Exhibit 25:    Medical Records of Chandler Clements (MR003443-003952; MR040042-040110; MR041130-041370; MR043531-043745; MR050394-050484; MR050692-050710);

Exhibit 26:    Classification and Movement Records of Chandler Clements (ADOC038998-039008);

Exhibit 27:    Deposition of Robert Dillard, with exhibits thereto;

Exhibit 28:    Medical Records of Robert Dillard (MR004525-004758; MR021630-022319; MR040281-040344; MR043746-043779; MR048235-048281);

Exhibit 29:    Classification and Movement Records of Robert Dillard (ADOC039019-039027);

Exhibit 30:    Deposition of Christopher Gilbert, with exhibits thereto;

Exhibit 31:    Medical Records of Christopher Gilbert (MR004940-005402; MR040630-040712; MR048368-048398);

Exhibit 32:    Classification and Movement Records of Christopher Gilbert (ADOC039028-039030);

Exhibit 33:    Deposition of Dwight Hagood, with exhibits thereto;

Exhibit 34:    Medical Records of Dwight Hagood (MR005403-006035;    MR017685-017774;    MR040406-040514; MR044010-044097; MR048514-048557);

Exhibit 35:    Classification and Movement Records of Dwight Hagood (ADOC039031-039036);

Exhibit 36:    Deposition of Daletrick Hardy, with exhibits thereto;

Exhibit 37:    Medical Records of Daletrick Hardy (MR006036-006207; MR006207.1-006207.534; MR023080-023363; MR030815-030837;    MR044098-044145;    MR048399-048415);

Exhibit 38:    Classification and Movement Records of    Daletrick Hardy (ADOC038813-038837);

Exhibit 39:    Deposition of Sylvester Hartley, with exhibits thereto;

Exhibit 40:    Medical Records of Sylvester Hartley (MR006208-007025;    MR007025.1-MR007025.278;    MR026916-027849;    MR027850-028929;    MR029664-029868; MR044146-044348; MR048416-048513);

Exhibit 41:    Classification and Movement Records of Sylvester Hartley (ADOC038898-038924);

Exhibit 42:    Deposition of Charlie    Henderson,    with    exhibits thereto;

Exhibit 43:   Medical Records of Charlie Henderson (MR007026-007584;   MR039383-039536;   MR044349-044467; MR048558-048589);

Exhibit 44:   Classification and Movement Records of Charlie Henderson (ADOC039054-039056; ADOC0280317-0280319);

Exhibit 45:   Deposition of Christopher Jackson, with exhibits thereto;

Exhibit 46:   Medical Records of Christopher Jackson (MR007585-008221;   MR008221.1-008221.24;   MR030791-030814; MR044468-044557; MR048590-048713);

Exhibit 47:   Classification and Movement Records of Christopher Jackson    (ADOC018081-018089;    ADOC038925-038937);

Exhibit 48:   Deposition of Brandon Johnson, with exhibits thereto;

Exhibit 49:   Medical Records of Brandon Johnson (MR008222-008930;    MR023364-023792;    MR030726-030790; MR044558-044652; MR047604-047752);

Exhibit 50:   Classification and Movement Records of Brandon Johnson (ADOC039057-039063);

Exhibit 51:   Deposition of John Maner, with exhibits thereto;

Exhibit 52:   Medical Records of John Maner (MR008931-009009; MR039944-039974;   MR044653-044684;   MR048714-048755);

Exhibit 53:   Classification and Movement Records of John Maner (ADOC039073-039083);

Exhibit 54:   Deposition of Rick Martin, with exhibits thereto;

Exhibit 55:  Medical Records of Rick Martin (MR009010-009421; MR009421.1-009421.4; MR029869-029969; MR044685-044799; MR048756-048795);

Exhibit 56:  Classification and Movement Records of Rick Martin (ADOC038868-038872);

Exhibit 57:  Deposition of Willie McClendon, with exhibits thereto;

Exhibit 58:  Medical Records of Willie McClendon (MR009422-009763; MR030838-030866; MR044800-044923; MR048796-048815; MR050488-050635);

Exhibit 59:  Classification and Movement Records of Willie McClendon (ADOC039091-039094);

Exhibit 60:  Prior Litigation of Willie McClendon;

Exhibit 61:  Deposition of Roger McCoy, with exhibits thereto;

Exhibit 62:  Medical Records of Roger McCoy (MR009764-010078; MR023793-025145; MR039975-040019; MR044924-044980; MR048816-048861);

