IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JOSHUA DUNN, et al., )<br>)<br>    Plaintiffs,        )<br>                       )<br>    v.                 )<br>                       )<br>JEFFERSON S. DUNN, in his )<br>official capacity as   )<br>Commissioner of        )<br>the Alabama Department of )<br>Corrections, et al.,   )<br>                       )<br>    Defendants.        ) | CIVIL ACTION NO.<br>2:14cv601-MHT<br>(WO) |

PHASE 1 ORDER APPROVING NOTICE OF SETTLEMENT

Upon consideration of the parties' corrected proposed notice to class members of the settlement of Phase 1 of this case (doc. no. 798-1), and the parties' plan for posting it and accompanying documents pertaining to the consent decree (doc. no. 798), it is ORDERED that this notice and plan are approved.

DONE, this the 28th day of September, 2016.

                                      /s/ Myron H. Thompson    
                                  UNITED STATES DISTRICT JUDGE