IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JOSHUA DUNN, et al., )<br>)<br>    Plaintiffs, )<br>)<br>    v. )<br>)<br>JEFFERSON S. DUNN, in his )<br>official capacity as )<br>Commissioner of )<br>the Alabama Department of )<br>Corrections, et al., )<br>)<br>    Defendants. ) | CIVIL ACTION NO.<br>2:14cv601-MHT<br>(WO) |

## JUDGMENT

In light of the most recent amended complaint and by agreement of the parties, as expressed during a telephone conference held on the record on September 29, 2016, it is the ORDER, JUDGMENT, and DECREE of the court that plaintiffs Paul Folsom, Zerrick Naylor, Jonathan Sanford, and William Villar are again dismissed and terminated as parties to this case with prejudice.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 30th day of September, 2016.

                                           /s/ Myron H. Thompson  
                                      UNITED STATES DISTRICT JUDGE