IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JOSHUA DUNN, et al.,          )
                              )
     Plaintiffs,              )
                              )        CIVIL ACTION NO.
     v.                       )        2:14cv601-MHT
                              )             (WO)
JEFFERSON S. DUNN, in his     )
official capacity as          )
Commissioner of               )
the Alabama Department of     )
Corrections, et al.,          )
                              )
     Defendants.              )
```

ORDER

In light of the most recent amended complaint and by agreement of the parties, as expressed during a telephone conference held on the record on September 29, 2016, it is ORDERED as follows:

(1) Plaintiff Jermaine Mitchell's Eighth Amendment claims are dismissed with prejudice.

(2) To the extent that plaintiff Mitchell raises claims pursuant to the Americans with Disabilities Act

which have not yet been resolved through settlement, these claims remain pending.

DONE, this the 30th day of September, 2016.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE