IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JOSHUA DUNN, et al., ) | |
| ) | |
|    Plaintiffs, ) | |
| ) | CIVIL ACTION NO. |
|    v. ) | 2:14cv601-MHT |
| ) | (WO) |
| JEFFERSON S. DUNN, in his ) | |
| official capacity as ) | |
| Commissioner of ) | |
| the Alabama Department of ) | |
| Corrections, et al., ) | |
| ) | |
|    Defendants. ) | |

**PHASE 2 ORDER ON MOTION FOR PARTIAL SUMMARY JUDGMENT**

The court being informed that the parties have reached a tentative settlement of the remaining Phase 2 Americans with Disabilities Act and Rehabilitation Act claims, and pursuant to the court's Phase 2 Order on Remaining ADA Claims (doc. no. 981), it is ORDERED that defendant Alabama Department of Corrections' motion for partial summary judgment (doc. no. 783) is denied with leave to renew.

DONE, this the 22nd day of November, 2016.

                                        /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**