IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JOSHUA DUNN, et al., | ) | |
| | ) | |
|    Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:14cv601-MHT |
| | ) | (WO) |
| JEFFERSON S. DUNN, in his | ) | |
| official capacity as | ) | |
| Commissioner of | ) | |
| the Alabama Department of | ) | |
| Corrections, et al., | ) | |
| | ) | |
|    Defendants. | ) | |

**PHASE 2A ADAP SUMMARY JUDGMENT ORDER**

In accordance with the opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows with regard to the Phase 2 claims of this case:

(1) Summary judgment is entered in favor of plaintiff Alabama Disabilities Advocacy Program with respect to its associational standing to bring its Phase 2A claims in this case.

(2) Plaintiff Alabama Disabilities Advocacy Program's Phase 2A claims will proceed to trial.

DONE, this the 25th day of November, 2016.

                                        /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**