IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **EDWARD BRAGGS, et al.,** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:14cv601-MHT |
| | ) | (WO) |
| **JEFFERSON S. DUNN, in his** | ) | |
| **official capacity as** | ) | |
| **Commissioner of** | ) | |
| **the Alabama Department of** | ) | |
| **Corrections, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

PHASE 2B CLASS CERTIFICATION RESOLUTION ORDER

It is ORDERED that the motion for class certification (doc. no. 665) filed by the individual named plaintiffs is reserved for further consideration with respect to the Phase 2B medical and dental care claims.  The clerk of the court is not to terminate this motion.

DONE, this the 28th day of November, 2016.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**