IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **EDWARD BRAGGS, et al.,** ) | |
| ) | |
|    Plaintiffs, ) | |
| ) | CIVIL ACTION NO. |
|    v. ) | 2:14cv601-MHT |
| ) | (WO) |
| **JEFFERSON S. DUNN, in his** ) | |
| **official capacity as** ) | |
| **Commissioner of** ) | |
| **the Alabama Department of** ) | |
| **Corrections, et al.,** ) | |
| ) | |
|    Defendants. ) | |

PHASE 2B SUMMARY JUDGMENT RESOLUTION ORDER

It is ORDERED that the motion for summary judgment (doc. no. 768) filed by defendants Jefferson Dunn, Commissioner of the Alabama Department of Corrections, and Ruth Naglich, Associate Commissioner of Health Services for the Alabama Department of Corrections, is reserved for further consideration with respect to the Phase 2B medical and dental care claims. The clerk of the court is not to terminate this motion.

DONE, this the 28th day of November, 2016.

                              /s/ Myron H. Thompson
                           **UNITED STATES DISTRICT JUDGE**