STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

# SYSTEM-WIDE INTENSIVE PSYCHIATRIC STABILIZATION UNIT (SU): MONTHLY ACTIVITY REPORT

Name of Institution: _____ Month: _____ Year: _____

Report Submitted by: _____ Phone: _____

Bed Capacity of the Unit: _____

Census on the Last Day of the Month: _____

Number of Discharges during the Month: _____

Number of Former SU Inmates Now at State Psychiatric Hospital: _____

Number of Transfers to State Psychiatric Hospitals during Month: _____

Number of Inmates with Lengths of Stay greater than 30 Days: _____

Number of Inmates Prescribed Psychotropic Medication during the Month: _____

Number of Inmates with Involuntary Medication Orders: _____

Number of Uses of Emergency Forced Psychotropic Medications during the Month: _____

Number of Involuntary Medication Committee Reviews Conducted during Month: _____

---

Number of Groups Scheduled during the Month: _____

   Number of Inmates Scheduled for Group Participation: _____*

   Number of Inmates Who Attended Groups: _____*

*Refers to number of inmate contacts. Inmates who are in more than one group will be counted for each group.*

---

Number of Inmate Placements on Suicide Watch during the Month: _____

  Average Length of Stay in Hours: _____ Longest Length of Stay in Hours: _____

Number of Inmate Placements on Precautionary Watch during Month: _____

  Average Length of Stay in Hours: _____ Longest Length of Stay in Hours: _____

Number of Inmate Placements on Mental Health Observation during Month: _____

  Average Length of Stay in Hours: _____ Longest Length of Stay in Hours: _____

Number of Inmate Placements in Restraints during the Month: _____

  Average Length of Stay in Hours: _____ Longest Length of Stay in Hours: _____

---

Number of Completed Suicides during the Month: _____

Number of Serious Suicide Attempts during the Month: _____

Disposition: Director of Treatment             Reference: ADOC AR: 636, 632
ADOC Form MH-074 – November 14, 2005