Fax Server          12/16/2015 4:13:24 PM  PAGE   4/005   Fax Server

FINAL REPORT

# BioReference
## LABORATORIES

| DOCTOR | PATIENT | SAMPLE |
|---|---|---|
| COOGAN, DOROTHY<br>CORCMS DONALDSON<br>100 WARRIOR LANE<br>Bessemer, AL 35023<br>Acct #:  (A0321-3)     MO<br>P: (205) 436-3681 | WALLACE, JAMIE<br>DOB:04/19/1992 Age:23 Y Sex:M<br>ID: 281082<br>Address:<br>AL<br>P: | Specimen ID: 941323544<br>Date Of Report: 12/16/2015<br>Date Collected: 12/07/2015<br>Time Collected: 08:55<br>Date Received: 12/08/2015<br>Time Received: 13:16<br><br>North America Central Time |

## CLINICAL REPORT

| Test | Result | Abnormal | Reference | Units | Previous Result | Date |
|---|---|---|---|---|---|---|
| A1c(%) | | DIABETES CATEGORY* | | | | |
| | <5.7 | Normal (non-diabetic) | | | | |
| | 5.7-6.4 | Increased risk of diabetes | | | | |
| | =>6.5 | Consistent with diabetes | | | | |
| | | | | | | |
| A1c(%) | | eAG(ESTIMATED AVERAGE PLASMA GLUCOSE)(mg/dL) | | | | |
| | 6 | 126 | | | | |
| | 7 | 154 | | | | |
| | 8 | 183 | | | | |
| | 9 | 212 | | | | |
| | 10 | 240 | | | | |
| | 11 | 269 | | | | |
| | 12 | 298 | | | | |
| | *recommended ranges-American Diabetes Association(2010) | | | | | |

NOTE: Hemolysis, rare hemoglobin variants and thalassemia major may affect glycemic results.

| Test | Result | Abnormal | Reference | Units | Previous Result | Date |
|---|---|---|---|---|---|---|
| FLUOXETINE(7) | None Det | | 90-300 | ng/mL | 89 LO | 10/21/2015 |
| Synonym(s): Prozac(R)<br>Analysis by Gas Chromatography/Mass Spectrometry<br>(GC/MS) | | | | | | |
| NORFLUOXETINE(7) | 76 | | 70-250 | ng/mL | 120 | 10/21/2015 |
| Synonym(s): Fluoxetine Metabolite<br>Analysis by Gas Chromatography/Mass Spectrometry<br>(GC/MS) | | | | | | |

*(handwritten: QC 12-31-15)*

*(handwritten: Rem'd Prozac emr Told; Prozac 20mg DC'D 11/24/15)*

Provided reference ranges and associated result flags
for Toxicology and Metals test results are not
intended for all patient scenarios. Variables
including, but not limited to, dose, dosing schedule,
age, gender, medical conditions and/or disease states
should be taken into account when interpreting any
result.

(7)
Performed by:  National Medical Lab
              2300 Stratford Ave.
              Willow Grove, PA  19090

This urine specimen submitted as a non-chain-of-custody was screened by
enzyme immunoassay (EIA). Results should be used for clinical evaluation
only. Many drug classes, notably amphetamines, opiates, benzodiazepines and
PCP may report as positive due to cross-reactivity with certain OTC, herbal,
or prescription medications. Confirmation testing is recommended for any
positive EIA result.

NOTE: The specimen submitted was SLIGHTLY hemolyzed. Some results may

*(handwritten signature: for D. Coogan CRNP / ... 12.17.15)*

RECEIVED

Florida Clinical Laboratory                            James Weisberger, M.D.
27 E. Hibiscus Blvd. Suite C | Melbourne, FL 32901 | (800) 229-5227  Laboratory Director

BioReference Laboratories is a Florida Clinical Laboratory.

Clinical Page 3 of 4
Printed 12/16/2015 15:02

CONFIDENTIAL                    MR049868

Fax Server           12/8/2015 4:47:25 PM   PAGE   2/003   Fax Server






**PRELIMINARY REPORT**

BioReference
L A B O R A T O R I E S

| | | |
|---|---|---|
| COOGAN, DOROTHY<br>CORCMS DONALDSON<br>100 WARRIOR LANE<br>Bessemer, AL 35023<br>Acct #:   (A0321-3)      MO<br>P: (205) 436-3681 | WALLACE, JAMIE<br>DOB:04/19/1992  Age:23 Y Sex:M<br>ID: 281082<br>Address:<br>AL<br>P: | Specimen ID: 941323544<br>Date Of Report: 12/08/2015<br>Date Collected: 12/07/2015<br>Time Collected: 08:55<br>Date Received: 12/08/2015<br>Time Received: 13:16<br><br>North America Central Time |

## CLINICAL REPORT

**Clinical Abnormalities Summary:** (May not contain all abnormal results; narrative results may not have abnormal flags. Please review entire report.)

| | |
|---|---|
| MPV | 12.3 HI |

NON FASTING

### CHEMISTRY

| Test | Result | Abnormal | Reference | Units | Previous Result | Date |
|---|---|---|---|---|---|---|
| Total Protein | TO FOLLOW | | 5.9-8.4 | g/dL | 6.9 | 05/14/2015 |
| Albumin | TO FOLLOW | | 3.5-5.2 | g/dL | 5.0 | 05/14/2015 |
| Glucose | TO FOLLOW | | 70-99 | mg/dL | 104 HI | 05/14/2015 |
| Sodium | TO FOLLOW | | 135-147 | mmol/L | 142 | 05/14/2015 |
| Potassium | TO FOLLOW | | 3.5-5.5 | mmol/L | 4.3 | 05/14/2015 |
| Chloride | TO FOLLOW | | 96-108 | mmol/L | 105 | 05/14/2015 |
| CO2 | TO FOLLOW | | 22-29 | mmol/L | 25 | 05/14/2015 |
| BUN | TO FOLLOW | | 6-20 | mg/dL | 11 | 05/14/2015 |
| Creatinine | TO FOLLOW | | 0.90-1.30 | mg/dL | 1.05 | 05/14/2015 |
| Calcium | TO FOLLOW | | 8.6-10.4 | mg/dL | 10.1 | 05/14/2015 |
| Uric Acid | TO FOLLOW | | 3.4-8.5 | mg/dL | 5.8 | 05/14/2015 |
| Iron | TO FOLLOW | | 45-160 | ug/dL | 127 | 05/14/2015 |
| Bilirubin, Total | TO FOLLOW | | <1.2 | mg/dL | 0.6 | 05/14/2015 |
| LD | TO FOLLOW | | 135-225 | U/L | 171 | 05/14/2015 |
| Alk Phos | TO FOLLOW | | 40-156 | U/L | 51 | 05/14/2015 |
| AST | TO FOLLOW | | <40 | U/L | 17 | 05/14/2015 |
| Phosphorus | TO FOLLOW | | 2.7-4.5 | mg/dL | 3.0 | 05/14/2015 |
| ALT | TO FOLLOW | | <41 | U/L | 7 | 05/14/2015 |
| GGTP | TO FOLLOW | | 10-71 | U/L | 9 LO | 05/14/2015 |

### CARDIOVASCULAR/LIPIDS

| Test | Result | Abnormal | Reference | Units | Previous Result | Date |
|---|---|---|---|---|---|---|
| Cholesterol | TO FOLLOW | | <200 | mg/dL | 120 | 05/14/2015 |
| Triglycerides | TO FOLLOW | | <150 | mg/dL | 68 | 05/14/2015 |
| HDL CHOL., DIRECT | TO FOLLOW | | >40 | mg/dL | 46 | 05/14/2015 |

### HEMATOLOGY

| Test | Result | Abnormal | Reference | Units | Previous Result | Date |
|---|---|---|---|---|---|---|
| WBC | 8.81 | | 3.40-11.80 | x10(3)/uL | 8.95 | 09/04/2015 |
| RBC | 4.92 | | 4.20-5.90 | x10(6)/uL | 4.20 | 09/04/2015 |
| HGB | 14.3 | | 12.3-17.0 | gm/dL | 12.9 | 09/04/2015 |
| HCT | 44.4 | | 39.3-52.5 | % | 40.1 | 09/04/2015 |
| MCV | 90.2 | | 80.0-100.0 | fL | 95.5 | 09/04/2015 |
| MCH | 29.1 | | 25.0-34.1 | pg | 30.7 | 09/04/2015 |
| MCHC | 32.2 | | 29.0-35.0 | g/dL | 32.2 | 09/04/2015 |
| RDW | 12.2 | | 10.9-16.9 | % | 13.6 | 09/04/2015 |
| POLYS | 73.3 | | 36.0-78.0 | % | 75.8 | 09/04/2015 |
| LYMPHS | 12.5 | | 12.0-48.0 | % | 9.6 LO | 09/04/2015 |
| MONOS | 8.4 | | 0.0-13.0 | % | 7.0 | 09/04/2015 |

Florida Clinical Laboratory                                  James Weisberger, M.D.         Clinical Page 1 of 2
27 E. Hibiscus Blvd. Suite C | Melbourne, FL 32901 | (800) 229-5227   Laboratory Director      Printed 12/08/2015 15:38

BioReference Laboratories is a Florida Clinical Laboratory.

CONFIDENTIAL                                    MR049869

Fax Server        12/8/2015 4:47:25 PM    PAGE    3/003    Fax Server

**PRELIMINARY REPORT**

# BioReference
### L A B O R A T O R I E S®

| | |
|---|---|
| **D O C T O R** | **COOGAN, DOROTHY**<br>CORCMS DONALDSON<br>100 WARRIOR LANE<br>Bessemer, AL 35023<br>Acct #:  (A0321-3)    MO<br>P: (205) 436-3681 |

| | |
|---|---|
| **P A T I E N T** | **WALLACE, JAMIE**<br>DOB:04/19/1992 Age:23 Y Sex:M<br>ID: 281082<br>Address:<br>AL<br>P: |

| | |
|---|---|
| **S A M P L E** | **Specimen ID: 941323544**<br>Date Of Report: 12/08/2015<br>Date Collected: 12/07/2015<br>Time Collected: 08:55<br>Date Received: 12/08/2015<br>Time Received: 13:16<br><br>North America Central Time |

## CLINICAL REPORT

| Test | Result | Abnormal | Reference | Units | Previous Result | Date |
|---|---|---|---|---|---|---|
| EOS | 5.1 | | 0.0-8.0 | % | 6.3 | 09/04/2015 |
| BASOS | 0.5 | | 0.0-2.0 | % | 0.6 | 09/04/2015 |
| IMMATURE GRANULOCYTES | 0.2 | | 0.0-1.6 | % | 0.7 | 09/04/2015 |
| PLATELET COUNT | 198 | | 144-400 | x10(3)/uL | 107 LO | 09/04/2015 |
| MPV | | 12.3 HI | 8.2-11.9 | fL | 12.5 HI | 09/04/2015 |

## DRUGS OF ABUSE, URINE

| Test | Result | Abnormals | Reference | Units |
|---|---|---|---|---|
| AMPHETAMINES *NJ1 | TO FOLLOW | | <1000 | ng/mL |
| BARBITURATES *NJ1 | TO FOLLOW | *OC* | <200 | ng/mL |
| BENZODIAZEPINES *NJ1 | TO FOLLOW | | <200 | ng/mL |
| COCAINE *NJ1 | TO FOLLOW | *12-9-15* | <300 | ng/mL |
| METHADONE *NJ1 | TO FOLLOW | | <300 | ng/mL |
| OPIATES *NJ1 | TO FOLLOW | | <300 | ng/mL |
| PHENCYCLIDINE(PCP) *NJ1 | TO FOLLOW | | <25 | ng/mL |
| THC *NJ1 | TO FOLLOW | | <100 | ng/mL |
| CREATININE *NJ1 | TO FOLLOW | | >19.9 | ng/dL |

## MISCELLANEOUS

| Test | Result | Abnormal | Reference | Units | Previous Result | Date |
|---|---|---|---|---|---|---|
| TSH | TO FOLLOW | | 0.178-4.530 | uIU/mL | 1.610 | 09/04/2015 |
| THYROXINE(T4) | TO FOLLOW | | 4.9-12.9 | ug/dL | 9.7 | 09/04/2015 |
| T3 UPTAKE(T3U) | TO FOLLOW | | 24.3-39.0 | % | 32.1 | 09/04/2015 |
| THYROXINE, FREE(FT4) | TO FOLLOW | | 0.80-1.73 | ng/dL | 1.23 | 09/04/2015 |
| T3(THYRONINE), TOTAL | TO FOLLOW | | 72-180 | ng/dL | 135 | 09/04/2015 |
| LITHIUM, SERUM *NJ1 | TO FOLLOW | | 0.6-1.2 | mmol/L | 1.1 | 10/21/2015 |
| CHEM PROFILE 29 | TNP | | | | | |
| TEST NOT PERFORMED; SST TUBE NOT RECEIVED. | | | | | | |
| THYROID COMPREHENSIVE | TNP | | | | | |
| TEST NOT PERFORMED; SST TUBE NOT RECEIVED. | | | | | | |
| SCREENING HgB A1c | TO FOLLOW | | <5.7 | % | 5.3 | 05/14/2015 |
| FLUOXETINE(7) | TO FOLLOW | | | | 89 LO | 10/21/2015 |
| NORFLUOXETINE(7) | TO FOLLOW | | | | 120 | 10/21/2015 |

This urine specimen submitted as a non-chain-of-custody was screened by
enzyme immunoassay (EIA). Results should be used for clinical evaluation
only. Many drug classes, notably amphetamines, opiates, benzodiazepines and
PCP may report as positive due to cross-reactivity with certain OTC, herbal,
or prescription medications. Confirmation testing is recommended for any
positive EIA result.

Preliminary Report

*Performing Laboratory Information

NJ1 - BioReference Laboratories, Inc. 481 Edward H. Ross Dr, Elmwood Park, NJ 07407

CONFIDENTIAL                     MR049870

Fax Server          12/3/2015 7:05:34 AM    PAGE   8/008   Fax Server

# BioReference
### L A B O R A T O R I E S

FINAL REPORT

**DOCTOR**
COOGAN, DOROTHY
CORCMS DONALDSON
100 WARRIOR LANE
Bessemer, AL 35023
Acct #:   (A0321-3)      MD
P: (205) 436-3681

**PATIENT**
WALLACE, JAMIE
DOB:04/19/1992  Age:23 Y Sex:M
ID: 281082
Address:
AL
P:

**SAMPLE**
Specimen ID:  9413089443
Date Of Report: 12/03/2015
Date Collected: 11/30/2015
Time Collected: 11:01
Date Received: 12/02/2015
Time Received: 11:24

North America Central Time

## CLINICAL REPORT

NON FASTING

### DRUGS OF ABUSE, URINE

| Test | Result | Abnormals | Reference | Units |
|------|--------|-----------|-----------|-------|
| AMPHETAMINES *NJ1 | Negative | | <1000 | ng/mL |
| BARBITURATES *NJ1 | Negative | | <200 | ng/mL |
| BENZODIAZEPINES *NJ1 | Negative | | <200 | ng/mL |
| COCAINE *NJ1 | Negative | | <300 | ng/mL |
| METHADONE *NJ1 | Negative | | <300 | ng/mL |
| OPIATES *NJ1 | Negative | | <300 | ng/mL |
| PHENCYCLIDINE(PCP) *NJ1 | Negative | | <25 | ng/mL |
| THC *NJ1 | Negative | | <100 | ng/mL |
| BUPRENORPHINE *NJ1 | Negative | | <5 | ng/mL |
| CREATININE *NJ1 | 30.7 | | >19.9 | mg/dL |

*(handwritten: DC 12-08-15)*

This urine specimen submitted as a non-chain-of-custody was screened by
enzyme immunoassay (EIA). Results should be used for clinical evaluation
only. Many drug classes, notably amphetamines, opiates, benzodiazepines and
PCP may report as positive due to cross-reactivity with certain OTC, herbal,
or prescription medications. Confirmation testing is recommended for any
positive EIA result.

Final Report



*Performing Laboratory Information

NJ1 - BioReference Laboratories, Inc. 481 Edward H. Ross Dr, Elmwood Park, NJ 07407

CONFIDENTIAL                    MR049871



## Emergency Department Referral

| From: | *William E. Donaldson* | *6253* | Today's Date: |
|---|---|---|---|
| | Site Name – Do Not Abbreviate | Site Number | |

| Inmate Name: | *Wallace, Jamie* | Exam Time: *0920* |
|---|---|---|
| | Last, First, MI | |

**PRISONERS PLAN ESCAPES!**   *281082*   Date of Birth: *4/19/92*
Inmate Number

DO NOT inform prisoners of the date/time of revisits or possible hospitalization.

**ER PHYSICIANS –** If hospital admission is recommended, please notify: (205) 436-3681

**REASON FOR REFERRAL:** Include date of onset, present treatment, history of injury or illness, physical examination and pertinent X-rays and lab results

Onset: *Bit ① arm and banged head on door on 4/24/16*

| Vital Signs: | T: *97.8* | P: *67* | RR: *18* | BP: *100  162* | Pulse Ox: *99* |
|---|---|---|---|---|---|

Present Treatment: *N/A*

Comments:

Current Meds: *See MAR*
(or attach MAR)

Allergies: *NKDA*

Approving Practitioner: | *Roddam*

**ER Contact:** Case discussed with: Name *Lea Melvin*

Hospital: ☑ *UAB*                                   Other: _____

Mode of Transportation: ☒ Security   ○ Ambulance   ○ 911   ○ Other:

☐ Referral Form FAX to Utilization Management at: (        ) _____

Form completed by: _____   Signature: _____

### HOSPITAL PHYSICIAN REPORT

Significant Findings, including tests done: _____

Diagnosis: _____

Recommendations: _____

| Physician Name: | Last: _____ | First: _____ |
|---|---|---|
| Signature: _____ | | Date: _____ |

**BILL DIRECT TO:**
Corizon
P. O. Box 981639
El Paso, TX 79998

DO NOT BILL MEDICAID OR MEDICARE

CONFIDENTIAL     © 2012 Corizon Health, Inc.   All rights reserved.

