TOPIC: Braggs v. Dunn        2:14-cv-601-MHT        DATE: J-460

FILE UNDER:                                          PAGE:

BRADLEY, THOMAS                                    LWOP

1.3.61   150579   3   Schizophrenia, undiff.   Godow. Cognitio

#1 - requires direction adls
#2   requires direction med compliance

Order to plan 4.22.14 -   #1 AH
                          #2 hygiene

Groups - creative writing, stress management, current events, goals

autistic effective - never done a crime
no doctor for a long time
no counsellor
no groups
put in prison when 7 yrs old
pills - got Angel Gabriel on my side, stood up for me

Billy
Brian   } died of disease

Pamela - in heaven

Hx dlo, iron deficiency, nondiabetic glucose tolerance, MRI of brain
Schizophrenia: dementia - vascular subcortical type

very disorganized. illogical
could not remember we spoke to him at cell front just
a couple hrs ago
kept asking us to check c prosecutor because he didn't do
anything wrong
appears confused c poverty of course of thought
distress resp affect

3/18/14 referred to MRI - "deteriorating mental status c new onset
seizures."

2/10/14 . upon neurologist - declining mental state & seizure

MRI - atrophy & small vessel ischemic change
in periventricular + deep subcortical white
matter bilaterally - but no acute abno

CONFIDENTIAL - ATTORNEYS EYES ONLY

Psychiatrist
Sr. Phaeo

MONEYHAM, JESSIE

6-27-77   198467   Clozapine 100 am + 400 HS
            treatment plan from Bullock 3-24-15 - delusional beliefs
No TX Plan Donaldson
   Group activities - outside group, individual art program
   Arrived from Bullock 4-21-15
       Schizophrenia, paranoid type
       Cannabis abuse, hx
       EtOH abuse hx
       R/o delusional D/o, persecutory type
4/3/15   note from E Kern MD - Lamar in adseg pending transfer to RTU (close
            custody) for mult assaults triggered by persecutory fears of homosexual
            approach

2002 - 2008 - on MH unit most   5 block   (R.S.T.U)
               on S - lock down
        MH3 level 2 - get some add'l freedom, come out & cuffs
                  weekdays  + 1 day/month on weekend
           Was MH3 level 2 at Bullock
    Closed custody -
Week 1-2, no walk where
Outside, handcuffs, no shackles  30-45 min
      Groups - 2 groups/wk   but he's not going because of the other ℗
      some in cell activity                        attending
   Clozapine in prison - better than any other med I've been on
   check blood
   First put on meds at Kilby - entered ADOC '98.  meds ~ 2000

   COs lenient in letting ℗ talk to them re
   transition groups
2008
       counselor visits - a couple since been here
          doctor 1x alone
          doctor & nurse → treatment team
   young to mall, restricted range affect ; paranoia, poor social skills/interactions
       job - would like to work
   some religious preoccupation

CONFIDENTIAL - ATTORNEYS EYES ONLY

PLF013913

| TOPIC: Braggs v. Dunn | 2:14-cv-601-MHT | DATE: J-460 |
|---|---|---|

| FILE UNDER: | | PAGE: |
|---|---|---|

HARRISON, CARL
8.7.52   140523      Responsic #1310, Cogurin / 310, Remeron 45 HS
                     AIMS  3.18.14   O

        Schizophrenia, undiff type                          In U
#1 "Continued mental / behavior stability"  9.3.15
prior "review"  11.26.14


In U ~ yr + half - since it opened
        used to be in V


Treatment plan - they talk to you about how you are doing.
        / man cell
    transition time - current events group, getting ready to start some
        more
    change in counselor      ~6 mos
    had a slow down during summer, but getting ready to start up
    back to the way they used to do it
Ms. Warren   New administration wants to get things back on track
    psychiatrist - monthly.  medical for SE   tremors
        ↳ treats as neurological disorder - has referred to medical x3
    brain feels like it's being stimulated
    depression not so severe as it was c̄ Remeron
    writes letters, listens to radio
    no probs sleeping
    [J good,  appetite good              elderly appearing w male
97                                        bilat hand tremor
52                                        restricted range affect
45 - age when electrical stim started.

COs are "okay"                          ⊕ supports
go to chow hall.                        ⊕ visits - family, friends
go to hallway pill call
                                        commissary RU - same as pop
                                        no probs - cigarettes + coffee
                                        SU smoke-free + caffeine free

CONFIDENTIAL - ATTORNEYS EYES ONLY

PLF013914

SMITH, ANTWAIN  273766

    3.30.89

Probs List: Schizoaffective Dis, bipolar type

    Cannabis, ETOH, Substance Induced psychotic disorder

Fluoxetine 20 QD    Cogentin 2 BID    Haldol dec 100 Q 3 wks    Depakote 500 BID

                                        ↑ discontinued

Involuntary Med Request signed 080615 for continuation

Notice to inmate; hearing scheduled 8.18.15

Hearing held 8.18.15 ; warden signed 8.19.15 no time
           no time

Treatment plan  1.13.15    #1 disorganized speech/thinking + demanding behavior
                        assoc c̄ MI

VPA Level 5.19.15  was <3.5   (50-100)

5 block - since April 2014, prior A+B block
    not sure why he was transferred.
    sent to Bullock → kicking on wall. Invol meds

2 wks ago - keep me on meds, see how I do
no 1:1 time c̄ counselor
    sees Dr St Pharia Q O month  -  wants to see him today to stop medicine)
does not attend groups - some wks alone, other wks 1x
1x/wk outside rec  -  hands cuffed behind back
Ⓞ gym , fed on unit

young AA male
    tattoo both arms (slurs); neck -
    very slow speech, polite; no spontaneity
    answers questions c̄ brief 1-2 word responses)
    poverty of thought
    didn't appear preoccupied or distracted
    blunt affect (smiled only re: basketball comment)

CONFIDENTIAL - ATTORNEYS EYES ONLY

PLF013915

WILLIAMS, JAMES   118213
   9.9.58

Prob list indicates MH4   3/25/14 — no subsequent entry changing it
Invol med Rx orders thru 8/14 then 11/6/14 thru 4/15; then 6/15 → 12/15
   Haldol D 100 mg IM Q 10 days; Cogentin 2mg HS; Remeron 45 mg HS

Invol continuation request 6.2.15
      notice does not include date/time for hearing
      Hearing 6.4.15 ; 180 days

He was medicated during the 2 mos no order in effect;
The continuation hearing was 2 mos late (consistently) & should actually have been a new initial hearing

Treatment plan 9.3.15:   Schizophrenia, paranoid type
                Psychotic DIO NOS, Delusional DIO, persecutory type
                Somatic delusions
   Prob #1 — Inmate expresses delusional thoughts
   Prob #2 - blank  but goal is: Increased interpersonal skills &
                      Understand nonverbal skills

5 yrs MH care - Initially Bullock — threw hot water on guy who was
            said he was paranoia    bothering him
   They say they are gonna keep me on it
no explanation appeal  or  no meds for hearing
   U Block
   outdoor rec 2x /wk , basketball, football
   Groups - 1x/2 wks  - attends sometimes
            last wk - current event
   Individual counselor 3x/wk ; no private counseling X  1 time in 5 years
   Told us what they were gonna start — more groups
   Dr St Phard  Q 2-3 mos

- see doctor more
- consider taking people off meds - med holiday

single cell

POWELL, TIMOTHY    132619

6·18·63                                                          Had hearing — don't
Prob list· Schizophrenia 8/12/15 (also back to 5·1·95)          remember when last one
    meds Haldol dec 75 mg Q 2wks    Cogentin 1mg pm             calms down
                                                                still shaking —
    Treatment plan SCUT    Prob #1. A/o auditory hallucinations   Side effects
        12/14                                                    arm compression bc men
Last psychiatric PN 5.18.15  ( ? NP)                            Spontaneous coherent, relevant
                                                                pleasant, coop
Otherwise, Q 2wk note by nursing when gets his shot             Don't get to talk to
                                                                them don't take
                                                                - Privately
0 dorm -                                                        - Staff people - counselors don't
                                                                - forced med they    treat you right
Dr Coor 1×13 mos , sees c nurse                                - Change rules/regulations - Not much
no groups, no counseling                                         exercise or MH unit
1 year or longer — had pills but wouldn't take them
3- 4 am breakfast main building    15-20 minutes  ⎤ wait in hallway
7 AM Up    10³⁰-11³⁰ am lunch    5 minutes         ⎦
10 pm in for night    4³⁰·5pm· dinner
while store                                         8-9 mos ago in suicidal cell
    no job assignment                               no running H₂O in cell
                                                    @ toilet paper ;  2 sandwiches for meal

LANGE, FRED    143640                              ☒ neck    9.9 — neck nodule · size
9.28.63                                            ☒ meds *          hen's egg · lanced
Involuntary meds 8·18·15 Continuation; prior 2·26·15   Haldol 150 Q 10 days
Treatment plan - no dx, no one signed but "Treatment Coordinator" LCSW   Remeron 45 HS
        2·27·15    Prob 1 " Inmate engaged in self. injurious
                    behavior "

5 -  appears to attend group.
T ward - outdoor recreation unseen                 @ akathesia
Treatment seems alright —                          older appear/thin
    - has been there 14-15 yrs                      1 upper incisor
Haldol shot Q 10 days                               missing bottom teeth
No treatment team mtg c just once in a while        inapp smiling /affect
Counselor comes over to unit — no private mtg       large bandaid on ℗ side neck
trying to go to groups                              - pus + blood drainia out
Mo shavey ×3  Scavey. escapee                      thin, moving around on st —
Clean laundry 2× /week                              fidgety, changing position
new clothes ~6 mos,  t-shirt, socks,               loses track of conversation
                      underwear 4 mos               bad COPD

CONFIDENTIAL - ATTORNEYS EYES ONLY
PLF013917
        * invol med req: Prozac D, Haldol D, Risp consta,
                        + region injectable

YOUNG, LARRY   214591          LWOP - the real killer of his "old lady"
5.5.64                         15 - 20 yrs locked up

8/25/15 Schizoaffective DIO   MHZ
Haldol 25 mg Q 28 day    Cogentin 1 mg BID, quit taking because he wasn't getting
                                                     shot - it has he

   Tx plan  12/14   Dx. Schizoaffective DIO
                     #1 experiencing sxs depression

   6/18/15 Cooge CRNP — last note - does not appear to indicate
                         depression ("laughing, smiling, interactive")

Otherwise nursing Q 4 wks for injection
Odom                               Never had depression
Can shower everyday. Laundry M, Th ; new clothes 6 mos


Says 40 billion dollars owed him
                                              pleasant, coop
   Haldol shot monthly            grandiose, cheerful
   Q monthly                      spontaneous, sometimes vague
   counselor. used to see privately    Like we should know what
                                         we his talking about -
                                       later, reveals he is god.

