IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| EDWARD BRAGGS, et al.,       )<br>                              )<br>    Plaintiffs,             )<br>                              )<br>    v.                        )<br>                              )<br>JEFFERSON S. DUNN, in his     )<br>official capacity as          )<br>Commissioner of               )<br>the Alabama Department of    )<br>Corrections, et al.,         )<br>                              )<br>    Defendants.              ) | CIVIL ACTION NO.<br>2:14cv601-MHT<br>(WO) |

### AMENDED PHASE 2A INTERIM RELIEF ORDER
### REGARDING SUICIDE PREVENTION MEASURES

The parties having agreed in open court on January 12, 2017, to the attached "Interim Agreement Regarding Suicide Prevention Measures" and to when the agreement will terminate, it is ORDERED that defendants shall comply with the agreement until the court enters a final order in Phase 2A of this case.

Furthermore, the agreement states: "The above-referenced terms and conditions reflect a voluntary interim agreement reached by the parties in

this action and, in exchange for the terms and conditions of this Agreement, Plaintiffs will move to withdraw the Motion for Temporary Restraining Order without prejudice and expressly reserving the right to re-file and/or seek additional relief at any point in the future." Accordingly, it is further ORDERED that the plaintiffs' oral motion to withdraw, made in open court on January 12, 2017, is granted and that the plaintiffs' emergency motion for temporary restraining order or preliminary injunction (doc. no. 1075) is withdrawn without prejudice.

The parties agree that the agreement is only an interim measure and does <u>not</u> constitute a final resolution of any of the issues currently before the court.

It is further ORDERED that the court's previous Phase 2 Interim Relief Order Regarding Suicide Prevention Measures (doc. no. 1102) is vacated.

DONE, this the 13th day of January, 2017.

                                      /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**