IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| EDWARD BRAGGS, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action Number |
| | ) | |
| v. | ) | 2:14-cv-00601-MHT-TFM |
| | ) | |
| JEFFERSON DUNN, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO EXCLUDE EVIDENCE

COME NOW Plaintiffs and move to exclude Defendants' Demonstrative Exhibit 19 (Def. Dem. Ex. 19) and related testimony, or alternatively to permit Plaintiffs to supplement the record with responsive testimony from their security expert Eldon Vail.  Plaintiffs move on the following grounds:

1. The Plaintiffs are a class of seriously mentally ill prisoners who contend that their constitutional rights have been violated by the Alabama Department of Corrections (ADOC).  They allege, among other things, that the ADOC is understaffed and that understaffing impedes the delivery of constitutionally adequate mental health care.

2. The parties appeared before this Court for trial between December 5, 2016 and February 2, 2017.

3. On January 30, 2017, Defendants called Steve Brown, ADOC's Chief of Staff, to testify. During his testimony, Defendants introduced Def. Dem. Ex. 19, which is a chart describing correctional officer staffing levels.

4. Chief of Staff Brown testified that not all of the information upon which the chart is based was included in the ADOC monthly reports that were available to Plaintiffs. Jan. 30, 2017, R.D. Trial Tr., at 192:19-193:1.

5. The Plaintiffs raised an objection to this evidence at trial, explaining that the document was requested but had not been produced during discovery. *Id*. at pp. 188:21-191:2. *See* Exhibit A, Plaintiffs' Fourth Request for Production of Documents, at Request 129 (requesting "All staffing analysis, staffing models, staffing plans, custody staffing models, AND/OR authorized custody staffing models or plans effective, at each ADOC facility, between January 1, 2010 and present.").

6. Plaintiffs further described how the late introduction of such evidence was prejudicial to their case, given that Plaintiffs' expert did not have the opportunity to review and discuss the document. Plaintiffs summarized the prejudice to their case as follows:

> MS. MORRIS: Your Honor, the problem is that, for example, we weren't able to show this to Mr. Vail to have him talk about it in a sensible and reasoned way, to have him explain what would be…the problems related to having excessive overtime… [W]e didn't have anything like this to explore with him the concrete numbers about what is being discussed and what this…

```
          actually means for ratios. And that would have been
          extraordinarily relevant to his testimony and to our
          presentation of evidence relating to what, in fact,
          are the staffing ratios, how many people are, in fact,
          staffing the facilities.
```

Jan. 30. 2017, R.D. Trial Tr., at p. 191:10-22.

7. The Court took Plaintiffs' objection under advisement and noted that it would consider Plaintiffs' concerns. *Id*. at p. 196:21-22.

8. Plaintiffs now reassert their objection and respectfully request that the Court exclude Def. Dem. Ex. 19 and related testimony pursuant to F.R.C.P. 37(c)(1), which states that "If a party fails to provide information or identify a witness as required by Rule 26(a) or (e), the party is not allowed to use that information or witness to supply evidence on a motion, at a hearing, or at a trial, unless the failure was substantially justified or harmless."

9. In the event that the Court does not deem it appropriate to exclude the exhibit and/or Chief of Staff Brown's testimony concerning it, Plaintiffs ask that the grounds for their objection and Defendants' failure to properly disclose the information be considered in determining the weight accorded to such evidence.

10. Should the Court determine that the subject evidence is not to be excluded, Plaintiffs request permission to supplement the trial record with testimony from their expert, which has been attached hereto as Exhibit B, Declaration of Eldon Vail Regarding Determining Adequate Levels of Custody Staff.

Dated: February 9, 2017                    Respectfully Submitted,

/s/ Latasha L. McCrary
Latasha L. McCrary
One of the Attorneys for Plaintiffs
Southern Poverty Law Center
400 Washington Avenue
Montgomery, AL 36104

Rhonda Brownstein (ASB-3193-O64R)
Maria V. Morris (ASB-2198-R64M)
Ebony G. Howard (ASB-7247-O76H)
Latasha L. McCrary (ASB-1935-L75M)
Brooke Menschel (ASB-7675-Z61K)
Jaqueline Aranda Osorno (ASB-3296-A17H)
Natalie Lyons (ASB-1108-D63Y)
SOUTHERN POVERTY LAW CENTER
400 Washington Avenue
Montgomery, AL 36104
Telephone: (334) 956-8200
Facsimile:  (334) 956-8481
maria.morris@splcenter.org
ebony.howard@splcenter.org
latasha.mccrary@splcenter.org
brooke.menschel@splcenter.org
jaqueline.aranda@splcenter.org
natalie.lyons@splcenter.org

