IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **EDWARD BRAGGS, et al.,** )<br>  )<br>    Plaintiffs, )<br>  )<br>    v. )<br>  )<br>**JEFFERSON S. DUNN, in his** )<br>**official capacity as** )<br>**Commissioner of** )<br>**the Alabama Department of** )<br>**Corrections, et al.,** )<br>  )<br>    **Defendants.** ) | CIVIL ACTION NO.<br>2:14cv601-MHT<br>(WO) |

### PHASE 2A ORDER

It is ORDERED that plaintiffs' motion to supplement the record (doc. no. 1192) is denied without prejudice. It is time that the Phase 2A litigation on liability come to an end and that the issues be resolved reasonably soon. The additional evidence plaintiffs seek is not sufficiently important to justify more delay.

DONE, this the 22nd day of February, 2017.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**