**Response to Proposed Class Action Settlement**

You may be affected by the settlement of the due process claim regarding the administration of involuntary medication in the lawsuit *Braggs v. Dunn*, No. 2:14-cv-00601-MHT-TFM.

A notice of the terms of the settlement has been posted in your facility and you can review a copy of the Proposed Settlement in the law library. You can request a copy of the Proposed Settlement from ADOC personnel or by writing to: William Van Der Pol, Jr., Alabama Disabilities Advocacy Program, Box 870395, Tuscaloosa, Alabama, 35487 or Involuntary Medication Settlement Questions, Southern Poverty Law Center, 400 Washington Ave., Montgomery, Alabama, 36104.

If you are a prisoner with a mental health disability, you have a right to comment or object to the Proposed Settlement. If you wish to testify at the fairness hearing (which may be by videoconference or live), please indicate that in your comments.

General Population:

Get a pre-addressed envelope from the same location you got this response form.  After filling out this form and sealing the envelope, place it in the Legal Mail Box.

Segregation:

Place this response form in the pre-addressed envelope provided and seal it.  The forms will be collected by the Segregation Review Board for them to place in the Legal Mail Box.

Infirmaries, Mental Health Units, Crisis Cells, and Death Row:

Place this response form in the pre-addressed envelope provided and seal it.  The forms will be collected by the Captain who is responsible for those units to be placed in the Legal Mail Box.

**YOU WILL NOT BE CHARGED FOR MAILING THIS FORM, AND THIS WILL NOT COUNT TOWARDS YOUR MONTHLY LEGAL-MAIL LIMIT.**

You can mail the completed form to: Clerk of the Court, United States District Court for the Middle District of Alabama, P.O. Box 711, Montgomery, AL 36101-0711. If you need assistance in completing this form, please notify a Correctional Officer.

**You must include your name, AIS Number, and signature on this form or it will not be considered.  ALL COMMENTS MUST BE PLACED IN THE LEGAL MAIL BOX, PROVIDED TO THE APPROPRIATE ADOC OFFICER OR REPRESENTATIVE, OR POST MARKED BY JULY 17, 2017, TO BE CONSIDERED.**
**Inmate Name (print) _____    AIS Number_____**
**Inmate Signature_____    Date _____**
**Facility_____**

Circle the subject area(s) of your comments

Revision to the Administrative Regulation            Attorneys' Fees

Monitoring process                                   Other

Dispute Resolution Process