IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| EDWARD BRAGGS, et al., ) | |
| ) | |
|    Plaintiffs, ) | |
| ) | CIVIL ACTION NO. |
|    v. ) | 2:14cv601-MHT |
| ) | (WO) |
| JEFFERSON S. DUNN, in his ) | |
| official capacity as ) | |
| Commissioner of ) | |
| the Alabama Department of ) | |
| Corrections, et al., ) | |
| ) | |
|    Defendants. ) | |

OPINION AND ORDER

Based on the representations during an on-the-record status conference on September 26, 2017, it is ORDERED that, rather than the parties filing a joint proposal to address the issue of understaffing--with regard to both correctional and mental-health staff, and with regard to both immediate and long-term relief--defendants are to file a proposal

on this issue by October 9, 2017, and plaintiffs are to submit a response by October 19, 2017.

DONE, this the 26th day of September, 2017.

                                         /s/ Myron H. Thompson
                                         **UNITED STATES DISTRICT JUDGE**