IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| EDWARD BRAGGS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:14cv601-MHT |
| | ) | (WO) |
| JEFFERSON S. DUNN, in his | ) | |
| official capacity as | ) | |
| Commissioner of | ) | |
| the Alabama Department of | ) | |
| Corrections, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**PHASE 2A INVOLUNTARY MEDICATION SETTLEMENT ORDER**

It is ORDERED that the parties' attached notice of final settlement of Phase 2A Involuntary Medication claim is approved.

DONE, this the 9th day of November, 2017.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**