IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| EDWARD BRAGGS, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>JEFFERSON S. DUNN, in his )<br>official capacity as )<br>Commissioner of )<br>the Alabama Department of )<br>Corrections, et al., )<br>)<br>Defendants. ) | CIVIL ACTION NO.<br>2:14cv601-MHT<br>(WO) |

## ORDER RE: HEAT SENSITIVITY

It is ORDERED that the parties' joint report regarding the status of the issue of "heat sensitivity" (doc. no. 1650) is approved.

DONE, this the 28th day of February, 2018.

                                            /s/ Myron H. Thompson
                                            **UNITED STATES DISTRICT JUDGE**