**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | |
|---|---|
| **EDWARD BRAGGS, et al.,** )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>**JEFFERSON S. DUNN, in his** )<br>**official capacity as** )<br>**Commissioner of** )<br>**the Alabama Department of** )<br>**Corrections, et al.,** )<br>)<br>Defendants. ) | **CIVIL ACTION NO.**<br>**2:14cv601-MHT**<br>**(WO)** |

**ORDER**

As stated in open court on February 26, 2018, it is ORDERED that plaintiffs' motion for preliminary injunction (doc. no. 1614) is folded into the resolution of the issue of segregation remedy. *See* Fed. R. Civ. P. 65(a)(2).

The court will consider only "admissible evidence" presented at the segregation remedy hearing. Thus, if the defendants want the court to consider the videos and testimony regarding them, they must present the

videos and related testimony as evidence (in an understandable form) at the hearing. The court will also consider whether to enter a partial, interim relief order on an expedited basis prior to entering any more comprehensive remedial order on segregation.

It is further **ORDERED** that plaintiffs' motion to strike (doc. no. 1670) is denied as moot.

**DONE**, this the 1st day of March, 2018.

                                /s/ Myron H. Thompson
                            **UNITED STATES DISTRICT JUDGE**