# IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
# MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| EDWARD BRAGGS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:14cv601-MHT |
| | ) | (WO) |
| JEFFERSON S. DUNN, in his | ) | |
| official capacity as | ) | |
| Commissioner of | ) | |
| the Alabama Department of | ) | |
| Corrections, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ADDITIONAL PHASE 2A REVISED REMEDY SCHEDULING ORDER ON THE EIGHTH AMENDMENT CLAIM**

Due to a scheduling conflict, it is ORDERED that the remaining deadlines and dates for the Phase 2A remedy scheduling order for the Eighth Amendment claim (doc. nos. 1524, 1604, 1631, 1675 and 1685) are further revised as follows:

|                              | OLD DATES              | NEW DATES             |
|------------------------------|------------------------|-----------------------|
| **IDENTIFICATION/ CLASSIFICATION** |                        |                       |
| Evidentiary Hearing          | 3/21/2018 at 9:00 a.m. | 4/4/2018 at 9:00 a.m. |
|                              |                        |                       |
| **PSYCHOTHERAPY**            |                        |                       |
| Defendants' Proposal         | 5/11/18                |                       |
| Plaintiffs' Response         | 5/25/18                |                       |
| Pretrial Hearing             | 6/1/18 at 10:00 a.m.   |                       |
| Evidentiary Hearing          | 6/11/18 at 9:00 a.m.   |                       |
|                              |                        |                       |
| **INDIVIDUAL TREATMENT PLANS** |                      |                       |
| Defendants' Proposal         | 5/11/18                |                       |
| Plaintiffs' Response         | 5/25/18                |                       |
| Pretrial Hearing             | 6/1/18 at 10:00 a.m.   |                       |
| Evidentiary Hearing          | 6/11/18 at 9:00 a.m.   |                       |
|                              |                        |                       |
| **HOSPITAL-LEVEL CARE**      |                        |                       |
| Evidentiary Hearing          | 7/9/18 at 9:00 a.m.    |                       |
|                              |                        |                       |
| **SUICIDE PREVENTION**       |                        |                       |
| Defendants' Proposal         | 8/14/18                |                       |
| Plaintiffs' Response         | 8/28/18                |                       |
| Pretrial Hearing             | 9/4/18 at 10:00 a.m.   |                       |
| Evidentiary Hearing          | 9/10/18 at 9:00 a.m.   |                       |
|                              |                        |                       |
| **DISCIPLINARY SANCTIONS**   |                        |                       |
| Defendants' Proposal         | 9/21/18                |                       |
| Plaintiffs' Response         | 10/5/18                |                       |
| Pretrial Hearing             | 10/12/18 at 10:00 a.m. |                       |
| Evidentiary Hearing          | 10/22/18 at 9:00 a.m.  |                       |

**DONE, this the 8th day of March, 2018.**

                                      /s/ Myron H. Thompson
                            **UNITED STATES DISTRICT JUDGE**