**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | | |
|---|---|---|
| EDWARD BRAGGS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:14cv601-MHT |
| | ) | (WO) |
| JEFFERSON S. DUNN, in his | ) | |
| official capacity as | ) | |
| Commissioner of | ) | |
| the Alabama Department of | ) | |
| Corrections, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**PHASE 2A ORDER RE: SEGREGATION REMEDY**

It is ORDERED that the following stipulations made by the parties in open court on February 28, 2018, as clarified during an on-the-record conference call on March 5, 2018, are approved:

(1) The ADOC will use the definition of serious mental illness (SMI) that has been adopted and published by the American Correctional Association, which is set forth in plaintiffs' Demonstrative Exhibit 174.

(2) Dr. Kathryn Burns and Dr. Mary Perrien will work together to develop a training module for the ADOC's mental-health staff on the implementation of the SMI designation and how the American Correctional Association's definition of SMI should be applied and implemented in determining which individuals would be designated as having an SMI. The training module will be in place throughout the term of either two years from February 27, 2018, or until the termination of any order that this court might enter on a segregation remedy, if it so chooses, whichever is longer.

(3) The SMI designation will be independent from the ADOC's mental-health coding system and will be identified by a flag or a warning signal, or a signal somewhere else within the electronic system.

(4) An SMI designation may only be made by an individual who is a member of the ADOC's vendor's mental-health staff who is authorized under Alabama law to diagnose a mental-health condition.

It is further ORDERED that, pursuant to the parties' joint statement (doc. no. 1695), the Burns and Perrien training module is to be complete by May 31, 2018, and ADOC is to make the training module available for use by appropriate mental-health staff by July 31, 2018.

DONE, this the 30th day of March, 2018.

                                           /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE