# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **EDWARD BRAGGS,** *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No. 2:14-cv-00601-MHT-GMB |
| v. | ) |
| | ) District Judge Myron H. Thompson |
| **JEFFERSON DUNN,** *et al.*, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF FILING

COME NOW, Defendants JEFFERSON DUNN ("Commissioner Dunn") and RUTH NAGLICH ("Naglich" and, collectively with Commissioner Dunn, "the State"), and, pursuant to this Court's February 20, 2018, Order (Doc. No. 1657), hereby submit under seal Merle ("Russ") and Margaret ("Meg") Savages' correctional staffing analysis report to the Alabama Department of Corrections, attached hereto as **Exhibit A** (under seal).

Dated: May 2, 2018.

                                              */s/ William R. Lunsford*
                                              William R. Lunsford
                                              *Attorney for the Commissioner and*
                                              *Associate Commissioner*

William R. Lunsford
Matthew B. Reeves
Melissa K. Marler
Stephen C. Rogers

Alyson L. Smith
**MAYNARD, COOPER & GALE, PC**
655 Gallatin Street
Huntsville, AL 35801
Telephone: (256) 512-5710
Facsimile: (256) 512-0119
blunsford@maynardcooper.com
mreeves@maynardcooper.com
mmarler@maynardcooper.com
srogers@maynardcooper.com
asmith@maynardcooper.com

Luther M. Dorr, Jr.
Mitesh B. Shah
**MAYNARD, COOPER & GALE, PC**
1901 Sixth Avenue North
2400 Regions Harbert Plaza
Birmingham, AL 35203
Telephone: (205) 254-1178
Facsimile: (205) 714-6438
rdorr@maynardcooper.com
mshah@maynardcooper.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon all attorneys of record in this matter, including without limitation the following, by the Court's CM/ECF system on this the 2nd day of May, 2018:

Maria V. Morris
Rhonda C. Brownstein
Latasha L. McCrary
J. Richard Cohen
Caitlin J. Sandley
Grace Graham
Jonathan Blocker
**SOUTHERN POVERTY LAW CENTER**
400 Washington Avenue
Montgomery, Alabama 36104
Telephone: (334) 956-8200
Facsimile: (334) 956-8481
maria.morris@splcenter.org
rhonda.brownstein@splcenter.org
latasha.mccrary@splcenter.org
richard.cohen@splcenter.org
cj.sandley@splcenter.org
grace.graham@splcenter.org
jonathan.blocker@splcenter.org

William Van Der Pol, Jr.
Glenn N. Baxter
Barbara A. Lawrence
Andrea J. Mixson
**ALABAMA DISABILITIES ADVOCACY PROGRAM**
University of Alabama
500 Martha Parham West
Box 870395
Tuscaloosa, Alabama 35487-0395
Telephone: (205) 348-6894
Facsimile: (205) 348-3909
wvanderpoljr@adap.ua.edu
gnbaxter@bama.ua.edu
blawrence@adap.ua.edu
amixson@adap.ua.edu

Gregory M. Zarzaur
Anil A. Mujumdar
Diandra S. Debrosse
Denise Wiginton
**ZARZAUR MUJUMDAR & DEBROSSE**
2332 2nd Avenue North
Birmingham, AL 35203
Telephone: (205) 983-7985
Facsimile: (888) 505-0523
gregory@zarzaur.com
anil@zarzaur.com
fuli@zarzaur.com
denise@zarzaur.com

Andrew P. Walsh
William G. Somerville III
Patricia Clotfelter
Lisa W. Borden
**BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC**
420 20th Street North
Suite 1400
Birmingham, Alabama 35203
Telephone:  (205) 244-3863
Facsimile:  (205) 488-3863
awalsh@bakerdonelson.com
wsomerville@bakerdonelson.com
pclotfelter@bakerdonelson.com

3

lborden@bakerdonelson.com

John G. Smith
David R. Boyd
**BALCH & BINGHAM LLP**
Post Office Box 78
Montgomery, AL 36101-0078
Telephone: (334) 834-6500
Facsimile: (866) 316-9461
jgsmith@balch.com
dboyd@balch.com

Steven C. Corhern
**BALCH & BINGHAM LLP**
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 488-5708
scorhern@balch.com

Anne A. Hill
Elizabeth A. Sees
Joseph G. Stewart
**ALABAMA DEPARTMENT OF CORRECTIONS**
Legal Division
301 South Ripley Street
Montgomery, Alabama 36130
Telephone (334) 353-3884
Facsimile (334) 353-3891
anne.hill@doc.alabama.gov
elizabeth.sees@doc.alabama.gov
joseph.stewart@doc.alabama.gov

Deana Johnson
Brett T. Lane
**MHM SERVICES, INC.**
1447 Peachtree Street NE
Suite 500
Atlanta, GA 30309
Telephone: (404) 347-4134
Facsimile: (404) 347-4138
djohnson@mhm-services.com
btlane@mhm-services.com

Lonnie J. Williams
**ALABAMA DISABILITIES ADVOCACY PROGRAM**
P. O. Box 870395
Tuscaloosa, AL 35487
Telephone: (205) 348-4928
Facsimile: (205) 348-3909
lwilliams@adap.ua.edu

*/s/ William R. Lunsford*
Of Counsel

4