IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| EDWARD BRAGGS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:14cv601-MHT |
| | ) | (WO) |
| JEFFERSON S. DUNN, in his | ) | |
| official capacity as | ) | |
| Commissioner of | ) | |
| the Alabama Department of | ) | |
| Corrections, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**PHASE 2A ORDER AND INJUNCTION ON MENTAL-HEALTH PYSCHOTHERAPY AND CONFIDENTIALITY REMEDY**

On June 8, 2018, the parties submitted stipulations regarding psychotherapy and confidentiality. They agreed that the stipulations should be reduced to an enforceable order and further agreed to some clarifications of the stipulations during an on-the-record hearing on June 13, 2018. They submitted amended stipulations incorporating some of those clarifications on June 14, 2018. On June 18, 2018, during an on-the-record hearing, the parties further

agreed that the stipulations prohibit placement of segregation inmates in the residential treatment units--that is, the RTU, SU, and SLU units--and require that placement of any inmate in those units be based on clinical judgment. Accordingly, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The stipulations (doc. no. 1893) as clarified during on-the-record hearings on June 13 and June 18, 2018, amended on June 14, 2018, and as attached to this order, are approved.

(2) Pursuant to the stipulations, and by agreement of the parties made on-the-record on June 18, 2018, segregation inmates are prohibited from being placed in the residential treatment units--that is, the RTU, SU, and SLU units--and placement of any inmate in those units must be based on clinical judgment.

(3) Defendants Jefferson Dunn and Ruth Naglich are ENJOINED and RESTRAINED from failing to comply

2

with the stipulations (doc. no. 1983) as clarified during on-the-record hearings on June 13 and June 18, 2018, amended on June 14, 2018, and as attached to this order.

DONE, this the 19th day of June, 2018.

                                        /s/ Myron H. Thompson
                                        **UNITED STATES DISTRICT JUDGE**