IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| EDWARD BRAGGS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:14cv601-MHT |
| | ) | (WO) |
| JEFFERSON S. DUNN, in his | ) | |
| official capacity as | ) | |
| Commissioner of | ) | |
| the Alabama Department of | ) | |
| Corrections, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**PHASE 2A REVISED REMEDY SCHEDULING ORDER
ON THE EIGHTH AMENDMENT CLAIM**

Previously this court severed the Phase 2A Eighth Amendment remedy into the various contributing factors, to be addressed seriatim. *See* Phase 2A Revised Remedy Scheduling Order on Eighth Amendment Claim (doc. no. 1357). Today, in a separate order, the court further severed the issue of remedial monitoring from each of the other factors, to be addressed at the end as a discrete issue.

It is therefore ORDERED that the remaining deadlines and dates for the Phase 2A remedy scheduling order for the Eighth Amendment claim (doc. no. 1926) are, accordingly, revised as follows:

|  | OLD DATES | NEW DATES |
|---|---|---|
|  |  |  |
| **STAFFING** |  |  |
|  |  |  |
| **Joint Statement and/or Defendants' Response to Show-Cause Order Re: Mental-Health Understaffing** | 7/23/18 |  |
|  |  |  |
| **HOSPITAL-LEVEL CARE** |  |  |
| **Joint Status Report** | 9/7/18 |  |
| **Defendants' New Proposal** | 9/17/18 |  |
| **Plaintiffs' Response** | 9/27/18 |  |
| **Pretrial Briefs, Summarizing Issues and Evidence for Trial** | 10/15/18 |  |
| **Evidentiary Hearing and Oral Argument** | 10/22/18 at 9:00 a.m. |  |
|  |  |  |
| **SUICIDE PREVENTION** |  |  |
| Defendants' Proposal | 8/14/18 |  |
| Plaintiffs' Response | 8/28/18 |  |
| Pretrial Hearing | 9/4/18 at 10:00 a.m. |  |
| Evidentiary Hearing | 9/10/18 at 9:00 a.m. |  |
|  |  |  |
| **DISCIPLINARY SANCTIONS** |  |  |
| Defendants' Proposal | 9/21/18 |  |
| Plaintiffs' Response | 10/5/18 |  |
| Pretrial Hearing | 10/12/18 at 10:00 a.m. |  |
| Evidentiary Hearing | 10/22/18 at 9:00 a.m. |  |
|  |  |  |
| **MONITORING** |  |  |
| Defendants' Proposal |  | 11/2/18 |
| Plaintiffs' Response |  | 11/16/18 |
| Pretrial Hearing |  | 11/27/18 at 10:00 a.m. |
| Evidentiary Hearing |  | 12/11/18 at 9:00 a.m. |

**DONE, this the 19th day of July, 2018.**

                     /s/ Myron H. Thompson
                     **UNITED STATES DISTRICT JUDGE**