IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| EDWARD BRAGGS, *et al.*, | ) | |
| | ) | |
|    Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 2:14-cv-00601-MHT-GMB |
| | ) | U.S. District Court Judge Thompson |
| JEFFERSON DUNN, *et al.*, | ) | |
| | ) | |
|    Defendants. | ) | |

## MOTION FOR VOLUNTARY DISMISSAL OF NAMED PLAINTIFFS WHO ARE NO LONGER IN ADOC CUSTODY

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiffs hereby move the Court to dismiss the following Named Plaintiffs who are no longer in the physical custody of the Alabama Department of Corrections ("ADOC").[1]

**Named Plaintiffs Who Died While in ADOC Custody**

- Edward Braggs
- Chandler Clements
- Timothy Sears
- Hubert Tollar
- Jamie Wallace

**Named Plaintiffs Who Have Been Released from ADOC Custody**

- Gary Lee Broyles
- Richard Businelle

---

[1] Plaintiffs have been attempting to negotiate a stipulation of dismissal with Defendants since June 12, 2018. The Parties did not reach an agreement.

- Howard Carter
- Robert Dillard
- Christopher Gilbert
- Dwight Hagood
- Justin Hall
- Charlie Henderson
- John Maner
- Kenneth Moncrief
- Tommie Moore
- Augustus Smith
- Richard Terrell

The following is a list of Named Plaintiffs who remain in ADOC's physical custody and their pending claims. These Named Plaintiffs should be included in the caption of the case:

- Sheila Allen (medical, dental)
- Raymond Bosarge (dental)
- Tedrick Brooks (dental, medical, ADA)
- Quang Bui (mental-health[2])
- Joshua Dunn (medical)
- Cordara Dunner (dental)
- Brittany Ellis (dental)
- Serena English (dental)
- Daletrick Hardy (ADA)
- Cherritha Harris (dental)
- Sylvester Hartley (mental-health, ADA)
- Christopher Jackson (mental-health, ADA)
- Brandon Johnson (mental-health, ADA)
- Rick Martin (medical)
- Willie McClendon (medical)
- Roger McCoy (mental-health, ADA)
- Jermaine Mitchell (ADA)

---

[2] Quang Bui's claims regarding involuntary medication policies and practices were previously dismissed.  (Doc. Nos. 1248-1 and 1354).

- Matthew Mork (dental, medical)
- Roger Moseley (medical, ADA)
- Karen Norris (dental)
- Bradley Pearson (ADA)
- Leviticus Pruitt (mental-health, dental, medical, ADA)
- Turner Rogers (medical)
- Brian Sellers (medical)
- Tomas Snyder (dental)
- William Sullivan (dental, medical)
- Daniel Tooley (ADA)
- Joseph Torres (medical, ADA)
- Donald Ray Turner (ADA)
- Valerie Wheeler (dental)
- Robert "Myniasha" Williams (mental-health, medical, ADA)

Dated: July 30th, 2018                           Respectfully Submitted,


                                                 /s/ Maria V. Morris
                                                 Maria V. Morris
                                                 One of the Attorneys for Plaintiffs

Maria V. Morris
Rhonda C. Brownstein
Caitlin J. Sandley
Grace Graham
Jonathan Blocker
David C. Washington
SOUTHERN POVERTY LAW CENTER
400 Washington Avenue
Montgomery, Alabama 36104
Telephone: (334) 956-8200
Facsimile: (334) 956-8481
maria.morris@splcenter.org
rhonda.brownstein@splcenter.org
cj.sandley@splcenter.org
grace.graham@splcenter.org
jonathan.blocker@splcenter.org
david.washington@splcenter.org

Andrew P. Walsh
William G. Somerville III
Patricia Clotfelter
Lisa W. Borden
**BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC**
420 20th Street North
Suite 1400
Birmingham, Alabama 35203
Telephone:  (205) 244-3863
Facsimile:  (205) 488-3863
awalsh@bakerdonelson.com
wsomerville@bakerdonelson.com
pclotfelter@bakerdonelson.com
lborden@bakerdonelson.com

                                        /s/ Anil A. Mujumdar
                                        _____
                                        Anil A. Mujumdar
                                        *One of the Attorneys for the Alabama*
                                        *Disabilities Advocacy Program*

Gregory M. Zarzaur
Anil A. Mujumdar
Diandra S. Debrosse
Denise Wiginton
**ZARZAUR MUJUMDAR & DEBROSSE**
2332 2nd Avenue North
Birmingham, AL 35203
Telephone: (205) 983-7985
Facsimile: (888) 505-0523
gregory@zarzaur.com
anil@zarzaur.com
fuli@zarzaur.com
denise@zarzaur.com

William Van Der Pol, Jr.
Glenn N. Baxter
Barbara A. Lawrence
Andrea J. Mixson
Lonnie J. Williams

Ashley N. Austin
**ALABAMA DISABILITIES ADVOCACY PROGRAM**
University of Alabama
500 Martha Parham West
Box 870395
Tuscaloosa, Alabama 35487-0395
Telephone: (205) 348-6894
Facsimile: (205) 348-3909
wvanderpoljr@adap.ua.edu
gnbaxter@bama.ua.edu
blawrence@adap.ua.edu
amixson@adap.ua.edu
lwilliams@adap.ua.edu
aaustin@adap.ua.edu

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 30th day of July, 2018, electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

David R. Boyd, Esq.
John G. Smith, Esq.
John W. Naramore, Esq.
Balch & Bingham LLP
Post Office Box 78
Montgomery, AL  36101-0078
dboyd@balch.com
jgsmith@balch.com
jnaramore@balch.com

William R. Lunsford, Esq.
Matthew Reeves, Esq.
Melissa K. Marler, Esq.
Stephen C. Rogers, Esq.
Alyson L. Smith, Esq.
Maynard, Cooper & Gale, P.C.
655 Gallatin Street, SW
Huntsville, AL  35801
blunsford@maynardcooper.com
mreeves@maynardcooper.com
mmarler@maynardcooper.com
srogers@maynardcooper.com
asmith@maynardcooper.com

Joseph G. Stewart, Jr., Esq.
Alabama Department of Corrections
Legal Division
301 South Ripley Street
Montgomery, AL  36104
elizabeth.sees@doc.alabama.gov
joseph.stewart@doc.alabama.gov

Steven C. Corhern, Esq.
Balch & Bingham LLP
Post Office Box 306
Birmingham, AL  35201-0306
scorhern@balch.com

Mitesh Shah, Esq.
Luther M. Dorr, Esq.
Maynard, Cooper & Gale, P.C.
1901 6th Avenue North, Suite 2400
Birmingham, AL  35203
mshah@maynardcooper.com
rdorr@maynardcooper.com

Deana Johnson, Esq.
Brett T. Lane, Esq.
MHM Services, Inc.
1447 Peachtree Street, N.E., Suite 500
Atlanta, GA  30309
djohnson@mhm-services.com
btlane@mhm-services.com

/s/ Maria V. Morris
One of the Attorneys for Plaintiffs

6