IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| EDWARD BRAGGS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:14cv601-MHT |
| | ) | (WO) |
| JEFFERSON S. DUNN, in his | ) | |
| official capacity as | ) | |
| Commissioner of | ) | |
| the Alabama Department of | ) | |
| Corrections, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**PHASE 2A REVISED REMEDY SCHEDULING ORDER
ON THE EIGHTH AMENDMENT CLAIM**

It is ORDERED that (1) the joint motion for extension of deadlines (doc. no. 1932) is granted, and (2) the remaining deadlines and dates for the Phase 2A remedy scheduling order for the Eighth Amendment claim (doc. no. 1930) are, accordingly, revised as follows:

|  | OLD DATES | NEW DATES |
|---|---|---|
|  |  |  |
| **STAFFING** |  |  |
|  |  |  |
| **Joint Statement and/or Defendants' Response to Show-Cause Order Re: Mental-Health Understaffing** | 8/1/18 | 8/8/18 |
|  |  |  |
| **HOSPITAL-LEVEL CARE** |  |  |
| **Joint Status Report** | 9/7/18 |  |
| **Defendants' New Proposal** | 9/17/18 |  |
| **Plaintiffs' Response** | 9/27/18 |  |
| **Pretrial Briefs, Summarizing Issues and Evidence for Trial** | 10/15/18 |  |
| **Evidentiary Hearing and Oral Argument** | 10/22/18 at 9:00 a.m. |  |
|  |  |  |
| **SUICIDE PREVENTION** |  |  |
|  |  |  |
| Defendants' Proposal | 8/14/18 |  |
| Plaintiffs' Response | 8/28/18 |  |
| Pretrial Hearing | 9/4/18 at 10:00 a.m. |  |
| Evidentiary Hearing | 9/10/18 at 9:00 a.m. |  |
|  |  |  |
| **DISCIPLINARY SANCTIONS** |  |  |
|  |  |  |
| Defendants' Proposal | 9/21/18 |  |
| Plaintiffs' Response | 10/5/18 |  |
| Pretrial Hearing | 10/12/18 at 10:00 a.m. |  |
| Evidentiary Hearing | 10/22/18 at 9:00 a.m. |  |
|  |  |  |
| **MONITORING** |  |  |
|  |  |  |
| Defendants' Proposal | 11/2/18 |  |
| Plaintiffs' Response | 11/16/18 |  |
| Pretrial Hearing | 11/27/18 at 10:00 a.m. |  |
| Evidentiary Hearing | 12/11/18 at 9:00 a.m. |  |

**DONE, this the 31st day of July, 2018.**

                       **/s/ Myron H. Thompson**
                       **UNITED STATES DISTRICT JUDGE**