IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
EDWARD BRAGGS, et al.,        )
                              )
     Plaintiffs,              )
                              )      CIVIL ACTION NO.
     v.                       )       2:14cv601-MHT
                              )           (WO)
JEFFERSON S. DUNN, in his     )
official capacity as          )
Commissioner of               )
the Alabama Department of     )
Corrections, et al.,          )
                              )
     Defendants.              )
```

ORDER REGARDING CORRECTIONAL STAFFING ANALYSIS

It is ORDERED as follows:

(1) The order resetting a new deadline for the joint statement and/or defendants' response to the show-cause order (doc. no. 1933) is vacated. The court continued the wrong deadline.

(2) The joint request for an extension (doc. no. 1932) is granted. The deadline to mediate any dispute regarding the correctional staffing analysis--a deadline set in the State's Timeline for Correctional Staffing (doc. no. 1583) and incorporated into this

court's Remedial Order on Understaffing (doc. no. 1657)--is extended to August 8, 2018.

DONE, this the 1st day of August, 2018.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE