IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| EDWARD BRAGGS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:14cv601-MHT |
| | ) | (WO) |
| JEFFERSON S. DUNN, in his | ) | |
| official capacity as | ) | |
| Commissioner of | ) | |
| the Alabama Department of | ) | |
| Corrections, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**PHASE 2A REVISED REMEDY SCHEDULING ORDER
ON THE EIGHTH AMENDMENT CLAIM**

It is ORDERED that (1) the plaintiffs are to reply to defendants' response to the show cause order (doc. no. 1936) and the parties are to arrange for an on-the-record conference call as set forth below, and (2) the remaining deadlines and dates for the Phase 2A remedy scheduling order for the Eighth Amendment claim (doc. no. 1930) are, accordingly, revised as follows:

|                                  | OLD DATES              | NEW DATES            |
| -------------------------------- | ---------------------- | -------------------- |
|                                  |                        |                      |
| **STAFFING**                     |                        |                      |
| **Plaintiffs' Reply to Defendants' Response to Show-Cause Order** |  | 8/9/18 |
| **On-the-record Conference Call to Discuss Contempt Issue** |  | 8/13/18 at 10:00 a.m. |
|                                  |                        |                      |
| **HOSPITAL-LEVEL CARE**          |                        |                      |
| **Joint Status Report**          | 9/7/18                 |                      |
| **Defendants' New Proposal**     | 9/17/18                |                      |
| **Plaintiffs' Response**         | 9/27/18                |                      |
| **Pretrial Briefs, Summarizing Issues and Evidence for Trial** | 10/15/18 |       |
| **Evidentiary Hearing and Oral Argument** | 10/22/18 at 9:00 a.m. |              |
|                                  |                        |                      |
| **SUICIDE PREVENTION**           |                        |                      |
| **Defendants' Proposal**         | 8/14/18                |                      |
| **Plaintiffs' Response**         | 8/28/18                |                      |
| **Pretrial Hearing**             | 9/4/18 at 10:00 a.m.   |                      |
| **Evidentiary Hearing**          | 9/10/18 at 9:00 a.m.   |                      |
|                                  |                        |                      |
| **DISCIPLINARY SANCTIONS**       |                        |                      |
| **Defendants' Proposal**         | 9/21/18                |                      |
| **Plaintiffs' Response**         | 10/5/18                |                      |
| **Pretrial Hearing**             | 10/12/18 at 10:00 a.m. |                      |
| **Evidentiary Hearing**          | 10/22/18 at 9:00 a.m.  |                      |
|                                  |                        |                      |
| **MONITORING**                   |                        |                      |
| **Defendants' Proposal**         | 11/2/18                |                      |
| **Plaintiffs' Response**         | 11/16/18               |                      |
| **Pretrial Hearing**             | 11/27/18 at 10:00 a.m. |                      |
| **Evidentiary Hearing**          | 12/11/18 at 9:00 a.m.  |                      |

**DONE, this the 2nd day of August, 2018.**

                            /s/ Myron H. Thompson
                            **UNITED STATES DISTRICT JUDGE**