**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| EDWARD BRAGGS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 2:14-CV-00601-MHT-GMB |
| JEFFERSON DUNN, in his official | ) | JUDGE THOMPSON |
| capacity as Commissioner | ) | |
| of the Alabama Department of | ) | |
| Corrections, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**PLAINTIFFS' SUBMISSION IDENTIFYING EXHIBITS FOR THE MENTAL HEALTH UNDERSTAFFING CONTEMPT EVIDENTIARY HEARING**

The Court ordered the Parties to exchange a list of exhibits they intend to use during the mental health understaffing contempt hearing by noon on September 12, 2018. Doc. 2006. Plaintiffs herein submit their exhibit list for the mental health understaffing contempt hearing set for Tuesday, September 18, 2018.

Plaintiffs have not yet received informal discovery related to the upcoming contempt proceeding. Production is ongoing pursuant to Plaintiffs' recent informal discovery requests. Plaintiffs hereby reserve the right to amend this list to include additional documents received after its filing. Plaintiffs also reserve the right to amend this list to include any documents produced since September 6, 2018 because

Plaintiffs have not yet had the opportunity to review all of the recent productions.

**Previously Admitted Exhibits**

| Ex. No. | Title | Bates/Docket Number |
|---|---|---|
| J-185 | 2013 MHM Contract Review Report and Contract | ADOC000323-ADOC000517 |
| J-336 | 2013 MHM Monthly Operating Reports | ADOC043995-ADOC044303 |
| J-339 | April 2016 MHM Monthly Operating Report | ADOC0392816-ADOC0392837 |
| P-681 | 2008 RFP and MHM Contract | PLF007640-PLF007982 |
| P-1312 | 4th Amendment to MHM Contract | ADOC0406004-ADOC0406035 |
| P-1460 | Wexford Agreement | ADOC0420235-ADOC0420260 |

**New Exhibits**[1]

| Ex. No. | Title | Bates / Docket Number |
|---|---|---|
| P-1516 | Interim Agreement Regarding Suicide Prevention Measures | Doc. 1106-1 |
| P-1519 | Credentialing File of Ruby Burden | |
| P-1520 | Letter from Maria Morris to Bill Lunsford - May 8, 2017 | |
| P-1521 | Letter from Maria Morris to Bill Lunsford - Jan. 9, 2018 | |
| P-1522 | Letter RE: Suicide Prevention Compliance - Apr. 10, 2018 | |
| P-1523 | Letter RE: Suicide Prevention Compliance - May 1, 2018 | |

[1] Many of these exhibits were included on Plaintiffs' Suicide Prevention Remedial Trial Exhibit List. Plaintiffs have retained the originally assigned exhibit numbers.

| Ex. No. | Title | Bates / Docket Number |
|---|---|---|
| P-1524 | Letter RE: Monitoring of Interim Agreement - March 17, 2017 | |
| P-1525 | E-Mail Maria Morris to Bill Lunsford - April 3, 2017 | |
| P-1528 | Suicide Watch Report - April 2018 | |
| P-1529 | Suicide Watch Report - May 2018 | |
| P-1530 | Suicide Watch Report - June 2018 | |
| P-1531 | Suicide Watch Report - July 2018 | |
| P-1532 | May 2018 Wexford Monthly Report | ADOC0424214-607 |
| P-1533 | June 2018 Wexford Monthly Report | ADOC0423819-4213 |
| P-1534 | Wexford Job Posting | |
| P-1535 | Segregation Roster - 4.2.18 | ADOC0420471-548 |
| P-1536 | Segregation Roster - 4.9.18 | ADOC0420549-626 |
| P-1537 | Segregation Roster - 8.21.18 | ADOC0423768-818 |
| P-1538 | Segregation Roster – 9.4.18 | ADOC0425132-182 |
| P-1539 | Suicide Watch Logs Jan. 1-15, 2017 | |
| P-1540 | Suicide Watch Logs Jan. 16-31, 2017 | |
| P-1541 | Suicide Watch Logs Feb. 16-28, 2017 | |
| P-1542 | Suicide Watch Logs March 16-31, 2017 | |
| P-1543 | Suicide Watch Logs April 1-15, 2017 | |
| P-1544 | Suicide Watch Logs April 16-30, 2017 | |
| P-1545 | Suicide Watch Logs May 16-31, 2017 | |
| P-1546 | Suicide Watch Logs June 16-30, 2017 | |
| P-1547 | Suicide Watch Logs July 1-15, 2017 | |
| P-1548 | Suicide Watch Logs July 16-31, 2017 | |
| P-1549 | Suicide Watch Logs August 16-31, 2017 | |
| P-1550 | Suicide Watch Logs September 1-30, 2017 | |
| P-1551 | Suicide Watch Logs October 1-15, 2017 | |
| P-1552 | Suicide Watch Logs October 16-31, 2017 | |
| P-1553 | Suicide Watch Logs November 1-15, 2017 | |

