IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

EDWARD BRAGGS, et al.,       )
                             )
      Plaintiffs,            )
                             )        CIVIL ACTION NO.
      v.                     )        2:14cv601-MHT
                             )           (WO)
JEFFERSON S. DUNN, in his    )
official capacity as         )
Commissioner of              )
the Alabama Department of    )
Corrections, et al.,         )
                             )
      Defendants.            )

PHASE 2A ORDER GRANTING IN PART MOTION TO UNSEAL

Based on the representations made in open court on
September 18, 2018, and by agreement of the parties, it
is ORDERED that the motion to unseal (doc. no. 2045) is
granted with respect to mental-health staffing for past
and future quarterly staffing reports. *See*
Understaffing Remedial Order (doc. no. 1657) at 7-9.

DONE, this the 19th day of September, 2018.

                        /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE