IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **EDWARD BRAGGS, et al.,** | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:14cv601-MHT (WO) |
| **JEFFERSON S. DUNN, in his official capacity as Commissioner of the Alabama Department of Corrections, et al.,** | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**PHASE 2A OPINION AND ORDER ON PLAINTIFFS' RENEWED MOTION FOR AN ORDER TO SHOW CAUSE**

The plaintiffs filed a renewed motion for order to show cause as to why the defendants should not be held in contempt of the court's Understaffing Remedial Order. *See* Renewed Motion (doc. no. 2195). In open court on December 7, 2018, the plaintiffs' counsel represented that the motion should be treated as also a motion to reopen the contempt proceedings that the court had continued generally on September 19, 2018. *See* Order of Continuance (doc. no. 2058).

Because the plaintiffs have adequately alleged in their renewed motion for order to show cause, as well as in the earlier submissions and evidence presented to the court, that the defendants have failed to meet the deadlines at issue, see Order and Opinion (doc. no. 2030) (explaining the background to this aspect of the litigation, which background the court readopts here), the court will now order the defendants to show cause why they should not be held in civil contempt.

Accordingly, it is ORDERED that:

(1) The plaintiffs' motion to reopen the contempt proceedings (doc. no. 2195) is granted.

(2) The plaintiffs' motion for order to show cause (doc. no. 2195) is granted.

(3) The defendants are to show cause in writing by noon on December 21, 2018, as well as at the evidentiary hearing on January 7, 2019, as why they should not be held in contempt.

(4) The plaintiffs may file a reply by noon on January 4, 2019.

(5) The previously continued contempt proceedings, *See* Order of Continuance (doc. no. 2058), are to resume on, and the renewed contempt proceedings are set for, January 7, 2019, at 9:00 a.m., in Courtroom 2FMJ of the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE, this the 12th day of December, 2018.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**