IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| EDWARD BRAGGS, et al., | ) | |
| | ) | |
|     Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:14cv601-MHT |
| | ) | (WO) |
| JEFFERSON S. DUNN, in his | ) | |
| official capacity as | ) | |
| Commissioner of | ) | |
| the Alabama Department of | ) | |
| Corrections, et al., | ) | |
| | ) | |
|     Defendants. | ) | |

**PHASE 2A REVISED REMEDY SCHEDULING ORDER
ON THE EIGHTH AMENDMENT CLAIM**

Based on the representations made on the record on December 11, 2018, it is ORDERED that the remaining deadlines and dates for the Phase 2A remedy scheduling order for the Eighth Amendment claim are revised as follows:

|  | OLD DATES | NEW DATES |
|---|---|---|
|  |  |  |
| **SEGREGATION** |  |  |
|  |  |  |
| **Parties to Develop Schemes to Verify that Defendants Are Now Accurately and Timely Identifying SMI Inmates with Regard to Segregation** | **Continued Generally Pending Mediation and Resolution of the Monitoring Issue** |  |
|  |  |  |
| **STAFFING** |  |  |
|  |  |  |
| **Defendants to Show Cause in Writing as to Renewed Contempt Issue (doc. no. 2195)** | 12/21/18 at noon |  |
| **Plaintiffs Allowed to File Reply as to Renewed Contempt Issue (doc. no. 2195)** | 1/4/19 at noon |  |
| **Resumption of Evidentiary Hearing on Initial Contempt Issue (doc. no. 1916)** | 1/7/19 at 9:00 a.m. |  |
| **Evidentiary Hearing on Renewed Contempt Issue (doc. no. 2195)** | 1/7/19 at 9:00 a.m. |  |
| **Oral Argument on Defendants' Motion to Alter, Amend, etc. (doc. no. 2184)** |  | 1/7/19 at 9:00 a.m. |
|  |  |  |
| **HOSPITAL-LEVEL CARE** |  |  |
|  |  |  |
| **Plaintiffs' Response to Defendants' New Proposal filed on 9/17/18** | 1/7/19 |  |
| **Pretrial Briefs Summarizing Issues and Evidence for Trial** | 1/14/19 |  |
| **Evidentiary Hearing and Oral Argument (on Due Process Issue)** | 1/28/19 at 9:00 a.m. |  |
|  |  |  |

| | | |
|---|---|---|
| **SUICIDE PREVENTION** | | |
| Experts to Submit Report | 2/15/19 | |
| Pretrial Briefs | 3/11/19 | |
| Pretrial Hearing | 3/18/19 at 10:00 a.m. | |
| Evidentiary Hearing | 3/25/19 at 9:00 a.m. | |
| | | |
| **DISCIPLINARY SANCTIONS** | | |
| Defendants' Proposal | 12/21/18 | |
| Plaintiffs' Response | 12/28/18 | |
| Pretrial Hearing | 1/7/19 at 10:00 a.m. | 1/7/19 at 8:00 a.m. |
| Evidentiary Hearing | 1/28/19 at 9:00 a.m. | |
| | | |
| **MONITORING** | | |
| Plaintiffs and Defendants to Submit PLRA Briefs | 12/17/18 | |
| Plaintiffs and Defendants Allowed to Submit PLRA Reply Briefs | 12/21/18 | |
| Plaintiffs to Submit Proposed Opinion, with Citations to Transcript and Exhibits | | 1/14/19 |
| Defendants Allowed to Submit Response or Proposed Opinion, with Citations to Transcript and Exhibits | | 1/28/19 |
| Plaintiffs Allowed to Submit Reply, with Citations to Transcript and Exhibits. (The court will decide later whether to have oral argument.) | | 2/4/19 |

**DONE, this the 12th day of December, 2018.**

                                        **/s/ Myron H. Thompson**
                                  **UNITED STATES DISTRICT JUDGE**