IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| EDWARD BRAGGS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:14cv601-MHT |
| | ) | (WO) |
| JEFFERSON S. DUNN, in his | ) | |
| official capacity as | ) | |
| Commissioner of | ) | |
| the Alabama Department of | ) | |
| Corrections, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**PHASE 2A REVISED REMEDY SCHEDULING ORDER
ON THE EIGHTH AMENDMENT CLAIM**

Based on the representations made on the record on January 7, 2019, it is ORDERED that the remaining deadlines and dates for the Phase 2A remedy scheduling order for the Eighth Amendment claim are revised as follows:

|  | OLD DATES | NEW DATES |
|---|---|---|
|  |  |  |
| **SEGREGATION** |  |  |
|  |  |  |
| **Parties to Develop Schemes to Verify that Defendants Are Now Accurately and Timely Identifying SMI Inmates with Regard to Segregation** | Continued Generally Pending Mediation and Resolution of the Monitoring Issue |  |
|  |  |  |
| **STAFFING** |  |  |
| **Oral Argument on Stipulations (doc. no. 2239) Resolving Plaintiffs' Contempt Motions (doc. nos. 1916 & 2195) and Motion to Alter, Amend, etc. (doc. no. 2184)** | 1/17/19 at 10:00 a.m. | 1/16/19 at 10:00 a.m. |
|  |  |  |
| **HOSPITAL-LEVEL CARE** |  |  |
| **Pretrial Briefs Summarizing Issues and Evidence for Trial** | 1/14/19 |  |
| **Defendants' Supplemental Brief on Due Process (*Vitek*) Issue** |  | 1/16/19 |
| **Plaintiffs' Reply Brief on Due Process (*Vitek*) Issue** |  | 1/23/19 |
| **Defendants' Brief on: (1) Whether Involuntary Medication Consent Decree Procedures (doc. no. 1354) Apply to Hospital-Level Care Issue & (2) Whether Practices Currently Used by Designated Facilities Are Adequate.** |  | 1/16/19 |
| **Plaintiffs' Reply Brief on Involuntary Medication Issue.** |  | 1/23/19 |
| **Evidentiary Hearing on Everything (including Due Process (*Vitek*) and Involuntary Medication Issues)** | 1/28/19 at 9:00 a.m. |  |
|  |  |  |

| | | |
|---|---|---|
| **SUICIDE PREVENTION** | | |
| Experts to Submit Report | 2/15/19 | |
| Pretrial Briefs | 3/11/19 | |
| Pretrial Hearing | 3/18/19 at 10:00 a.m. | |
| Evidentiary Hearing | 3/25/19 at 9:00 a.m. | |
| | | |
| **DISCIPLINARY SANCTIONS** | | |
| Pretrial Briefs | | 1/18/19 |
| Evidentiary Hearing | 1/28/19 at 9:00 a.m. | |
| | | |
| **MONITORING** | | |
| Plaintiffs to Submit Proposed Opinion, with Citations to Transcript and Exhibits | 1/14/19 | |
| Defendants Allowed to Submit Response or Proposed Opinion, with Citations to Transcript and Exhibits | 1/28/19 | |
| Plaintiffs Allowed to Submit Reply, with Citations to Transcript and Exhibits.  (The court will decide later whether to have oral argument.) | 2/4/19 | |

**DONE, this the 8th day of January, 2019.**

                                /s/ Myron H. Thompson
                           **UNITED STATES DISTRICT JUDGE**