IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

EDWARD BRAGGS, et al.,      )
                            )
     Plaintiffs,            )
                            )
     v.                     )        CIVIL ACTION NO.
                            )         2:14cv601-MHT
                            )            (WO)
JEFFERSON S. DUNN, in his   )
official capacity as        )
Commissioner of             )
the Alabama Department of   )
Corrections, et al.,        )
                            )
     Defendants.            )

PHASE 2A ORDER AND INJUNCTION ON
MENTAL-HEALTH UNDERSTAFFING

On January 4, 2019, the parties submitted
stipulations regarding mental-health staffing pursuant
to the understaffing remedial order (doc. no. 1657),
*Braggs v. Dunn*, 2018 WL 7106346 (M.D. Ala. Feb. 20,
2018), and the opinion and order on defendants' oral
motion for clarification (doc. no. 2136), *Braggs v.
Dunn*, 2018 WL 5410915 (M.D. Ala. Oct. 29, 2018). After
discussing some clarifications of the stipulations

during an on-the-record hearing on January 16, 2019, the parties submitted amended stipulations on January 22, 2019 (doc. no. 2283-1), and requested that the court enter them as an enforceable order.  Accordingly, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

>   (1) The amended stipulations (doc. no. 2283-1) attached to this order--and as clarified during the on-the-record hearing--are approved.

>   (2) Plaintiffs Edward Braggs, et al. and defendants Jefferson Dunn and Ruth Naglich are ENJOINED and RESTRAINED from failing to comply with the attached provisions, as clarified during the on-the-record hearing.

It is further ORDERED that, pursuant to the amended stipulations, defendants' motion for reconsideration (doc. no. 2184) and plaintiffs' contempt motion (doc. no. 1916) and renewed contempt motion (doc. no. 2195) are withdrawn.  The withdrawals are with prejudice as

to the issues raised in the motions on or before the date the court approves the amended stipulations.

DONE, this the 29th day of January, 2019.

    /s/ Myron H. Thompson    
UNITED STATES DISTRICT JUDGE