IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| EDWARD BRAGGS, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:14-cv-601-MHT-GMB |
| | ) | [WO] |
| JEFFERSON DUNN, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Upon consideration of the Joint Proposal Regarding Scheduling of Hearing on Correctional Staffing Dispute (Doc. 2316), it is ORDERED as follows:

1. No later than **5:00 p.m. on February 8, 2019**, the Parties shall file Exhibit and Witness Lists and exchange any exhibits that have not previously been filed with the court or exchanged as exhibits for an evidentiary hearing or trial.

2. Plaintiffs' Motion for Incorporation of Eldon Vail's Adjustments to the Savages' Staffing Analysis Pursuant to the Phase 2A Understaffing Remedial Order (Doc. 2284) is set for an evidentiary hearing commencing on **February 12, 2019 at 11:00 a.m.** in Courtroom 4A, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama. If not completed on February 12, the hearing shall continue on February 13 until completed.

3. The deadlines set forth in the court's Order of January 29, 2019 (Doc. 2299) are MODIFIED as follows:

   a. Defendants shall file a response to the pending motion (Doc. 2284) by **February 8, 2019.**

      b.      Plaintiffs must seek leave of court prior to filing any reply in support of the motion.

DONE this 4th day of February, 2019.

/s/ Gray M. Borden
GRAY M. BORDEN
UNITED STATES MAGISTRATE JUDGE