IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| EDWARD BRAGGS, et al., ) | |
| ) | |
|    Plaintiffs, ) | |
| ) | CIVIL ACTION NO. |
|    v. ) | 2:14cv601-MHT |
| ) | |
| JEFFERSON S. DUNN, in his ) | |
| official capacity as ) | |
| Commissioner of ) | |
| the Alabama Department of ) | |
| Corrections, et al., ) | |
| ) | |
|    Defendants. ) | |

**ORDER**

Based on the representations made in open court on February 7, 2019, it is ORDERED that counsel for all defendants are submit in writing by noon on February 14, 2019, a statement as to whether all defendants agree that all of the remedial stipulations previously approved and adopted by the court meet the PLRA's 'need-narrowness-intrusiveness' requirements. Counsel for all plaintiffs said that they do.

DONE, this the 11th day of February, 2019.

                                               /s/ Myron H. Thompson
                                       UNITED STATES DISTRICT JUDGE