IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| EDWARD BRAGGS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:14cv601-MHT |
| | ) | (WO) |
| JEFFERSON S. DUNN, in his | ) | |
| official capacity as | ) | |
| Commissioner of | ) | |
| the Alabama Department of | ) | |
| Corrections, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**PHASE 2A REVISED REMEDY SCHEDULING ORDER
ON THE EIGHTH AMENDMENT CLAIM**

Based on the representations made on the record on February 7 and 12, 2019, it is ORDERED that the remaining deadlines and dates for the Phase 2A remedy scheduling order for the Eighth Amendment claim are revised as follows:

|  | OLD DATES | NEW DATES |
|---|---|---|
|  |  |  |
| **SEGREGATION** |  |  |
|  |  |  |
| **Parties to develop schemes to verify that defendants are now accurately and timely identifying SMI inmates with regard to segregation** | Continued generally pending mediation and resolution of the monitoring issue |  |
|  |  |  |
| **HOSPITAL-LEVEL CARE** |  |  |
| **Parties are to submit revised stipulations that reflect changes agreed upon at 2/7/19 hearing** | 2/14/19 at noon |  |
| **Defendants are to file statement as to whether revised stipulations meet the PLRA's 'need-narrowness-intrusiveness' requirements. Counsel for plaintiffs have already said that they do.** | 2/14/19 at noon | 3/1/19 at noon |
|  |  |  |
| **SUICIDE PREVENTION** |  |  |
| **Experts to submit report per adopted Joint Notice Regarding Process For Assessing Suicide Prevention Measures (doc. no. 2014)** | 3/8/19 |  |
| **Evidentiary hearing on motion for preliminary injunctions (doc. no. 2276)** |  | 3/12/19 at 9:00 a.m. |
| **Deadline for parties to mediate any objection or dispute per adopted Joint Notice (doc. no. 2014)** | 3/22/19 |  |
| **Pretrial briefs (in which parties are to set forth and discuss with clarity the objections, if any, to the experts' report) per adopted Joint Notice (doc. no. 2014)** | 3/29/19 |  |
| **Pretrial hearing per adopted Joint Notice (doc. no. 2014)** | 4/2/19 at 10:00 a.m. |  |
| **Evidentiary hearing per adopted Joint Notice (doc. no. 2014)** | 4/9/19 at 9:00 a.m. |  |
|  |  |  |

|  |  |  |
|---|---|---|
| **DISCIPLINARY SANCTIONS** |  |  |
| **Parties are to submit revised stipulations that reflect changes agreed upon at 2/7/19 hearing** | **2/14/19 at noon** |  |
| **Defendants are to file statement as to whether revised stipulations meet the PLRA's 'need-narrowness-intrusiveness' requirements.  Counsel for plaintiffs have already said that they do.** | **2/14/19 at noon** | **3/1/19** |
| **Parties are to submit joint proposal for deadlines for development of stipulations' proposed training module and for beginning of the substantive implementation of the training** | **2/14/19 at noon** |  |

**DONE, this the 14th day of February, 2019.**

                           **/s/ Myron H. Thompson**
                           **UNITED STATES DISTRICT JUDGE**