IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| EDWARD BRAGGS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:14cv601-MHT |
| | ) | (WO) |
| JEFFERSON S. DUNN, in his | ) | |
| official capacity as | ) | |
| Commissioner of | ) | |
| the Alabama Department of | ) | |
| Corrections, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**PHASE 2A REVISED REMEDY SCHEDULING ORDER
ON THE EIGHTH AMENDMENT CLAIM**

At the oral request of Magistrate Judge Ott, it is ORDERED that the remaining deadlines and dates for the Phase 2A remedy scheduling order for the Eighth Amendment claim are revised as follows:

|  | OLD DATES | NEW DATES |
|---|---|---|
|  |  |  |
| **SEGREGATION** |  |  |
|  |  |  |
| **Parties to develop schemes to verify that defendants are now accurately and timely identifying SMI inmates with regard to segregation** | Continued generally pending mediation and resolution of the monitoring issue |  |
|  |  |  |
| **HOSPITAL-LEVEL CARE** |  |  |
| **Parties are to submit revised stipulations that reflect changes agreed upon at 2/7/19 hearing** | 2/14/19 at noon | 3/1/19 at noon |
| **Defendants are to file statement as to whether revised stipulations meet the PLRA's 'need-narrowness-intrusiveness' requirements. Counsel for plaintiffs have already said that they do.** | 3/1/19 at noon |  |
|  |  |  |
| **SUICIDE PREVENTION** |  |  |
| **Experts to submit report per adopted Joint Notice Regarding Process for Assessing Suicide Prevention Measures (doc. no. 2014)** | 3/8/19 |  |
| **Evidentiary hearing on plaintiffs' motion for preliminary injunctions (doc. no. 2276)** | 3/12/19 at 9:00 a.m. |  |
| **Deadline for parties to mediate any objection or dispute per adopted Joint Notice (doc. no. 2014)** | 3/22/19 |  |
| **Pretrial briefs (in which parties are to set forth and discuss with clarity the objections, if any, to the experts' report) per adopted Joint Notice (doc. no. 2014)** | 3/29/19 |  |
| **Pretrial hearing per adopted Joint Notice (doc. no. 2014)** | 4/2/19 at 10:00 a.m. |  |
| **Evidentiary hearing per adopted Joint Notice (doc. no. 2014)** | 4/9/19 at 9:00 a.m. |  |
|  |  |  |

| | | |
|---|---|---|
| **DISCIPLINARY SANCTIONS** | | |
| **Parties are to submit revised stipulations that reflect changes agreed upon at 2/7/19 hearing** | **2/14/19 at noon** | **3/1/19 at noon** |
| **Defendants are to file statement as to whether revised stipulations meet the PLRA's 'need-narrowness-intrusiveness' requirements. Counsel for plaintiffs have already said that they do.** | **3/1/19 at noon** | |
| **Parties are to submit joint proposal for deadlines for development of stipulations' proposed training module and for beginning of the substantive implementation of the training** | **2/14/19 at noon** | **3/1/19 at noon** |

**DONE, this the 15th day of February, 2019.**

                                     **/s/ Myron H. Thompson**
                              **UNITED STATES DISTRICT JUDGE**