# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| EDWARD BRAGGS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 2:14-cv-00601-MHT-GMB |
| JEFFERSON DUNN, in his official ) | Judge Myron H. Thompson |
| capacity as Commissioner of the ) | |
| Alabama Department of Corrections, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## JOINT REPORT REGARDING HOW TO PROCEED IN LIGHT OF THE COURT'S PHASE 2A SUPPLEMENTAL LIABILITY OPINION AND ORDER ON PERIODIC MENTAL-HEALTH EVALUATIONS OF PRISONERS IN SEGREGATION

In accordance with the Court's February 11, 2019 Phase 2A Supplemental Liability Opinion and Order on Periodic Mental-Health Evaluation of Prisoners in Segregation (Doc. 2332, the "Supplemental Liability Opinion"), the Parties hereby submit this Joint Report:

1.     In light of the Supplemental Liability Opinion, the Parties propose resolving the mental-health evaluation of inmates in restrictive housing in two (2) phases, as described below.

2.     First, each Party will submit a brief on Tuesday, March 5, 2019, identifying (a) any prior or existing relief that, if implemented, may remedy the

constitutional violations found in the Court's Supplemental Liability Opinion, and (b) any portion of the Parties' remedial plans currently under consideration by the Court that may, if ordered, remedy the constitutional violations found in the Court's Supplemental Liability Opinion.

3.    Second, each Party will submit a brief addressing the need for (a) any additional remedy, and (b) an additional evidentiary hearing, after the Court rules on (i) Plaintiffs' Emergency Motion for a Temporary Restraining Order or Preliminary Injunction Regarding Placement of High-Risk Prisoners in Segregation (Doc. 2276), (ii) the State's Phase 2A Proposed Remedial Plan on Segregation (Doc. 1533), and (iii) the Phase 2A Order Regarding Plan for Assessing Suicide Prevention Measures (Doc. 2020).

4.    The Court will need to set a deadline for the briefing contemplated by paragraph 3 above once the Court has completely resolved (a) Plaintiffs' Emergency Motion for a Temporary Restraining Order or Preliminary Injunction Regarding Placement of High-Risk Prisoners in Segregation (Doc. 2276), (b) the State's Phase 2A Proposed Remedial Plan on Segregation (Doc. 1533), and (c) the Phase 2A Order Regarding Plan for Assessing Suicide Prevention Measures (Doc. 2020).

Dated:    February 18, 2019              Respectfully Submitted,

                                         */s/ Maria V. Morris*
                                         _____

Maria V. Morris
One of the Attorneys for Plaintiffs
Southern Poverty Law Center
400 Washington Avenue
Montgomery, AL 36104

Rhonda Brownstein (ASB-3193-O64R)
Maria V. Morris (ASB-2198-R64M)
Grace Graham (ASB-3040-A64G)
Jonathan Blocker (ASB-6818-G19I)
Caitlin J. Sandley (ASB-5317-S48R)
David Clay Washington (ASB-6599-Y42I)
SOUTHERN POVERTY LAW CENTER
400 Washington Avenue
Montgomery, AL  36104
Telephone:  (334) 956-8200
Facsimile:  (334) 956-8481
rhonda.brownstein@splcenter.org
maria.morris@splcenter.org
grace.graham@splcenter.org
jonathan.blocker@splcenter.org
cj.sandley@splcenter.org
david.washington@splcenter.org

Lisa W. Borden (ASB-5673-D57L)
William G. Somerville, III (ASB-6185-E63W)
Andrew P. Walsh (ASB-3755-W77W)
Dennis Nabors
Patricia Clotfelter (ASB-0841-F43P)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ  PC
420 20th Street North, Suite 1400
Birmingham, AL  35203
lborden@bakerdonelson.com
wsomerville@bakerdonelson.com
awalsh@bakerdonelson.com
dnabors@bakerdonelson.com
pclotfelter@bakerdonelson.com

/s/ Anil A. Mujumdar
Anil A. Mujumdar (ASB-2004-L65M)
One of the Attorneys for Plaintiffs
Alabama Disabilities Advocacy Program
2332 2nd Avenue North
Birmingham, AL 35203

Gregory M. Zarzaur, Esq. (ASB-0759-E45Z)
Anil A. Mujumdar, Esq. (ASB-2004-L65M)
Diandra S. Debrosse, Esq. (ASB-2956-N76D)
Denise Wiginton, Esq. (ASB-5905-D27W)
ZARZAUR MUJUMDAR & DEBROSSE
2332 2nd Avenue North
Birmingham, AL 35203
Telephone:  (205) 983-7985
Facsimile:  (888) 505-0523
gregory@zarzaur.com
anil@zarzaur.com
fuli@zarzaur.com
denise@zarzaur.com

