IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| EDWARD BRAGGS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:14cv601-MHT |
| | ) | |
| JEFFERSON S. DUNN, in his | ) | |
| official capacity as | ) | |
| Commissioner of | ) | |
| the Alabama Department of | ) | |
| Corrections, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**PHASE 2A BRIEFING ORDER ON REMEDIES FOR VIOLATIONS IN SUPPLEMENTAL LIABILITY OPINION**

Upon consideration of the joint report regarding how to proceed in light of the court's Phase 2A supplemental liability opinion (doc. no. 2353), it is ORDERED that, by March 5, 2019, the parties shall each submit a brief identifying (a) any prior or existing relief that, if implemented, may remedy the constitutional violations found in the court's supplemental liability opinion (doc. no. 2332), and (b) any portion of the parties' remedial plans currently under consideration by the court that may, if ordered,

remedy the constitutional violations found in the court's supplemental liability opinion.

DONE, this the 21st day of February, 2019.

                                                                        /s/ Myron H. Thompson  
                                                                   UNITED STATES DISTRICT JUDGE