IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
EDWARD BRAGGS, et al.,         )
                               )
     Plaintiffs,               )
                               )      CIVIL ACTION NO.
     v.                        )       2:14cv601-MHT
                               )           (WO)
JEFFERSON S. DUNN, in his      )
official capacity as           )
Commissioner of                )
the Alabama Department of      )
Corrections, et al.,           )
                               )
     Defendants.               )
```

**PHASE 2A REVISED REMEDY SCHEDULING ORDER
ON THE EIGHTH AMENDMENT CLAIM**

It is ORDERED that the unopposed motion for extension (doc. no. 2362) is granted and the remaining deadlines and dates for the Phase 2A remedy scheduling order for the Eighth Amendment claim are revised as follows:

|  | OLD DATES | NEW DATES |
|---|---|---|
|  |  |  |
| **SEGREGATION** |  |  |
|  |  |  |
| **Parties to develop schemes to verify that defendants are now accurately and timely identifying SMI inmates with regard to segregation** | Continued generally pending mediation and resolution of the monitoring issue |  |
| **Briefs due regarding remedies for violations found in supplemental liability opinion (doc. no. 2353).** | 3/5/19 |  |
|  |  |  |
| **HOSPITAL-LEVEL CARE** |  |  |
| **Parties are to submit revised stipulations that reflect changes agreed upon at 2/7/19 hearing** | 3/1/19 at noon |  |
| **Defendants are to file statement as to whether revised stipulations meet the PLRA's 'need-narrowness-intrusiveness' requirements. Counsel for plaintiffs have already said that they do.** | 3/1/19 at noon |  |
|  |  |  |
| **SUICIDE PREVENTION** |  |  |
| **Parties to submit joint proposals on 'methods' defendants can use to verify that segregation rounds are being properly conducted in segregation and segregation-like settings (doc. no. 2345).** | 2/21/19 | 2/28/19 |
| **Parties to submit to the court a list of the agreed-upon segregation-like settings, as well as the settings about which they may not be able to reach an agreement (doc. no. 2345).** | 2/21/19 |  |
| **Defendants to develop a 'review process' that collects and consolidates information on at least a weekly basis for each prisoner in ADOC with SMI who is** | 2/28/29 |  |

| | | |
|---|---|---|
| housed in segregation; that is, a "tracking process" (doc. no. 2345). | | |
| Parties to submit a joint report to the court as to other prisons that do not place (or significantly limit the placement of) SMI prisoners in segregation (doc. no. 2345). | 2/28/19 | |
| Defendants to begin submitting to court the results for "tracking process' of SMIs in segregation (doc. no. 2345). | 3/7/19 | |
| Experts to submit report per adopted Joint Notice Regarding Process for Assessing Suicide Prevention Measures (doc. no. 2014) | 3/8/19 | |
| Evidentiary hearing on plaintiffs' motion for preliminary injunctions (doc. no. 2276) | 3/12/19 at 9:00 a.m. | |
| Deadline for parties to mediate any objection or dispute per adopted Joint Notice (doc. no. 2014) | 3/22/19 | |
| Pretrial briefs (in which parties are to set forth and discuss with clarity the objections, if any, to the experts' report) per adopted Joint Notice (doc. no. 2014) | 3/29/19 | |
| Pretrial hearing per adopted Joint Notice (doc. no. 2014) | 4/2/19 at 10:00 a.m. | |
| Evidentiary hearing per adopted Joint Notice (doc. no. 2014) | 4/9/19 at 9:00 a.m. | |
| | | |
| DISCIPLINARY SANCTIONS | | |
| Parties are to submit revised stipulations that reflect changes agreed upon at 2/7/19 hearing | 3/1/19 at noon | |
| Defendants are to file statement as to whether revised stipulations meet the PLRA's 'need-narrowness-intrusiveness' requirements. Counsel for plaintiffs have already said that they do. | 3/1/19 at noon | |
| Parties are to submit joint proposal for deadlines (a) for development of stipulations' | 3/1/19 at noon | |

| | | |
|---|---|---|
| proposed training module and (b) for beginning of the substantive implementation of the training | | |
| | | |
| **MISCELLANEOUS** | | |
| **Defendants are to file statement as to whether all remedial stipulations previously approved and adopted by the court meet the PLRA's 'need-narrowness-intrusiveness' requirements. Counsel for plaintiffs have already said that they do.** | **3/1/19 at noon** | |

**DONE, this the 22nd day of February, 2019.**

                                                **/s/ Myron H. Thompson**
                                        **UNITED STATES DISTRICT JUDGE**