# EXHIBIT

# 3

**From:** Maria Morris
**To:** "Bill Lunsford"; Matthew Reeves; joseph.stewart@doc.alabama.gov; "Smith, John G."
**Subject:** Braggs v. Dunn - Preliminary Injunction Discovery Requests
**Date:** Wednesday, February 20, 2019 5:15:51 PM
**Attachments:** Suicide PI Hearing RFPs Rogs - 2.20.19 prioritized (2).pdf

---

Counsel,
Please find attached Plaintiffs' discovery requests, served in anticipation of the Preliminary Injunction Hearing scheduled to begin on March 12, 2019.
Thank you,
Maria Morris

Maria V. Morris
Senior Supervisory Staff Attorney
Southern Poverty Law Center
400 Washington Avenue
Montgomery, Alabama 36104
(334) 956-8322
maria.morris@splcenter.org

*Admitted in AL, CA and NY*

Confidentiality Notice - The information contained in this e-mail and any attachments to it may be legally privileged and include confidential information. If you are not the intended recipient, be aware that any disclosure, distribution or copying of this e-mail or its attachments is prohibited. If you have received this e-mail in error, please notify the sender immediately of that fact by return e-mail and permanently delete the e-mail and any attachments to it.
Thank you.