IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| EDWARD BRAGGS, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:14-cv-601-MHT-GMB |
| | ) | [WO] |
| JEFFERSON S. DUNN, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Pending before the court are Plaintiffs' Motion for Expedited Discovery and for Scheduling Order (Doc. 2350) and the parties' Joint Motion for Extension of Deadline. Doc. 2351. The motions are resolved as set out below.

For the reasons stated in the court's Order of February 27, 2019 (Doc. 2375), and to the extent stated in that Order, the Motion for Expedited Discovery and for Scheduling Order (Doc. 2350) is GRANTED.

Upon consideration of the parties' Joint Proposal on scheduling (Doc. 2363), it is ORDERED that the Joint Motion for Extension of Deadline (Doc. 2351) is GRANTED, and the deadline set forth in the Phase 2A Understaffing Remedial Order (Doc. 1656 at 10–12) for the resolution of all disputes relating to the Savages' recommendations regarding correctional understaffing is extended to **July 1, 2019.**

It is further ORDERED that Plaintiffs' Motion for Incorporation of Eldon Vail's Adjustments to the Savages' Staffing Analysis Pursuant to the Phase 2A Understaffing Remedial Order (Doc. 2284) is set for an evidentiary hearing commencing on **May 1, 2019 at 10:00 a.m.** in Courtroom 4A, Frank M. Johnson, Jr. Federal Building and United States

Courthouse Complex, One Church Street, Montgomery, Alabama. If not completed on May 1, the hearing shall continue on May 2 and 3.

In order to ensure the efficient presentation of evidence and argument at the evidentiary hearing, it is ORDERED as follows:

1. All witnesses shall appear in person for the hearing.

2. Amended witness and exhibit lists shall be filed no later than **April 24, 2019.**

3. Plaintiffs may file a reply in support of their motion (Doc. 2284) no later than **April 24, 2019.**

DONE this 28th day of February, 2019.

GRAY M. BORDEN
UNITED STATES MAGISTRATE JUDGE