IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| EDWARD BRAGGS, et al., )<br>)<br>    Plaintiffs, )<br>)<br>    v. )<br>)<br>JEFFERSON S. DUNN, in his )<br>official capacity as )<br>Commissioner of )<br>the Alabama Department of )<br>Corrections, et al., )<br>)<br>    Defendants. ) | CIVIL ACTION NO.<br>2:14cv601-MHT<br>(WO) |

## ORDER

Based on the representations made during an on-the-record status conference on March 5, 2019, it is ORDERED that plaintiffs are allowed until 5:00 p.m. on March 7, 2019, to respond to "The State's Notice Regarding a 'Review Process' Relating to SMI Inmates in Restrictive Housing" (doc. no. 2377), and defendants are allowed until 5:00 p.m. on March 11, 2019, to file a reply.

DONE, this the 7th day of March, 2019.

                                          /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**