IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| EDWARD BRAGGS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:14cv601-MHT |
| | ) | (WO) |
| JEFFERSON S. DUNN, in his | ) | |
| official capacity as | ) | |
| Commissioner of | ) | |
| the Alabama Department of | ) | |
| Corrections, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Based on the representations made during an on-the-record status conference on March 5, 2019, it is ORDERED plaintiffs are allowed until 5:00 p.m. on March 8, 2019, to supplement their statements in the "*Joint Proposal for Verifying Security Rounds*" (doc. no. 2380), and defendants are allowed until 5:00 p.m. on March 11, 2019, to file a reply to the supplement.

DONE, this the 7th day of March, 2019.

                                   /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**