IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| EDWARD BRAGGS, et al., )<br>)<br>    Plaintiffs, )<br>)<br>    v. )<br>)<br>JEFFERSON S. DUNN, in his )<br>official capacity as )<br>Commissioner of )<br>the Alabama Department of )<br>Corrections, et al., )<br>)<br>    Defendants. ) | CIVIL ACTION NO.<br>2:14cv601-MHT<br>(WO) |

## PHASE 2A REVISED REMEDY SCHEDULING ORDER ON THE EIGHTH AMENDMENT CLAIM

Based on the representations made on the record on March 11, 2019, it is ORDERED that the plaintiffs' motion for a status conference is granted (doc. no. 2387) and the remaining deadlines and dates for the Phase 2A remedy scheduling order for the Eighth Amendment claim are revised as follows:

|  | OLD DATES | NEW DATES |
|---|---|---|
| **SEGREGATION** | | |
| **Parties to develop schemes to verify that defendants are now accurately and timely identifying SMI inmates with regard to segregation** | Continued generally pending mediation and resolution of the monitoring issue | |
| **Oral argument on how to proceed on remedies for violations found in supplemental liability opinion. (doc. nos. 2353, 2397, & 2398).** | | 3/18/19 at 9:00 a.m. |
| **HOSPITAL-LEVEL CARE** | | |
| **Oral argument on how to proceed on defendants' statement as to whether revised stipulations meet the PLRA's 'need-narrowness-intrusiveness' requirements. (doc. nos. 2383 & 2382).  Counsel for plaintiffs have already said that they do.** | | 3/18/19 at 9:00 a.m. |
| **SUICIDE PREVENTION** | | |
| **Oral argument and hearing on parties' joint proposals on 'methods' defendants can use to verify that segregation rounds are being properly conducted in segregation and segregation-like settings. (doc. nos. 2345, 2380, 2410, & 2414.).** | | 3/18/19 at 9:00 a.m. |
| **Oral argument and hearing parties' submission of list of the agreed-upon segregation-like settings, as well as the settings about which they may not be able to reach an agreement. (doc. nos. 2345 & 2364).** | | 3/18/19 at 9:00 a.m. |
| **Oral argument  and hearing on defendants' development of a 'review process' that collects and consolidates information on** | | 3/18/19 at 9:00 a.m. |

| | | |
|---|---|---|
| at least a weekly basis for each prisoner in ADOC with SMI who is housed in segregation; that is, a "tracking process." (doc. nos. 2345, 2377, & 2406-07). | | |
| Oral argument and hearing on parties' submission of joint report to the court as to other prisons that do not place (or significantly limit the placement of) SMI prisoners in segregation. (doc. nos. 2345 & 2379). | | 3/18/19 at 9:00 a.m. |
| Oral argument on how to proceed on defendants' initial submission of the results for "tracking process' of SMIs in segregation. (doc. nos. 2345, 2357, & 2408). | | 3/18/19 at 9:00 a.m. |
| Evidentiary hearing on plaintiffs' motion for preliminary injunctions. (doc. no. 2276) | 3/12/19 at 9:00 a.m. | 3/18/19 at 9:00 a.m. |
| Deadline for parties to mediate any objection or dispute per adopted Joint Notice Regarding Process for Assessing Suicide Prevention Measures. (doc. no. 2014) | 3/22/19 | |
| Pretrial briefs (in which parties are to set forth and discuss with clarity the objections, if any, to the experts' report) per adopted Joint Notice Regarding Process for Assessing Suicide Prevention Measures. (doc. no. 2014) | 3/29/19 | |
| Pretrial hearing per adopted Joint Notice Regarding Process for Assessing Suicide Prevention Measures. (doc. no. 2014) | 4/2/19 at 10:00 a.m. | |
| Evidentiary hearing per adopted Joint Notice Regarding Process for Assessing Suicide Prevention Measures. (doc. no. 2014) | 4/9/19 at 9:00 a.m. | |
| | | |
| **DISCIPLINARY SANCTIONS** | | |
| Oral argument on how to proceed on defendants' statement as to whether revised stipulations meet the PLRA's 'need-narrowness-intrusiveness' requirements. (doc. nos. 2384 & | | 3/18/19 at 9:00 a.m. |

| | | |
|---|---|---|
| 2382). Counsel for plaintiffs have already said that they do. | | |
| Oral argument on how to proceed on parties' joint proposal for deadlines (a) for development of stipulations' proposed training module and (b) for beginning of the substantive implementation of the training. (doc. no. 2374). | | 3/18/19 at 9:00 a.m. |
| | | |
| **MISCELLANEOUS** | | |
| Oral argument on how to proceed on defendants' statement as to whether all remedial stipulations previously approved and adopted by the court meet the PLRA's 'need-narrowness-intrusiveness' requirements. (doc. no. 2382). Counsel for plaintiffs have already said that they do. | | 3/18/19 at 9:00 a.m. |

**DONE, this the 12th day of March, 2019.**

                            **/s/ Myron H. Thompson**
                            **UNITED STATES DISTRICT JUDGE**