IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| EDWARD BRAGGS, et al., ) | |
| ) | |
|     Plaintiffs, ) | |
| ) | CIVIL ACTION NO. |
|     v. ) | 2:14cv601-MHT |
| ) | (WO) |
| JEFFERSON S. DUNN, in his ) | |
| official capacity as ) | |
| Commissioner of ) | |
| the Alabama Department of ) | |
| Corrections, et al., ) | |
| ) | |
|     Defendants. ) | |

**PHASE 2A REVISED REMEDY SCHEDULING ORDER
ON THE EIGHTH AMENDMENT CLAIM**

Based on the representations made on the record on March 28, 2019, it is ORDERED that the remaining deadlines and dates for the Phase 2A remedy scheduling order for the Eighth Amendment claim are revised as follows:

|  | OLD DATES | NEW DATES |
|---|---|---|
| **SEGREGATION** |  |  |
| **Parties to develop schemes to verify that defendants are now accurately and timely identifying SMI inmates with regard to segregation** | Continued generally pending mediation and resolution of the monitoring issue |  |
|  |  |  |
| **In-person oral argument on how to proceed on remedies for violations found in supplemental liability opinion. (doc. nos. 2353, 2397, & 2398).** | 5/14/19 at 10:00 a.m. |  |
| **HOSPITAL-LEVEL CARE** |  |  |
| **Parties to file initial briefs for upcoming oral argument.** | 5/1/19 at noon |  |
| **Parties to file reply briefs for upcoming oral argument.** | 5/8/19 at noon |  |
| **In-person oral argument to discuss "what the substantive law is" and "how" to proceed in light of defendants' statement as to whether revised stipulations meet the PLRA's 'need-narrowness-intrusiveness' requirements. (doc. nos. 2383 & 2382). Counsel for plaintiffs have already said that they do.** | 5/14/19 at 10:00 a.m. |  |
| **SUICIDE PREVENTION** |  |  |
| **Oral argument and hearing on parties' joint proposals on 'methods' defendants can use to verify that segregation rounds are being properly conducted in segregation and segregation-like settings. (doc. nos. 2345, 2380, 2410, & 2414.).** | 3/28/19 at 9:00 a.m. |  |
| **Oral argument and hearing parties' submission of list of the agreed-upon segregation-like settings, as well as the settings** | 3/28/19 at 9:00 a.m. |  |

| | | |
|---|---|---|
| about which they may not be able to reach an agreement. (doc. nos. 2345 & 2364). | | |
| Oral argument and hearing on defendants' development of a 'review process' that collects and consolidates information on at least a weekly basis for each prisoner in ADOC with SMI who is housed in segregation; that is, a "tracking process." (doc. nos. 2345, 2377, & 2406-07). | 3/28/19 at 9:00 a.m. | |
| Oral argument and hearing on parties' submission of joint report to the court as to other prisons that do not place (or significantly limit the placement of) SMI prisoners in segregation. (doc. nos. 2345 & 2379). | 3/28/19 at 9:00 a.m. | |
| Oral argument on how to proceed on defendants' initial submission of the results for "tracking process' of SMIs in segregation. (doc. nos. 2345, 2357, & 2408). | 3/28/19 at 9:00 a.m. | |
| Evidentiary hearing on plaintiffs' motion for preliminary injunctions. (doc. no. 2276) | 3/28/19 through 4/10/19 at 9:00 a.m. each day, except at 1:00 p.m. on 3/29/19 | 3/28/19 through 4/10/19 at 9:00 a.m. each day, except at 10:00 a.m. on 3/29/19 |
| Evidentiary hearing on all remaining issues. | 3/28/19 through 4/10/19 at 9:00 a.m. each day, except at 1:00 p.m. on 3/29/19 | 3/28/19 through 4/10/19 at 9:00 a.m. each day, except at 10:00 a.m. on 3/29/19 |
| Defendants to file annotations to recommendations in experts' suicide prevention report (doc. no. 2416) | 3/28/19 at 5:00 p.m. | |
| Plaintiffs to file reply annotations to recommendations in experts' suicide prevention report (doc. no. 2416) | 3/29/19 at 5:00 p.m. | |
| | | |
| DISCIPLINARY SANCTIONS | | |
| Parties to file initial briefs for upcoming oral argument. | 5/1/19 at noon | |
| Parties to file reply briefs for upcoming oral argument. | 5/8/19 at noon | |
| | | |

| | | |
|---|---|---|
| In-person oral argument to discuss "what the substantive law is" and "how" to proceed in light of defendants' statement as to whether revised stipulations meet the PLRA's 'need-narrowness-intrusiveness' requirements. (doc. nos. 2384 & 2382). Counsel for plaintiffs have already said that they do. | 5/14/19 at 10:00 a.m. | |
| | | |
| **MONITORING** | | |
| Parties to file initial briefs for upcoming oral argument. | 5/1/19 at noon | |
| Parties to file reply briefs for upcoming oral argument. | 5/8/19 at noon | |
| In-person oral argument to discuss "what the substantive law is" and "how" to proceed as to the monitoring remedial issue in light of defendants' statement as to whether all remedial stipulations previously approved and adopted by the court meet the PLRA's 'need-narrowness-intrusiveness' requirements. | 5/14/19 at 10:00 a.m. | |
| | | |
| **MISCELLANEOUS** | | |
| Parties to file initial briefs for upcoming oral argument. | 5/1/19 at noon | |
| Parties to file reply briefs for upcoming oral argument. | 5/8/19 at noon | |
| In-person oral argument to discuss "what the substantive law is" and "how" to proceed in light of defendants' statement as to whether all remedial stipulations previously approved and adopted by the court meet the PLRA's 'need-narrowness-intrusiveness' requirements. (doc. no. 2382). Counsel for plaintiffs have already said that they do. | 5/14/19 at 10:00 a.m. | |

**DONE, this the 28th day of March, 2019.**

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**

4