# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| EDWARD BRAGGS, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:14-cv-00601-MHT-GMB |
| ) | Judge Myron H. Thompson |
| ) | |
| JEFFERSON DUNN, in his official ) | |
| capacity as Commissioner of the ) | |
| Alabama Department of Corrections, ) | |
| et al. ) | |
| Defendants. ) | |

## PLAINTIFFS' WITNESS SUMMARY FOR APRIL 1, 2019

Pursuant to the Court's Orders (Docs. 240, 463, 1588), Plaintiffs submit the following witness summary for April 1, 2019.

### J.A., A Person Currently Incarcerated in ADOC

J.A. is a person who is currently incarcerated at Donaldson Correctional Facility. He has been housed in segregation, segregation-like units, and crisis placements at Easterling, Kilby, and Donaldson Correctional Facilities within the last year. He will testify about conditions in segregation, segregation-like units, and crisis cells and their impact on his mental health.

### Deborah Crook, ADOC Director of Mental Health Services

Ms. Crook is expected to testify regarding ADOC's suicide prevention efforts, housing of persons with serious mental illnesses in segregation and segregation-like settings, ADOC's efforts to ensure adherence to remedial orders, and the suicide prevention recommendations of Drs. Kathryn Burns and Mary Perrien. She also is expected to address the recent suicides in the ADOC.

**Jefferson Dunn, ADOC Commissioner**

Commissioner Dunn is named in this lawsuit as a Defendant in his official capacity. He has previously testified in the Phase 2A Liability Trial, Understaffing Remedial Trial, Segregation Remedial Trial, Mental-Health Understaffing Contempt Hearing, and Monitoring Remedial Trial.

Commissioner Dunn is expected to testify regarding ADOC's suicide prevention efforts, housing of persons with serious mental illnesses in segregation and segregation-like settings, ADOC's efforts to ensure adherence to remedial orders, and the suicide prevention recommendations of Drs. Kathryn Burns and Mary Perrien. He also is expected to address the recent suicides in the ADOC.

**Barbara Harris Coe, Wexford Mental Health Program Director**

Ms. Coe is expected to testify regarding ADOC's suicide prevention efforts, housing of persons with serious mental illnesses in segregation and segregation-like settings, ADOC's efforts to ensure adherence to remedial orders, and the

suicide prevention recommendations of Drs. Kathryn Burns and Mary Perrien. She also is expected to address the recent suicides in the ADOC.

|  |  |
|---|---|
| Dated: April 1, 2019 | Respectfully Submitted,<br><br>/s/ Maria V. Morris<br>Maria V. Morris<br>One of the Attorneys for Plaintiffs<br>Southern Poverty Law Center<br>400 Washington Avenue<br>Montgomery, AL 36104 |

Rhonda Brownstein (ASB-3193-O64R)
Maria V. Morris (ASB-2198-R64M)
Grace Graham (ASB-3040-A64G)
Jonathan Blocker (ASB-6818-G19I)
Caitlin J. Sandley (ASB-5317-S48R)
David Clay Washington (ASB-6599-Y42I)
SOUTHERN POVERTY LAW CENTER
400 Washington Avenue
Montgomery, AL  36104
Telephone:  (334) 956-8200
Facsimile:  (334) 956-8481
rhonda.brownstein@splcenter.org
maria.morris@splcenter.org
grace.graham@splcenter.org
jonathan.blocker@splcenter.org
cj.sandley@splcenter.org
david.washington@splcenter.org

Lisa W. Borden (ASB-5673-D57L)
William G. Somerville, III (ASB-6185-E63W)
Andrew P. Walsh (ASB-3755-W77W)
Dennis Nabors
Patricia Clotfelter (ASB-0841-F43P)
BAKER, DONELSON, BEARMAN,

CALDWELL & BERKOWITZ  PC
420 20th Street North, Suite 1400
Birmingham, AL  35203
lborden@bakerdonelson.com
wsomerville@bakerdonelson.com
awalsh@bakerdonelson.com
dnabors@bakerdonelson.com
pclotfelter@bakerdonelson.com

