# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| EDWARD BRAGGS, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:14-cv-00601-MHT-GMB |
| ) | Judge Myron H. Thompson |
| ) | |
| JEFFERSON DUNN, in his official ) | |
| capacity as Commissioner of the ) | |
| Alabama Department of ) | |
| Corrections, et al. ) | |
| ) | |
| Defendants. | |

## PLAINTIFFS' WITNESS SUMMARY FOR APRIL 4, 2019

Pursuant to the Court's Orders (Docs. 240, 463, 1588), Plaintiffs submit the following witness summary for April 4, 2019.

**Deborah Crook, ADOC Director of Mental Health Services**

Ms. Crook is expected to testify regarding ADOC's suicide prevention efforts, housing of persons with serious mental illnesses in segregation and segregation-like settings, ADOC's efforts to ensure adherence to remedial orders, and the suicide prevention recommendations of Drs. Kathryn Burns and Mary Perrien. She also is expected to address the recent suicides in the ADOC.

**Deidra Wright, Warden at Tutwiler Prison for Women**

Warden Wright is expected to testify about the conditions and practices in segregation and segregation-like units at Tutwiler, practices regarding persons with serious mental illness, and what, if any, action was taken following recent serious suicide attempts.

**Barbara Harris Coe, Wexford Mental Health Program Director**

Ms. Coe is expected to testify regarding ADOC's suicide prevention efforts, ADOC's efforts to ensure adherence to remedial orders, and the suicide prevention recommendations of Drs. Burns and Perrien. She also is expected to address the recent suicides in the ADOC.

**Ruth Naglich, ADOC Associate Commissioner of Health Services**

Associate Commissioner Naglich is named in this lawsuit as a Defendant in her official capacity. She has previously testified in the Phase 2A Liability Trial, Understaffing Remedial Trial, Segregation Remedial Trial, Mental-Health Understaffing Contempt Hearing, and Monitoring Remedial Trial.

Ms. Naglich is expected to testify regarding ADOC's suicide prevention efforts, housing of persons with serious mental illnesses in segregation and segregation-like settings, ADOC's efforts to ensure adherence to remedial orders, and the suicide prevention recommendations of Drs. Burns and Perrien. She also is expected to address the recent suicides in the ADOC.

Dated: April 4, 2019						Respectfully Submitted,

  /s/ Maria V. Morris
Maria V. Morris
One of the Attorneys for Plaintiffs
Southern Poverty Law Center
400 Washington Avenue
Montgomery, AL 36104

Rhonda Brownstein (ASB-3193-O64R)
Maria V. Morris (ASB-2198-R64M)
Grace Graham (ASB-3040-A64G)
Jonathan Blocker (ASB-6818-G19I)
Caitlin J. Sandley (ASB-5317-S48R)
David Clay Washington (ASB-6599-Y42I)
SOUTHERN POVERTY LAW CENTER
400 Washington Avenue
Montgomery, AL  36104
Telephone:  (334) 956-8200
Facsimile:  (334) 956-8481
rhonda.brownstein@splcenter.org
maria.morris@splcenter.org
grace.graham@splcenter.org
jonathan.blocker@splcenter.org
cj.sandley@splcenter.org
david.washington@splcenter.org

Lisa W. Borden (ASB-5673-D57L)
William G. Somerville, III (ASB-6185-E63W)
Andrew P. Walsh (ASB-3755-W77W)
Dennis Nabors
Patricia Clotfelter (ASB-0841-F43P)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ  PC
420 20th Street North, Suite 1400
Birmingham, AL  35203
lborden@bakerdonelson.com

wsomerville@bakerdonelson.com
awalsh@bakerdonelson.com
dnabors@bakerdonelson.com
pclotfelter@bakerdonelson.com

       /s/ Anil A. Mujumdar
Anil A. Mujumdar (ASB-2004-L65M)
One of the Attorneys for Plaintiffs
Alabama Disabilities Advocacy Program
2332 2nd Avenue North
Birmingham, AL 35203

Gregory M. Zarzaur, Esq. (ASB-0759-E45Z)
Anil A. Mujumdar, Esq. (ASB-2004-L65M)
Denise Wiginton, Esq. (ASB-5905-D27W)
ZARZAUR MUJUMDAR & DEBROSSE
2332 2nd Avenue North
Birmingham, AL 35203
Telephone:  (205) 983-7985
Facsimile:  (888) 505-0523
gregory@zarzaur.com
anil@zarzaur.com
denise@zarzaur.com

William Van Der Pol, Jr., Esq. (ASB-2112-114F)
Glenn N. Baxter, Esq. (ASB-3825-A41G)
Lonnie Williams, Esq.
Barbara A. Lawrence, Esq.
Andrea J. Mixson, Esq.
Ashley N. Austin, Esq. (ASB-1059-F69L)
ALABAMA DISABILITIES
ADVOCACY PROGRAM
Box 870395
Tuscaloosa, AL  35487
Telephone:  (205) 348-4928
Facsimile:  (205)  348-3909
wvanderpoljur@adap.ua.edu
gnbaxter@adap.ua.edu
lwilliams@aadap.ua.edu
blawrence@adap.ua.edu

amixson@adap.ua.edu
aaustin@adap.ua.edu

**ATTORNEYS FOR THE PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

I hereby certify that I have on this 4th day of April, 2019 electronically filed the foregoing with the clerk of court by using the CM/ECF system, which will send a notice of electronic filing to the following:

David R. Boyd, Esq.
John G. Smith, Esq.
Balch & Bingham LLP
Post Office Box 78
Montgomery, AL  36101-0078
dboyd@balch.com
jgsmith@balch.com

Steven C. Corhern, Esq.
Balch & Bingham LLP
Post Office Box 306
Birmingham, AL  35201-0306
scorhern@balch.com

Joseph G. Stewart, Jr., Esq.
Gary L. Willford, Jr., Esq.
Stephanie Lynn Dodd Smithee
Alabama Department
Of Corrections
Legal Division
301 South Ripley Street
Montgomery, AL  36104
joseph.stewart@doc.alabama.gov
gary.willford@doc.alabama.gov
stephanie.smithee@doc.alabama.gov

Philip Piggott, Esq.
Starnes Davis Florie LLP
100 Brookwood Place – 7th Floor
Birmingham, AL  35209
ppiggott@starneslaw.com

William R. Lunsford, Esq.
Matthew Reeves, Esq.
Melissa K. Marler, Esq.
Stephen C. Rogers, Esq.
Alyson L. Smith, Esq.
Melissa C. Neri, Esq.
Maynard, Cooper & Gale, P.C.
655 Gallatin Street, SW
Huntsville, AL  35801
blunsford@maynardcooper.com
mreeves@maynardcooper.com
mmarler@maynardcooper.com
srogers@maynardcooper.com
asmith@maynardcooper.com
mneri@maynardcooper.com

Luther M. Dorr, Jr., Esq.
Maynard, Cooper & Gale, P.C.
1901 6th Avenue North, Suite 2400
Birmingham, AL  35203
rdorr@maynardcooper.com

Deana Johnson, Esq.
Brett T. Lane, Esq.
MHM Services, Inc.
1447 Peachtree Street, N.E., Suite 500
Atlanta, GA  30309
djohnson@mhm-services.com
btlane@mhm-services.com

  /s/ Maria V. Morris
One of the Attorneys for Plaintiffs