**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| EDWARD BRAGGS, et al.<br><br>Plaintiffs,<br><br>v.<br><br>JEFFERSON DUNN, in his official capacity as Commissioner of the Alabama Department of Corrections, et al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO.<br>2:14-cv-00601-MHT-GMB<br>Judge Myron H. Thompson |

**PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' PROPOSED OPINION AND ORDER ON IMMEDIATE SUICIDE PREVENTION REMEDIES**

The Alabama Department of Corrections ("ADOC") is presently experiencing a crisis of suicides. Doc. 2476-1 (Amended Chart of Suicide and Serious Suicide Attempt Inadequacies). The Court has indicated that it intends to issue an order this week regarding immediate suicide prevention relief. In light of the urgent need to address ADOC's suicide crisis and the fact that Defendants' agreed to the post-trial briefing schedule with full knowledge of the size of the evidentiary record in this

case, Plaintiffs hereby oppose the nearly two-day extension requested by Defendants. Doc. 2481 (Defs.' Mtn for Extension).

The Court concluded an eleven-day trial on suicide prevention remedies on April 12, 2019.[1] On April 8, 2019, the Parties agreed in open court that Plaintiffs would file a proposed opinion and order on April 15, 2019 at noon and Defendants would file a response on April 17, 2019 at noon. Apr. 8, 2019 R.D. Trial Tr., at 196:9-15. On the last day of the trial, the Court extended each side's deadline by two hours, setting the deadlines at 2:00 p.m. rather than noon. Apr. 12, 2019 R.D. Trial Tr., at 182:22-184:10.

On April 15, 2019 at 1:49 p.m., Plaintiffs filed a proposed opinion and order on immediate suicide prevention remedies. Nearly six hours later, Defendants asked the Court for additional time to respond to Plaintiffs' proposed opinion and order because "[i]t contains numerous references to transcripts of hearing testimony which the State will have to review in order to prepare its response." Doc. 2481 at 2.

Defendants agreed to the post-trial briefing schedule and should be held to it. It should come as no surprise to Defendants that Plaintiffs' proposed opinion and order cites extensively to the voluminous record in this case. *See* Doc. 2260 (Pls.' Proposed Opinion and Order on Monitoring) (including 76 pages of briefing); Doc. 1842 (Pls.' Proposed Opinion and Order on Segregation) (including 64 pages of

[1] The evidence has not yet been closed as to long-term suicide prevention remedies.

briefing). It should also come as no surprise to Defendants that Plaintiffs' proposed opinion and order sets forth detailed Prison Litigation Reform Act ("PLRA") needs-narrowness-intrusiveness findings as to each aspect of relief given Defendants' refusal to agree that the relief ordered in this case to date complies with the PLRA. *See* Doc. 2382 (Defs.' Statement on the PLRA).

Defendants have also requested a two-day extension to respond to Plaintiffs' chart detailing mental healthcare inadequacies evidenced by recent suicides and serious suicide attempts (hereinafter "Chart of Inadequacies"). Doc. 2481; Doc. 2476-1. Plaintiffs first filed a partial version of the Chart of Inadequacies on April 5, 2019. Doc. 2468-1. Plaintiffs filed a complete version of the Chart of Inadequacies on April 9, 2019. Doc. 2473-1. At the Court's request, Plaintiffs amended the Chart of Inadequacies on April 11, 2019 to include citations to specific remedial orders, stipulated agreements, and Drs. Burns's and Perrien's recommendations. Doc. 2476-1. Defendants could have begun preparing their response to the chart eleven days ago on April 5, 2019. Defendants' Motion gives no reason why their response to the Chart of Inadequacies should be further delayed.

The Court indicated on the first day of the suicide prevention remedial trial that it intended to issue an order on immediate relief "within a day or two" after the conclusion of the trial "if the allegations are as plaintiffs allege." Mar. 28, 2019 Trial Tr. Kern Final Excerpt, at 3:22-4:8. The Court instructed both Parties to begin

preparing post-trial briefing. *Id.* Defendants are represented by two major law firms and in-house counsel with a team of approximately 14 lawyers. *See infra* "Certificate of Service." Since March 28, 2019, Defendants should have been utilizing all resources available to them to meet the briefing deadlines the Court indicated would be necessary to resolve the issue of immediate suicide prevention remedies as soon as possible.

For the reasons stated herein, Plaintiffs respectfully request that the Court deny Defendants' Motion for an Extension, Doc. 2481.[2]

Dated: April 16, 2019

Respectfully Submitted,

/s/ Maria V. Morris
Maria V. Morris
One of the Attorneys for Plaintiffs
Southern Poverty Law Center
400 Washington Avenue
Montgomery, AL 36104

Maria V. Morris (ASB-2198-R64M)
Grace Graham (ASB-3040-A64G)
Jonathan Blocker (ASB-6818-G19I)
Caitlin J. Sandley (ASB-5317-S48R)
David Clay Washington (ASB-6599-Y42I)
SOUTHERN POVERTY LAW CENTER
400 Washington Avenue
Montgomery, AL 36104

[2] The Court set Plaintiffs' deadline to reply at 2:00 p.m. on April 18, 2019. Apr. 8, 2019 R.D. Trial Tr., at 183:21-184:12. Plaintiffs indicate that they do not want their reply to delay the Court's ruling. Should the Court grant Defendants an extension, Plaintiffs will forego filing a reply in an effort to ensure that the Court can issue an order on immediate suicide prevention remedies this week.

