IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| EDWARD BRAGGS, et al., | ) | |
| | ) | |
|    Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:14cv601-MHT |
| | ) | (WO) |
| JEFFERSON S. DUNN, in his | ) | |
| official capacity as | ) | |
| Commissioner of | ) | |
| the Alabama Department of | ) | |
| Corrections, et al., | ) | |
| | ) | |
|    Defendants. | ) | |

**ORDER**

It is ORDERED that defendants' motion for extension (doc. no. 2481) is granted to the extent that defendants' responses are due by 4:00 p.m. on April 18, 2019.

DONE, this the 16th day of April, 2019.

                                     /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**