# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| EDWARD BRAGGS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 2:14-CV-00601-MHT-GMB |
| JEFFERSON DUNN, in his official ) | |
| capacity as Commissioner ) | |
| of the Alabama Department of ) | |
| Corrections, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## PLAINTIFFS' MOTION TO UNSEAL TRANSCRIPT FROM APRIL 15, 2019

In the Phase 2A Understaffing Remedial Order, the Court ordered Defendants to file Warren Averett's recruitment and retention recommendations by November 2, 2018. Doc. 1657 at 3. The Court also ordered ADOC to implement Warren Averett's recommendations by December 1, 2018, with any modifications agreed to by the Parties or ordered by the Court. *Id.* Defendants filed the Warren Averett Report on November 2, 2018. However, Defendants filed two versions of the Report: One redacted, and one unredacted but under seal. Doc. 2150. Plaintiffs filed a Motion to Unseal the Warren Averett Report in its entirety on November 5, 2018. Doc. 2157. On April 15, 2019, the Court held a hearing on

Plaintiffs' motion. Doc. 2479. Because the hearing was to discuss the sealed information in the Warren Averett Report, the hearing was held *in camera*. On April 16, 2019, the Court granted Plaintiffs' motion. Doc. 2489. In light of the Court's order unsealing the Warren Averett Report in full, Plaintiffs hereby move the Court to order that the transcript from the April 15, 2019 hearing be unsealed in full.

## ARGUMENT

It is well-established that there is a general right to inspect and copy public records and documents, including judicial records and documents. *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 (1978); *Newman v. Graddick*, 696 F.2d 796 (11th Cir. 1983) (extending *Nixon*, a case about the common law right of access to records in criminal cases, to civil cases). The common law right of access creates "a general presumption that criminal and civil actions should be conducted publicly." *FTC v. AbbVie Prods. LLC*, 713 F.3d 54, 62 (11th Cir. 2013). The presumption in favor of public access can only be overcome by a showing of good cause, which requires "balancing the asserted right of access against the other party's interest in keeping the information confidential." *Romero v. Drummond Co.*, 480 F.3d 1234, 1246 (11th Cir. 2007).

When a court seals any piece of a record, the court must "balance the competing interests of the parties" in determining whether to unseal particular

documents. *Chicago Tribune Co. v. Bridgestone/Firestone, Inc.*, 263 F.3d 1304, 1312 (11th Cir. 2001). In other words, under the public's presumptive right to open records, the Court must determine "whether there is good cause to deny the public the right to access." *FTC*, 713 F.3d at 62. Relevant factors to consider include "whether the records are sought for such illegitimate purposes as to promote public scandal or gain unfair commercial advantage, whether access is likely to promote public understanding of historically significant events, and whether the press has already been permitted substantial access to the contents of the records." *Newman*, 696 F.2d at 803.

Defendants' only argument for conducting the hearing on unsealing the Warren Averett Report *in camera* was that the information in the report was sealed and they were seeking to keep it that way. In ordering that Defendants immediately unseal the Warren Averett Report in full, Court rejected Defendants' argument and found for Plaintiffs. Specifically, the Court held that "the public's interest in accessing the redacted sections outweighs defendants' interest in confidentiality." Doc. 2489 at 2. Further, the Court found that "the public has an enormous interest in accessing the recommended compensation increases, in light of the current legislative and administrative deliberations over correctional compensation, and the public's strong interest in overseeing government spending." *Id.* Moreover, the Court found that "[D]efendants' interest in

confidentiality is significantly diminished by the fact that they have already voluntarily disclosed to the public information indicating that they will increase compensation for correctional officers." *Id.*

For the same reasons that the Court found that Defendants failed to show good cause as to why the Warren Averett Report should be sealed, the April 15, 2019 hearing regarding the unsealing of the Warren Averett Report should also be unsealed. Plaintiffs respectfully request that the Court order the same.

