IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **EDWARD BRAGGS, et al.,**     )<br>                             )<br>    Plaintiffs,           )<br>                             )<br>    v.                       )<br>                             )<br>**JEFFERSON S. DUNN, in his** )<br>**official capacity as**      )<br>**Commissioner of**           )<br>**the Alabama Department of** )<br>**Corrections, et al.,**      )<br>                             )<br>    Defendants.          )   | **CIVIL ACTION NO.**<br>**2:14cv601-MHT**<br>(WO) |

**ORDER**

It is ORDERED that plaintiffs' motion to unseal the transcript from April 15, 2019 (doc. no. 2495) is granted to the extent that, unless defendants file an objection by April 18, 2019 at 4:00 p.m., the parties are to arrange for the filing of an unsealed transcript of the *in camera* hearing held on April 15, 2019, whenever that transcript becomes available.

DONE, this the 17th day of April, 2019.

                              /s/ Myron H. Thompson
                         **UNITED STATES DISTRICT JUDGE**