IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **EDWARD BRAGGS, et al.,** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:14cv601-MHT |
| | ) | (WO) |
| **JEFFERSON S. DUNN, in his** | ) | |
| **official capacity as** | ) | |
| **Commissioner of** | ) | |
| **the Alabama Department of** | ) | |
| **Corrections, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Upon consideration of defendants' motion for extension (doc. no. 2497), it is ORDERED that plaintiffs file a response to said motion by 3:00 p.m. on April 19, 2019.

DONE, this the 19th day of April, 2019.

                           /s/ Myron H. Thompson
                           **UNITED STATES DISTRICT JUDGE**