IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **EDWARD BRAGGS, et al.,** ) | |
| ) | |
|    Plaintiffs, ) | |
| ) | CIVIL ACTION NO. |
|    v.  ) | 2:14cv601-MHT |
| ) | |
| **JEFFERSON S. DUNN, in his** ) | |
| **official capacity as** ) | |
| **Commissioner of** ) | |
| **the Alabama Department of** ) | |
| **Corrections, et al.,** ) | |
| ) | |
|    **Defendants.** ) | |

## NOTICE

Now before the court is the issue of immediate remedial relief on suicide prevention. After extensive engagement with the issues, the court has concluded that they are extremely complex and will require additional time to resolve. Therefore, the court now plans to issue its opinion and order next week.

DONE, this the 25th day of April, 2019.

                                  /s/ Myron H. Thompson
                                 **UNITED STATES DISTRICT JUDGE**