# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **EDWARD BRAGGS**, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No. 2:14-cv-00601-MHT-GMB |
| v. | ) |
| | ) Magistrate Judge Gray M. Borden |
| **JEFFERSON DUNN**, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## JOINT NOTICE RE: PLAINTIFFS' MOTION FOR INCORPORATION OF ELDON VAIL'S ADJUDGMENTS TO THE SAVAGES' STAFFING ANALYSIS PURSUANT TO THE PHASE 2A UNDERSTAFFING REMEDIAL ORDER

The Parties hereby give notice that the evidentiary hearing currently set to commence before this Court on **May 1, 2019** at **10:00 a.m.** on Plaintiffs' Motion for Incorporation of Eldon Vail's Adjustments to the Savages' Staffing Analysis Pursuant to the Phase 2A Understaffing Remedial Order (Doc. 2284, the "Motion for Incorporation") is no longer necessary. (See Order [Doc. 2376] at 1-2). Plaintiffs hereby withdraw (with prejudice) their Motion for Incorporation, because of the voluntary actions taken by the State with respect to correctional staffing.

Dated: April 29, 2019.

*/s/ Lisa W. Borden*
Lisa W. Borden
*One of the Attorneys for Plaintiffs*

Lisa W. Borden
Andrew P. Walsh
William G. Somerville III
Patricia Clotfelter
**BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC**
420 20th Street North
Suite 1400
Birmingham, Alabama 35203
Telephone: (205) 244-3863
Facsimile: (205) 488-3863
lborden@bakerdonelson.com
awalsh@bakerdonelson.com
wsomerville@bakerdonelson.com
pclotfelter@bakerdonelson.com

Maria V. Morris
Caitlin J. Sandley
Grace Graham
Jonathan Blocker
David C. Washington
**SOUTHERN POVERTY LAW CENTER**
400 Washington Avenue
Montgomery, Alabama 36104
Telephone: (334) 956-8200
Facsimile: (334) 956-8481
maria.morris@splcenter.org
cj.sandley@splcenter.org
grace.graham@splcenter.org
jonathan.blocker@splcenter.org
david.washington@splcenter.org

                                          */s/ Anil A. Mujumdar*
                                          Anil A. Mujumdar
                                          *One of the Attorneys for Alabama Disabilities Advocacy Program*

William Van Der Pol, Jr.
Glenn N. Baxter
Barbara A. Lawrence

Andrea J. Mixson
Ashley N. Austin
**ALABAMA DISABILITIES ADVOCACY PROGRAM**
University of Alabama
500 Martha Parham West
Box 870395
Tuscaloosa, Alabama 35487-0395
Telephone: (205) 348-6894
Facsimile: (205) 348-3909
wvanderpoljr@adap.ua.edu
gnbaxter@bama.ua.edu
blawrence@adap.ua.edu
amixson@adap.ua.edu
aaustin@adap.ua.edu

Lonnie J. Williams
**ALABAMA DISABILITIES ADVOCACY PROGRAM**
P. O. Box 870395
Tuscaloosa, AL 35487
Telephone: (205) 348-4928
Facsimile: (205) 348-3909
lwilliams@adap.ua.edu

Gregory M. Zarzaur
Anil A. Mujumdar
Diandra S. Debrosse
Denise Wiginton
**ZARZAUR MUJUMDAR & DEBROSSE**
2332 2nd Avenue North
Birmingham, AL 35203
Telephone: (205) 983-7985
Facsimile: (888) 505-0523
gregory@zarzaur.com
anil@zarzaur.com
fuli@zarzaur.com
denise@zarzaur.com

*/s/ Matthew B. Reeves*
Matthew B. Reeves
*One of the Attorneys for the Commissioner*

*and Associate Commissioner*

William R. Lunsford
Matthew B. Reeves
Melissa K. Marler
Stephen C. Rogers
Alyson L. Smith
Melissa C. Neri
**MAYNARD, COOPER & GALE, PC**
655 Gallatin Street
Huntsville, AL 35801
Telephone: (256) 512-5710
Facsimile: (256) 512-0119
blunsford@maynardcooper.com
mreeves@maynardcooper.com
mmarler@maynardcooper.com
srogers@maynardcooper.com
asmith@maynardcooper.com
mneri@maynardcooper.com

Luther M. Dorr, Jr.
**MAYNARD, COOPER & GALE, PC**
1901 Sixth Avenue North
2400 Regions Harbert Plaza
Birmingham, AL 35203
Telephone: (205) 254-1178
Facsimile: (205) 714-6438
rdorr@maynardcooper.com

John G. Smith
David R. Boyd
**BALCH & BINGHAM LLP**
Post Office Box 78
Montgomery, AL 36101-0078
Telephone: (334) 834-6500
Facsimile: (866) 316-9461
jgsmith@balch.com
dboyd@balch.com

4

Steven C. Corhern
**BALCH & BINGHAM LLP**
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 488-5708
scorhern@balch.com

Gary L. Willford, Jr.
Joseph G. Stewart
Stephanie L. Smithee
**ALABAMA DEPARTMENT OF CORRECTIONS**
Legal Division
301 South Ripley Street
Montgomery, Alabama 36130
Telephone (334) 353-3884
Facsimile (334) 353-3891
gary.willford@doc.alabama.gov
joseph.stewart@doc.alabama.gov
stephanie.smithee@doc.alabama.gov