IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EDWARD BRAGGS, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) CASE NO. 2:14-cv-601-MHT-GMB |
| JEFFERSON S. DUNN, *et al.*, | ) |
| Defendants. | ) |

## ORDER

Upon consideration of the Joint Notice filed on April 30, 2019, which represents that the plaintiffs intend to withdraw their Motion for Incorporation of Eldon Vail's Adjustments to the Savages' Staffing Analysis Pursuant to the Phase 2A Understaffing Remedial Order (Doc. 2284), it is ORDERED that this motion (Doc. 2284) is DENIED as moot.[1]

DONE on the 1st day of May, 2019.

GRAY M. BORDEN
UNITED STATES MAGISTRATE JUDGE

---

[1] United States District Judge Myron H. Thompson previously referred all disputes related to the Savages' recommendations to the Magistrate Judge for resolution. *See* Doc. 1656 at 12.