IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| EDWARD BRAGGS, et al., | ) | |
| | ) | |
|    Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:14cv601-MHT |
| | ) | |
| JEFFERSON S. DUNN, in his | ) | |
| official capacity as | ) | |
| Commissioner of | ) | |
| the Alabama Department of | ) | |
| Corrections, et al., | ) | |
| | ) | |
|    Defendants. | ) | |

ORDER

Based on the representations made on the record on May 14, 2019, it is ORDERED that, by May 17, 2019, at 5:00 p.m., the parties are file a joint report on their "pursuit of a path" toward "global resolution" of this case and related cases and proceedings.

DONE, this the 16th day of May, 2019.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE