IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| EDWARD BRAGGS, et al., )<br> )<br>  Plaintiffs, )<br> )<br>  v. )<br> )<br>JEFFERSON S. DUNN, in his )<br>official capacity as )<br>Commissioner of )<br>the Alabama Department of )<br>Corrections, et al., )<br> )<br>  Defendants. ) | CIVIL ACTION NO.<br>2:14cv601-MHT |

ORDER

Based on the representations made on the record on May 22, 2019, and pursuant to the court's order on May 13, 2019 (doc. no. 2531), it is ORDERED that the clerk of the court is to unseal the sealed transcript filed on April 18, 2019 (doc. no. 2498).

DONE, this the 22nd day of May, 2019.

                                /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**