IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| EDWARD BRAGGS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:14cv601-MHT |
| | ) | (WO) |
| JEFFERSON S. DUNN, in his | ) | |
| official capacity as | ) | |
| Commissioner of | ) | |
| the Alabama Department of | ) | |
| Corrections, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Based on the representations made at a status conference on the record on September 6, 2019, with regard to the parties' proposed mental-health staffing agreement (doc. no. 2606), and so that the agreement may be put into swift effect should be parties resolve their PLRA concerns prior to December 13, 2019, it is ORDERED that, with regard to the parties' proposed mental-health staffing agreement (doc. no. 2606), an in-person hearing is set for November 15, 2019, at 10:00 a.m., in the Frank M. Johnson Jr. United States

Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama.

DONE, this the 9th day of September, 2019.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE