# IN THE DISTRICT COURT OF THE UNITED STATES FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| EDWARD BRAGGS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:14cv601-MHT |
| | ) | (WO) |
| JEFFERSON S. DUNN, in his | ) | |
| official capacity as | ) | |
| Commissioner of | ) | |
| the Alabama Department of | ) | |
| Corrections, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### PHASE 2A REVISED REMEDY SCHEDULING ORDER ON THE EIGHTH AMENDMENT CLAIM

Based on the representations made on the record on September 6, 2019, it is ORDERED that the remaining deadlines and dates for the Phase 2A remedy scheduling order for the Eighth Amendment claim are revised as follows:

|  | OLD DATES | NEW DATES |
|---|---|---|
| **STAFFING** | | |
| **In-person hearing on whether the court should approve parties' proposed mental-health staffing agreement (doc. no. 2606), subject to later determination as to PLRA compliance.** | 11/15/19 at 10:00 a.m. | |
| **Evidentiary hearing on whether parties' proposed mental-health staffing agreement (doc. no. 2606) complies with the PLRA.** | | 3/2/20 at 10:00 a.m. (Stayed until December 13, 2019) |
| | | |
| **SEGREGATION** | | |
| **Parties were to develop schemes to verify that defendants are now accurately and timely identifying SMI inmates with regard to segregation. This matter was continued generally pending mediation and resolution of the monitoring issue. The parties are to file a joint statement as to the status of this issue.** | | 9/20/19 at 5:00 p.m. |
| **Evidentiary hearing on remedy for violations found in supplemental liability opinion. (Doc. nos. 2353, 2397, & 2398).** | | 11/12/19 at 10:00 a.m. |
| **With regard to remedy for violations found in supplemental liability opinion, parties to file briefs updating court as to what the issues are and what documents are relevant.** | | 11/5/19 |
| **In-person Hearing on "segregation-like" issue.** | | 11/12/19 at 10:00 a.m. |
| **With regard to the "segregation-like" issue, parties to file briefs updating court as to what the issue is and what documents are relevant.** | | 11/5/19 |
| **Remedy for remaining violations found in initial liability opinion. Evidentiary hearing already held. Just need to issue opinion.** | Under submission | |
| | | |

| | | |
|---|---|---|
| **HOSPITAL-LEVEL CARE** | | |
| Evidentiary hearing on whether parties' proposed stipulations comply with PLRA. (Doc. no. 2383). | | 3/2/20 at 10:00 a.m. (Stayed until December 13, 2019) |
| *Vitek* issue: Evidentiary hearing regarding most current facts surrounding hospital-level care. | | 1/24/20 at 10:00 a.m. |
| *Vitek* issue: Plaintiffs to file brief detailing (1) the most recent factual circumstances regarding hospital-level care and (2) why *Vitek* applies in light of those circumstances. | | 1/10/20 |
| *Vitek* issue: Defendants to file brief detailing (1) the most recent factual circumstances regarding hospital-level care and (2) why *Vitek* does not apply in light of those circumstances. | | 1/17/20 |
| | | |
| **SUICIDE PREVENTION** | | |
| In-person hearing on whether the court should approve parties' most recently proposed suicide prevention measures (doc. no. 2606), subject to later determination as to PLRA compliance. | 11/15/19 at 10:00 a.m. | |
| Evidentiary hearing of whether parties' most recently proposed suicide prevention measures (doc. no. 2606) complies with the PLRA. | | 3/2/20 at 10:00 a.m. (Stayed until December 13, 2019) |
| Court's remedial opinion and judgment for immediate relief regarding suicide prevention (doc. nos. 2525 and 2526). | (Stayed until December 13, 2019) | |
| Defendants' motion to alter, amend, or vacate (doc. no. 2564). | (Stayed until December 13, 2019) | |
| Interim suicide prevention order (doc. no. 2569) | In effect until December 13, 2019 | |
| | | |

| | | |
|---|---|---|
| **DISCIPLINARY SANCTIONS** | | |
| **Evidentiary hearing of whether parties' proposed stipulations comply with PLRA. (Doc. nos. 2384 & 2382).** | | 3/2/20 at 10:00 a.m. (Stayed until December 13, 2019) |
| | | |
| **MONITORING** | | |
| **Remedy. Evidentiary hearing already held. Just need to issue opinion.** | Under submission as of December 13, 2019 (Stayed until then.) | |
| | | |
| **RESIDENTIAL TREATMENT AND STABILIZATION UNITS** | | |
| **Remedy. Evidentiary hearing already held. Just need to issue opinion.** | Under submission | |
| | | |
| **MISCELLANEOUS** | | |
| **Evidentiary hearing on whether the following stipulations and orders comply with the PLRA:**<br>  **--Intake (doc. nos. 1780 & 1794)**<br>  **--Coding (doc. nos. 1779 & 1792)**<br>  **--Referral (doc. nos. 1786, 1814, & 1821)**<br>  **--Individual treatment plans (doc. nos. 1853 & 1865)**<br>  **--Psychotherapy and confidentiality (doc. nos. 1893 & 1899)**<br>  **--Definition of SMI (doc. no. 1720)**<br>  **--Bibb segregation issues (doc. nos. 1748 & 1751)**<br>  **--Preplacement screening, etc. (doc. nos. 1798, 1810, 1811, & 1815)**<br>  **--Removing SMIs from segregation (doc. nos. 1855 & 1861)**<br>  **--Confidentiality (doc. nos. 1894 & 1900)**<br>  **--Mental-health understaffing (doc. nos. 2283 & 2301)** | 3/2/20 at 10:00 a.m. (Stayed until December 13, 2019) | |

| | | |
|---|---|---|
| The parties are to file a joint statement of ALL the orders, stipulations, and agreements (with document numbers cited) for which the court must make findings as to whether they comply with the PLRA. | 2/7/20 (Stayed until December 13, 2019) | |
| With citations to the record in support of their arguments, the plaintiffs are to file a prehearing brief as to why these orders, stipulations, and agreements comply with the PLRA. | 2/12/20 (Stayed until December 13, 2019) | |
| With citations to the record in support of their arguments, the defendants are to file a response as to why these orders, stipulations, and agreements do not comply with the PLRA. | 2/18/20 (Stayed until December 13, 2019) | |
| Pretrial conference on PLRA issue. | 2/21/20 at 10:00 a.m. (Stayed until December 13, 2019) | |

DONE, this the 9th day of September, 2019.

                                    **/s/ Myron H. Thompson**
                                    **UNITED STATES DISTRICT JUDGE**