**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

```
EDWARD BRAGGS, et al.,        )
                              )
     Plaintiffs,              )
                              )    CIVIL ACTION NO.
     v.                       )     2:14cv601-MHT
                              )         (WO)
JEFFERSON S. DUNN, in his     )
official capacity as          )
Commissioner of               )
the Alabama Department of     )
Corrections, et al.,          )
                              )
     Defendants.              )
```

**ORDER**

The parties filed, on September 20, 2019 (doc. no. 2622), a joint status report on a scheme to identify inmates with serious mental illness in segregation. The court understands the import of the report to be that the matter at issue will be addressed in the parties' ongoing effort at mediation on the monitoring issue and that, should mediation fail, would be put to the court to consider as part of the monitoring remedy. Accordingly, it is ORDERED that, if the court has

misunderstood, the parties should so inform the court within five business days from today.

DONE, this the 24th day of September, 2019.

                                                           <u>/s/ Myron H. Thompson</u>
                                         **UNITED STATES DISTRICT JUDGE**