IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| EDWARD BRAGGS, et al.,  )<br>  )<br>  Plaintiffs,  )<br>  )<br>  v.  )<br>  )<br>JEFFERSON S. DUNN, in his  )<br>official capacity as  )<br>Commissioner of  )<br>the Alabama Department of  )<br>Corrections, et al.,  )<br>  )<br>  Defendants.  ) | CIVIL ACTION NO.<br>2:14cv601-MHT<br>(WO) |

ORDER

It is ORDERED that:

(1) The parties' joint notice (doc. no. 2605), as subsequently clarified both by the parties' joint statement (doc. no. 2629) and during an on-the-record hearing on October 21, 2019, is treated as a motion to modify the Phase 1 consent decree (doc. no. 728).

(2) By noon on October 29, 2019, the parties are to file a joint or individual brief demonstrating that the legal requirements for modification of a consent

decree, as requested in the motion to modify the Phase 1 consent decree, are met under *Rufo v. Inmates of Suffolk County Jail*, 502 U.S. 367 (1992), and other applicable Supreme Court and circuit law.

(3) By noon on October 29, 2019, the parties are to also file with the court the proposed notice to be sent to the class summarizing the proposed modification of the consent decree, as the parties agreed in their joint statement (doc. no. 2629) and mentioned during the October 21 hearing.

DONE, this the 22nd day of October, 2019.

                                        /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**