IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| EDWARD BRAGGS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:14cv601-MHT |
| | ) | (WO) |
| JEFFERSON S. DUNN, in his | ) | |
| official capacity as | ) | |
| Commissioner of | ) | |
| the Alabama Department of | ) | |
| Corrections, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

It is ORDERED that the proposed modification to the Phase 1 consent decree, *see* Order (doc. no. 2671), is set for a status conference on December 6, 2019, at 10:00 a.m., in the Frank M. Johnson Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama. The court wants to discuss, among other things, the reduction of the proposed modification to a single, comprehensive document; the

proposed notice to the class; the circulation of notice to the class; and a date for a fairness hearing.

DONE, this the 4th day of December, 2019.

                         /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE