IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| EDWARD BRAGGS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:14cv601-MHT |
| | ) | (WO) |
| JEFFERSON S. DUNN, in his | ) | |
| official capacity as | ) | |
| Commissioner of | ) | |
| the Alabama Department of | ) | |
| Corrections, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER REGARDING EXPIRATION OF STAY

Based on the representations made in open court on December 6, 2019, with regard to the stay of the proceedings in this case pursuant to the orders of the court entered on June 10, August 19, and September 9, 2019 (doc. nos. 2569, 2597, and 2608), it is ORDERED that the stay will expire on December 13, 2019, at 5:00 p.m.

DONE, this the 9th day of December, 2019.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**