IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| EDWARD BRAGGS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:14cv601-MHT |
| | ) | (WO) |
| JEFFERSON S. DUNN, in his | ) | |
| official capacity as | ) | |
| Commissioner of | ) | |
| the Alabama Department of | ) | |
| Corrections, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PHASE 2A ORDER ON MENTAL-HEALTH CASELOAD REPORT

Based on the representations made in open court on December 6, 2019, it is ORDERED as follows:

(1) The parties are to file with the court by December 20, 2019, at 5:00 p.m., a joint report updating the court as to the most recent mental-health caseload numbers, including the overall size of the caseload, the number of individuals with each mental-health designation, and the number of

individuals in need of residential-level mental-health treatment.

(2) The report should also include commentary from both parties as to whether the current caseload numbers create a need for additional residential treatment units (RTUs) and/or stabilization units (SUs) and/or mental-health treatment space.

DONE, this the 9th day of December, 2019.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE