IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

EDWARD BRAGGS, et al.,      )
                            )
      Plaintiffs,           )
                            )       CIVIL ACTION NO.
      v.                    )        2:14cv601-MHT
                            )           (WO)
JEFFERSON S. DUNN, in his   )
official capacity as        )
Commissioner of             )
the Alabama Department of   )
Corrections, et al.,        )
                            )
      Defendants.           )

PHASE 2A ORDER ON SUICIDE PREVENTION JUDGMENT

The parties having agreed to the following in open

court on December 6, 2019, it is ORDERED that the

court's Phase 2A Remedial Judgment on Immediate Relief

for Suicide Prevention (doc. no. 2526) will go into

effect on December 13, 2019, immediately after the

expiration of the stay, see court orders (doc. nos.

2569, 2507 and 2608), if the parties do not reach an

agreement before that date that their proposed

suicide-prevention stipulations (doc. no. 2601-1)

should go into effect as an enforceable order under the PLRA.

DONE, this the 9th day of December, 2019.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE