**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | |
|---|---|
| **EDWARD BRAGGS, et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:14cv601-MHT |
| ) | (WO) |
| **JEFFERSON S. DUNN, in his** ) | |
| official capacity as ) | |
| Commissioner of ) | |
| the Alabama Department of ) | |
| Corrections, et al., ) | |
| ) | |
| Defendants. ) | |

**PHASE 2A ORDER AND INJUNCTION ON**
**MENTAL-HEALTH STAFFING REMEDY**

On September 6, 2019, the parties submitted stipulations (doc. no. 2606) regarding mental-health staffing. Pursuant to these stipulations, the parties on September 13 filed an agreed-upon mental-health staffing matrix (doc. no. 2618-1). The parties agreed that these stipulations should be reduced to an order, which they agree will be enforceable under the court's initial understaffing remedial order and opinion containing PLRA findings. *See Braggs v. Dunn*,

2:14cv601-MHT, 2018 WL 7106346 at *1-2 (M.D. Ala. Feb. 20, 2018) (Thompson, J.); *Braggs v. Dunn*, 2:14cv601-MHT, 2018 WL 985759 at *9 (M.D. Ala. Feb. 20, 2018) (Thompson, J.). The parties further agreed to some clarifications of these stipulations during an on-the-record hearing on December 6. Accordingly, it is the ORDER, JUDGMENT and DECREE of the court as follows:

(1) The stipulations (doc. no. 2606), as clarified during the on-the-record hearing on December 6, 2019, and as attached to this order as Attachment A, are approved.

(2) The mental-health staffing matrix (doc. no. 2618-1), as attached to this order as Attachment B, is approved.

(3) Defendants Jefferson Dunn and Ruth Naglich are ENJOINED and RESTRAINED from failing to comply with the attached provisions (Attachments A and

B), as clarified during the on-the-record hearing on December 6, 2019.

DONE, this the 11th day of December, 2019.

    /s/ Myron H. Thompson
    **UNITED STATES DISTRICT JUDGE**