IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| EDWARD BRAGGS, et al., | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) CIVIL ACTION NO. |
|     v. | )   2:14cv601-MHT |
| | ) |
| JEFFERSON S. DUNN, in his | ) |
| official capacity as | ) |
| Commissioner of | ) |
| the Alabama Department of | ) |
| Corrections, et al., | ) |
| | ) |
|     Defendants. | ) |

**ATTACHMENT B**

**MENTAL HEALTH**
**Staffing by Facility**

| Bibb Correctional Facility | CONTRACT APRIL 1, 2018 | ADDITIONAL FTE's | EXHIBIT A TOTAL |
|---|---|---|---|
| CRNP | 0.50 | 0.00 | 0.50 |
| Licensed MHP | 2.50 | 2.47 | 4.97 |
| LPN | 1.40 | 0.72 | 2.12 |
| Mental Health Clerk | 1.00 | 0.00 | 1.00 |
| Mental Health Site Program Manager - Licensed | 1.00 | 0.00 | 1.00 |
| Observer | 2.00 | 0.00 | 2.00 |
| Psychiatrist | 0.50 | 0.00 | 0.50 |
| RN | 0.00 | 1.20 | 1.20 |
| Total FTE's | 8.90 | 4.39 | 13.29 |

| Bullock Correctional Facility - Inpatient | CONTRACT APRIL 1, 2018 | ADDITIONAL FTE's | EXHIBIT A TOTAL |
|---|---|---|---|
| Activity Tech | 6.00 | 9.53 | 15.53 |
| Administrative Assistant | 2.00 | 0.00 | 2.00 |
| Assistant DON | 1.00 | 0.00 | 1.00 |
| CRNP | 1.40 | 0.72 | 2.12 |
| Licensed MHP | 8.40 | 5.48 | 13.88 |
| LPN | 11.70 | 4.78 | 16.48 |
| Mental Health Clerk | 1.00 | 1.20 | 2.20 |
| Mental Health Site Program Manager - Licensed | 1.00 | 0.00 | 1.00 |
| Observer | 6.00 | 0.00 | 6.00 |
| Psychiatrist | 2.00 | 0.00 | 2.00 |
| Psychologist (PhD) | 1.00 | 1.50 | 2.50 |
| RN | 4.20 | 5.23 | 9.43 |
| RTU/SU Coordinator | 1.00 | 0.00 | 1.00 |
| Total FTE's | 46.70 | 28.44 | 75.14 |

| Bullock Correctional Facility - Outpatient | CONTRACT APRIL 1, 2018 | ADDITIONAL FTE's | EXHIBIT A TOTAL |
|---|---|---|---|
| CRNP | 1.00 | 0.00 | 1.00 |
| Licensed MHP | 4.20 | 1.20 | 5.40 |
| LPN | 1.40 | 0.00 | 1.40 |
| Mental Health Clerk | 1.00 | 0.00 | 1.00 |
| Mental Health Site Program Manager - Licensed | 1.00 | 0.00 | 1.00 |
| Psychiatrist | 1.00 | 0.00 | 1.00 |
| RN | 1.40 | 0.00 | 1.40 |
| Total FTE's | 11.00 | 1.20 | 12.20 |

**MENTAL HEALTH**
**Staffing by Facility**

| Donaldson Correctional Facility - Inpatient | CONTRACT APRIL 1, 2018 | ADDITIONAL FTE's | EXHIBIT A TOTAL |
|---|---:|---:|---:|
| Activity Tech | 4.00 | 9.26 | 13.26 |
| Assistant DON | 1.00 | 0.00 | 1.00 |
| CRNP | 1.00 | 0.60 | 1.60 |
| Licensed MHP | 5.00 | 11.62 | 16.62 |
| LPN | 9.80 | 2.02 | 11.82 |
| Mental Health Clerk | 1.00 | 1.20 | 2.20 |
| Mental Health Site Program Manager - Licensed | 1.00 | 0.00 | 1.00 |
| Observer | 8.00 | 0.00 | 8.00 |
| Psychiatrist | 1.00 | 0.00 | 1.00 |
| Psychologist (PhD) | 1.00 | 1.20 | 2.20 |
| RN | 4.20 | 0.00 | 4.20 |
| **Total FTE's** | **37.00** | **25.90** | **62.90** |

