**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

EDWARD BRAGGS, et al.,           )
                                 )
    Plaintiffs,                  )
                                 )
    v.                           )          CIVIL ACTION NO.
                                 )          2:14-CV-00601-MHT-JTA
JEFFERSON DUNN, in his official  )
capacity as Commissioner         )
of the Alabama Department of     )
Corrections, et al.,             )
                                 )
    Defendants.                  )
                                 )

**JOINT NOTICE OF AGREEMENT ON CONTINUATION OF INTERIM**
**SUICIDE PREVENTION REMEDIES AND REQUEST TO WITHOLD**
**RULING ON DOC. 2564**

The Parties hereby agree to the following regarding suicide prevention remedies:

1.      The suicide prevention remedies, auditing, and reporting described in Paragraphs A.6.f and A.6.g and Sections B, C, and D of Doc. 2560-1 shall remain in effect and implementation and enforcement of the Court's Phase 2A Remedial Judgment on Immediate Relief for Suicide Prevention (Doc. 2526) shall be stayed until April 1, 2020.

2.      The Parties agree that the suicide prevention measures set forth in Paragraphs A.6.f and A.6.g and Sections B, C, and D of Doc. 2560-1 satisfy the

PLRA need-narrowness-intrusiveness requirements from the date of this agreement until April 1, 2020.

3.      No one can or will use the fact of this agreement, any aspect of this agreement, and/or that ADOC has implemented and/or performed any portion of the suicide prevention measures to argue or to find that the suicide prevention measures described in Doc. 2560-1 should continue and/or satisfy the PLRA requirements generally and/or on a permanent basis. Additionally, no Party may ask the Court to use the fact of this agreement or any aspect of this agreement in making a determination on PLRA findings. For example, this agreement is made in the absence of any order on compliance oversight or monitoring and, therefore, the State takes the position that it cannot stipulate, waive, or concede the PLRA needs-narrowness-intrusiveness requirements have been or can be met without knowing any compliance requirements related to the applicable remedial relief. Notwithstanding anything in this agreement, the State shall not be interpreted to stipulate, waive, or concede the PLRA needs-narrowness-intrusiveness requirements can be met at all beyond April 1, 2020.

4.      Nothing in this agreement is intended to and/or will affect or prejudice the Parties' rights, claims, or defenses (including any post-judgement relief and/or appeal) in this action. No Party waives, releases, and/or otherwise jeopardizes any

right or ability to seek and obtain trial court or appellate court action or relief in the future. Instead, all such rights and relief will be expressly reserved and preserved.

5.      The Parties hereby jointly request that the Court withhold ruling on the State's pending Motion to Alter, Amend, or Vacate the Phase 2A Remedial Opinion and Judgment on Immediate Relief for Suicide Prevention (Doc. 2564) until April 1, 2020.

Dated:  December 13, 2019.

/s/William Van Der Pol, Jr., Esq.
William Van Der Pol, Jr., Esq.
*One of the Attorneys for Plaintiffs*

William Van Der Pol, Jr., Esq.
Glenn N. Baxter, Esq.
Lonnie Williams, Esq.
Barbara A. Lawrence, Esq.
Andrea J. Mixson, Esq.
Ashley N. Austin, Esq.
**ALABAMA DISABILITIES ADVOCACY PROGRAM**
Box 870395
Tuscaloosa, AL 35487
Telephone: (205) 348-4928
Facsimile: (205) 348-3909
wvanderpoljur@adap.ua.edu
gnbaxter@adap.ua.edu
lwilliams@aadap.ua.edu
blawrence@adap.ua.edu
amixson@adap.ua.edu
aaustin@adap.ua.edu

Caitlin J. Sandley
Lynnette K. Miner
Jaqueline Aranda Osorno
Jonathan Barry Blocker

**SOUTHERN POVERTY LAW CENTER**
400 Washington Avenue
Montgomery, Alabama 36104
Telephone: (334) 956-8200
Facsimile: (334) 956-8481
cj.sandley@splcenter.org
lynnette.miner@splcenter.org
jackie.aranda@splcenter.org
jonathan.blocker@splcenter.org

Lisa W. Borden
William G. Somerville, III
Andrew P. Walsh
Patricia Clotfelter
**BAKER, DONELSON, BEARMAN, CALDWELL &
BERKOWITZ PC**
420 20th Street North, Suite 1400
Birmingham, AL 35203
lborden@bakerdonelson.com
wsomerville@bakerdonelson.com
awalsh@bakerdonelson.com
pclotfelter@bakerdonelson.com

/s/Anil A. Mujumdar

Anil A. Mujumdar
*One of the Attorneys for Alabama
Disabilities Advocacy Program*

Gregory M. Zarzaur, Esq.
Anil A. Mujumdar, Esq.
Denise Wiginton, Esq.
**ZARZAUR**
2332 2nd Avenue North
Birmingham, AL 35203
Telephone: (205) 983-7985
Facsimile: (888) 505-0523
gregory@zarzaur.com

anil@zarzaur.com
denise@zarzaur.com

/s/William R. Lunsford
William R. Lunsford
*One of the Attorneys for the Commissioner*
*and Associate Commissioner*

William R. Lunsford
Matthew B. Reeves
Melissa K. Marler
Stephen C. Rogers
**MAYNARD, COOPER & GALE, PC**
655 Gallatin Street
Huntsville, AL 35801
Telephone: (256) 512-5710
Facsimile: (256) 512-0119
blunsford@maynardcooper.com
mreeves@maynardcooper.com
mmarler@maynardcooper.com
srogers@maynardcooper.com

Luther M. Dorr, Jr.
**MAYNARD, COOPER & GALE, PC**
1901 Sixth Avenue North
2400 Regions Harbert Plaza
Birmingham, AL 35203
Telephone: (205) 254-1178
Facsimile: (205) 714-6438
rdorr@maynardcooper.com

John G. Smith
David R. Boyd
**BALCH & BINGHAM LLP**
Post Office Box 78
Montgomery, AL 36101-0078
Telephone: (334) 834-6500
Facsimile: (866) 316-9461

jgsmith@balch.com
dboyd@balch.com

Steven C. Corhern
**BALCH & BINGHAM LLP**
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 488-5708
scorhern@balch.com

Gary L. Willford, Jr.
Joseph G. Stewart
Stephanie L. Smithee
**ALABAMA DEPARTMENT OF CORRECTIONS**
Legal Division
301 South Ripley Street
Montgomery, Alabama 36130
Telephone (334) 353-3884
Facsimile (334) 353-3891
gary.willford@doc.alabama.gov
joseph.stewart@doc.alabama.gov
stephanie.smithee@doc.alabama.gov