# IN THE DISTRICT COURT OF THE UNITED STATES FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| EDWARD BRAGGS, et al., )<br>)<br>   Plaintiffs, )<br>)<br>   v. )<br>)<br>JEFFERSON S. DUNN, in his )<br>official capacity as )<br>Commissioner of )<br>the Alabama Department of )<br>Corrections, et al., )<br>)<br>   Defendants. ) | CIVIL ACTION NO.<br>2:14cv601-MHT<br>(WO) |

**PHASE 2A ORDER ON CORRECTIONAL STAFFING REPORT**

During an on-the-record hearing on December 6, 2019, this court discussed with both parties the latest quarterly correctional staffing report (doc. no. 2670). Each correctional staffing report to date has separately included the number of correctional officers and correctional supervisors assigned by the Savages to each facility, the actual number of such persons employed, and the resulting number of vacancies. However, as discussed in part during the hearing, the

latest report uses the term correctional staff instead of correctional officers and explicitly includes correctional cubicle officers (CCOs) and basic correctional officers (BCOs) in addition to correctional officers (COs) as part of the number of actual correctional staff. *Compare* December Quarterly Report (doc. no. 2670) at 7 & 7 n.1, *with* September Quarterly Report (doc. no. 2668) at 11. Defendants represented that of the "approximately 200 new folks added" since the previous report "most of those [are] BCO positions." Status Conference Tr. (doc. no. 2686) at 3:24-25. But the quarterly report does not make clear the specific number of cubicle correctional officers or basic correctional officers separate from the number of correctional officers.

Accordingly, it is ORDERED that the parties are to file a joint notice, by noon on Friday, December 20th, with the following:

(1) The total actual number of cubicle correctional officers, basic correctional officers, and

correctional officers, each reported separately, as of September 30, 2019, which the court understands to be the relevant date for the latest quarterly staffing report (doc. no. 2670), and as of June 30, 2019, which the court understands to be the relevant date for the September 2019 quarterly staffing report (doc. no. 2668), using the term "actual" as it is used in the quarterly staffing reports.*

(2) A proposal for how the parties may report such information in future staffing reports.

(3) A comparison of the qualifications, pay, responsibilities, and limitations, if any, of a cubicle correctional officer, basic correctional officer, and correctional officer.

DONE, this the 13th day of December, 2019.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE

---

*. The court understands that there may not be any BCOs as of June 30, 2019, depending on when the program was first implemented, but that there may be CCOs.