IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| EDWARD BRAGGS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:14cv601-MHT |
| | ) | (WO) |
| JEFFERSON S. DUNN, in his | ) | |
| official capacity as | ) | |
| Commissioner of | ) | |
| the Alabama Department of | ) | |
| Corrections, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PHASE 2A ORDER AND INJUNCTION ON
INTERIM SUICIDE-PREVENTION REMEDIES

On December 13, 2019, the parties filed a joint notice of their agreement (doc. no. 2692), which seeks to continue in effect the remedies provided for in paragraphs A.6.f and A.6.g. and sections B, C, and D of the interim suicide-prevention agreement (doc. no. 2560-1) previously approved and enforced by the court. *See* Orders (doc. nos. 2569 & 2597) (approving and enforcing the interim suicide-prevention agreement pending a stay of part of these proceedings); Order

(doc. no. 2608) (extending enforcement of the interim agreement and part of the stay). In their December 13 notice, the parties further stipulated that these interim measures satisfy the requirements of the Prison Litigation Reform Act (PLRA), 18 U.S.C. § 3626(a)(1)(A), from the date of the agreement--December 13, 2019--until April 1, 2020; that the court's Phase 2A Remedial Judgment on Immediate Relief for Suicide Prevention (doc. no. 2526) should remain stayed until April 1; and that the court should withhold ruling on the defendants' motion to alter, amend, or vacate the Phase 2A Remedial Opinion and Judgment on Immediate Relief for Suicide Prevention (doc. no. 2564) until April 1.

\*\*\*

Accordingly, it is the ORDER, JUDGMENT and DECREE of the court as follows:

(1) The joint agreement (doc. no. 2692) is approved.

(2) Defendants Jefferson Dunn and Ruth Naglich are **ENJOINED** and **RESTRAINED** from failing to comply with paragraphs A.6.f and A.6.g. and sections B, C, and D of the interim suicide prevention agreement (doc. no. 2560-1) until 5:00 p.m., on April 1, 2020.

(3) Pursuant to the parties' agreement, and upon consideration of the ordered relief and the evidence heard by the court, the court finds that this time-limited relief meets the requirements of the Prison Litigation Reform Act (PLRA), 18 U.S.C. § 3626(a)(1)(A).

(4) Enforcement of the court's Phase 2A Remedial Judgment on Immediate Relief for Suicide Prevention (doc. no. 2526) remains stayed until 5:00 p.m., on April 1, 2020.

(5) Submission of defendants' motion to alter, amend, or vacate the Phase 2A Remedial Opinion and Judgment on Immediate Relief for Suicide

Prevention (doc. no. 2564) is again continued generally.

DONE, this the 16th day of December, 2019.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE