**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | |
|---|---|
| EDWARD BRAGGS, et al., )<br>)<br>    Plaintiffs, )<br>)<br>    v. )<br>)<br>JEFFERSON S. DUNN, in his )<br>official capacity as )<br>Commissioner of )<br>the Alabama Department of )<br>Corrections, et al., )<br>)<br>    Defendants. ) | CIVIL ACTION NO.<br>2:14cv601-MHT<br>(WO) |

**PHASE 2A ORDER APPROVING
SUICIDE-PREVENTION AGREEMENT**

On September 6, 2019, the parties submitted stipulations (doc. no. 2606-1) regarding suicide-prevention measures. The parties further agreed to some clarifications of these stipulations during an on-the-record hearing on December 6, 2019.

Accordingly, it is ORDERED that the stipulations (doc. no. 2606-1), as clarified during the hearing on December 6, 2019, and as attached to this order as

Attachment A, are approved, subject to latter consideration of whether they comply with the Prison Litigation Reform Act (PLRA), 18 U.S.C. § 3626(a)(1)(A).

DONE, this the 16th day of December, 2019.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE