# IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

# MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| EDWARD BRAGGS, et al., )<br>  )<br>    Plaintiffs, )<br>  )<br>    v. )<br>  )<br>JEFFERSON S. DUNN, in his )<br>official capacity as )<br>Commissioner of )<br>the Alabama Department of )<br>Corrections, et al., )<br>  )<br>    Defendants. ) | CIVIL ACTION NO.<br>   2:14cv601-MHT |

**PHASE 2A REVISED REMEDY SCHEDULING ORDER
ON THE EIGHTH AMENDMENT CLAIM**

Based on current circumstances, it is ORDERED that the remaining deadlines and dates for the Phase 2A remedy scheduling order for the Eighth Amendment claim are revised as follows:

|  | OLD DATES | NEW DATES |
|---|---|---|
|  |  |  |
| **STAFFING** |  |  |
| **Parties to file joint notice breaking out CCOs, BCOs, and CCOs, etc. (Doc. no. 2693).** | 12/20/19 at 12:00 p.m. |  |
|  |  |  |
| **SEGREGATION** |  |  |
| **Parties were to develop schemes to verify that defendants are now accurately and timely identifying SMI inmates with regard to segregation. The matter will now be addressed in the parties' ongoing effort at mediation on the monitoring issue and, should mediation fail, would be put to the court to consider as part of the monitoring remedy.** |  |  |
| **Evidentiary hearing on remedy for violations found in supplemental liability opinion. (Doc. nos. 2353, 2397, & 2398).** | 1/24/20 at 10:00 a.m. and 1/27/20 thru 1/28/20 at 9:00 a.m. |  |
| **With regard to remedy for violations found in supplemental liability opinion, parties to file briefs updating court as to what the issues are and what documents are relevant.** | 1/10/20 |  |
| **"Segregation-like" issue.** | Under submission |  |
| **Remedy for remaining violations found in initial liability opinion. Evidentiary hearing already held. Just need to issue opinion.** | Under submission |  |
|  |  |  |
| **HOSPITAL-LEVEL CARE** |  |  |
| **Evidentiary hearing on whether parties' proposed stipulations comply with PLRA. (Doc. no. 2383).** | 3/2/20 at 10:00 a.m., and 3/3/20 thru 3/5/20 at 9:00 a.m. |  |
| *Vitek* **issue: Evidentiary hearing regarding most current facts surrounding hospital-level care.** | 1/24/20 at 10:00 a.m. |  |
| *Vitek* **issue: Plaintiffs to file brief detailing (1) the most recent factual** | 1/10/20 |  |

| | | |
|---|---|---|
| circumstances regarding hospital-level care and (2) why *Vitek* applies in light of those circumstances. | | |
| *Vitek* issue: Defendants to file brief detailing (1) the most recent factual circumstances regarding hospital-level care and (2) why *Vitek* does not apply in light of those circumstances. | 1/17/20 | |
| | | |
| **SUICIDE PREVENTION** | | |
| Evidentiary hearing of whether parties' most recently approved suicide prevention measures (doc. nos. 2606 & 2699) comply with the PLRA. | 3/2/20 at 10:00 a.m., and 3/3/20 thru 3/5/20 at 9:00 a.m. | |
| Court's remedial opinion and judgment for immediate relief regarding suicide prevention (doc. nos. 2525, 2526 & 2698). | Stayed until 4/1/20 at 5:00 p.m. | |
| Defendants' motion to alter, amend, or vacate (doc. no. 2564 & 2698). | Stayed until 4/1/20 at 5:00 p.m. | |
| Interim suicide prevention order (doc. nos. 2569 & 2698) | In effect until 4/1/20 at 5:00 p.m. | |
| Hearing on termination or extension of interim suicide prevention order (doc. nos. 2569 & 2698) | | 3/2/20 at 10:00 a.m. |
| Parties to give notice and explanation of whether they will seek an extension of the interim suicide prevention order (doc. nos. 2569 & 2698) | | 2/26/20 at 5:00 p.m. |
| | | |
| **DISCIPLINARY SANCTIONS** | | |
| Evidentiary hearing of whether parties' proposed stipulations comply with PLRA. (Doc. nos. 2384 & 2382). | 3/2/20 at 10:00 a.m., and 3/3/20 thru 3/5/20 at 9:00 a.m. | |
| | | |
| **MONITORING** | | |
| Remedy. Evidentiary hearing already held. Just need to issue opinion. | Under submission | |
| | | |

| | | |
|---|---|---|
| **RESIDENTIAL TREATMENT AND STABILIZATION UNITS** | | |
| **Remedy. Evidentiary hearing already held. Just need to issue opinion.** | Under submission | |
| **Parties to file joint report with most recent mental-health caseload numbers, etc. (Doc. no. 2682).** | 12/20/19 at 5:00 p.m. | |
| | | |
| **PLRA: MISCELLANEOUS STIPULATIONS AND ORDERS (doc. no. 2608)** | | |
| **Evidentiary hearing on whether the following stipulations and orders comply with the PLRA:**<br>  --Intake (doc. nos. 1780 & 1794)<br>  --Coding (doc. nos. 1779 & 1792)<br>  --Referral (doc. nos. 1786, 1814, & 1821)<br>  --Individual treatment plans (doc. nos. 1853 & 1865)<br>  --Psychotherapy and confidentiality (doc. nos. 1893 & 1899)<br>  --Definition of SMI (doc. no. 1720)<br>  --Bibb segregation issues (doc. nos. 1748 & 1751)<br>  --Preplacement screening, etc. (doc. nos. 1798, 1810, 1811, & 1815)<br>  --Removing SMIs from segregation (doc. nos. 1855 & 1861)<br>  --Confidentiality (doc. nos. 1894 & 1900)<br>  --Mental-health understaffing (doc. nos. 2283 & 2301) | 3/2/20 at 10:00 a.m., and 3/3/20 thru 3/5/20 at 9:00 a.m. | |
| **The parties are to file a joint statement of ALL the orders, stipulations, and agreements (with document numbers cited) for which the court must make findings as to whether they comply with the PLRA.** | 2/7/20 | |
| **With citations to the record in support of their arguments, the plaintiffs are to file a prehearing brief as to why these orders, stipulations, and agreements comply with the PLRA.** | 2/12/20 | |
| **With citations to the record in support of their arguments, the defendants are to file a response as to why these orders, stipulations, and agreements do not comply with the PLRA.** | 2/18/20 | |

| Pretrial conference on PLRA issue. | 2/21/20 at 10:00 a.m. | |
| --- | --- | --- |
| | | |

**DONE, this the 16th day of December, 2019.**

**/s/ Myron H. Thompson**
**UNITED STATES DISTRICT JUDGE**