IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| EDWARD BRAGGS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:14cv601-MHT |
| | ) | (WO) |
| JEFFERSON S. DUNN, in his | ) | |
| official capacity as | ) | |
| Commissioner of | ) | |
| the Alabama Department of | ) | |
| Corrections, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## PHASE 2A ORDER ON *VITEK* ISSUE

Based on the parties' joint response (doc. no. 2735) and the representations made on the record on January 17, 2020 it is ORDERED that:

(1) The *Vitek* issue is dismissed without prejudice.

(2) All *Vitek*-related orders (including briefing deadlines) are terminated.

(3) The evidentiary hearing set for January 24, 2020, is cancelled.

DONE, this the 17th day of January, 2020.

                                         /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE