## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| EDWARD BRAGGS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 2:14-CV-00601-MHT-JTA |
| JEFFERSON DUNN, in his official | ) | Judge Myron H. Thompson |
| capacity as Commissioner | ) | |
| of the Alabama Department of | ) | |
| Corrections, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## UPDATED JOINT SUMMARY OF ADA MODIFICATIONS

Pursuant to the Court's February 7, 2020 Order (Doc. 2751), the Parties hereby provide this updated summary of all modifications to the Consent Decree Concerning Claims Arising Under the Americans with Disabilities Act and § 504 of the Rehabilitation Act of 1973, and Resolving the Phase 1 Trial of These Proceedings (Doc. 728, "Phase 1 Consent Decree") that have been previously submitted to this Court within the Joint Notice Regarding the Agreed Upon Implementation Schedule for the ADA Alterations (Doc. 2605, "Joint Notice"), and the Joint Statement Regarding Phase 1 ADA Alterations (Doc. 2629, "Joint Statement"), and the Joint Motion to Further Amend the Phase 1 Consent Decree,

1

for Preliminary Approval of the Modifications, to Approve the Proposed Notice, and to Extend Deadlines Regarding the Proposed Modifications to ADA Settlement (Doc. 2748, "Joint Update"). The Parties have identified the areas of the Phase 1 Consent Decree that are proposed for modification. The original language of the Phase 1 Consent Decree for each section is presented and followed by the changes proposed by Joint Notice, Joint Statement, or Joint Update.[1]

### A.   Completion of the ADA Alterations

Phase 1 Consent Decree: "Within fifteen (15) months of Final Approval, ADOC will complete a Transition Plan describing how ADOC intends to effectuate compliance with the Acts concerning housing assignments and program access. This will designate whether architectural barriers are to be removed, or remediated, or new facilities built, or if policy changes will be implemented to overcome any architectural barrier in each instance for each Facility." (Doc. 728, p. 13, Sec. 41 (I) (D)).

Joint Notice: Completion of the ADA Alterations[2] will occur in three (3) phases. The first phase consists of certain ADA Alterations to Birmingham Community

---

[1] By submitting this summary, the Parties do not waive and expressly preserve all the terms, conditions, and provisions contained in the Joint Notice, Joint Statement, and Joint Update.

[2] Except as defined in this joint statement, the defined words and terms have the same meaning as ascribed in the Joint Notice.

Based Facility / Community Work Center, Frank Lee Community Based Facility / Community Work Center, and the Expedited List. The Expedited List consists of the following ADA Alterations: (i) access to outdoor recreational space and interior improvements to the Residential Treatment Unit (RTU) and Stabilization Unit (SU) at Bullock Correctional Facility; (ii) the healthcare unit (including access to outdoor recreation space) and a portion of the interior improvements to dormitories and associated restrooms at Hamilton Aged & Infirmed; (iii) the healthcare unit (including access to outdoor recreational space) and an initial intake dorm at Kilby Correctional Facility; (iv) a portion of the cells in the restrictive housing unit (including the doors, plumbing, fixtures, and showers) at Limestone Correctional Facility; (v) G dormitory at St. Clair Correctional Facility; and (vi) the identified crisis cell at Bullock Correctional Facility, Julia Tutwiler Prison for Women, and Hamilton Aged and Infirmed Correctional Facility. The second phase of ADA Alterations will be identified on or before September 1, 2020, when ADOC will identify three (3) additional major facilities, up to two (2) additional work release centers, and request the facility owner of ISTC Tutwiler and ISTC Frank Lee to make the ADA Alterations. The third phase of ADA Alterations, which will be the remainder of the work to be completed to bring ADOC into compliance, will be identified on or before September 1, 2021. (Doc. 2605, pp. 2- 4, Secs. 1-4). Notwithstanding anything in the foregoing paragraph to the contrary, if and when

3

ADOC executes a contract for the construction of the first new Alabama prison, then the Parties will appropriately and necessarily revisit the scope of work contemplated by the ADA Alterations and reevaluate the schedule, need, and/or propriety for such ADA Alterations. (Id. at p. 4, Sec. 5).

Joint Statement: The first phase will include the ADA Alterations at Donaldson Correctional Facility. (Doc. 2629, p. 8, Sec. J).

