IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| EDWARD BRAGGS, et al., | ) | |
| | ) | |
|     Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:14cv601-MHT |
| | ) | (WO) |
| JEFFERSON S. DUNN, in his | ) | |
| official capacity as | ) | |
| Commissioner of | ) | |
| the Alabama Department of | ) | |
| Corrections, et al., | ) | |
| | ) | |
|     Defendants. | ) | |

**PHASE 1 ORDER UPDATING NOTICE, COMMENT, AND HEARING PROCESS FOR ADA MODIFICATIONS**

This court previously found that a particular notice and comment form, process for distributing and collecting these forms, and fairness hearing constituted sufficient notice of and opportunity to be heard on the proposed modifications to the Phase 1 consent decree. *See* Phase 1 Order for Notice, Comment, and Hearing (doc. no. 2740). The court now has under submission the parties' joint request to modify (1) the text of the notice and comment forms and (2) the dates

of the comment period in order to account for subsequent modifications to the Phase 1 consent decree (doc. no. 2751). Accordingly, after an on-the-record status conference on February 6, 2020, and an informal review of the parties' proposed notice and comment forms, it is ORDERED as follows:

(1) The comment period will begin on February 19, 2020, rather than on February 10, 2020, as previously set in this court's Phase 1 Order for Notice, Comment, and Hearing (doc. no. 2740).

(2) The comment period will end on March 20, 2020, rather than on March 9, 2020, as previously set in this court's Phase 1 Order for Notice, Comment, and Hearing (doc. no. 2740).

(3) All other dates in this court's Phase 1 Order for Notice, Comment, and Hearing (doc. no. 2740) will remain the same.

(4) The parties are to use the latest summary of proposed modifications (doc. no. 2752) rather than the initial summary of proposed modifications (doc. no. 2678) referenced in this court's Phase 1 Order for Notice, Comment, and Hearing (doc. no. 2740-1)

(5) The parties are to use the attached notice form, which reflects the updated end of the comment period, the additional proposed modifications to the Phase 1 consent decree (doc. no. 2751), and the updated summary of all modifications (doc. no. 2752), rather than the notice form previously approved in this court's Phase 1 Order for Notice, Comment, and Hearing (doc. no. 2740-1).

(6) The parties are to use the attached comment form, which reflects the updated end of the comment period, rather than the comment form previously approved in this court's Phase

1 Order for Notice, Comment, and Hearing (doc. no. 2740-2).

DONE, this the 10th day of February, 2020.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE