# EXHIBIT B

**AMENDED MEMORANDUM**

TO:        ADOC LEGAL

FROM:     Gwendolyn Givens, Warden

DATE:     March 30, 2020

RE:        ADA COMMENT BOX

---

This letter is to confirm that Donaldson Correctional Facility has complied with the Court's Order of February 10, 2020.  The notice provisions were substantially complied with and all appropriate forms collected.   Specifically, as to inmates in specialized housing (including Restrictive Housing Units), my designated staff provided each inmate with a copy of three (3) documents:  (1) the notice, (2) the joint summary of modifications, and (3) at least the second page of the comment form.  The ADA Settlement Comment Box was removed on Friday, March 20, 2020, and transported to the ADOC's Draper Facility on March 23, as required.

Warden

Date:  March 30, 2020

Sworn and Subscribed before me this 30th day of March, 2020.

Notary Public

Commission Expires _____ MY COMMISSION EXPIRES OCTOBER 18, 2020