IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| EDWARD BRAGGS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:14cv601-MHT |
| ) | (WO) |
| JEFFERSON S. DUNN, in his ) | |
| official capacity as ) | |
| Commissioner of ) | |
| the Alabama Department of ) | |
| Corrections, et al., ) | |
| ) | |
| Defendants. ) | |

**PHASE 1 ORDER REGARDING TELECONFERENCE ON
PROPOSED ADA MODIFICATIONS**

This court recently ordered that the ADA fairness hearing set for April 13, 2020, will be conducted by teleconference, but that if the inmate comment forms cannot be processed in a timely manner or the court desires to hear from one or more inmates, the court will revisit the issue of a continuance. *See* Phase 1 Order Regarding Proposed ADA Modifications (doc. no. 2785). The court has now reviewed the approximately 60 comments received on the proposed modifications to the settlement agreement, *see* Comments Mailed (First

Collection) (doc. no. 2769); Comments Mailed (Second Collection) (doc. no. 2774); Comments From Facilities (doc. no. 2787); Comments Mailed (Third Collection) (doc. no. 2794), as well as the parties' summary by topic and response to the comments, *see* Joint Statement in Support of Proposed Modification (doc. no. 2791) at 12-14 (response to comments); Exhibit A to Joint Statement (doc. no. 2791-1) (summary of comments).* In light of the comments, the parties "do not find that oral comments by the Class are necessary." Joint Statement (doc. no. 2791) at 16-17. The court agrees with the parties.

***

Accordingly, it is ORDERED that the ADA fairness hearing remains as set, to be conducted by teleconference, since the inmate comment forms were

---

* The parties did not review the total of two comments in the third collection of comments received by mail (doc. no. 2794), because these comments were docketed on April 1, 2020, after the parties submitted their joint statement (doc. no. 2791). The parties can correct the court if they believe their joint statement should be updated in any material way, although the court does not think this will be necessary.

processed in a timely manner and the court does not desire to hear oral testimony from class members.

DONE, this the 1st day of April, 2020.

                                /s/ Myron H. Thompson
                            UNITED STATES DISTRICT JUDGE