IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **EDWARD BRAGGS, et al.,** )<br>)<br>    Plaintiffs,    )<br>) <br>    v.    )<br>)<br>**JEFFERSON S. DUNN, in his** )<br>**official capacity as** )<br>**Commissioner of** )<br>**the Alabama Department of** )<br>**Corrections, et al.,** )<br>)<br>    Defendants.    ) | CIVIL ACTION NO.<br>2:14cv601-MHT<br>(WO) |

**PHASE 1 ORDER REGARDING PROPOSED ADA MODIFICATIONS**

**Based on the representations made on the record during the April 13, 2020, fairness hearing regarding proposed modifications to the ADA consent decree, and in light of the parties' previous joint statement in support of the modifications (doc. no. 2791), it is ORDERED that the parties are to file a joint proposed opinion finally approving the proposed modifications by April 21, 2020, and email a Word version to the court.**

**DONE, this the 13th day of April, 2020.**

          /s/ Myron H. Thompson
    **UNITED STATES DISTRICT JUDGE**