IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **EDWARD BRAGGS, et al.,** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:14cv601-MHT |
| | ) | (WO) |
| **JEFFERSON S. DUNN, in his** | ) | |
| **official capacity as** | ) | |
| **Commissioner of** | ) | |
| **the Alabama Department of** | ) | |
| **Corrections, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

## PHASE 1 JUDGMENT APPROVING
## PROPOSED MODIFICATIONS TO 2016 CONSENT DECREE

In accordance with the opinion entered today, it is ORDERED as follows:

(1) The parties' joint notice (doc. no. 2605) was treated, by a previous court order (doc. no. 2637), as a motion to modify the 2016 consent decree (doc. nos. 727 & 728).  Said motion to modify is granted.

(2) The proposed modifications to the consent decree, as set forth and summarized by the parties in

their updated joint summary of ADA modifications (doc. no. 2752), are approved.

(3) The objections to the proposed modifications are overruled.

(4) Defendants Alabama Department of Corrections and Commissioner Jefferson Dunn, their officers, agents, servants, employees, and attorneys, and any other persons in active concern or participation with them, see Fed. R. Civ. P. 65(d)(2)(B) & (C), are enjoined and restrained from failing to comply with the 2016 consent decree (doc. nos. 727 & 728), as now modified in the parties' updated joint summary of ADA modifications (doc. no. 2752).

DONE, this the 12th day of May, 2020.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**