IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **EDWARD BRAGGS, et al.,** )<br>)<br>    Plaintiffs, )<br>) <br>    v. )<br>)<br>**JEFFERSON S. DUNN, in his** )<br>**official capacity as** )<br>**Commissioner of** )<br>**the Alabama Department of** )<br>**Corrections, et al.,** )<br>)<br>    Defendants. ) | CIVIL ACTION NO.<br>2:14cv601-MHT |

In the court's recent Phase 2A Opinion and Order on Next Steps for a Process to Identify Functional Segregation (doc. no. 2824), the court gave the parties until noon on July 13, 2020, to file various responses. That filing deadline was set in error. The court meant to give the parties only until noon on June 19, 2020. Accordingly, it is ORDERED that this court's prior opinion (doc. no. 2824) is amended to reflect that filing deadline for responses is noon on June 19, 2020.

DONE, this is the 2nd day of June, 2020.

                                           /s/ Myron H. Thompson
                                     **UNITED STATES DISTRICT JUDGE**