IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
EDWARD BRAGGS, et al.,       )
                             )
    Plaintiffs,              )
                             )   CIVIL ACTION NO.
    v.                       )     2:14cv601-MHT
                             )         (WO)
JEFFERSON S. DUNN, in his    )
official capacity as         )
Commissioner of              )
the Alabama Department of    )
Corrections, et al.,         )
                             )
    Defendants.              )
```

ORDER APPOINTING ARBITRATOR

This court recently ordered the parties to meet and confer about whether they can agree upon a replacement arbitrator for disputes arising out of the Phase 1 consent decree (doc. no. 728) and Phase 2A ADA consent decree (doc. no. 1291) in light of the retirement of Magistrate Judge John Ott. *See* Order for Replacement Arbitrator (doc. no. 2856). The parties have now informed the court that they could not come to any agreement. *See* Joint Petition for Court to Appoint Replacement Arbitrator (doc. no. 2862). Instead, the

parties jointly request that the court choose and appoint a replacement arbitrator, based on the process set forth in the Phase 1 consent decree (doc. no. 728). To aid the court, the parties have provided a list of current U.S. Magistrate Judges or those on recall who might be able to serve as arbitrator, including U.S. Magistrate Judge Stephen M. Doyle.  *See* Joint Petition for Court to Appoint Replacement Arbitrator (doc. no. 2862) at 2 n.2.

Accordingly, it is ORDERED as follows:

(1) Magistrate Judge Stephen M. Doyle is appointed as arbitrator for disputes arising out of the Phase 1 consent decree (doc. no. 728) and Phase 2A ADA consent decree (doc. no. 1291). The clerk of the court is to add Judge Doyle as an interested party to this *Braggs* litigation.

(2) The clerk of court is to file a copy of this order in *In re: Patrick Joseph Charest Request for Arbitration in the* Braggs *litigation*, No. 19-misc-3852, where Judge Doyle is to serve

as the arbitrator.  The clerk of the court is to add Judge Doyle as an interested party to the *Charest* proceeding too.

DONE, this the 7th of July, 2020.

                           /s/ Myron H. Thompson
                          UNITED STATES DISTRICT JUDGE