## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| EDWARD BRAGGS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 2:14-CV-00601-MHT-JTA |
| JEFFERSON DUNN, in his official | ) | Judge Myron H. Thompson |
| capacity as Commissioner | ) | |
| of the Alabama Department of | ) | |
| Corrections, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## PLAINTIFFS' AMENDED AND SUPPLEMENTED WITNESS AND EXHIBIT LISTS FOR THE PRISON LITIGATION REFORM ACT TRIAL

Plaintiffs hereby submit their Amended[1] and Supplemented[2] Witness and Exhibit List for the trial on whether the agreed-upon Phase 2A remedies comply with the Prison Litigation Reform Act, which is scheduled to begin on September 14, 2020.

---

[1] Plaintiffs amend their previously submitted list to: (1) correct numbering errors; (2) properly identify P-2657 as a previously admitted exhibit; (3) correct the titles and/or Bates numbers; and (4) provide Bates numbers.  A copy of the amended exhibit list showing tracked changes is attached as Exhibit A.

[2] Plaintiffs supplement their list with Exhibits P-2862, P-2864, and P-2885 to include documents produced by Defendants on September 4, 2020 at 4:14pm, less than one hour before the deadline to submit exhibit lists, and documents P-3006 through P-3008 to include documents produced by Defendants on September 8, 2020.

Plaintiffs reserve the right to amend their exhibit list to include any documents produced after this filing. Plaintiffs also reserve the right to amend their witness list to include any witness whose testimony appears to be necessary in light of documents produced after this filing.

## I. WITNESS LIST

| WITNESS | DATE | LENGTH | TOPICS |
|---|---|---|---|
| Dr. Kathryn Burns (will call) | September 14, 14-18, 2020 | 5 days | The Court has recognized Dr. Burns as an expert in this case and relied on her expert testimony in its liability opinion. *Braggs v. Dunn*, No. 2:14-cv-601, 2017 WL 2984312 at *3-4; *see also Braggs v. Dunn*, 257 F. Supp. 3d 1171 (M.D. Ala. 2017). She has since testified without objection from Defendants in the Understaffing, Segregation, Residential Treatment, Monitoring, and Suicide Prevention Remedial Trials. The Court recently relied on her expert testimony in its monitoring order. Doc. 2915.<br><br>Dr. Burns will testify that the remedies at issue in this hearing are necessary, narrowly drawn, and the least intrusive means necessary to address the constitutional violations found by the Court. |
| Eldon Vail (will call) | | 2 days | The Court recognized Mr. Vail as an expert in correctional administration in its Liability Opinion, overruling Defendants' Daubert objections. *Braggs v. Dunn*, 257 F. Supp. 3d 1171, 1186-88 (M.D. Ala. 2017); *see also Braggs v. Dunn*, No. 2:14-cv-601, |

| WITNESS | DATE | LENGTH | TOPICS |
|---------|------|--------|--------|
| | | | 2017 WL 2984312 (M.D. Ala. July 13, 2017). He has since testified without objection from Defendants in the Understaffing, Segregation, Monitoring, and Suicide Prevention Remedial Trials. The Court recently relied on his expert testimony in its monitoring order. Doc. 2915.<br><br>Mr. Vail will testify that the remedies at issue in this hearing are necessary, narrowly drawn, and the least intrusive means necessary to address the constitutional violations found by the Court. |
| Any witness identified by Defendants. | | | |
| Any witness necessary for impeachment or rebuttal. | | | |

## II. EXHIBIT LIST

In addition to the newly marked exhibits listed below, Plaintiffs reserve the right to use any exhibits previously marked by either Party for any Phase 2A evidentiary proceeding, including but not limited to the liability trial and remedial trials;  exhibits necessary for impeachment or rebuttal; and any exhibit identified by Defendants.

**Previously Admitted Exhibits**

| Ex. No. | Title | Bates / Docket Number |
|---------|-------|----------------------|
| P-2657 | Wexford Health Services Guidelines | ADOC0422288-ADOC0422393 |

**New Exhibits**

| Ex. No. | Title | Bates / Docket Number |
|---|---|---|
| P-2744 | Bibb Audits and CAPs | ADOC0492538-ADOC0492550 |
| P-2745 | Bullock Audits and CAPs | ADOC0492551-ADOC0492566 |
| P-2746 | Donaldson Audits and CAPs | ADOC0492567-ADOC0492614 |
| P-2747 | Easterling Audits and CAPs | ADOC0492615-ADOC0492627 |
| P-2748 | Fountain Audits and CAPs | ADOC0492628-ADOC0492644 |
| P-2749 | Hamilton Audits and CAPs | ADOC0492645-ADOC0492657 |
| P-2750 | Holman Audits and CAPs | ADOC0492645-ADOC0492657 |
| P-2751 | Kilby Audits and CAPs | ADOC0492680-ADOC0492697 |
| P-2752 | Limestone Audits and CAPs | ADOC0492698-ADOC0492707 |
| P-2753 | Bibb Audit | ADOC0492708-ADOC0492708 |
| P-2754 | Bullock Audit | ADOC0492709-ADOC0492709 |
| P-2755 | Donaldson Audit | ADOC0492710-ADOC0492710 |
| P-2756 | Audits, Multiple Facilities | ADOC0492711-ADOC0492724 |
| P-2757 | St. Clair Audits and CAPs | ADOC0492725-ADOC0492742 |
| P-2758 | Staton and Elmore Audits | ADOC0492743-ADOC0492753 |
| P-2759 | Tutwiler Audits and CAPs | ADOC0492754-ADOC0492776 |
| P-2760 | Ventress Audits and CAPs | ADOC0492777-ADOC0492787 |

