IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
EDWARD BRAGGS, et al.,        )
                              )
    Plaintiffs,               )
                              )    CIVIL ACTION NO.
    v.                        )      2:14cv601-MHT
                              )
JEFFERSON S. DUNN, in his     )
official capacity as          )
Commissioner of               )
the Alabama Department of     )
Corrections, et al.,          )
                              )
    Defendants.               )
```

ORDER

Based on the representations made on the record during the status conference on September 23, 2020, it is ORDERED that:

(1) Defendants shall submit to the court by 5:00 p.m. on September 29, 2020, a clarification of the specific provisions that have been rendered unworkable by COVID-19, why they are unworkable, and proposed modifications with sufficient specificity to allow the

court to determine how to proceed efficiently as to those provisions.

(2) Plaintiffs shall submit to the court by noon on October 2, 2020, a response indicating which, if any, of the identified stipulations should be terminated or modified in light of the defendants' clarifications.

DONE, this the 24th day of September, 2020.

                                              /s/ Myron H. Thompson
                                          UNITED STATES DISTRICT JUDGE