IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| EDWARD BRAGGS, et al.,    ) | |
|                                 ) | |
|     Plaintiffs,         ) | |
|                                   ) | CIVIL ACTION NO. |
|     v.                     ) |   2:14cv601-MHT |
|                                   ) | |
| JEFFERSON S. DUNN, in his   ) | |
| official capacity as          ) | |
| Commissioner of                ) | |
| the Alabama Department of   ) | |
| Corrections, et al.,          ) | |
|                                   ) | |
|     Defendants.         ) | |

**PHASE 2A REVISED REMEDY SCHEDULING ORDER
ON THE EIGHTH AMENDMENT CLAIM**

Based on the representations made during status conferences on September 17 and October 2, 2020, and in light of the withdrawal of the defendants' motions to terminate, modify, etc. (doc. nos. 2908 and 2924), it is ORDERED that the remaining deadlines and dates for the Phase 2A remedy scheduling order for the Eighth Amendment claim are revised as set forth below.  It is further ORDERED that, prior to the status conferences set for October 8, 2020, counsel for the parties are to confer (by phone or videoconference) to attempt to reach joint suggestions on some or all of the

issues to be discussed at the status conferences. Counsel may also want to confer with Judge Ott beforehand so as to be able to convey to the court his suggestions on how to proceed, including incorporating mediation in the process.

|  | OLD DATES | NEW DATES |
|---|---|---|
| **STAFFING** |  |  |
| Savages to identify any posts, by facility, that cannot be filled with BCOs or CCOs as well as any limitation on CO & BCO mix in any housing unit (doc. nos. 2758, 2811, & 2854). Recommendations need not be filed at this time. | 11/2/2020 |  |
| If plaintiffs agree with Savages' recommendations in full, they are to file notice of such and parties are to file Savages' recommendations, along with any statement necessary, as well as motion for modification of format of quarterly correctional staffing reports. If plaintiffs disagree with Savages' recommendations in whole or in part, they are to file notice of such. (doc. nos. 2758, 2811 & 2854). | 11/16/20 at 5:00 p.m. |  |
| If plaintiffs initially objected to Savages' recommendations and instead pursued mediation, then the following: If the parties reach agreement on all areas, parties are to file motion for modification of format of quarterly staffing reports. If parties fail to reach full agreement, then they are to file statement identifying areas of agreement and disagreement, and plaintiffs are to file a motion to seek relief from this court. (doc. nos. 2758, 2811, & 2854). | 12/14/20 at 5:00 p.m. |  |
| Status conference, by videoconference, arranged by deputy clerk, on how to proceed on either the motion for modification of format of quarterly staffing report or motion to seek relief from this court, should plaintiffs have initially objected to Savages' recommendations and instead pursued mediation. | 12/16/20 at 10:00 a.m. |  |
| Parties to file brief updating court as to correctional staffing trend, including specifically as to FTEs, K9 staff, and experts' assessment of progress, in light of mediation (doc. nos. 2859 & 2876). | 11/11/20 at 12:00 p.m. |  |
| Status conference, by videoconference, arranged by deputy clerk, to discuss | 11/18/20 at 10:00 a.m. |  |

3

| | | |
|---|---|---|
| correctional staffing trend, including specifically as to FTEs, K9 staff, and experts' assessment of progress to date, in light of mediation and parties' brief (doc. no. 2876). | | |
| Status conference, by videoconferencing arranged by deputy clerk, to discuss whether there is a need to set or reset hearings and deadlines on any or all of the above staffing issues. | | 10/8/20, at 2:00 p.m. |
| Mental-health understaffing stipulation (doc. no. 2301) complies with PLRA (doc. no. 2793). See below re status conference. | In effect until court enters opinion regarding compliance with PLRA or 12/30/20, whichever is earlier | |
| | | |
| **SEGREGATION** | | |
| Videoconference evidentiary hearing, arranged by deputy clerk, on remedy for violations found in supplemental liability opinion (doc. nos. 2353, 2397, & 2398). | 11/18/20 at 10:00 a.m. | |
| With regard to remedy for violations found in supplemental liability opinion, parties to file briefs updating court as to what the issues are and what documents are relevant. | 11/4/20 at 12:00 p.m. | |
| Pretrial conference, by videoconferencing to be arranged by deputy clerk, on supplemental liability issue. | 11/10/20 at 10:00 a.m. | |
| In-person hearing on "segregation-like" issue (doc. nos. 2645, 2646, 2702). | Continued generally | |
| In-person pretrial conference on "segregation-like" issue (doc. nos. 2645, 2646, 2702). | Continued generally | |
| Status conference, by videoconferencing arranged by deputy clerk, to discuss setting or resetting of hearings and deadlines on any or all of the above segregation issues. | | 10/8/20, at 2:00 p.m. |
| Remedy for remaining violations found in initial liability opinion. Evidentiary hearing already held. | Under submission | |

