IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| EDWARD BRAGGS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:14cv601-MHT |
| | ) | (WO) |
| JEFFERSON S. DUNN, in his | ) | |
| official capacity as | ) | |
| Commissioner of | ) | |
| the Alabama Department of | ) | |
| Corrections, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

Based on the representations made on the record during the status conference on October 14, 2020, it is ORDERED that the parties are to file by 12:00 p.m., on October 28, 2020, a joint statement of all stipulations they agree to terminate.

DONE, this the 14th day of October, 2020.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**