IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
EDWARD BRAGGS, et al.,        )
                              )
     Plaintiffs,              )
                              )        CIVIL ACTION NO.
     v.                       )          2:14cv601-MHT
                              )              (WO)
JEFFERSON S. DUNN, in his     )
official capacity as          )
Commissioner of               )
the Alabama Department of     )
Corrections, et al.,          )
                              )
     Defendants.              )
```

ORDER

Based on the representations made on the record during the status conference on October 14, 2020, it is ORDERED that ADAP counsel are to furnish a copy of the letter referenced in the notice to the court (doc. no. 3015) to counsel for both parties, but need not furnish a copy to the court.

DONE, this the 14th day of October, 2020.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE