IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |  | |
|---|---|---|---|
| EDWARD BRAGGS, et al., | ) | | |
| | ) | | |
| Plaintiffs, | ) | | |
| | ) | CIVIL ACTION NO. | |
| v. | ) | 2:14cv601-MHT | |
| | ) | (WO) | |
| JEFFERSON S. DUNN, in his official capacity as Commissioner of the Alabama Department of Corrections, et al., | ) ) ) ) ) | | |
| | ) | | |
| Defendants. | ) | | |

## ORDER

Pursuant to the court's order of October 14, 2020 (doc. no. 3024), it is ORDERED that the list of ADOC facilities to be remediated under Phase 2 of the modified ADA consent decree as disclosed in the joint statement filed on October 16, 2020 (doc. no. 3029), is confirmed and resolves the disclosure issue.

DONE, this the 19th day of October, 2020.

                                         /s/ Myron H. Thompson
                                         **UNITED STATES DISTRICT JUDGE**