IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| EDWARD BRAGGS, et al., )<br>    )<br>    Plaintiffs, )<br>    )<br>    v. )<br>    )<br>JEFFERSON S. DUNN, in his )<br>official capacity as )<br>Commissioner of )<br>the Alabama Department of )<br>Corrections, et al., )<br>    )<br>    Defendants. ) | CIVIL ACTION NO.<br>2:14cv601-MHT<br>(WO) |

ORDER

In reviewing the parties' proposals for finalizing the Phase 2A remedial orders (doc. nos. 3031 and 3032), the court found the suggestions regarding discovery, particularly site visits, to be unclear. Accordingly, it is ORDERED that:

(1) By 12:00 p.m. on October 21, 2020, the defendants are to file with the court an explanation of whether, under their proposal, the plaintiffs would have the opportunity to conduct site visits during the process of compiling their proposed omnibus remedial order. The

defendants should also address what materials they anticipate the EMT will use in developing its recommendations on the content of the omnibus remedial order, including whether EMT members will have the opportunity to conduct site visits at that time.

(2) By 12:00 p.m. on October 21, 2020, the plaintiffs are to file with the court an explanation of whether, under their first proposal, they would request site visits, and whether, under their second proposal, they anticipate that Drs. Burns and Perrien would engage in site visits while developing their report and recommendations.

DONE, this the 20th day of October, 2020.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE