IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
EDWARD BRAGGS, et al.,        )
                              )
    Plaintiffs,               )
                              )   CIVIL ACTION NO.
    v.                        )     2:14cv601-MHT
                              )        (WO)
JEFFERSON S. DUNN, in his     )
official capacity as          )
Commissioner of               )
the Alabama Department of     )
Corrections, et al.,          )
                              )
    Defendants.               )
```

## ORDER

Pursuant to the parties' joint statement of remedial stipulations for which they agree to termination (doc. no. 3042), it is ORDERED that the following provisions in the Staffing Remedial Order (doc. no. 1657), Segregation Remedial Order (doc. no. 1720), Bibb Segregation Order (doc. nos. 1751 and 1751-1), Mental Health Coding Order (doc. no. 1792-1), Mental Health Referral Order (doc. no. 1821-1), Stopgap Remedial Order (doc. nos. 1861 and 1861-1), Treatment Planning Remedy (doc. no. 1865-1), Psychotherapy and Confidentiality Order (doc. no. 1899-1), Mental Health Staffing Order

(doc. no. 2301-1), Hospital Level of Care Order (doc. no. 2724-1), and Disciplinary Process Order (doc. no. 2725-1) are terminated:

| Remedial Order | Requirement |
|---|---|
| Staffing Remedial Order (doc. no. 1657) | (1)(a)<br>(1)(b)<br>(1)(c)<br>(2)(a)<br>(2)(b)<br>(2)(c)<br>(2)(e)<br>(2)(f) |
| Segregation Remedial Order (doc. no. 1720) | (2) with the exception of the sentence: "The training module will be in place throughout the term of either two years from February 27, 2018, or until the termination of any order that this court might enter on a segregation remedy, if it so chooses, whichever is longer."<br><br>The paragraph on page 3 beginning "It is further ORDERED that…." |
| Bibb Segregation Order (doc. no. 1751) | (2) |
| Bibb Segregation Order (doc. no. 1751-1) | II.(1)(a)<br>II.(1)(b)<br>IV. |
| Mental Health Coding Order (doc. no.1792-1) | 1.1<br>1.2.6<br>2.2.1 |

|  |  |
|---|---|
| **Mental Health Referral Order** (doc. no. 1821-1) | 4.2 |
| **Stopgap Remedial Order** (doc. no. 1861) | All requirements |
| **Stopgap Remedial Order** (doc. no. 1861-1) | All requirements |
| **Treatment Planning Remedy** (doc. no. 1865-1) | 1.4.2.1<br>1.4.2.3<br>1.4.2.4<br>1.4.2.5 |
| **Psychotherapy and Confidentiality Order** (doc. no. 1899-1) | 1.3.2<br>1.3.3<br>1.6.1<br>3.3.4.1<br>3.3.4.2<br>3.3.4.3<br>4.1.2.1<br>4.1.2.9.1<br>4.1.2.9.2<br>4.1.2.9.3<br>4.2.1.3<br>4.2.2.1<br>4.2.2.2<br>4.2.2.6<br>4.2.2.10.1<br>4.2.2.10.2<br>4.2.2.10.3<br>4.3.1.2.3.1<br>4.3.1.2.4<br>4.3.1.3<br>4.3.2.1<br>4.3.2.7.1<br>4.3.2.7.2<br>4.3.2.7.3<br>4.4.1.2<br>4.4.2.1 |

|  |  |
|---|---|
|  | 4.4.2.8.1<br>4.4.2.8.2<br>4.4.2.8.3 |
| **Mental Health Staffing Order**<br>**(doc. no. 2301-1)** | 4.1.1.1<br>4.1.1.3 |
| **Hospital Level of Care Order**<br>**(doc. no. 2724-1)** | 6.1 |
| **Disciplinary Process Order**<br>**(doc. no. 2725-1)** | 4 |

**The court notes that it is confused by the parties' proposed termination of Section 1.3 of the Mental Health Referral Order (doc. no. 1821-1), particularly the position of the plaintiffs described in the footnote. Since the court is unclear as to the implications of this footnote, it will not terminate the provision at this time and will discuss the issue further with the parties later.**

**DONE, this the 29th day of October, 2020.**

                                       /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**