IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| EDWARD BRAGGS, et al., )<br>)<br>    Plaintiffs, )<br>) <br>    v. )<br>)<br>JEFFERSON S. DUNN, in his )<br>official capacity as )<br>Commissioner of )<br>the Alabama Department of )<br>Corrections, et al., )<br>)<br>    Defendants. ) | CIVIL ACTION NO.<br>2:14cv601-MHT<br>(WO) |

ORDER

Pursuant to the Phase 2A Opinion and Order on Monitoring of Eighth Amendment Remedy (doc. no. 2915), and the court's subsequent orders seeking recommendations from the parties and from Judge John Ott about whom the court should appoint to fill the positions on the external monitoring team (doc. nos. 2918, 3026, and 3041), and after review of the parties' joint notice regarding the proposed external monitoring team (doc. no. 3047) and the resumes of the proposed external monitoring team members (doc. no. 3050-1), it is ORDERED that the

external monitoring team shall consist of the following members, who are the unanimous selections of the parties: (1) Dr. Jackie Feldman (psychiatrist); (2) Dr. Elizabeth Falcon (psychologist); (3) Karen Rea (nurse); and (4) Rick Raemisch (correctional administrator).  The court understands that the defendants' agreement to these external monitoring team members is subject to footnote 1 in the parties' joint notice (doc. no. 3047).

    DONE, this the 5th day of November, 2020.

                                     /s/ Myron H. Thompson
                               UNITED STATES DISTRICT JUDGE