IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| EDWARD BRAGGS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:14cv601-MHT |
| ) | (WO) |
| JEFFERSON S. DUNN, in his ) | |
| official capacity as ) | |
| Commissioner of ) | |
| the Alabama Department of ) | |
| Corrections, et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER

Pursuant to paragraph 2 of the parties' joint notice regarding the proposed external monitoring team (doc. no. 3047), it is ORDERED that the Alabama Department of Corrections shall begin immediately to work with the members of the EMT to "negotiate the fees, expenses, and budgets of the EMT consistent with the Phase 2A Opinion and Order on Monitoring of Eighth Amendment Remedy."

DONE, this the 6th day of November, 2020.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**