IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| EDWARD BRAGGS, et al., | ) |
| | ) |
|     Plaintiffs, | ) |
| | )   CIVIL ACTION NO. |
|     v. | )     2:14cv601-MHT |
| | ) |
| JEFFERSON S. DUNN, in his | ) |
| official capacity as | ) |
| Commissioner of | ) |
| the Alabama Department of | ) |
| Corrections, et al., | ) |
| | ) |
|     Defendants. | ) |

**ORDER**

On consideration of the plaintiffs' motion for leave to file a response to defendants' statements regarding Dr. Kathryn Burns (doc. no. 3055), it is ORDERED that the motion is granted, subject to the understanding that the court will continue to determine the credibility of all experts in this case, including Dr. Burns, on an issue-by-issue basis without any predetermination of general or specific credibility.

DONE, this the 10th day of November, 2020.

                                        /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**