# Exhibit A

| | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Quarterly Staffing Report** | | | | | | | | | | |
| July 2020 to September 2020 | | | | | | | | | | |
| Facility | Position | Contract FTEs | Total FTEs in Quarterly Hours | Adjusted FTEs in Quarterly Hours (0.85) | Hours Actually Worked (2.2.2.5(a)-(d)) | Hours Counted But Not Worked (CME, Training, Corp. Functions) (2.2.2.5(e)) | FMLA Hours (2.2.2.5(g)) | Credit for Vacated Positions (2.2.2.5(f)) | Total Hours (total of preceding four columns or the total hours described in 2.2.2.5) | Fill Rate |
| ADOC - BIBB CF | MH Clerk | 1.00 | 528.00 | 448.80 | 492.50 | 0.00 | 0.00 | 0.00 | 492.50 | 100.00% |
| ADOC - BIBB CF | MH CRNP | 0.50 | 264.00 | 224.40 | 153.85 | 0.00 | 0.00 | 0.00 | 153.85 | 68.56% |
| ADOC - BIBB CF | MH LPN | 1.40 | 739.20 | 628.32 | 354.75 | 0.00 | 0.00 | 0.00 | 354.75 | 56.46% |
| ADOC - BIBB CF | MH Observer | 2.00 | 1056.00 | 897.60 | 2064.50 | 0.00 | 0.00 | 0.00 | 2064.50 | 100.00% |
| ADOC - BIBB CF | MH Site Program Mgr | 1.00 | 528.00 | 448.80 | 448.80 | 0.00 | 0.00 | 0.00 | 448.80 | 100.00% |
| ADOC - BIBB CF | MHP Licensed | 2.50 | 1320.00 | 1122.00 | 741.95 | 0.00 | 8.00 | 0.00 | 749.95 | 66.84% |
| ADOC - BIBB CF | Psychiatrist | 0.50 | 264.00 | 224.40 | 224.40 | 0.00 | 0.00 | 0.00 | 224.40 | 100.00% |
| ADOC - BIRMINGHAM CBF/CWC | MH LPN | 0.50 | 264.00 | 224.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| ADOC - BIRMINGHAM CBF/CWC | MHP Licensed | 1.00 | 528.00 | 448.80 | 502.50 | 0.00 | 0.00 | 0.00 | 502.50 | 100.00% |
| ADOC - BIRMINGHAM CBF/CWC | Psychiatrist | 0.20 | 105.60 | 89.76 | 123.75 | 0.00 | 0.00 | 0.00 | 123.75 | 100.00% |
| ADOC - BULLOCK CF | MH AA | 2.00 | 1056.00 | 897.60 | 974.00 | 0.00 | 0.00 | 0.00 | 974.00 | 100.00% |
| ADOC - BULLOCK CF | MH Activity Tech | 6.00 | 3168.00 | 2692.80 | 2451.50 | 0.00 | 144.00 | 120.00 | 2715.50 | 100.00% |
| ADOC - BULLOCK CF | MH ADON | 1.00 | 528.00 | 448.80 | 166.75 | 0.00 | 0.00 | 0.00 | 166.75 | 37.15% |
| ADOC - BULLOCK CF | MH Clerk | 1.00 | 528.00 | 448.80 | 470.75 | 0.00 | 0.00 | 0.00 | 470.75 | 100.00% |
| ADOC - BULLOCK CF | MH CRNP | 1.40 | 739.20 | 628.32 | 628.32 | 0.00 | 0.00 | 0.00 | 628.32 | 100.00% |
| ADOC - BULLOCK CF | MH LPN | 11.70 | 6177.60 | 5250.96 | 5579.25 | 0.00 | 0.00 | 105.60 | 5684.85 | 100.00% |
| ADOC - BULLOCK CF | MH Observer | 6.00 | 3168.00 | 2692.80 | 6131.00 | 0.00 | 0.00 | 160.00 | 6291.00 | 100.00% |
