IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
EDWARD BRAGGS, et al.,        )
                              )
     Plaintiffs,              )
                              )   CIVIL ACTION NO.
     v.                       )     2:14cv601-MHT
                              )
JEFFERSON S. DUNN, in his     )
official capacity as          )
Commissioner of               )
the Alabama Department of     )
Corrections, et al.,          )
                              )
     Defendants.              )
```

ORDER

The court previously appointed Karen Rea to fill the position of nurse on the external monitoring team. *See* Order (doc. no. 3051) at 2. Ms. Rea has now requested that she be withdrawn from consideration as a member of the team, and the parties have jointly proposed that the court appoint Catherine Knox to fill the nurse position instead. Upon consideration of the parties' joint notice (doc. no. 3065) and after reviewing Ms. Knox's resume (doc. no. 3065-1), it is ORDERED that:

(1) Karen Rea is withdrawn from her appointment to the nurse position on the external monitoring team.

(2) The position of nurse on the external monitoring team shall be filled by Catherine Knox, pending negotiation of her fees and expenses. The court understands that the defendants' agreement to this appointment is subject to footnote 2 in the parties' joint notice (doc. no. 3065).

(3) The court's prior appointments of the other members of the external monitoring team remain in place: Dr. Jackie Feldman in the role of psychiatrist; Dr. Elizabeth Falcon in the role of psychologist; and Rick Raemisch in the role of correctional administrator.

DONE, this the 23rd day of November, 2020.

      /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE