# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| EDWARD BRAGGS, et al.<br><br>Plaintiffs,<br><br>v.<br><br>JEFFERSON DUNN, in his official capacity as Commissioner of the Alabama Department of Corrections, et al.<br><br>Defendants. | CIVIL ACTION NO.<br>2:14-cv-00601-MHT-JTA<br>Judge Myron H. Thompson |

## MOTION FOR LEAVE FOR JASMIN MIZE TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 83.1(b), Ebony Howard, counsel for Plaintiffs, moves this Court for permission for Jasmin Mize of the Southern Poverty Law Center, to appear in this case *pro hac vice* for Plaintiffs in this matter. In support of this Motion, Ebony Howard states as follows:

1. Ms. Mize is not a member of the bar of this court. She regularly practices law within the District of Columbia.

2. Ms. Mize's business address is Southern Poverty Law Center, Post Office Box 1287, Decatur, GA 30031-1287. Her business telephone is 404-230-3167 and her facsimile is (404) 221-5857.

3. A certificate showing Ms. Mize's enrollment in good standing in the bar of the United States District Court for the District of Columbia is attached to this Motion.

4. Ms. Mize will represent Plaintiffs in association with Ebony Howard, a member in good standing of the Alabama state bar and the bar of this Court.

5. Ms. Mize agrees to comply with all rules and policies applicable to the practice of law in this Court.

6. Contemporaneously with this Motion, Plaintiffs' counsel have paid the Court's *pro hac vice* fee.

WHEREFORE, Ebony Howard, one of the counsel for the Plaintiffs, respectfully moves this Court for the permission for Jasmin Mize to appear *pro hac vice* in this case.

Dated: December 11, 2020            Respectfully Submitted,

/s/ Ebony Howard
One of the Attorneys for Plaintiffs
Southern Poverty Law Center
400 Washington Avenue
Montgomery, AL 36104

Ebony Howard
Lynnette K. Miner
Jaqueline Aranda Osorno
Jonathan Barry Blocker
Brock Boone
**SOUTHERN POVERTY LAW CENTER**
400 Washington Avenue
Montgomery, Alabama 36104
Telephone: (334) 956-8200
Facsimile: (334) 956-8481
ebony.howard@splcenter.org
lynnette.miner@splcenter.org
jackie.aranda@splcenter.org
jonathan.blocker@splcenter.org
brock.boone@splcenter.org


William G. Somerville, III
Patricia Clotfelter
**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ PC**
420 20th Street North, Suite 1400
Birmingham, AL  35203
Telephone: (205) 328-0480
Facsimile: (205) 322-8007
wsomerville@bakerdonelson.com
pclotfelter@bakerdonelson.com

William Van Der Pol, Jr.
Lonnie Williams
Barbara A. Lawrence
Andrea J. Mixson
Ashley N. Austin
**ALABAMA DISABILITIES ADVOCACY PROGRAM**
Box 870395
Tuscaloosa, AL  35487
Telephone: (205) 348-4928
Facsimile: (205) 348-3909
wvanderpoljr@adap.ua.edu

lwilliams@adap.ua.edu
blawrence@adap.ua.edu
amixson@adap.ua.edu
aaustin@adap.ua.edu

Rhonda Brownstein
**ALABAMA DISABILITIES ADVOCACY PROGRAM**
400 South Union Street, Suite 425
Montgomery, AL 36104
Telephone: (205) 579-4976
Facsimile: (334) 240-0996
rbrownstein@adap.ua.edu

Catherine E. Stetson*
Neal Kumar Katyal*
Jo-Ann Tamila Sagar*
**HOGAN LOVELLS US LLP**
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
cate.stetson@hoganlovells.com
neal.katyal@hoganlovells.com
*Admitted pro hac vice*

Anil A. Mujumdar
**DAGNEY JOHNSON LAW GROUP**
2170 Highland Avenue, Suite 250
Birmingham, AL 35213
Telephone: (205) 729-8445
Facsimile: (205) 809-7899
anil@dagneylaw.com

**ATTORNEYS FOR THE PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that I have on this 11th day of December, 2020 electronically filed the foregoing with the clerk of court by using the CM/ECF system, which will send a notice of electronic filing to the following:

David R. Boyd, Esq.
John G. Smith, Esq.
Balch & Bingham LLP
Post Office Box 78
Montgomery, AL 36101-0078
dboyd@balch.com
jgsmith@balch.com

Steven C. Corhern, Esq.
Balch & Bingham LLP
Post Office Box 306
Birmingham, AL 35201-0306
scorhern@balch.com

Joseph G. Stewart, Jr., Esq.
Gary L. Willford, Jr., Esq.
Stephanie Lynn Dodd Smithee, Esq.
Alabama Department of Corrections
Legal Division
301 South Ripley Street
Montgomery, AL 36104
joseph.stewart@doc.alabama.gov
gary.willford@doc.alabama.gov
stephanie.smithee@doc.alabama.gov

Philip Piggott, Esq.
Webster Henry
Two Perimeter Park South
Suite 445 East
Birmingham, AL 35243
ppiggott@websterhenry.com

Justin A. Barkley, Esq.
Wexford Health Sources, Inc.
85-B Spectrum Cove
Alabama, AL 32007
justin.barkley@wexfordhealth.com

William R. Lunsford, Esq.
Matthew Reeves, Esq.
Stephen C. Rogers, Esq.
Kenneth S. Steely, Esq.
La Kiesha W. Butler, Esq.
Maynard, Cooper & Gale, P.C.
655 Gallatin Street, SW
Huntsville, AL 35801
blunsford@maynardcooper.com
mreeves@maynardcooper.com
srogers@maynardcooper.com
ksteely@maynardcooper.com
lbutler@maynardcooper.com

Luther M. Dorr, Esq.
Maynard, Cooper & Gale, P.C.
1901 6th Avenue North, Suite 2400
Birmingham, AL 35203
rdorr@maynardcooper.com

Deana Johnson, Esq.
Brett T. Lane, Esq.
MHM Services, Inc.
1447 Peachtree Street, N.E.
Suite 500
Atlanta, GA 30309
djohnson@mhm-services.com
btlane@mhm-services.com

/s/ Ebony Howard
One of the Attorneys for Plaintiffs