IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| EDWARD BRAGGS, et al.,    | ) | |
| | ) | |
|     Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:14cv601-MHT |
| | ) | (WO) |
| JEFFERSON S. DUNN, in his | ) | |
| official capacity as | ) | |
| Commissioner of | ) | |
| the Alabama Department of | ) | |
| Corrections, et al., | ) | |
| | ) | |
|     Defendants. | ) | |

ORDER

The court's opinion and order on a process for finalizing the phase 2A remedial order left open the issue of exactly how the external monitoring team (EMT) would be involved in the omnibus remedial process. *See* Opinion and Order on a Process for Finalizing the Phase 2A Remedial Orders (doc. no. 3078) at 31.  Based on the representations made on the record during the status conference on January 6, 2021, the court is also aware that the Alabama Department of Corrections is unable to

finalize its contracts with the members of the EMT until the scope of their role has been defined.

Accordingly, it is ORDERED that by 5:00 p.m. on January 22, 2021, each party should file a proposal as to how the EMT should participate in the omnibus remedial process.

DONE, this the 7th day of January, 2021.

                                     /s/ Myron H. Thompson
                                   UNITED STATES DISTRICT JUDGE