IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| EDWARD BRAGGS, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) CIVIL ACTION NO. |
| v. | ) 2:14cv601-MHT |
| | ) (WO) |
| JEFFERSON S. DUNN, in his | ) |
| official capacity as | ) |
| Commissioner of | ) |
| the Alabama Department of | ) |
| Corrections, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Based on the oral request of the parties, it is ordered that the deadline for the parties to file their joint discovery plan, previously set for 5:00 p.m. on January 15, 2021, *see* Opinion and Order on a Process for Finalizing the Phase 2A Remedial Orders (doc. no. 3078) at 33, is reset for 5:00 p.m. on January 19, 2021.

DONE, this the 14th day of January, 2021.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE