# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| EDWARD BRAGGS, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No. 2:14-cv-00601-MHT-GMB |
| v. | ) |
| | ) District Judge Myron H. Thompson |
| JEFFERSON DUNN, *et al.*, | ) Magistrate Judge John E. Ott |
| | ) Magistrate Judge Gray M. Borden |
| Defendants. | ) |

## MOTION TO WITHDRAW

Comes now Gary L. Willford, and submits this Notice of Withdrawal for the Defendants, Jefferson Dunn and Ruth Naglich, in the above-styled case.

This the 25th day of January, 2021.

                                               */s/ Gary L. Willford, Jr.*
                                               Gary L. Willford, Jr.
                                               *One of the Attorneys for Jefferson Dunn and Ruth Naglich*

Gary L. Willford Jr.
Joseph G. Stewart Jr.
**ALABAMA DEPARTMENT OF CORRECTIONS**
Legal Division
301 South Ripley Street
Montgomery, Alabama 36130
Telephone (334) 353-3884
Facsimile (334) 353-3891
gary.willford@doc.alabama.gov

William R. Lunsford
Matthew B. Reeves
Melissa K. Marler
Stephen C. Rogers
Melissa C. Neri
**MAYNARD, COOPER & GALE, PC**
655 Gallatin Street
Huntsville, AL 35801
Telephone: (256) 512-5710
Facsimile: (256) 512-0119
blunsford@maynardcooper.com
mreeves@maynardcooper.com
mmarler@maynardcooper.com
srogers@maynardcooper.com

Luther M. Dorr, Jr.
Mitesh B. Shah
**MAYNARD, COOPER & GALE, PC**
1901 Sixth Avenue North
2400 Regions Harbert Plaza
Birmingham, AL 35203
Telephone: (205) 254-1178
Facsimile: (205) 714-6438
rdorr@maynardcooper.com
mshah@maynardcooper.com

Philip Piggott
**WEBSTER HENRY BRADWELL COHAN SPEAGLE & DESHAZO PC**
2 Perimeter Park South Suite 445 East
Birmingham, AL 35243
Telephone: (205) 986-4400
Facsimile: (205) 380-3485
ppiggott@websterhenry.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all attorneys of record in this matter, including without limitation the following, by the Court's CM/ECF system on this the 25th day of January, 2021.

| | |
|---|---|
| Jasmin Louisa Mize | William Van Der Pol, Jr. |
| Lynnette K. Miner | Lonnie Williams |
| Jaqueline Aranda Osorno | Barbara A. Lawrence |
| Jonathan Barry-Blocker | Andrea J. Mixson |
| Brock Boone | Ashley Austin |
| **SOUTHERN POVERTY LAW CENTER** | Rhonda C. Brownstein |
| 400 Washington Avenue | **ALABAMA DISABILITIES ADVOCACY** |
| Montgomery, Alabama 36104 | **PROGRAM** |
| Telephone: (334) 956-8200 | University of Alabama |
| Facsimile: (334) 956-8481 | 500 Martha Parham West |
| ebony.howard@splcenter.org | Box 870395 |
| lynette.miner@splcenter.org | Tuscaloosa, Alabama 35487-0395 |
| jaqueline.aranda@splcenter.org | Telephone: (205) 348-6894 |
| jonathan.blocker@splcenter.org | Facsimile: (205) 348-3909 |
| brock.boone@splcenter.org | wvanderpoljr@adap.ua.edu |
| | blawrence@adap.ua.edu |
| | amixson@adap.ua.edu |
| Gregory M. Zarzaur | William G. Somerville, III |
| Anil A. Mujumdar | Patricia Clotfelter |
| Diandra S. Debrosse | **BAKER DONELSON BEARMAN** |

3

| | |
|---|---|
| Denise Wiginton<br>**ZARZAUR MUJUMDAR & DEBROSSE**<br>2332 2nd Avenue North<br>Birmingham, AL 35203<br>Telephone: (205) 983-7985<br>Facsimile: (888) 505-0523<br>gregory@zarzaur.com<br>anil@zarzaur.com<br>fuli@zarzaur.com<br>denise@zarzaur.com | **CALDWELL & BERKOWITZ, PC**<br>420 20th Street North<br>Suite 1400<br>Birmingham, Alabama 35203<br>Telephone: (205) 244-3863<br>Facsimile: (205) 488-3863<br>wsomerville@bakerdonelson.com<br>pclotfelter@bakerdonelson.com |
| John G. Smith<br>David R. Boyd<br>**BALCH & BINGHAM LLP**<br>Post Office Box 78<br>Montgomery, AL 36101-0078<br>Telephone: (334) 834-6500<br>Facsimile: (866) 316-9461<br>jgsmith@balch.com<br>dboyd@balch.com | Catherine E. Stetson<br>Jo-Ann Tamila Sagar<br>Neal Kumar Katyal<br>**HOGAN LOVELLS US LLP**<br>555Thirteenth St<br>Washington DC 20004<br>Telephone: (202) 637-5491<br>Facsimile: (202) 637-5910<br>cate.stetson@hoganlovells.com<br>jo-ann.sagar@hoganlovells.com<br>neal.katyal@hoganlovells.com |
| Steven C. Corhern<br>**BALCH & BINGHAM LLP**<br>Post Office Box 306<br>Birmingham, AL 35201-0306<br>Telephone: (205) 251-8100<br>Facsimile: (205) 488-5708<br>scorhern@balch.com | Lonnie J. Williams<br>**ALABAMA DISABILITIES ADVOCACY PROGRAM**<br>P. O. Box 870395<br>Tuscaloosa, AL 35487<br>Telephone: (205) 348-4928<br>Facsimile: (205) 348-3909<br>lwilliams@adap.ua.edu |

*/s/ Gary L. Willford, Jr.*
Of Counsel

4