IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| EDWARD BRAGGS, et al., ) | |
| ) | |
|     Plaintiffs, ) | |
| ) | CIVIL ACTION NO. |
|     v. ) | 2:14cv601-MHT |
| ) | (WO) |
| JEFFERSON S. DUNN, in his ) | |
| official capacity as ) | |
| Commissioner of ) | |
| the Alabama Department of ) | |
| Corrections, et al., ) | |
| ) | |
|     Defendants. ) | |

## ORDER

At the status conference on February 8, 2021, the court gave the parties until February 22, 2021, to mediate regarding the role of the EMT in the omnibus remedial process set forth in the court's opinion and order of December 29, 2020 (doc. no. 3078). Accordingly, it is ORDERED that, by 5:00 p.m. on February 22, 2021, the parties are to file a report indicating whether their mediation has been successful, so that the court may

discuss with the parties at that point how to proceed if the mediation has not succeeded.

DONE, this the 10th day of February, 2021.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE