IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| EDWARD BRAGGS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:14cv601-MHT |
| | ) | (WO) |
| JEFFERSON S. DUNN, in his | ) | |
| official capacity as | ) | |
| Commissioner of | ) | |
| the Alabama Department of | ) | |
| Corrections, et al., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

It is ORDERED that the report regarding the role of the external monitoring team (EMT) (Doc. 3128) is approved and adopted.

The court respectfully requests that United States Magistrate Judge John Ott arrange a meeting for the formal introduction of the EMT members to counsel for parties, the court, and court staff.  The courtroom deputy is to arrange for the meeting to be by videoconferencing.

DONE, this the 23rd day of February, 2021.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE