# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| EDWARD BRAGGS, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 2:14-cv-00601-MHT-JTA |
| ) | Judge Myron H. Thompson |
| JEFFERSON DUNN, in his official ) | |
| capacity as Commissioner of the ) | |
| Alabama Department of ) | |
| Corrections, et al. ) | |
| | |
| Defendants. | |

## UPDATED NOTICE TO THE COURT OF RECENT SUICIDES

On March 2, 2021, 32-year-old Tommy McConathy died by hanging in the Stabilization Unit at Bullock Correctional Facility – the unit allegedly providing the highest level of mental health care within the Alabama Department of Corrections facilities and the same unit where Jamie Wallace committed suicide during the liability trial in 2017.[1] Mr. McConathy was the tenth person to die by suicide in ADOC custody since this Court issued its Remedial Opinion and

---

[1] Prisoners who cannot be stabilized in an ADOC facility may be sent to a "free-world" hospital, pursuant to an agreed-upon Stipulation with Defendants, which was made an order of the Court. Doc. 2383 (Joint Notice of Filing [of] the Amended Stipulation Regarding the Provision of Hospital-Level Care). Tommy McConathy was, in fact, sent to the hospital on January 13, 2021. He was returned to Bullock's Stabilization Unit on February 18, 2021, and killed himself thirteen days later.

1

Judgment on Immediate Relief for Suicide Prevention (the "Suicide Prevention Opinion") in May 2019, in which the Court found "substantial and pervasive deficiencies" in ADOC's suicide prevention program. *See Braggs v. Dunn*, 383 F. Supp. 3d 1218, 1241 (M.D. Ala. 2019). He was the third person to die by suicide in ADOC in the past four months alone.

In August 2020, Plaintiffs notified the Court about seven suicides that had occurred since the 2019 Suicide Remedial Order had been issued. Doc. 2885 (Notice to Court of Recent Suicides). Plaintiffs hereby update that Notice with the three most recent deaths of which Plaintiffs are aware, to highlight the critical need for swift implementation and monitoring of final remedial relief. Plaintiffs intend to present evidence relating to these deaths at the upcoming evidentiary hearing.

The three recent suicides are described below. In addition, Plaintiffs include new and important information about the suicide of Charles Braggs, which occurred on July 27, 2020, and was briefly reported in the Notice of Recent Suicides filed on August 4, 2020. This information was recently received and was not previously available to Plaintiffs. The circumstances of Mr. Braggs' suicide are particularly concerning and highlight the need for immediate relief for the Plaintiffs.

**Charles Braggs (July 27, 2020)**:

Mr. Braggs was 28 years-old when he hung himself in the segregation unit at St. Clair Correctional Facility. He had been in segregation continuously for over two years at the time of his death. Despite reporting hallucinations and exhibiting signs and symptoms of worsening of his mental health status while housed in the Restrictive Housing Unit (RHU), there is no documentation that removal from the RHU was considered or that he was referred to or seen by the mental health provider. See Ex. 1 (Psychological Autopsy) (filed under seal). On the <u>day of his suicide</u>, the nursing staff made multiple requests that he be brought to the Infirmary due to his complaints of severe headaches, but correctional staff failed to do so, on one occasion claiming that he did not have clothes. Finally, after a third request by nursing staff was made to a Captain, Mr. Braggs was found dead. See *id*. Despite the fact that Mr. Braggs had been in segregation for over two years, his autopsy shows he had methamphetamine in his blood and had suffered "blunt force trauma to the head, neck, and extremities," and had "multiple healing injuries." Ex. 2 (Jefferson County Medical Examiner Autopsy). Although Mr. Braggs was not on the mental health caseload at the time of his suicide, he had previously been on the caseload and had been treated for depression. He was 6'4" and weighed only 131 lbs. at the time of his death.[2] *Id*.

---

[2] He weighed 159 lbs. upon his admission to ADOC in 2011.

**Gary Campbell (November 27, 2020)**

Gary Campbell was 43 years-old when he hung himself in the segregation unit at Limestone Correctional Facility. At the time of his death, he had spent over three continuous years in segregation. In January 2020, Mr. Campbell's classification officer made a mental health referral, noting that he was becoming increasingly paranoid and may have been decompensating due to an extended period in the RHU. Ex. 3 (Mental Health Referral Form) (filed under seal). Despite this mental health referral and another one after Mr. Campbell sent a series of bizarre letters to the Warden, he was never placed on the mental health caseload. After both referrals, staff tried to meet with him, but he refused to come out of his cell. No further efforts to provide mental health care to him are documented in his record. According to the Psychological Autopsy, no mental health assessments were found in his chart, despite the fact that prisoners in segregation who are not on the mental health caseload are required to have such assessments every 90 days. Ex. 4 (Psychological Autopsy, 11/27/20) (filed under seal).

