# EXHIBIT 2



ALABAMA
DEPARTMENT OF FORENSIC SCIENCES

716 Arcadia Circle　　　　　　　　Telephone (256) 539-1401
Huntsville, AL 35801　　　　　　　Facsimile (256) 533-2855

# REPORT OF AUTOPSY

**ADFS CASE NUMBER:** 20HM00356　　　　　　**DATE:** July 28, 2020
　　　　　　　　　　　　　　　　　　　　　　　**TIME:** 1131 hours

**NAME(S):** CHARLES LABARRON BRAGGS

**COUNTY OF DEATH:** St. Clair　　　　**DATE OF DEATH:** July 27, 2020

**AGE:** 28 years　　**RACE:** B　　**SEX:** M　　**LENGTH:** 76 inches　　**WEIGHT:** 131 pounds

## FINAL DIAGNOSES

I.  Blunt-force trauma of the neck:
    A. Noose fashioned with strips of bedsheet loosely encircling the neck seven revolutions and half-knotted at the right posterior neck.
    B. Corresponding superficial abrasion and furrow of the circumferential neck.
    C. Fractures of the bilateral superior thyroid cornua with minimal associated hemorrhage.
    D. Absence of other identifiable external or internal neck trauma.
    E. Absence of facial, conjunctival, or intra-oral petechiae.

II. Blunt-force trauma of the head, torso, and extremities:
    A. Healing laceration of the lateral right supraorbital ridge.
    B. Healing linear abrasion or incision of the superior right back.
    C. Healing abrasion of the posterior left shoulder.
    D. Healing abrasions of the dorsal right index and middle fingers.
    E. Healing abrasion of the anterior right knee and leg.
    F. Healing and re-injured abrasion of the anterior left knee.

Case #     20HM00356  
Name       Charles Labarron Braggs

                    **CAUSE OF DEATH:**      Hanging

                    **MANNER OF DEATH:**    Suicide

**OPINION:** This 28-year-old male was reportedly found hanged and fully suspended in his cell within a correctional facility; a bucket was reportedly positioned upside down in the cell. Autopsy of the decedent reveals a noose fashioned with two strips of bedsheet loosely encircling the neck seven times, with a corresponding superficial abrasion and furrow of the underlying neck. Internal neck injuries are limited to fractures of the bilateral superior thyroid cornua with minimal associated hemorrhage. Multiple healing injuries include a laceration of the lateral right supraorbital ridge, a linear abrasion versus possible incision of the superior right back, and abrasions of the posterior left shoulder, right index and middle fingers, and bilateral knees and legs. Based upon available information, the recommended manner of death is Suicide.

## EVIDENCE OF INJURY

A noose consisting of two long strips of soiled white bedsheet, joined by a knot, encircles the neck seven times. The noose contains a half-knot positioned in the right posterior neck area, accomplished by pulling a loop of the bedsheet through the half-knot. The noose is somewhat loosely positioned on the neck, permitting the passage of two fingers between the noose and the skin. After securing the right side of the noose with twine, the noose is severed on the right side and removed from the neck. Underlying the noose, a superficially abraded and superficially indented furrow completely encircles the neck. The lowest aspect is in the anterior neck, passing across the laryngeal prominence and sweeping in an upward direction on both sides of the neck, traversing the posterior neck inferior to the occiput. This abraded furrow ranges from 25 to 35 millimeters in width, and lies immediately internal to the encircling noose. Facial, conjunctival, or intra-oral petechiae are not discovered; the head and neck superior to the furrow is not obviously congested in comparison to the neck and torso inferior to the furrow.

Internal dissection of the neck reveals fractures of the bilateral superior thyroid cornua at their respective bases, with minimal associated hemorrhage. The hyoid bone, body of the thyroid cartilage, cricoid cartilage, and cervical spine are intact. Stepwise dissection of the strap musculature of the neck does not reveal contusion or other evidence of trauma.

A healing 25 millimeter laceration with eschar lies in the lateral right supraorbital ridge, extending into the dermis.

A 4 x 1 millimeter abrasion with eschar lies on the posterior left shoulder. A linear vertical deep abrasion versus incision into the dermis overlies the scapula in the superior right back, measuring 6 centimeters in length and containing eschar.

4 millimeter eschars lie on the proximal dorsal right index and middle fingers.

A 9 x 3 centimeter healing abrasion with eschar overlies the anterior right knee and proximal anterior right leg. A 4 x 2 centimeter healing abrasion with recent eschar disruption lies on the anterior inferior left knee.

Case #        20HM00356
Name          Charles Labarron Braggs

## EXTERNAL EXAMINATION

(The following excludes the previously described injuries.)

