# **EXHIBIT B**

# EXHIBIT A
## Braggs v Dunn
## MENTAL HEALTH
## REQUIRED STAFFING BY POSITION

| POSITION | CONTRACT APRIL 1, 2018 | ADDITIONAL FTE's | EXHIBIT A TOTAL |
|---|---|---|---|
| Activity Tech | 12.00 | 21.86 | 33.86 |
| Administrative Assistant | 4.00 | - | 4.00 |
| Administrative Coordinator | 1.00 | - | 1.00 |
| Assistant DON | 3.00 | - | 3.00 |
| Asst Program Director North | 1.00 | - | 1.00 |
| Asst Program Director South | 1.00 | - | 1.00 |
| Asst Psychiatrist Director (Collaborator) | 1.00 | - | 1.00 |
| Clinical Director/Education Training | 1.00 | - | 1.00 |
| CQI Assistant | 1.00 | - | 1.00 |
| CQI Manager | 1.00 | - | 1.00 |
| CRNP | 11.90 | 4.26 | 16.16 |
| Data/Reports Manager | 1.00 | - | 1.00 |
| Licensed MHP | 58.15 | 48.20 | 106.35 |
| LPN | 54.20 | 7.27 | 61.47 |
| Mental Health Clerk | 17.50 | 6.00 | 23.50 |
| Mental Health Site Program Manager - Licensed | 15.00 | 1.20 | 16.20 |
| Observer | 30.00 | - | 30.00 |
| Program Director | 1.00 | - | 1.00 |
| Psychiatrist | 11.75 | 1.48 | 13.23 |
| Psychiatrist Director | 1.00 | - | 1.00 |
| Psychologist (PhD) | 7.50 | 3.70 | 11.20 |
| Regional Psychologist | - | 2.40 | 2.40 |
| RN | 21.00 | 19.59 | 40.59 |
| RTU/SU Coordinator | 2.00 | - | 2.00 |
| Telehealth Coordinator | 1.00 | - | 1.00 |
| **TOTAL FTE's** | **259.00** | **115.96** | **374.96** |

ADOC0528712

# EXHIBIT A
## Braggs v Dunn
## MENTAL HEALTH
## REQUIRED STAFFING BY FACILITY

| Bibb Correctional Facility | CONTRACT APRIL 1, 2018 | ADDITIONAL FTE's | EXHIBIT A TOTAL |
|---|---|---|---|
| CRNP | 0.50 | 0.30 | 0.80 |
| Licensed MHP | 2.50 | 2.47 | 4.97 |
| LPN | 1.40 | 1.20 | 2.60 |
| Mental Health Clerk | 1.00 | 0.00 | 1.00 |
| Mental Health Site Program Manager - Licensed | 1.00 | 0.00 | 1.00 |
| Observer | 2.00 | 0.00 | 2.00 |
| Psychiatrist | 0.50 | 0.00 | 0.50 |
| RN | 0.00 | 1.20 | 1.20 |
| Total FTE's | 8.90 | 5.17 | 14.07 |

| Bullock Correctional Facility - Inpatient | CONTRACT APRIL 1, 2018 | ADDITIONAL FTE's | EXHIBIT A TOTAL |
|---|---|---|---|
| Activity Tech | 6.00 | 9.53 | 15.53 |
| Administrative Assistant | 2.00 | 0.00 | 2.00 |
| Assistant DON | 1.00 | 0.00 | 1.00 |
| CRNP | 1.40 | 0.72 | 2.12 |
| Licensed MHP | 8.40 | 5.48 | 13.88 |
| LPN | 11.70 | 4.78 | 16.48 |
| Mental Health Clerk | 1.00 | 1.20 | 2.20 |
| Mental Health Site Program Manager - Licensed | 1.00 | 0.00 | 1.00 |
| Observer | 6.00 | 0.00 | 6.00 |
| Psychiatrist | 2.00 | 0.00 | 2.00 |
| Psychologist (PhD) | 1.00 | 1.50 | 2.50 |
| RN | 4.20 | 5.23 | 9.43 |
| RTU/SU Coordinator | 1.00 | 0.00 | 1.00 |
| Total FTE's | 46.70 | 28.44 | 75.14 |

| Bullock Correctional Facility - Outpatient | CONTRACT APRIL 1, 2018 | ADDITIONAL FTE's | EXHIBIT A TOTAL |
|---|---|---|---|
| CRNP | 1.00 | 0.00 | 1.00 |
| Licensed MHP | 4.20 | 1.20 | 5.40 |
| LPN | 1.40 | 0.00 | 1.40 |
| Mental Health Clerk | 1.00 | 0.00 | 1.00 |
| Mental Health Site Program Manager - Licensed | 1.00 | 0.00 | 1.00 |
| Psychiatrist | 1.00 | 0.00 | 1.00 |
| RN | 1.40 | 0.00 | 1.40 |
| Total FTE's | 11.00 | 1.20 | 12.20 |

