# EXHIBIT C

**Recommended Staffing Ratios for Mental Health Services**
**Alabama Department of Corrections**
**February 28, 2019**

**Methodology**

As per the February 20, 2018 Phase 2A Understaffing Remedial Order, we have completed our recommended mental health staffing ratios. Our methodology included the following:

1. Site visits to the following facilities:
    a. Bullock Correctional Facility,
    b. Bibb County Correctional Facility,
    c. Elmore Correctional Facility,
    d. Staton Correctional Facility,
    e. Julia Tutwiler Prison,
    f. Kilby Correctional Facility,
    g. St. Clair Correctional Facility,
    h. Limestone Correctional Facility,
    i. Hamilton Correctional Facility,
    j. Donaldson Correctional Facility,
    k. Holman Correctional Facility,
    l. Fountain Correctional Facility,
    m. Ventress Correctional Facility, and
    n. Easterling Correctional Facility.

2. Interviews with staff at each of these facilities that included wardens, key correctional officers (e.g., captains, lieutenants) health care administrators, mental health program administrators, mental health professionals, activity therapists, nurses, psychiatrists, and certified psychiatric nurse practitioners (CRNPs).

3. Review of pre-site information that included the following:
    a. Wexford Health Alabama Regional Office monthly reports,
    b. daily schedules for mental health clinicians,
    c. standard operating procedures and/or administrative regulations relevant to the mental health and correctional programs,
    d. monthly statistics of various mental health activities at these correctional facilities,
    e. statistics relevant to inmate counts and mental health caseload data, and
    f. statistics relevant to mental health staffing allocations and vacancies at each correctional facility.

4. Plaintiffs' Response to Defendants' Phase 2A Proposed Plan to Remedy Correctional and Mental Health Understaffing.

5. Expert reports written by Raymond Patterson, M.D., Kathryn Burns, M.D. and Craig Haney, Ph.D.

6. Stipulations/Orders relevant to *Edward Braggs, et al v. Jefferson E. Dunn, et al.*

Page | 1

**Recommended Staffing Ratios for Mental Health Services**
**Alabama Department of Corrections**
**February 28, 2019**

During the site visits, we went to general population housing units, restricted housing units, healthcare units, residential treatment units (RTU), structured living units (SLU), stabilization units (SU), in addition to inspecting crisis cells, mental health office space and available mental health programming space.

Edward Kern, M.D., ADOC Clinical Director of Psychiatry and Debra Crook, ADOC Mental Health Program Director accompanied us on most of these site visits. We had the opportunity to meet with Ken Dover, MSHA, Wexford Statewide Director of Operations, Barbara Harris Coe, R.N., M.S.N., Wexford Program Director Mental Health, and Ruth Naglich, R.N., ADOC Associate Commissioner of Health Services during the last day of each of our four trips to Alabama for these site visits.

**Assumptions**

Because correctional and mental health staff positions were not fully filled and implementation of the stipulations/orders has not been in effect for an extended period of time, we made certain assumptions. They are as follows:

1. All qualified mental health providers (QMHPs) are appropriately licensed to practice (assess for the presence of mental illness, evaluate for the risk of suicide, provide therapy) independently with no supervision required. This excludes associate licensed counselor (ALC), licensed bachelor of social work (LBSW), and licensed marriage and family therapist (LMFT).
2. Licensed psychologists will supervise any psychological testing conducted and will interpret assessment results.
3. RNs assess, delegate and supervise the work of LPNs consistent with Alabama Board of Nursing Administrative Code 610-X-6-.05, dated 9/30/18.
4. There will be adequate correctional staffing.
5. There will be adequate, appropriate, and confidential treatment space.
6. There will be a formal structure for reporting access to care obstacles at each facility that is tracked for monitoring by the mental health vendor and ADOC.
7. Staffing is based on programmatic expectations at final implementation of judicial orders.
8. All providers will generally have access to inmates six hours per day, Monday through Friday. It is understood that there will be times such as holidays or for reasons of safety and security, when this may not be possible; however, that was factored as the exception and not the rule.
9. All mental health staff work a standard 8- or 8.5-hour work shift.
10. Psychiatrist as a category includes CRNPs but the number of CRNPs to collaborating psychiatrist must be compliant with Alabama statute. (Currently no more than 4 CRNPs to 1 collaborating psychiatrist)

