# **EXHIBIT D**




*State of Alabama*

KAY IVEY  
GOVERNOR

# Alabama Department of Corrections

JEFFERSON DUNN  
COMMISSIONER

301 S. Ripley  
P. O. Box 301501  
Montgomery, AL 36130

---

**CONFIDENTIALITY AGREEMENT**

Correctional officers with access to confidential health records are required by law and policy to safeguard confidential information. As an Alabama Department of Corrections (ADOC) employee, I agree to the following as a condition of my employment with the ADOC:

1. I understand that inmates have a legal privacy right to their protected health information. For purposes of this Confidentiality Agreement, "protected health information" means documents, communications, or information concerning the physical or mental health conditions of an inmate and the provision of care, services, or supplies related to the health of an inmate, including, for example, documents, communications, and information about an inmate's diagnosis, prognosis, treatment, test result, evaluation, assessment, and medical or mental health record. Protected health information also includes information expressed by the inmate for the purpose of treatment or in a treatment team meeting.

2. I understand that I may receive an inmate's protected health information as I perform the official duties of my job. It is my legal duty to keep confidential any protected health information I read, see, or hear.

3. I understand that protected health information must not be disclosed inside or outside of the ADOC to persons (such as ADOC employees, inmates, friends, and family) who lack a legitimate health-related need to know the protected health information. I will avoid inadvertent disclosure of protected health information through the communication of protected health information in a public or non-confidential environment.

4. I understand that I am prohibited from using any protected health information to harass or abuse an inmate.

5. I will report all known violations of ADOC privacy and security policies to my supervisor or another person in my chain-of-command immediately.

6. If my employment with the ADOC ends, then I will continue to be bound by my obligation under this Confidentiality Agreement.

7. I understand that any violation of this Confidentiality Agreement may result in disciplinary action and/or termination in accordance with ADOC Administrative Regulation 208 entitled "Employee Standards of Conduct and Discipline" (as amended by Change #1 to AR 208).

By signing below, I acknowledge that I have read and understand the terms of this Confidentiality Agreement and ADOC Administrative Regulation 604 entitled "Confidentiality in Mental Health Services and Mental Health Documentation" (as amended by Change #1 to AR 604).

**Signature** _____ **Date** _____

**Print Name** _____

**A copy of this signed Confidentiality Agreement must be placed (1) in the employee's personnel file and (2) a central location within the medical or mental health unit at the employee's assigned ADOC facility.**