# **EXHIBIT I**

| | | Quarterly Staffing Report | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| Facility | Position | Contract FTEs | Total FTEs in Quarterly Hours | Adjusted FTEs in Quarterly Hours (0.85) | Hours Actually Worked (2.2.2.5(a)-(d)) | Hours Counted But Not Worked (CME, Training, Corp. Functions) (2.2.2.5(e)) | FMLA Hours (2.2.2.5(g)) | Credit for Vacated Positions (2.2.2.5(f)) | Total Hours (total of preceding four columns or the total hours described in 2.2.2.5) | Fill Rate |
| ALABAMA CENTRAL OFFICE | MH AA | 2.00 | | | | | | | | |
| ALABAMA CENTRAL OFFICE | MH Admin Coor | 1.00 | | | | | | | | |
| ALABAMA CENTRAL OFFICE | MH Asst Prgm Dir N | 1.00 | | | | | | | | |
| ALABAMA CENTRAL OFFICE | MH Asst Prgm Dir S | 1.00 | | | | | | | | |
| ALABAMA CENTRAL OFFICE | MH Asst Psychiatric Dir | 1.00 | | | | | | | | |
| ALABAMA CENTRAL OFFICE | MH Clin Dir-Edu Trng | 1.00 | | | | | | | | |
| ALABAMA CENTRAL OFFICE | MH CQI Assistant | 1.00 | | | | | | | | |
| ALABAMA CENTRAL OFFICE | MH CQI Manager | 1.00 | | | | | | | | |
| ALABAMA CENTRAL OFFICE | MH Data-Reports Mgr | 1.00 | | | | | | | | |
| ALABAMA CENTRAL OFFICE | MH Program Director | 1.00 | | | | | | | | |
| ALABAMA CENTRAL OFFICE | MH Psychiatric Director | 1.00 | | | | | | | | |
| ALABAMA CENTRAL OFFICE | MH Telehealth Coor | 1.00 | | | | | | | | |
| ADOC - BIBB CF | MH Clerk | 1.00 | | | | | | | | |
| ADOC - BIBB CF | MH CRNP | 0.50 | | | | | | | | |
| ADOC - BIBB CF | MH LPN | 1.40 | | | | | | | | |
| ADOC - BIBB CF | MH Observer | 2.00 | | | | | | | | |
| ADOC - BIBB CF | MHP Licensed | 2.50 | | | | | | | | |
| ADOC - BIBB CF | MH Site Program Mgr Lcsd | 1.00 | | | | | | | | |
| ADOC - BIBB CF | Psychiatrist | 0.50 | | | | | | | | |
| ADOC - BIRMINGHAM CBF/CWC | MH LPN | 0.50 | | | | | | | | |
| ADOC - BIRMINGHAM CBF/CWC | MHP Licensed | 1.00 | | | | | | | | |
| ADOC - BIRMINGHAM CBF/CWC | Psychiatrist | 0.20 | | | | | | | | |
| ADOC - BULLOCK CF | MH AA | 2.00 | | | | | | | | |
| ADOC - BULLOCK CF | MH Activity Tech | 6.00 | | | | | | | | |
| ADOC - BULLOCK CF | MH ADON | 1.00 | | | | | | | | |
| ADOC - BULLOCK CF | MH Clerk | 1.00 | | | | | | | | |
| ADOC - BULLOCK CF | MH CRNP | 1.40 | | | | | | | | |
| ADOC - BULLOCK CF | MH LPN | 11.70 | | | | | | | | |
| ADOC - BULLOCK CF | MH Observer | 6.00 | | | | | | | | |
| ADOC - BULLOCK CF | MHP Licensed | 8.40 | | | | | | | | |
| ADOC - BULLOCK CF | MH RN | 4.20 | | | | | | | | |
| ADOC - BULLOCK CF | MH RTU/SU Coordinator | 1.00 | | | | | | | | |
| ADOC - BULLOCK CF | MH Site Program Mgr Lcsd | 1.00 | | | | | | | | |
| ADOC - BULLOCK CF | Psychiatrist | 2.00 | | | | | | | | |
| ADOC - BULLOCK CF | Psychologist PhD | 1.00 | | | | | | | | |
| ADOC - BULLOCK OUTPATIENT | MH Clerk | 1.00 | | | | | | | | |
| ADOC - BULLOCK OUTPATIENT | MH CRNP | 1.00 | | | | | | | | |
| ADOC - BULLOCK OUTPATIENT | MH LPN | 1.40 | | | | | | | | |
| ADOC - BULLOCK OUTPATIENT | MHP Licensed | 4.20 | | | | | | | | |
| ADOC - BULLOCK OUTPATIENT | MH RN | 1.40 | | | | | | | | |
| ADOC - BULLOCK OUTPATIENT | MH Site Program Mgr Lcsd | 1.00 | | | | | | | | |
| ADOC - BULLOCK OUTPATIENT | Psychiatrist | 1.00 | | | | | | | | |

