IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
EDWARD BRAGGS, et al.,        )
                              )
    Plaintiffs,               )
                              )   CIVIL ACTION NO.
    v.                        )    2:14cv601-MHT
                              )        (WO)
JEFFERSON S. DUNN, in his     )
official capacity as          )
Commissioner of               )
the Alabama Department of     )
Corrections, et al.,          )
                              )
    Defendants.               )
```

ORDER

Paragraphs 7 and 8 of the parties' agreement regarding the role of the external monitoring team (Doc. 3128) provide:

> "7. Plaintiffs will file their proposed omnibus remedial order with the Court by April 21, 2021 and provide a copy to the EMT through Judge Ott.
>
> "8. The State will file its proposed omnibus remedial order with the Court by May 5, 2021 and provide a copy to the EMT through Judge Ott."

The parties having now filed their proposed omnibus remedial orders with the court, see Pls.' Proposed Omnibus Remedial Order (Doc. 3206); Defs.' Proposed

**Omnibus Remedial Order (Doc. 3215), it is ORDERED that, pursuant to the above provisions, counsel for the parties are to file a joint statement on or before 5:00 p.m. on May 13, 2021, confirming that Magistrate Judge John Ott has provided the parties' proposed omnibus remedial orders to the EMT.**

**DONE, this the 11th day of May, 2021.**

                                  /s/ Myron H. Thompson
                                   **UNITED STATES DISTRICT JUDGE**