IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| EDWARD BRAGGS, et al., ) | |
| ) | |
|     Plaintiffs, ) | |
| ) | CIVIL ACTION NO. |
|     v. ) | 2:14cv601-MHT |
| ) | |
| JEFFERSON S. DUNN, in his ) | |
| official capacity as ) | |
| Commissioner of ) | |
| the Alabama Department of ) | |
| Corrections, et al., ) | |
| ) | |
|     Defendants. ) | |

**PHASE 2A REVISED REMEDY SCHEDULING ORDER
ON THE EIGHTH AMENDMENT CLAIM**

Based on the representations made on the record at the pretrial hearing on May 17, 2021, it is ORDERED that the remaining deadlines and dates for the Phase 2A remedy scheduling order for the Eighth Amendment claim are revised as set forth below.

|  | OLD DATES | NEW DATES |
|---|---|---|
| **STAFFING** |  |  |
| The court will hold an evidentiary hearing on the parties' omnibus remedial orders, including the proposed modification of format of quarterly staffing report or areas of disagreement over the Savages' recommendations. (Doc. 3078). | 5/24/2021, 10:00 a.m. | 5/24/2021, beginning at 8:00 a.m. each day until further ordered |
| **OMNIBUS REMEDIAL PROCESS** |  |  |
| The court will hold an evidentiary hearing on the parties' proposed omnibus remedial orders. (Doc. 3078 & Doc. 3087). The court will determine later whether the hearing will be in person, by videoconferencing, or a combination of both. | 5/24/2021, 10:00 a.m. | 5/24/2021, beginning at 8:00 a.m. each day until further ordered |
| **STIPULATIONS SUBJECT TO TEMPORARY PLRA FINDINGS** |  |  |
| Mental-health understaffing stipulation (Doc. 2301). | In effect until court enters an omnibus remedial opinion |  |
| Stipulations regarding the definition of SMI (Doc. 1720); Bibb segregation issues (doc. no. 1751); and preplacement screening, etc. (Doc. 1815). | In effect until court enters an omnibus remedial opinion |  |
| Stipulation regarding hospital-level care (Doc. 2717 & Doc. 2724). | In effect until court enters an omnibus remedial opinion |  |
| Stipulations regarding intake (Doc. 1794); coding (Doc. 1792); and referral (Doc. 1821). | In effect until court enters an omnibus remedial opinion |  |
| Stipulation regarding individual treatment plans (Doc. 1865). | In effect until court enters an omnibus |  |

| | | |
|---|---|---|
| | remedial opinion | |
| **Stipulations regarding psychotherapy and confidentiality (Doc. 1899) and confidentiality (Doc. 1900).** | In effect until court enters an omnibus remedial opinion | |
| **Interim suicide prevention order (Doc. 2560, Doc. 2569, Doc. 2698, Doc. 2777, & Doc. 2914 and as previously clarified in open court during Jan. 7, 2020, status conference).  The court's remedial opinion and judgment for immediate relief regarding suicide prevention (Doc. 2525, Doc. 2526, Doc. 2698, & Doc. 2777) and the defendants' motion to alter, amend, or vacate (Doc. 2564, Doc. 2698, & Doc. 2777) both remain stayed.  During the omnibus process, the court expects the long-term suicide-prevention agreement (Doc. 2699) to be the basis for the parties' proposals.** | In effect until court enters an omnibus remedial opinion | |
| **Second amended stipulation regarding mental-health consultation to the disciplinary process (Doc. 2718 & Doc. 2725).** | In effect until court enters an omnibus remedial opinion | |
| | | |
| **STANDING ORDER FOR HEARINGS** | | |
| **The Phase 2A Order Regarding All Hearings and Evidentiary Hearings provides additional general requirements for filings, unless otherwise specified (Doc. 2727).** | | |

**DONE, this the 17th day of May, 2021.**

                                              /s/ Myron H. Thompson
                                       **UNITED STATES DISTRICT JUDGE**