Exhibit 63:  Classification and Movement Records of Roger McCoy (ADOC039084-039090; ADOC105033-105042);

Exhibit 64:  Deposition of Jermaine Mitchell, with exhibits thereto;

Exhibit 65:  Prior Litigation of Jermaine Mitchell;

Exhibit 66:  Deposition of Kenneth Moncrief, with exhibits thereto;

Exhibit 67:  Medical Records of Kenneth Moncrief (MR010459-010623; MR017563-017619; MR040515-040583; MR045083-045139; MR049013-049084);

Exhibit 68:  Classification and Movement Records of Kenneth Moncrief (ADOC039102-039108);

Exhibit 69:  Deposition of Tommie Moore, with exhibits thereto;

Exhibit 70:  Medical Records of Tommie Moore (MR010624-010975;    MR039653-039723;    MR045140-045213; MR049085-049101);

Exhibit 71:  Classification and Movement Records of Tommie Moore (ADOC039109-039112);

Exhibit 72:  Deposition of Matthew Mork, with exhibits thereto;

Exhibit 73:  Medical Records of Matthew Mork (MR010976-011223; MR040898-040944;   MR045214-045289;   MR049102-049126);

Exhibit 74:  Classification and Movement Records of Matthew Mork (ADOC023614-023615; ADOC039113-039118);

Exhibit 75:  Deposition of Roger Moseley, with exhibits thereto;

Exhibit 76:  Medical Records of Roger Moseley (MR011224-011399; MR017620-017684;   MR040584-040629;   MR045290-045326; MR049127-049168);

Exhibit 77:  Classification and Movement Records of Roger Moseley (ADOC039119-039120);

Exhibit 78:  Deposition of Bradley Pearson, with exhibits thereto;

Exhibit 79:  Deposition of Leviticus Pruitt, with exhibits thereto;

Exhibit 80:  Medical Records of Leviticus Pruitt (MR011840-012198; MR017112-17114;    MR025146-025622;    MR040945-041034; MR045327-045440; MR049169-049206);

Exhibit 81:  Classification and Movement Records of Leviticus Pruitt (ADOC024628-024629; ADOC039127-039141);

Exhibit 82:  Prior Litigation of Leviticus Pruitt;

Exhibit 83:  Deposition of Turner Rogers, with exhibits thereto;

Exhibit 84:  Medical Records of Turner Rogers (MR012199-012590; MR017343-017562; MR040713-040761; MR045441-045539; MR049207-049304);

Exhibit 85:  Classification and Movement Records of Turner Rogers (ADOC039142-039144);

Exhibit 86:  Deposition of Timothy Sears, with exhibits thereto;

Exhibit 87:  Medical Records of Timothy Sears (MR012883-013379; MR030483-030621; MR045540-045645; MR049305-049376);

Exhibit 88:  Classification and Movement Records of Timothy Sears (ADOC027088-027090; ADOC039153-039166);

Exhibit 89:  Prior Litigation of Timothy Sears;

Exhibit 90:  Deposition of Brian Sellers, with exhibits thereto;

Exhibit 91:  Medical Records of Brian Sellers (MR013380-013681; MR013681.1-  13681.484;  MR029970-029977; MR045646-045674; MR049377-049407);

Exhibit 92:  Classification and Movement Records of Brian Sellers (ADOC038850-038862);

Exhibit 93:  Deposition of Augustus Smith, with exhibits thereto;

Exhibit 94:  Medical Records of Augustus Smith (MR013682-014206;  MR040111-040280;  MR045675-045696; MR049408-049477);

Exhibit 95:  Classification and Movement Records of Augustus Smith (ADOC039180-039184);

Exhibit 96:  Deposition of William Sullivan, with exhibits thereto;

Exhibit 97:    Medical Records of William Sullivan (MR042681-043054; MR045697-045721; MR046523-046583; MR049478-049518; MR050636-50691; MR050711-050789);

Exhibit 98:    Classification and Movement Records of William Sullivan (ADOC077568-077572);

Exhibit 99:    Deposition of Richard Terrell, with exhibits thereto;

Exhibit 100: Medical Records of Richard Terrell (MR014207-014412; MR026250-026732; MR040345-040405; MR045722-045751; MR049519-049538);

Exhibit 101: Classification and Movement Records of Richard Terrell (ADOC039185-039193);

Exhibit 102: Deposition of Hubert Tollar, with exhibits thereto;

Exhibit 103: Medical Records of Hubert Tollar (MR014413-014594; MR014594.1-014594.169; MR029978-030071; MR045752-045812; MR049539-049619; MR050790-050830);