MR049872

**Return from Offsite**

Name: _Wallace James_ , DOC#: _281082_ , Date: _4/25/2016_

Subjective statement of the patient about what transpired: _"I'm doing better I'm still suicidal."_

_____

_____

Documents returned with the patient: _____

Temperature: _____ Blood pressure: _110/80_ , Pulse: _____ , RR: _18_    _199 lbs._

Apparent condition of the patient on return: (Describe any scars, wounds, dressings, casts, etc.) _____

_Ace bandage to Left arm. Returned from_

_UAB_

Recommended medications: _Augmentin 875 mg – 125 mg Oral tablet q 12_
_hours × 7 days_

Need or plans for infirmary admission: Y, (N?)    _Pt went to Mental Health Suicide watch_
_Pt already on PO Medication ordered_
_by Dr Raddam_

MD notified of medication recommendations? (Y) N

Orders for meds received from staff physician? Y, (N) Circle those meds above which were ordered.

Name of MD notified _Roy Raddam_ , Appointment date to see staff physician for review and follow up: _MD 1-3 days_

Nursing signature: _J Hallmark RN_ , Date: _4/25/2016_ , Time: _1704_

**MD REVIEW**

Any new diagnoses by the consultant: _____

Recommended tests: _____

Other recommendations of the consultant: _____

Follow-up visit requested by consultant? Y, N. When? _____

Purpose of follow-up: _____

Summary review by staff physician: _Inmate chewed a significant portion_
_of his R posterior forearm (~ 6 × 5 cm) & sent to_
_trauma site at UAB for consideration of skin graft._
_He returned s̄ this being done._

MD signature: _R.F. Raddam, M.D_ , Date: _26 Apr. 16_

AL-1017-CMS Return from Offsite – revision 03/11/10
ADOC Approved

 

# CORIZON
HEALTH

## Nursing Encounter Tool
### Skin
*(Abrasions & Lacerations; Abscess, Amputation, Boils or Cellulitis;
Jock Itch; Skin/Nail Problems; Lice/Scabies, Foot Fungus)*

| Demographics/Vital Signs | | | | | |
|---|---|---|---|---|---|
| Facility Name: WEDCF | Location Seen: Infirmary | | Date Seen: 4/25/16 | | Time Seen: 0910 |
| Patient Name: Last Wallace | | First Jamie | MI | ID # 281082 | DOB: 4/19/42 Age: 24 |
| Vital Signs: *Call Practitioner | *T>100 T: 97.8 | *P>100 P: 67 | R: 8 | *SBP<100, BP: 100/62 | Pulse Ox: 99 %RA O₂: /lpm Wt: 129 ☐ Actual ☑ Reported |
| Allergies: NKDA | | | | | |
| Chronic care clinic: ☐ Y ☐ N | What Clinic(s): | | | | |

| Subjective | Objective |
|---|---|
| **Chief Complaint:** Bite my L arm and banged head on... <br> **Onset Date:** 4/24 **Location** L arm, forehead <br><br> Have you had this problem before? ☐ Y ☑ N <br> Describe: _____ <br><br> **Associated Factors:** <br> ☑ Pain scale is now __10__ /10 at worst __10__ /10 <br> What makes it better __N/A__ <br> What makes it worse: __N/A__ <br> ☐ Redness ☐ Fever <br> ☐ Itching ☑ Burning <br> ☐ Tingling ☐ Swelling <br> ☑ Tenderness ☐ Rash <br> ☐ Shave bumps <br> ☑ Open or draining <br> Describe: L Forearm <br> ☐ Recent injury to area Date: _____ <br> Describe: _____ <br> ☐ Recent exposure to allergens/irritants Date: _____ <br> Describe: _____ <br><br> **Current Medications: (mark all that apply)** <br> ☐ Anticoagulants ☐ Steroids <br> ☐ Other: _____ <br> ☐ Recent vaccination within last 7 days <br> What vaccination? _____ <br> ☐ New medication within past 30 days? <br> What medication? _____ <br><br> **Pertinent Medical Conditions:** <br> ☐ Eczema ☐ Shingles <br> ☐ Diabetes ☐ MRSA ☐ Scabies <br> ☐ Jock itch ☐ Immunocompromised ☐ Athlete's foot <br> ☐ Decreased circulation ☐ IV drug use | **Location of skin condition:** <br> ☑ Head ☐ Trunk ☐ Back ☐ Genitals <br> ☐ R arm ☑ L arm ☐ R hand ☐ L hand <br> ☐ R leg ☐ L leg ☐ R foot ☐ L foot <br> Describe: _____ <br><br> **Skin:** <br> ☑ Warm ☑ Dry ☐ Pale ☐ Yellow <br> ☐ Cool ☐ Cold ☐ Hot ☐ Red streak <br> ☐ Clammy ☐ Scaly ☐ Red ☐ Cracking <br> ☐ Blisters ☑ Tender to touch <br> ☐ Lice or nits seen <br> ☐ Mite tunnels <br> ☐ Fresh needle tracks <br> ☐ Bleeding <br> Describe: _____ <br> ☐ Swelling <br> Describe: _____ <br> ☑ Open area Size: _____ mm <br> Describe: _____ <br> ☐ Drainage: Amount: _____ <br> Describe: _____ <br> ☐ Odor <br> Describe: _____ <br> ☐ Embedded foreign object <br> Describe: _____ <br> ☐ Rash Size: _____ <br> Describe: _____ <br> ☐ Nail involvement <br> Describe: _____ <br><br> **Tests:** <br> ☐ Fingerstick result _____ (Diabetics) <br><br> **Comments:** <br> _____ <br> _____ <br> _____ <br> _____ |

| Nurse signature | Print/stamp S. Thomas |
|---|---|



**Nursing Encounter Tool**
*Skin*
*(Abrasions & Lacerations; Abscess, Amputation, Boils or Cellulitis;*
*Jock Itch; Skin/Nail Problems; Lice/Scabies, Foot Fungus)*

| Patient | Last Wallace | First Jamie | ID Number 281062 |
|---|---|---|---|

☑ **Emergent Intervention**

Practitioner notified: Roddam    Time: 0920

EMS process activated    Time: _____
EMS arrival    Time: _____
EMS transport    Time: _____

**If CPR or AED is initiated use Emergency Response Form**

Facility transported to: UAB
☑ Other: DOC van

**COMMENTS:**

---

☑ **Urgent Intervention-Contact Practitioner**

**Practitioner contact required due to: (check all that apply)**

☐ Abnormal vital signs (*Rule of 100s*) T>100, P>100, SBP<100    ☐ Abnormal fingerstick, Diabetic <70 or >240
☐ Uncontrolled bleeding
☐ Hot, red, tender, odoriferous    ☑ Other: Bite to Ⓛ forearm
☐ Lacerations needing stitches    Reviewed with practitioner: ☐ MAR ☐ Medical record
☐ Isolation if suspect Shingles or Chickenpox until lesions dry    ☑ Seen by practitioner    Name: Roddam    Time: 0920
☐ Contacted practitioner    Name: _____    Time: _____
Practitioner orders received ☑ Y ☐ N    ☐ Read back practitioners orders
Disposition ☐ Return to unit ☐ Monitor/Observation ☐ Admit to infirmary ☑ Other: Out to UAB ER

**COMMENTS/ORDERS:**

---

☑ **Nursing Intervention**

| **CONTINUITY OF CARE** | **MEDICATION** |
|---|---|
| ☐ Hot packs | |
| ☐ Wound care | ☐ O₂ @ _____ LPM via _____ |
| ☐ RICE (Rest, Ice, Compress, Elevate) | |
| ☐ Nurse follow up scheduled | |
| ☐ Referral to practitioner for Mite tunnels | ☐ KOP |
| ☐ Referral to practitioner for Lice or Nits | ☐ Medication administered |
| ☐ Referral to practitioner for open area with drainage | ☐ Medication noted on MAR |
| ☐ Referral to practitioner for current presenting complaint | ☐ Steri strips: Number placed: _____ |
| ☐ Referral to practitioner for multiple visits for same complaint | |
| ☐ Referred to practitioner for evaluation of enrollment in CCC | |
| ☐ Custody notified of special needs | |
| ☐ No further follow up needed at this time | |

**PATIENT EDUCATION**

☑ Patient educated to contact medical if symptoms develop or worsen
☑ Written information provided    ☑ Verbal information given
☑ The patient demonstrates an understanding of self-care, symptoms to report and when to return for follow-up care

**COMMENTS:**
Sent out to UAB ER

| Nurse signature | J. Thomas | 4/25/16  0920 |
|---|---|---|
| | Print/stamp | Date/time |

# RADIOLOGY REPORT

**THIS REPORT IS BASED SOLELY UPON THE RADIOGRAPHIC EXAMINATION.
CORRELATION WITH THE CLINICAL EXAMINATION IS ESSENTIAL.**

**CONFIDENTIALITY NOTICE:** This facsimile (including any accompanying documents) is intended for the use of MobilexUSA or the use of the named addressee(s) to which it is directed, and may contain information that is privileged or otherwise confidential. It is not intended for transmission to, or receipt by, anyone other than the named addressee(s) or person(s) authorized to deliver it to the named addressee(s). If you received this facsimile in error, please report the error by calling the MobilexUSA Privacy Office toll free at 866.686.1717, and providing your name, telephone number and the date. Once you have reported the error, someone from the Privacy Office will contact you within one business day. They may ask you to fax back the information you received so that the company can correct its records and prevent further miscommunication. Please keep the information in a secure place until you are contacted by the Privacy Office and complete the return of the information to that office. Once this is done, please destroy all copies of the mistakenly sent information, without forwarding it. Thank you for your cooperation.

Facility: BULLOCK CORRECTIONAL FACILITY - 27277
104 BULLOCK DRIVE
UNION SPRINGS, AL  36089-5107

DOS: 05/09/2016
Case: 21556903

Patient: WALLACE, JAMIE
Number: 281082

DOB: 04/01/1992    Age: 24
Room: (MEDICAL)

Examination:

KNEE EXAM 3V AP LAT OBLIQUE, LEFT

Results: Left Knee Findings:
Multiple views of the left knee demonstrate no acute fracture or dislocation. No significant degenerative changes are noted.

IMPRESSION:
No acute osseous abnormality of the left knee.

Conclusion: No acute osseous abnormality identified.

Electronically signed by UCHENDU I AZODO, M.D. 5/9/2016 5:48:08 PM EDT.

Radiologist:        Date:  05/09/2016        Time:  05:48pm ET

UCHENDU AZODO, MD/LE
RADIOLOGIST
Physician:  TAHIR SIDDIQ, MD

Please call 800-940-0389 with any questions regarding this report.

South East Region
13773 ICOT BLVD
CLEARWATER, FL 33760
800.940.0389

CONFIDENTIAL                    MR049876

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

## TREATMENT PLAN

Inmate's Housing Location:    SU        Institution: Bullock

Treatment Coordinator: NETocci, PhD, MSCP
**Plan Application and Review Frequency: Crisis Cell:** □ MH Observation □ Suicide Watch (one time)
**Outpatient:** □(6 months) **RTU:** □ (weekly, bimonthly, monthly) **SU:** XX (weekly)

**DSM V Diagnosis:** Bipolar Disorder; Intellectual Deficiency, Mild

| Problem #1 Pt has history of self-harm. Pt lacks adequate coping skills. |
|---|
| Goal: Pt will refrain from self-harm 100% of the time. Pt will learn coping skills for grief.<br>Target Date for Resolution: 5.24.16                              Initiation Date: 5.17.16 |
| Intervention:  cell side, milieu, AT groups, MH nurse<br>Staff Member(s) Responsible:  psychologist, psychiatrist, AT, MH nurse                Frequency: daily |

| Problem #2 | Initiation Date: |
|---|---|
| Goal:.<br>Target Date for Resolution: | |
| Intervention: CBT at cell side; medication | |
| Staff Member(s) Responsible:  psychologist; psychiatrist; MH nurse            Frequency: daily | |

Treatment Team Members (Name and signature)

Psychiatrist: _____    Date: 5/17/16

Supervising Psychologist: _____    Date: 17 May 16

Mental Health Nurse: _____    Date: 5-17-16

Treatment Coordinator: _____    Date: _____

Inmate Agreement: *Pt relinquished his pen*    Date: _____

Treatment Plan Review to be conducted by: _____    Review date: _____

| INMATE NAME: Wallace, Jamie | CELL #: | AIS #: 281082 |
|---|---|---|

Disposition: Inmate Medical Record        Reference: ADOC AR: 614, 622, 623, 630, 632, 633, 635, 638
ADOC   Form MH-032 - November 14, 2005

Page 1 of _1_

*Melvin Austin CO    5-17-16*

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

## TREATMENT PLAN

Inmate's Housing Location:    SU      Institution: Bullock

Treatment Coordinator: NETocci, PhD, MSCP
**Plan Application and Review Frequency:  Crisis Cell:** ☐ MH Observation  ☐ Suicide Watch (one time)
**Outpatient:** ☐(6 months) **RTU:** ☐ (weekly, bimonthly, monthly) **SU:** XX  (weekly)

**DSM V Diagnosis:**

| Problem #1 Pt experienced thoughts of self-harm and suicide with means and torn sheet. | |
|---|---|
| Goal: Pt will refrain from self-harm. Pt will employ coping skills for grief. Target Date for Resolution: 5.10.16 | Initiation Date: 5.11.16 |
| Intervention:  cell side, milieu, AT groups, MH nurse Staff Member(s) Responsible:  psychologist, psychiatrist, AT, MH nurse | Frequency: daily |

| Problem #2   Pt has inadequate coping skills. | Initiation Date: 5.10.16 |
|---|---|
| Goal: Pt will learn to work through grief using CBT techniques. Target Date for Resolution:5.12.16 | |
| Intervention: CBT at cell side; medication | |
| Staff Member(s) Responsible:  psychologist; psychiatrist; MH nurse | Frequency: daily |

Treatment Team Members (Name and signature)

Psychiatrist: _____    Date: _____
Supervising Psychologist: _____    Date: 11 May 16
Mental Health Nurse: _____    Date: 5-11-16
Treatment Coordinator: _____    Date: 5/11/16
Inmate Agreement: _____    Date: _____

Treatment Plan Review to be conducted by: _____    Review date: _____

| INMATE NAME: Wallace, Jamie | CELL #: | AIS #: 281082 |
|---|---|---|

Disposition: Inmate Medical Record

Reference: ADOC AR: 614, 622, 623, 630, 632, 633, 635, 638
ADOC   Form MH-032 - November 14, 2005
Page 1 of 1

CONFIDENTIAL                    MR049878

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

## TREATMENT PLAN

Inmate's Housing Location:    SU    Institution: Bullock

Treatment Coordinator: NETocci, PhD, MSCP
**Plan Application and Review Frequency: Crisis Cell:** ☐ MH Observation ☐ Suicide Watch (one time)
**Outpatient:** ☐(6 months) **RTU:** ☐ (weekly, bimonthly, monthly) **SU:** XX  (weekly)

**DSM V Diagnosis:**

| |
|---|
| Problem #1 Pt has history of self-harm. Pt lacks adequate coping skills. |
| Goal: Pt will refrain from self-harm 100% of the time. Pt will employ coping skills for grief. <br> Target Date for Resolution: 5.11.16 —— Initiation Date: 5.12.16 |
| Intervention:  cell side, milieu, AT groups, MH nurse <br> Staff Member(s) Responsible:  psychologist, psychiatrist, AT, MH nurse —— Frequency: daily |
| Problem #2 —— Initiation Date: |
| Goal:. <br> Target Date for Resolution: |
| Intervention: CBT at cell side; medication <br> Staff Member(s) Responsible:  psychologist; psychiatrist; MH nurse —— Frequency: daily |

Treatment Team Members (Name and signature)

Psychiatrist: _____    Date: _____
Supervising Psychologist: _NETocci PhD MSCP_    Date: 11 May 16
Mental Health Nurse: _S Parker (p)_    Date: 5-11-16
~~Treatment Coordinator:~~ _Oleg Inani Ift.Asst_    Date: 5/11/16
Inmate Agreement: _Jamie Wallace_    Date: _____

Treatment Plan Review to be conducted by: _____    Review date: _____

| INMATE NAME: Wallace, Jamie | CELL #: | AIS #: 281082 |
|---|---|---|

Disposition: Inmate Medical Record    Reference: ADOC AR: 614, 622, 623, 630, 632, 633, 635, 638
ADOC   Form MH-032 - November 14, 2005
Page 1 of  1

CONFIDENTIAL    MR049879

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

## TREATMENT PLAN

Inmate's Housing Location:    SU        Institution: Bullock

Treatment Coordinator: NETocci, PhD, MSCP
**Plan Application and Review Frequency: Crisis Cell:** □ MH Observation □ Suicide Watch (one time)
**Outpatient:** □(6 months) **RTU:** □ (weekly, bimonthly, monthly) **SU:** □ (weekly)

**DSM V Diagnosis:**

| |
|---|
| Problem #1 Pt has refrained from self-harm over past week. Pt will continue to refrain from self-harm and verbalize his feelings without drama. |
| Goal: Pt will participate in milieu learning appropriate coping and social skills. Target Date for Resolution: 5.16.16          Initiation Date: 5.9.16 |
| Intervention: cell side, milieu, AT groups, MH nurse Staff Member(s) Responsible: psychologist, psychiatrist, AT, MH nurse          Frequency: daily |
| Problem #2                                                              Initiation Date: |
| Goal: Target Date for Resolution: |
| Intervention: Staff Member(s) Responsible:                              Frequency: |