3 Block → 4 block      groups everyday
                       counselor his written  everyday  ⟩ 3 counselors
                                Paw                        They went to
                       Seen doctor Q 2-3 wks               St Clair

CONFIDENTIAL - ATTORNEYS EYES ONLY

PLF013918

MILES, SAMUEL    279820    LWOP            Prisoner
8·20·50                                    his pen empty
Prob. list - Schizoaffective Dio, depressed    prison built for 800 people
        OCD                                ~5 mins to eat meal
        R/o delusional Dio, persecutory type
    CLOZARIL 200 mg HS    PROZAC 60 mg AM
        8/25/15                                    - overly detailed
Groups.  Biblio therapy - never been to group for this    but does
         Current Events  -today; why ; several whs    eventually
         Goals - for lower functioning pts          get to the point
         Sprts/ Games - dominos - anyone can do

    Treatment plan  U5    9.3.15    goal#1 Maintain Stability
                    no other goals

    Started at Taylor Hardin in 2009
        broken dx Schizoaffective disorder

Onset psychosis in college . age 18 - had ECT, some psychotherapy  1970-79
                                        +Serax

Started ~10 mg Mellaril in 1979 - 87
             Serax

consulted c another psychiatrist who changed him to Thorazine

2009 - came to prison)
              Kilby                            Dr St Phard good, seen him
In Donaldson  Dec 2011                         whole time
                                              -groups don't always
                                               meet according to
    paranoid delusional system is about 100x better    schedule
    sees psychiatrist ~1x/mo
    Ms Boswella - comes to unit + inspects cell
        individual appt every "now + then"        Son is attorney in New Orleans

    Outside 2x/wk                              married ☐ 16 yrs
    reads
    not enough chairs for everyone in dayroom

CONFIDENTIAL - ATTORNEYS EYES ONLY

TOPIC: Braggs v. Dunn                    2:14-cv-601-MHT              DATE: J-460

FILE UNDER: Soft ap no passes way                           PAGE:

FOWLER, DON    127508
    6·15·59
    Selump                              blood pressure, Zyrtec for heartburn
    "OBS"?      Delusional Dio          no psy meds
    moved from S7 to T2
        Treatment plan review 3/6/15 - update
            Orig 12/30/14 prob1 is "IM displays over reactive verbal
                hostility to minor irritants"      Does not list dx
    prior review 10/14 - Personality change due to TBI
                        Psychotic Dio NOS (inactive now)

    Groups 1.2.15 - 4.2.15    Creative writing, stress management, Current Events,
                    Goals    - each are 1× / wk    100% participation

        4.2.15 - 8.31.15    Attend the same groups hora

    Seen 9.1.15  St Phard - alert, loquacious coop, jocular mood
    MHP note 9.1.15 - wants to go back to St. Clair

    LWOP    81 yo ♂ molesting his 6 yo granddaughter
                beat her, then beat his son & shotgun

    T Block - poems, jokes & stories
    read bible from front cover to back cover
    Mo ↓ 103 ; fair nursing home
    used to cut self (arms)
    gt outside 2-3× / wk for ~ an hour  - no cuffs

    Came to Donaldson from Bullock in 2009
    bros + sisters - would kill all 8 of them
        4    4 (one↓)

    very circumstantial, spontaneous, illogical
    not distracted, overly detailed

    Counselor - Bonella, Sutherland, Ms Warren → get to go out more
                    Ms Austin

CONFIDENTIAL - ATTORNEYS EYES ONLY

| TOPIC: Braggs v. Dunn | 2:14-cv-601-MHT | DATE: J-460 |
|---|---|---|

| FILE UNDER: | | PAGE: |

STEVENS, HOWARD – declined interview

JONES, ROBERT 228280    Invol meds    Prolixin pills + shots
        5 down –                        Amantadine
closed –                        (+) akathesia
gets outside 2x/wk ~ 45 minutes, cuffs behind – just walk around
no time out on unit
Dr St Phard- 2x/wk    supposed to see    but 3-4 months
Ms Austin - daily, been a month since seen psuaicy
groups - hasn't been any
        1x/wk   but none lately

— stop forcing shots
    more out of cell time - more restrictive than being in seg
    mattress on watch
    spray for rats
    different meals on watch - paper tray, cup to get drink water

no incisors top or bottom

pleasant, coop, spontaneous, coherent, relevant
restricted range affect; not guarded or suspicious

CONFIDENTIAL - ATTORNEYS EYES ONLY

PLF013921

TOPIC: Case 2:14-cv-00601-MHT-JTA    Document 1038-1045    Filed 12/05/16    Page 11 of 54
Braggs v. Dunn          2:14-cv-601-MHT          J-460
FILE UNDER:          PAGE:

BROAD HEAD, JAMES    224802
10·26·82
prob list – Other Schizophrenia spectrum psychotic Dio          Also Schiz
          ASPD          Schizophrenia
          Unspec Intellectual Disability          Unspec on Rx plan
          Ho mult (mild) TBI's
    Cognein 2ng IM Q 2wks c̄ Prolixin D 25 ng IM Q 2wks –
          start 2/27/15 – end 4/10/15

    Treatment plan 1·13·15          → 7·1·15
    #1 poor insight, doesn't believe needs meds

    Groups – Personal Hygiene          8·1·15    100% participation
          Coping + Hoping
          Community Reintegration
          Support group          but also "I/M refuses
                    groups when offered"

    St Phaid note 8·8·15 – referral to
          MaryAn "Plant"(??) PhD for behavioral approaches
          –doesn't appear to have been done

Currently on no meds – Seric + May
meds made sick – couldn't urinate
back to normal          SIZ

    outside "every now + then" – cuffed behind
          early AM c̄ warm
    meals on unit – tray through cuff port
    Dr St Phaid – every now + then, ~ 2x / month
    Ms Keston – not a good counselor, no 1:1
    Groups – one last month

No TV – on S Side
Closed custody – reviewed Q 6 month ; comes out Nov this year
Dr Yoyo

– Groups
– see about moving to T side
wants to transfer Holman

CONFIDENTIAL - ATTORNEYS EYES ONLY
PLF013922

TOPIC: KILBY

Braggs v. Dunn                2:14-cv-601-MHT

DATE: 09·10-J-465

FILE UNDER:

PAGE:

9 AM

COUNT - 526 PERMANENT - PRINT PLANT, KITCHEN, WORK

PARTY → MH1 or MH2

796 RECEPTION GUYS

136 SS (I) 100 BIG UNIT

36 MH, SAFE KEEPING

HOSPITAL
2 NEG AIR FLOW CELLS
44 BED INFIRMARY

3 WKS - 30 DAYS ,

5 in O DORM FOR
MH + SUICIDE
first 5 on the right

(G H I) ~IK~ DORMS ARE PERMANENT PARTY

1 - HONORS

G DORM - single + double
bunks

J K - RECEPTION

7 phones (1 is lower)

TV room @ 4.5 benches

MN - INTAKE

Connected
by
CO booth

valley ball
courts

+ 4 stool table

~4~ tables ē 4 stools

8 industrial fans near
ceiling

I - faith based

4 picnic tables
double bunks
smaller in size
industrial fan on floor

2 large picnic tables

H dorm - also single, double
beds

5 phones

2 tables ē 4 attached stools
(on their sides)

A + B level 5 inmates
4-

2 picnic tables
8 industrial fans

J or K ⊨ medical clearance

J double bunks, large dormitory
microwave coolers ē water
large industrial fans on floor

K - There are two sides, smaller dorms
double bunks
L side big fan on floor, hall mounted smaller fan

Bathroom
Showers

TV

Plumbers
fixtures

R side similar, lg fans on ⌐

CONFIDENTIAL - ATTORNEYS EYES ONLY

FILE UNDER: 1071 Count Today   PAGE:

N intake dorm — double bunks, ~50 of them maybe

O   air conditioned

Cell 1A, 1B — in hall near intake dorm

may be ① needing medical isolation

M — another intake dorm, large, maybe 65 double bunks

couple 3x4 stool tables

B dorm - level 4+5 primarily

close to medical, dining

4 rows of beds - double bunks along outside walls

single beds (2 rows) in center

toilets, urinals, — more or less in open area

some oscillating fans on ceiling; lg fans on floor, meanwhile

A dorm — similar to B, double bunks outside walls

2 rows single beds down center aisle floor



WDP, DS, AS, CC   CDEF

left right

Seg

2 stories, inside cells bars on front, windows outside wall

L — 11 — these are double cells but house alone

double door - bars, anteroom + solid door

O—Crisis cell — vent ceiling — large grate

covered c TP to block 6   3 suicide

12" off floor steel bed, sm mattress   2 obs

stainless sink commode

2 hy security lights   36"   38 beds

horizontal window   5"   [____]   outside

call button (light —

hot operation

CONFIDENTIAL - ATTORNEYS EYES ONLY

PLF013924

P wing

38 beds - dorm; beds along both outside walls

2 rows down center ; windows to outside



5 cells outside hospital dorm - in use for terminally ill or
gup that are in seg but need to be closer to
medical

seg log

E 15  ROBERT JONES  MH2 - Risperdal, Celexa, Remeron
C 23  ALLEN, LUCIOUS  MH1 - Seroquel, Zoloft
F 9  DAVIS, ALBERT ALBERT  - MH2.  Risperdal, Trazodone, Remeron, Cogentin
F 18  RIDDLE, DON  MH1 - Risperdal, Trazodone. Celexa
O - 7  BRYAN, ANTHONY  MH1 - Celexa, Remeron
O - 9  BARLOW, MICHAEL  MH2  Zyprexa Dep Prolixin, Cogentin
P7 34 A  GRAHAM, HERSHEL  MH1  Abilify