Miriam Haskell* (FL. Bar No. 069033)
SOUTHERN POVERTY LAW CENTER
P.O. Box 370037
Miami, FL 33137
Telephone: (786) 347-2056
Facsimile: (786) 237-2949
miriam.haskell@splcenter.org
*admitted pro hac vice

Eunice Cho* (GA. Bar No. 632669)

SOUTHERN POVERTY LAW CENTER
1989 College Avenue NE
Atlanta, GA 30317
Telephone: (404) 221-5842
Facsimile: (404) 221-5857
eunice.cho@splcenter.org
*admitted pro hac vice

Kristi L. Graunke* (GA. Bar No. 305653)
SOUTHERN POVERTY LAW CENTER
1989 College Avenue NE
Atlanta, GA 30317
Telephone: (334) 324-5177
Facsimile: (404) 221-5857
kristi.graunke@splcenter.org
*admitted pro hac vice

William Van Der Pol, Jr. (ASB-2112-114F)
Glenn N. Baxter (ASB-3825-A41G)
Alabama Disabilities Advocacy
Program Box 870395
Tuscaloosa, AL  35487
Telephone: (205) 348-4928
Facsimile: (205) 348-3909
wvanderpoljr@adap.ua.edu
gnbaxter@adap.ua.edu

Lisa W. Borden (ASB-5673-D57L)
William G. Somerville, III (ASB-6185-E63W)
Andrew P. Walsh (ASB-3755-W77W)
Dennis Nabors
Patricia Clotfelter (ASB-0841-F43P)
Baker, Donelson, Bearman, Caldwell & Berkowitz PC
420 20th Street North, Suite 1400
Birmingham, AL 35203
Telephone: (205) 328-0480
Facsimile: (205) 322-8007
lborden@bakerdonelson.com
wsomerville@bakerdonelson.com
awalsh@bakerdonelson.com

dnabors@bakerdonelson.com
pclotfelter@bakerdonelson.com

Gregory M. Zarzaur (ASB-0759-E45Z)
Anil A. Mujumdar (ASB-2004-L65M)
Diandra S. Debrosse (ASB-2956-N76D)
Zarzaur Mujumdar & Debrosse
2332 2nd Avenue North
Birmingham, AL 35203
Telephone: (205) 983-7985
Facsimile: (888) 505-0523
gregory@zarzaur.com
anil@zarzaur.com
diandra@zarzaur.com

**ATTORNEYS FOR THE PLAINTIFFS**

# **CERTIFICATE OF SERVICE**

I hereby certify that I have on this 9th day of February, 2017, electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

David R. Boyd, Esq.
John G. Smith, Esq.
John W. Naramore, Esq.
Balch & Bingham LLP
Post Office Box 78
Montgomery, AL  36101-0078
dboyd@balch.com
jgsmith@balch.com
jnaramore@balch.com

Michael L. Edwards, Esq.
Steven C. Corhern, Esq.
Balch & Bingham LLP
Post Office Box 306
Birmingham, AL  35201-0306
medwards@balch.com
scorhern@balch.com

William R. Lunsford, Esq.
Melissa K. Marler, Esq.
Stephen C. Rogers, Esq.
Michael P. Huff, Esq.
Maynard, Cooper & Gale, P.C.
655 Gallatin Street, SW
Huntsville, AL  35801
blunsford@maynardcooper.com
mmarler@maynardcooper.com
srogers@maynardcooper.com
mhuff@maynardcooper.com

Mitesh Shah, Esq.
Evan P. Moltz, Esq.
Luther M. Dorr, Jr., Esq.
Maynard, Cooper & Gale, P.C.
1901 6th Avenue North, Suite 2400
Birmingham, AL  35203
mshah@maynardcooper.com
emoltz@maynardcooper.com
rdorr@maynardcooper.com

Anne Hill, Esq.
Elizabeth A. Sees, Esq.
Joseph G. Stewart, Jr., Esq.
Alabama Department of Corrections
Legal Division
301 South Ripley Street
Montgomery, AL  36104
anne.hill@doc.alabama.gov
elizabeth.sees@doc.alabama.gov
joseph.stewart@doc.alabama.gov

Deana Johnson, Esq.
Brett T. Lane, Esq.
MHM Services, Inc.
1447 Peachtree Street, N.E., Suite 500
Atlanta, GA  30309
djohnson@mhm-services.com
btlane@mhm-services.com

/s/ Latasha L. McCrary
One of the Attorneys for Plaintiffs