| **Ex. No.** | **Title** | **Bates / Docket Number** |
|---|---|---|
| P-1554 | Suicide Watch Logs November 16-30, 2017 | |
| P-1555 | Suicide Watch Logs December 16-31, 2017 | |
| P-1556 | Suicide Watch Logs Jan. 1-15, 2018 | |
| P-1557 | Suicide Watch Logs Jan. 16-31, 2018 | |
| P-1558 | Suicide Watch Logs Feb. 1-15, 2018 | |
| P-1559 | Suicide Watch Logs Feb. 16-28, 2018 | |
| P-1560 | Suicide Watch Logs March 1-15, 2018 | |
| P-1561 | Suicide Watch Logs March 16-31, 2018 | |
| P-1562 | Suicide Watch Logs April 1-15, 2018 | |
| P-1563 | Suicide Watch Logs April 16-30, 2018 | |
| P-1564 | Suicide Watch Logs May 1-15, 2018 | |
| P-1565 | Suicide Watch Logs May 16-31, 2018 | |
| P-1566 | Suicide Watch Logs June 1-15, 2018 | |
| P-1567 | Suicide Watch Logs June 16-30, 2018 | |
| P-1568 | Suicide Watch Logs July 1-15, 2018 | |
| P-1569 | Suicide Watch Logs July 16-31, 2018 | |
| P-1570 | Suicide Watch Logs August 1-15, 2018 | |
| P-1575 | Burden AL Nursing Board Licensure Report | |
| P-1576 | April 2018 Wexford Monthly Report | ADOC0423323-467 |
| P-1577 | June 2018 ADOC Monthly Statistical Report | |
| P-1578 | Suicide Prevention Report January 1-31, 2017 | |
| P-1579 | Suicide Prevention Report February 1-28, 2017 | |
| P-1580 | Suicide Prevention Report March 1-31, 2017 | |
| P-1581 | Suicide Prevention Report April 1-30, 2017 | |

| Ex. No. | Title | Bates / Docket Number |
|---|---|---|
| P-1582 | Suicide Prevention Report May 1-31, 2017 | |
| P-1583 | Suicide Prevention Report June 1-30, 2017 | |
| P-1584 | Suicide Prevention Report July 1-31, 2017 | |
| P-1585 | Suicide Prevention Report August 1-31, 2017 | |
| P-1586 | Suicide Prevention Report September 1-30, 2017 | |
| P-1587 | Suicide Prevention Report October 1-31, 2017 | |
| P-1588 | Suicide Prevention Report November 1-30, 2017 | |
| P-1589 | Suicide Prevention Report December 1-31, 2017 | |
| P-1590 | Suicide Prevention Report January 1-31, 2018 | |
| P-1591 | Suicide Prevention Report February 1-28, 2018 | |
| P-1592 | Suicide Prevention Report March 1-31, 2018 | |
| P-1593 | Suicide Prevention Report April 1-30, 2018 | |
| P-1594 | Suicide Prevention Report May 1-31, 2018 | |
| P-1595 | Suicide Prevention Report June 1-30, 2018 | |
| P-1596 | Suicide Prevention Report July 1-31, 2018 | |
| P-1598 | March 1, 2018 Quarterly Staffing Report | Doc. 1688-1 |

| Ex. No. | Title | Bates / Docket Number |
|---|---|---|
| P-1599 | June 1, 2018 Quarterly Staffing Report | Doc. 1858-1 |
| P-1600 | Sept. 4, 2018 Quarterly Staffing Report | Doc. 1979-1 |
| P-1601 | July 2018 Bibb Duty Post Logs | |
| P-1602 | Sept. 11, 2018 Segregation Roster | ADOC0427176-ADOC0427222 |
| P-1603 | Donaldson and Easterling Mental Health Referrals Logs and Mental Health Referral Forms | ADOC0426275-ADOC0426288 |
| P-1604 | Bibb Mental Health Rounds Logs | ADOC0426350-ADOC0426387 |
| P-1605 | Bullock Mental Health Rounds Logs | ADOC0426388-ADOC0426401 |
| P-1606 | Donaldson Mental Health Rounds Logs | ADOC0426402-ADOC0426527 |
| P-1607 | Hamilton Mental Health Rounds Logs | ADOC0426554-ADOC0426555 |
| P-1608 | Holman Mental Health Rounds Logs | ADOC0426574-ADOC0426722 |
| P-1609 | Kilby Mental Health Rounds Logs | ADOC0426729-ADOC0426810, ADOC0427094-ADOC0427129 |
| P-1610 | Limestone Mental Health Rounds Logs | ADOC0426811-ADOC0426852 |
| P-1611 | St. Clair Mental Health Rounds Logs | ADOC0426853-ADOC0426883 |
| P-1612 | Tutwiler Mental Health Rounds Logs | ADOC0426884-ADOC0426946 |
| P-1613 | Ventress MH Rounds Logs | ADOC0426947-ADOC0426983 |

| Ex. No. | Title | Bates / Docket Number |
|---|---|---|
| P-1614 | Limestone MH Rounds Logs | ADOC0426984-ADOC0427025 |
| P-1615 | Easterling MH Rounds Logs | ADOC0427055-ADOC0427069 |
| P-1616 | Fountain MH Rounds Logs | ADOC0427161-ADOC0427175 |
| P-1617 | Aug. 2018 Bibb Duty Post Logs | |
| P-1618 | August 14, 2018 Segregation Roster | ADOC0423717-ADOC0423767 |
| Any exhibit necessary for impeachment. | | |