William Van Der Pol, Jr., Esq. (ASB-2112-114F)
Glenn N. Baxter, Esq. (ASB-3825-A41G)
Lonnie Williams, Esq.
Barbara A. Lawrence, Esq.
Andrea J. Mixson, Esq.
Ashley N. Austin, Esq. (ASB-1059-F69L)
ALABAMA DISABILITIES
ADVOCACY PROGRAM
Box 870395
Tuscaloosa, AL  35487
Telephone:  (205) 348-4928
Facsimile:  (205)  348-3909
wvanderpoljur@adap.ua.edu
gnbaxter@adap.ua.edu
lwilliams@aadap.ua.edu
blawrence@adap.ua.edu
amixson@adap.ua.edu
aaustin@adap.ua.edu

*/s/ William R. Lunsford*
William R. Lunsford
*One of the Attorneys for Defendants*
*Jefferson Dunn and Ruth Naglich*

William R. Lunsford
Matthew Reeves
Melissa K. Marler
Stephen C. Rogers
Alyson L. Smith
Melissa C. Neri
**MAYNARD, COOPER & GALE, PC**
655 Gallatin Street
Huntsville, AL 35801
Telephone: (256) 512-5710
Facsimile: (256) 512-0119
blunsford@maynardcooper.com
mreeves@maynardcooper.com
mmarler@maynardcooper.com
srogers@maynardcooper.com
asmith@maynardcooper.com
mneri@maynardcooper.com

Luther M. Dorr, Jr.
**MAYNARD, COOPER & GALE, PC**
1901 Sixth Avenue North
2400 Regions Harbert Plaza
Birmingham, AL 35203
Telephone: (205) 254-1178
Facsimile: (205) 714-6438
rdorr@maynardcooper.com

John G. Smith
David R. Boyd
**BALCH & BINGHAM LLP**
Post Office Box 78
Montgomery, AL 36101-0078
Telephone: (334) 834-6500
Facsimile: (866) 316-9461
jgsmith@balch.com

dboyd@balch.com

Steven C. Corhern
**BALCH & BINGHAM LLP**
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 488-5708
scorhern@balch.com

Joseph G. Stewart
Gary Willford, Jr.
**ALABAMA DEPARTMENT OF CORRECTIONS**
Legal Division
301 South Ripley Street
Montgomery, Alabama 36130
Telephone (334) 353-3884
Facsimile (334) 353-3891
joseph.stewart@doc.alabama.gov
gary.willford@doc.alabama.gov

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 18th day of February, 2019 electronically filed the foregoing with the clerk of court by using the CM/ECF system, which will send a notice of electronic filing to the following:

David R. Boyd, Esq.
John G. Smith, Esq.
Balch & Bingham LLP
Post Office Box 78
Montgomery, AL  36101-0078
dboyd@balch.com
jgsmith@balch.com

Steven C. Corhern, Esq.
Balch & Bingham LLP
Post Office Box 306
Birmingham, AL  35201-0306
scorhern@balch.com

Joseph G. Stewart, Jr., Esq.
Gary L. Willford, Jr., Esq.
Alabama Department
Of Corrections
Legal Division
301 South Ripley Street
Montgomery, AL  36104
joseph.stewart@doc.alabama.gov
gary.willford@doc.alabama.gov

Philip Piggott, Esq.
Starnes Davis Florie LLP
100 Brook wood Place – 7th Floor
Birmingham, AL  35209
ppiggott@starneslaw.com

William R. Lunsford, Esq.
Matthew Reeves, Esq.
Melissa K. Marler, Esq.
Stephen C. Rogers, Esq.
Alyson L. Smith, Esq.
Melissa C. Neri, Esq.
Maynard, Cooper & Gale, P.C.
655 Gallatin Street, SW
Huntsville, AL  35801
blunsford@maynardcooper.com
mreeves@maynardcooper.com
mmarler@maynardcooper.com
srogers@maynardcooper.com
asmith@maynardcooper.com
mneri@maynardcooper.com

Luther M. Dorr, Jr., Esq.
Maynard, Cooper & Gale, P.C.
1901 6th Avenue North, Suite 2400
Birmingham, AL  35203
rdorr@maynardcooper.com

Deana Johnson, Esq.
Brett T. Lane, Esq.
MHM Services, Inc.
1447 Peachtree Street, N.E., Suite 500
Atlanta, GA  30309
djohnson@mhm-services.com
btlane@mhm-services.com

/s/ Maria V. Morris
One of the Attorneys for Plaintiffs