    /s/ Anil A. Mujumdar
Anil A. Mujumdar (ASB-2004-L65M)
One of the Attorneys for Plaintiffs
Alabama Disabilities Advocacy Program
2332 2nd Avenue North
Birmingham, AL 35203

Gregory M. Zarzaur, Esq. (ASB-0759-E45Z)
Anil A. Mujumdar, Esq. (ASB-2004-L65M)
Denise Wiginton, Esq. (ASB-5905-D27W)
ZARZAUR MUJUMDAR & DEBROSSE
2332 2nd Avenue North
Birmingham, AL 35203
Telephone:  (205) 983-7985
Facsimile:  (888) 505-0523
gregory@zarzaur.com
anil@zarzaur.com
denise@zarzaur.com

William Van Der Pol, Jr., Esq. (ASB-2112-114F)
Glenn N. Baxter, Esq. (ASB-3825-A41G)
Lonnie Williams, Esq.
Barbara A. Lawrence, Esq.
Andrea J. Mixson, Esq.
Ashley N. Austin, Esq. (ASB-1059-F69L)
ALABAMA DISABILITIES
ADVOCACY PROGRAM
Box 870395
Tuscaloosa, AL  35487
Telephone:  (205) 348-4928
Facsimile:  (205)  348-3909

wvanderpoljur@adap.ua.edu
gnbaxter@adap.ua.edu
lwilliams@aadap.ua.edu
blawrence@adap.ua.edu
amixson@adap.ua.edu
aaustin@adap.ua.edu

**ATTORNEYS FOR THE PLAINTIFFS**

# **CERTIFICATE OF SERVICE**

I hereby certify that I have on this 1st day of April, 2019 electronically filed the foregoing with the clerk of court by using the CM/ECF system, which will send a notice of electronic filing to the following:

David R. Boyd, Esq.
John G. Smith, Esq.
Balch & Bingham LLP
Post Office Box 78
Montgomery, AL  36101-0078
dboyd@balch.com
jgsmith@balch.com

Steven C. Corhern, Esq.
Balch & Bingham LLP
Post Office Box 306
Birmingham, AL  35201-0306
scorhern@balch.com

Joseph G. Stewart, Jr., Esq.
Gary L. Willford, Jr., Esq.
Stephanie Lynn Dodd Smithee
Alabama Department
Of Corrections
Legal Division
301 South Ripley Street
Montgomery, AL  36104
joseph.stewart@doc.alabama.gov
gary.willford@doc.alabama.gov
stephanie.smithee@doc.alabama.gov

Philip Piggott, Esq.
Starnes Davis Florie LLP
100 Brookwood Place – 7th Floor
Birmingham, AL  35209
ppiggott@starneslaw.com

William R. Lunsford, Esq.
Matthew Reeves, Esq.
Melissa K. Marler, Esq.
Stephen C. Rogers, Esq.
Alyson L. Smith, Esq.
Melissa C. Neri, Esq.
Maynard, Cooper & Gale, P.C.
655 Gallatin Street, SW
Huntsville, AL  35801
blunsford@maynardcooper.com
mreeves@maynardcooper.com
mmarler@maynardcooper.com
srogers@maynardcooper.com
asmith@maynardcooper.com
mneri@maynardcooper.com

Luther M. Dorr, Jr., Esq.
Maynard, Cooper & Gale, P.C.
1901 6th Avenue North, Suite 2400
Birmingham, AL  35203
rdorr@maynardcooper.com

Deana Johnson, Esq.
Brett T. Lane, Esq.
MHM Services, Inc.
1447 Peachtree Street, N.E., Suite 500
Atlanta, GA  30309
djohnson@mhm-services.com
btlane@mhm-services.com

    /s/ Maria V. Morris
    One of the Attorneys for Plaintiffs