Telephone: (334) 956-8200
Facsimile: (334) 956-8481
maria.morris@splcenter.org
grace.graham@splcenter.org
jonathan.blocker@splcenter.org
cj.sandley@splcenter.org
david.washington@splcenter.org

Lisa W. Borden (ASB-5673-D57L)
William G. Somerville, III (ASB-6185-E63W)
Andrew P. Walsh (ASB-3755-W77W)
Dennis Nabors
Patricia Clotfelter (ASB-0841-F43P)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ PC
420 20th Street North, Suite 1400
Birmingham, AL 35203
lborden@bakerdonelson.com
wsomerville@bakerdonelson.com
awalsh@bakerdonelson.com
dnabors@bakerdonelson.com
pclotfelter@bakerdonelson.com

/s/ Anil A. Mujumdar

Anil A. Mujumdar (ASB-2004-L65M)
One of the Attorneys for Plaintiffs
Alabama Disabilities Advocacy Program
2332 2nd Avenue North
Birmingham, AL 35203

Gregory M. Zarzaur, Esq. (ASB-0759-E45Z)
Anil A. Mujumdar, Esq. (ASB-2004-L65M)
Denise Wiginton, Esq. (ASB-5905-D27W)
ZARZAUR
2332 2nd Avenue North
Birmingham, AL 35203
Telephone: (205) 983-7985
Facsimile: (888) 505-0523
gregory@zarzaur.com
anil@zarzaur.com

denise@zarzaur.com

William Van Der Pol, Jr., Esq. (ASB-2112-114F)
Glenn N. Baxter, Esq. (ASB-3825-A41G)
Lonnie Williams, Esq.
Barbara A. Lawrence, Esq.
Andrea J. Mixson, Esq.
Ashley N. Austin, Esq. (ASB-1059-F69L)
ALABAMA DISABILITIES
ADVOCACY PROGRAM
Box 870395
Tuscaloosa, AL 35487
Telephone: (205) 348-4928
Facsimile: (205) 348-3909
wvanderpoljur@adap.ua.edu
gnbaxter@adap.ua.edu
lwilliams@aadap.ua.edu
blawrence@adap.ua.edu
amixson@adap.ua.edu
aaustin@adap.ua.edu

**ATTORNEYS FOR THE PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 16th day of April, 2019 electronically filed the foregoing with the clerk of court by using the CM/ECF system, which will send a notice of electronic filing to the following:

David R. Boyd, Esq.
John G. Smith, Esq.
Balch & Bingham LLP
Post Office Box 78
Montgomery, AL 36101-0078
dboyd@balch.com
jgsmith@balch.com

Steven C. Corhern, Esq.
Balch & Bingham LLP
Post Office Box 306
Birmingham, AL 35201-0306
scorhern@balch.com

Joseph G. Stewart, Jr., Esq.
Gary L. Willford, Jr., Esq.
Stephanie Lynn Dodd Smithee
Alabama Department
Of Corrections
Legal Division
301 South Ripley Street
Montgomery, AL 36104
joseph.stewart@doc.alabama.gov
gary.willford@doc.alabama.gov
stephanie.smithee@doc.alabama.gov

Philip Piggott, Esq.
Starnes Davis Florie LLP
100 Brook wood Place – 7th Floor
Birmingham, AL 35209
ppiggott@starneslaw.com

William R. Lunsford, Esq.
Matthew Reeves, Esq.
Melissa K. Marler, Esq.
Stephen C. Rogers, Esq.
Alyson L. Smith, Esq.
Melissa C. Neri, Esq.
Maynard, Cooper & Gale, P.C.
655 Gallatin Street, SW
Huntsville, AL 35801
blunsford@maynardcooper.com
mreeves@maynardcooper.com
mmarler@maynardcooper.com
srogers@maynardcooper.com
asmith@maynardcooper.com
mneri@maynardcooper.com

Luther M. Dorr, Jr., Esq.
Maynard, Cooper & Gale, P.C.
1901 6th Avenue North, Suite 2400
Birmingham, AL 35203
rdorr@maynardcooper.com

Deana Johnson, Esq.
Brett T. Lane, Esq.
MHM Services, Inc.
1447 Peachtree Street, N.E., Suite 500
Atlanta, GA 30309
djohnson@mhm-services.com
btlane@mhm-services.com

/s/ Maria V. Morris
One of the Attorneys for Plaintiffs