Dated: April 17, 2019                    Respectfully Submitted,

                                                                   */s/ Maria V. Morris*
                                                                   Maria V. Morris
                                                                   One of the Attorneys for Plaintiffs
                                                                   Southern Poverty Law Center
                                                                   400 Washington Avenue
                                                                   Montgomery, AL 36104

Maria V. Morris (ASB-2198-R64M)
Grace Graham (ASB-3040-A64G)
Jonathan Blocker (ASB-6818-G19I)
Caitlin J. Sandley (ASB-5317-S48R)
David Clay Washington (ASB-6599-Y42I)
SOUTHERN POVERTY LAW CENTER
400 Washington Avenue
Montgomery, AL  36104
Telephone:  (334) 956-8200
Facsimile:  (334) 956-8481
maria.morris@splcenter.org
grace.graham@splcenter.org
jonathan.blocker@splcenter.org
cj.sandley@splcenter.org

david.washington@splcenter.org

Lisa W. Borden (ASB-5673-D57L)
William G. Somerville, III (ASB-6185-E63W)
Andrew P. Walsh (ASB-3755-W77W)
Dennis Nabors
Patricia Clotfelter (ASB-0841-F43P)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ  PC
420 20th Street North, Suite 1400
Birmingham, AL  35203
lborden@bakerdonelson.com
wsomerville@bakerdonelson.com
awalsh@bakerdonelson.com
dnabors@bakerdonelson.com
pclotfelter@bakerdonelson.com

*/s/ Anil A. Mujumdar*
Anil A. Mujumdar (ASB-2004-L65M)
One of the Attorneys for Plaintiffs
Alabama Disabilities Advocacy Program
2332 2nd Avenue North
Birmingham, AL 35203

Gregory M. Zarzaur, Esq. (ASB-0759-E45Z)
Anil A. Mujumdar, Esq. (ASB-2004-L65M)
Denise Wiginton, Esq. (ASB-5905-D27W)
ZARZAUR
2332 2nd Avenue North
Birmingham, AL 35203
Telephone:  (205) 983-7985
Facsimile:  (888) 505-0523
gregory@zarzaur.com
anil@zarzaur.com
denise@zarzaur.com

William Van Der Pol, Jr., Esq. (ASB-2112-114F)
Glenn N. Baxter, Esq. (ASB-3825-A41G)
Lonnie Williams, Esq.
Barbara A. Lawrence, Esq.

Andrea J. Mixson, Esq.
Ashley N. Austin, Esq. (ASB-1059-F69L)
ALABAMA DISABILITIES
ADVOCACY PROGRAM
Box 870395
Tuscaloosa, AL  35487
Telephone:  (205) 348-4928
Facsimile:  (205)  348-3909
wvanderpoljur@adap.ua.edu
gnbaxter@adap.ua.edu
lwilliams@aadap.ua.edu
blawrence@adap.ua.edu
amixson@adap.ua.edu
aaustin@adap.ua.edu

**ATTORNEYS FOR THE PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

I hereby certify that I have on this 17th day of April, 2019 electronically filed the foregoing with the clerk of court by using the CM/ECF system, which will send a notice of electronic filing to the following:

David R. Boyd, Esq.
John G. Smith, Esq.
Balch & Bingham LLP
Post Office Box 78
Montgomery, AL  36101-0078
dboyd@balch.com
jgsmith@balch.com

Steven C. Corhern, Esq.
Balch & Bingham LLP
Post Office Box 306
Birmingham, AL  35201-0306
scorhern@balch.com

Joseph G. Stewart, Jr., Esq.
Gary L. Willford, Jr., Esq.
Stephanie Lynn Dodd Smithee
Alabama Department
Of Corrections
Legal Division
301 South Ripley Street
Montgomery, AL  36104
joseph.stewart@doc.alabama.gov
gary.willford@doc.alabama.gov
stephanie.smithee@doc.alabama.gov

Philip Piggott, Esq.
Starnes Davis Florie LLP
100 Brook wood Place – 7th Floor
Birmingham, AL  35209
ppiggott@starneslaw.com

William R. Lunsford, Esq.
Matthew Reeves, Esq.
Melissa K. Marler, Esq.
Stephen C. Rogers, Esq.
Alyson L. Smith, Esq.
Melissa C. Neri, Esq.
Maynard, Cooper & Gale, P.C.
655 Gallatin Street, SW
Huntsville, AL  35801
blunsford@maynardcooper.com
mreeves@maynardcooper.com
mmarler@maynardcooper.com
srogers@maynardcooper.com
asmith@maynardcooper.com
mneri@maynardcooper.com

Luther M. Dorr, Jr., Esq.
Maynard, Cooper & Gale, P.C.
1901 6th Avenue North, Suite 2400
Birmingham, AL  35203
rdorr@maynardcooper.com

Deana Johnson, Esq.
Brett T. Lane, Esq.
MHM Services, Inc.
1447 Peachtree Street, N.E., Suite 500
Atlanta, GA  30309
djohnson@mhm-services.com
btlane@mhm-services.com

                                            */s/ Maria V. Morris*
                                           One of the Attorneys for Plaintiffs