| Donaldson Correctional Facility - Outpatient | CONTRACT APRIL 1, 2018 | ADDITIONAL FTE's | EXHIBIT A TOTAL |
|---|---:|---:|---:|
| CRNP | 0.50 | 0.60 | 1.10 |
| Licensed MHP | 2.80 | 0.00 | 2.80 |
| LPN | 1.40 | 0.00 | 1.40 |
| Mental Health Clerk | 1.00 | 0.00 | 1.00 |
| Mental Health Site Program Manager - Licensed | 1.00 | 0.00 | 1.00 |
| Psychiatrist | 0.50 | 0.00 | 0.50 |
| RN | 1.40 | -0.40 | 1.00 |
| **Total FTE's** | **8.60** | **0.20** | **8.80** |

| Easterling Correctional Facility | CONTRACT APRIL 1, 2018 | ADDITIONAL FTE's | EXHIBIT A TOTAL |
|---|---:|---:|---:|
| CRNP | 0.50 | 0.60 | 1.10 |
| Licensed MHP | 2.80 | 2.11 | 4.91 |
| LPN | 1.40 | -0.40 | 1.00 |
| Mental Health Clerk | 1.00 | 0.00 | 1.00 |
| Mental Health Site Program Manager - Licensed | 1.00 | 0.00 | 1.00 |
| Psychiatrist | 0.50 | 0.00 | 0.50 |
| RN | 0.00 | 1.20 | 1.20 |
| **Total FTE's** | **7.20** | **3.51** | **10.71** |

3

**MENTAL HEALTH**
**Staffing by Facility**

| Fountain Correctional Facility | CONTRACT APRIL 1, 2018 | ADDITIONAL FTE's | EXHIBIT A TOTAL |
|---|---:|---:|---:|
| CRNP | 1.00 | 0.00 | 1.00 |
| Licensed MHP | 2.00 | 2.59 | 4.59 |
| LPN | 1.00 | 0.00 | 1.00 |
| Mental Health Clerk | 1.00 | 0.00 | 1.00 |
| Mental Health Site Program Manager - Licensed | 1.00 | 0.00 | 1.00 |
| Psychiatrist | 0.50 | 0.00 | 0.50 |
| Psychologist (PhD) | 0.50 | -0.50 | 0.00 |
| RN | 0.00 | 1.20 | 1.20 |
| **Total FTE's** | **7.00** | **3.29** | **10.29** |

| Hamilton A&I Correctional Center | CONTRACT APRIL 1, 2018 | ADDITIONAL FTE's | EXHIBIT A TOTAL |
|---|---:|---:|---:|
| Licensed MHP | 1.00 | 0.58 | 1.58 |
| LPN | 0.80 | 0.24 | 1.04 |
| Mental Health Clerk | 0.50 | 0.00 | 0.50 |
| Mental Health Site Program Manager - Licensed | 1.00 | 0.00 | 1.00 |
| Psychiatrist | 0.25 | 0.06 | 0.31 |
| RN | 0.00 | 0.60 | 0.60 |
| **Total FTE's** | **3.55** | **1.48** | **5.03** |

| Holman Correctional Facility | CONTRACT APRIL 1, 2018 | ADDITIONAL FTE's | EXHIBIT A TOTAL |
|---|---:|---:|---:|
| CRNP | 1.00 | 0.00 | 1.00 |
| Licensed MHP | 2.00 | 3.07 | 5.07 |
| LPN | 2.40 | -0.40 | 2.00 |
| Mental Health Clerk | 1.00 | 0.00 | 1.00 |
| Mental Health Site Program Manager - Licensed | 1.00 | 0.00 | 1.00 |
| Observer | 5.00 | 0.00 | 5.00 |
| Psychiatrist | 0.50 | 0.00 | 0.50 |
| Psychologist (PhD) | 0.50 | -0.50 | 0.00 |
| RN | 0.00 | 0.60 | 0.60 |
| **Total FTE's** | **13.40** | **2.77** | **16.17** |