Joint Update: The expedited list will include two (2) crisis cells within S Unit at Donaldson Correctional Facility. Interim measures for inmates with disabilities housed on death row at Holman Correctional Facility consist of assigning and designating correctional staff to provide rescue assistance, as defined by the Phase 1 Consent Decree (Doc. 728, pp. 44, Sec. 8. I.), by no later than February 10, 2020, and ensuring shower chairs will be made available as needed by no later than March 6, 2020. If required by the Second Disclosure or Final Disclosure, ADOC and the ADA Consultant will develop an ADA Alteration plan for the death row at Holman Correctional Facility at a later date.

### B.    Timeline for Completion of ADA Alterations

Phase 1 Consent Decree: "Within thirty-two (32) months after Final Approval, ADOC will have completed all architectural barrier removal or remediation or constructed sufficient new facilities to accommodate Inmates with Disabilities." (Doc. 728, p. 13, Sec. 41 (I) (G)).

Joint Notice: Timelines for completion for the first phase of ADA Alterations are set by the Parties. Estimated timelines for completion of the ADA Alterations to be identified in the future for the second and third phases will be estimated at the time the facilities are identified. (Doc. 2605, pp. 2-4, Secs. 1-4).

Joint Statement: By June 1, 2021, ADOC will complete the Expedited List identified during the first phase. Alterations to Birmingham Community Based Facility / Community Work Center and Frank Lee Community Based Facility / Community Work Center will be completed by January 1, 2023. Alterations to Donaldson Correctional Facility will be completed within forty-three (43) months.[3] All ADA Alterations, including the work to be identified in the second and third phases, will be completed by November 1, 2027. In the event that ADOC concludes it is unable or unlikely to complete the Expedited List on schedule, ADOC will notify the Court and Plaintiffs' Counsel of the reason, along with a new timeline to complete the work. (Doc. 2629, pp. 8-10, Sec. J).

### C.    **Early Termination of Court Supervision and Monitoring**

Phase 1 Consent Decree: "ADOC may seek a termination of its obligations under this Amended Agreement upon a finding that it is in Substantial Compliance with

---

[3] After some initial confusion between the Parties during a Status Conference as to what forty-three (43) months after November 1, 2019, the Parties agree that the deadline for completion ADA Alterations at Donaldson Correctional Facility would be May 31, 2023.

this Amended Agreement and has maintained Substantial Compliance for at least twelve (12) consecutive months. ADOC may not obtain a termination of its obligations under this Amended Agreement until five (5) years following the Final Approval of this Amended Agreement." (Doc. 728, p. 73, Sec. IV (29)).

Joint Notice: ADOC may not seek termination of supervision until the latter of the following conditions: (i) twelve (12) months after completion of all ADA Alterations of existing facilities, or (ii) twelve (12) months after all newly constructed facilities are completed and are then housing at least 80% of their design capacity. (Doc. 2605, p. 5, Sec. 7(a)).

Joint Statement: ADOC may move for early termination if the conditions are satisfied prior to November 1, 2027. (Doc. 2629, p. 3, Sec. C).

### D.   **Automatic Termination**

Phase 1 Consent Decree: "If, upon request for termination, the Court concludes that ADOC is in Substantial Compliance with all terms and conditions of this Amended Agreement, the Court may terminate jurisdiction of the portion or portions of this case subject to this Amended Agreement. If Plaintiffs believe that ADOC is not in or progressing towards Substantial Compliance with the terms and conditions of this Amended Agreement, Plaintiffs may move for an order extending jurisdiction over this mater beyond [the] maximum time period contemplated herein." (Doc. 728, pp. 73-74, Sec. IV (30) – (31)).

6

Joint Statement: Court supervision will automatically terminate on November 1, 2028, unless Plaintiffs move for an order extending jurisdiction past November 1, 2028. (Doc. 2629, p. 3, Sec. C).

### E.     **Length of Monitoring**

Phase 1 Consent Decree: "Monitoring will continue for a period not exceeding six (6) years from the execution of this Amended Agreement, regardless of whether ADOC does or does not build new prisons." (Doc. 728, p. 70, Sec. IV (17)).

Joint Notice: Monitoring will extend until termination of supervision. (Doc. 2605, p. 5, Sec. 7(b)).

Joint Statement: Monitoring will automatically terminate on November 1, 2028, unless Plaintiffs move for an order extending jurisdiction past November 1, 2028. (Doc. 2629, p. 3, Sec. C).