| Ex. No. | Title | Bates / Docket Number |
|---------|-------|----------------------|
| P-2761 | Bibb May 2019 OHS Audits | ADOC0492788-ADOC0492838 |
| P-2762 | Bullock OP Sept. 2019 OHS Audits | ADOC0492839-ADOC0492856 |
| P-2763 | Bibb and Limestone July-Aug. 2019 OHS Audits | ADOC0492857-ADOC0492870 |
| P-2764 | Bullock IP Sept. 2019 OHS Audits | ADOC0492871-ADOC0492944 |
| P-2765 | Bibb May 2019 OHS Audits | ADOC0492945-ADOC0492973 |
| P-2766 | Easterling June 2019 OHS Audits | ADOC0492974-ADOC0493067 |
| P-2767 | Bullock IP Sept. 2019 OHS Audits | ADOC0493068-ADOC0493122 |
| P-2768 | Bibb May 2019 OHS Audits | ADOC0493123-ADOC0493161 |
| P-2769 | Staton and Elmore June 2019 OHS Audits | ADOC0493162-ADOC0493252 |
| P-2770 | Limestone Audits | ADOC0493327-ADOC0493451 |
| P-2771 | Limestone OHS audit | ADOC0493452-ADOC0493492 |
| P-2772 | Bibb audits | ADOC0493493-ADOC0493518 |
| P-2773 | Bibb 1.2020 Audit | ADOC0514547-ADOC0514547 |
| P-2774 | Bibb 2.14.2020 Audit | ADOC0514548-ADOC0514548 |
| P-2775 | Bullock 1.13.2020 Audit | ADOC0514549-ADOC0514549 |
| P-2776 | Bullock IP 2.19.2020 Audit | ADOC0514550-ADOC0514550 |

| Ex. No. | Title | Bates / Docket Number |
|---|---|---|
| P-2777 | Bullock Audit | ADOC0514551-ADOC0514551 |
| P-2778 | Bullock 2.14.2020 Audit | ADOC0514552-ADOC0514552 |
| P-2779 | WEDCF 1.2020 Audit | ADOC0514553-ADOC0514553 |
| P-2780 | Donaldson 2.2020 Audit | ADOC0514554-ADOC0514554 |
| P-2781 | Fountain 1.2020 Audit | ADOC0514555-ADOC0514555 |
| P-2782 | Fountain 3.2020 Audit | ADOC0514556-ADOC0514556 |
| P-2783 | Hamilton 1.2020 Audit | ADOC0514557-ADOC0514557 |
| P-2784 | July 2020 Crisis Cell Utilization Logs | ADOC0517159-ADOC0517199 |
| P-2785 | Hamilton 2.2020 Audit | ADOC0514558-ADOC0514558 |
| P-2786 | Holman 2.2020 Audit | ADOC0514559-ADOC0514559 |
| P-2787 | Kilby Audit, undated | ADOC0514560-ADOC0514560 |
| P-2788 | Kilby 2.2020 Audit | ADOC0514561-ADOC0514561 |
| P-2789 | Limestone 2.2020 Audit | ADOC0514562-ADOC0514562 |
| P-2790 | St. Clair 2.2020 Audit | ADOC0514563-ADOC0514563 |
| P-2791 | St. Clair MH Med Administration 1.20 Audit | ADOC0514564-ADOC0514564 |
| P-2792 | St. Clair 1.20 Audit | ADOC0514565-ADOC0514565 |
| P-2793 | St. Clair RH Referrals Audit | ADOC0514568-ADOC0514568 |