| | | |
|---|---|---|
| Stipulations regarding the Definition of SMI (doc. no. 1720); Bibb segregation issues (doc. no. 1751); Preplacement screening, etc. (doc. no. 1815); and Removing SMIs from segregation (doc. no. 1861) comply with the PLRA (doc. no. 2793). See below re status conference. | In effect until court enters opinion regarding compliance with PLRA or 12/30/20, whichever is earlier | |
| | | |
| **HOSPITAL-LEVEL CARE** | | |
| Stipulation regarding hospital-level care (doc. nos. 2383, 2717, 2724) complies with PLRA (doc. no. 2793). See below re status conference. | In effect until court enters opinion regarding compliance with PLRA or 12/30/20, whichever is earlier | |
| | | |
| **MENTAL-HEALTH IDENTIFICATION AND CLASSIFICATION** | | |
| Stipulations regarding Intake (doc. no. 1794; Coding (doc. no. 1792); and Referral (doc. no. 1821) comply with the PLRA (doc. no. 2793). See below re status conference. | In effect until court enters opinion regarding compliance with PLRA or 12/30/20, whichever is earlier | |
| | | |
| **MENTAL-HEALTH INDIVIDUALIZED TREATMENT PLANNING** | | |
| Stipulation regarding individual treatment plans (doc. no. 1865) complies with PLRA (doc. no. 2793). See below re status conference. | In effect until court enters opinion regarding compliance with PLRA or 12/30/20, whichever is earlier | |
| | | |
| **MENTAL-HEALTH PSYCHOTHERAPY AND CONFIDENTIALITY** | | |
| Stipulations regarding psychotherapy and confidentiality (doc. no. 1899) and Confidentiality (doc. no. 1900) comply with the PLRA (doc. no. 2793). See below re status conference. | In effect until court enters opinion regarding compliance with PLRA or | |

|  |  |  |
|---|---|---|
|  | 12/30/20, whichever is earlier |  |
| **SUICIDE PREVENTION** |  |  |
| **Court's remedial opinion and judgment for immediate relief regarding suicide prevention (doc. nos. 2525, 2526, 2698, & 2777).** | Stayed until court enters opinion regarding compliance of suicide-prevention agreement (doc. no. 2699) with PLRA |  |
| **Defendants' motion to alter, amend, or vacate (doc. nos. 2564, 2698, & 2777).** | Stayed until court enters opinion regarding compliance of suicide-prevention agreement (doc. no. 2699) with PLRA |  |
| **Interim suicide prevention order (doc. nos. 2560, 2569, 2698, 2777, & 2914 and as previously clarified in open court during Jan. 7, 2020, status conference).** | In effect until court enters opinion regarding compliance of suicide-prevention agreement (doc. no. 2699) with PLRA |  |
| **Videoconference evidentiary hearing, to be arranged by deputy clerk, on whether the stipulation regarding long-term suicide-prevention measures complies with the PLRA (doc. nos. 2606, 2699, & 2977).   See below re status conference.** | Continued generally |  |
|  |  |  |
| **DISCIPLINARY SANCTIONS** |  |  |
| **Second amended stipulation regarding mental-health consultation to the disciplinary process (doc. nos. 2433, 2718, 2725) complies with the PLRA (doc. no. 2793).   See below re status conference.** | In effect until court enters opinion regarding compliance with PLRA or 12/30/20, whichever is earlier |  |

6

|  |  |  |
|---|---|---|
| **MONITORING** |  |  |
| **Monitoring opinion issued (doc. no. 2915).** | Awaiting further action by court |  |
| **Appointment of the remaining members of the EMT.** | Awaiting further action by court |  |
| **Response from plaintiffs due to defendants' motion to alter, etc. (doc. no. 2997).** |  | 10/7/20, at noon |
| **Status conference, by videoconferencing arranged by deputy clerk, to discuss the overall status of monitoring.** |  | 10/8/20, at 2:00 p.m. |
|  |  |  |
| **RESIDENTIAL TREATMENT AND STABIILZATION UNITS** |  |  |
| **Videoconference hearing, to be arranged by deputy clerk, on defendants' proposed plan and plaintiffs' response.** | Continued generally |  |
| **Status conference, by videoconferencing arranged by deputy clerk, to discuss resetting hearing and deadlines on this issue.** |  | 10/8/20, at 2:00 p.m. |
|  |  |  |
| **PLRA** |  |  |
| **Videoconference evidentiary hearing, to be arranged by deputy clerk, on whether the stipulations and orders listed above as temporarily complying with the PLRA will continue to comply with the PLRA and whether stipulation on long-term suicide prevention agreement complies with the PLRA (doc. nos. 2301, 2706, 2712, 2779, 2780 & 2977).** | Continued generally |  |
| **Status conference, by videoconferencing arranged by deputy clerk, to discuss resetting hearing and deadlines on the above PLRA issues.** |  | 10/8/20, at 2:00 p.m. |
| **Status conference, by videoconferencing arranged by deputy clerk, to discuss how to proceed further on whether parts of stipulations and orders, either by agreement or court resolution, should be modified or terminated due to the coronavirus pandemic (doc. nos. 2983 & 2995).** |  | 10/8/20, at 2:00 p.m. |
| **Status conference, by videoconferencing arranged by deputy clerk, to discuss how to proceed  further on whether additional parts of stipulations and** |  | 10/8/20, at 2:00 p.m. |

7

| | | |
|---|---|---|
| orders, either by agreement or court resolution, should be modified or terminated as duplicative, inconsistent, outdated, moot, unworkable, intrusive, unnecessary, or vague, etc. (doc. nos. 2960, 2965, 2966 & 2988).  The court will also discuss entry of an order as to those parts of stipulations and orders where the parties have agreed to termination or modification. | | |
| Status conference, by videoconferencing arranged by deputy clerk, to discuss and attempt to resolve conflicts in summaries of the September 17, 2020, inadvertently unrecorded status conference (doc. nos. 2970, 2971, & 2975) | | 10/8/20, at 2:00 p.m. |
| | | |
| **STANDING ORDER FOR HEARINGS** | | |
| The Phase 2A Order Regarding All Hearings and Evidentiary Hearings provides additional general requirements for filings, unless otherwise specified (doc. no. 2727). | | |

**DONE, this the 5th day of October, 2020.**

　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**

8