| ADOC - BULLOCK CF | MH RN | 4.20 | 2217.60 | 1884.96 | 1817.76 | 0.00 | 0.00 | 67.20 | 1884.96 | 100.00% |
| ADOC - BULLOCK CF | MH RTU/SU Coordinator | 1.00 | 528.00 | 448.80 | 476.25 | 0.00 | 0.00 | 0.00 | 476.25 | 100.00% |
| ADOC - BULLOCK CF | MH Site Program Mgr | 1.00 | 528.00 | 448.80 | 448.80 | 0.00 | 0.00 | 0.00 | 448.80 | 100.00% |
| ADOC - BULLOCK CF | MHP Licensed | 8.40 | 4435.20 | 3769.92 | 2546.70 | 16.00 | 0.00 | 160.00 | 2722.70 | 72.22% |
| ADOC - BULLOCK CF | Psychiatrist | 2.00 | 1056.00 | 897.60 | 1070.93 | 0.00 | 0.00 | 0.00 | 1070.93 | 100.00% |
| ADOC - BULLOCK CF | Psychologist PhD | 1.00 | 528.00 | 448.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| ADOC - BULLOCK OUTPATIENT | MH Clerk | 1.00 | 528.00 | 448.80 | 534.00 | 0.00 | 0.00 | 0.00 | 534.00 | 100.00% |
| ADOC - BULLOCK OUTPATIENT | MH CRNP | 1.00 | 528.00 | 448.80 | 448.80 | 0.00 | 0.00 | 0.00 | 448.80 | 100.00% |
| ADOC - BULLOCK OUTPATIENT | MH LPN | 1.40 | 739.20 | 628.32 | 628.32 | 0.00 | 0.00 | 0.00 | 628.32 | 100.00% |
| ADOC - BULLOCK OUTPATIENT | MH RN | 1.40 | 739.20 | 628.32 | 628.32 | 0.00 | 0.00 | 0.00 | 628.32 | 100.00% |
| ADOC - BULLOCK OUTPATIENT | MH Site Program Mgr | 1.00 | 528.00 | 448.80 | 272.50 | 0.00 | 80.00 | 0.00 | 352.50 | 78.54% |
| ADOC - BULLOCK OUTPATIENT | MHP Licensed | 4.20 | 2217.60 | 1884.96 | 857.00 | 0.00 | 0.00 | 160.00 | 1017.00 | 53.95% |
| ADOC - BULLOCK OUTPATIENT | Psychiatrist | 1.00 | 528.00 | 448.80 | 448.80 | 0.00 | 0.00 | 0.00 | 448.80 | 100.00% |
| ADOC - DONALDSON CF | MH Activity Tech | 4.00 | 2112.00 | 1795.20 | 1260.00 | 0.00 | 0.00 | 64.00 | 1324.00 | 73.75% |
| ADOC - DONALDSON CF | MH ADON | 1.00 | 528.00 | 448.80 | 216.00 | 0.00 | 0.00 | 0.00 | 216.00 | 48.13% |
| ADOC - DONALDSON CF | MH Clerk | 1.00 | 528.00 | 448.80 | 488.50 | 0.00 | 0.00 | 0.00 | 488.50 | 100.00% |
| ADOC - DONALDSON CF | MH CRNP | 1.00 | 528.00 | 448.80 | 448.80 | 0.00 | 0.00 | 0.00 | 448.80 | 100.00% |
| ADOC - DONALDSON CF | MH LPN | 9.80 | 5174.40 | 4398.24 | 2834.80 | 0.00 | 80.00 | 632.00 | 3546.80 | 80.64% |
| ADOC - DONALDSON CF | MH Observer | 8.00 | 4224.00 | 3590.40 | 4379.50 | 0.00 | 0.00 | 456.00 | 4835.50 | 100.00% |
| ADOC - DONALDSON CF | MH RN | 4.20 | 2217.60 | 1884.96 | 1356.96 | 0.00 | 0.00 | 528.00 | 1884.96 | 100.00% |