**Travis Jackson (February 29, 2021)**

Travis Jackson was 43 years-old when he hung himself in a segregation cell

at Fountain Correctional Facility. Despite a recent self-injurious act, numerous reports of suicidal thoughts that required crisis placements during the year leading up to his suicide, multiple placements in the RHU, and recently setting his cell on fire, Mr. Jackson was never placed on the mental health caseload.  Ex. 5 (Psychological Autopsy, February 9, 2021) (filed under seal).

### Tommy McConathy (March 2, 2021)

Tommy McConathy was 31 years-old when he hung himself from a vent placed near the sink in his cell in the Bullock Stabilization Unit (SU), the highest level of care in ADOC facilities. He had been diagnosed with Major Depressive Disorder with psychotic features, which is a serious mental illness, and was exhibiting paranoia and anxiety during the last several months of his life. Mr. McConathy repeatedly reported that he had been physically and sexually assaulted by other prisoners, both at a previous prison and in the Bullock Residential Treatment Unit (RTU). Despite his deep fears about being assaulted again, he was repeatedly returned to the RTU where some of the assaults had taken place, and he was placed in a cell with another prisoner in the SU despite pleas to be placed alone in a cell for his safety.  Ex. 6 (Mental Health Records) (filed under seal).

On December 14, 2020, a Mental Health Professional (MHP) who had been treating Mr. McConathy noted that he experienced suicidal thoughts and auditory

5

hallucinations daily and had been placed on suicide watch numerous times due to his "desire to die" and his need for safety in a single cell. The MHP considered Mr. McConathy to be a high risk for suicide until his safety needs were addressed and noted that he would be considered for hospitalization. For the next four weeks, he continued to ask to be placed in a single cell. *Id*.

Mr. McConathy was transferred to an outside hospital for treatment on January 13, 2021. He returned to the Bullock SU four weeks later, on February 17, 2021, with newly prescribed medications and an order to stop several previous medications. On the day before his suicide, a Certified Nurse Practitioner's (CRNP) progress note indicates that Mr. McConathy was still paranoid, hearing voices, and fearful for his safety. Despite this, the CRNP's note states that the plan was to discharge him from the SU and transfer him to the RTU at Donaldson. The next day, he hung himself. *Id*.

Dated: April 6, 2021                             Respectfully Submitted,

                                                                /s/ Rhonda Brownstein
                                                  One of the Attorneys for Plaintiffs

Rhonda Brownstein
**ALABAMA DISABILITIES ADVOCACY PROGRAM**
400 South Union Street, Suite 425
Montgomery, AL 36104
Telephone: (205) 579-4976
Facsimile: (334) 240-0996
rbrownstein@adap.ua.edu

Jasmin Mize*
**SOUTHERN POVERTY LAW CENTER**
Post Office Box 1287
Decatur, GA  30031-1287
Telephone: (404) 230-3167
Facsimile: (404) 221-5857
jasmin.mize@splcenter.org
*Admitted pro hac vice*

Jonathan Barry-Blocker
Brock Boone
**SOUTHERN POVERTY LAW CENTER**
400 Washington Avenue
Montgomery, AL 36104
Telephone: (334) 956-8200
Facsimile: (334) 956-8481
jonathan.blocker@splcenter.org
brock.boone@splcenter.org

William G. Somerville, III
Patricia Clotfelter
**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ PC**
420 20th Street North, Suite 1400
Birmingham, AL 35203
wsomerville@bakerdonelson.com
pclotfelter@bakerdonelson.com