This is the body of an adult black male measuring 76 inches in length and weighing 131 pounds. The overall appearance is consistent with the reported age of 28 years.

Rigor mortis is full and generalized. Livor mortis is posterior and nearly fixed. Corneal clouding is absent. The body is cool to the touch.

The scalp hair is black, tightly curled, and approximately 1 to 2 inches in length. The posterior right temporal scalp is largely devoid of scalp hair, without obvious associated injury. A black mustache and beard cover the face. The irides are brown. Conjunctival petechiae or scleral icterus is not appreciated. The nose is not unusual. The natural teeth are in fairly good condition. The neck is remarkable for the injury previously described.

The chest is unremarkable, with minimal subcutaneous fat and protrusion of the ribs. The abdomen is somewhat scaphoid. The penis is circumcised, and the testes are descended in the scrotum. Injuries of the genitalia, anus, or perianal areas are not discovered.

The upper extremities are symmetrically developed with reduced muscular volume. Illegible tattoos lie across the dorsal aspects of the bilateral hands. The fingernails are relatively short and intact.

The lower extremities display symmetric reduced muscular volume without other abnormalities, other than the healing abrasions previously described.

The back is remarkable only for the injuries previously described.

## EVIDENCE OF MEDICAL INTERVENTION

None.

## INTERNAL EXAMINATION

(The following excludes the previously described injuries.)

SEROSAL CAVITIES: The body is opened with the usual Y-shaped incision. Unusual color changes, odors, or decompositional changes are not appreciated. The thoracic and abdominal walls are intact. Physiologic amounts of straw-colored fluid are contained in the pleural cavities, pericardial sac, and peritoneal cavity. All organs are in their normal anatomic positions.

CARDIOVASCULAR SYSTEM: The heart weighs 280 grams. The major coronary arteries follow their usual anatomic distributions and are widely patent, without significant atherosclerosis or thrombosis. The myocardium is diffusely red-brown, without gross hemorrhage, pallor, fibrosis, or softening. The cardiac valves are normally formed and unremarkable. The great vessels originate from and terminate in their usual chambers. Interatrial or interventricular septal defects are not discovered. The aorta is intact and is

Case #      20HM00356
Name        Charles Labarron Braggs

unremarkable. Thromboemboli are not recovered from the main, right, or left pulmonary arteries, or their segmental branches.

RESPIRATORY SYSTEM: The oral cavity, larynx, trachea, and mainstem bronchi do not contain foreign bodies, obstructive lesions, or gross mucosal abnormalities. The right and left lungs weigh 380 and 360 grams, respectively. Pulmonary consolidation, hemorrhage, fibrosis, or neoplasia is not appreciated.

GASTROINTESTINAL SYSTEM: The esophagus is unremarkable. The stomach contains approximately 30 millimeters of unidentifiable liquid. The gastric mucosal surfaces display no evidence of ulceration, neoplasia, or hemorrhage. The small intestine and colon are unremarkable to inspection and palpation, and the appendix is not enlarged.

HEPATOBILIARY SYSTEM: The liver weighs 1210 grams and is congested without gross steatosis, fibrosis, or neoplasia. The gallbladder contains approximately 10 millimeters of dark-green bile without stones.

RETICULOEPITHELIAL SYSTEM: The spleen weighs 100 grams and is congested without gross fibrosis or neoplasia. Significant lymphadenopathy is not discovered. Representative bone marrow is red-brown without significant changes.

GENITOURINARY SYSTEM: The right and left kidneys weight 160 and 170 grams, respectively. Cortical congestion is unaccompanied by gross cystic change, fibrosis, or neoplasia. The ureters join the kidneys and urinary bladder in the correct fashion. The urinary bladder is empty. The prostate and testes are non-hemorrhagic and non-neoplastic.

ENDOCRINE SYSTEM: The thyroid is without gross enlargement, asymmetry, fibrosis, or neoplasia. The pancreas does not display gross hemorrhage, fat necrosis, fibrosis, or neoplastic disease. The adrenal glands are not enlarged, non-hemorrhagic, and non-neoplastic.

MUSCULOSKELETAL SYSTEM: The internal skeletal musculature is diffusely red-brown, without gross abnormalities. The central skeleton is intact, without recent fractures or other significant bony changes.

NECK ORGANS:  The skin of the neck is dissected to the angle of the jaw. Injuries of the major airways or of the vital structures of the lateral neck compartments are not appreciated. The cervical spine is intact.