ADOC0528713

# EXHIBIT A
## Braggs v Dunn
## MENTAL HEALTH
## REQUIRED STAFFING BY FACILITY

| Donaldson Correctional Facility - Inpatient | CONTRACT APRIL 1, 2018 | ADDITIONAL FTE's | EXHIBIT A TOTAL |
|---|---|---|---|
| Activity Tech | 4.00 | 9.26 | 13.26 |
| Assistant DON | 1.00 | 0.00 | 1.00 |
| CRNP | 1.00 | 0.60 | 1.60 |
| Licensed MHP | 5.00 | 11.62 | 16.62 |
| LPN | 9.80 | 2.02 | 11.82 |
| Mental Health Clerk | 1.00 | 1.20 | 2.20 |
| Mental Health Site Program Manager - Licensed | 1.00 | 0.00 | 1.00 |
| Observer | 8.00 | 0.00 | 8.00 |
| Psychiatrist | 1.00 | 0.00 | 1.00 |
| Psychologist (PhD) | 1.00 | 1.20 | 2.20 |
| RN | 4.20 | 0.00 | 4.20 |
| Total FTE's | 37.00 | 25.90 | 62.90 |

| Donaldson Correctional Facility - Outpatient | CONTRACT APRIL 1, 2018 | ADDITIONAL FTE's | EXHIBIT A TOTAL |
|---|---|---|---|
| CRNP | 0.50 | 0.60 | 1.10 |
| Licensed MHP | 2.80 | 0.00 | 2.80 |
| LPN | 1.40 | 0.00 | 1.40 |
| Mental Health Clerk | 1.00 | 0.00 | 1.00 |
| Mental Health Site Program Manager - Licensed | 1.00 | 0.00 | 1.00 |
| Psychiatrist | 0.50 | 0.00 | 0.50 |
| RN | 1.40 | -0.40 | 1.00 |
| Total FTE's | 8.60 | 0.20 | 8.80 |

| Easterling Correctional Facility | CONTRACT APRIL 1, 2018 | ADDITIONAL FTE's | EXHIBIT A TOTAL |
|---|---|---|---|
| CRNP | 0.50 | 0.60 | 1.10 |
| Licensed MHP | 2.80 | 2.11 | 4.91 |
| LPN | 1.40 | -0.40 | 1.00 |
| Mental Health Clerk | 1.00 | 0.00 | 1.00 |
| Mental Health Site Program Manager - Licensed | 1.00 | 0.00 | 1.00 |
| Psychiatrist | 0.50 | 0.00 | 0.50 |
| RN | 0.00 | 1.20 | 1.20 |
| Total FTE's | 7.20 | 3.51 | 10.71 |

ADOC0528714

# EXHIBIT A
# Braggs v Dunn
# MENTAL HEALTH
# REQUIRED STAFFING BY FACILITY

| Fountain Correctional Facility | CONTRACT APRIL 1, 2018 | ADDITIONAL FTE's | EXHIBIT A TOTAL |
|---|---|---|---|
| CRNP | 1.00 | 0.00 | 1.00 |
| Licensed MHP | 2.00 | 2.59 | 4.59 |
| LPN | 1.00 | 0.00 | 1.00 |
| Mental Health Clerk | 1.00 | 0.00 | 1.00 |
| Mental Health Site Program Manager - Licensed | 1.00 | 0.00 | 1.00 |
| Psychiatrist | 0.50 | 0.00 | 0.50 |
| Psychologist (PhD) | 0.50 | -0.50 | 0.00 |
| RN | 0.00 | 1.20 | 1.20 |
| Total FTE's | 7.00 | 3.29 | 10.29 |

| Hamilton A&I Correctional Center | CONTRACT APRIL 1, 2018 | ADDITIONAL FTE's | EXHIBIT A TOTAL |
|---|---|---|---|
| Licensed MHP | 1.00 | 0.58 | 1.58 |
| LPN | 0.80 | 0.24 | 1.04 |
| Mental Health Clerk | 0.50 | 0.00 | 0.50 |
| Mental Health Site Program Manager - Licensed | 1.00 | 0.00 | 1.00 |
| Psychiatrist | 0.25 | 0.06 | 0.31 |
| RN | 0.00 | 0.60 | 0.60 |
| Total FTE's | 3.55 | 1.48 | 5.03 |