Page | 2

**Recommended Staffing Ratios for Mental Health Services**
**Alabama Department of Corrections**
**February 28, 2019**

11. Highlighted areas in the table of ratios indicate 7-day posts. All positions, including five-day posts, have a post factor sufficient to provide coverage for days off and customary leave time. We assumed a post factor of 1.2 for each 5-day post, in other words one FTE is equivalent to 1.2 positions. This is a commonly accepted calculation that provides coverage for vacations, sick and other forms of leave for positions that work five days a week.
12. Telepsychiatry is acceptable for outpatient psychiatric mental health services if the provider is onsite every 6 months and sees inmate patients during that site visit.
13. Telepsychiatry may supplement on site psychiatry coverage in the RTU if the tele-psychiatrist is onsite at least every 3 months, attends treatment team meetings and sees patients while on site. Supplement is defined as 50% or less of the total service delivered being provided by telepsychiatry while 50% or more is provided by the onsite psychiatrist/CRNP.
14. All QMHPs, psychiatrists and psychologists will have received training and be privileged in order to conduct suicide risk assessments.
15. Inmates may be referred to the RTU or SU for diagnostic clarification.

| Staffing Ratios Recommended for Mental Health Services in the Alabama Department of Corrections | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Receiving Screening and Assessment | Outpatient Services | Residential Treatment Services (RTU) | | Stabilization Unit (SU) | Restrictive Housing Unit (RHU) | Structured Living Unit (SLU) |
| | | | Open | Closed | | | |
| Ratio Denominator | Varies-see notations | Varies-see notations | Bed capacity | | Bed capacity | Varies – see notations | Bed capacity |
| Psychiatrist | 1:30[a] | 1:200[b] | 1:100[c] | 1:75[c] | 1:15[d] | 1:150[e] | 1:150 |
| Registered Nurse | 1:75[f] | 1:250[g] | 1:50[h] | 1:40[h] | 1:10[i] | N/A | 1:200[g] |
| Licensed Practical Nurse | N/A | 1:100[g] | 1:25[j] | 1:20[j] | 1:10 | N/A | 1:75[g] |
| Psychologist | 1:100[f] | N/A | 1:60 | 1:50 | 1:15 | N/A | 1:100 |
| QMHP | 1:20[f] | 1:100[k] | 1:60 | 1:50 | 1:15 | 1:75 | 1:50 |
| Activity Therapist | N/A | N/A | 1:25[l] | 1:25[l] | 1:25[l] | N/A | 1:20[l] |
| Clerical Support | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Mental Health Program Manager [m] | | 1 | | | 1 | | |

Page | 3

**Recommended Staffing Ratios for Mental Health Services**
**Alabama Department of Corrections**
**February 28, 2019**

**Notations**
a. Denominator is the number of referrals each week to the psychiatrist from receiving mental health screening and assessment.
b. Denominator is the number of inmates in the outpatient population prescribed psychotropic medication. Preference is for the provider to see patients on site.
c. The denominator is the number of inmates in the RTU. May be supplemented by telepsychiatry as previously defined.
d. Telepsychiatry services should not be provided in the SU.
e. Denominator is the number of inmates in RHU taking psychotropic medication.
f. Denominator is the number of intakes per week.
g. Denominator is the average number of inmates taking psychotropic medication. If telepsychiatry is used, LPN staffing must be increased equivalent to the hours telepsychiatry scheduled.
h. A minimum of one RN on duty each day, working hours that cross over second and third shift. When an RN is not on duty in the RTU supervision and oversight is provided by an RN assigned in SU.
i. A minimum of one RN on duty 24/7.
j. Assigned 2nd and 3rd watch, seven days a week.
k. Denominator is the number of inmates on the mental health caseload.
l. Provide structured out of cell activities on 2nd and 3rd shift seven days per week.
m. Must be an independently licensed mental health clinician and have experience managing a mental health program. The Outpatient Mental Health Program Manager is responsible for services provided to the Restrictive Housing Unit and Structured Living Unit unless the facility has both a RTU and a SLU. In that case, there is one program manager for the RTU, SU and SLU.

Our rationale for each of the recommended ratios is described in further detail in the Appendix which accompanies this report.

Respectfully submitted,

Mary Perrien, Ph.D.

Jeffrey L. Metzner, M.D.