Case 2:14-cv-00601-MHT-GMB   Document 2301-1   Filed 01/29/19   Page 28 of 30

Quarterly Staffing Report

| Facility | Position | 1 Contract FTEs | 2 Total FTEs in Quarterly Hours | 3 Adjusted FTEs in Quarterly Hours (0.85) | 4 Hours Actually Worked (2.2.2.5(a)-(d)) | 5 Hours Counted But Not Worked (CME, Training, Corp. Functions) (2.2.2.5(e)) | 6 FMLA Hours (2.2.2.5(g)) | 7 Credit for Vacated Positions (2.2.2.5(f)) | 8 Total Hours (total of preceding four columns or the total hours described in 2.2.2.5) | Fill Rate |
|---|---|---|---|---|---|---|---|---|---|---|
| ADOC - DONALDSON CF | MH Activity Tech | 4.00 | | | | | | | | |
| ADOC - DONALDSON CF | MH ADON | 1.00 | | | | | | | | |
| ADOC - DONALDSON CF | MH Clerk | 1.00 | | | | | | | | |
| ADOC - DONALDSON CF | MH CRNP | 1.00 | | | | | | | | |
| ADOC - DONALDSON CF | MH LPN | 9.80 | | | | | | | | |
| ADOC - DONALDSON CF | MH Observer | 8.00 | | | | | | | | |
| ADOC - DONALDSON CF | MHP Licensed | 5.00 | | | | | | | | |
| ADOC - DONALDSON CF | MH RN | 4.20 | | | | | | | | |
| ADOC - DONALDSON CF | MH Site Program Mgr Lcsd | 1.00 | | | | | | | | |
| ADOC - DONALDSON CF | Psychologist PhD | 1.00 | | | | | | | | |
| ADOC - DONALDSON CF | Psychiatrist | 1.00 | | | | | | | | |
| ADOC - DONALDSON OUTPATIENT | MH Clerk | 1.00 | | | | | | | | |
| ADOC - DONALDSON OUTPATIENT | MH CRNP | 0.50 | | | | | | | | |
| ADOC - DONALDSON OUTPATIENT | MH LPN | 1.40 | | | | | | | | |
| ADOC - DONALDSON OUTPATIENT | MHP Licensed | 2.80 | | | | | | | | |
| ADOC - DONALDSON OUTPATIENT | MH RN | 1.40 | | | | | | | | |
| ADOC - DONALDSON OUTPATIENT | MH Site Program Mgr Lcsd | 1.00 | | | | | | | | |
| ADOC - DONALDSON OUTPATIENT | Psychiatrist | 0.50 | | | | | | | | |
| ADOC - EASTERLING CF | MH Clerk | 1.00 | | | | | | | | |
| ADOC - EASTERLING CF | MH CRNP | 0.50 | | | | | | | | |
| ADOC - EASTERLING CF | MH LPN | 1.40 | | | | | | | | |
| ADOC - EASTERLING CF | MHP Licensed | 2.80 | | | | | | | | |
| ADOC - EASTERLING CF | MH Site Program Mgr Lcsd | 1.00 | | | | | | | | |
| ADOC - EASTERLING CF | Psychiatrist | 0.50 | | | | | | | | |
| ADOC - FOUNTAIN CF | MH Clerk | 1.00 | | | | | | | | |
| ADOC - FOUNTAIN CF | MH CRNP | 1.00 | | | | | | | | |
| ADOC - FOUNTAIN CF | MH LPN | 1.00 | | | | | | | | |
| ADOC - FOUNTAIN CF | MHP Licensed | 2.00 | | | | | | | | |
| ADOC - FOUNTAIN CF | MH Site Program Mgr Lcsd | 1.00 | | | | | | | | |
| ADOC - FOUNTAIN CF | Psychologist PhD | 0.50 | | | | | | | | |
| ADOC - FOUNTAIN CF | Psychiatrist | 0.50 | | | | | | | | |
| ADOC - FOUNTAIN CF | MH LPN | 0.80 | | | | | | | | |
| ADOC - HAMILTON A&I | MH Medical Records Clerk | 0.50 | | | | | | | | |
| ADOC - HAMILTON A&I | MHP Licensed | 1.00 | | | | | | | | |
| ADOC - HAMILTON A&I | MH Site Program Mgr Lcsd | 1.00 | | | | | | | | |
| ADOC - HAMILTON A&I | Psychiatrist | 0.25 | | | | | | | | |
| ADOC - HAMILTON A&I | MH Clerk | 1.00 | | | | | | | | |
| ADOC - HOLMAN CF | MH CRNP | 1.00 | | | | | | | | |
| ADOC - HOLMAN CF | MH LPN | 2.40 | | | | | | | | |
| ADOC - HOLMAN CF | MH Observer | 5.00 | | | | | | | | |
| ADOC - HOLMAN CF | MHP Licensed | 2.00 | | | | | | | | |
| ADOC - HOLMAN CF | MH Site Program Mgr Lcsd | 1.00 | | | | | | | | |