Exhibit 104: Classification and Movement Records of Hubert Tollar (ADOC038863-038867);

Exhibit 105: Deposition of Daniel Tooley, with exhibits thereto;

Exhibit 106: Deposition of Joseph Torres, with exhibits thereto;

Exhibit 107: Medical Records of Joseph Torres (MR014780-MR014822; MR014822.1-014822.4; MR040020-040041; MR045817-045831; MR049640-049674; MR050831-050839);

Exhibit 108: Classification and Movement Records of Joseph Torres (ADOC039197-039199);

Exhibit 109: Deposition of Donald Ray Turner, with exhibits thereto;

Exhibit 110: Deposition of Jamie Wallace, with exhibits thereto;

Exhibit 111: Medical Records of Jamie Wallace (MR015834-016841; MR026733-026875; MR030294-030482; MR045909-046065; MR049733-050224);

Exhibit 112: Classification and Movement Records of Jamie Wallace (ADOC039210-039215);

Exhibit 113: Deposition of Robert Williams, with exhibits thereto;

Exhibit 114: Medical Records of Robert Williams (MR016842-017111; MR039724-039739; MR046066-046522; MR050225-050323);

Exhibit 115: Classification and Movement Records of Robert Williams (ADOC039218-039223);

Exhibit 116: Deposition of Commissioner Jefferson Dunn, with exhibits thereto;

Exhibit 117: Affidavit of Commissioner Jefferson Dunn;

Exhibit 118: Deposition of Ruth Naglich, with exhibits thereto;

Exhibit 119: Deposition of Ruth Naglich as 30(b)(6) Representative of the ADOC, with exhibits thereto;

Exhibit 120: Affidavit of Ruth Naglich, with exhibits thereto;

Exhibit 121: Affidavit of Angie Baggett;

Exhibit 122: Affidavit of Carl Keldie, M.D., with exhibits thereto;

Exhibit 123: Affidavit of Catherine Knox, with exhibits thereto;

Exhibit 124: Affidavit of Barbara De Lap, D.D.S., M.P.H., with exhibits thereto;

Exhibit 125: Affidavit of Hugh Hood, M.D., with exhibits thereto;

Exhibit 126: Affidavit of Wilcotte Rahming, M.D.;

Exhibit 127: Affidavit of Charles King, D.M.D.;

Exhibit 128: Deposition of Bobby Crocker, M.D., with exhibits thereto;

Exhibit 129: Affidavit of Patsy Clabo;

Exhibit 130: Affidavit of Jessica Duffell;

Exhibit 131: Affidavit of Teresa Ergle, with exhibits thereto;

Exhibit 132: Affidavit of Kay Wilson;

Exhibit 133: Affidavit of Katherine Gibson;

Exhibit 134: Affidavit of Amy Woods;

Exhibit 135: Affidavit of Kimberly McCants;

Exhibit 136: Affidavit of Jacqueline Jones;

Exhibit 137: Affidavit of Taylor D. McElroy;

Exhibit 138: Affidavit of Kelly Phillips;

Exhibit 139: Affidavit of Ambrea Love;

Exhibit 140: Affidavit of Nettie Burks;

Exhibit 141: Affidavit of Darryl Ellis;

Exhibit 142: Affidavit of Raymond Patterson, M.D., with exhibits thereto;

Exhibit 143: Declaration of Teresa Houser, with exhibits thereto; and

Exhibit 144: Deposition Excerpts of Michael Puisis, D.O.

Exhibit 145: Deposition Excerpts of Jeannette Dressell – pg. 1-10; and

Exhibit 146: Medical records of Jermaine Mitchell – (MR010079-010458; MR028930-029196; MR039537-039652; MR044981-045082; MR048862-049012).

Respectfully submitted on this the 23rd day of September, 2016.

/s/ William R. Lunsford
William R. Lunsford
*Attorney for the Commissioner and*
*Associate Commissioner*

William R. Lunsford
Melissa K. Marler
Stephen C. Rogers
**MAYNARD, COOPER & GALE, PC**
655 Gallatin Street
Huntsville, AL 35801
Telephone: (256) 512-5710
Facsimile: (256) 512-0119
E-mail:
blunsford@maynardcooper.com
mmarler@maynardcooper.com
srogers@maynardcooper.com