Treatment Team Members (Name and signature)

Psychiatrist: _____          Date: 5/10/16
Supervising Psychologist: NETocci, PhD MSCP     Date: 10 May 16
Mental Health Nurse: _____    Date: 5-10-16
Treatment Coordinator: _____  Date: _____
Inmate Agreement: _____       Date: _____

Treatment Plan Review to be conducted by: _____    Review date: _____

| INMATE NAME: Wallace, Jamie | CELL #: | AIS #: 281082 |
|---|---|---|

Disposition: Inmate Medical Record          Reference: ADOC AR: 614, 622, 623, 630, 632, 633, 635, 638
ADOC  Form MH-032 - November 14, 2005
Page 1 of 1

CONFIDENTIAL                                    MR049880

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

# TREATMENT PLAN

Inmate's Housing Location: _SU_    Institution: _Bullock_

Treatment Coordinator: _Nestocis, PhD MSCP_

**Plan Application and Review Frequency:** **Crisis Cell:** ☐ MH Observation ☐ Suicide Watch (one time)
**Outpatient:** ☐(6 months) **RTU:** ☐ (weekly, bimonthly, monthly) **SU:** ☒ (weekly)

**DSM IV Diagnosis:** _Bipolar D/O; Polysubstance_
Axis I: _____
Axis II: _____
Axis III: _____
Axis IV: _____
Axis V: (GAF) _____

| Problem #1 _Pt engages in self-harm._ | Initiation Date: _3 May 16_ |
|---|---|

Goal: _Pt will remain free from self-harm 100% of time._
Target Date for Resolution: _4 May 2016_
Intervention: _cell side, medication_

Staff Member(s) Responsible: _psychiatrist, psychologist_    Frequency: _daily_

| Problem #2 | Initiation Date: |
|---|---|

Goal: _____
Target Date for Resolution: _____
Intervention: _____

Staff Member(s) Responsible: _____    Frequency:

Treatment Team Members (Name and signature)

Psychiatrist: _(off)_    Date: _____
Supervising Psychologist: _Nestocis, PhD MSCP_    Date: _4 May 16_
Mental Health Nurse: _T. Snyder_    Date: _5-4-16_
Treatment Coordinator: _____    Date: _____
Inmate Agreement _Jamie C. Wallace_    Date: _____

Treatment Plan Review to be conducted by: _____    Review date: _____

| INMATE NAME: _Wallace, Jamie_ | CELL #: | AIS #: _281082_ |
|---|---|---|

Disposition: Inmate Medical Record    Reference: ADOC AR: 614, 622, 623, 630, 632, 633, 635, 638
ADOC  Form MH-032 - November 14, 2005
Page 1 of ___

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
TREATMENT PLAN REVIEW

Admission Date: _____
Application and Review Frequency:                                    Outpatient: ☐ (6 months)
Crisis Cell: ☐ M H Observation,  ☒ Suicide Watch (each working day)   SU : ☐ (weekly)
RTU: ☐ (weekly, bimonthly, monthly)

Status: Resolved ☐ No Change ☐ Modified ☐

Problem# __1__ Initiation Date: 4.26.16  Resolution Target Date: 4.31.16
Outcome/modifications: IM is currently having thoughts about his deceased father. He is not presenting positive thinking patterns at this time. IM remains on SI

Frequency: daily

Responsible staff: MHP, MD, LPN

Status: Resolved ☐ No Change ☐ Modified ☐

Problem# ____ Initiation Date: _____ Resolution Target Date: _____
Outcome/modifications: _____

Frequency: _____

Responsible staff: _____

Status: Resolved ☐ No Change ☐ Modified ☐

Problem# ____ Initiation Date: _____ Resolution Target Date: _____
Outcome/modifications: _____

Frequency: _____

Responsible staff: _____

Psychiatrist: _____  Date: 4.2
Mental Health Nurse: Partridge _____  Date: 4.2
Mental Health Professional: Austin _____  Date: 4.2
Treatment Coordinator: Austin _____  Date: _____
Inmate/AIS#: IM refuse _____

LOCATION/LEVEL
S3

AIS#
08

INMATE NAME: Wallace Jamie

Reference: ADOC AR: 622, 623, 630, 632, 6
ADOC Form MH-034 –Octo
Pa

Disposition: Inmate Medical File
Previous edition is obsolete

CONFIDENTIAL                    MR049882

STATE OF _____
DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

TREATMENT PLAN

Inmate's Housing Location: _3u_    Institution: _Bullock_

Treatment Coordinator: _NCS___ in RQASCP_

**Plan Application and Review Frequency:** Crisis Cell: ☐ MH Observation ☐ Suicide Watch (one time)
Outpatient: ☐ (6 months) RTU: ☐ (weekly, bimonthly, monthly) SU: ☒ (weekly)

DSM IV Diagnosis: _Bipolar DIO ; Poly sub abuse_

Axis I: _____
Axis II: _____
Axis III: _____
Axis IV: _____    Initiation Date: _2 May 16_
Axis V: (GAF) _____

Problem #1 _Pt engaged in self harm._

Goal: _Pt will remain free from self harm 100% of time._

Target Date for Resolution: _8 May 16_

Intervention: _cell side, individual, milieu, crisis counseling_  Frequency: _daily_

Staff Member(s) Responsible: _Psychiatrist Psychologist AT ; MHProf_    Initiation Date: _____

Problem #2 _____

Goal: _____

Target Date for Resolution: _____

Intervention: _____    Frequency: _____

Staff Member(s) Responsible: _____

Treatment Team Members (Name and signature)    Date: _5/2/16_

Psychiatrist: _____    Date: _2 May 16_

Supervising Psychologist: _Nurkani RN MSCP_    Date: _5-2-16_

Mental Health Nurse: _S Rodges LPN_    Date: _____

Treatment Coordinator: _____    Date: _____

Inmate Agreement: _Pt not allowed a pen - but gave verbal consent)_    Review date: _____

Treatment Plan Review to be conducted by: _____    AIS #: _281082_

INMATE NAME: _Wallace, Jaimie_    CELL #: _____

Disposition: Inmate Medical Record

Reference: ADOC AR: 614, 622, 623, 630, 632, 633, 635, 638
ADOC  Form MH-032 - November 14, 2005
Page 1 of _1_

CONFIDENTIAL                                    MR049883

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

TREATMENT PLAN

Inmate's Housing Location: S Dorm    Institution: WCCF

Treatment Coordinator: Austin

Plan Application and Review Frequency: Crisis Cell: ☐ MH Observation ☒ Suicide Watch (one time)
Outpatient: ☐ (6 months) RTU: ☐ (weekly, bimonthly, monthly) SU: ☐ (weekly)

DSM IV Diagnosis:
Axis I: Bipolar D/O
Axis II: _____
Axis III: _____
Axis IV: _____
Axis V: (GAF) _____

| | |
|---|---|
| Problem #1 IM presents c SI | Initiation Date: 4.25.16 |
| Alleviate SI impulses and ideations by verbalizing more positive | |
| Goal: thinking patterns that are realistic within next 24 hrs | |
| Target Date for Resolution: 4.26.16 | |
| MHP will meet 1:1 IM daily to reinforce coping skills | |
| Intervention: MD will meet 1:1 IM daily to assess for medication mgmt | |
| LPN will meet 1:1 IM daily to assess for medication compliance | |
| Staff Member(s) Responsible: MHP, MD, CRNP, LPN | Frequency: daily |

| | |
|---|---|
| Problem #2 | Initiation Date: |
| Goal: | |
| Target Date for Resolution: | |
| Intervention: | |
| Staff Member(s) Responsible: | Frequency: |

Treatment Team Members (Name and signature)

Psychiatrist: _____    Date: 4-25-16

Supervising Psychologist: _____    Date: _____

Mental Health Nurse: _____    Date: 4-25-16

Treatment Coordinator: Austin    Date: _____

Inmate Agreement: IM refused    Date: _____

Treatment Plan Review to be conducted by: Austin MHP    Review date: 4-26-16
IM refused
4-25-16

| INMATE NAME: Wallace Jamie | CELL #: 53 | AIS #: 281082 |
|---|---|---|

Disposition: Inmate Medical Record    Reference: ADOC AR: 614, 622, 623, 630, 632, 633, 635, 638
ADOC Form MH-032 - November 14, 2005
Page 1 of ___

CONFIDENTIAL    MR049884

Alabama Department of Corrections
**Health Services Communication Form**
(Medical, Dental, Mental Health)



Inmate Name: Wallace Jamie    AIS # 281082    Date of Birth 4/19/72

\_\_\_ Restriction: _____
                                          Start Date: _____  Stop Date: _____

\_\_\_ Limitations: _____
                                          Start Date: _____  Stop Date: _____

\_\_\_ Bottom Bunk.  Stop Date: _____

\_\_\_ Stop Up  **and/or**  Lay In    *(circle one or both)*    Start Date: _____  Stop Date: _____

\_\_\_ Other: _____  Start Date: _____  Stop Date: _____

**Other Inmate Instruction** (include start/stop date if indicated):

_____

_____

_____       _____   _____
Health Professional        (Printed Name)              Health Division      Date

**Notice to ADOC:**

X  Security Watch.   *No Less Than Every Fifteen Minute Checks Required Until Further Notice!!!

\_\_\_ Watch Housing Required:  X Crisis Cell  \_\_\_ Safe Cell  \_\_\_ Other: _____

\_\_\_ Infirmary Placement Required. Location: S3 Suicide Watch

X  Sheltered Housing Requested. Location: _____

\_\_\_ Other Requested: _____

\_\_\_ Response to Security Request to Review Prior to Restrictive Housing of Inmate:

Special Precautions: safety mat, safety blanket, safety

Special Instructions: smock, suicide purchas, no personal property.

J.D. Cooper CRNP    /    RN    Title _____  Date 4/24/16 @ 1630

Health Professional    (Signature)              Title              Date

Institution: WEDCF

ADOC– Office of Health Services; 2014
Form A-9 (b)

Original (1st page) – file in Health Record    Copy (2nd page) – Shift Commander    Perforated Portion (3rd page) – Inmate

NA0704AL
Issued 12/2014

CONFIDENTIAL

© 2014 Corizon Health, Inc.

MR049885

Alabama Department of Corrections
## Health Services Communication Form
(Medical, Dental, Mental Health)

_Wallace Jamie_                        _281082_        _4/19/92_
Inmate Name                            AIS #           Date of Birth

____    Restriction: _____

                                    Start Date:_____  Stop Date: _____

____    Limitations: _____

                                    Start Date:_____  Stop Date: _____

____    Bottom Bunk.  Stop Date: _____

____    Stop Up  and/or  Lay In   *(circle one or both)*   Start Date:_____  Stop Date: _____

____    Other: _____   Start Date:_____  Stop Date: _____

Other Inmate Instruction (include start/stop date if indicated):

_____

_____

_____        _____  _____
Health Professional        (Printed Name)        Health Division      Date

**Notice to ADOC:**

____    Security Watch.  *No Less Than Every Fifteen Minute Checks Required Until Further Notice!!!

        Watch Housing Required: ____ Crisis Cell  ____ Safe Cell  ____ Other: _____

____    Infirmary Placement Required. Location: _____

____    Sheltered Housing Requested. Location: _____

____    Other Requested: _____

✓       Response to Security Request to Review Prior to Restrictive Housing of Inmate:

        Special Precautions: _D/C From Crisis S.W @ 1211_

        Special Instructions: _back to ADOC Custody_

_____        _Psychiatry_      _4/20/16_
Health Professional     (Signature)        Title              Date

                                    Institution: _BWR WEDCF_

ADOC– Office of Health Services; 2014
Form A-9 (b)

Original (1st page) – file in Health Record        Copy (2nd page) – Shift Commander        Perforated Portion (3rd page) – Inmate

NA0704AL
Issued 12/2014                 CONFIDENTIAL                MR049886

© 2014 Corizon Health, Inc.



Alabama Department of Corrections
Health Services Communication Form
(Medical, Dental, Mental Health)

Wallace Jamie                    281082              4.19.92

Inmate Name                        AIS #              Date of Birth

___  Restriction: _____
                              Start Date: _____  Stop Date: _____

___  Limitations: _____
                              Start Date: _____  Stop Date: _____

___  Bottom Bunk.  Stop Date: _____

___  Stop Up  and/or  Lay In  (circle one or both)   Start Date: _____  Stop Date: _____

___  Other: _____  Start Date: _____  Stop Date: _____

**Other Inmate Instruction** (include start/stop date if indicated):

_____

_____

_____

_____   _____   _____
Health Professional      (Printed Name)        Health Division        Date

                                    S2

**Notice to ADOC:**

X   Security Watch.  *No Less Than Every Fifteen Minute Checks Required Until Further Notice!!!

___  Watch Housing Required:  X  Crisis Cell  ___ Safe Cell  ___  Other:  Suicide watch

___  Infirmary Placement Required. Location: _____

___  Sheltered Housing Requested. Location: _____

___  Other Requested: _____

___  Response to Security Request to Review Prior to Restrictive Housing of Inmate:
     Inm only to have safety smock, blanket and mat
     Special Precautions:  sex lunch only

Special Instructions: _____

D. Austin _____   MHP      4.15.16  13:30
Health Professional    (Signature)              Title        Date

Institution:  WBOCF

ADOC– Office of Health Services; 2014
Form A-9 (b)

NA0704AL
Issued 12/2014                    CONFIDENTIAL                    © 2014 Corizon Health, Inc.
                                                                                 MR049887

Alabama Department of Corrections
## Health Services Communication Form
(Medical, Dental, Mental Health)

Inmate Name: _Wallace, Jamie_

AIS #: 281082

Date of Birth: 4/19/92

____ Restriction: _____

Start Date: _____   Stop Date: _____

____ Limitations: _____

Start Date: _____   Stop Date: _____

____ Bottom Bunk.  Stop Date: _____

____ Stop Up  and/or  Lay In  (circle one or both)   Start Date: _____   Stop Date: _____

____ Other: _____   Start Date: _____   Stop Date: _____

Other Inmate Instruction (include start/stop date if indicated):

_____

_____

_____

Health Professional          (Printed Name)          Health Division          Date

### Notice to ADOC:

____ Security Watch.  *No Less Than Every Fifteen Minute Checks Required Until Further Notice!!!

Watch Housing Required: ____ Crisis Cell   ____ Safe Cell   ____ Other: _____

____ Infirmary Placement Required. Location: _____

____ Sheltered Housing Requested. Location: _____

____ Other Requested: _____

✓ Response to Security Request to Review Prior to Restrictive Housing of Inmate:

Special Precautions: _Dc'd Mental Health Observation &_

Special Instructions: _Released to ADOC for placement_

Health Professional   (Signature)   Title _Psychiatrist_   Date _4/13/16 @ 1000_

ADOC– Office of Health Services; 2014
Form A-9 (b)

Institution: _Donaldson_

Original (1st page) – file in Health Record      Copy (2nd page) – Shift Commander      Perforated Portion (3rd page) – Inmate

NA0704AL
Issued 12/2014                          CONFIDENTIAL          © 2014 Corizon Health, Inc.
                                                              MR049888

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
TREATMENT PLAN REVIEW

Application and Review Frequency:                                    Admission Date:_____
Crisis Cell: ☐ M H Observation ☐ Suicide Watch (each working day) Outpatient: ☐ (6 months)
RTU: ☐ (weekly, bimonthly, monthly)                                ___SU+☐ (weekly)

Problem #__1__ Initiation Date:4/19/16 Resolution Target Date:4/20/16___ Status: Resolved  No Change  Modified
Outcome/modifications:_ **I/M will remain on suicide watch; will increase ability to cope with**

**daily stressors by identifying stressors with crisis treatment team within the next 24 hours.**

_____
_____
_____
_____

Responsible staff: MD, MHP, LPN, CRNP _____ Frequency:_Monthly_____

Problem#__ Initiation Date:___Resolution Target Date:1/30/16_ Status: Resolved   No Change   Modified
Outcome/modifications:_ _____
_____
_____
_____

Responsible staff: MD, MHP, LPN, CRNP _____ Frequency:_____

Problem#____Initiation Date:____Resolution Target Date:_____ Status: Resolved   No Change   Modified
Outcome/modifications: _____
_____
_____

Responsible staff:_____ Frequency:_____

Problem#____Initiation Date:_____Resolution Target Date:_____ Status: Resolved   No Change   Modified
Outcome/modifications: _____
_____
_____

Responsible staff:_____ Frequency:_____

Psychiatrist:_____ Date:_____

Mental Health Nurse:_____ Date:_____

Activity Therapist:_____ Date:_____

Treatment Coordinator:_____ Date: 4/19/20

| Inmate Name: Jamie Wallace | Location/ Level: S2 | AIS #:281082 |

Disposition: Inmate Medical File                     Reference: ADOC AR: 622,623,630,632,633,635,638
Previous edition is obsolete                          ADOC Form MH-034 – October 24, 2006
                                                      Page: ___1 of ___1

CONFIDENTIAL                                          MR049889

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

TREATMENT PLAN

Inmate's Housing Location: S Dorm  Institution: WEDCF

Treatment Coordinator: Austin

Plan Application and Review Frequency: Crisis Cell: ☐ MH Observation ☐ Suicide Watch (one time)
Outpatient: ☐ (6 months) RTU: ☐ (weekly, bimonthly, monthly) S U: ☐ (weekly)

DSM IV Diagnosis:
Axis I: Bipolar D/O

Axis II: _____

Axis III: _____

Axis IV: _____

Axis V: (GAF) _____

Problem #1 IM presents c̄ SI                                    Initiation Date: 4.18.16
Goal: Alleviate SI impulses and ideations by verbalizing more positive thinking patterns that are realistic with the next 24 hrs