Emergency meds
WILLS, BRANDON  281344    7/23/15
GENTRY, DANIEL  272837    9/3/15
SMITH, RANDY  211908      5/29/15
POPE, REGINALD  271996    3/3/15, 3/19/15    — Newly on WEDNESDAY

INVOL MEDS
PRICE, TIMOTHY  172825  renewal  Haldol im  Whey  6/15
CHURCH, WILLIE  291279    "    Prolixin    6/15
SPANSREE, THOMAS  261048  initial Zyprexa po    8/15

NO RESTRAINTS   9/14 → present

NONFORMULARY COUNT  - Jan → Aug  30 - 63 / mo + No denials

CONFIDENTIAL - ATTORNEYS EYES ONLY

| TOPIC: Braggs v. Dunn | 2:14-cv-601-MHT | DATE: 4.11.15 460   8:30 → |
| --- | --- | --- |

FILE UNDER:

PAGE:

---

**GRAHAM, HERSHEL  298477**

1.27.62    DOA  3.3.15              EDS end 2/17

6.1.15 - MH 1 -   MDD R/O Mood Disorder NOS , R/O psychosis

reported psychiatric history + past suicidal thoughts Intake Screening

Haldol 2 HS , Abilify 20 AM , Cymbalta 60 HS

Treatment plan  #1 depressed mood as result of 1st incarceration    3.12.15

#2 exhibits anxiousness / nervousness + tearful

Sent out to Jackson Hospital 4.30.15

septic shock, acute renal failure → pros from sutures, shock

H/o Trazadone                                      groin area

Cymbalta + Haldol, Abilify - 6 mos

MH tx on street, back when 19 yo - depression + anxiety

took an OD on trazadone ~ yr ago ; got meds right way

got bad infection, almost healed ; lost ~ 100 lbs

counselor - woman - 1x /mo ; psychiatrist be little longer between visits

- still have some depression ⊖ killing self , 2 brothers, mo + dad, son

nanddaughter , some SI - voice talking            21 now

looks sad , little spontaneity ; but answers questions, organized, logical

---

**WALKER, GERALD  285584**

DOB 3.23.91    DOA  6.25.15

PL 6.26.15  Schizoaffective D/O   MH1C          Zyprexa 10 mg HS -

7/27/15 Treatment Plan - #1 AH              Counseled re: noncompliance

Psychiatry 7.14.15                        He says he thinks it is

first time in prison, Zyprexa - eventually got it     causing wt gain

for me, took a wk or two , psychiatrist - man, in person ; 1:1 in private

counselor - woman, 1x /mo, private 2-3x

Not taking it  - put in 2 forms to see doctor,    wt gain, chest development

used to take Ritalin - no Ritalin in county.

doesn't get much sleep; anger + control better c̄ medicine)

had imaginary friend ; group home in community - in + out of trouble

didn't follow-up in free world - cocaine, weed, synthetic weed

hasn't taken meds 21 days

fa had schizophrenia , in + out prison

2 sons  3 + 4 yo            Now PV - marijuana + poss

EDS march but still 2 pending cases - 1° robbery, assault, endg

constricted range affect, Attention good, coherent - relevant speech, thought form
organized.

CONFIDENTIAL - ATTORNEYS EYES ONLY

PLF013926

| TOPIC: Braggs v. Dunn | 2:14-cv-601-MHT | DATE: J-460 |
| --- | --- | --- |
| FILE UNDER: | | PAGE: |

RHODES, MICHAEL   187422
DOB 2.26.76      DOA 8.18.15                    Risperdal 2mg HS —
   B111 86   WRAT-RL43 — Not identified as DD        Counseled re: noncompliance
Bipolar disorder          Thorazine        5 doses
46 → out a while 5 year Sentence   100mg cogentin      Prozac 20mg daily
15/3 yrs - August 28 EDS                    8th grade education → LD/Special ed student
Closed head injury — steel plate at age 13 — had nervous breakdown 2006
    hospitalized, using things, cleaning things — TX hospital 90 days
    CPZ, depression med. Seizures - 2 wks a prison
No anticonvulsant med here
Stopped taking thor, made legs shake; Prozac - still takes, pill call daily
Outpt MH in Jasper AL — Signed for records here
Not seen psychiatrist yet —
Saw psychiatrist - 1x/ since here
   Bipolar Schizophrenic   nervous around dots of other people — both sisters c
No counselor assigned;   'had me on seizure med + borderline   bipolar
                                          diabetic
pleasant, coop;


JONES, ROGER   185093  WM DOB / 10.19.69      DOA 7.29.15
   Intake meds list - Buspar 10 BID  Clonidine 0.1 BID, Prozac 40 SH Trazodone 50pm
   Referred to MH 7.29.15         started in county jail
8.11.15 Depressive DIONOS   Anxiety disorder NOS      MH/ C
   Got meds c in 2 days; Same meds as at jail, unchanged since here
      working
   psychiatrist 1x - in person, 1:1
   no counselor:  no treatment plan
   Prozac depression  buspar anxiety   Trazodone "sleep aid" 8³⁰-9⁰⁰ pm
              830          960              lying out at 10
   level 4 security right now, central meds can lower it
   should be leaving
   2008 started taking Prozac — depressed, helped me more than anything
              did whole outlook of my life; considered suicide
constant anxiety /
Fights on street between numbers - took Prozac from MD, started Trazodone
EDS 2017 - should parole a then
Coherent, relevant, Ng LOH + tone, euthymic, full range
   thought form organized, logical.

CONFIDENTIAL - ATTORNEYS EYES ONLY

\* BARLOW, MICHAEL  134657 BM|  DOB 4.13.64  DOA 9.15.09

PL 5.22.15  Schizoaffective D/O, Bipolar type
Meds.  Benadryl 50 HS,  Risperidone Protec ↑ mg PM  Valproic acid 1000 BID
    Cogentin 2mg BID    Zyprexa 30 mg HS

Treatment plan 6/15  #1 free from mood, thought disturbance ē medication
   "     "    2/15    A+

Psychiatry note 3.20.15 - "relatively stable on current meds"
sent to SU at Bullock  1.2.15 → 1.20.15
cut self up - hearing voices ;  sometimes medicines don't work - stabbed a boy
counselor wouldn't talk to him;  voice telling him to kill self. saw dead momma
standing up over him, stopped eating ;   Initially. not in MH pod Bullock →
MH pod ;   lock up from Oct 2014 → yesterday released
no voices -

Making everyday, meds, talks to people       Depakote Prolixin Benadryl Zyprexa
just moved to B dorm from O yesterday.                 Cogentin
35 yrs in prison -            reports he's doing good, can focus,
                  concentrate, discuss thing /converse


X THOMLEY, ANDREW  WM 296039 |  DOB 10.19.94  DOA 4.7.15
   PL mood disorder NOS , Anxiety Disorder NOS;  R/O Bipolar D/O  H/O depression
   Seroquel 150 HS
5/15 Tx plan  addressed as above    #1 experiences episodes of anxiety
   psychiatry 3.20.15  RTC 90 days -  stable on current meds /dose
H/O outside treatment as teenage - ADHD , Bipolar NOS, Conduct D/O

   Goes home in 2 days - doesn't want to interview

PLF013928

TOPIC: Braggs v. Dunn    2:14-cv-601-MHT    DATE: J-460

FILE UNDER:    PAGE: _ 10:50 AM

to be released
4/16

BROWN, DEWAYNE   BM   246907   DOB  11.1.79   DOA  6.29.15
                          Risperdal, Paxil, Cogentin on c180, no dx
PL  6.30.15  Schizophrenia ;  came from jail Cogentin, Risperdal, Paxil
Orders Risperdal 4 HS  Cogentin 2 HS,  Paxil 20 HS

7/15 TX plan   #1 AH
   Telepsych 8/19/15 - return 30 days
~ 4 mos - delayed release,  B dorm level 4   (all wells, medical
   zips prior                              probs, wheelchairs)
Risperdal Paxil Cogentin        Paxil for anxiety - everything closing in,
   ↳ paranoia schizophrenia. back to childhood 8-10; off + on meds  Ⓝ hospitalization
Counselor Ventress Bullock 2011 - in MH building; ~ 1 yr: in MH dorm
   "get back & me" - 2 whs hasn't seen      Counselors all the time
saw doctor 2 whs ago                        actually get treatment
This is only place that I haven't been able to see counselor when I asked
- already waiting 4 mos -       let nurse or doctor know at pill call
see fire - things at night be a sign ; 3rd grade bowl of fire - trailer burned down
voices - multiple, talking at same time -   lay down deep breaths
Seroquel too on street - had it at Bibb but not at Kilby
                                      Bullock
coherent, relevant, organized, logical
   linear, able to focus attention, concentrate