Dated: September 12, 2018

Respectfully Submitted,

/s/ Maria V. Morris

Maria V. Morris
One of the Attorneys for Plaintiffs
Southern Poverty Law Center
400 Washington Avenue
Montgomery, AL 36104

Rhonda Brownstein (ASB-3193-O64R)
Maria V. Morris (ASB-2198-R64M)
Grace Graham (ASB-3040-A64G)
Latasha L. McCrary (ASB-1935-L75M)
Jonathan Blocker (ASB-6818-G19I)
Caitlin J. Sandley (ASB-5317-S48R)
David Clay Washington (ASB-6599-Y42I)
SOUTHERN POVERTY LAW CENTER
400 Washington Avenue
Montgomery, AL 36104
Telephone: (334) 956-8200
Facsimile: (334) 956-8481
rhonda.brownstein@splcenter.org

maria.morris@splcenter.org
grace.graham@splcenter.org
latasha.mccrary@splcenter.org
jonathan.blocker@splcenter.org
cj.sandley@splcenter.org
david.washington@splcenter.org

William Van Der Pol, Jr. (ASB-2112-114F)
Glenn N. Baxter (ASB-3825-A41G)
Lonnie J. Williams
Barbara A. Lawrence
Andrea J. Mixson
Ashley N. Austin (ASB-1059-F69L)
ALABAMA DISABILITIES ADVOCACY PROGRAM
Box 870395
Tuscaloosa, AL 35487
Telephone: (205) 348-4928
Facsimile: (205) 348-3909
wvanderpoljr@adap.ua.edu
gnbaxter@adap.ua.edu
lwilliams@adap.ua.edu
blawrence@adap.ua.edu
amixson@adap.ua.edu
aaustin@adap.ua.edu

Lisa W. Borden (ASB-5673-D57L)
William G. Somerville, III (ASB-6185-E63W)
Andrew P. Walsh (ASB-3755-W77W)
Dennis Nabors
Patricia Clotfelter (ASB-0841-F43P)
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ PC
420 20th Street North, Suite 1400
Birmingham, AL 35203
Telephone: (205) 328-0480
Facsimile: (205) 322-8007
lborden@bakerdonelson.com
wsomerville@bakerdonelson.com
awalsh@bakerdonelson.com
dnabors@bakerdonelson.com
pclotfelter@bakerdonelson.com

/s/ Anil A. Mujumdar
Anil A. Mujumdar (ASB-2004-L65M)
One of the Attorneys for Plaintiff
Alabama Disabilities Advocacy Program
2332 2nd Avenue North
Birmingham, AL 35203

Gregory M. Zarzaur (ASB-0759-E45Z)
Anil A. Mujumdar (ASB-2004-L65M)
Diandra S. Debrosse (ASB-2956-N76D)
Denise Wiginton (ASB-5905-D27W)
ZARZAUR MUJUMDAR & DEBROSSE
2332 2nd Avenue North
Birmingham, AL 35203
Telephone: (205) 983-7985
Facsimile: (888) 505-0523
gregory@zarzaur.com
anil@zarzaur.com
fuli@zarzaur.com
denise@zarzaur.com

**ATTORNEYS FOR THE PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that I have on this 12th day of September, 2018, electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

David R. Boyd, Esq.
John G. Smith, Esq.
John W. Naramore, Esq.
Balch & Bingham LLP
Post Office Box 78
Montgomery, AL 36101-0078
dboyd@balch.com
jgsmith@balch.com
jnaramore@balch.com

William R. Lunsford, Esq.
Matthew Reeves, Esq.
Melissa K. Marler, Esq.
Stephen C. Rogers, Esq.
Alyson L. Smith, Esq.
Melissa C. Neri, Esq.
Maynard, Cooper & Gale, P.C.
655 Gallatin Street, SW
Huntsville, AL 35801
blunsford@maynardcooper.com
mreeves@maynardcooper.com
mmarler@maynardcooper.com
srogers@maynardcooper.com
asmith@maynardcooper.com
mneri@maynardcooper.com

Joseph G. Stewart, Jr., Esq.
Alabama Department of Corrections
Legal Division
301 South Ripley Street
Montgomery, AL 36104
joseph.stewart@doc.alabama.gov

Steven C. Corhern, Esq.
Balch & Bingham LLP
Post Office Box 306
Birmingham, AL 35201-0306
scorhern@balch.com

Mitesh Shah, Esq.
Luther M. Dorr, Esq.
Maynard, Cooper & Gale, P.C.
1901 6th Avenue North, Suite 2400
Birmingham, AL 35203
mshah@maynardcooper.com
rdorr@maynardcooper.com

Deana Johnson, Esq.
Brett T. Lane, Esq.
MHM Services, Inc.
1447 Peachtree Street, N.E., Suite 500
Atlanta, GA 30309
dtjohnson@mhm-services.com
btlane@mhm-services.com

/s/ Maria V. Morris
One of the Attorneys for Plaintiffs