**MENTAL HEALTH**
**Staffing by Facility**

| Kilby Correctional Facility - Outpatient | CONTRACT APRIL 1, 2018 | ADDITIONAL FTE's | EXHIBIT A TOTAL |
|---|---|---|---|
| Activity Tech | 0.00 | 1.87 | 1.87 |
| CRNP | 0.75 | 0.24 | 0.99 |
| Licensed MHP | 5.00 | 3.60 | 8.60 |
| LPN | 4.00 | -2.00 | 2.00 |
| Mental Health Clerk | 2.00 | 0.00 | 2.00 |
| Mental Health Site Program Manager - Licensed | 1.00 | 0.00 | 1.00 |
| Observer | 6.00 | 0.00 | 6.00 |
| Psychiatrist | 1.00 | 0.00 | 1.00 |
| Psychologist (PhD) | 1.00 | 1.20 | 2.20 |
| RN | 1.40 | 0.72 | 2.12 |
| RTU/SU Coordinator | 1.00 | 0.00 | 1.00 |
| **Total FTE's** | **23.15** | **5.63** | **28.78** |

| Kilby Correctional Facility - CSU | CONTRACT APRIL 1, 2018 | ADDITIONAL FTE's | EXHIBIT A TOTAL |
|---|---|---|---|
| CRNP | 0.25 | 0.00 | 0.25 |
| Licensed MHP | 2.40 | 2.59 | 4.99 |
| LPN | 4.20 | 0.00 | 4.20 |
| Mental Health Clerk | 0.50 | 0.60 | 1.10 |
| Psychiatrist | 0.50 | 0.52 | 1.02 |
| Psychologist (PhD) | 0.50 | 0.60 | 1.10 |
| RN | 1.40 | 6.34 | 7.74 |
| **Total FTE's** | **9.75** | **10.64** | **20.39** |

| Limestone Correctional Center | CONTRACT APRIL 1, 2018 | ADDITIONAL FTE's | EXHIBIT A TOTAL |
|---|---|---|---|
| CRNP | 1.00 | 0.00 | 1.00 |
| Licensed MHP | 4.50 | 3.67 | 8.17 |
| LPN | 2.40 | 0.72 | 3.12 |
| Mental Health Clerk | 1.00 | 0.60 | 1.60 |
| Mental Health Site Program Manager - Licensed | 1.00 | 0.00 | 1.00 |
| Observer | 3.00 | 0.00 | 3.00 |
| Psychiatrist | 0.75 | 0.00 | 0.75 |
| Psychologist (PhD) | 1.00 | -1.00 | 0.00 |
| RN | 0.00 | 1.20 | 1.20 |
| **Total FTE's** | **14.65** | **5.19** | **19.84** |

**MENTAL HEALTH**
**Staffing by Facility**

| St. Clair Correctional Center | CONTRACT APRIL 1, 2018 | ADDITIONAL FTE's | EXHIBIT A TOTAL |
|---|---:|---:|---:|
| CRNP | 0.50 | 0.00 | 0.50 |
| Licensed MHP | 1.75 | 2.89 | 4.64 |
| LPN | 1.00 | 0.00 | 1.00 |
| Mental Health Clerk | 1.00 | 0.00 | 1.00 |
| Mental Health Site Program Manager - Licensed | 1.00 | 0.00 | 1.00 |
| RN | 0.00 | 0.60 | 0.60 |
| Total FTE's | 5.25 | 3.49 | 8.74 |

| Staton/Elmore/Frank Lee Complex | CONTRACT APRIL 1, 2018 | ADDITIONAL FTE's | EXHIBIT A TOTAL |
|---|---:|---:|---:|
| CRNP | 1.00 | 0.00 | 1.00 |
| Licensed MHP | 5.00 | 1.39 | 6.39 |
| LPN | 2.80 | -0.80 | 2.00 |
| Mental Health Clerk | 2.00 | 0.00 | 2.00 |
| Mental Health Site Program Manager - Licensed | 1.00 | 0.00 | 1.00 |
| Psychiatrist | 1.00 | 0.00 | 1.00 |
| RN | 2.80 | -1.30 | 1.50 |
| Total FTE's | 15.60 | -0.71 | 14.89 |