### F.     **Monitoring Fees**

Phase 1 Consent Decree: The fees amount for Phase 1 monitoring was capped at approximately $330,000.00 and ended after Year Six. (Doc. 728, p. 75, Sec. 40).

Joint Notice: Beginning September 9, 2022 and ending with the termination of supervision, monitoring fees are capped at $18,000.00 per year at a rate of $195.00 per hour. (Doc. 2605, p. 5, Sec. 7(c)).

Dated:  February 7, 2020

/s/ William Van Der Pol, Jr.
One of the Attorneys for Plaintiffs

William Van Der Pol, Jr., Esq.
Glenn N. Baxter, Esq.
Lonnie Williams, Esq.
Barbara A. Lawrence, Esq.
Andrea J. Mixson, Esq.
Ashley N. Austin, Esq.
**ALABAMA DISABILITIES**
**ADVOCACY PROGRAM**
Box 870395
Tuscaloosa, AL 35487
Telephone: (205) 348-4928
Facsimile: (205) 348-3909
wvanderpoljur@adap.ua.edu
gnbaxter@adap.ua.edu
lwilliams@aadap.ua.edu
blawrence@adap.ua.edu
amixson@adap.ua.edu
aaustin@adap.ua.edu

Ebony Howard
Caitlin J. Sandley
Lynnette K. Miner
Jaqueline Aranda Osorno
Jonathan Barry Blocker
**SOUTHERN POVERTY LAW CENTER**
400 Washington Avenue
Montgomery, Alabama 36104
Telephone: (334) 956-8200
Facsimile: (334) 956-8481
ebony.howard@splcenter.org
cj.sandley@splcenter.org
lynnette.miner@splcenter.org
jackie.aranda@splcenter.org
jonathan.blocker@splcenter.org

Lisa W. Borden
William G. Somerville, III
Patricia Clotfelter
**BAKER, DONELSON, BEARMAN,**
**CALDWELL & BERKOWITZ PC**

8

420 20th Street North, Suite 1400
Birmingham, AL 35203
Telephone: (205) 328-0480
Facsimile: (205) 322-8007
lborden@bakerdonelson.com
wsomerville@bakerdonelson.com
pclotfelter@bakerdonelson.com

/s/ Anil A. Mujumdar
Anil A. Mujumdar
*One of the Attorneys for Alabama*
*Disabilities Advocacy Program*

Gregory M. Zarzaur, Esq.
Anil A. Mujumdar, Esq.
Denise Wiginton, Esq.
**ZARZAUR**
2332 2nd Avenue North
Birmingham, AL 35203
Telephone: (205) 983-7985
Facsimile: (888) 505-0523
gregory@zarzaur.com
anil@zarzaur.com
denise@zarzaur.com

/s/ William R. Lunsford
William R. Lunsford
*One of the Attorneys for the Commissioner*
*and Associate Commissioner*

William R. Lunsford
Matthew B. Reeves
Melissa K. Marler
Stephen C. Rogers
**MAYNARD, COOPER & GALE, PC**
655 Gallatin Street
Huntsville, AL 35801
Telephone: (256) 512-5710

9

Facsimile: (256) 512-0119
blunsford@maynardcooper.com
mreeves@maynardcooper.com
mmarler@maynardcooper.com
srogers@maynardcooper.com

Luther M. Dorr, Jr.
**MAYNARD, COOPER & GALE, PC**
1901 Sixth Avenue North
2400 Regions Harbert Plaza
Birmingham, AL 35203
Telephone: (205) 254-1178
Facsimile: (205) 714-6438
rdorr@maynardcooper.com

John G. Smith
David R. Boyd
**BALCH & BINGHAM LLP**
Post Office Box 78
Montgomery, AL 36101-0078
Telephone: (334) 834-6500
Facsimile: (866) 316-9461
jgsmith@balch.com
dboyd@balch.com

Steven C. Corhern
**BALCH & BINGHAM LLP**
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 488-5708
scorhern@balch.com

Gary L. Willford, Jr.
Joseph G. Stewart
Stephanie L. Smithee
**ALABAMA DEPARTMENT OF CORRECTIONS**
Legal Division
301 South Ripley Street
Montgomery, Alabama 36130

Telephone (334) 353-3884
Facsimile (334) 353-3891
gary.willford@doc.alabama.gov
joseph.stewart@doc.alabama.gov
stephanie.smithee@doc.alabama.gov