| Ex. No. | Title | Bates / Docket Number |
| --- | --- | --- |
| P-2794 | Staton - Elmore MH Med Admin Audit | ADOC0514569-ADOC0514569 |
| P-2795 | Staton and Elmore Audit | ADOC0514570-ADOC0514570 |
| P-2796 | Staton 2.2020 Audit | ADOC0514572-ADOC0514572 |
| P-2797 | RTU Tutwiler Audit | ADOC0514575-ADOC0514575 |
| P-2798 | Ventress MH Referral Logs | ADOC0514577-ADOC0514577 |
| P-2799 | Ventress 2.2020 Audit | ADOC0514578-ADOC0514578 |
| P-2800 | July - Oct. 2019 Donaldson Audit | ADOC0480209-ADOC0481106 |
| P-2801 | Aug.- Nov. 2019 Kilby Audit | ADOC0483942-ADOC485717 |
| P-2802 | Dec. 2019 Tutwiler Audit | ADOC0486624-ADOC0487808 |
| P-2803 | July - Dec. 2019 St. Clair Audit | ADOC0488315-ADOC0488965 |
| P-2804 | Nov - Feb 2020 – Holman Audit | ADOC0497823-ADOC0497902 |
| P-2805 | SMI RH Report as of 3.3.2020 | Doc. 2770 |
| P-2806 | SMI RH Report as of 4.7.2020 | Doc. 2806 |
| P-2807 | SMI RH Report as of 5.5.2020 | Doc. 2818 |
| P-2808 | SMI RH Report as of 6.2.2020 | Doc. 2836 |
| P-2809 | SMI RH Report as of 7.7.2020 | Doc. 2869 |
| P-2810 | SMI RH Report as of 8.4.2020 | Doc. 2890 |

| Ex. No. | Title | Bates / Docket Number |
|---------|-------|----------------------|
| P-2811 | Feb. 2020 - April 2020 Wexford 7-Day Assessment Audit | ADOC0507189-ADOC0507475 |
| P-2812 | Nov. 2019 - Jan. 2020 Wexford 7-Day Assessment Audit | ADOC0495658 - ADOC0495911 |
| P-2813 | 3/3/2020 Segregation Roster | ADOC0489022-ADOC0489077 |
| P-2814 | 4/7/2020 Segregation Roster | ADOC0494813-ADOC0494873 |
| P-2815 | 5/5/2020 Segregation Roster | ADOC0500760-ADOC0500820 |
| P-2816 | 6/2/2020 Segregation Roster | ADOC0505416-ADOC0505476 |
| P-2817 | 7/7/2020 Segregation Roster | ADOC0506686-ADOC0506746 |
| P-2818 | 8/4/2020 Segregation Roster | ADOC0514383-ADOC0514443 |
| P-2819 | Bibb OHS Audit 5.15-16.2019 | ADOC0517333-ADOC0517371 |
| P-2820 | Hamilton OHS Audit 5.21-22.2019 | ADOC0517372-ADOC0517403 |
| P-2821 | Limestone OHS Audit 5.28-29.2019 | ADOC0517404-ADOC0517438 |
| P-2822 | Easterling OHS Audit 6.4-5.2019 | ADOC0517439-ADOC0517476 |
| P-2823 | Staton Draper OHS Audit 6.12-13.2019 | ADOC0517477-ADOC0517508 |
| P-2824 | Kilby OHS Audit 11.18-26.2019 | ADOC0517509-ADOC0517560 |
| P-2825 | Donaldson OHS Audit 10.28-11.6.2019 | ADOC0517561-ADOC0517643 |
| P-2826 | 3rd quarter 2019 Wexford SRA Audit Report | ADOC0477795-ADOC0478840 |

| Ex. No. | Title | Bates / Docket Number |
|---------|-------|----------------------|
| P-2827 | 3rd quarter 2019 Wexford SRA Audit Report Cover Letter | ADOC0479117-ADOC0479118 |
| P-2828 | 3rd quarter 2019 Wexford SRA Audit Report Related Emails | ADOC0479119-ADOC479126 |
| P-2829 | March 2020 – May 2020 Wexford SRA Audit | ADOC0505872-ADOC0505878 |
| P-2830 | March 2020 – May 2020 Wexford SRA Audit | ADOC0505879-ADOC0506403 |
| P-2831 | March 2020 – May 2020 Wexford SRA Audit | ADOC0506404-ADOC0506406 |
| P-2832 | March 2020 – May 2020 Wexford SRA Audit | ADOC0506407-ADOC0506408 |
| P-2833 | March 2020 – May 2020 Wexford SRA Audit | ADOC0506409-ADOC0506422 |
| P-2834 | March 2020 – May 2020 Wexford SRA Audit | ADOC0506423-ADOC0506425 |
| P-2835 | 4th Qtr 2019 Wexford SRA Audit Report - | ADOC0481426-ADOC0483941 |
| P-2836 | Dec. 2019 - Feb. 2020 Wexford SRA Audit Report | ADOC493635-ADOC494391 |
| P-2837 | Exhibit A - Quarterly Mental Health Staffing Report for Quarter Ending June 30, 2020 | Doc. 2893-1 |
| P-2838 | SEALED Correctional Staffing Report for Quarter Ending June 30, 2020 | Doc. 2911 |
| P-2839 | CQI Minutes 11.1.2019 | ADOC0498722-ADOC0498724 |
| P-2840 | June 2020 Crisis Cell Utilization Logs | ADOC0508693-ADOC0508736 |