| ADOC - DONALDSON CF | MH Site Program Mgr | 1.00 | 528.00 | 448.80 | 448.80 | 0.00 | 0.00 | 0.00 | 448.80 | 100.00% |
| ADOC - DONALDSON CF | MHP Licensed | 5.00 | 2640.00 | 2244.00 | 2244.00 | 0.00 | 0.00 | 0.00 | 2244.00 | 100.00% |
| ADOC - DONALDSON CF | Psychiatrist | 1.00 | 528.00 | 448.80 | 448.80 | 0.00 | 0.00 | 0.00 | 448.80 | 100.00% |
| ADOC - DONALDSON CF | Psychologist PhD | 1.00 | 528.00 | 448.80 | 448.80 | 0.00 | 0.00 | 0.00 | 448.80 | 100.00% |
| ADOC - DONALDSON OUTPATIENT | MH Clerk | 1.00 | 528.00 | 448.80 | 502.50 | 0.00 | 0.00 | 0.00 | 502.50 | 100.00% |
| ADOC - DONALDSON OUTPATIENT | MH CRNP | 0.50 | 264.00 | 224.40 | 142.75 | 0.00 | 0.00 | 0.00 | 142.75 | 63.61% |
| ADOC - DONALDSON OUTPATIENT | MH LPN | 1.40 | 739.20 | 628.32 | 628.32 | 0.00 | 0.00 | 0.00 | 628.32 | 100.00% |
| ADOC - DONALDSON OUTPATIENT | MH RN | 1.40 | 739.20 | 628.32 | 557.92 | 0.00 | 0.00 | 70.40 | 628.32 | 100.00% |

| | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Quarterly Staffing Report** | | | | | | | | | | |
| July 2020 to September 2020 | | | | | | | | | | |
| Facility | Position | Contract FTEs | Total FTEs in Quarterly Hours | Adjusted FTEs in Quarterly Hours (0.85) | Hours Actually Worked (2.2.2.5(a)-(d)) | Hours Counted But Not Worked (CME, Training, Corp. Functions) (2.2.2.5(e)) | FMLA Hours (2.2.2.5(g)) | Credit for Vacated Positions (2.2.2.5(f)) | Total Hours (total of preceding four columns or the total hours described in 2.2.2.5) | Fill Rate |
| ADOC - DONALDSON OUTPATIENT | MH Site Program Mgr | 1.00 | 528.00 | 448.80 | 448.80 | 0.00 | 0.00 | 0.00 | 448.80 | 100.00% |
| ADOC - DONALDSON OUTPATIENT | MHP Licensed | 2.80 | 1478.40 | 1256.64 | 1188.35 | 0.00 | 0.00 | 0.00 | 1188.35 | 94.57% |
| ADOC - DONALDSON OUTPATIENT | Psychiatrist | 0.50 | 264.00 | 224.40 | 224.40 | 0.00 | 0.00 | 0.00 | 224.40 | 100.00% |
| ADOC - EASTERLING CF | MH Clerk | 1.00 | 528.00 | 448.80 | 464.75 | 0.00 | 0.00 | 0.00 | 464.75 | 100.00% |
| ADOC - EASTERLING CF | MH CRNP | 0.50 | 264.00 | 224.40 | 212.00 | 0.00 | 0.00 | 0.00 | 212.00 | 94.47% |
| ADOC - EASTERLING CF | MH LPN | 1.40 | 739.20 | 628.32 | 536.50 | 0.00 | 0.00 | 0.00 | 536.50 | 85.39% |
| ADOC - EASTERLING CF | MH Site Program Mgr | 1.00 | 528.00 | 448.80 | 448.80 | 0.00 | 0.00 | 0.00 | 448.80 | 100.00% |
| ADOC - EASTERLING CF | MHP Licensed | 2.80 | 1478.40 | 1256.64 | 995.95 | 8.00 | 0.00 | 0.00 | 1003.95 | 79.89% |