William Van Der Pol, Jr.
Lonnie Williams
Barbara A. Lawrence
Andrea J. Mixson
Ashley N. Austin
**ALABAMA DISABILITIES ADVOCACY PROGRAM**
Box 870395
Tuscaloosa, AL  35487
Telephone: (205) 348-4928
Facsimile: (205) 348-3909
wvanderpoljr@adap.ua.edu
lwilliams@adap.ua.edu
blawrence@adap.ua.edu

amixson@adap.ua.edu
aaustin@adap.ua.edu

Catherine E. Stetson*
Neal Kumar Katyal*
Jo-Ann Tamila Sagar*
Kristina Alekseyeva*
**HOGAN LOVELLS US LLP**
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
cate.stetson@hoganlovells.com
neal.katyal@hoganlovells.com
jo-ann.sagar@hoganlovells.com
kristina.alekseyeva@hoganlovells.com
*Admitted pro hac vice*

Mark Whitburn*
**WHITBURN & PEVSNER, PLLC**
2000 East Lamar Boulevard, Suite #600
Arlington, TX  76006
Telephone: (817) 672-5453
Facsimile: (817) 653-4477
mwhitburn@whitburnpevsner.com
*Admitted pro hac vice*

Joshua Toll*
**KING & SPALDING LLP**
1700 Pennsylvania Avenue NW, 2nd Floor
Washington, DC 20006-4707
Telephone: (202) 227-6138
Fascimile: (202) 626-3737
jtoll@kslaw.com
*Admitted pro hac vice*

Evan Diamond*
**KING & SPALDING LLP**
185 Avenue of the Americas, 34th Floor
New York, NY 10036
Telephone: (212) 556-2297
Fascimile: (212) 556-2222

ediamond@kslaw.com
**Admitted pro hac vice*

Edward Bedard*
**KING & SPALDING LLP**
1180 Peachtree Street NE, Suite 1600
Atlanta, GA 30309
Telephone: (404) 572-3127
Fascimile: (404) 572-5100
ebedard@kslaw.com
*\*Admitted pro hac vice*

**ATTORNEYS FOR THE PLAINTIFFS**

                                        /s/ Anil A. Mujumdar
                                    Anil A. Mujumdar
                                    Attorney for Plaintiff
                                    Alabama Disabilities Advocacy Program

Anil A. Mujumdar
**DAGNEY JOHNSON LAW GROUP**
2170 Highland Avenue, Suite 250
Birmingham, AL 35213
Telephone: (205) 590-6986
Facsimile: (205) 809-7899
anil@dagneylaw.com

**ATTORNEY FOR PLAINTIFF ALABAMA DISABILITIES ADVOCACY PROGRAM**

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 6th day of April, 2021 electronically filed the foregoing with the clerk of court by using the CM/ECF system, which will send a notice of electronic filing to the following:

David R. Boyd, Esq.
John G. Smith, Esq.
Balch & Bingham LLP
Post Office Box 78
Montgomery, AL 36101-0078
dboyd@balch.com
jgsmith@balch.com

Steven C. Corhern, Esq.
Balch & Bingham LLP
Post Office Box 306
Birmingham, AL 35201-0306
scorhern@balch.com

Joseph G. Stewart, Jr., Esq.
Stephanie Lynn Dodd Smithee, Esq.
Alabama Department of Corrections
Legal Division
301 South Ripley Street
Montgomery, AL 36104
joseph.stewart@doc.alabama.gov
stephanie.smithee@doc.alabama.gov

Philip Piggott, Esq.
Webster Henry
Two Perimeter Park South
Suite 445 East
Birmingham, AL 35243
ppiggott@websterhenry.com

Justin A. Barkley, Esq.
Wexford Health Sources, Inc.
85-B Spectrum Cove
Alabama, AL 32007
justin.barkley@wexfordhealth.com

William R. Lunsford, Esq.
Matthew Reeves, Esq.
Stephen C. Rogers, Esq.
Kenneth S. Steely, Esq.
La Kiesha W. Butler, Esq.
Maynard, Cooper & Gale, P.C.
655 Gallatin Street, SW
Huntsville, AL 35801
blunsford@maynardcooper.com
mreeves@maynardcooper.com
srogers@maynardcooper.com
ksteely@maynardcooper.com
lbutler@maynardcooper.com

Luther M. Dorr, Jr., Esq.
Maynard, Cooper & Gale, P.C.
1901 6th Avenue North, Suite 2400
Birmingham, AL 35203
rdorr@maynardcooper.com

Deana Johnson, Esq.
Brett T. Lane, Esq.
MHM Services, Inc.
1447 Peachtree Street, N.E., Suite 500
Atlanta, GA 30309
djohnson@mhm-services.com
btlane@mhm-services.com

/s/ Rhonda Brownstein
One of the Attorneys for Plaintiffs