HEAD AND CENTRAL NERVOUS SYSTEM: The scalp is reflected to reveal absence of subgaleal hemorrhage or scalp contusions. Calvarial fractures are not appreciated. The brain weighs 1500 grams and displays slight diffuse cerebral edema, with mild flattening of the gyri and mild notching of the bilateral cerebellar tonsils. Uncal or cingulate gyrus herniation is not appreciated. Epidural, subdural, or subarachnoid hemorrhages are not discovered. The vessels of the circle of Willis are intact and are unremarkable. Coronal sectioning reveals an unremarkable cortical gray ribbon and centrum semiovale, without gross hemorrhage, cavitation, discoloration, or neoplasia. The ventricular system is of normal caliber and contains clear cerebrospinal fluid. The basal ganglia, thalami, cerebellum, and brainstem do not display gross abnormalities. Basilar skull fractures are not discovered.

PLF009919

Case #         20HM00356
Name           Charles Labarron Braggs

## ANCILIARY STUDIES

TOXICOLOGY: Submitted and will be mailed upon completion.

## LOGISTICS

AUTHORIZATION: Code of Alabama (1975) Section 36-18-2; Lyle Harmon, District Attorney.

IDENTIFICATION: The body was identified by Phil Hill, Phil Hill Transport Services.

PERSONS PRESENT: Tim Brown, Forensic Investigator, Michael Merritt and James McNeill, Forensic Pathology Specialists, were present during the autopsy.

EVIDENCE: Photographs, fingerprints, bloodstain card, tissues, blood and vitreous for toxicology and specimens for forensic biology were obtained.

The facts stated herein are correct to the best of my knowledge and opinion at the time of report completion.

Tissue evidence will be disposed 12 months from the date of the original report unless alternate arrangements are made prior thereto.

Toxicology evidence, not tested, will be disposed 24 months from the date of the examination unless alternate arrangements are made prior thereto.

Steven F. Dunton, M.D.
Medical Director

August 04, 2020
Date Signed

SFD/wdm/pab



ALABAMA
# DEPARTMENT OF FORENSIC SCIENCES

2026 Valleydale Road  
Hoover, AL 35244-2095

Telephone (205) 982-9292  
Facsimile (205) 403-2025

## TOXICOLOGICAL ANALYSIS REPORT

**Steven Dunton, MD**  
**Alabama Department of Forensic Sciences**  
**716 Arcadia Circle**  
**Huntsville, AL 35801-5908**

**ADFS Case Number** 20HM00356  
**Case Initiated Date** 07/28/2020  
**Start Date** 08/10/2020  
**Report Date** 11/13/2020  
**Report ID** 120274640  
**Agency Case Number**

**Subject**   Braggs, Charles Labarron

**Evidence analyzed (Including sub-items)**

| Item | Specimen | Analyte | Result | Method(s) | Notes |
|---|---|---|---|---|---|
| 1E1 | Blood, femoral | Ethanol | Negative | HS/GC/MS | |
| 1E1-1E2 | Blood, femoral | Methamphetamine | Less than 5.0 ng/mL | EIA, GC/MS | |
| 1E1-1E2 | Blood, femoral | Amphetamine | Less than 5.0 ng/mL | GC/MS | |
| 1E3 | Blood, femoral | | NA | | |
| 1E4 | Vitreous humor | | NA | | |

**Footnotes**

NA -   Not analyzed/Not applicable



ANAB  
ANSI National Accreditation Board  
ACCREDITED  
ISO/IEC 17025  
FORENSIC TESTING LABORATORY

ONE DEPARTMENT • ONE GOAL • EXCELLENCE  
Accredited Laboratory System  
*2003-Present*

Customer Satisfaction  
Surveys are available at  
www.adfs.alabama.gov

Page 1 of 2

PLF009921

TOXICOLOGICAL ANALYSIS REPORT
Report ID   120274640

---

**Comments**

Evidence was received in a sealed plastic bag.

SCOPE OF ANALYSIS WAS LIMITED TO THE FOLLOWING:
Ethanol, acetone, isopropanol, methanol, meth/amphetamine class, barbiturate class, benzodiazepine class, buprenorphine, cannabinoids, carisoprodol/meprobamate, cocaine and/or metabolite(s), cyclobenzaprine, dextromethorphan, fentanyl, methadone, opiates/opioids, phencyclidine (PCP), tramadol, tricyclic antidepressants, zolpidem, basic drugs, acid/neutral drugs, synthetic cannabinoids.

For a more detailed description of scope of analysis, please visit the ADFS website at:
https://adfs.alabama.gov/services/tox/toxicology-scope

*Remaining evidence will be disposed 6 months from the date of this report unless storage space becomes limited or alternate arrangements are made prior thereto.*

*[signature]*   11/13/2020
Belicia Sutton, MSFS
Forensic Scientist