| Holman Correctional Facility | CONTRACT APRIL 1, 2018 | ADDITIONAL FTE's | EXHIBIT A TOTAL |
|---|---|---|---|
| CRNP | 1.00 | 0.00 | 1.00 |
| Licensed MHP | 2.00 | 3.07 | 5.07 |
| LPN | 2.40 | -0.40 | 2.00 |
| Mental Health Clerk | 1.00 | 0.00 | 1.00 |
| Mental Health Site Program Manager - Licensed | 1.00 | 0.00 | 1.00 |
| Observer | 5.00 | 0.00 | 5.00 |
| Psychiatrist | 0.50 | 0.00 | 0.50 |
| Psychologist (PhD) | 0.50 | -0.50 | 0.00 |
| RN | 0.00 | 0.60 | 0.60 |
| Total FTE's | 13.40 | 2.77 | 16.17 |

ADOC0528715

# EXHIBIT A
## Braggs v Dunn
## MENTAL HEALTH
## REQUIRED STAFFING BY FACILITY

| Kilby Correctional Facility - Outpatient | CONTRACT APRIL 1, 2018 | ADDITIONAL FTE's | EXHIBIT A TOTAL |
|---|---|---|---|
| Activity Tech | 0.00 | 1.87 | 1.87 |
| CRNP | 0.75 | 0.24 | 0.99 |
| Licensed MHP | 5.00 | 3.60 | 8.60 |
| LPN | 4.00 | -2.00 | 2.00 |
| Mental Health Clerk | 2.00 | 0.00 | 2.00 |
| Mental Health Site Program Manager - Licensed | 1.00 | 0.00 | 1.00 |
| Observer | 6.00 | 0.00 | 6.00 |
| Psychiatrist | 1.00 | 0.00 | 1.00 |
| Psychologist (PhD) | 1.00 | 1.20 | 2.20 |
| RN | 1.40 | 0.72 | 2.12 |
| RTU/SU Coordinator | 1.00 | 0.00 | 1.00 |
| Total FTE's | 23.15 | 5.63 | 28.78 |

| Kilby Correctional Facility - CSU | CONTRACT APRIL 1, 2018 | ADDITIONAL FTE's | EXHIBIT A TOTAL |
|---|---|---|---|
| CRNP | 0.25 | 0.00 | 0.25 |
| Licensed MHP | 2.40 | 2.59 | 4.99 |
| LPN | 4.20 | 0.00 | 4.20 |
| Mental Health Clerk | 0.50 | 0.60 | 1.10 |
| Psychiatrist | 0.50 | 0.52 | 1.02 |
| Psychologist (PhD) | 0.50 | 0.60 | 1.10 |
| RN | 1.40 | 6.34 | 7.74 |
| Total FTE's | 9.75 | 10.64 | 20.39 |

| Limestone Correctional Center | CONTRACT APRIL 1, 2018 | ADDITIONAL FTE's | EXHIBIT A TOTAL |
|---|---|---|---|
| CRNP | 1.00 | 0.00 | 1.00 |
| Licensed MHP | 4.50 | 3.67 | 8.17 |
| LPN | 2.40 | 0.72 | 3.12 |
| Mental Health Clerk | 1.00 | 0.60 | 1.60 |
| Mental Health Site Program Manager - Licensed | 1.00 | 0.00 | 1.00 |
| Observer | 3.00 | 0.00 | 3.00 |
| Psychiatrist | 0.75 | 0.00 | 0.75 |
| Psychologist (PhD) | 1.00 | -1.00 | 0.00 |
| RN | 0.00 | 1.20 | 1.20 |
| Total FTE's | 14.65 | 5.19 | 19.84 |

ADOC0528716

# EXHIBIT A
## Braggs v Dunn
## MENTAL HEALTH
## REQUIRED STAFFING BY FACILITY

| St. Clair Correctional Center | CONTRACT APRIL 1, 2018 | ADDITIONAL FTE's | EXHIBIT A TOTAL |
|---|---|---|---|
| CRNP | 0.50 | 0.00 | 0.50 |
| Licensed MHP | 1.75 | 2.89 | 4.64 |
| LPN | 1.00 | 0.00 | 1.00 |
| Mental Health Clerk | 1.00 | 0.00 | 1.00 |
| Mental Health Site Program Manager - Licensed | 1.00 | 0.00 | 1.00 |
| RN | 0.00 | 0.60 | 0.60 |
| **Total FTE's** | **5.25** | **3.49** | **8.74** |