Catherine M. Knox MN, RN, CCHP-RN

**Appendix**
**Calculations to Estimate Recommended Staffing Ratios for Mental Health Services**
**Alabama Department of Corrections**
**February 28, 2019**

## INTRODUCTION

This Appendix to the recommended staffing ratios for mental health services provided in the Alabama Department of Corrections provides greater explanation of how the ratio for each type of position was derived. It is organized to correspond with the matrix of recommended staffing ratios. We grouped the discussion of staffing ratios by level of care beginning with receiving screening and then by profession beginning with psychiatry. The staffing ratios vary depending on the level of mental health care being provided. The recommended ratios are based on the following:

1. Our experience consulting with and/or working in correctional mental health systems in over 37 states.
2. Reviewing guidelines developed by the American Psychiatric Association's Task Force on Psychiatric Services in Correctional Facilities (2015).
3. Reviewing Alabama Administrative code regarding nursing, psychological, social work, and counseling practice.
4. Reviewing staffing guidelines developed by the National Commission on Correctional Health Care (NCCHC) and information provided by ADOC and its vendor.
5. Review of staffing ratios from *Bradley v. Haley*, and ratios used in other state correctional systems.
6. Tours of ADOC facilities to survey space used to deliver mental health care currently as well as areas ADOC staff have identified as having potential to support service expansion.
7. Discussion with current Alabama mental health staff and administrators (ADOC and vendor).

For various reasons, the recommended ratios should be considered a work in progress, which will be reconsidered as per the Court's Phase 2A Understaffing Remedial Order by January 2020. ADOC should be permitted reasonable flexibility in re-assigning staff programmatically based on need.

## RECEIVING SCREENING AND ASSESSMENT

PSYCHIATRY
We recommend 1.0 FTE psychiatrist for every 30 inmates being referred to the psychiatrist as part of the receiving screening and evaluation process. This recommendation is based on the following assumptions:

1. Access to reception center inmates is 6 hours /day for 5 days per week. An initial evaluation will require 0.75-1.5 hours/referral for review of records, inmate interview and documentation.
2. A workweek is 40 hours/week. On average, 30 inmates can be evaluated if the average completed examination process requires 1.33 hours.

Page | 1

**Appendix**
**Calculations to Estimate Recommended Staffing Ratios for Mental Health Services**
**Alabama Department of Corrections**
**February 28, 2019**

3. A portion of the psychiatrists' time in reviewing charts and documentation will occur during the workday when access to inmates is restricted.

NURSING

*Registered Nurses (RN)*
We recommend 1.0 FTE RN for every 75 intakes received each week. The primary function of the RN in this setting is to conduct the initial mental health screening, which takes an average of 10 minutes for each new admission. Additional nursing time is needed to follow up on any positive responses to screening questions, assess symptoms, verify medications, initiate requests for previous treatment records, contact a clinician for orders and make a mental health referral, communicate with clinical and custody staff and initiate the plan of care. Follow up and referral takes an average of 40 minutes for each inmate with current mental health symptoms or who has a history of mental health treatment. Based upon statistics provided in September 2018 half of all intakes resulted in referral. We calculated that:

1. An RN would perform 8 screenings of inmates who did not require referral (1-hour 20 minutes per day) and 7 screenings that did require referral (4- hours 40 minutes) each work day with access to inmates 6 hours in the day.
2. A total of 15 inmates would be seen by an RN nurse for initial MH screening each day or 75 inmates each work week.
3. This is a ratio of 1.0 FTE RN for every 75 inmates received each week.

*Licensed Practical Nurses*
No LPNs are recommended because receiving screening is a comprehensive assessment and beyond their scope of practice (Alabama Board of Nursing Administrative Code 610-X-2-.06 and 610-x-6-.05).

PSYCHOLOGISTS
We recommend 1.0 FTE psychologist for every 100 inmates received each week. The primary duty of psychologists in this setting is intellectual testing and supervision of cognitive screening and assessment conducted by appropriately trained QMHPs. There was no workload data available to calculate the time it takes to perform these tasks. Staff interviews at Kilby indicated that one (1.0) psychologist was currently able to accomplish these tasks in a 40-hour work week.

The number of inmates referred for and the number of inmates who receive a full intellectual assessment (e.g., WAIS III) should be formally tracked going forward.

Psychologists can use the services of appropriately trained QMHPs in the testing process. Appropriately trained QMHPs for cognitive screening and assessment are defined as those with verified formal training in the ethical administration, scoring, and interpretation of clinical assessments utilized by the ADOC (see
https://www.pearsonclinical.com/psychology/qualifications.html).