Quarterly Staffing Report

| Facility | Position | Contract FTEs | Total FTEs in Quarterly Hours | Adjusted FTEs in Quarterly Hours (0.85) | Hours Actually Worked (2.2.2.5(a)-(d)) | Hours Counted But Not Worked (CME, Training, Corp. Functions) (2.2.2.5(e)) | FMLA Hours (2.2.2.5(g)) | Credit for Vacated Positions (2.2.2.5(f)) | Total Hours (total of preceding four columns or the total hours described in 2.2.2.5) | Fill Rate |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| ADOC - HOLMAN CF | Psychologist PhD | 0.50 | | | | | | | | |
| ADOC - HOLMAN CF | Psychiatrist | 0.50 | | | | | | | | |
| ADOC - KILBY CF | MH Clerk | 2.00 | | | | | | | | |
| ADOC - KILBY CF | MH CRNP | 0.75 | | | | | | | | |
| ADOC - KILBY CF | MH LPN | 4.00 | | | | | | | | |
| ADOC - KILBY CF | MH CRNP | 6.00 | | | | | | | | |
| ADOC - KILBY CF | MH Observer | 5.00 | | | | | | | | |
| ADOC - KILBY CF | MHP Licensed | 1.40 | | | | | | | | |
| ADOC - KILBY CF | MH RN | 1.00 | | | | | | | | |
| ADOC - KILBY CF | MH RTU/SU Coordinator | 1.00 | | | | | | | | |
| ADOC - KILBY CF | MH Site Program Mgr Lcsd | 1.00 | | | | | | | | |
| ADOC - KILBY CF | Psychologist PhD | 1.00 | | | | | | | | |
| ADOC - KILBY CF | Psychiatrist | 0.50 | | | | | | | | |
| ADOC - KILBY CSU | MH Clerk | 0.50 | | | | | | | | |
| ADOC - KILBY CSU | MH CRNP | 0.25 | | | | | | | | |
| ADOC - KILBY CSU | MH LPN | 4.20 | | | | | | | | |
| ADOC - KILBY CSU | MHP Licensed | 2.40 | | | | | | | | |
| ADOC - KILBY CSU | MH RN | 1.40 | | | | | | | | |
| ADOC - KILBY CSU | Psychologist PhD | 0.50 | | | | | | | | |
| ADOC - LIMESTONE CF | Psychiatrist | 0.50 | | | | | | | | |
| ADOC - LIMESTONE CF | MH Clerk | 1.00 | | | | | | | | |
| ADOC - LIMESTONE CF | MH CRNP | 1.00 | | | | | | | | |
| ADOC - LIMESTONE CF | MH LPN | 2.40 | | | | | | | | |
| ADOC - LIMESTONE CF | MH Observer | 3.00 | | | | | | | | |
| ADOC - LIMESTONE CF | MHP Licensed | 4.50 | | | | | | | | |
| ADOC - LIMESTONE CF | MH Site Program Mgr Lcsd | 1.00 | | | | | | | | |
| ADOC - LIMESTONE CF | Psychologist PhD | 1.00 | | | | | | | | |
| ADOC - LIMESTONE CF | Psychiatrist | 0.75 | | | | | | | | |
| ADOC - MONTGOMERY WOMEN'S | MH CRNP | 0.50 | | | | | | | | |
| ADOC - MONTGOMERY WOMEN'S | MH LPN | 0.50 | | | | | | | | |
| ADOC - MONTGOMERY WOMEN'S | MHP Licensed | 1.50 | | | | | | | | |
| ADOC - ST. CLAIR CF | MH Clerk | 1.00 | | | | | | | | |
| ADOC - ST. CLAIR CF | MH CRNP | 0.50 | | | | | | | | |
| ADOC - ST. CLAIR CF | MH LPN | 1.00 | | | | | | | | |
| ADOC - ST. CLAIR CF | MHP Licensed | 1.75 | | | | | | | | |
| ADOC - ST. CLAIR CF | MH Site Program Mgr Lcsd | 1.00 | | | | | | | | |
| ADOC - STATON CF | MH Clerk | 2.00 | | | | | | | | |
| ADOC - STATON CF | MH CRNP | 1.00 | | | | | | | | |
| ADOC - STATON CF | MH LPN | 2.80 | | | | | | | | |
| ADOC - STATON CF | MHP Licensed | 5.00 | | | | | | | | |
| ADOC - STATON CF | MH RN | 2.80 | | | | | | | | |
| ADOC - STATON CF | MH Site Program Mgr Lcsd | 1.00 | | | | | | | | |
| ADOC - STATON CF | Psychiatrist | 1.00 | | | | | | | | |