Mitesh B. Shah
Luther M. Dorr, Jr.
Evan P. Moltz
**MAYNARD, COOPER & GALE, PC**
1901 Sixth Avenue North
2400 Regions Harbert Plaza
Birmingham, AL 35203
Telephone: (205) 254-1178
Facsimile: (205) 714-6438
E-mail: mshah@maynardcooper.com
rdorr@maynardcooper.com
emoltz@maynardcooper.com

12

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing has been served upon all attorneys of record in this matter, including without limitation the following, by the Court's CM/ECF system on this the 23rd day of September, 2016:

Maria V. Morris
Rhonda C. Brownstein
Ebony G. Howard
Latasha L. McCrary
J. Richard Cohen
Brooke Menschel
Jaqueline A. Osorno
Natalie Lyons
**SOUTHERN POVERTY LAW CENTER**
400 Washington Avenue
Montgomery, Alabama 36104
Telephone: (334) 956-8200
Facsimile: (334) 956-8481
maria.morris@splcenter.org
rhonda.brownstein@splcenter.org
ebony.howard@splcenter.org
latasha.mccrary@splcenter.org
richard.cohen@splcenter.org
brooke.menschel@splcenter.org
jaqueline.aranda@splcenter.org
natalie.lyons@splcenter.org

William Van Der Pol, Jr.
J. Patrick Hackney
Glenn N. Baxter
**ALABAMA DISABILITIES ADVOCACY PROGRAM**
University of Alabama
500 Martha Parham West
Box 870395
Tuscaloosa, Alabama 35487-0395
Telephone: (205) 348-6894
Facsimile: (205) 348-3909
wvanderpoljr@adap.ua.edu
jphackney@adap.ua.edu
gnbaxter@bama.ua.edu

Deana Johnson
Brett T. Lane
**MHM SERVICES, INC.**
1447 Peachtree Street NE
Suite 500
Atlanta, GA 30309
Telephone: (404) 347-4134
Facsimile: (404) 347-4138
djohnson@mhm-services.com
btlane@mhm-services.com

Andrew P. Walsh
William G. Somerville III
Patricia Clotfelter
Lisa W. Borden
**BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC**
420 20th Street North
Suite 1400
Birmingham, Alabama 35203
Telephone:  (205) 244-3863
Facsimile:  (205) 488-3863
awalsh@bakerdonelson.com

13

wsomerville@bakerdonelson.com
pclotfelter@bakerdonelson.com
lborden@bakerdonelson.com

Eunice Cho
**SOUTHERN POVERTY LAW CENTER**
1989 College Avenue NE
Atlanta, GA 30317
Telephone: (404) 521-6700
Facsimile: (404) 221-5857
Eunice.cho@splcenter.org

*admitted pro hac vice*

Miriam F. Haskell
**SOUTHERN POVERTY LAW CENTER**
P.O. Box 370037
Miami, Florida 33137
Telephone: (786) 347-2056
Facsimile: (786) 237-2949
miriam.haskell@splcenter.org

*admitted pro hac vice*

Anne A. Hill
Elizabeth A. Sees
Joseph G. Stewart
**ALABAMA DEPARTMENT OF
CORRECTIONS**
Legal Division
301 South Ripley Street
Montgomery, Alabama 36130
Telephone (334) 353-3884
Facsimile (334) 353-3891
E-mail: anne.hill@doc.alabama.gov
elizabeth.sees@doc.alabama.gov
joseph.stewart@doc.alabama.gov

Gregory M. Zarzaur
Anil A. Mujumdar
Diandra S. Debrosse
**ZARZAUR MUJUMDAR & DEBROSSE**
2332 2nd Avenue North
Birmingham, AL 35203
Telephone: (205) 983-7985
Facsimile: (888) 505-0523
gregory@zarzaur.com
anil@zarzaur.com
fuli@zarzaur.com

John G. Smith
David R. Boyd
**BALCH & BINGHAM LLP**
Post Office Box 78
Montgomery, AL 36101-0078
Telephone: (334) 834-6500
Facsimile: (866) 316-9461
E-mail: jgsmith@balch.com
dboyd@balch.com

Michael L. Edwards
Jenelle R. Evans
Steven C. Corhern
Christopher F. Heinss
**BALCH & BINGHAM LLP**
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 488-5708
E-mail: medwards@balch.com
jevans@balch.com
scorhern@balch.com
cheinss@balch.com

Michael L. Edwards
Jenelle R. Evans
Steven C. Corhern
Christopher F. Heinss
**BALCH & BINGHAM LLP**
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 488-5708
E-mail: medwards@balch.com
jevans@balch.com
scorhern@balch.com
cheinss@balch.com

*/s/ William R. Lunsford*
Of Counsel