Target Date for Resolution: 4.19.16
MHP will meet 1:1 w̄ IM daily to reinforce coping skills
Intervention: MD will meet 1:1 c̄ IM daily to assess for medication mgt
LPN will meet 1:1 c̄ daily to assess for medication compliance

Staff Member(s) Responsible: MHP, MD, CRNP, LPN            Frequency: daily

Problem #2                                                  Initiation Date:

Goal: _____

Target Date for Resolution: _____

Intervention: _____

Staff Member(s) Responsible: _____               Frequency:

Treatment Team Members (Name and signature)

Psychiatrist: _____                      Date: 04/18/16

Supervising Psychologist: _____          Date:

Mental Health Nurse: _____               Date: 4/18/16

Treatment Coordinator: Austin                      Date: 4.18.16

Inmate Agreement: IM refused                        Date: 4.18.16

Treatment Plan Review to be conducted by: _____   Review date: _____

INMATE NAME: Wallace Jamie    CELL #: 52   AIS #: 281082

Disposition: Inmate Medical Record

Reference: ADOC AR: 614, 622, 623, 630, 632, 633, 635, 638
ADOC  Form MH-032 - November 14, 2005

Page 1 of ___

CONFIDENTIAL                                        MR049890

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
## TREATMENT PLAN REVIEW

Application and Review Frequency:                                    Admission Date: 4/13/2016
Crisis Cell: ☑ M H Observation,   ☐ Suicide Watch (each working day)  Outpatient : ☐ (6 months)
RTU: ☐ (weekly, bimonthly, monthly)                                 SU : ☐ (weekly)

Problem# _1_ Initiation Date:_____ Resolution Target Date:_____  Status: Resolved ☐ No Change ☐ Modified ☐
Outcome/modifications: The Inmate appeared to be in a stable / good mood.
He did not express any S/I. The Inmate will continue to meet with
his therapist to discuss any concerns or mental health issues. The
Inmate will also begin working on setting healthy boundaries. The Inmate
will be return to his cell.
ResponsiHe staff: MHP, Doctor, Nurse, AT                            Frequency:_____

Problem# ____ Initiation Date:_____ Resolution Target Date:_____  Status: Resolved ☐ No Change ☐ Modified ☐
Outcome/modifications:_____




Responsible staff:_____                                           Frequency:_____

Problem# ____ Initiation Date:_____ Resolution Target Date:_____  Status: Resolved ☐ No Change ☐ Modified ☐
Outcome/modifications:_____




Responsible staff:_____                                           Frequency:_____

Psychiatrist: _____            Date: 04/13/2016
Mental Health Nurse: _Partridge_ LPN             Date: 4/13/16
Mental Health Professional: _K.Dorrough, MS, ALC_  Date: 4/13/11
Treatment Coordinator:_____                     Date:_____
Inmate/AIS#: _Tom C Wallace_                      Date:_____

| INMATE NAME: | LOCATION/LEVEL | AIS# |
|---|---|---|
| Wallace, Tamie | | |

Disposition: Inmate Medical File
Previous edition is obsolete

Reference: ADOC AR: 622, 623, 630, 632, 633, 635, 638
ADOC Form MH-034 –October 24, 2006
Page: __ of __
CONFIDENTIAL                                      MR049891

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
## TREATMENT PLAN REVIEW

Application and Review Frequency:                                    Admission Date: 4/12/16
Crisis Cell: ☐ M H Observation, ☐ Suicide Watch (each working day) Outpatient : ☐ (6 months)
RTU: ☐ (weekly, bimonthly, monthly)                                 SU : ☐ (weekly)

Problem# 1  Initiation Date: 4/12/16 Resolution Target Date: _____ Status: Resolved ☐ No Change ☐ Modified ☐
Outcome/modifications: I/M will continue to meet with the MHP to discuss
any issues of SI or mental issues. He will remain on mental
health observation.

Responsible staff: MHP, Nurse, Psychiatrist, AT        Frequency: daily

Problem# ____ Initiation Date: _____ Resolution Target Date: _____ Status: Resolved ☐ No Change ☐ Modified ☐
Outcome/modifications: _____

Responsible staff: _____        Frequency: _____

Problem# ____ Initiation Date: _____ Resolution Target Date: _____ Status: Resolved ☐ No Change ☐ Modified ☐
Outcome/modifications: _____

Responsible staff: _____        Frequency: _____

Psychiatrist: _____ MD                                Date: 4/12/16
Mental Health Nurse: Partridge CRN                      Date: 4/12/16
Mental Health Professional: S. Dorrough, MS, ALC        Date: 4/12/16
Treatment Coordinator: _____                          Date: _____
Inmate/AIS#: Jamie Wallace                              Date: 4/12/16

| INMATE NAME: | LOCATION/LEVEL | AIS# |
|---|---|---|
| Wallace, Jamie | | |

Disposition: Inmate Medical File          Reference: ADOC AR: 622, 623, 630, 632, 633, 635, 638
Previous edition is obsolete              ADOC Form MH-034 –October 24, 2006
                                          Page: __ of __
CONFIDENTIAL                              MR049892

Alabama Department of Corrections
### Health Services Communication Form
(Medical, Dental, Mental Health)

Wallace, Jamie

Inmate Name

281082
AIS #

4/7/10
Date of Birth

____ Restriction: _____

Start Date: _____   Stop Date: _____

____ Limitations: _____

Start Date: _____   Stop Date: _____

____ Bottom Bunk.   Stop Date: _____

____ Stop Up  and/or  Lay In   *(circle one or both)*   Start Date: _____   Stop Date: _____

____ Other: _____   Start Date: _____   Stop Date: _____

**Other Inmate Instruction** (include start/stop date if indicated):

_____

_____

_____

Health Professional       (Printed Name)          Health Division       Date

**Notice to ADOC:**

____ Security Watch.  *No Less Than Every Fifteen Minute Checks Required Until Further Notice!!!

Watch Housing Required:  ___ Crisis Cell   ___ Safe Cell   Other: _____

____ Infirmary Placement Required. Location: _____

____ Sheltered Housing Requested. Location: _____

____ Other Requested: _____

✓ Response to Security Request to Review Prior to Restrictive Housing of Inmate: *May have papertray*

Special Precautions: *Changed Suicide Watch to Mental*

Special Instructions: *Health Observation, May have Clothes, shoes*
*No personaly No shoestring* @
*Property Psychiatrist* 4/7/10, 1045

Health Professional       (Signature)          Title       Date

ADOC-- Office of Health Services; 2014       Institution: *Donaldson*
Form A-9 (b)

Original (1st page) – file in Health Record       Copy (2nd page) – Shift Commander       Perforated Portion (3rd page) – Inmate

NA0704AL
Issued 12/2014                      CONFIDENTIAL                      © 2014 Corizon Health, Inc.
                                                                        MR049893

Alabama Department of Corrections
## Health Services Communication Form
(Medical, Dental, Mental Health)



Wallace, Jamie                    281(82        4/9/16

Inmate Name                              AIS #              Date of Birth

____  Restriction: _____
                                        Start Date:_____  Stop Date: _____

____  Limitations: _____
                                        Start Date:_____  Stop Date: _____

____  Bottom Bunk.  Stop Date: _____

____  Stop Up  and/or  Lay In   (circle one or both)    Start Date:_____  Stop Date: _____

____  Other: _____    Start Date:_____  Stop Date: _____

Other Inmate Instruction (include start/stop date if indicated):

_____

_____


_____    _____    _____
Health Professional        (Printed Name)      Health Division      Date


**Notice to ADOC:**

____  Security Watch.  *No Less Than Every Fifteen Minute Checks Required Until Further Notice!!!

       Watch Housing Required:  ___ Crisis Cell   ___ Safe Cell   ___ Other: _____

____  Infirmary Placement Required. Location: _____

____  Sheltered Housing Requested. Location: _____

____  Other Requested: _____

✓  Response to Security Request to Review Prior to Restrictive Housing of Inmate: *May have paper tray*

Special Precautions: _Changed Suicide Watch to Mental_

Special Instructions: _Health Observation, May have clothes, sheets_
       NO property, No shoe strings   4/7/16 @
       paper                          1045
_G. Lutinstra_  _____  _____  4/7/16 @
Health Professional      (Signature)           Title        Date      1045

ADOC– Office of Health Services; 2014        Institution: _Donaldson_
Form A-9 (b)

Original (1st page) – file in Health Record    Copy (2nd page) – Shift Commander    Perforated Portion (3rd page) – Inmate

NA0704AL                                    © 2014 Corizon Health, Inc.
Issued 12/2014              CONFIDENTIAL              MR049894

Alabama Department of Corrections
**Health Services Communication Form**
(Medical, Dental, Mental Health)

Inmate Name: _Wallace, James_

AIS #: _281082_

Date of Birth: _4/9/92_

____ Restriction: _____

Start Date: _____ Stop Date: _____

____ Limitations: _____

Start Date: _____ Stop Date: _____

____ Bottom Bunk.  Stop Date: _____

____ Stop Up **and/or** Lay In  *(circle one or both)*    Start Date: _____ Stop Date: _____

____ Other: _____    Start Date: _____ Stop Date: _____

**Other Inmate Instruction** (include start/stop date if indicated):

_____

_____

_____

Health Professional          (Printed Name)          Health Division          Date

**Notice to ADOC:**

[X]  Security Watch.  *No Less Than Every Fifteen Minute Checks Required Until Further Notice!!!

Watch Housing Required: [X] Crisis Cell    ____ Safe Cell    ____ Other: _____

____ Infirmary Placement Required. Location: _____

[X] Sheltered Housing Requested. Location: _S2  Suicide  Watch_

____ Other Requested: _____

[X] Response to Security Request to Review Prior to Restrictive Housing of Inmate:

Special Precautions: _Safety Smock  Safety Blanket  Safety_

Special Instructions: _Safe Cell  No other  Mat_
_personal property_
_Bedding_    _4/1/16_

Health Professional    (Signature)    Title    Date _4/1/16_

ADOC– Office of Health Services; 2014
Form A-9 (b)

Institution: _WCDF_

Original (1st page) – file in Health Record          Copy (2nd page) – Shift Commander          Perforated Portion (3rd page) – Inmate

NA0704AL
Issued 12/2014

**CONFIDENTIAL**

© 2014 Corizon Health, Inc.

MR049895



Alabama Department of Corrections
## Health Services Communication Form
(Medical, Dental, Mental Health)

Wallace, Jamie                    281 082        4/19/92

Inmate Name                        AIS #          Date of Birth

____  Restriction: _____

                                        Start Date: _____  Stop Date: _____

____  Limitations: _____

                                        Start Date: _____  Stop Date: _____

____  Bottom Bunk.  Stop Date: _____

____  Stop Up  and/or  Lay In  (circle one or both)   Start Date: _____  Stop Date: _____

____  Other: _____   Start Date: _____  Stop Date: _____

**Other Inmate Instruction** (include start/stop date if indicated):

_____

_____

_____                 _____         _____

Health Professional        (Printed Name)                  Health Division      Date


**Notice to ADOC:**

____  Security Watch.  *No Less Than Every Fifteen Minute Checks Required Until Further Notice!!!

        Watch Housing Required:  ____ Crisis Cell    ____ Safe Cell    ____ Other: _____

____  Infirmary Placement Required. Location: _____

____  Sheltered Housing Requested. Location: _____

X     Other Requested:  D/C suicide Watch Return to 524

____  Response to Security Request to Review Prior to Restrictive Housing of Inmate:

        Special Precautions: _____

        Special Instructions: _____

_____                    Psychiatrist  3/30/16
Health Professional        (Signature)                     Title          Date      @ 1210p
                                                                            WEDCF

ADOC– Office of Health Services; 2014                Institution: _____
Form A-9 (b)

Original (1st page) – file in Health Record    Copy (2nd page) – Shift Commander    Perforated Portion (3rd page) – Inmate

NA0704AL                          CONFIDENTIAL              © 2014 Corizon    MR049896
Issued 12/2014

Alabama Department of Corrections
**Health Services Communication Form**
(Medical, Dental, Mental Health)

Wallace, Jamie                    281082            4/19/92
Inmate Name                          AIS #            Date of Birth

____ Restriction: _____
                                    Start Date:_____ Stop Date:_____

____ Limitations: _____
                                    Start Date:_____ Stop Date:_____

____ Bottom Bunk.  Stop Date: _____
                                    Start Date:_____ Stop Date:_____

____ Stop Up  _and/or_  Lay In   *(circle one or both)*   Start Date:_____ Stop Date:_____

____ Other:_____   Start Date:_____ Stop Date:_____

**Other Inmate Instruction** (include start/stop date if indicated):

_____

_____

_____

_____        _____   _____
Health Professional          (Printed Name)        Health Division       Date


**Notice to ADOC:**

____ Security Watch.  *No Less Than Every Fifteen Minute Checks Required Until Further Notice!!!

       Watch Housing Required:  ___ Crisis Cell  ___ Safe Cell  ___ Other: _____

____ Infirmary Placement Required. Location: _____

____ Sheltered Housing Requested. Location: _____

____ Other Requested: _____

✓ Response to Security Request to Review Prior to Restrictive Housing of Inmate:
   Special Precautions: _Place in S2 on Suicide Watch, Safety_
   Special Instructions: _Smock, Blanket, & Mat Only. Sack lunch_
   _I/O Coogan CRNP/BPartridge GN_ _only_          3/8/16@1630
Health Professional          (Signature)              Title              Date

ADOC– Office of Health Services; 2014
Form A-9 (b)                                Institution: _Donaldson_

CONFIDENTIAL                                      MR049897

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
## TREATMENT PLAN REVIEW

Application and Review Frequency:                          Admission Date: 4/11/16
Crisis Cell: ☑ M H Observation, ☐ Suicide Watch (each working day) Outpatient : ☐ (6 months)
RTU: ☐ (weekly, bimonthly, monthly)                       SU : ☐ (weekly)

Problem# 1 Initiation Date: 4/1 Resolution Target Date:____ Status: Resolved ☐ No Change ☐ Modified ☐
Outcome/modifications: The Inmate will continue to meet with the
MHP to identify effective ways of to communicate. He will
learn to express thoughts and feelings using developmental appropriate
skills.

Responsible staff: MHP, Nurse & Doctor                     Frequency: daily

Problem#____ Initiation Date:____ Resolution Target Date:____ Status: Resolved ☐ No Change ☐ Modified ☐
Outcome/modifications:____

Responsible staff:____                                     Frequency:____

Problem#____ Initiation Date:____ Resolution Target Date:____ Status: Resolved ☐ No Change ☐ Modified ☐
Outcome/modifications:____

Responsible staff:____                                     Frequency:____

Psychiatrist: Coog                                         Date: 4-11-16
Mental Health Nurse: Wilson RN                             Date: 4/11/16
Mental Health Professional: Dorrough, MS, ALC              Date: 4/11/16
Treatment Coordinator                                      Date:____
Inmate/AIS#: Jam, CW aWale                                 Date:____

| INMATE NAME: | LOCATION/LEVEL | AIS# |
|---|---|---|
| Wallace, Jamie | | |

Disposition: Inmate Medical File          CONFIDENTIAL   Reference: ADOC AR: 622, 623, 630, 631, 633, 634, 668
Previous edition is obsolete                               ADOC Form MH-034 –October 24, 2006
                                                           Page:  of

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
## TREATMENT PLAN REVIEW

Application and Review Frequency:                                    Admission Date: 4|6|16
Crisis Cell: ☐ M H Observation, ☑ Suicide Watch (each working day) Outpatient : ☐ (6 months)
RTU: ☐ (weekly, bimonthly, monthly)                                 SU : ☐ (weekly)

Problem# 1 ___ Initiation Date: _____ Resolution Target Date: _____ Status: Resolved ☐ No Change ☐ Modified ☑
Outcome/modifications: The Inmate continues to engage in self injurious behaviors.
He has a medium size bruise on his head. He states this would help him
better than other self harm rituals. The Inmate shared he thinks about his
dad and it causes him to self harm. The inmate will remain on suicide watch self harm,
The Inmate will continue to meet with his therapist to express coping skills and
rationalization
Responsible staff: MHP Nurse, Psychiatrist _____ Frequency: daily

Problem# ___ Initiation Date: _____ Resolution Target Date: _____ Status: Resolved ☐ No Change ☐ Modified ☐
Outcome/modifications: _____

_____

_____

_____

Responsible staff: _____ Frequency: _____

Problem# ___ Initiation Date: _____ Resolution Target Date: _____ Status: Resolved ☐ No Change ☐ Modified ☐
Outcome/modifications: _____

_____

_____

_____

Responsible staff: _____ Frequency: _____

Psychiatrist: _Cynthia Jones_____ Date: 0f|06|16

Mental Health Nurse: B Partridge LPN _____ Date: 4|6|16

Mental Health Professional: Dorough _____ Date: 4|6|16

Treatment Coordinator: _____ Date: _____

X    Inmate/AIS#: Jamie Wallace 281082 _____ Date: _____

| INMATE NAME: | LOCATION/LEVEL | AIS# |
|---|---|---|
| Wallace, Jamie | | 281082 |

Disposition: Inmate Medical File                    Reference: ADOC AR: 622, 623, 630, 632, 633, 635, 638
Previous edition is obsolete          CONFIDENTIAL    ADOC Form MH-034  MR0049899 2006
                                                                      Page: ___ of ___

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

TREATMENT PLAN

Inmate's Housing Location: _____ S _____  Institution: _____ WEDCF _____

Treatment Coordinator: _____ Austin Arc _____

Plan Application and Review Frequency: Crisis Cell ☒ MH Observation ☒ Suicide Watch (one time)
Outpatient: ☐ (6 months) RTU: ☐ (weekly, bimonthly, monthly) S U: ☐ (weekly)