X  SMITH, DEANGELO  BM  299028  | DOB 9.27.94  DOA  5.14.15      9:20 - 9:35
PL  5.19.15  Bipolar DO, Seizing / ADHD                 no meds
#1  Mood stability                                          ✝
H/o outside MH treatment                    198 yrs sentence   forehead
                                               Heat
Doesn't want medication - Abilify, Li, Trileptal, Seroquel, Ritalin
Bay Point + another hospital        even when seen 1:1, there is CO in office
counselor - doesn't see. Jump. supposed to see 1x /mo; does write through but sees
   In seg p̄ some behavior in county - had couple fights, so they put him in seg
   One guy has been back there 4 yrs - pending LWOP
   no meds in jail                                       Initially, put in
DHR since age 5, ran away age 17 or 18 ; 2 yrs s̄ meds    pop. got fight c̄ CO,
   foster homes, group homes                             Suvor seg, then
      aggressive, mood swings, — reads + writes music    classification put in
      stays up all night - difficult to sleep ; F on top  seg b/c county
don't
   when younger had hallucinations but none now
   some noise on nose - seems like ants/spiders bit him
   Calm ; depressed alot ō situation
No current S/S mental illness

✗ **PARKER, SHAQUILLE**  BM 275050  DOB 10.5.93  DOA 10.20.14    942 - 10⁰⁰

PL 6/22/15 - R/o psychosis R/o anxiety R/o adj D/o  MH1

Celexa 20 HS  8/27/14 - 10/28/14

5/15 Tx plan # perceptual disturbances  AH + VH of 10 yo & directing commands
intervention include medication - but he's not
currently prescribed any

psychiatry 6.22.15 - no meds indicated    ① says not seeing or hearing anyone

Beta III - 71 wechs 3.2 - Not intellectually disabled

monthly D22 - Sometimes talk in office in seg, 2-3 officers present
Mr Korenz/ Korzen

staff from country jail → that's why he's in seg; assaulted an officer
supposed to be getting out of seg today but not sure, next year  arguing w/ DOB
not on M4 caseload during prior number  - Draper  liberty
~6 mos last board: didn't make me go super crazy
8.9 yo - hh 21,  sometime couldn't sleep
sleep okay now;
did file suit re: double jeopardy being put into seg - but discussed liberty
interest being hard to prove in prison
attention, organized, logical, not preoccupied or distracted   parole 2022
was supposed to go to counseling as juvenile but never went. 10th grade, would've graduated

**EO LEOFF, ROBERT**  WM 298322 │ DOB 8.17.91  DOA 3.23.15    11²⁵ Am -

Seroquel for anxiety per caseload roster

PL 9.2.15. anxiety NOS Acute stress D/o, PTSD, Borderline/antisocial, ADHD
Orders Seroquel 100 HS        Bipolar + Schizophrenia
psychiatry 9.2.15 - re-experiencing phenomena (PTSD indexes)
Urgent referral 8/14/15 - received 8.18.15      graduated 2 diplomas 2+ VD
    8/4/15

7 mos - just started getting M4 care last month; didn't seek M4 care
was on Risperdal from country jail   didn't mention schizophrenia
Seroquel - started about a wk ago → PTSD + Schizophrenia)
16 or 17 yo dx schizophrenia, then county jail - cut self;   RSP 31 mos -
11/15/ - EOS                    Quiet good time
lapses in time. 3day journey; main prob see + hear things -
visitor people in past. children, adults. some from past. go to school when 15;
father yells. screams insults at him; most often hearing things
writes adult fiction; dissociates music  Domination over Humans
PTSD. abusive father; sexually abused in life; rape in prison in IL; cousin raised reported

CONFIDENTIAL - ATTORNEYS EYES ONLY    PLF013930

→

Medical - feels like MRSA, saw it during body chart
hadn't put in sick call; didn't do STD automatically

Came in on Risperdal
seen as part of intake - said he took Risperdal for ADHD, Bipolar, PTSD
took off meds. MH-0

level ↓ custody level
  contraband - disciplinary
    fired from job
went from level 1 work release recommend
MH2

PLF013931

X JOHNSON, PERNELL   BM 214261   DOB 9.30.75   DOA 12.5.14   10:10 →
Limestone 1.16.15, 1.27.15

Schizophrenia)   Haldol 5 HS   Cogentin 1   Depakote 250 + 500
Gynecomastia 2° Risperdal
subarachnoid hemorrhage   November 2014
County lawsuit for not — convulsions, passing out
trying out medicine on me for schizophrenia
still seeing things; sees random things - people + shapes, daytime
mostly nights
MH treatment a long   At woman psychiatrist
Q 30 days - sees psychiatrist - Says "try not to hurt yourself"
last time, was on suicide watch
now sees her privately — just released
in lock dept, 8 mos for hitting aide c tray
HTN
has been Limestone - released several
20 split 5; doesn't know what prison he's going to ← Donaldson
                                                        Holman
                                                        St. Clair

voices in my head — tell me to do stuff to people; intake them
meditate to get them out of head, pay them no mind
currently in L Dorm - Level 5, wheelchair people, sick guys, blind guys
not feeling bad now. but on SW in past 4 days (prior number)
couple yrs ago
- giving the medicine - just give you anything (win they are trying
                        things one)   (but this was Medicaid)
- couldn't tell her how I was really feeling - COs were laughing
        when seeing MD in office
blunt affect; poverty of thought, answers questions — little detail

CONFIDENTIAL - ATTORNEYS EYES ONLY

231585

KUGLER-CRUZ, MICHAEL WM 1.9.70   DOA 8.31.15

FROM CO JAIL: Bipolar D/O, depression
Divalproex 500 QD, Fluoxetine 20 QD, Olanzapine 15 QD

Med orders written Kelby 8.28.15 — Depakote 1000 Prozac 20 Zyprexa 10
Also seen by psychiatrist that date

Mood D/O NOS Bipolar D/O NOS H/o substance abuse

doing well clinically, wants dose lowered 2/0 side effects
"Will lower Depakote, Prozac, Zyprexa"   (but Depakote was ↑ to 1000,
Prozac unchanged, Zyprexa ↓ by 5)


CHATMAN, REX BM 121857   5.14.60   DOA 5.11.15
5.12.15 PL - R/o psychosis NOS, Adjustment D/O
arrived on Risperdal 1 mg HS, Cogentin 1 mg HS; ordered cont 5/6/15
ORDERS  8.24.15  Risperdal 2 mg HS
                                        stopped at one point d/t
                                        inmate liquor
TX plan  Adj D/O  R/o Psychosis NOS
     #1 (only)  non-commanding voices   5/22/15

| MHP | Psychiatry | | |
|---|---|---|---|
| 8/28/15 | 8/24/15 | Fu | 90 |
| 6/12/15 | 7/1/15 | Fu | 60 |
| 7/22/15 | 6/10/15 | 30 d | |
| 6/18/15 | | | |
| 5/21/15 | | | |
| 5/12/15 | | | |


WIMBERLY, DAVID BM 293685   6.20.50   DOA 3.30.15
8/7/15 PL Mood D/O NOS  Hx Crack cocaine, marijuana, EtOH abuse MHI
Orders Depakote 750 BID
      He was on MH Obs + released 8/20/15        Suicide watch 8.6.15
Disciplinary for having his pills found during cell search
acting bizarre in seg. throwing water, defecating in shower stall, yelling
8/17/15 returned from work release for bizarre behavior —
     used no show
VPA Level 23.9  on  8/26/15

CONFIDENTIAL - ATTORNEYS EYES ONLY

Case 2:14-cv-00601-MHT-JTA    Document 1038-1045    Filed 12/05/16    Page 23 of 54
TOPIC: Braggs v. Dunn    2:14-cv-601-MHT    DATE: J-460
FILE UNDER:    PAGE:

HARRIS, ANTONIO  BH 294931  7/23/88   ADM  7/23/15
    Meds  Buspar, Zyprexa, Cogentin
Tx plan 7.16.14   Schizophrenia  cannabis abuse
    #1  AH, VH
    #2  mood instability - depression 7 on 1-10
7/28/15  med orders  Buspar 5 BID, Zyprexa 10 HS, Cogentin 2 HS
MD Eval 7/28/15   Anxiety DIO NOS, Psychotic DIO NOS.  H/o EtOH abuse
    Stated the Cogentin so he wouldn't have side effects
    from Zyprexa
    Flu 30 days - no followup in chart as of  9.11.15


NEWSOME, JOE   WM  295239   8.21.76  1.14.15
    PL 1.30.15  Bipolar DIO
        Lithium 300 AM 600 HS    0.6   8/18/15
        Effexor XR 150 BID
MD 7.31.15  |  other than meds, not much in counseling
  5.1.15   |      7.22.15
  3.25.15  |      5.21.15
            4.9.15
            3.5.15


HOOD, JOSHUA   WM 285302   3/24/90   DOA 7/23/15
No MH on PL                              Suoquee on roster
Orders Seroquel 150 HS
8/10/15 TX plan.  dx Mood DIO NOS, Adj DIO
    #1 - Anxiety c paranoia, tremors. nervousness + shortness of breath


8/11/15 MHP
8/10/15 psychiatry - "may have bipolar depression"   Mood DIO NOS - Adj DIO
        MH 1 C
odd to follow- seems was here in July - maybe out + back?
    MH didn't see until 8/10/15  - or maybe they were just behind?
    Orders written 7/22/15 then 8/10/15

CONFIDENTIAL - ATTORNEYS EYES ONLY

TOPIC: Braggs v. Dunn

Case 2:14-cv-00601-MHT-JTA    Document 1038-1045    Filed 12/05/16    Page 24 of 54

2:14-cv-601-MHT

DATE: J-460

FILE UNDER:

PAGE:

NDOC III

EXPORT REPORTS DUE JULY 4

CONFIDENTIAL - ATTORNEYS EYES ONLY

PLF013935

TOPIC: Braggs v. Dunn / DUNN v DUNN    2:14-cv-601-MHT

DATE: 03 · 14 · 16

730AM – 6:20PM

FILE UNDER:

PAGE:

## BULLOCK SITE VISIT. (DAY 1)

DAVID BEASLEY
MITESH SHAH
JODY STEWART

1600 (I)    23 dorms –    Some are
small dorms C1, C2, C3
population   4 dorms ~ 1400    Outpt dorms
44 people

7 dorms + segregation
~ 200 (I) or 260

There is also seg. unit here. B is seg; 30 man
mostly disciplinary segregation

# DC

# AC

infirmary – 9-10 holds
no safe cells here → go to MH
pill call  430-5AM
10 AM
6³⁰ pm

Outside infirmary-
Sick call requests
MH
PREA drop box

Main prison consists
of dorms on either
side of central
corridor c̄ counir
stations at intervals
in middle corridor.