| Tutwiler Prison for Women - Inpatient | CONTRACT APRIL 1, 2018 | ADDITIONAL FTE's | EXHIBIT A TOTAL |
|---|---:|---:|---:|
| Activity Tech | 2.00 | 1.20 | 3.20 |
| Assistant DON | 1.00 | 0.00 | 1.00 |
| CRNP | 0.25 | 0.90 | 1.15 |
| Licensed MHP | 6.00 | 3.30 | 9.30 |
| LPN | 5.70 | 1.80 | 7.50 |
| Mental Health Clerk | 1.50 | 2.40 | 3.90 |
| Mental Health Site Program Manager - Licensed | 1.00 | 1.20 | 2.20 |
| Psychiatrist | 0.50 | 0.60 | 1.10 |
| Psychologist (PhD) | 1.00 | 0.00 | 1.00 |
| RN | 4.20 | 0.00 | 4.20 |
| Total FTE's | 23.15 | 11.40 | 34.55 |

| Tutwiler Prison for Women - Outpatient | CONTRACT APRIL 1, 2018 | ADDITIONAL FTE's | EXHIBIT A TOTAL |
|---|---:|---:|---:|
| CRNP | 0.75 | 0.30 | 1.05 |
| LPN | 1.40 | 0.00 | 1.40 |
| Psychiatrist | 0.75 | 0.30 | 1.05 |
| Psychologist (PhD) | 1.00 | 1.20 | 2.20 |
| RN | 0.00 | 1.20 | 1.20 |
| Total FTE's | 3.90 | 3.00 | 6.90 |

**MENTAL HEALTH**
**Staffing by Facility**

| Ventress Correctional Facility | CONTRACT APRIL 1, 2018 | ADDITIONAL FTE's | EXHIBIT A TOTAL |
|---|---|---|---|
| CRNP | 0.50 | 0.00 | 0.50 |
| Licensed MHP | 2.80 | 1.63 | 4.43 |
| LPN | 1.40 | 0.12 | 1.52 |
| Mental Health Clerk | 1.00 | 0.00 | 1.00 |
| Mental Health Site Program Manager - Licensed | 1.00 | 0.00 | 1.00 |
| Psychiatrist | 0.50 | 0.00 | 0.50 |
| RN | 0.00 | 1.20 | 1.20 |
| **Total FTE's** | **7.20** | **2.95** | **10.15** |

| Management Staff | CONTRACT APRIL 1, 2018 | ADDITIONAL FTE's | EXHIBIT A TOTAL |
|---|---|---|---|
| Administrative Assistant | 2.00 | 0.00 | 2.00 |
| Administrative Coordinator | 1.00 | 0.00 | 1.00 |
| Asst Program Director North | 1.00 | 0.00 | 1.00 |
| Asst Program Director South | 1.00 | 0.00 | 1.00 |
| Asst Psychiatrist Director (Collaborator) | 1.00 | 0.00 | 1.00 |
| Clinical Director/Education Training | 1.00 | 0.00 | 1.00 |
| CQI Assistant | 1.00 | 0.00 | 1.00 |
| CQI Manager | 1.00 | 0.00 | 1.00 |
| Data/Reports Manager | 1.00 | 0.00 | 1.00 |
| Program Director | 1.00 | 0.00 | 1.00 |
| Psychiatrist Director | 1.00 | 0.00 | 1.00 |
| Regional Psychologist | 0.00 | 2.40 | 2.40 |
| Telehealth Coordinator | 1.00 | 0.00 | 1.00 |
| **Total FTE's** | **13.00** | **2.40** | **15.40** |
| **TOTAL FTE's** | **259.00** | **115.18** | **374.18** |