| Ex. No. | Title | Bates / Docket Number |
|---|---|---|
| P-2841 | May 2020 Crisis Cell Utilization Logs | ADOC0505552-ADOC0505656 |
| P-2842 | Wexford MH Databases 12-2-19 | |
| P-2843 | Alabama Department of Corrections 2018 Annual Report | |
| P-2844 | 2020 7 AL Monthly MH Reporting 07-31-2020 | |
| P-2845 | ADOC Monthly Statistical Report June 2020 | |
| P-2846 | Charles Braggs Institutional File | ADOC0517711-ADOC0517758 |
| P-2847 | Charles Braggs Mental Health Records | ADOC0518103-ADOC0518111 |
| P-2848 | Jaquel Alexander Mental Health Records | ADOC0518125-ADOC0518492 |
| P-2849 | Charles Braggs Serious Event and Incident Report Form | ADOC0518549-ADOC0518549 |
| P-2850 | Jaquel Alexander Serious Event and Incident Report Form | ADOC0518551-ADOC0518552 |
| P-2851 | 9/1/2020 Segregation Roster | ADOC0518615-ADOC0518675 |
| P-2852 | Avery Psychological Autopsy | ADOC0518577-ADOC0518581 |
| P-2853 | Jackson Psychological Autopsy | ADOC0518573-ADOC0518576 |
| P-2854 | Murphree Psychological Autopsy | ADOC0518567-ADOC0518572 |
| P-2855 | Tolbert Psychological Autopsy | ADOC0518597-ADOC0518614 |
| P-2856 | Underwood Psychological Autopsy | ADOC0518582-ADOC0518596 |

| Ex. No. | Title | Bates / Docket Number |
|---------|-------|----------------------|
| P-2857 | Oxford Textbook of Correctional Psychiatry, Oxford University Press, 2015, Chapter 11 (Mental Health Screening and Brief Assessments) | |
| P-2858 | Oxford Textbook of Correctional Psychiatry, Oxford University Press, 2015, Chapter 14 (Disciplinary Infractions and Restricted Housing) | |
| P-2859 | Oxford Textbook of Correctional Psychiatry, Oxford University Press, 2015, Chapter 22 (Levels of Care) | |
| P-2860 | Oxford Textbook of Correctional Psychiatry, Oxford University Press, 2015, Chapter 43 (Suicide Risk Management) | |
| P-2861 | Oxford Textbook of Correctional Psychiatry, Oxford University Press, 2015, Chapter 66 (Systems Monitoring and Quality Improvement) | |
| P-2862 | Holman OHS Audits 3.2.2020-3.3.2020 | ADOC0518719-ADOC0518742 |
| P-2863 | Mental Health Staffing Appendix | Doc. 2618-1 |
| P-2864 | St. Clair OHS Audits 1.6.2020 - 1.8.2020 | ADOC0518767-ADOC0518786 |
| P-2865 | Recommended Staffing Ratios for MH Services | Doc. 2385-1 |

| Ex. No. | Title | Bates / Docket Number |
|---------|-------|----------------------|
| P-2866 | Phase 2A Order and Injunction on MH Staffing Remedy | Doc. 2688 |
| P-2867 | Mental Health Staffing Stipulations | Doc. 2688-1 |
| P-2868 | Mental Health Staffing Matrix | Doc. 2688-2 |
| P-2869 | SMI RH Report as of 3.10.2020 | Doc. 2771 |
| P-2870 | SMI RH Report as of 3.17.2020 | Doc. 2789 |
| P-2871 | SMI RH Report as of 3.24.2020 | Doc. 2797 |
| P-2872 | SMI RH Report as of 3.31.2020 | Doc. 2802-1 |
| P-2873 | SMI RH Report as of 4.7.2020 | Doc. 2806 |
| P-2874 | SMI RH Report as of 4.14.2020 | Doc. 2809 |
| P-2875 | SMI RH Report as of 4.21.2020 | Doc. 2810 |
| P-2876 | SMI RH Report as of 5.5.2020 | Doc. 2818 |
| P-2877 | SMI RH Report as of 5.12.2020 | Doc. 2820 |
| P-2878 | SMI RH Report as of 5.19.2020 | Doc. 2821 |
| P-2879 | SMI RH Report as of 5.26.2020 | Doc. 2833 |
| P-2880 | Defendants' Plan on Inpatient Treatment | Doc. 2880 |
| P-2881 | Exhibit 1, Declaration of Jeffrey L. Metzner | Doc. 2880-1 |
| P-2882 | Exhibit 2, Declaration of Mary Perrien | Doc. 2880-2 |