| ADOC - EASTERLING CF | Psychiatrist | 0.50 | 264.00 | 224.40 | 201.75 | 0.00 | 0.00 | 0.00 | 201.75 | 89.91% |
| ADOC - FOUNTAIN CF | MH Clerk | 1.00 | 528.00 | 448.80 | 604.00 | 0.00 | 0.00 | 0.00 | 604.00 | 100.00% |
| ADOC - FOUNTAIN CF | MH CRNP | 1.00 | 528.00 | 448.80 | 42.00 | 0.00 | 0.00 | 0.00 | 42.00 | 9.36% |
| ADOC - FOUNTAIN CF | MH LPN | 1.00 | 528.00 | 448.80 | 539.50 | 0.00 | 0.00 | 0.00 | 539.50 | 100.00% |
| ADOC - FOUNTAIN CF | MH Site Program Mgr | 1.00 | 528.00 | 448.80 | 483.50 | 0.00 | 0.00 | 0.00 | 483.50 | 100.00% |
| ADOC - FOUNTAIN CF | MHP Licensed | 2.00 | 1056.00 | 897.60 | 929.50 | 0.00 | 0.00 | 19.20 | 948.70 | 100.00% |
| ADOC - FOUNTAIN CF | Psychiatrist | 0.50 | 264.00 | 224.40 | 224.40 | 0.00 | 0.00 | 0.00 | 224.40 | 100.00% |
| ADOC - FOUNTAIN CF | Psychologist PhD | 0.50 | 264.00 | 224.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| ADOC - HAMILTON A&I | MH LPN | 0.80 | 422.40 | 359.04 | 389.00 | 0.00 | 0.00 | 0.00 | 389.00 | 100.00% |
| ADOC - HAMILTON A&I | MH Medical Records Clerk | 0.50 | 264.00 | 224.40 | 246.50 | 0.00 | 0.00 | 0.00 | 246.50 | 100.00% |
| ADOC - HAMILTON A&I | MH Site Program Mgr | 1.00 | 528.00 | 448.80 | 503.75 | 0.00 | 0.00 | 0.00 | 503.75 | 100.00% |
| ADOC - HAMILTON A&I | MHP Licensed | 1.00 | 528.00 | 448.80 | 513.75 | 0.00 | 0.00 | 0.00 | 513.75 | 100.00% |
| ADOC - HAMILTON A&I | Psychiatrist | 0.25 | 132.00 | 112.20 | 164.50 | 0.00 | 0.00 | 0.00 | 164.50 | 100.00% |
| ADOC - HOLMAN CF | MH Clerk | 1.00 | 528.00 | 448.80 | 464.50 | 0.00 | 0.00 | 0.00 | 464.50 | 100.00% |
| ADOC - HOLMAN CF | MH CRNP | 1.00 | 528.00 | 448.80 | 448.80 | 0.00 | 0.00 | 0.00 | 448.80 | 100.00% |
| ADOC - HOLMAN CF | MH LPN | 2.40 | 1267.20 | 1077.12 | 467.98 | 0.00 | 0.00 | 8.00 | 475.98 | 44.19% |
| ADOC - HOLMAN CF | MH Observer | 5.00 | 2640.00 | 2244.00 | 3983.75 | 0.00 | 0.00 | 0.00 | 3983.75 | 100.00% |
| ADOC - HOLMAN CF | MH Site Program Mgr | 1.00 | 528.00 | 448.80 | 448.80 | 0.00 | 0.00 | 0.00 | 448.80 | 100.00% |
| ADOC - HOLMAN CF | MHP Licensed | 2.00 | 1056.00 | 897.60 | 299.55 | 0.00 | 0.00 | 0.00 | 299.55 | 33.37% |
| ADOC - HOLMAN CF | Psychiatrist | 0.50 | 264.00 | 224.40 | 224.40 | 0.00 | 0.00 | 0.00 | 224.40 | 100.00% |
| ADOC - HOLMAN CF | Psychologist PhD | 0.50 | 264.00 | 224.40 | 224.40 | 0.00 | 0.00 | 0.00 | 224.40 | 100.00% |
| ADOC - KILBY CF | MH Clerk | 2.00 | 1056.00 | 897.60 | 1109.00 | 0.00 | 0.00 | 0.00 | 1109.00 | 100.00% |