| Staton/Elmore/Frank Lee Complex | CONTRACT APRIL 1, 2018 | ADDITIONAL FTE's | EXHIBIT A TOTAL |
|---|---|---|---|
| CRNP | 1.00 | 0.00 | 1.00 |
| Licensed MHP | 5.00 | 1.39 | 6.39 |
| LPN | 2.80 | -0.80 | 2.00 |
| Mental Health Clerk | 2.00 | 0.00 | 2.00 |
| Mental Health Site Program Manager - Licensed | 1.00 | 0.00 | 1.00 |
| Psychiatrist | 1.00 | 0.00 | 1.00 |
| RN | 2.80 | -1.30 | 1.50 |
| **Total FTE's** | **15.60** | **-0.71** | **14.89** |

ADOC0528717

# EXHIBIT A
# Braggs v Dunn
# MENTAL HEALTH
# REQUIRED STAFFING BY FACILITY

| Tutwiler Prison for Women - Inpatient | CONTRACT APRIL 1, 2018 | ADDITIONAL FTE's | EXHIBIT A TOTAL |
|---|---|---|---|
| Activity Tech | 2.00 | 1.20 | 3.20 |
| Assistant DON | 1.00 | 0.00 | 1.00 |
| CRNP | 0.25 | 0.90 | 1.15 |
| Licensed MHP | 6.00 | 3.30 | 9.30 |
| LPN | 5.70 | 1.80 | 7.50 |
| Mental Health Clerk | 1.50 | 2.40 | 3.90 |
| Mental Health Site Program Manager - Licensed | 1.00 | 1.20 | 2.20 |
| Psychiatrist | 0.50 | 0.60 | 1.10 |
| Psychologist (PhD) | 1.00 | 0.00 | 1.00 |
| RN | 4.20 | 0.00 | 4.20 |
| **Total FTE's** | **23.15** | **11.40** | **34.55** |

| Tutwiler Prison for Women - Outpatient | CONTRACT APRIL 1, 2018 | ADDITIONAL FTE's | EXHIBIT A TOTAL |
|---|---|---|---|
| CRNP | 0.75 | 0.30 | 1.05 |
| LPN | 1.40 | 0.00 | 1.40 |
| Psychiatrist | 0.75 | 0.30 | 1.05 |
| Psychologist (PhD) | 1.00 | 1.20 | 2.20 |
| RN | 0.00 | 1.20 | 1.20 |
| **Total FTE's** | **3.90** | **3.00** | **6.90** |

| Ventress Correctional Facility | CONTRACT APRIL 1, 2018 | ADDITIONAL FTE's | EXHIBIT A TOTAL |
|---|---|---|---|
| CRNP | 0.50 | 0.00 | 0.50 |
| Licensed MHP | 2.80 | 1.63 | 4.43 |
| LPN | 1.40 | 0.12 | 1.52 |
| Mental Health Clerk | 1.00 | 0.00 | 1.00 |
| Mental Health Site Program Manager - Licensed | 1.00 | 0.00 | 1.00 |
| Psychiatrist | 0.50 | 0.00 | 0.50 |
| RN | 0.00 | 1.20 | 1.20 |
| **Total FTE's** | **7.20** | **2.95** | **10.15** |

ADOC0528718

# EXHIBIT A
## Braggs v Dunn
## MENTAL HEALTH
## REQUIRED STAFFING BY FACILITY

| Management Staff | CONTRACT APRIL 1, 2018 | ADDITIONAL FTE's | EXHIBIT A TOTAL |
|---|---|---|---|
| Administrative Assistant | 2.00 | 0.00 | 2.00 |
| Administrative Coordinator | 1.00 | 0.00 | 1.00 |
| Asst Program Director North | 1.00 | 0.00 | 1.00 |
| Asst Program Director South | 1.00 | 0.00 | 1.00 |
| Asst Psychiatrist Director (Collaborator) | 1.00 | 0.00 | 1.00 |
| Clinical Director/Education Training | 1.00 | 0.00 | 1.00 |
| CQI Assistant | 1.00 | 0.00 | 1.00 |
| CQI Manager | 1.00 | 0.00 | 1.00 |
| Data/Reports Manager | 1.00 | 0.00 | 1.00 |
| Program Director | 1.00 | 0.00 | 1.00 |
| Psychiatrist Director | 1.00 | 0.00 | 1.00 |
| Regional Psychologist | 0.00 | 2.40 | 2.40 |
| Telehealth Coordinator | 1.00 | 0.00 | 1.00 |
| Total FTE's | 13.00 | 2.40 | 15.40 |
| TOTAL FTE's | 259.00 | 115.96 | 374.96 |