Page | 2

**Appendix**
**Calculations to Estimate Recommended Staffing Ratios for Mental Health Services**
**Alabama Department of Corrections**
**February 28, 2019**

QUALIFIED MENTAL HEALTH PROFESSIONALS (QMHPs)
We recommend a ratio of 1.0 QMHP for every 20 inmates received each week. This is based on the following calculations:

1. The QMHP will conduct MH Intake Screening, Social History Assessment, Suicide Risk Assessment taking a total of 60-120 minutes per admission.
2. Using an average of 90 minutes per screening, one QMHP will assess 4 inmates per day or 20 admissions per week average.

Staff reported more than six hours of access to new arrivals each day in receiving and intake. The time required for cognitive function screening is minimal and therefore can be done during the remaining 2 hours of access per day because it is done in large groups and only needs to be proctored.

ACTIVITY THERAPIST
No activity therapists are recommended in receiving screening and assessment.

CLERICAL SUPPORT
We recommend 1.0 FTE for this level of care. Clerical support includes maintaining required data and logs, requesting and obtaining prior treatment records for inmates in advance of MH assessment and psychiatric evaluation. (See stipulated order for timelines to request and receive prior records of MH treatment).

PROGRAM MANAGER
1.0 FTE Mental Health Program Manager is recommended with responsibility for receiving screening and assessment, outpatient services and mental health services provided to inmates in RHU and SLU, except those facilities which have both an RTU and a SLU. In that case, there is one program manager for the RTU, SU and SLU.

Must be an independently licensed mental health clinician and have experience managing a mental health program.

**OUTPATIENT SERVICES (OP)**

PSYCHIATRY
We recommend 1.0 FTE psychiatrist for every 200 inmates receiving psychotropic medications. This ratio exceeds the APA recommendation, which is 1.0 FTE psychiatrist for every 150 to 200 serious mental illness (SMI)inmates on psychotropic medication.

Our denominator is inmates receiving psychotropic medications in contrast to only those with a SMI. Many inmates receiving psychotropic medications do not have a SMI and would not be seen as frequently for psychiatric care if SMI is the denominator.

**Appendix**
**Calculations to Estimate Recommended Staffing Ratios for Mental Health Services**
**Alabama Department of Corrections**
**February 28, 2019**

NURSING

*Registered Nurses*
We recommend 1.0 FTE RN for every 250 inmates prescribed psychotropic medications. The primary function of the RN in outpatient services is to support inmates' medication adherence by counseling those who are new to taking psychotropic medication and those with persistent patterns of non-compliance, monitoring those inmates at greatest risk of adverse reactions to prescribed medication. The RN also supervises the work performed by LPNs to ensure medication continuity, compliance monitoring and clinic appointments**.**

The ratio is based upon an estimate that 45% of the allotted time would be spent in individual inmate encounters, 15% conducting psychoeducational groups on medication management and 10% of the allotted time in the assignment, delegation and supervision of health care provided by LPNs and other assistive personnel consistent with Alabama Board of Nursing Administrative Code 610-X-6-.11 (dated 9/30/18). The remaining time (30%) would be spent responding or assisting with the response to urgent and emergent mental health crises.

*Licensed Practical Nurses*
We recommend 1.0 FTE licensed practical nurse for every 100 inmates prescribed psychotropic medications. This ratio is based upon an expectation that the LPN:

1. Reviews medication administration records to identify inmates not compliant in taking prescribed psychotropic medication (50% of the time).
2. Schedules and assists with psychiatric clinic appointments (30% of the time).
3. Maintains medication continuity by tracking delivery of medication from the pharmacy, ensuring refills are obtained timely, resolving problems with orders, etc. (20% of the time).

If tele-technology is used, LPN hours must be increased by the number of hours of telepsychiatry scheduled so that records are available, and assistance is provided during the televised encounter. The ratio for LPNs in outpatient mental health does not include medication administration since medical nurses administer all medication for inmates in general population.

PSYCHOLOGISTS
No ratio is recommended for psychologists in the outpatient population. This was because this population is considered generally stable with minimal need for psychological testing and the more intensive interventions of a psychologist.