Case 2:14-cv-00601-MHT-GMB Document 2301-1 Filed 01/29/19 Page 30 of 30

## Quarterly Staffing Report

| Facility | Position | 1<br>Contract FTEs<br>Total FTEs in Quarterly Hours | 2<br>Adjusted FTEs in Quarterly Hours (0.85) | 3<br>Hours Actually Worked (2.2.2.5(a)-(d)) | 4<br>Hours Counted But Not Worked (CME, Training, Corp. Functions) (2.2.2.5(e)) | 5<br>FMLA Hours (2.2.2.5(g)) | 6<br>Credit for Vacated Positions (2.2.2.5(f)) | 7<br>Total Hours (total of preceding four columns or the total hours described in 2.2.2.5) | 8<br>Fill Rate |
|---|---|---|---|---|---|---|---|---|---|
| ADOC - TUTWILER | MH Activity Tech | 2.00 | | | | | | | |
| ADOC - TUTWILER | MH ADON | 1.00 | | | | | | | |
| ADOC - TUTWILER | MH Clerk | 1.50 | | | | | | | |
| ADOC - TUTWILER | MH CRNP | 0.25 | | | | | | | |
| ADOC - TUTWILER | MH LPN | 5.70 | | | | | | | |
| ADOC - TUTWILER | MHP Licensed | 6.00 | | | | | | | |
| ADOC - TUTWILER | MH RN | 4.20 | | | | | | | |
| ADOC - TUTWILER | MH Site Program Mgr Lcsd | 1.00 | | | | | | | |
| ADOC - TUTWILER | Psychologist PhD | 1.00 | | | | | | | |
| ADOC - TUTWILER | Psychiatrist | 0.50 | | | | | | | |
| ADOC - TUTWILER OUTPATIENT | MH CRNP | 0.75 | | | | | | | |
| ADOC - TUTWILER OUTPATIENT | MH LPN | 1.40 | | | | | | | |
| ADOC - TUTWILER OUTPATIENT | Psychologist PhD | 1.00 | | | | | | | |
| ADOC - TUTWILER OUTPATIENT | Psychiatrist | 0.75 | | | | | | | |
| ADOC - VENTRESS CF | MH Clerk | 1.00 | | | | | | | |
| ADOC - VENTRESS CF | MH CRNP | 0.50 | | | | | | | |
| ADOC - VENTRESS CF | MH LPN | 1.40 | | | | | | | |
| ADOC - VENTRESS CF | MHP Licensed | 2.80 | | | | | | | |
| ADOC - VENTRESS CF | MH Site Program Mgr Lcsd | 1.00 | | | | | | | |
| ADOC - VENTRESS CF | Psychiatrist | 0.50 | | | | | | | |