DSM IV Diagnosis:
Axis I: _____ Bipolar D/O _____

Axis II: _____

Axis III: _____

Axis IV: _____

Axis V: (GAF) _____

| Problem #1 IM uses negative bx for attention seeking | Initiation Date: 4.4.16 |
|---|---|
| Goal: Reduce frequency of negative bx to less than 3x in Crisis Cell monthly. | |
| Target Date for Resolution: | |
| MHP will meet daily ☒ IM to encourage verbalizing wants and needs Intervention: MD will meet daily 1:1 to assess for medication mgt LPN will meet 1:1 daily ☒ IM to monitor medication compliance | |
| Staff Member(s) Responsible: | Frequency: daily |

| Problem #2 | Initiation Date: |
|---|---|
| Goal: | |
| Target Date for Resolution: | |
| Intervention: | |
| Staff Member(s) Responsible: | Frequency: |

Treatment Team Members (Name and signature)

Psychiatrist: _____  Date: _____

Supervising Psychologist: _____  Date: _____

Mental Health Nurse: _____ BPartridge LPN _____  Date: 4.4.16

Treatment Coordinator: _____ Austin Arc _____  Date: 4.4.16

Inmate Agreement: _____ IM refused to sign _____  Date: _____

Treatment Plan Review to be conducted by: _____ Austin Arc _____  Review date: 4.5.16

| INMATE NAME: Jamie Wallace | CELL #: | AIS #: 281082 |
|---|---|---|

Disposition: Inmate Medical Record
Reference: ADOC A.R.: 614, 622, 623, 630, 632, 633, 635, 638
ADOC Form MH-032 - November 14, 2005
Page 1 of ___

CONFIDENTIAL

MR049900

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
## TREATMENT PLAN REVIEW

Application and Review Frequency:                    Admission Date: _____
Crisis Cell: ☑ M H Observation, ☐ Suicide Watch (each working day) Outpatient : ☐ (6 months)
RTU: ☐ (weekly, bimonthly, monthly)                    SU : ☐ (weekly)

Problem# 1 Initiation Date: 4.5.16 Resolution Target Date: 4.6.16 Status: Resolved ☐ No Change ☐ Modified ☐
Outcome/modifications: _____

Inx continues to display poor coping skills
by making repeated SI gestures and then saying
he is not suicidal. Inx presents with lack of insight
into his MI and poor judgement

Responsible staff: MHP, MD, LPN                    Frequency: daily

Problem# ___ Initiation Date: ___ Resolution Target Date: ___ Status: Resolved ☐ No Change ☐ Modified ☐
Outcome/modifications: _____

Responsible staff: _____                    Frequency: _____

Problem# ___ Initiation Date: ___ Resolution Target Date: ___ Status: Resolved ☐ No Change ☐ Modified ☐
Outcome/modifications: _____

Responsible staff: _____                    Frequency: _____

Psychiatrist: Zider, MD                    Date: 4/5/16
Mental Health Nurse: Partridge, LPN                    Date: 4.5.16
Mental Health Professional: Austin Arc                    Date: 4.5.16
Treatment Coordinator: Austin Arc                    Date: 4.5.16
Inmate/AIS#: _____                    Date: _____

| INMATE NAME: | LOCATION/LEVEL | AIS# |
|---|---|---|
| Wallace Jamie | | 281082 |

Disposition: Inmate Medical File
Previous edition is obsolete          CONFIDENTIAL
Reference: ADOC AR: 622, 623, 630, 632, 633, 635, 638
ADOC Form MH-034 –October 24, 2006
MR049901

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

## TREATMENT PLAN

Inmate's Housing Location: _S2_____  Institution: ___WEDCF_____

Treatment Coordinator: __K. Bonella_____

Plan Application and Review Frequency: Crisis Cell: ☐ MH Observation  X Suicide Watch (one time)
Outpatient: ☐(6 months) RTU: ☐ (weekly, bimonthly, monthly) SU: ☐ (weekly)

DSM IV Diagnosis:
Axis I: ___Bipolar D/O_____

Axis II: _____

Axis III: _____

Axis IV: _____

Axis V: (GAF) _____

| Problem #1    I/M displayed behavior of self-harm. |
| Initiation Date: 3/29/16 |
| Goal: I/M will learn how to utilize effective coping skills in order to remain safe. I/M will become medication compliant. |
| Target Date for Resolution: 3/30/2016 |
| Intervention: Treatment team will counsel I/M in identifying effective coping skills in order to remain safe. I/M will remain medication compliant. |
| Staff Member(s) Responsible: MHP, LPN, AT, MD                    Frequency: Daily |

Treatment Team Members (Name and signature)

~~Psychiatrist:~~ _Cologan_____  Date: _3/29/16_

Supervising Psychologist: _____  Date: _____

Mental Health Nurse: _Wilson RN_____  Date: _3/29/16_

Treatment Coordinator: _____  Date: _____

Inmate Agreement: _J. Bonella_____  Date: _3/29/16_

Activity Technician: _____  Date: _____

Treatment Plan Review to be conducted by: _____  Review date: _____

| INMATE NAME: Jamie Wallace | CELL #: S2 | AIS #: 281082 |

Disposition: Inmate Medical Record

Reference: ADOC AR: 614, 622, 623, 630, 632, 633, 635, 638

ADOC  Form MH-032 – November 14, 2005

Page 1 of ___

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
## TREATMENT PLAN REVIEW

Application and Review Frequency:                    Admission Date:_____
Crisis Cell: ☑ M H Observation, ☑ Suicide Watch (each working day) Outpatient : ☐ (6 months)
RTU: ☐ (weekly, bimonthly, monthly)                  SU : ☐ (weekly)

Problem# 1  Initiation Date: **3.30.16** Resolution Target Date:_____ Status: Resolved ☐ No Change ☐ Modified ☐
Outcome/modifications:_____

_Irl reports no signs of SI. Irl_
_was DC'd from Crisis SI watch_

Responsible staff: **Mhp, Mn, LP**                    Frequency:_____

Problem#____ Initiation Date:_____ Resolution Target Date:_____ Status: Resolved ☐ No Change ☐ Modified ☐
Outcome/modifications:_____

Responsible staff:_____                    Frequency:_____

Problem#____ Initiation Date:_____ Resolution Target Date:_____ Status: Resolved ☐ No Change ☐ Modified ☐
Outcome/modifications:_____

Responsible staff:_____                    Frequency:_____

Psychiatrist:_____  Date:_____

Mental Health Nurse:_____  Date:_____

Mental Health Professional: _Austn Arc_        Date: _3.30.16_

Treatment Coordinator: _Austn Arc_              Date: _3.30.16_

Inmate/AIS#:_____  Date:_____

| INMATE NAME: _Wallace Jamie_ | LOCATION/LEVEL | AIS# _281082_ |
|---|---|---|

Disposition: Inmate Medical File
Previous edition is obsolete                       Reference: ADOC AR: 622, 623, 630, 632, 633, 635, 638
                                                    ADOC Form MH-034 – October 24, 2006
                    CONFIDENTIAL                   Page MR049903

Alabama Department of Corrections
## Health Services Communication Form
(Medical, Dental, Mental Health)



Inmate Name: _Wallace, Jamie_    AIS #: _281082_    Date of Birth: _4/19/1992_

____ Restriction: _____
                    Start Date: _____  Stop Date: _____

____ Limitations: _____
                    Start Date: _____  Stop Date: _____

____ Bottom Bunk.  Stop Date: _____

____ Stop Up **and/or** Lay In  *(circle one or both)*    Start Date: _____  Stop Date: _____

____ Other: _____    Start Date: _____  Stop Date: _____

**Other Inmate Instruction** (include start/stop date if indicated):

_____

_____

_____

Health Professional    (Printed Name)        Health Division    Date

**Notice to ADOC:**

____ Security Watch.  *No Less Than Every Fifteen Minute Checks Required Until Further Notice!!!*

____ Watch Housing Required: ____ Crisis Cell    ____ Safe Cell    ____ Other: _____

____ Infirmary Placement Required. Location: _____

____ Sheltered Housing Requested. Location: _____

____ Other Requested: _____

✓ Response to Security Request to Review Prior to Restrictive Housing of Inmate:

Special Precautions: _D/C'd Suicide Watch & released_

Special Instructions: _to ADOC for placement_

_MH_    _____    _MD_    _3/22/16 @ 800_
Health Professional    (Signature)        Title    Date

Institution: _Donaldson_

ADOC– Office of Health Services; 2014
Form A-9 (b)

Original (1ˢᵗ page) – file in Health Record    Copy (2ⁿᵈ page) – Shift Commander    Perforated Portion (3ʳᵈ page) – Inmate
CONFIDENTIAL    MR049904

NA0704AI    © 2014 Corizon Health, Inc.



Alabama Department of Corrections
**Health Services Communication Form**
(Medical, Dental, Mental Health)

Inmate Name: Wallace Jamie    AIS #: 281082    Date of Birth: 4.19.92

____ Restriction: _____
Start Date: _____ Stop Date: _____

____ Limitations: _____
Start Date: _____ Stop Date: _____

____ Bottom Bunk. Stop Date: _____
Start Date: _____ Stop Date: _____

____ Stop Up  and/or  Lay In  *(circle one or both)*   Start Date: _____ Stop Date: _____

____ Other: _____   Start Date: _____ Stop Date: _____

Other Inmate Instruction (include start/stop date if indicated):

_____
_____
_____

Health Professional    (Printed Name)         Health Division      Date

**Notice to ADOC:**        S - 1

X   Security Watch.  *No Less Than Every Fifteen Minute Checks Required Until Further Notice!!!

Watch Housing Required:  X Crisis Cell  ____ Safe Cell   Other: SI Watch

____ Infirmary Placement Required. Location: _____

____ Sheltered Housing Requested. Location: _____

____ Other Requested: _____

____ Response to Security Request to Review Prior to Restrictive Housing of Inmate:
Special Precautions: IM is to only have safety smock, safety mat and sack lunches
Special Instructions: _____ RT @ 1400

D. Austi  ALC / MHP  (2)_____  RT @ 1400  3.21.16  14:00
Health Professional    (Signature)              Title                    Date

Institution: WEOCF

ADOC– Office of Health Services; 2014
Form A-9 (b)

N4070441                                           © 2014 Corizon Health, Inc.

Alabama Department of Corrections
### Health Services Communication Form
(Medical, Dental, Mental Health)



Wallace, Jamie                                    281082                    _____
Inmate Name                                       AIS #                     Date of Birth

____   Restriction: _____
                                    Start Date:_____  Stop Date: _____

____   Limitations: _____
                                    Start Date:_____  Stop Date: _____

____   Bottom Bunk.  Stop Date: _____

____   Stop Up  and/or  Lay In   (circle one or both)   Start Date:_____  Stop Date: _____

____   Other: _____   Start Date:_____  Stop Date: _____

Other Inmate Instruction (include start/stop date if indicated):

_____

_____

_____

_____          _____  _____
Health Professional        (Printed Name)          Health Division        Date

**Notice to ADOC:**

____   Security Watch.  *No Less Than Every Fifteen Minute Checks Required Until Further Notice!!!

       Watch Housing Required: ____ Crisis Cell  ____ Safe Cell  ____ Other: _____

____   Infirmary Placement Required. Location: _____

____   Sheltered Housing Requested. Location: _____

____   Other Requested: _____

✓    Response to Security Request to Review Prior to Restrictive Housing of Inmate:

       Special Precautions: Dc'd MHO & released to ADOC for

       Special Instructions: Placement

_____          _____  3/17/16 @
Health Professional    (Signature)              Title              Date        1110

ADOC– Office of Health Services; 2014
Form A-9 (b)                                        Institution: Donaldson

Original (1st page) – file in Health Record      Copy (2nd page) – Shift Commander    Perforated Portion (3rd page) – Inmate
                                                 CONFIDENTIAL                          MR049906

N40704A1                                                                      © 2014 Corizon Health, Inc.

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
**TREATMENT PLAN REVIEW**

Application and Review Frequency:                                    Admission Date: 3/7/2016
Crisis Cell: ☐ M H Observation,  ☐ Suicide Watch (each working day)   Outpatient : ☐ (6 months)
RTU: ☐ (weekly, bimonthly, monthly)                                  SU : ☑ (weekly)

Problem# \_  Initiation Date:_____  Resolution Target Date:____  Status: Resolved ☐ No Change ☐ Modified ☐
Outcome/modifications: The inmate will be moved back to his cell.
He appeared to be in a good mood. The Inmate will continue
to work on coping skills of grief due to the loss of his father.
He will meet with his MHP daily

Responsible staff: MHP, Doctor Nurses              Frequency: between to daily

Problem#____ Initiation Date:_____ Resolution Target Date:____ Status: Resolved ☐ No Change ☐ Modified ☐
Outcome/modifications:_____

Responsible staff:_____              Frequency:_____

Problem#____ Initiation Date:_____ Resolution Target Date:____ Status: Resolved ☐ No Change ☐ Modified ☐
Outcome/modifications:_____

Responsible staff:_____              Frequency:_____

Psychiatrist:_____  Date: 03-17-2016
Mental Health Nurse: Partridge LPN                  Date: 3/17/16
Mental Health Professional:_____  Date:_____
Treatment Coordinator: Dorraugh                     Date: 3/16/2016
Inmate/AIS#: Jamie Wallace                          Date: 3/17/2016

| INMATE NAME: | LOCATION/LEVEL | AIS# |
| --- | --- | --- |
| Wallace, Jamie | S24 | 281082 |

Disposition: Inmate Medical File
Previous edition is obsolete

Reference: ADOC AR: 622, 623, 630, 632, 633, 635, 638
ADOC Form MH-034 –October 24, 2006

CONFIDENTIAL                                    MR049907



Alabama Department of Corrections
## Health Services Communication Form
(Medical, Dental, Mental Health)

_Wallace, Jamie_                    _281082_        _4/19/1992_
Inmate Name                         AIS #           Date of Birth

_____  Restriction: _____
                                 Start Date: _____  Stop Date: _____

_____  Limitations: _____
                                 Start Date: _____  Stop Date: _____

        Bottom Bunk.  Stop Date: _____
_____

_____  Stop Up  and/or  Lay In   (circle one or both)   Start Date: _____  Stop Date: _____

_____  Other: _____   Start Date: _____  Stop Date: _____

**Other Inmate Instruction (include start/stop date if indicated):**

_____

_____

_____

_____          _____   _____
Health Professional          (Printed Name)          Health Division       Date

**Notice to ADOC:**

_____  Security Watch.  *No Less Than Every Fifteen Minute Checks Required Until Further Notice!!!

        Watch Housing Required: _____ Crisis Cell  _____ Safe Cell  _____ Other: _____

_____  Infirmary Placement Required. Location: _____

_____  Sheltered Housing Requested. Location: _____

✓      Other Requested: _____
        Response to Security Request to Review Prior to Restrictive Housing of Inmate: _No personal property_
        Special Precautions: _Dc'd Suicide Watch & changed to_ (No shoestring)
        Special Instructions: _Mental Health Observation, May have clothes, sheet_
_Zuanin dtN   Ben.   May have papertray_              _3/15/16 @_
Health Professional          (Signature)          MD          Title          Date   _0730_

                                          Institution: _Donaldson_

ADOC– Office of Health Services; 2014
Form A-9 (b)

NA0704AL                                                                                    © 2014 Corizon Health, Inc.

Alabama Department of Corrections
**Health Services Communication Form**
(Medical, Dental, Mental Health)

*Wallace    Jamie*                                    *281082*        *4/19/1992*
**Inmate Name**                                        **AIS #**        **Date of Birth**

_____    Restriction: _____

                                                    Start Date:_____  Stop Date: _____

_____    Limitations: _____

                                                    Start Date:_____  Stop Date: _____

_____    Bottom Bunk.  Stop Date: _____

_____    Stop Up  **and/or**  Lay In    *(circle one or both)*    Start Date:_____  Stop Date: _____

_____    Other: _____    Start Date:_____  Stop Date: _____

**Other Inmate Instruction** (include start/stop date if indicated):

*Move To 5 24*

_____

_____

_____        _____    _____    _____
Health Professional            (Printed Name)               Health Division    Date

**Notice to ADOC:**

_____    Security Watch.  *No Less Than Every Fifteen Minute Checks Required Until Further Notice!!!

          Watch Housing Required:    Crisis Cell _____    Safe Cell _____    Other: _____

_____    Infirmary Placement Required. Location: _____

_____    Sheltered Housing Requested. Location: _____

_____    Other Requested: _____

_____    Response to Security Request to Review Prior to Restrictive Housing of Inmate:

          Special Precautions: _____

          Special Instructions: _____

*T Scott RN / V Pollett*                              *LPN*            *1/22/16*
Health Professional        (Signature)      CONFIDENTIAL    Title            MR049909

ADOC  Office of Health Services 2014



Alabama Department of Corrections
## Health Services Communication Form
(Medical, Dental, Mental Health)

_Wallace Jamie_                          281083              4/13/1993
**Inmate Name**                          **AIS #**           **Date of Birth**

____ Restriction: _____

                                    Start Date: _____ Stop Date: _____

____ Limitations: _____

                                    Start Date: _____ Stop Date: _____

____ Bottom Bunk. Stop Date: _____

____ Stop Up  and/or  Lay In  _(circle one or both)_   Start Date: _____ Stop Date: _____

____ Other: _____   Start Date: _____ Stop Date: _____

**Other Inmate Instruction** (include start/stop date if indicated):

_____

_____

_____

_____        _____    _____
**Health Professional**    **(Printed Name)**           **Health Division**    **Date**


**Notice to ADOC:**

____ Security Watch.  *No Less Than Every Fifteen Minute Checks Required Until Further Notice!!!

____ Watch Housing Required: ____ Crisis Cell ____ Safe Cell ____ Other: _____

____ Infirmary Placement Required. Location: _____

____ Sheltered Housing Requested. Location: _____

✓ Other Requested: _____   No personal property

    Response to Security Request to Review Prior to Restrictive Housing of Inmate:

    Special Precautions: _D/c'd Suicide Watch & changed to_ No Shoe strin

    Special Instructions: _Mental Health Observation, May have clothes, Sheet_
                          _May have paperwork_

_Xiaoyin Chen_         _Jan_                    _MD_        _3/15/16 @_
**Health Professional**    **(Signature)**          **Title**      **Date**    0730

                                                        _Donaldson_
ADOC– Office of Health Services; 2014        Institution: _Dod_
Form A-9 (b)

Original (1st page) – file in Health Record    Copy (2nd page) - Shift Commander    Perforated Portion (3rd page) - Inmate
                                    **CONFIDENTIAL**                    MR049910

                                                                © 2014 Corizon Health, Inc.