INFIRMARY    9 beds

Tour halted –
Holman on
complete lock down
Haney's tour cancelled

Separate MH "blue" building-
also c̄ more dorms, also
push bowl rooms for
group, individual
utilizations (good
program space but
enough ??)

REVIEW OF LOGS.

Alphabetical roster of (I) in RTU/SU c̄ meds

MH Coding Book
contains mut. forms (same one)
Innate name #    Staff
completing
eval.

MH Code
0-1  1a 1b 1c  2  3  3a 4 5 6 9

CSU
MH5 o̅ Bullock & Tutwiler

MH6  intensive stab services or hospice in your world

MH49.  MH hold - DO NOT transfer

RTU open dorm
RTU levels 3+4
Closed RTU dorm
levels 1+2

last date in log is 1/28/16

CONFIDENTIAL - ATTORNEYS EYES ONLY

PLF013936

Case 2:14-cv-00601-MHT-JTA   Document 1038-1045   Filed 12/05/16   Page 26 of 54

TOPIC:
Braggs v. Dunn                    2:14-cv-601-MHT

DATE:
J-460

FILE UNDER:

PAGE:

Inmate group Attendance log (Dandridge AT)
   Must sign in sheet dated 1.27.16
   all sheets are for open rec

Inmate group Attendance logs (Turpin - AT)
   also open rec, One page per day- (as opposed to checking
      off multiple dates)
   Last dates 2/26

RTU Treatment Team Log
   List date
   Inmates Name    AIS    MHCode    Inmate Signature    MH Group Referral    Activity Referral

   There aren't a lot of MH group referral notes or other
   activity referrals (most are blank
   18-20 inmates seen per date


DISCHARGE LOGS
   released home group - follow-up instructions
      2/25/16 - GIBSON, WARREN   last entries
   discharge to release packet
      Authorization to release Info
      Discharge Instructions-
      Discharge Information .   Address
                                 Emergency Contact Person
                                 MH Appointment

SU / RTU Admission Checklist Log
   Inmate Name                    Facility
      AIS #
   Items to be completed when Housing inmate placement
      ADOC MH-040 (reg. MH 632)
      administrator approval
      MD/CRNP → MD/CRNP telephone conversation
      Tx plan
      Last 3 PN
      Last 3 psychiatric PN
      EMARS
      Lea Intra station Transfer form
      Physical / dental exam
      Lluda Medication copies of labs

CONFIDENTIAL ATTORNEYS EYES ONLY

TOPIC: Braggs v. Dunn    2:14-cv-601-MHT

DATE: J-460

FILE UNDER:

PAGE:

VITEK v JONES

> 72° crisis / safecell
Health Care Code Sheet
Prob list
Updated TB skin test + results or CXR
nurse report by phone when approved

TREATMENT COORDINATOR ASSIGNMENT LOG

Form 11813

| Date Assigned | I/M names | AIS# | Tx coord assigned (name) | Screening completed | Date of Transfer/Release |
|---|---|---|---|---|---|

"LOG" OF TRANSFERS INTO + OUT OF BULLOCK RTU
↳ binder

Involuntary Med Log

CONFIDENTIAL - ATTORNEYS EYES ONLY

TOPIC: Braggs v. Dunn

Case 2:14-cv-00601-MHT-JTA    Document 1038-1045    Filed 12/05/16    Page 28 of 54
2:14-cv-601-MHT

DATE: J-460

FILE UNDER:

PAGE:

**MCCOY, ROGER**
**176745**

new clothes 6 mo

Haldol Shot Q 10 days · sees NP, last time p Christmas

level 3 in RTU

Treatment team mtg — psst c counselor

⊖ groups   ⊕ education

ELA in 2019

says UN may be looking for him

construction, planning   50 yo now

Ringing Bros, Barnum + Bailey Circus '84 '94      paranoid.

no side effects —

Prolixin — on streets; helps him relax

Haldol - ache + hurt

3 dorm - top bunk   ~50 people

Let you out when they feel like it; lock down

for rest of day — locked down etc everyday

meds are brought to them in MH building —

very difficult to understand — missing teeth + heavy

southern accent

uniform is dirty, mis-buttoned, stained/yellowed

pants + shoes are torn

CONFIDENTIAL - ATTORNEYS EYES ONLY

PLF013939

TOPIC: Braggs v. Dunn    2:14-cv-601-MHT
DATE: J-460
FILE UNDER:
PAGE:

ELLIOT, CARL
215015
DOB 12.31.80
Sept 2013

H3

NO OED ON MH UNITS

VR 5 of 5

HALDOL DEC - was started at Donaldson; forced med review
doesn't see nothing, doesn't hear anything.
Elavil to start ē in county jail for sleep
started ad to Haldol pills; switched to shots at Donaldson
Q 3 wks; pulling with a, sometimes shaking
supposed to be starting classes - he signed up for nursing
group; it started last wk, ~ 30 minutes
getting run around for OED
made at Donaldson - barber, wants to work on OED
library Q 2 wks
chess
Treatment Team Q month
    psychologist, counselor, AT
    no psychiatrist, or CRNP
open rec. movies, cards, chess, dominos ~ an hour
    18-20
clean clothes M, W, Th    2 sets
linens    T + Fri
parole in Oct - longest date 2026
morning - dude jumped by ∞    (Johnson
that happened also a couple mos ago    (over bunk)
                                        wheelchair)

MED RECORD
Forced / invol rx approved thru 6/16 on prob list
Schizophrenia, undiff dx on problist 5.21.04  2009
    but has also had MH code "N"  in 2010
Haldol dec 100mg IM Q 3 wks
chem propix 10/27/15
labs 1/23/16
Psychiatrist BANERJEE MD  2/28/16, 1.15.16 CRNP
                        Was to discuss dose red
                        for sedation (no dx
                        of discuss

CONFIDENTIAL - ATTORNEYS EYES ONLY

PLF013940

TOPIC: Braggs v. Dunn     2:14-cv-601-MHT     DATE: J-460

FILE UNDER:     PAGE:

MILLER, CARLSON     8 yrs ~ has been in + out but mostly in RTU
250116                  voices, bearing head (has lump on head)
H6  1 top (B)       sees spirits, sees chicks waving in his face
   bottom           when eyes open worse
       supposed to see doctor
       Q 3 mov

not getting help finding ½ way house
C/o side effects - heartburn, constipations, indigestion
Ability - a few months
Risperdal shots before that
engaging in homosexual activities
has been in groups in the past. Open rec -
play cards, movie, crowded in room
request slip - 3 who to be seen, but sometimes ignore
   otherwise, get attention of some nice CO to see doctor
if hurt yourself you'll see counselor
see counselor ~ 5 minutes, but doesn't help get
   Dr Shah, Dr Kern
Schizophrenia, paranoid

rapid speech, unusual perceptions
tattoos on arms

MED RECORD     MD notes 3.1.16 , 2.14.16; 1.21.16, 1.7.15, 10.29.15
bd to Ability from Risperdal dc'd Prolactin,
   gynecomastia
was seen at ? frequency ? prob discovered

CONFIDENTIAL - ATTORNEYS EYES ONLY

PLF013941

TOPIC:    Braggs v. Dunn                2:14-cv-601-MHT            DATE:    J-460

FILE UNDER:                                                      PAGE:

MONCRIEF, KENNETH          since July 2015 - sent from Easterling
140337                     Bipolar - Depakote 1000 mg QD - blood work drawn
                                  Prozac 20mg              couple wks ago
                                                           not told results

                           Dr Kern        ] not assigned
                           Ms Byrne NP

#3                         counselor - woman, has been counselor since July -
whole time                        sees 1 x /month      Buchanon
                           psychiatrist - whenever they call you, supposed to
                                  be 1x /month
                           outside every now + then
                           open rec. too crowded + noisy
                                  taking a class - anxiety - hasn't been for > month
                                        1° on Thursday. Arts
                           has tried Wellbutrin, Paxil - didn't help
                           Prozac worked for a while , Depakote stopped the
                                  low lows + high highs
                           Upset by assault this am  - guy wasn't doing nothing
                           - more respect from cos
                           - more yard time + structure
                           - smaller groups

                           He'd like to go back to Limestone

                           neatly groomed, dressed
                           mildly depressed affect but spontaneous, coherent
                                  relevant. regular rate + tone
                           comes up for parole in August

CONFIDENTIAL - ATTORNEYS EYES ONLY

PLF013942

MCCUMBER, FREDDIE                  Starts rambling about DEC bringing dope in -
                                    some drug that look like marijuana          NO SHOW
236
263043                             some paranoid IOR
                                    Counselor, laughs at photo or his case
        28 yo                      medicine Haldol pills. Prolixin shots Q 2 wks
                                   3 yrs - in RTU since transfer from co jail
                                    40 yr sentence
                                   Would like to be in faith dorm in main camp
                                   sometimes goes to open rec - trouble focusing
                                   has 2 classes on W, 2 classes Thursday
                                   "Movie therapy" - video games

                                                 outside
                                   more yard time < inside gym
                                   Canteen - would like same as population M→F

                                   poor hygiene, dingy clothing,
                                   borderline intellectual functioning

MEDICAL                            Paranoia Schizophrenia
RECORDS                            borderline intellectual functioning.