| Ex. No. | Title | Bates / Docket Number |
|---|---|---|
| P-2883 | Exhibit 3 Declaration of Timothy E. Stone | Doc. 2880-3 |
| P-2884 | Exhibit 4, Alabama Department of Corrections, Office of Health Services, Structured Living Unit Program Policy | Doc. 2880-4 |
| P-2885 | Tutwiler OHS Audits 12.9.2019 - 12.13.2019 | ADOC0518787-ADOC0518824 |
| P-2886 | Intentionally Omitted | |
| P-2887 | Intentionally Omitted | |
| P-2888 | Intentionally Omitted | |
| P-2889 | Administrative Regulation 437 – Time Computation and Procedures | |
| P-2890 | Administrative Regulation 437-2 – Time Computation and Procedures (Change 2) | |
| P-2891 | Administrative Regulation 444 – Inmate Work Programs | |
| P-2892 | Administrative Regulation 460 – Faith/Character Based Programs | |
| P-2893 | Alabama Department of Corrections Male Inmate Handbook | |
| P-2894 | Phase 2A Order Re: Segregation Remedy | Doc. 1720 |
| P-2895 | Phase 2A Order and Injunction and | Doc. 1751 |

| Ex. No. | Title | Bates / Docket Number |
|---------|-------|----------------------|
| | Stipulations Re: Bibb Segregation Remedy | |
| P-2896 | Phase 2A Order and Injunction and Stipulations Re: Bibb Segregation Remedy, Attachment | Doc. 1751-1 |
| P-2897 | Phase 2A Order and Injunction and Stipulations on Mental-Health Identification and Classification Remedy (Coding) | Docs. 1792 |
| P-2898 | Phase 2A Order and Injunction and Stipulations on Mental-Health Identification and Classification Remedy (Coding), Attachment | Doc. 1792-1 |
| P-2899 | Phase 2A Order and Injunction and Stipulations on Mental-Health Identification and Classification Remedy (Intake) | Doc. 1794 |
| P-2900 | Phase 2A Order and Injunction and Stipulations on Mental-Health Identification and Classification Remedy (Intake), Attachment | Doc. 1794-1 |
| P-2901 | Phase 2A Order and Injunction and Stipulations on Segregation Remedy (Pre-Placement, Mental-Health Rounds, Periodic Evaluations) | Docs. 1815 |

| Ex. No. | Title | Bates / Docket Number |
|---|---|---|
| P-2902 | Phase 2A Order and Injunction and Stipulations on Segregation Remedy (Pre-Placement, Mental-Health Rounds, Periodic Evaluations), Attachment | Doc. 1815-1 |
| P-2903 | Phase 2A Order and Injunction, Stipulations, and Additional Stipulations on Mental-Health Identification and Classification Remedy (Referral) | Docs. 1821 |
| P-2904 | Phase 2A Order and Injunction, Stipulations, and Additional Stipulations on Mental-Health Identification and Classification Remedy (Referral), Attachment A | Doc. 1821-1 |
| P-2905 | Phase 2A Order and Injunction, Stipulations, and Additional Stipulations on Mental-Health Identification and Classification Remedy (Referral), Attachment B | Doc. 1821-2 |
| P-2906 | Phase 2A Order and Injunction and Stipulations on Mental-Health Individualized Treatment Planning Remedy | Docs. 1865 |
| P-2907 | Phase 2A Order and Injunction and Stipulations on Mental-Health Individualized | Doc. 1865-1 |

| Ex. No. | Title | Bates / Docket Number |
|---------|-------|----------------------|
| | Treatment Planning Remedy, Attachment | |
| P-2908 | Phase 2A Order and Injunction and Stipulations on Mental-Health Psychotherapy and Confidentiality Remedy | Docs. 1899 |
| P-2909 | Phase 2A Order and Injunction and Stipulations on Mental-Health Psychotherapy and Confidentiality Remedy, Attachment | Doc. 1899-1 |
| P-2910 | Phase 2A Order and Injunction, Stipulations, and Form on Confidentiality | Docs. 1900 |
| P-2911 | Phase 2A Order and Injunction, Stipulations, and Form on Confidentiality, Attachment | Doc. 1900-1 |
| P-2912 | ADOC Confidentiality Agreement | Doc. 1900-2 |
| P-2913 | Phase 2A Order and Injunction and Contempt Stipulations Regarding Mental-Health Understaffing | Doc. 2301 |
| P-2914 | Phase 2A Order and Injunction and Contempt Stipulations Regarding Mental-Health Understaffing, Attachment | Doc. 2301-1 |