| ADOC - KILBY CF | MH CRNP | 0.75 | 396.00 | 336.60 | 212.05 | 0.00 | 0.00 | 0.00 | 212.05 | 63.00% |
| ADOC - KILBY CF | MH LPN | 4.00 | 2112.00 | 1795.20 | 1637.79 | 0.00 | 0.00 | 0.00 | 1637.79 | 91.23% |
| ADOC - KILBY CF | MH Observer | 6.00 | 3168.00 | 2692.80 | 11219.50 | 0.00 | 0.00 | 0.00 | 11219.50 | 100.00% |
| ADOC - KILBY CF | MH RN | 1.40 | 739.20 | 628.32 | 66.25 | 0.00 | 0.00 | 0.00 | 66.25 | 10.54% |
| ADOC - KILBY CF | MH RTU/SU Coordinator | 1.00 | 528.00 | 448.80 | 576.75 | 0.00 | 0.00 | 0.00 | 576.75 | 100.00% |
| ADOC - KILBY CF | MH Site Program Mgr | 1.00 | 528.00 | 448.80 | 518.25 | 0.00 | 0.00 | 0.00 | 518.25 | 100.00% |
| ADOC - KILBY CF | MHP Licensed | 5.00 | 2640.00 | 2244.00 | 2387.25 | 0.00 | 0.00 | 0.00 | 2387.25 | 100.00% |
| ADOC - KILBY CF | Psychiatrist | 1.00 | 528.00 | 448.80 | 448.80 | 0.00 | 0.00 | 0.00 | 448.80 | 100.00% |
| ADOC - KILBY CF | Psychologist PhD | 1.00 | 528.00 | 448.80 | 448.80 | 0.00 | 0.00 | 0.00 | 448.80 | 100.00% |
| ADOC - KILBY CSU | MH Clerk | 0.50 | 264.00 | 224.40 | 310.25 | 0.00 | 0.00 | 0.00 | 310.25 | 100.00% |
| ADOC - KILBY CSU | MH CRNP | 0.25 | 132.00 | 112.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| ADOC - KILBY CSU | MH LPN | 4.20 | 2217.60 | 1884.96 | 1444.96 | 0.00 | 80.00 | 360.00 | 1884.96 | 100.00% |
| ADOC - KILBY CSU | MH RN | 1.40 | 739.20 | 628.32 | 404.00 | 0.00 | 0.00 | 0.00 | 404.00 | 64.30% |
| ADOC - KILBY CSU | MHP Licensed | 2.40 | 1267.20 | 1077.12 | 1151.00 | 0.00 | 0.00 | 168.00 | 1319.00 | 100.00% |
| ADOC - KILBY CSU | Psychiatrist | 0.50 | 264.00 | 224.40 | 224.40 | 0.00 | 0.00 | 0.00 | 224.40 | 100.00% |

| | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Hours Counted But Not Worked (CME, Training, Corp. Functions) | | Credit for Vacated Positions | Total Hours (total of preceding four columns or the total hours described in | |
| Facility | Position | Contract FTEs | Total FTEs in Quarterly Hours | Adjusted FTEs in Quarterly Hours (0.85) | Hours Actually Worked (2.2.2.5(a)-(d)) | (2.2.2.5(e)) | FMLA Hours (2.2.2.5(g)) | (2.2.2.5(f)) | 2.2.2.5) | Fill Rate |
| ADOC - KILBY CSU | Psychologist PhD | 0.50 | 264.00 | 224.40 | 55.70 | 0.00 | 0.00 | 0.00 | 55.70 | 24.82% |
| ADOC - LIMESTONE CF | MH Clerk | 1.00 | 528.00 | 448.80 | 488.00 | 0.00 | 0.00 | 0.00 | 488.00 | 100.00% |