This recommendation was also made in part because the vendor and ADOC repeatedly stated that appropriately licensed psychologists are difficult to identify and hire and that many of these positions would remain vacant. They suggested that licensed QMHPs are easier to hire. Therefore, this recommendation is contingent on rapid referrals by QMHPs to higher levels of care when inmates decompensate and/or need diagnostic clarification.

Page | 4

**Appendix**
**Calculations to Estimate Recommended Staffing Ratios for Mental Health Services**
**Alabama Department of Corrections**
**February 28, 2019**

QUALIFIED MENTAL HEALTH PROFESSIONALS

We recommend a ratio of 1.0 FTE QMHP for every 100 inmates on the outpatient caseload. This is based on the expectation that some inmates are seen every 30 days and others are seen at minimum every 60 days (a portion of the caseload may require more frequent clinical contacts for brief periods of time).

We estimate that each QMHP will provide at a minimum 28.5 hours of outpatient services each week to include:

1. 15 inmate contacts per week (15 hours)
2. Three treatment groups per week (4.5 hours)
3. Suicide prevention/follow-up per week (6 hours)
4. Two intakes per week (3 hours).

ACTIVITY THERAPIST

No activity therapists are recommended in outpatient services.

CLERICAL SUPPORT

We recommend 1.0 FTE for outpatient services. Clerical support includes maintaining required data and logs, tracking and scheduling appointments, handling correspondence, and managing treatment records.

PROGRAM MANAGER

See Receiving Screening and Assessment.

## RESIDENTIAL TREATMENT UNIT (RTU)

Ratios are given for open and closed residential treatment units. The ratio for closed residential treatment is richer because it is more time consuming to treat inmates in a closed RTU. Inmates in residential care receive:

- The frequency of individual therapy varies from 3 sessions per week to 1-2 sessions per month depending upon level.
- A meeting of the inmate's treatment team occurs every 7, 14, or 30 days, depending on level.
- 10 hours of structured therapeutic activity is provided weekly.

We based our ratios the following assumptions:

1. A treatment team has a caseload of 60 inmates.
2. Each treatment team has access to three group rooms.
3. Group size is 10 inmates.
4. Groups are an hour in length plus 30 minutes to escort inmates to and from group.

Page | 5

**Appendix**
**Calculations to Estimate Recommended Staffing Ratios for Mental Health Services**
**Alabama Department of Corrections**
**February 28, 2019**

5. Ten hours of group is provided on Saturday and Sunday for a total of 20 hours of group over the weekend.
6. There will be two community meetings each week for each treatment team of 60 inmates.

PSYCHIATRY

We recommend ratio of 1.0 FTE psychiatrist for every 100 inmates in an *open* RTU and 1.0 FTE psychiatrist for every 75 inmates in a *closed* RTU. The APA task force recommended the following ratio:

> For residential treatment units or the equivalent (where a mental health diagnosis is a requirement for admission): 1.0 FTE psychiatrist for every 50 patients.

NURSING

Mental health nursing is available on the residential treatment unit daily during the hours that medications, treatments and psychiatric appointments take place. At times when mental health nurses are not on duty in the RTU, nursing coverage is provided for urgent or emergent incidents by nurses working in the Stabilization Treatment Unit.

*Registered Nurses*
We recommend 1.0 FTE RN for every 50 inmates in an *open* residential treatment unit and 1.0 FTE RN for every 40 inmates in a *closed* residential treatment unit. The primary function of the RN in this setting is to:

1. Provide nursing care to inmates that is otherwise received by inmates in general population.
2. Participate in treatment team and provide mental health nursing consistent with inmates' treatment goals. Each full time RN will provide 4 psychoeducational groups per week on medications, symptom management, and other health and wellness topics. The number of groups will be proportionately less for part time positions.
3. Assess, delegate and supervise work performed by LPNs working in the residential treatment unit.

*Licensed Practical Nurses*
We recommend 1.0 FTE LPN for every 25 inmates in an *open* residential treatment unit and 1.0 FTE LPN for every 20 inmates in a *closed* residential treatment unit. The primary function of the LPN in this setting is to:

1. Deliver prescribed medications to inmates.
2. Monitor intended effects of treatment and report unintended effects of prescribed treatment to the appropriate clinician for action.

**Appendix**
**Calculations to Estimate Recommended Staffing Ratios for Mental Health Services**
**Alabama Department of Corrections**
**February 28, 2019**

3. Perform other delegated patient care tasks such as monitoring vital signs, obtaining lab samples, delivering treatments, etc.