Alabama Department of Corrections
**Health Services Communication Form**
(Medical, Dental, Mental Health)

Inmate Name: _Wallace, Jamie_        AIS #: _281082_        Date of Birth: _4/19/92_

____ Restriction: _____
                                        Start Date: _____ Stop Date: _____

____ Limitations: _____
                                        Start Date: _____ Stop Date: _____

____ Bottom Bunk.  Stop Date: _____
                                        Start Date: _____ Stop Date: _____

____ Stop Up  and/or  Lay In  (circle one or both)     Start Date: _____ Stop Date: _____

____ Other: _____        Start Date: _____ Stop Date: _____

**Other Inmate Instruction** (include start/stop date if indicated):

_____

_____

_____

Health Professional      (Printed Name)              Health Division        Date

**Notice to ADOC:**

____ Security Watch.  *No Less Than Every Fifteen Minute Checks Required Until Further Notice!!!

Watch Housing Required: _X_ Crisis Cell ____ Safe Cell ____ Other: _____

____ Infirmary Placement Required. Location: _____

____ Sheltered Housing Requested. Location: _____

_X_ Other Requested: _Place in S3 Suicide Watch No personal property Allowed_

Response to Security Request to Review Prior to Restrictive Housing of Inmate:

Special Precautions: _May have safety blanket mat & smock_

Special Instructions: _No shoe strings. sack lunches only_

V.D. _Coxxxxxxxx / Thomas_    Title: _LPN_    Date: _3/12/16 @ 1515_
Health Professional      (Signature)

ADOC– Office of Health Services; 2014
Form A-9 (b)

Institution: _WEDCF_

Original (1st page) – file in Health Record       Copy (2nd page) – Shift Commander       Perforated Portion (3rd page) – Inmate
                                        CONFIDENTIAL                                        MR0499TI

Alabama Department of Corrections
**Health Services Communication Form**
(Medical, Dental, Mental Health)

_Wallace, Junee_                    _281082_     _4/19/1992_
Inmate Name                         AIS #          Date of Birth

____  Restriction: _____
                                    Start Date:_____  Stop Date:_____

____  Limitations: _____
                                    Start Date:_____  Stop Date:_____

____  Bottom Bunk.  Stop Date: _____
                                    Start Date:_____  Stop Date:_____

____  Stop Up  _and/or_  Lay In   _(circle one or both)_   Start Date:_____  Stop Date:_____

____  Other: _____   Start Date:_____  Stop Date:_____

**Other Inmate Instruction (include start/stop date if indicated):**

_____

_____

_____

_____          _____     _____
Health Professional      (Printed Name)        Health Division      Date

**Notice to ADOC:**

____  Security Watch.  *No Less Than Every Fifteen Minute Checks Required Until Further Notice!!!

____  Watch Housing Required:  ____ Crisis Cell   ____ Safe Cell   ____ Other: _____

____  Infirmary Placement Required. Location: _____

____  Sheltered Housing Requested. Location: _____

____  Other Requested: _____

✓   Response to Security Request to Review Prior to Restrictive Housing of Inmate:

Special Precautions: _Dc'd Mental Health Observation_

Special Instructions: _& released to ADOC placement_

_Cook_                                          _3/9/16 @ 0840_
_____          _____     _____
Health Professional      (Signature)          Title          Date

ADOC– Office of Health Services; 2014                    _Donaldson_
Form A-9 (b)                             Institution: _____

Original (1st page) – file in Health Record     Copy (2nd page) – Shift Commander     Perforated Portion (3rd page) – Inmate
                              CONFIDENTIAL                          MR049912
NA0704AL                                                © 2014 Corizon Health, Inc.

Alabama Department of Corrections
## Health Services Communication Form
(Medical, Dental, Mental Health)

_Wallace, Jamie_      _281082_      _4/19/92_
Inmate Name            AIS #          Date of Birth

____    Restriction: _____

                                 Start Date: _____   Stop Date: _____

____    Limitations: _____

                                 Start Date: _____   Stop Date: _____

____    Bottom Bunk.  Stop Date: _____

____    Stop Up  **and/or**  Lay In  *(circle one or both)*   Start Date: _____   Stop Date: _____

____    Other: _____ Start Date: _____   Stop Date: _____

**Other Inmate Instruction (include start/stop date if indicated):**

_____

_____

_____

_____      _____   _____
Health Professional       (Printed Name)        Health Division      Date

**Notice to ADOC:**

____    Security Watch.  *No Less Than Every Fifteen Minute Checks Required Until Further Notice!!!

        Watch Housing Required: ____ Crisis Cell ____ Safe Cell ____ Other: _____

____    Infirmary Placement Required. Location: _____

____    Sheltered Housing Requested. Location: _____

____    Other Requested: _____

✓    Response to Security Request to Review Prior to Restrictive Housing of Inmate:

       Special Precautions: _Changed to Mental Health Observation_

       Special Instructions: _D/C'd SW_

_[signature]_             _MD_      _3/8/16 @ 7:35_
Health Professional     (Signature)           Title       Date

Institution: _Donaldson_

ADOC– Office of Health Services; 2014
Form A-9 (b)

Original (1st page) – file in Health Record    Copy (2nd page) – Shift Commander    Perforated Portion (3rd page) – Inmate

CONFIDENTIAL               MR049913

© 2014 Corizon Health, Inc.

Alabama Department of Corrections
## Health Services Communication Form
(Medical, Dental, Mental Health)

Wallace, Jamie                    281083          4/19/92

Inmate Name                      AIS #           Date of Birth

____  Restriction: _____

                                    Start Date:_____  Stop Date: _____

____  Limitations: _____

                                    Start Date:_____  Stop Date: _____

       Bottom Bunk.  Stop Date: _____

____  Stop Up  and/or  Lay In  *(circle one or both)*    Start Date:_____  Stop Date: _____

____  Other: _____    Start Date:_____  Stop Date: _____

**Other Inmate Instruction (include start/stop date if indicated):**

_____

_____

_____    _____    _____
Health Professional       (Printed Name)          Health Division          Date


**Notice to ADOC:**

____  Security Watch.  *No Less Than Every Fifteen Minute Checks Required Until Further Notice!!!

       Watch Housing Required: ____ Crisis Cell ____ Safe Cell ____ Other: _____

____  Infirmary Placement Required. Location: _____

____  Sheltered Housing Requested. Location: _____

____  Other Requested: _____

✓    Response to Security Request to Review Prior to Restrictive Housing of Inmate:

       Special Precautions: Changed to Mental Health Observation

       Special Instructions: D/C SW

Eleanor Chen  Zur          MD        3/8/16 @ 7.35
Health Professional       (Signature)        Title            Date

                                    Institution: Donaldson

ADOC– Office of Health Services; 2014
Form A-9 (b)

CONFIDENTIAL                    MR049914

NA070441                                           © 2014 Corizon Health, Inc.



Alabama Department of Corrections
**Health Services Communication Form**
(Medical, Dental, Mental Health)

Wallace, Jamie                                    281082            04-19-92
Inmate Name                                       AIS #             Date of Birth

____ Restriction: _____

                                   Start Date:_____ Stop Date: _____

____ Limitations: _____

                                   Start Date:_____ Stop Date: _____

____ Bottom Bunk.  Stop Date: _____

____ Stop Up  and/or  Lay In  *(circle one or both)*   Start Date:_____ Stop Date: _____

____ Other: _____   Start Date:_____ Stop Date: _____

**Other Inmate Instruction** (include start/stop date if indicated):

_____

_____

_____

Health Professional        (Printed Name)              Health Division      Date

**Notice to ADOC:**

____ Security Watch.  *No Less Than Every Fifteen Minute Checks Required Until Further Notice!!!

     Watch Housing Required:  ___ Crisis Cell   ___ Safe Cell   ___ Other: _____

____ Infirmary Placement Required. Location: _____

____ Sheltered Housing Requested. Location: _____

____ Other Requested: No personal property allowed.

____ Response to Security Request to Review Prior to Restrictive Housing of Inmate:

     Special Precautions: Stop MHO. Start Suicide Watch. May have safety mat.

     Special Instructions: Safety smock, safety blanket, sack lunch.

Cooper                                    CRNP              3/7/16 @ 1100
Health Professional        (Signature)              Title              Date

ADOC– Office of Health Services; 2014        Institution: WEDCF
Form A-9 (b)



Alabama Department of Corrections
## Health Services Communication Form
(Medical, Dental, Mental Health)

**WALLACE, JAMIE**                                    **281082**          **4-19-92**
Inmate Name                                               AIS #          Date of Birth

____  Restriction: _____

Start Date:_____  Stop Date: _____

____  Limitations: _____

Start Date:_____  Stop Date: _____

____  Bottom Bunk.  Stop Date: _____

____  Stop Up  and/or  Lay In   *(circle one or both)*    Start Date:_____  Stop Date: _____

____  Other: _____    Start Date:_____  Stop Date: _____

**Other Inmate Instruction** (include start/stop date if indicated):

_____

_____

_____

_____              _____    _____
Health Professional        (Printed Name)           Health Division      Date

**Notice to ADOC:**

✓   Security Watch.  *No Less Than Every Fifteen Minute Checks Required Until Further Notice!!!

____   Watch Housing Required:  ✓ Crisis Cell   ____ Safe Cell   ____ Other: **MENTAL HEALTH OBSERVATION**

____   Infirmary Placement Required. Location: _____

____   Sheltered Housing Requested. Location: _____

____   Other Requested: _____

____   Response to Security Request to Review Prior to Restrictive Housing of Inmate:

Special Precautions: **I/M TO BE MOVED FROM CELL S3 TO CELL S4.**

Special Instructions: **CONTINUE MENTAL HEALTH OBSERVATION.**

**V.O. PER COOGAN CRNP/ ACLICKLPN** _____    _____  **3-5-16 @ 1440**
Health Professional        (Signature)                   Title                Date

*Coogan*                          Institution: **WEDCF**

ADOC– Office of Health Services; 2014
Form A-9 (b)

Original (1ˢᵗ page) – file in Health Record       Copy (2ⁿᵈ page) – Shift Commander       Perforated Portion (3ʳᵈ page) –

**CONFIDENTIAL**                                                      **MR049916**

Alabama Department of Corrections
## Health Services Communication Form
(Medical, Dental, Mental Health)



Inmate Name: Wallace, Jamie

AIS #: 281082

Date of Birth: 4/19/92

____ Restriction: _____

Start Date: _____  Stop Date: _____

____ Limitations: _____

Start Date: _____  Stop Date: _____

____ Bottom Bunk. Stop Date: _____

____ Stop Up  and/or  Lay In   *(circle one or both)*    Start Date: _____  Stop Date: _____

____ Other: _____    Start Date: _____  Stop Date: _____

Other Inmate Instruction (include start/stop date if indicated):

_____

_____

_____

Health Professional          (Printed Name)          Health Division          Date

**Notice to ADOC:**

____ Security Watch.  *No Less Than Every Fifteen Minute Checks Required Until Further Notice!!!

____ Watch Housing Required: ___ Crisis Cell ___ Safe Cell ___ Other: _____

____ Infirmary Placement Required. Location: _____

____ Sheltered Housing Requested. Location: D'C Suicide watch begin

X  Other Requested: Mental Health Observation

Response to Security Request to Review Prior to Restrictive Housing of Inmate:

Special Precautions: May have paper tray no utensils

Special Instructions: May have uniform no belt no shoestrings

Health Professional          (Signature)          Title: Psychiatrist          Date: 3/4/16 @ 15

Institution: Donaldson

ADOC– Office of Health Services; 2014
Form A-9 (b)

Original (1st page) – file in Health Record          Copy (2nd page) – Shift Commander          Perforated Portion (3rd page) – Inmate
                                                    CONFIDENTIAL                                  MR049917

NA0704AL                                                                                          © 2014 Corizon Health. inc.

Alabama Department of Corrections
### Health Services Communication Form
(Medical, Dental, Mental Health)



Inmate Name: _Wallace, Jamie_     AIS #: _2F1082_     Date of Birth: _4/9/92_

____ Restriction: _____
Start Date: _____ Stop Date: _____

____ Limitations: _____
Start Date: _____ Stop Date: _____

____ Bottom Bunk.  Stop Date: _____
Start Date: _____ Stop Date: _____

____ Stop Up  and/or  Lay In   (circle one or both)     Start Date: _____ Stop Date: _____

____ Other: _____     Start Date: _____ Stop Date: _____

**Other Inmate Instruction** (include start/stop date if indicated):

_Move from S24 to S2 for suicide watch_

Health Professional     (Printed Name)          Health Division     Date

**Notice to ADOC:**

✓ Security Watch.  *No Less Than Every Fifteen Minute Checks Required Until Further Notice!!!

____ Watch Housing Required:   ✓ Crisis Cell   ____ Safe Cell   ____ Other: _____

____ Infirmary Placement Required. Location: _____

____ Sheltered Housing Requested. Location: _____

____ Other Requested: _____

✓ Response to Security Request to Review Prior to Restrictive Housing of Inmate:

Special Precautions: _Safety smock blanket_

Special Instructions: _____

Health Professional     (Signature)          Title: _Site Admin_     Date: _3/2/16_

ADOC– Office of Health Services; 2014
Form A-9 (b)                                        Institution: _Donaldson_

Original (1st page) – file in Health Record        Copy (2nd page) – Shift Commander     Perforated Portion (3rd page) – Inmate

CONFIDENTIAL                                        MR049918

Alabama Department of Corrections
## Health Services Communication Form
(Medical, Dental, Mental Health)



_Wallace, Jamie_

Inmate Name                                    _281082_                    _4/19/92_
                                                AIS #                    Date of Birth

____  Restriction: _____

                                    Start Date:_____    Stop Date: _____

____  Limitations: _____

                                    Start Date:_____    Stop Date: _____

____  Bottom Bunk.  Stop Date: _____

____  Stop Up  and/or  Lay In   *(circle one or both)*    Start Date:_____    Stop Date: _____

____  Other: _____    Start Date:_____    Stop Date: _____

**Other Inmate Instruction** (include start/stop date if indicated):

_____

_____

_____

Health Professional          (Printed Name)              Health Division          Date

**Notice to ADOC:**

____  Security Watch.  *No Less Than Every Fifteen Minute Checks Required Until Further Notice!!!

        Watch Housing Required:  ____ Crisis Cell  ____ Safe Cell  ____ Other: _____

____  Infirmary Placement Required. Location: _____

____  Sheltered Housing Requested. Location: _____

____  Other Requested: _____

✓  Response to Security Request to Review Prior to Restrictive Housing of Inmate:

        Special Precautions: _D/C'd  Suicide  Watch & Released_

        Special Instructions: _(to ADOC placement_

        _C. H. B. Rastus_                              _Psychiatrist_   _3/21/16_ @
Health Professional          (Signature)                Title            Date      _1240_

                                            Institution: _Donaldson_

ADOC– Office of Health Services; 2014
Form A-9 (b)

Original (1st page) – file in Health Record        Copy (2nd page) – Shift Commander        Perforated Portion (3rd page)–inmate

CONFIDENTIAL                                                                        MR049919

Alabama Department of Corrections
**Health Services Communication Form**
(Medical, Dental, Mental Health)

_Wallace, Jamie_                                    _281082_                    _4/19/92_
Inmate Name                                          AIS #                   Date of Birth

____  Restriction: _____
                                                Start Date:_____  Stop Date: _____

____  Limitations: _____
                                                Start Date:_____  Stop Date: _____

        Bottom Bunk.  Stop Date: _____
____

____  Stop Up  _and/or_  Lay In    *(circle one or both)*    Start Date:_____  Stop Date: _____

____  Other: _____    Start Date:_____  Stop Date: _____

**Other Inmate Instruction** (include start/stop date if indicated):

_____

_____

_____

_____        _____   _____
Health Professional        (Printed Name)            Health Division       Date


**Notice to ADOC:**

____  Security Watch.  *No Less Than Every Fifteen Minute Checks Required Until Further Notice!!!

        Watch Housing Required:  ____ Crisis Cell  ____ Safe Cell  ____ Other: _____

____  Infirmary Placement Required. Location: _____

____  Sheltered Housing Requested. Location: _____

____  Other Requested: _____

✓  Response to Security Request to Review Prior to Restrictive Housing of Inmate:

        Special Precautions: _Change to Suicide Watch, May_

        Special Instructions: _have Safety Blanket, smock & mat No personal items_

_____, MD                    _MD_        _3/1/16_ 0825
Health Professional    (Signature)                  Title          Date

                                    Institution: _Donaldson_

ADOC– Office of Health Services; 2014
Form A-9 (b)

                                    CONFIDENTIAL                    MR049920

NA0704AL                                                        © 2014 Corizon Health, Inc.