                                   Prolixin 25 mg IM Q 2 wks
                                   Benadryl 75 mg HS
                                   Cogentin 2 mg BID
                                   Risperdal 8 mg HS
                                   Labs ordered 2/7. Lipids + Hgb A1C 7/15, report to
                                        medical 9/3/15 for above Labs
                                   psychiatry 2/21/16, 12/11/15
                                   some IC forms

CONFIDENTIAL - ATTORNEYS EYES ONLY

TOPIC: Briggs v. Dunn (Day 2)
2:14-cv-601-MHT

Case 2:14-cv-00601-MHT-JTA   Document 1038-1045   Filed 12/05/16   Page 33 of 54

DATE: 03.15.16

FILE UNDER:

PAGE: 7³⁰

· TOUR
· MED PASS
· INVOL MED LOG
· LIST OF LOGS "LOCKED"

A infirmary.
B segregation - 30 beds
          some single, some double celled
          door cards - green - admin seg
                       pink - disciplinary seg

Immediate seg 72°
only.

FAULK 299328
    120 days sanction, loss of good time
    Release 1/23/22
    hasn't seen MH

→ THORTON 271763
    awaiting reclass to Level 5; here since 12/15/15
    Manic - almost whely - comes to cell front
    no meds yesterday Sunday - but got it yesterday
    seen by telepsych by psychiatrist
    prescribed Remuon

COVIN 219918
    3 mos in seg - to transfer to Holman
    not on MH caseload

→ BOLDIN 142961
    Vistaril, Celexa  PTSD
    MH counselor - Turner, EOS 30 years but won't let him
    go

→ LONG 291699
    has memo above door that he's supposed to be 2 CO move
    "pending close custody" on door card
    Disciplinary seg

MANN 284664
    COs jumped on him, he was charged c̄ jumping them
    family writes whely but he's not giving it

WATSON 184871
    45 days for assault c̄ weapon; reclass to close custody.

CONFIDENTIAL - ATTORNEYS EYES ONLY
PLF013944

→ ANDERSON 198757,
ad seg. dlow card ? Immediate Segregation 72° only.
but has been here since
Mr Moore - supposed to be talking to him
but not, was on MH caseload 10-11 yrs ago
When here previously. MH care was much better,
multiple recent deaths in family - but wasn't
permitted to go to funerals / wake
feels depressed

C1 ← C4          DORMS          K1 → K7
D1 — D2                          J1 — J2

C dorm - houses MH
   corridor
      1 - 4
      2 - 3
C1 - Transitional Structure Dorm          C1 17A
   bunks
   TV + microwave
   showers 2 toilets + 2 wurinals, picnic table
draw inside bottom bunk
4A bunks          table c 2 men checkers playing 4 stools
4 phones; windows to outside (7)          attached

DILLARD 137415
   B yrs in RCU, in this camp 11 yrs
   3 yrs in C4
Sometimes called for group, sometimes not
Groups opened up for everyone
2 mos ago was last group - but it was the same thing
individual counseling. Ms Wiggins - ~2 mos 5-6 mins
no MH rounds
prescribes 3 mos' - yes a prescriber - Sometimes in person
Zyprexa, Remeron                          sometimes telephone

CONFIDENTIAL - ATTORNEYS EYES ONLY

PLF013945

MOSES KNIGHT  109958
3 whos in RTU          2 life sentences
no meas no mow
religious preoccupation, lots of God talk
not oriented to p????ular  but say he's 65
very difficult to understand
T.D., identicous

K dorm        K4 FAITH DORM/ .        dorms on K
    program space c̄ long tables        hallway are
    4 man tables                        larger
    quiet, socializing, engaged c̄ one another

J DORM      SAP program
    J1 + J2 are right next to one another
              | J1 | J2 |
              | ↑ visa buli |
D DORM - set up same as J Dorm
D1  Crime bill ( another SA program)
D2  woar inmates
                      | Contr |
← E1-E2          NOTES FOR        I1 → I2
    identical to DORESTIAN J - general population
    88 in each dorm

← CAFETERIA                    LAUNDRY →

← F1-F2                    G1 — G2 →
    88 in each gp dorms

                CHAPEL -
    lovely, newer (obviously)    carpeted
                                 from
    peus chun chelus  pews
Guss black windows, drum, key pad

CONFIDENTIAL - ATTORNEYS EYES ONLY

PLF013946

TOPIC: Braggs v. Dunn     2:14-cv-601-MHT

DATE: J-460

FILE UNDER:

PAGE:

Pill Line

lined up outside at fav
nurse collects/scans ID card
scans cards, takes out pills + puts in cup for Ⓔ
2 nurses working in pill room, some incubation

Ⓘ get pills through pass though
gets water from fountain
C/o outside but no one checks mouth or whether
they take them

MH BUILDING        open RTU   H1 → H7

H5 + H6

H8 + H9 - MH crisis/seg

H1 ⑨        H2 3̶2̶

CONTROL              H3  4 + ㊿

H7                    H4  ㊿

⑤⓪ beds
3 4 man tables
benches
microwave    Ⓗ6        Ⓗ5
TV
2 phones          ⑩ bunk
open showers           even

house more
unstable guys

H8 = SU admissions → see Kern + needs go
discharge to C dorm                   down
no levels in RTU - all the same

H8 + H9
SU = 30
18 + 12   CONFIDENTIAL - ATTORNEYS EYES ONLY

program / classes, library
MH staff offices

H8 precautions side then move to H9 side → RTU
  3 levels – 1 confined to unit
             2 program area
             3 – transition RTU (everybody there is thru 3)

RTU can't go to main camp
taken to canteen, law library in main camp
no church
use big yard – after breakfast every day, p 2nd chow
  10 AM on rl schedule
M – gym time 10–11

programming schedule – Ms Whitfield

151 office      152 office
156 lab
154 open rec / group room
153 time out cell
148 group room
149 group – has schedule posted 2015 (Feb–June 2015)
150 · sm g room
128 sm g room
161 office
162 office
127 ?
120 lg group room
163 time out room
164 lg group room
165 STORAGE
166 pharmacy – carts taken to door   need
                – done by dorm release

**program space is unused**

CONFIDENTIAL – ATTORNEYS EYES ONLY

PLF013948

| TOPIC: Braggs v. Dunn | 2:14-cv-601-MHT | DATE: J-460 |
| FILE UNDER: | | PAGE: |

H8 + H9                                     H8 is on left - 18 cells
2 Stories                                    H9 is on right - 12 cells
TV -
4 new tabletops                          6, 7, 14, 15

Low beds & mattress
Stainless sink, commode
Window to outside

BARNES -
    about a week
    Bibb - jumped on + tortured in dorms, swallowed
        Razor blades, cut self (arm), neck
    3.8.16 ↓ SW to course #45

BARNETT
    sent back for intense counseling but can't go on RTU
    due to separation
    5 months last time, arrived last wk

WHITE    264631
        St CHAIR, took off MH caseload        HOMEIX
        mother advocated, cut arms            outside
        Crisis cell 30 day
    PROZAC        ZanFF
    RISPERDAL              } past meds
    ABILIFY

LEE 184090    H9
    has had a lot of

CONFIDENTIAL - ATTORNEYS EYES ONLY

LEE ___184090___    6-20-68    48 yo M

H9 - set up by another (I) → locked up
under investigation
years in RTU: has recreation Sunday / locked in store.    '68
medical people also have made    48
has lost weight . ? rapid.    ___
bad mood - angry.    11   6
sleeping medication - late afternoon
hasn't seen Dr Kern ; not seen counseling.
no groups over there — none for 3 months
no open rec
Even when maced, can't decontaminate until 6pm.
beat (I) jump on (I)
was at STATON — yard time, work, exercise . gym
(basketball); can't walk around
1° yard time
counselors make you stand in corner if you mouthy —
also get disciplinary
Appears depressed, but able to focus attention,
concentrate, spontaneous, coherent, relevant
also appears borderline intellectual fx


WHITE ___264631___    4.25.91

3x request →
suicidal thought → crisis cell 3=4 whs → seg   1-3
tried to hang self Christmas Eve - or close seg.
was cut down , 4-5 whs
3rd time - Feb 6 - March 4 - cut arms. finally.
MH treatment since 8yo .    MH youth center 3x
Risperdal evening 8 or 9pm
arrived. Sat 3/5/16 (Sat), vital signs, was he suicidal
saw Dr Kern on Tuesday — talks to through
"tray door"
Dr Kern walks through + talks to everyone on his caseload
level 5
entered 2009 - has been trying to get MH since he's been
here; behavior prob

CONFIDENTIAL - ATTORNEYS EYES ONLY
PLF013950

TOPIC: Braggs v. Dunn    2:14-cv-601-MHT    DATE: J-460

FILE UNDER:    PAGE:

1 group - open rec
pamphlets to work on in cell. Anger management, coping
skills
mother took MH info to parole bd. They said he needed
PB
"Dr Harvey" (CRNP) said he just wanted meds to get high
↓ distraction, concentrate better. sleeping better
Two more years for parole - has 5 mos good, would like
to go to other camp so he doesn't get in trouble @ bd
meeting.

BENNETT    235944    DOB 6/16/73

open rec yesterday. sign language english
scar on ⓁT shoulder - in handcuffs + roughed up pretty
good. H3    19 A    CO
HAYNES
Currently H2 4B
speech coherent, slower than usual pace
At Bullock 2014 June 13. - from Coosa Bibb County. C Dorm to F Dorm
He wanted to transfer, was in MH Camp
but classification specialist moved him to RTU
meds. Risperdal, Prozac, SWT + sleeping pill
→ help him sleep
April 1 — release date
Bibb co. . has place to stay; meds best drugs
on invol meds
someone here stabbed - 3 wks ago

MEDICAL -

DEPAKOTE 500 BID
PROLIXIN DEC 25mg IM Q2wks
COGENTIN Ag. HS
DEPAKOTE LEVELS ORDERED 2/3/16 in 2wks

Doc appts 3/12/16, 2/3/16, 1/28/16 —
Slurring improvement on Prolixin
It was restarted; he'd been on it for
years but quit it in 2014.