| Ex. No. | Title | Bates / Docket Number |
|---|---|---|
| P-2915 | Joint Notice of Filing, Amended Stipulations, and Administrative Regulation Regarding the Provision of Hospital-Level Care | Doc. 2383 |
| P-2916 | Amended Stipulation Regarding the Provision of Hospital-Level Care | Doc. 2383-1 |
| P-2917 | Joint Notice of Filing, Amended Stipulations, and Administrative Regulation Regarding the Provision of Hospital-Level Care, Exhibit A | Doc. 2383-2 |
| P-2918 | Joint Notice of Filing, Second Amended Stipulations, and Administrative Regulations Regarding Phase 2A Mental Health Consultation to the Disciplinary Process | Doc. 2433 |
| P-2919 | Second Amended Stipulations, and Administrative Regulations Regarding Phase 2A Mental Health Consultation to the Disciplinary Process | Doc. 2433-1 |
| P-2920 | Notice of Filing of Status of Negotiations & Agreements | Doc. 2606 |
| P-2921 | Stipulations Regarding Suicide Prevention Measures | Doc. 2606-1 |

| Ex. No. | Title | Bates / Docket Number |
|---------|-------|------------------------|
| P-2922 | 1.7.2020 Segregation Roster | ADOC0486123-ADOC0486171 |
| P-2923 | 1.14.2020 Segregation Roster | ADOC0486172-ADOC0486219 |
| P-2924 | 1.21.2020 Segregation Roster | ADOC0486576-ADOC0486623 |
| P-2925 | 1.28.2020 Segregation Roster | ADOC0487809-ADOC0487856 |
| P-2926 | 12.26.2019 Segregation Roster | ADOC0483942-ADOC0483989 |
| P-2927 | RHU 30-minute Security Audit: Holman, January 2020 | |
| P-2928 | St. Clair Duty Post Logs | ADOC0517128-ADOC0517158 |
| P-2929 | Easterling Duty Post Logs | ADOC0478841-ADOC0478935 - |
| P-2930 | Donaldson Duty Post Logs | ADOC0479323-ADOC0479375 - |
| P-2931 | Donaldson Duty Post Logs | ADOC0485929-ADOC0486039 - |
| P-2932 | Bibb MH Rounds Logs | ADOC0489078-ADOC0489131 |
| P-2933 | Bibb MH Rounds Logs | ADOC0489132-ADOC0489212 |
| P-2934 | Donaldson MH Rounds Logs | ADOC0489283-ADOC0489360 |
| P-2935 | Donaldson MH Rounds Logs | ADOC0489471-ADOC0489555 |
| P-2936 | Donaldson MH Rounds Logs | ADOC0489556-ADOC0489631 |
| P-2937 | Donaldson MH Rounds Logs | ADOC0489632-ADOC0489692 |
| P-2938 | Donaldson MH Rounds Logs | ADOC0489693-ADOC0489721 |

| Ex. No. | Title | Bates / Docket Number |
|---------|-------|----------------------|
| P-2939 | Donaldson MH Rounds Logs | ADOC0489722-ADOC0489827 |
| P-2940 | Hamilton MH Rounds Logs | ADOC0489828-ADOC0489890 |
| P-2941 | Fountain MH Rounds Logs | ADOC0489891-ADOC0489909 |
| P-2942 | Fountain MH Rounds Logs | ADOC0489910-ADOC0489943 |
| P-2943 | Fountain MH Rounds Logs | ADOC0489944-ADOC0489977 |
| P-2944 | Kilby MH Rounds Logs | ADOC0490003-ADOC0490172 |
| P-2945 | Kilby MH Rounds Logs | ADOC0490173-ADOC0490332 |
| P-2946 | Kilby MH Rounds Logs | ADOC0490333-ADOC0490485 |
| P-2947 | Kilby MH Rounds Logs | ADOC0490486-ADOC0490645 |
| P-2948 | Kilby MH Rounds Logs | ADOC0490646-ADOC0490747 |
| P-2949 | Kilby MH Rounds Logs | ADOC0490748-ADOC0490871 |
| P-2950 | Limestone MH Rounds Logs | ADOC0490872-ADOC0490915 |
| P-2951 | Limestone MH Rounds Logs | ADOC0490916-ADOC0490998 |
| P-2952 | Limestone MH Rounds Logs | ADOC0490999-ADOC0491060 |
| P-2953 | Disciplinary Sanctions | ADOC0492183-ADOC0492472 |
| P-2954 | Disciplinary Sanctions, 11.2019 to 1.2020 | ADOC0505485-ADOC0505486 |
| P-2955 | Disciplinary Sanctions, 11.2019 to 1.2020 - Rule 505 Violations | ADOC0505487-ADOC0505490 |