| ADOC - LIMESTONE CF | MH CRNP | 1.00 | 528.00 | 448.80 | 448.80 | 0.00 | 0.00 | 0.00 | 448.80 | 100.00% |
| ADOC - LIMESTONE CF | MH LPN | 2.40 | 1267.20 | 1077.12 | 983.52 | 0.00 | 0.00 | 93.60 | 1077.12 | 100.00% |
| ADOC - LIMESTONE CF | MH Observer | 3.00 | 1584.00 | 1346.40 | 2377.50 | 0.00 | 0.00 | 0.00 | 2377.50 | 100.00% |
| ADOC - LIMESTONE CF | MH Site Program Mgr | 1.00 | 528.00 | 448.80 | 461.90 | 0.00 | 0.00 | 0.00 | 461.90 | 100.00% |
| ADOC - LIMESTONE CF | MHP Licensed | 4.50 | 2376.00 | 2019.60 | 1699.60 | 0.00 | 0.00 | 320.00 | 2019.60 | 100.00% |
| ADOC - LIMESTONE CF | Psychiatrist | 0.75 | 396.00 | 336.60 | 437.26 | 0.00 | 0.00 | 0.00 | 437.26 | 100.00% |
| ADOC - LIMESTONE CF | Psychologist PhD | 1.00 | 528.00 | 448.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| ADOC - MONTGOMERY WOMEN'S | MH CRNP | 0.50 | 264.00 | 224.40 | 1.50 | 0.00 | 0.00 | 0.00 | 1.50 | 0.67% |
| ADOC - MONTGOMERY WOMEN'S | MH LPN | 0.50 | 264.00 | 224.40 | 464.25 | 0.00 | 0.00 | 88.00 | 552.25 | 100.00% |
| ADOC - MONTGOMERY WOMEN'S | MHP Licensed | 1.50 | 792.00 | 673.20 | 698.50 | 0.00 | 0.00 | 0.00 | 698.50 | 100.00% |
| ADOC - ST. CLAIR CF | MH Clerk | 1.00 | 528.00 | 448.80 | 503.00 | 0.00 | 0.00 | 28.80 | 531.80 | 100.00% |
| ADOC - ST. CLAIR CF | MH CRNP | 0.50 | 264.00 | 224.40 | 242.25 | 0.00 | 0.00 | 0.00 | 242.25 | 100.00% |
| ADOC - ST. CLAIR CF | MH LPN | 1.00 | 528.00 | 448.80 | 570.75 | 0.00 | 0.00 | 0.00 | 570.75 | 100.00% |
| ADOC - ST. CLAIR CF | MH Site Program Mgr | 1.00 | 528.00 | 448.80 | 438.25 | 0.00 | 0.00 | 0.00 | 438.25 | 97.65% |
| ADOC - ST. CLAIR CF | MHP Licensed | 1.75 | 924.00 | 785.40 | 1267.75 | 0.00 | 0.00 | 0.00 | 1267.75 | 100.00% |
| ADOC - STATON CF | MH Clerk | 2.00 | 1056.00 | 897.60 | 1019.50 | 0.00 | 0.00 | 0.00 | 1019.50 | 100.00% |
| ADOC - STATON CF | MH CRNP | 1.00 | 528.00 | 448.80 | 448.80 | 0.00 | 0.00 | 0.00 | 448.80 | 100.00% |
| ADOC - STATON CF | MH LPN | 2.80 | 1478.40 | 1256.64 | 1204.00 | 0.00 | 0.00 | 0.00 | 1204.00 | 95.81% |
| ADOC - STATON CF | MH RN | 2.80 | 1478.40 | 1256.64 | 660.70 | 0.00 | 20.50 | 0.00 | 681.20 | 54.21% |
| ADOC - STATON CF | MH Site Program Mgr | 1.00 | 528.00 | 448.80 | 448.80 | 0.00 | 0.00 | 0.00 | 448.80 | 100.00% |
| ADOC - STATON CF | MHP Licensed | 5.00 | 2640.00 | 2244.00 | 1784.70 | 0.00 | 0.00 | 176.00 | 1960.70 | 87.38% |
| ADOC - STATON CF | Psychiatrist | 1.00 | 528.00 | 448.80 | 269.75 | 0.00 | 0.00 | 0.00 | 269.75 | 60.10% |