PSYCHOLOGISTS

We recommend a ratio of 1.0 FTE psychologist for every 60 RTU inmates in *open* RTU units and 1.0 FTE psychologist for every 50 inmates in *closed* RTU units. The ratio estimates that each psychologist will:

1. provide one 90-minute therapy group (1.5 hours/day, 5 days/week),
2. see three individuals for 45-minutes each (2.25 hours/day, 5 days/week),
3. complete one psychological assessment (3 hours/week),
4. participate in treatment team (1.5 hours/day, 5 days/week),
5. provide suicide prevention/crisis care and follow-up (3 hours/week).

Provision of these services total 32.25 hours per week.

QUALIFIED MENTAL HEALTH PROFESSIONALS

We recommend a ratio of 1.0 FTE QMHP for every 60 inmates in *open* RTU units and 1.0 FTE QMHP for every 50 inmates in *closed* RTU units. The ratio estimates that each 1.0 FTE QMHP will:

1. provide one 90-minute therapy group (1.5 hours/day, 5 days/week),
2. see three individuals for 45-minutes each (2.25 hours/day, 5 days/week),
3. participate in treatment team (1.5 hours/day, 5 days /week),
4. complete one admission assessment (1.75 hours/week).

Provision of these services total 28 hours per week.

ACTIVITY THERAPIST

We recommend a ratio of 1.0 FTE activity therapist for every 25 inmates in RTU regardless whether it is an open or closed unit. The ratio estimates that each AT will:

1. participate in treatment team (3 hours/week),
2. conduct 17 groups (25.5 hours/week),
3. chart participation and progress in group sessions in individual inmate records (8.5 hours/week).

Provision of these services total 37 hours per week.

CLERICAL SUPPORT

We recommend 1.0 FTE for the RTU. Clerical support includes maintaining required data and logs, tracking and scheduling appointments, ordering supplies, handling correspondence, and managing treatment records.

**Appendix**
**Calculations to Estimate Recommended Staffing Ratios for Mental Health Services**
**Alabama Department of Corrections**
**February 28, 2019**

PROGRAM MANAGER
1.0 FTE Mental Health Program Manager is recommended with responsibility for the residential treatment unit and the stabilization unit. If the facility has a structured living unit, mental health services provided to the SLU are managed by the RTU Program Manager. Must be an independently licensed mental health clinician and have experience managing a mental health program.

### STABILIZATION UNIT (SU)

The ratios given below for services provided in the stabilization unit are consistent with staffing similar programs, licensing standards for acute treatment settings such as this and our clinical knowledge and experience.

PSYCHIATRY
We recommend a ratio of 1.0 FTE psychiatrist for every 15 inmates in the stabilization unit.

NURSING
Nursing staff are assigned to the stabilization unit around the clock daily. The primary function of nursing staff in this setting is the same as that in the residential unit with the addition of responding to emergencies and mental health crises. The staffing is richer than RTU because inmates in SU are more acute, require closer monitoring and greater treatment intensity.

*Registered Nurses*
We recommend 1.0 FTE RN be assigned to the unit 24 hours a day, seven days a week. Therefore, the minimum number of RN positions is 4.2 FTE with the post factor included. Additional RN positions are added in increments of 10 when the number of inmates exceeds 40.

*Licensed Practical Nurses*
We recommend 1.0 FTE licensed practical nurse for every 10 inmates at this level of care.

PSYCHOLOGISTS
We recommend a ratio of 1.0 FTE psychologist for every 15 inmates in the stabilization unit. This is based on requirements for initial admission assessment and evaluation, daily clinical contact, treatment team meetings, and structured therapeutic treatment hours. The need for psychological testing is generally greater for inmates in settings like the SU.

QUALIFIED MENTAL HEALTH PROFESSIONALS
We recommend a ratio of 1.0 FTE QMHP to every 15 inmates on the stabilization unit. The requirements for QMHPs are generally the same as for psychologists. While QMHPs

**Appendix**
**Calculations to Estimate Recommended Staffing Ratios for Mental Health Services**
**Alabama Department of Corrections**
**February 28, 2019**

will likely not be involved in any of the psychological assessment at this level, they will provide more of the structured therapeutic activity.