Alabama Department of Corrections
## Health Services Communication Form
(Medical, Dental, Mental Health)

_Wallace, Janice_                                          _381082_          _4/19/92_
**Inmate Name**                                              AIS #              Date of Birth

____   Restriction: _____

                                              Start Date:_____   Stop Date:_____

____   Limitations: _____

                                              Start Date:_____   Stop Date:_____

____   Bottom Bunk.   Stop Date:_____

____   Stop Up  **and/or**  Lay In   *(circle one or both)*   Start Date:_____   Stop Date:_____

____   Other: _____   Start Date:_____   Stop Date:_____

**Other Inmate Instruction (include start/stop date if indicated):**

_____

_____

_____

**Health Professional**        **(Printed Name)**        **Health Division**        **Date**


**Notice to ADOC:**

____   Security Watch.   *No Less Than Every Fifteen Minute Checks Required Until Further Notice!!!

____   Watch Housing Required:  ____ Crisis Cell   ____ Safe Cell   ____ Other: _____

____   Infirmary Placement Required. Location: _____ WCDF

____   Sheltered Housing Requested. Location: _____

____   Other Requested: _____

✓   Response to Security Request to Review Prior to Restrictive Housing of Inmate:

Special Precautions: _Change "to" Suicide Watch, May_

Special Instructions: _Call Safety Blanket, Smock, & Mat_   _No personal items_

_____, MD                              MD              _3/4/16 0825_
**Health Professional**   **(Signature)**              **Title**        **Date**

                                          _Donaldson_
**ADOC– Office of Health Services; 2014**        **Institution:** _____
**Form A-9 (b)**

Original (1st page) – file in Health Record     Copy (2nd page) – Shift Commander     Perforated Portion (3rd page) – Inmate
                                    **CONFIDENTIAL**                                     **MR049921**

NA0704AL                                                              © 2014 Corizon Health, Inc.

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

TREATMENT PLAN

Inmate's Housing Location: _S-Dorm_  Institution: _WED CF_

Treatment Coordinator: _D. Thomas, mt mhp_

Plan Application and Review Frequency: Crisis Cell ☒ MH Observation ☐ Suicide Watch (one time)
Outpatient: ☐ (6 months) RTU: ☐ (weekly, bimonthly, monthly) S U: ☐ (weekly)

DSM IV Diagnosis:
Axis I: _Bipolar D/O, mixed_  _Polysubstance Abuse_
Axis II: _Deferred_
Axis III: _Multiple GMC_
Axis IV: _Recent death of father ; Incarceration ; Health / Disabled;_
Axis V: (GAF) _MH-3_

| | |
|---|---|
| Problem #1 _Im uses negative behavior for attention seeking and pillseeking_ | Initiation Date: _3/16/16_ |

Goal: _Reduce frequency of negative behavior / attention seeking to less than twice a month_
_stop statements about hanging himself to get what he wants. OT_
Target Date for Resolution: ~~3/14~~ _3/17/16_

Intervention: _Encourage verbalizing wants and needs directly ; Praise any positive_
_behavior and pro-social interaction; Encourage schedules of exercise._
Staff Member(s) Responsible: _MHPs, Medical staff, ADOC_  Frequency: _daily_

| | |
|---|---|
| Problem #2 _Depression due to Grief / Loss of Father recently_ | Initiation Date: _3/16/16_ |

Goal: ~~Stop~~ _Open Process grief over loss of father rather than sleeping and medicating_
_Stop feelings about self-harm or_
Target Date for Resolution: _3/17/16_

Intervention: _Ongoing talks about his feelings and encourage positive memories of_
_his father ; Begin to focus on staying active during the day and sleeping at night._
Staff Member(s) Responsible: _MHPs, Medical staff, ADOC_  Frequency: _daily_

Treatment Team Members (Name and signature)

Psychiatrist: _[signature]_  Date: _03/16/16_

Supervising Psychologist: ___  Date: ___

Mental Health Nurse: ___  Date: ___

Treatment Coordinator: _D Thomas mt MHP_  Date: _3/16/2016_

Inmate Agreement: ___  Date: ___

Treatment Plan Review to be conducted by: ___  Review date: ___

| INMATE NAME: _Wallace, Jamie_ | CELL #: | AIS #: _281 082_ |
|---|---|---|

Disposition: Inmate Medical Record

Reference: ADOC A R: 614, 622, 623, 630, 632, 633, 635, 638
ADOC Form MH-032 - November 14, 2005
Page 1 of ___

CONFIDENTIAL    MR049922

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

## TREATMENT PLAN

Inmate's Housing Location: __S Dorm__ Institution: __WEXCE__

Treatment Coordinator: __Austin Arc__

**Plan Application and Review Frequency: Crisis Cell:** ☐ MH Observation ☐ Suicide Watch (one time)
**Outpatient:** ☐ (6 months) **RTU:** ☐ (weekly, bimonthly, monthly) **S U:** ☐ (weekly)

**DSM IV Diagnosis:**
Axis I: __Bipolar Disorder__

Axis II: _____

Axis III: _____

Axis IV: _____

Axis V: (GAF) _____

| | |
|---|---|
| Problem #1 : Pt demonstrates negative attention seeking | Initiation Date: 3.14.16 |
| Goal: Pt will identify (3) positive methods of getting attention +2.19 | |
| Target Date for Resolution: 3.15.16 | |
| Intervention: MHP will meet 1:1 c pt to identify and assess (3) positive methods of getting attention | |
| MD will meet 1:1 daily to assess for medication | |
| LPN will meet 1:1 daily c pt to monitor medication compliance | |
| Staff Member(s) Responsible: MHP, MD, LPN | Frequency: daily |

| | |
|---|---|
| Problem #2 | Initiation Date: |
| Goal: | |
| Target Date for Resolution: | |
| Intervention: | |
| Staff Member(s) Responsible: | Frequency: |

Treatment Team Members (Name and signature)

Psychiatrist: _____ Date: _____

Supervising Psychologist: _____ Date: _____

Mental Health Nurse: __Partridge, LPN__ Date: __3/14/16__

Treatment Coordinator: __Austin Arc__ Date: __3.14.16__

Inmate Agreement: _____ Date: _____

Treatment Plan Review to be conducted by: __Austin__ Review date: __3.15.16__

| INMATE NAME: Wallace | CELL #: | AIS #: 281082 |
|---|---|---|

Disposition: Inmate Medical Record

Reference: ADOC AR: 614, 622, 623, 630, 632, 633, 635, 638

CONFIDENTIAL

ADOC Form MH-032 - November 14, 2005
Page 1 of ___

MR049923

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
## TREATMENT PLAN REVIEW

Application and Review Frequency:                                    Admission Date:_____
Crisis Cell: ☒ M H Observation,  ☐ Suicide Watch (each working day) **Outpatient :** ☐ ☐ (6 months)
RTU: ☐ ` (weekly, bimonthly, monthly)                    **SU :** ☐ ` (weekly)

---

Problem# \_1__ Initiation Date:_3.15.16_ Resolution Target Date:_3.16.16_ Status: Resolved ☐ No Change ☐ Modified ☐
Outcome/modifications:_____

_Im reports that he no longer has suicidal_
_ideations. Im continue to demonstrate_
_negative attention seeking. He was DC'd from SC_
_watch and placed on MHO_

Responsible staff: _MHP, MD, LPN_          Frequency: _daily_

Problem#____ Initiation Date:_____ Resolution Target Date:_____ Status: Resolved ☐ No Change ☐ Modified ☐
Outcome/modifications:_____

Responsible staff:_____          Frequency:_____

Problem#____ Initiation Date:_____ Resolution Target Date:_____ Status: Resolved ☐ No Change ☐ Modified ☐
Outcome/modifications:_____

Responsible staff:_____          Frequency:_____

Psychiatrist:_____  Date: _3/15/16_
Mental Health Nurse: _Partridge LPN_  Date: _3/15/16_
Mental Health Professional: _Austin ALC_  Date: _3.15.16_
Treatment Coordinator: _Austin ALC_  Date: _3.15.16_
Inmate/AIS#:_____  Date:_____

| INMATE NAME: | LOCATION/LEVEL | AIS# |
|---|---|---|
| Wallace Jamie | | 281082 |

Disposition: Inmate Medical File
Previous edition is obsolete
Reference: ADOC AR: 622, 623, 630, 632, 633, 635, 638
ADOC Form MH-034 –October 24, 2006
CONFIDENTIAL
Page 1 of 1

MR049924

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

TREATMENT PLAN REVIEW

Application and Review Frequency:
Crisis Cell: ☐ M H Observation ☐ Suicide Watch (each working day) Outpatient: ☐ (6 months)
RTU: ☐ (weekly, bimonthly, monthly)    SU: ☐ (weekly)

Problem # __1__ Initiation Date: **3.1.16** Resolution Target Date: **3.9.16** Status: Resolved    No Change    Modified
Outcome/modifications: _____

IM was able to identify and process ⑧
coping skills to prevent crisis cell visits. IM was
D/C'd from MHO and returned to cell

Responsible staff: MHP CRNP, LPN _____ Frequency: _____

Problem# ____ Initiation Date: ____ Resolution Target Date: ____ Status: Resolved    No Change    Modified
Outcome/modifications: _____

Responsible staff: _____ Frequency: _____

Problem# ____ Initiation Date: ____ Resolution Target Date: ____ Status: Resolved    No Change    Modified
Outcome/modifications: _____

Responsible staff: _____ Frequency: _____

Problem# ____ Initiation Date: ____ Resolution Target Date: ____ Status: Resolved    No Change    Modified
Outcome/modifications: _____

Responsible staff: _____ Frequency: _____

Treatment Coordinator: _ Andrn_____ Date: 3.9.16

| Inmate Name: Wallace Jamie | RTU Level: | AIS #: 281082 |

Disposition: Inmate Medical Record
**CONFIDENTIAL**
Reference: ADOC AR: 622,623,630,632,633,635,638
ADOC Form MH-034 – November 2005
MHC049925
Page: ____ of ____

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
## TREATMENT PLAN REVIEW

Application and Review Frequency:                                    Admission Date:_____
Crisis Cell: ☐ M H Observation, ☐ Suicide Watch (each working day) Outpatient : ☐ (6 months)
RTU: ☐ (weekly, bimonthly, monthly)                                 SU : ☐ (weekly)

Problem#____ Initiation Date:_____ Resolution Target Date:_____ Status: Resolved ☐ No Change ☐ Modified ☐
Outcome/modifications:_____

D/c e'd from Cronic cell due to resolve of issue.
Return to RTU treatment plan

Responsible staff:_____  Frequency:_____

Problem# 1 Initiation Date: 3.1.16 Resolution Target Date: 3.8.16 Status: Resolved ☐ No Change ☐ Modified ☐
Outcome/modifications:_____

IM D/c'd from MHO and placed on SI crisis watch
due to threats to self harm

Responsible staff: MHP, CRNP, LPN, MD           Frequency: daily

Problem# 1 Initiation Date: 3.1.16 Resolution Target Date: 3.9.16 Status: Resolved ☐ No Change ☐ Modified ☐
Outcome/modifications:_____

IM DIC'd from SI crisis watch and placed on MHO
IM continues to display poor judgement

Responsible staff:_____  Frequency:_____

Psychiatrist:_____ Date: 03032016
Mental Health Nurse: Partridge LPN        Date: 3/2/16
Mental Health Professional:_____    Date: 3/2/16
Treatment Coordinator:_____    Date: 3/2/16
Inmate/AIS#:_____  Date: 3/2/16

| INMATE NAME: | LOCATION/LEVEL | AIS# |
|---|---|---|
| Wallace, Jamie | | |

Disposition: Inmate Medical File
Previous edition is obsolete

CONFIDENTIAL

Reference: ADOC AR: 622, 623, 630, 632, 633, 635, 638
ADOC Form MH-034–October 24, 2006
Page:__ of __

M000490926

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

# TREATMENT PLAN

Inmate's Housing Location: _S_     Institution: _Donaldson_

Treatment Coordinator: _Austin_

**Plan Application and Review Frequency: Crisis Cell:** ☐ **MH Observation** ☐ **Suicide Watch (one time)**
**Outpatient:** ☐ **(6 months) RTU:** ☐ **(weekly, bimonthly, monthly) S U:** ☐ **(weekly)**

**DSM IV Diagnosis:**
Axis I: _Bipolar, Polysubstance_
Axis II: _____
Axis III: _____
Axis IV: _____
Axis V: (GAF) _____

| Problem #1 | Initiation Date: 3/1/16 |
|---|---|
| Goal: Verbalize intent to remain safe | |
| Target Date for Resolution: 3/2/16 | |
| Intervention: Educate I/m on coping skills and how to utilize support system. Continue medication regimen. | |
| Staff Member(s) Responsible: MHP, MP (PCV) | Frequency: daily until discharge |

| Problem #2 | Initiation Date: |
|---|---|
| Goal: | |
| Target Date for Resolution: | |
| Intervention: | |
| Staff Member(s) Responsible: | Frequency: |

Treatment Team Members (Name and signature)

Psychiatrist: _____     Date: 3/1/16
Supervising Psychologist: _Nsode 2551212012_     Date: 3/1/16
Mental Health Nurse: _B Partridge LPN_     Date: 3/1/16
Treatment Coordinator: _L Dan_     Date: 3/1/16
Inmate Agreement: _____     Date: 3/1/16
Treatment Plan Review to be conducted by: _Austin_     Review date: 3/2/16

| INMATE NAME: Wallace, Jamie | CELL #: SP1082 | AIS #: |
|---|---|---|

Disposition: Inmate Medical Record     Reference: ADOC AR: 614, 622, 623, 630, 632, 633, 635, 638

**CONFIDENTIAL**     ADOC  Form MH-032 - November 2005
Page 1 of ___

MRO49027



Alabama Department of Corrections
**Health Services Communication Form**
(Medical, Dental, Mental Health)

Wallace, Jamie                                281082         4-19-92
_____          _____     _____
Inmate Name                                  AIS #          Date of Birth

____  Restriction: _____

                                     Start Date:_____  Stop Date:_____

____  Limitations: _____

                                     Start Date:_____  Stop Date:_____

____  Bottom Bunk.  Stop Date: _____

____  Stop Up  and/or  Lay In   (circle one or both)   Start Date:_____  Stop Date:_____

____  Other: _____   Start Date:_____  Stop Date:_____

Other Inmate Instruction (include start/stop date if indicated):

_____

_____

_____

_____  _____    _____  _____
Health Professional         (Printed Name)       Health Division    Date


Notice to ADOC:

____  Security Watch.  *No Less Than Every Fifteen Minute Checks Required Until Further Notice!!!

        Watch Housing Required: ____ Crisis Cell  ____ Safe Cell   ____ Other: _____

____  Infirmary Placement Required. Location: _____

____  Sheltered Housing Requested. Location: _____

✓   Other Requested: D/C Suicide watch.  Start Mental health Obs.

✓   Response to Security Request to Review Prior to Restrictive Housing of Inmate:

      Special Precautions: May have safety mat, safety blanket, pants, shirt,

      Special Instructions: shoes and paper tray  (No belt or shoe strings)

Coop_____    _____    2/29/16 @ 0905
Health Professional    (Signature)          Title              Date

ADOC– Office of Health Services; 2014          Institution: WEDCF
Form A-9 (b)

Original (1st page) – file in Health Record      Copy (2nd page) – Shift Commander    Perforated Portion (3rd page) - Inmate

CONFIDENTIAL       MR049928

© 2014 Corizon Health, Inc.

  

Alabama Department of Corrections
## Health Services Communication Form
(Medical, Dental, Mental Health)

Wallace Jamie                                    35D32        4-10-92

**Inmate Name**                                  **AIS #**     **Date of Birth**

____  Restriction: _____

                                    Start Date:_____  Stop Date: _____

____  Limitations: _____

                                    Start Date:_____  Stop Date: _____

____  Bottom Bunk.  Stop Date: _____

____  Stop Up  **and/or**  Lay In  *(circle one or both)*  Start Date:_____  Stop Date: _____

____  Other: _____  Start Date:_____  Stop Date: _____

**Other Inmate Instruction** (include start/stop date if indicated):

_____

_____

_____

_____    _____  _____
Health Professional        (Printed Name)        Health Division      Date

**Notice to ADOC:**

____  Security Watch.  *No Less Than Every Fifteen Minute Checks Required Until Further Notice!!!

        Watch Housing Required:  ____ Crisis Cell  ____ Safe Cell  ____ Other: _____

____  Infirmary Placement Required. Location: _____

____  Sheltered Housing Requested. Location: _____

✓  Other Requested:  D/C Suicide watch. Start mental health Ob.

✓  Response to Security Request to Review Prior to Restrictive Housing of Inmate:

    Special Precautions:  May have safety mat, safety blanket, pants, shirt,

    Special Instructions:  shoes and paper tray (No belt or shoe strings)

_____    _____  2/31/16 @ 0905
Health Professional    (Signature)        Title          Date

ADOC– Office of Health Services; 2014
Form A-9 (b)                                Institution: WEDCF _____

Original (1st page) – file in Health Record    Copy (2nd page) – Shift Commander    Perforated Portion (3rd page) – Inmate

CONFIDENTIAL    MR049929

© 2014 Corizon Health, Inc.

Alabama Department of Corrections
## Health Services Communication Form
(Medical, Dental, Mental Health)

_Wallace   Jamie_    _28l087_    _4/9/92_

Inmate Name                                     AIS #              Date of Birth

____  Restriction: _____

                                    Start Date: _____   Stop Date: _____

____  Limitations: _____

                                    Start Date: _____   Stop Date: _____

____  Bottom Bunk.  Stop Date: _____

____  Stop Up  and/or  Lay In   _(circle one or both)_    Start Date: _____   Stop Date: _____

____  Other: _____    Start Date: _____   Stop Date: _____

Other Inmate Instruction (include start/stop date if indicated):

_____

_____

_____

_____          _____    _____
Health Professional      (Printed Name)                  Health Division        Date


Notice to ADOC:

X  Security Watch.  *No Less Than Every Fifteen Minute Checks Required Until Further Notice!!!