CONFIDENTIAL - ATTORNEYS EYES ONLY

TOPIC: Braggs v. Dunn                    2:14-cv-601-MHT          DATE: J-460

FILE UNDER:                                                      PAGE:

HOWARD, EDWARD  179 031                          24 yrs locked up
12.10.55        Bullock since 7 yrs C Dorm, 10 yrs in A Dorm - since it
                opened up
                groups - none this wk, none last wk either
                no nurses groups for months
                Dr Shaw - 2 who ago: hadn't had meds x 4 days -
                was told it was out
                Clozapine ⎤                        H1  6A
                Venlafaxine │
                Trazodone   ⎬
                Valproic acid ⎦
                takes sign language, Spanish
                2 - 9th yr sentences
                custodial work assignment - has done good
                only 1 living relative (bro) - has lost touch
                MH tx outside - Valium + Nembrie
                Treatment Team. Ar, counselor, +Ⓘ
                CO Blakely took him around to learn to do stuff (custodial)
                better when first started - Gatorade to Dorms
                better medical staff, 8° shifts
                It changes
                CO Fack hit Ⓘ Johnson around lunch
                CO Smith really a hot head, will hit you
         good   CO King.
         ones   Sgt Haines
                Sgt Johnson
                Capt is θair. promotion to warden at Hoes
                some similarity, anxiety, asks questions re: repercussions

                Prob list. Chronic schizophrenia in partial remission
                Meds. Clozapine 100 BID
                Venlafaxine 75 BID
                Trazodone 150 HS
                Depakote 1000 HS
                Treatment Team Mtg. 3.3.16
                SHAW  2/9/16,  1/4/16
                Individual counseling  12/22/15   1/4/16   2/9/16  3/10/16
                                       1/5/16   1/25/16  3/7/16

CONFIDENTIAL - ATTORNEYS EYES ONLY

PLF013952

EMMERY   229730   Bulloch ~ 14 years
                  C-Block 6 yrs; 8 yrs RTU
Groups - There were more groups before; now he's
only in 1 group
rec access property same
big rec yard, gym, meals   sleep
Zyprexa, Haldol pills, Trazodone, Effexor - depression
                    ↳ voices sleep
HI · 50 person dorm
treatment team mtg · nurse, AT, counselor
       (sometimes doctor goes Dr Kern)
3x/month counselor 15-20 minute; now doing, things okay
open rec - when in mood
monthly to see Dr Kern but ain't seen in a while


CORBETT   25B618
DOB 2.9.79
· Bulloch 6 mos, sent from Easterling -
unsure why sent - Σ was stressed, depressed -
wasn't hearing from family, not visited
no counselor; had 1 that left, met 1x/month
sees Dr every now+then; Prozac - in evening
mood "on-off" mother has visited, 15+13 yo
receives some letters
appears depressed; says he had autism dx as kid.
stays to self
groups · no groups; Spanish classes - on Tuesdays
       8 AM, 5-6 guys in class
20 year sentence - did 8 yrs
eligible for parole in November; has plan when
he leaves housekeeping, welding - would like
job on ship yard
Asks what RTU means - hadn't heard of it prior

GEDDON 40 mg.
PROZAC 20
MD appts 2/19/16, 2/2/16, 1/27/16, 12/31/16
                                        SMI
                                        PLF013953

Case 2:14-cv-00601-MHT-JTA    Document 1038-1045    Filed 12/05/16    Page 43 of 54
TOPIC: Braggs v. Dunn    2:14-cv-601-MHT    DATE: J-460
FILE UNDER:    PAGE:

THORTON 271763

from seg.

Was on E Dorm - General population; security level 4

show up at clinic or drop a note   Mr Moore

renewal of meds - should be 90 days, was way past but
still got meds

assigned groups but never came to get him)

Renewn in evening; antidepressant

started Oct 2015.   Attempted suicide, tried to hang self
   on sprinkler in classroom, CO saw him by chance
      was tying it to sprinkler head

Thursday  LT said he wouldn't write him up this time but
   would the next time.   Not put on watch, no preoccupation
   no prop restr

Immediately  Collins saw on rounds, arranged telepsych
   5 days later, put on watch in Seg
Saw the doctor face to face, started the medication
   then released to E Dorm   (prev on G)
Was jumped on by CO pushed, sprayed i mace,
            Ⓘ rant he jumped on him —
   put in classroom + that's where he was supposed to wait —
   Stayed all day
In seg now because they say he stabbed someone,
Disciplinary time   over Jan 21


10 years sentence - has done 2 years
Saw a doctor in here who said  he should go to MH
but they (haven't moved him).
Not sure he will actually be re-classed to Level 5.

CONFIDENTIAL - ATTORNEYS EYES ONLY

| TOPIC: Braggs v. Dunn | 2:14-cv-601-MHT | DATE: J-460 |
|---|---|---|

FILE UNDER: PAGE:

ANDERSON  198757

from segregation

Ms Collins - head net person

known drug user - CO jumped on him, threw him in shower - hit
up on shower

mother, brother, baby mo → all died; wouldn't let him go the
funerals/wake

2 guys trying to jump on him in gym, he had a knife -
he stabbed one of them

dirty urine - got bill but not ticket

has been in seg since 3/3 - was shipped from
Fountain

thinks
close custody → max security

clean - months until his birthday the other day - he
used a "little something"
made a referral

8-9 more years to serve; goes for parole 2017 in June
thinks Ventress might be better because the facility
is messed up - COs, Ⓘ - knives, burglary drugs;
GD$_3$

CONFIDENTIAL - ATTORNEYS EYES ONLY

PLF013955

TOPIC: Braggs v. Dunn   2:14-cv-601-MHT

EASTERLING

DATE: 03-16-16   J-468

FILE UNDER:

CHRIS EVAN

PAGE: 7:00 AM -

---

WARDEN MEYERS
(WAS @ HOLMAN UNTIL A
MOS AGO)

SEG 102 BEDS   (COUNT 77 3/11/16)

COUNT 1518        MEDIUM SECURITY        20 YRS SMOKE FREE
✓ MH UNIT STAFF - SEEN IN OFFICES
✓ HOSPITAL - 1 SAFE CELL
✓ SEGREGATION - CONTAINS SAFE CELLS (1+2 are SAFE CELLS): DOUBLE CELLED
DORM C < B       C1 = BEHAVIOR DORM
A₄              SAP - G DORM    F2 = AFTERCARE
TRADE SCHOOL (MASONRY, PLUMBING, ELECTRIC)
LAUNDRY
KITCHEN

H DORM IS
DIFFERENT
DESIGN

1 story buildings except eg ceiling
Laundry
Kitchen
trade school

130   H dorm < 1 LARGE   FAITH BASED DORM
245          2 BATHROOM   TV x2
                           benches
                           library
                           bunks
perspective          smaller TV area at back of dorm
                     2 size beds

Also FAITH BASED H2

G = SAP          (Set up like all other
                  dorm )
                 Center entry
                 cube in center - raised ~2½'
            G1  110 beds    G2  100 beds
        murals on some common walls
        also inside
        There wasn't class actually in progress!
        eg dorm - bathroom on L front
                      classroom
                 5 rows bunk beds

CONFIDENTIAL - ATTORNEYS EYES ONLY

Case 2:14-cv-00601-MHT-JTA    Document 1038-1045    Filed 12/05/16    Page 46 of 54

TOPIC: Braggs v. Dunn

2:14-cv-601-MHT

DATE: J-460

FILE UNDER:

PAGE:

G2 also having class
6 rows bunk beds          microware)
classroom area          bathroom
                        murals on walls

just on casual dorm tour, no one appeared to
have bruises or be lying sick in bed; dorms quiet
+ orderly
men in clean uniforms - nobody dingy, yellow upped

F1   Honor Dorm          120
F2   SAP step down        110
        aftercare

F1
honor  dorm - quiet, orderly.
              mainly W men (majority)
clean
schedule / job assignment on wall
counselor office main hall of building

huge yard in
middle
(open wires

E
D
C    1 - misbehavior dorm - inmates at linen
        90

C2 135

C2 - regular GP dorm
      6 rows bunks
      fairly quiet, ? possible cig smoke

B - segregation
dorm structures
B1 - one cells B1 + B2

26
cells
each
side

CONFIDENTIAL - ATTORNEYS EYES ONLY

PLF013957

TOPIC: Braggs v. Dunn    2:14-cv-601-MHT    DATE: J-460

FILE UNDER:    PAGE:

Safe cells 1-2    (alternate 26)    mostly sleeping

Initially quiet

* AVERY, CORDEL 145834

1b * PAIGE, NATHANIEL 274986    Vistaril, zyloft
Benuos are not bolted    Aug DIOE depressed mood
to floor
attached + 4 lines
chain to    HEAD, KLANZA 131097    #24
keep closed

THOMAS, CORNELIUS 255935    5 mos

— FRANK, JAMES 223960    C/o continuous HA
Celexa 40mg

JAMES GARRETT 149405    KEEP ALONE

10¹⁰    * DERRICK LOVELESS 252189

suicide watch
obs @ 15'    low bea, mattress
- last documentation    window
9⁴⁵ AM    leg security lifer
 crawlers semi/combo

At 10:15 - obsby Mccarmon
10
10:15
10:30
10:45    cell 1-2b
1-2b    11 AM

Inmate interview request.