| Ex. No. | Title | Bates / Docket Number |
|---------|-------|----------------------|
| P-2956 | Bibb Duty Post Logs - Jan. 2020 | |
| P-2957 | 3.1.2018 Quarterly Staffing Report | Doc. 2325-1 |
| P-2958 | 6.1.2018 Quarterly Staffing Report | Doc. 2325-2 |
| P-2959 | 9.4.2018 Quarterly Staffing Report | Doc. 2325-3 |
| P-2960 | 3.1.2019 Quarterly Staffing Report | Doc. 2558-1 |
| P-2961 | (Sealed) June 2019 Quarterly Staffing Report | Doc. 2563 |
| P-2962 | (Sealed) Quarterly Staffing Report for June 2019 | Doc. 2603-1 |
| P-2963 | (Sealed)9.3.2019 Quarterly Staffing Report | Doc. 2668 |
| P-2964 | (Sealed)12.2.2019 COs Quarterly Staffing Report | Doc. 2670 |
| P-2965 | SMI in RHU Report | Doc. 2710-1 |
| P-2966 | SMI in RHU Report as of 1.28.2020 | Doc. 2747 |
| P-2967 | SMI in RHU Report as of 6.2.2020 | Doc. 2836 |
| P-2968 | SMI in RHU Report as of 7.7.2020 | Doc. 2869 |
| P-2969 | RHU 30-minute Security Audit - Donaldson | |
| P-2970 | RHU 30-minute Security Audit - Holman | |
| P-2971 | RHU Security Check Audit - Bullock - May 2020 | |

| Ex. No. | Title | Bates / Docket Number |
|---------|-------|----------------------|
| P-2972 | RHU Security Check Audit - Donaldson - March 2020 | |
| P-2973 | RHU Security Check Audit - Easterling - April 2020 | |
| P-2974 | RHU Security Check Audit - Kilby - June 2020 | |
| P-2975 | RHU Security Check Audit - St. Clair - 3.2020 | |
| P-2976 | RHU Security Check Audit - Tutwiler - July 2020 | |
| P-2977 | RHU Security Check Audit – St. Clair – October 2019 | |
| P-2978 | St. Clair Duty Post Logs | ADOC0486414-ADOC0486464 |
| P-2979 | Corrected CO Quarterly Staffing Report for Quarter Ending June 30, 2020 | Doc. 2925 |
| P-2980 | B.S. Medical Records | ADOC0512160-ADOC0512306 |
| P-2981 | W.K. Medical Records | ADOC0512097-ADOC0512159 |
| P-2982 | T. S. Medical Records | ADOC0512073-ADOC0512096 |
| P-2983 | T. F. Medical Records | ADOC0512665-ADOC0512865 |
| P-2984 | T.P. Medical Records | ADOC0511936-ADOC0512072 |
| P-2985 | T.M. Medical Records | ADOC0511558-ADOC0511651, ADOC0511652-ADOC0511935 |

| Ex. No. | Title | Bates / Docket Number |
|---|---|---|
| P-2986 | S.G. Medical Records | ADOC0512452-<br>ADOC0512664 |
| P-2987 | R.B. Medical Records | ADOC0512307-<br>ADOC0512451 |
| P-2988 | R.S. Medical Records | ADOC0511505-<br>ADOC0511557 |
| P-2989 | K.S. Medical Records | ADOC0513185-<br>ADOC0513706 |
| P-2990 | K.E. Medical Records | ADOC0510868-<br>ADOC0511026 |
| P-2991 | J.P. Medical Records | ADOC0510711-<br>ADOC0510867 |
| P-2992 | J.G. Medical Records | ADOC0510648-<br>ADOC0510710 |
| P-2993 | J.C. Medical Records | ADOC0513707-<br>ADOC0513784 |
| P-2994 | J.B. Medical Records | ADOC0506570-<br>ADOC0506570,<br>ADOC0506641-<br>ADOC0506643 |
| P-2995 | J.L. Medical Records | ADOC0504532-<br>ADOC0504536,<br>ADOC0504641-<br>ADOC0504787,<br>ADOC0506566-<br>ADOC0506566,<br>ADOC0506623-<br>ADOC0506625 |
| P-2996 | E.N. Medical Records | ADOC0510577-<br>ADOC0510647 |
| P-2997 | D.J. Medical Records | ADOC0510535-<br>ADOC0510576 |

| Ex. No. | Title | Bates / Docket Number |
|---------|-------|----------------------|
| P-2998 | C.M. Medical Records | ADOC0503828-ADOC0503830, ADOC0504331-ADOC0504350, ADOC0506552-ADOC0506552 |
| P-2999 | C.J. Medical Records | ADOC0510320-ADOC0510367, ADOC0510368-ADOC0510534 |
| P-3000 | Be.D. Medical Records | ADOC0503799-ADOC0503801, ADOC0504251-ADOC0504254, ADOC0503803-ADOC0503804. |
| P-3001 | A.J. Medical Records | ADOC0505353-ADOC0505415 |
| P-3002 | R.P. Medical Records | ADOC0506583-ADOC0506583, ADOC0496033-ADOC0496076 ADOC0496078-ADOC0496141, ADOC0503831-ADOC0503833 |
| P-3003 | M.E. Medical Records | ADOC0511027-ADOC0511069 |
| P-3004 | Br.D. Medical Records | ADOC0513122-ADOC0513184 |
| P-3005 | Donaldson MH Rounds Logs | ADOC0489361-ADOC0489470 |
| P-3006 | Suicide Watch to RHU Report – August 2020 | |
| P-3007 | 9/8/2020 Segregation Roster | ADOC0518825-ADOC0518885 |

| Ex. No. | Title | Bates / Docket Number |
|---------|-------|----------------------|
| P-3008 | SMI RH Report as of 9.1.2020 | Doc. 2937 |