| ADOC - TUTWILER | MH Activity Tech | 2.00 | 1056.00 | 897.60 | 491.75 | 0.00 | 0.00 | 176.00 | 667.75 | 74.39% |
| ADOC - TUTWILER | MH ADON | 1.00 | 528.00 | 448.80 | 12.25 | 0.00 | 80.00 | 0.00 | 92.25 | 20.55% |
| ADOC - TUTWILER | MH Clerk | 1.50 | 792.00 | 673.20 | 951.75 | 0.00 | 0.00 | 0.00 | 951.75 | 100.00% |
| ADOC - TUTWILER | MH CRNP | 0.25 | 132.00 | 112.20 | 112.20 | 0.00 | 0.00 | 0.00 | 112.20 | 100.00% |
| ADOC - TUTWILER | MH LPN | 5.70 | 3009.60 | 2558.16 | 1960.29 | 0.00 | 0.00 | 503.20 | 2463.49 | 96.30% |
| ADOC - TUTWILER | MH RN | 4.20 | 2217.60 | 1884.96 | 1644.96 | 0.00 | 0.00 | 240.00 | 1884.96 | 100.00% |
| ADOC - TUTWILER | MH Site Program Mgr | 1.00 | 528.00 | 448.80 | 448.80 | 0.00 | 0.00 | 0.00 | 448.80 | 100.00% |
| ADOC - TUTWILER | MHP Licensed | 6.00 | 3168.00 | 2692.80 | 2232.70 | 0.00 | 0.00 | 312.80 | 2545.50 | 94.53% |
| ADOC - TUTWILER | Psychiatrist | 0.50 | 264.00 | 224.40 | 224.40 | 0.00 | 0.00 | 0.00 | 224.40 | 100.00% |
| ADOC - TUTWILER | Psychologist PhD | 1.00 | 528.00 | 448.80 | 448.80 | 0.00 | 0.00 | 0.00 | 448.80 | 100.00% |
| ADOC - TUTWILER OUTPATIENT | MH CRNP | 0.75 | 396.00 | 336.60 | 336.60 | 0.00 | 0.00 | 0.00 | 336.60 | 100.00% |
| ADOC - TUTWILER OUTPATIENT | MH LPN | 1.40 | 739.20 | 628.32 | 307.45 | 0.00 | 0.00 | 0.00 | 307.45 | 48.93% |
| ADOC - TUTWILER OUTPATIENT | Psychiatrist | 0.75 | 396.00 | 336.60 | 336.60 | 0.00 | 0.00 | 0.00 | 336.60 | 100.00% |
| ADOC - TUTWILER OUTPATIENT | Psychologist PhD | 1.00 | 528.00 | 448.80 | 66.20 | 0.00 | 0.00 | 88.00 | 154.20 | 34.36% |
| ADOC - VENTRESS CF | MH Clerk | 1.00 | 528.00 | 448.80 | 525.50 | 0.00 | 0.00 | 0.00 | 525.50 | 100.00% |
| ADOC - VENTRESS CF | MH CRNP | 0.50 | 264.00 | 224.40 | 224.40 | 0.00 | 0.00 | 0.00 | 224.40 | 100.00% |
| ADOC - VENTRESS CF | MH LPN | 1.40 | 739.20 | 628.32 | 264.10 | 0.00 | 0.00 | 0.00 | 264.10 | 42.03% |
| ADOC - VENTRESS CF | MH Site Program Mgr | 1.00 | 528.00 | 448.80 | 545.25 | 0.00 | 0.00 | 0.00 | 545.25 | 100.00% |
| ADOC - VENTRESS CF | MHP Licensed | 2.80 | 1478.40 | 1256.64 | 1362.00 | 0.00 | 0.00 | 0.00 | 1362.00 | 100.00% |
| ADOC - VENTRESS CF | Psychiatrist | 0.50 | 264.00 | 224.40 | 183.25 | 0.00 | 0.00 | 0.00 | 183.25 | 81.66% |
| ALABAMA CENTRAL OFFICE | MH AA | 2.00 | 1056.00 | 897.60 | 476.25 | 0.00 | 0.00 | 0.00 | 476.25 | 53.06% |