### ACTIVITY THERAPIST

We recommend a ratio of 1.0 FTE activity therapist for every 25 inmates in the stabilization unit. The ratio estimates that each AT will:

1. participate in treatment team (3 hours/week),
2. conduct 17 groups (25.5 hours/week),
3. chart participation and progress in group sessions in individual inmate records (8.5 hours /week).

Provision of these services total 37 hours per week.

### CLERICAL SUPPORT

We recommend 1.0 FTE for the stabilization unit. Clerical support includes maintaining required data and logs, tracking and scheduling appointments, ordering supplies, handling correspondence, and managing treatment records.

### PROGRAM MANAGER

See Residential Treatment Unit. If the facility does not have an RTU, mental health services to the stabilization unit are managed by the MH Program Manager responsible for outpatient services.

## RESTRICTIVE HOUSING UNIT (RHU)

The ratios established for the RHU are based on the assumption that all SMI inmates will be housed in a SLU.

### PSYCHIATRY

We recommend 1.0 FTE psychiatrist for every 150 RHU inmates receiving psychotropic medication.

### NURSING

No mental health nursing staff are required in the RHU. Nurses from the medical program shall round on inmates in restrictive housing to deliver medication and treatment, assess individuals for deterioration in health, receive and respond to requests for health care attention.

### PSYCHOLOGISTS

No psychologists are recommended for services provided in restrictive housing.

Page | 9

**Appendix**
**Calculations to Estimate Recommended Staffing Ratios for Mental Health Services**
**Alabama Department of Corrections**
**February 28, 2019**

### QUALIFIED MENTAL HEALTH PROFESSIONALS

We recommended a ratio of 1.0 FTE QMHP for every 75 inmates in RHU. Our recommendation is based upon the following estimates of QMHP time:

1. Weekly mental health rounds (at least 2 hours/week).
2. One third of all inmates in RHU are on the mental health caseload. Thus approximately 25 inmates are on the mental health caseload and need to be seen monthly. The QMHP sees 6 caseload inmates per week (6 hours/week).
3. In addition, 20% of the caseload inmates need to be seen an additional session each month. We estimate this is five inmates per month (1.3 hours/week).
4. Five inmates will be admitted to RHU each week for a 75-bed RHU. Initial assessment and evaluation of suicide risk takes an hour for each inmate (5 hours/week).
5. Crisis intervention and follow-up (5-8 hours/week).
6. 50 inmates not on the mental health caseload require evaluation every 90 days. Each evaluation takes 30 minutes to complete. The QMHP evaluates 4-5 inmates/week (2-2.5 hours per week).

Provision of these services total 21.3 - 24.8 hours per week.

### ACTIVITY THERAPIST

No activity therapists are recommended in restrictive housing.

### CLERICAL SUPPORT

We recommend 1.0 FTE for restrictive housing. Clerical support includes maintaining required data and logs, tracking and scheduling appointments, ordering supplies, handling correspondence, and managing treatment records.

### PROGRAM MANAGER

See Receiving Screening and Assessment

## STRUCTURED LIVING UNIT (SLU)

The ratios for mental health staffing in the structured living unit are slightly less compared to the RTU. The rationale is that the court ordered stipulations for treatment and out of cell time are similar to the RTU but with less intensive individual clinical contacts.

### PSYCHIATRY

We recommend a ratio of 1.0 FTE psychiatrist for every 150 inmates in the SLU.

### NURSING

Page | 10

**Appendix**
**Calculations to Estimate Recommended Staffing Ratios for Mental Health Services**
**Alabama Department of Corrections**
**February 28, 2019**

We recommend 1.0 FTE RN for every 200 inmates and 1.0 FTE LPN for every 75 inmates in the SLU. This ratio is slightly richer than that used for outpatient services because access to inmates is less efficient.

PSYCHOLOGISTS
We recommend the ratio of 1.0 FTE psychologist for every 50 inmates in the SLU.

QUALIFIED MENTAL HEALTH PROFESSIONALS
We recommend the ratio of 1.0 FTE QMHP for every 50 inmates in the SLU.

ACTIVITY THERAPIST
We recommend a ratio of 1.0 FTE activity therapist for every 20 inmates in the SLU.

CLERICAL SUPPORT
We recommend 1.0 FTE clerical support staff for the RTU. Clerical support includes maintaining required data and logs, tracking and scheduling appointments, ordering supplies, handling correspondence, and managing treatment records.

PROGRAM MANAGER

See Receiving Screening and Assessment.