____  Watch Housing Required: X  Crisis Cell  ____ Safe Cell  ____ Other: _Suicide Watch_

____  Infirmary Placement Required. Location: _____

X  Sheltered Housing Requested. Location: _54_

____  Other Requested: _____

X  Response to Security Request to Review Prior to Restrictive Housing of Inmate:

Special Precautions: _safety mat  safety blanket  safety smock_

Special Instructions: _no personal property_

_____          _Psychiatry_  _12/26/16_  @ 1220
Health Professional     (Signature)              Title          Date

_WETOF_

ADOC– Office of Health Services; 2014
Form A-9 (b)

Institution: _____

NA0704AL                                                                      © 2014 Corizon Health, Inc.

Alabama Department of Corrections
**Health Services Communication Form**
(Medical, Dental, Mental Health)



*Wallad Jamie*     281082     4/19/92
Inmate Name                    AIS #        Date of Birth

✓   Restriction: *Mental Health Observation*

Start Date: 2/19/16  Stop Date: _____

✓   Limitations: *May have clothes only*
*sack lunch only*

Start Date: 2/19/16  Stop Date: _____

____ Bottom Bunk.  Stop Date: _____        Start Date: _____  Stop Date: _____

____ Stop Up  **and/or**  Lay In  *(circle one or both)*    Start Date: _____  Stop Date: _____

____ Other: _____    Start Date: _____  Stop Date: _____

Other Inmate Instruction (include start/stop date if indicated):

_____

*T Thomas LPN* / *G. St. Phard MD*     MH     2/19/16
Health Professional   (Printed Name)        Health Division    Date

**Notice to ADOC:**

____ Security Watch.  *No Less Than Every Fifteen Minute Checks Required Until Further Notice!!!

Watch Housing Required:  ____ Crisis Cell   ____ Safe Cell   ____ Other: _____

____ Infirmary Placement Required. Location: _____

____ Sheltered Housing Requested. Location: _____

____ Other Requested: _____

____ Response to Security Request to Review Prior to Restrictive Housing of Inmate:

Special Precautions: _____

Special Instructions: _____

_____                    02192016
Health Professional   (Signature)           Title        Date

ADOC– Office of Health Services; 2014              Institution: *WEDCF*
Form A-9 (b)

Original (1ˢᵗ page) – file in Health Record     Copy (2ⁿᵈ page) – Shift Commander     Perforated Portion (3ʳᵈ page) – Inmate

NA0704AL
Issued 12/2014                    CONFIDENTIAL                    © 2014 Corizon Health, Inc

MR049931




Alabama Department of Corrections
## Health Services Communication Form
(Medical, Dental, Mental Health)

1/19/92

| Inmate Name | AIS # | Date of Birth |

✓ Restriction: _Mental Health Observation_

Start Date: _2/19/16_  Stop Date: _____

✓ Limitations: _May have clothes only_

_saca lunch only_  Start Date: _2/19/16_  Stop Date: _____

____ Bottom Bunk.  Stop Date: _____

____ Stop Up  and/or  Lay In  *(circle one or both)*  Start Date: _____  Stop Date: _____

____ Other: _____  Start Date: _____  Stop Date: _____

Other Inmate Instruction (include start/stop date if indicated):

_____

_____

_T Thomas LPN / G. St Phard MD_   _MH_   _8/19/16_
Health Professional   (Printed Name)   Health Division   Date

### Notice to ADOC:

____ Security Watch.  *No Less Than Every Fifteen Minute Checks Required Until Further Notice!!!

____ Watch Housing Required: ____ Crisis Cell ____ Safe Cell ____ Other: _____

____ Infirmary Placement Required. Location: _____

____ Sheltered Housing Requested. Location: _____

____ Other Requested: _____

____ Response to Security Request to Review Prior to Restrictive Housing of Inmate:

Special Precautions: _____

Special Instructions: _____

_____   _____  02192016
Health Professional   (Signature)   Title   Date

ADOC– Office of Health Services; 2014   Institution: _WEDCF_
Form A-9 (b)

<u>Original</u> (1st page) – file in Health Record    Copy (2nd page) – Shift Commander    <u>Perforated Portion</u> (3rd page) – Inmate

NA0704AL   © 2014 Corizon Health, Inc.
Issued 12/2014

CONFIDENTIAL   MR049932

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

## REFERRAL TO MEDICAL HEALTH SERVICES

REASONS FOR REFERRAL:

☐ Chest Pain: _____
☐ Short of Breath: _____
☐ Bleeding: _____
☐ Altered Level of Consciousness: _____

EVALUATION OF MEDICAL STATUS:

☐ Allergies: _____    _____    _____

☐ Blood Pressure      ☐ Musculoskeletal      ☐ Skin Integrity
☐ Pulse               ☐ Cardiac              ☐ Injury
☐ Pulmonary           ☐ Gastrointestinal     ☐ Medication
☐ Temperature         ☐ Genitourinary

COMMENTS: _Please review lab results_
_____ _Thanks_
_____
_____
_____

Referred by: _Partridge LPN_   Phone Contact #: _709_   Date: _2/16/16_

Medical Health Services Follow-up: Evaluation/Treatment/Disposition

_____
_____
_____
_____
_____

Follow-Up by: _____    Date: _____

| Inmate Name: | Cell # | AIS #: |
|---|---|---|
| _Wallace, Jamie_ | | _281082_ |

CONFIDENTIAL                    MR049933

Alabama Department of Corrections
**Health Services Communication Form**
(Medical, Dental, Mental Health)



Inmate Name: Samie Wallace     AIS #: 281082     Date of Birth: 2-18-46

____ Restriction: _____

Start Date: _____    Stop Date: _____

____ Limitations: _____

Start Date: _____    Stop Date: _____

____ Bottom Bunk.  Stop Date: _____

Start Date: _____    Stop Date: _____

____ Stop Up  and/or  Lay In  *(circle one or both)*     Start Date: _____    Stop Date: _____

____ Other: _____     Start Date: _____    Stop Date: _____

**Other Inmate Instruction** (include start/stop date if indicated):

_____

_____

_____

Health Professional          (Printed Name)          Health Division          Date

**Notice to ADOC:**

_✓_  Security Watch.  *No Less Than Every Fifteen Minute Checks Required Until Further Notice!!!

Watch Housing Required:  _✓_ Crisis Cell    ___ Safe Cell    ___ Other: _Suicide_

____ Infirmary Placement Required. Location: _____

____ Sheltered Housing Requested. Location: _____

____ Other Requested: _____

____ Response to Security Request to Review Prior to Restrictive Housing of Inmate:

Special Precautions: I/M Place in sw. I/M to have only safety mat

Special Instructions: Safety smock & safety blanket, sack Lunch only

Wara Tate LPN

Health Professional          (Signature)          Title: LPD          Date: 2.19.16 04

ADOC– Office of Health Services; 2014
Form A-9 (b)

Institution: WEDCF

Original (1st page) – file in Health Record          Copy (2nd page) – Shift Commander          Perforated Portion (3rd page) – Inmate

NA0704AL
Issued 12/2014

CONFIDENTIAL

© 2014 Corizon Health, Inc.
MR049934

Alabama Department of Corrections
**Health Services Communication Form**
(Medical, Dental, Mental Health)



Jamie Wallace                                    AIS # 281082        Date of Birth 2.19.96
_____
Inmate Name

____  Restriction: _____

                                    Start Date:_____   Stop Date: _____

____  Limitations: _____

                                    Start Date:_____   Stop Date: _____

____  Bottom Bunk.  Stop Date: _____

____  Stop Up  and/or  Lay In  (circle one or both)   Start Date:_____   Stop Date: _____

____  Other: _____   Start Date:_____   Stop Date: _____

**Other Inmate Instruction** (include start/stop date if indicated):

_____

_____

_____

_____         (Printed Name)          _____      _____
Health Professional                                        Health Division      Date

**Notice to ADOC:**

__✓__  Security Watch.  *No Less Than Every Fifteen Minute Checks Required Until Further Notice!!!

        Watch Housing Required:  ✓ Crisis Cell   ____ Safe Cell   ____ Other: Suicide

____  Infirmary Placement Required. Location: _____

____  Sheltered Housing Requested. Location: _____

____  Other Requested: _____ mild IC 54 _____

____  Response to Security Request to Review Prior to Restrictive Housing of Inmate:

        Special Precautions: I/M Place in SW I/M to have only safety mat

        Special Instructions: Safety smock & safety blanket, Sack Lunch only

Wara Tate LPN                          LPN              2.19.16 04
_____         (Signature)          _____      _____
Health Professional                                        Title            Date

ADOC– Office of Health Services; 2014                Institution: W E DCF
Form A-9 (b)

Original (1st page) – file in Health Record       Copy (2nd page) – Shift Commander       Perforated Portion (3rd page) – Inmate

NA0704AL
Issued 12/2014                         CONFIDENTIAL                © 2014 Corizon Health, Inc.
                                                                   MR049935

Alabama Department of Corrections
## Health Services Communication Form
(Medical, Dental, Mental Health)



Inmate Name: Jamie Wallace          AIS #: 281082          Date of Birth: 2.18.96

_____ Restriction: _____

                                    Start Date: _____   Stop Date: _____

_____ Limitations: _____

                                    Start Date: _____   Stop Date: _____

_____ Bottom Bunk.  Stop Date: _____

_____ Stop Up  and/or  Lay In  *(circle one or both)*    Start Date: _____   Stop Date: _____

_____ Other: _____    Start Date: _____   Stop Date: _____

**Other Inmate Instruction** (include start/stop date if indicated):

_____

_____

_____

Health Professional          (Printed Name)          Health Division          Date

**Notice to ADOC:**

✓ Security Watch.  *No Less Than Every Fifteen Minute Checks Required Until Further Notice!!!

_____ Watch Housing Required:  ✓ Crisis Cell  _____ Safe Cell  _____ Other: Suicide

_____ Infirmary Placement Required. Location: _____

_____ Sheltered Housing Requested. Location: _____

_____ Other Requested: _____

_____ Response to Security Request to Review Prior to Restrictive Housing of Inmate:

Special Precautions: H/m Place in 510 T/m do have only safety not

Special Instructions: Safety smock & safety blanket sack Lunch only

Water Tate (PD)                    LPD          2.19.16 04

Health Professional          (Signature)          Title          Date

ADOC– Office of Health Services; 2014
Form A-9 (b)

Institution: W E DCF

Original (1st page) – file in Health Record       Copy (2nd page) – Shift Commander       Perforated Portion (3rd page) – Inmate

NA0704AL
Issued 12/2014                    CONFIDENTIAL

© 2014 Corizon Health, Inc.
MR049936

Alabama Department of Corrections
**Health Services Communication Form**
(Medical, Dental, Mental Health)



Inmate Name: Wallace Jamie

AIS #: 281082

Date of Birth: 4-19-92

X  Restriction: NO person belongings

Start Date: 2.19.16   Stop Date: _____

___  Limitations: Sack Lunch only

Start Date: _____   Stop Date: _____

___  Bottom Bunk. Stop Date: _____

___  Stop Up  and/or  Lay In  (circle one or both)   Start Date: _____   Stop Date: _____

___  Other: _____   Start Date: _____   Stop Date: _____

**Other Inmate Instruction** (include start/stop date if indicated):

rec'd order from CRDP to place I/M in Crisis cell S-2th
on suicide watch, remove personal belonging
May have sack Lunch only + safety Smock, mat, blanket 2-19-16
Wanda Tate   LPN   WEDCF

Health Professional   (Printed Name)   Health Division   Date

T/O Wanda Tate LPN per Mrs. Coogan CRDP

**Notice to ADOC:**

✓  Security Watch.  *No Less Than Every Fifteen Minute Checks Required Until Further Notice!!!

___  Watch Housing Required:  ✓ Crisis Cell  ___ Safe Cell  ___ Other: _____

___  Infirmary Placement Required. Location: _____

___  Sheltered Housing Requested. Location: _____

___  Other Requested: _____

___  Response to Security Request to Review Prior to Restrictive Housing of Inmate:

Special Precautions: Place ILM in cell #20 on suicide watch

Special Instructions: Remove belongings No shoes String - shoes only
No personal property

Wanda Tate LPN   LPN   2-19-16 0415

Health Professional   (Signature)   Title   Date

ADOC– Office of Health Services; 2014   Institution: WEDCF
Form A-9 (b)

NA0704AL
Issued 12/2014   CONFIDENTIAL   © 2014 Corizon Health Inc.

MR049937

Alabama Department of Corrections
**Health Services Communication Form**
(Medical, Dental, Mental Health)

Wallace Jamie _____ 281082 ___ 4-19-92

Inmate Name                                    AIS #              Date of Birth

X   Restriction: NO person belongings
                                    Start Date: 2.19.16   Stop Date: _____

___   Limitations: Sack Lunch only
                                    Start Date: _____   Stop Date: _____

___   Bottom Bunk.   Stop Date: _____

___   Stop Up   and/or   Lay In   (circle one or both)   Start Date: _____   Stop Date: _____

___   Other: _____   Start Date: _____   Stop Date: _____

**Other Inmate Instruction** (include start/stop date if indicated):

rec'd order from CRNP to place I/M in crisis cell S-2#
on suicide watch, remove personal belongings
May have sack lunch only + safety smock, mat, blanket 2.19.16
Wandat inte LPU          WEDCF

Health Professional     (Printed Name)          Health Division        Date

Y/O Wandatinte LPU per Mrs Coogan CRNP

**Notice to ADOC:**

✓   Security Watch.  *No Less Than Every Fifteen Minute Checks Required Until Further Notice!!!

___   Watch Housing Required:  ✓ Crisis Cell   ___ Safe Cell   ___ Other: _____

___   Infirmary Placement Required. Location: _____

___   Sheltered Housing Requested. Location: _____

___   Other Requested: _____

___   Response to Security Request to Review Prior to Restrictive Housing of Inmate:

Special Precautions: Place IIM in cell #20 on suicide watch

Special Instructions: Remove belongings, No shoes String - shoes only
                      No personal property

W ala Tinte LPU                  LPU       2.19.16 0415

Health Professional     (Signature)          Title          Date

ADOC– Office of Health Services; 2014                    Institution:  WEDCF
Form A-9 (b)

Original (1st page) – file in Health Record     Copy (2nd page) – Shift Commander     Perforated Portion (3rd page) – Inmate

NA0704AL                                    **CONFIDENTIAL**              © 2014 Corizon Health, Inc.
Issued 12/2014                                                              MR049938

Alabama Department of Corrections
Health Services Communication Form
(Medical, Dental, Mental Health)

Wallace, Jamie _____   281082   4/19/92
Inmate Name                                 AIS #     Date of Birth

____  Restriction: _____
                                  Start Date: _____  Stop Date: _____

____  Limitations: _____
                                  Start Date: _____  Stop Date: _____

____  Bottom Bunk.  Stop Date: _____

____  Stop Up  and/or  Lay In   (circle one or both)   Start Date: _____  Stop Date: _____

____  Other: _____   Start Date: _____  Stop Date: _____

Other Inmate Instruction (include start/stop date if indicated):

_____

_____

_____

_____   _____   _____
Health Professional       (Printed Name)        Health Division        Date

Notice to ADOC:

____  Security Watch.  *No Less Than Every Fifteen Minute Checks Required Until Further Notice!!!

        Watch Housing Required:  ___ Crisis Cell   ___ Safe Cell   ___ Other: _____

____  Infirmary Placement Required. Location: _____

____  Sheltered Housing Requested.  Location: _____

____  Other Requested: _____

✓   Response to Security Request to Review Prior to Restrictive Housing of Inmate:

        Special Precautions: D/c MHO. Release to ADOC for

        Special Instructions: placement.

Dr Campos _____   psychologist   2/11/16 @ 1155
Health Professional     (Signature)        Title              Date

ADOC – Office of Health Services; 2014              Institution: WKDCF
Form A-9 (b)

Original (1ˢᵗ page) – file in Health Record     Copy (2ⁿᵈ page) – Shift Commander     Perforated Portion (3ʳᵈ page) – Inmate

CONFIDENTIAL                                        MR049939

Alabama Department of Corrections
**Health Services Communication Form**
(Medical, Dental, Mental Health)



Inmate Name: Wallace, Jamie      AIS #: 281082      Date of Birth: 4/19/92

____ Restriction: _____

Start Date: _____ Stop Date: _____

____ Limitations: _____

Start Date: _____ Stop Date: _____

____ Bottom Bunk. Stop Date: _____

____ Stop Up and/or Lay In  (circle one or both)   Start Date: _____ Stop Date: _____

____ Other: _____  Start Date: _____ Stop Date: _____

**Other Inmate Instruction** (include start/stop date if indicated):

_____

_____

_____

Health Professional       (Printed Name)          Health Division       Date

**Notice to ADOC:**

____ Security Watch.  *No Less Than Every Fifteen Minute Checks Required Until Further Notice!!!

Watch Housing Required:  ___ Crisis Cell   ___ Safe Cell   ___ Other: _____

____ Infirmary Placement Required. Location: _____

____ Sheltered Housing Requested. Location: _____

✓ Other Requested:  No personal property allowed

✓ Response to Security Request to Review Prior to Restrictive Housing of Inmate:

Special Precautions:  D/C Suicide Watch. Place on MHO

Special Instructions:  May have shirt, shoes, pants, no belt, no shoe strings. May have paper tray.

Health Professional       (Signature)      Psychiatrist      Title      5/10/16 @ 0945   Date

ADOC– Office of Health Services; 2014
Form A-9 (b)          Institution: WEDCF

Original (1st page) – file in Health Record      Copy (2nd page) – Shift Commander      Perforated Portion (3rd page) – Inmate

NA0704AL
Issued 12/2014                                   © 2014 Corizon Health, Inc.
                        CONFIDENTIAL                MR049940