MH    DEON ALLEN 244114
core J    (b) CORNELIUS ATCHINSON 251520  no meds  unspecified psychosis
SAO
(1) AVERY CORDEN 145836  no meds. Chronic adjustment  D/O
218 MH names    (1) JAMES CHUMLEY 280991  no meds - SCUT
+    (2) ANDRE FREEMAN 176630  Haldol. Remeron  Psychosis NOS
no meds 9    Celexa Vistaril Benadryl
12    (1) PETER HENDRICKSON 251460  no meds  CPS
9    (1b) FREESTONE, Mc CLEOD 229466  Geodon, Lexapro  schizoaffective
10    cogntin Vistaril  depression
11    (1b) SEXTON, TIMOTHY 199563  Celexa Depakote Seroquel
8    (1b) SMITH, TIMOTHY 212217  Remeron Prozac Wellbutrin
10    (2) PATRICK UPSHAW 219654  Haldol cogntin Remeron
9    Depakote Celexa Juliapon
4    schizoaffective two d/o
___
8 +

one on Risperdal consta
(one Haldol dec

CONFIDENTIAL - ATTORNEYS EYES ONLY

PLF013958

B2

cells 27 → 52

mostly adm
seg

(The B1 side is
disciplinary)
- They try to keep
them separate
but don't always
manage

* DAVIS, CHRISTOPHER 188 423   - in seg x 2 yrs    Effexor, Vistaril
                                                   Depressive disorder
                                                   & anxious mood

* CORDWELL CRUZ 277286

JIMMY SCOTT 148 285
        end stage liver disease, transferred from Bibb

2⁰⁰ pt   After lunch, "incident" which delayed entry/access.
         Checking on dup to see if those can be brought over for
         review

MHP:
MC
W  } only 3 on
B  } caseload
      log

MH codes
  1  1a 1b 1c 2

Review/observations of caseload/medications list:
    B2 people not on meds
    more antidep than other types meds
    majority of ① on 1 med or maybe 2
    only 10 on 4 meds, 21 on 3 meds  (when on 3
    meds, often at least 2 are antidepressants)
    appts ₹ CRNP sometimes in person, other times via
        video conference

CONFIDENTIAL - ATTORNEYS EYES ONLY

TOPIC: Braggs v. Dunn          2:14-cv-601-MHT          DATE: J-460

FILE UNDER:          PAGE:

LOGS

CRISIS LOG

Name & Start    reason stop    Hrs on watch

Sutherland  253899    watch x 3   in Jew
Woods  260.03  hrs watch    EB 298195

INVOLUNTARY MEDICATION
    Hardy   186078    Risperdal Consta 25 Q2   exp 7/6/16

PHYSICAL RESTRAINT LOG —
    all pages blank

GROUP LOG

CBT  Thursday group had 32 people listed  (most did not show
                    for 2nd group
Anger Management  2 per group
        Cancelled 1/8/15 - no security
        "        1/15/15  Staff mtg -

FEB 2016   Scheduled 6 groups              2 med ed
        Conducted 4                    1 something else
        Cancelled 2
        inmates scheduled 6
        inmates attended 3

GRIEVANCE LOG
Jan 2016  Smith 204766    - complaining about counselor
                            attitude, rude, kept waiting.
July 2015  Hendrix 208777    hormone tx

JTA
COT K2
MED ED K2

CONFIDENTIAL - ATTORNEYS EYES ONLY

PLF013960

| TOPIC: | | DATE: |
|---|---|---|
| Braggs v. Dunn | 2:14-cv-601-MHT | J-460 |

FILE UNDER:     PAGE:

**SMITH, TIMOTHY**
**212317**

probs dealing c gyrg members, took disciplinary to g to sg to
RSP+ escape. in B for safety.     Stay Safe
25 yrs sentence - habitual offender
Kilby → Easterling 2yrs, given worse    COROsvck very nice
on compound - sees 1x / mo.    no words
  3 different presentions in 2yrs
Prozec Remeron originally; Wellpurin added 6 mos
  ↳ 20mg.  ↳ 45mg.       ↳ 75mg.
back here since 4/22/16 - hasn't seen psych yr (last seen Nov)
organized, logical, coherent          Hepc for yrs -
most are being pressured for sex        treatment denied

**AVERY, CORDELL**
**145834**

_copies of notes not_
_originals in chart_

med doctor - Bullock · Thorazine 2005  3yrs Bullock
been at Easterling ~ yr
stutters, difficult to understand
26yrs - 16yrs done, parole date August.
Why on watch - not sure· says he didn't tell anyone
he was suicidal
warden says she's going to transfer him; years for life out there
COs call him 'retard', bitch, etc.

**GARRETT, JAMES**
**149405**

he woods - going to refer to psychiatrist   , mostly probs c medical
1 man cell. probs defecating
stacks of medical cards / stop sick call slips
15 yr sentence, served
12/6/18 shut date for release
meet sick call requests
outside contact - don't youn
has been written disciplinaries for previous requests <4

CONFIDENTIAL - ATTORNEYS EYES ONLY

PLF013961

**PAGE, NATHANIEL**
**274986**

Ms Burks - psych lady 1x/mo
In Seg since December ; Zoloft + Vistaril
never seen counselor privately
transferred from Ventress - holding was limit, appeared to
                                        go to Level 5 - in Dec.
suicide, set cell on fire . 26 cell last month
/              ↳ while on suicide watch
he's back on watch now
had ~~psych~~ prozac since age 5
prior Remeron + Zoloft
not hopeless but stressed out
45'/day out - have to put sign out .


**McCLEOD, FREESHONE**
**229466**

Schizoaffective D/O, depressed type ;     Bullock MH x 7 yrs
11 mos - scared here.
jumped on in population dorm I2 → C1
Geodon, Vistaril, Lexapro, Cogentin
                    BID
sees Ms Burk 60-90 days
Ms Woods - every 30days   .5-10'
            Stress management - graduated ; no groups
Stress, Anger, Coping,                  scheduled here
~~#9~~ 9 yrs
Honor Dorm
gts asked for six but so far they do take no for an
    answer

Was in RTU - no discharge summary or transfer
    summary

CONFIDENTIAL - ATTORNEYS EYES ONLY

PLF013962

## APPENDIX C:  Prisoner Number/Name Key
## ATTORNEYS' EYES ONLY

**Tutwiler**
1.  Allen, Mindy 223694
2.  Nelson, Evelyn 289925
3.  Lucio, Amy
4.  Casey, Monique 214440
5.  Anderson, Amy 285694
6.  Mims, Quiandra, 283636
7.  Norris, Karen 219214
8.  McLaughlin, Kimberly 283924
9.  Pauley, Cynthia 297077

**Bibb**
10. Businelle, Richard 177891
11. McCoy, Roger 176745*
12. Glenn, Kenny 189742
13. Brown, Bobby 200684
14. Cole, Takeimah 213565

**St. Clair**
15 Hartley, Sylvester 136284
16 Bui, Quang 238694
17 Little, Terry 135407
18 Marsh, Charley 150198
19 Young, Henry 168768
20 Dunn, Joshua 240896A
21 Nelson, Curtis 175965
22 Prince, Monte 250508
23 Carter, Howard 181334

**Holman**
24 Burton, Charles Lee z537
25 Burns, Joseph 225070
26 Saini, Amrit 182247
27 Harrell, Reginald 261808
28 Dozier, Altair 264519
29 Pruitt, Leviticus 217910

Records reviewed on site (copies requested, not received as of this report):
30 Reeves, Matthew z236
31 Wilson, Chris 160809
32 Poole, Heath 294806

**Fountain**
33 Smith, Raven 293267
34 Morton, Mark 230027
35 Anderson, Jerel 235137

36  Hatley, Danny 134563
37  Curtis, Andrew 298446
38  Harris, Michael 144257
39  Torres, Kevin 295891
40  Moore, Larry 155768

**Donaldson**
41  Evans, Harold 143082
42  Bradley, Thomas 150579
43  Moneyham, Jessie 198467
44  Harrison, Carl 140523
45  Smith, Antwain 273766
46  Williams, James 118213
47  Powell, Timothy 132619
48  Lange, Fred 143640
49  Young, Larry 214591
50  Miles, Samuel 279820
51  Fowler, Don 127508
52  Stevens, Howard 232108 (declined interview)
53  Jones, Robert 228280
54  Broadhead, James 224802

**Kilby**
55  Graham, Hershel 298477
56  Walker, Gerald 285584
57  Rhodes, Michael 187422
58  Jones, Roger 185093
59  Barlow, Michael 134657
60  Thomley, Andrew 296039
61  Brown, Dewayne 246907
62  Smith, Deangelo 299028
63  Parker, Shaquille 275050
64  Leoff, Robert 298322
65  Johnson, Pernell 214261

Chart reviews:
66  Kugler-Cruz, Michael 231585
67  Chatman, Rex 121857
68  Wimberly, David 298685
69  Harris, Antonio 294931
70  Newsome, Joe 295239
71  Hood, Joshua 285302

**Bullock**
72  McCoy, Roger 176745
73  Elliott, Carl 215015
74  Miller, Carlson 250116
75  Moncrief, Kenneth 140337
76  McCampbell, Freddie 263043

ATTORNEYS' EYES ONLY

**Segregation cell front:**
77  Fallin, Louwantez 299328
78  Thorton, Billy 271763
79  Covin, Dominique 219918
80  Boldin, Tommy 142961
81  Long, Keondrae 291699
82  Mann, Christopher 284664
83  Watson, John 184871
84  Anderson, Cedric 198757

**Brief interviews in hallway:**
85  Dillard, Robert 137415*
86  Knight, Moses 109958

**SU cell front:**
87  Barnes, Brian 181505
88  Barnett, Andrae 205748
89  White, Lashun 264631
90  Lee, Gregory 184070
91  White, Lashun 264631

**RTU inmates:**
92  Bennett, Gary 235944
93  Howard, Edward 179031
94  Moore, Emmery 229730
95  Corbett, Willie 258618
96  Thorton, Billy 271763
97  Anderson, Cedric 198757

**Easterling**
Segregation cell front:
98  Cordell, Avery 145836
99  Paige, Nathaniel 274986
100 Head, Alonza 131097
101 Thomas, Cornelius 255935
102 Franks, James 223960
103 Garrett, James 149405
104 Loveless, Derrick 252189
105 Davis, Christopher 188423
106 Caldwell, Cruz 277286
107 Scott, Jimmy 148285

**Interviews:**
108 Smith, Timothy 212317
109 Cordell, Avery 145836
110 Garrett, James 149405
111 Paige, Nathaniel 274986
112 Mcleod, Freeshone 229466