Dated: September 9, 2020                Respectfully Submitted,

/s/ Ebony Howard
_____
One of the Attorneys for Plaintiffs

Ebony Howard
Lynnette K. Miner
Jaqueline Aranda Osorno
Jonathan Barry-Blocker
Brock Boone
**SOUTHERN POVERTY LAW CENTER**
400 Washington Avenue
Montgomery, AL 36104
Telephone: (334) 956-8200
Facsimile: (334) 956-8481
ebony.howard@splcenter.org
lynnette.miner@splcenter.org
jaqueline.aranda@splcenter.org
jonathan.blocker@splcenter.org
brock.boone@splcenter.org

William G. Somerville, III
Patricia Clotfelter
**BAKER, DONELSON, BEARMAN,**
**CALDWELL & BERKOWITZ  PC**
420 20th Street North, Suite 1400
Birmingham, AL 35203
wsomerville@bakerdonelson.com
pclotfelter@bakerdonelson.com

William Van Der Pol, Jr.
Lonnie Williams
Barbara A. Lawrence
Andrea J. Mixson
Ashley N. Austin
**ALABAMA DISABILITIES**

**ADVOCACY PROGRAM**
Box 870395
Tuscaloosa, AL  35487
Telephone: (205) 348-4928
Facsimile: (205) 348-3909
wvanderpoljr@adap.ua.edu
lwilliams@adap.ua.edu
blawrence@adap.ua.edu
amixson@adap.ua.edu
aaustin@adap.ua.edu

Rhonda Brownstein
**ALABAMA DISABILITIES**
**ADVOCACY PROGRAM**
400 South Union Street, Suite 425
Montgomery, AL 36104
Telephone: (205) 579-4976
Facsimile: (334) 240-0996
rbrownstein@adap.ua.edu

Catherine E. Stetson*
Neal Kumar Katyal*
**HOGAN LOVELLS US LLP**
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
cate.stetson@hoganlovells.com
neal.katyal@hoganlovells.com
*Admitted pro hac vice*

/s/ Anil A. Mujumdar

Anil A. Mujumdar
Attorney for Plaintiff
Alabama Disabilities Advocacy Program

Anil A. Mujumdar
**DAGNEY JOHNSON LAW GROUP**
2170 Highland Avenue, Suite 250

Birmingham, AL 35213
Telephone: (205) 590-6986
Facsimile: (205) 809-7899
anil@dagneylaw.com

**ATTORNEYS FOR THE PLAINTIFFS**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have on this 9th day of September, 2020 electronically filed the foregoing with the clerk of court by using the CM/ECF system, which will send a notice of electronic filing to the following:

David R. Boyd, Esq.
John G. Smith, Esq.
Balch & Bingham LLP
Post Office Box 78
Montgomery, AL 36101-0078
dboyd@balch.com
jgsmith@balch.com

Steven C. Corhern, Esq.
Balch & Bingham LLP
Post Office Box 306
Birmingham, AL 35201-0306
scorhern@balch.com

Joseph G. Stewart, Jr., Esq.
Gary L. Willford, Jr., Esq.
Stephanie Lynn Dodd Smithee, Esq.
Alabama Department of Corrections
Legal Division
301 South Ripley Street
Montgomery, AL 36104
joseph.stewart@doc.alabama.gov
gary.willford@doc.alabama.gov
stephanie.smithee@doc.alabama.gov

Philip Piggott, Esq.
Webster Henry
Two Perimeter Park South
Suite 445 East
Birmingham, AL 35243
ppiggott@websterhenry.com

William R. Lunsford, Esq.
Matthew Reeves, Esq.
Melissa K. Marler, Esq.
Stephen C. Rogers, Esq.
Dustin D. Key, Esq.
Kenneth S. Steely, Esq.
La Keisha W. Butler, Esq.
Maynard, Cooper & Gale, P.C.
655 Gallatin Street, SW
Huntsville, AL 35801
blunsford@maynardcooper.com
mreeves@maynardcooper.com
mmarler@maynardcooper.com
srogers@maynardcooper.com
lbutler@maynardcooper.com

Luther M. Dorr, Jr., Esq.
Maynard, Cooper & Gale, P.C.
1901 6th Avenue North, Suite 2400
Birmingham, AL 35203
rdorr@maynardcooper.com

Deana Johnson, Esq.
Brett T. Lane, Esq.
MHM Services, Inc.
1447 Peachtree Street, N.E., Suite 500
Atlanta, GA 30309
djohnson@mhm-services.com
btlane@mhm-services.com

/s/ Ebony Howard
One of the Attorneys for Plaintiffs