**Quarterly Staffing Report**

July 2020 to September 2020

| | | Contract FTEs | Total FTEs in Quarterly Hours | 1 Adjusted FTEs in Quarterly Hours (0.85) | 2 Hours Actually Worked (2.2.2.5(a)-(d)) | 3 Hours Counted But Not Worked (CME, Training, Corp. Functions) (2.2.2.5(e)) | 4 FMLA Hours (2.2.2.5(g)) | 5 Credit for Vacated Positions (2.2.2.5(f)) | 6 Total Hours (total of preceding four columns or the total hours described in 2.2.2.5) | 7 Fill Rate | 8 |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Quarterly Staffing Report | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| July 2020 to September 2020 | | | | | | | | | | | |
| Facility | Position | Contract FTEs | Total FTEs in Quarterly Hours | Adjusted FTEs in Quarterly Hours (0.85) | Hours Actually Worked (2.2.2.5(a)-(d)) | Hours Counted But Not Worked (CME, Training, Corp. Functions) (2.2.2.5(e)) | FMLA Hours (2.2.2.5(g)) | Credit for Vacated Positions (2.2.2.5(f)) | Total Hours (total of preceding four columns or the total hours described in 2.2.2.5) | Fill Rate | |
| ALABAMA CENTRAL OFFICE | MH Admin Coor | 1.00 | 528.00 | 448.80 | 596.00 | 0.00 | 0.00 | 56.00 | 652.00 | 100.00% | |
| ALABAMA CENTRAL OFFICE | MH Asst Prgm Dir N | 1.00 | 528.00 | 448.80 | 496.00 | 0.00 | 0.00 | 0.00 | 496.00 | 100.00% | |
| ALABAMA CENTRAL OFFICE | MH Asst Prgm Dir S | 1.00 | 528.00 | 448.80 | 512.00 | 0.00 | 0.00 | 0.00 | 512.00 | 100.00% | |
| ALABAMA CENTRAL OFFICE | MH Asst Psychiatric Dir | 1.00 | 528.00 | 448.80 | 504.00 | 0.00 | 0.00 | 0.00 | 504.00 | 100.00% | |
| ALABAMA CENTRAL OFFICE | MH Clin Dir-Edu Trng | 1.00 | 528.00 | 448.80 | 488.00 | 0.00 | 0.00 | 0.00 | 488.00 | 100.00% | |
| ALABAMA CENTRAL OFFICE | MH CQI Assistant | 1.00 | 528.00 | 448.80 | 512.00 | 0.00 | 0.00 | 0.00 | 512.00 | 100.00% | |
| ALABAMA CENTRAL OFFICE | MH CQI Manager | 1.00 | 528.00 | 448.80 | 504.00 | 0.00 | 0.00 | 0.00 | 504.00 | 100.00% | |
| ALABAMA CENTRAL OFFICE | MH Data-Reports Mgr | 1.00 | 528.00 | 448.80 | 544.50 | 0.00 | 0.00 | 0.00 | 544.50 | 100.00% | |
| ALABAMA CENTRAL OFFICE | MH Program Director | 1.00 | 528.00 | 448.80 | 464.00 | 0.00 | 0.00 | 0.00 | 464.00 | 100.00% | |
| ALABAMA CENTRAL OFFICE | MH Psychiatric Director | 1.00 | 528.00 | 448.80 | 472.00 | 0.00 | 0.00 | 0.00 | 472.00 | 100.00% | |
| ALABAMA CENTRAL OFFICE | MH Telehealth Coor | 1.00 | 528.00 | 448.80 | 510.25 | 0.00 | 0.00 | 0.00 | 510.25 | 100.00% | |