## Comparison of ADOC's Current ARs and Plaintiffs' ORO

**Treatment Requirements:**

| Topic | AR611 | Plaintiffs' ORO |
|---|---|---|
| Promulgation of Information | **V.A:** Inmates will be provided an individual verbal or written description of available mental health services during the initial mental health orientation which will include:<br>• Available mental health services<br>• Voluntary nature of services offered<br>• How to access routine mental health services<br>• How to access emergency mental health assistance<br>• Limits and extent of the confidential nature of mental health services<br>• Co-payments are not required for mental health services<br><br>**V.D:** The Mental Health Director will ensure that each institution has an institution-specific written orientation to outline the mental health services available at their institution, which will be included during the institution's orientation process. | **1.3:** ADOC must publish, promulgate, and maintain a single authoritative set of comprehensive policies and procedures related to the provision of mental-health services provided to the prisoner population, including:<br>• Policies/procedures<br>• Related to suicide prevention<br>• Mental health screening and assessment<br>• Levels of care<br>• Procedures related to the disciplinary process<br>• Restrictive housing<br>• Staff training |

**Training:**

| Topic | AR604, AR608 | Plaintiffs' ORO |
|---|---|---|
| Mental Health Training | **608.II:** All staff routinely assigned to the SU, RTU, infirmaries, and segregation units will receive in-depth training in serious mental illness and ADOC mental health ARs.<br><br>**604.V.G:** Initial training for all staff will include:<br>• Goals and structure of ADOC Mental Health Services<br>• Early warning signs of mental illness<br>• Referral to mental health services | **3.1.1:** All persons working within any ADOC major facility who have any direct or routine contact with prisoners must complete the Comprehensive Mental Health Training Curriculum<br><br>**3.1.2:** The training must include:<br>• The early warning signs/symptoms of mental illness<br>• The availability of mental-health services within ADOC<br>• The nature and extent of mental-health services available |

| | | • The process for referring prisoners for mental health evaluations |
|---|---|---|
| | **604.V.H.** The specialized training for all staff routinely assigned to SU, RTU, infirmaries and segregation units will include:<br>• Understanding mental illness<br>• Different types of mental illness<br>• Effective management techniques for inmates with SMI<br>• Crisis intervention strategies<br>• Confidentiality<br>• Psychotropic medication<br>• Treatment planning<br>• In-depth review of procedures related to mental health watches and the use of restraints for mental health reasons | |
| Confidentiality Training | **604.V.J:** Correctional officers assigned to mental health units and treatment areas will receive additional training in confidentiality during Specialized Mental Health Training. The training will include legal consequences and the potential impact on an inmate's treatment when confidentiality is breached | **3.3.1:** A correctional officer assigned to a medical or mental health unit, a treatment team, or who regularly receives protected health information will be trained on confidentiality during Specialized MentalHealth Training |

**Coding Implementation:**

| AR613 | Plaintiffs' ORO |
|---|---|
| **II:** It is the policy of ADOC to assign a mental health code to all inmates during the reception process and update as required. | **4.1:** ADOC must ensure that all prisoners on the mental health caseload are coded. If appropriate, assign SMI flags |

**Suicide Prevention:**

| Topic | AR629, AR608 | Plaintiffs' ORO |
|---|---|---|
| Staffing | **629.V.A.1-4:** All ADOC staff members who supervise inmates will be trained on suicide prevention. This training will include, but is not limited to:<br>• General information about suicide and suicide among inmates<br>• Signs and symptoms | **3.2.1:** all persons working within a major facility must be trained on suicide prevention to recognize verbal and behavioral cues and how to appropriately respond to those cues |

| | | |
|---|---|---|
| | • Factors that increase the risk of suicide while incarcerated<br>• Specifics of the suicide prevention program and how to intervene<br><br>**608.V.D:** The mental health staff member who will be conducting training for staff to recognize and manage inmates with serious mental illnesses will participate in the "train the trainer" program (Does not specifically mention training on suicide prevention) | **3.2.2:** A suicide-prevention trainer must be at every major facility<br><br>**3.2.3:** The person who conduct the training must complete a "train-the-trainer" program first |
| Response | **629.V.J.2:** Mental-health staff will conduct group debriefings for inmates near the location of a completed suicide or life-threatening attempt | **5.1.6:** ADOC must debrief staff and prisoners after a completed suicide or self-injurious behavior that would have resulted in death without intervention |

**Disciplinary Provisions:**

| Topic | AR403 | Plaintiffs' ORO |
|---|---|---|
| Procedures | **V.A.1.a:** ADOC does not discipline inmates for behavior directly related to his/her mental illness, including applying disciplinary sanctions to inmates for engaging in conduct directly related to self-injurious behavior | **7.2:** Symptoms directly related to an inmate's mental illness include those symptoms that otherwise would give rise to disciplinary proceedings but for the fact that they were caused by the mental illness, such as:<br>• Violence towards other people<br>• Defiant towards correctional staff<br>• Property destruction<br>• Self-harm<br>• Possession of contraband for the purposes of self-harm |

**Restrictive Housing Units:**

| Topic | AR626, AR434 | Plaintiffs' ORO |
|---|---|---|
| Appropriate Placement | **626.V.D.4:** The mental health staff member may veto the placement of an inmate in a RHU as a disciplinary sanction if the mental health staff member determines that the sanction is clinically contraindicated for the inmate, unless exceptional circumstances apply | **9.1.1:** Mental health staff may veto any prisoner's placement in RHU if placement is contraindicated based on pre-placement screening |
| Out of Cell Time | **434.V.H.8.a:** an inmate shall be allowed out of their cells 5 hours per week, weather permitting. | **9.3.1:** Must be able to exercise outside of cells 5 hours per week. Must be documented and |

3

| | | their decision to refuse out-of-cell-time must be documented. |
| | **434.V.H.8.b:** Prisoners shall be restrained when going to and from exercise area.<br><br>**434.V.H.8.c:** May be allowed to exercise unrestrained unless there is a threat to institutional safety/security. | **9.3.2:** Prisoners in RHU may only be shackled when a specific threat to institutional safety/security has been made. Must be documented |
| Cleanliness | **434.V.H.1.a:** ADOC must provide the inmate with a healthy living environment including clean and orderly surroundings. | **9.4.2:** ADOC must clean every RHU before a new person is assigned to cell<br><br>**9.4.3:** Must provide inmates access to cleaning supplies to ensure RHUs are cleaned at least every 2 weeks |
| Security Checks | **434.V.J.4.b:** Observation of an inmate must be conducted every 30 minutes and shall be annotated on the duty post log (Does not include where the checks must occur or that the checks must be conducted contemporaneously) | **9.5.1:** ADOC staff must conduct security checks of every prisoner in RHUs by direct observation at least every 30 minutes. The observations must be annotated<br><br>**9.5.2:** Must ensure the checks are conducted in any locations that are the functional equivalent of restrictive housing<br><br>**9.5.3:** Must ensure checks are documented accurately and contemporaneously and that correctional supervisors verify that security checks are being conducted |

**Plaintiffs' Proposed Omnibus Remedial Order – Treatment Guide (Ex. A)**

**Intake Assessment:**

| Topic | AR610, AR612 | Plaintiffs' ORO, Ex. A |
|---|---|---|
| Intake Screenings | **610.V.C.3:** completed within 12 hours of arrival<br><br>**610.V.C.6**: Includes:<br>• Observations by trained RN<br>• ADOC Form MH-011<br>• Form forwarded to counselors for SHA and suicide risk assessment | **3.1.1:** completed within 12 hours of arrival<br><br>Includes:<br>• Observations by trained RN<br>• ADOC Form MH-011<br>• Suicide risk screening by RN<br><br>Referred for mental health evaluation <u>if</u>:<br>• On current prescription for psychiatric medications;<br>• Any in-patient mental health hospitalization within the last three (3) years;<br>• Mental health treatment within the last year;<br>• Past or current suicidal acts or ideation;<br>• Hallucinations or delusions or;<br>• When the prisoner's presentation suggests need |
| Prisoner Reports Psychiatric Prescription | **610.V.D.2:** The mental health nurse will verify the order within 12 hours of the screening and ensure a supply of medication is available until a psychiatrist can complete an evaluation | **3.1.1:** If the prisoner reports a current prescription for psychiatric medications, ADOC must attempt to verify with the transferring jail, outpatient prescriber or pharmacy within 12 hours of the intake screening and ensure continuity of medication. |
| Completion of psychological assessments | **612.V.A.2:** on third day | **3.1.3:** SHA within 14 days of arrival and prior to transfer |
| Completion of mental health evaluations | **612.V.A.3:** on the fourth day<br><br><br><br>**612.V.B:** Includes review of:<br>• Inmate's ADOC Form MH-011<br>• Mental health and medical documentation provided when | **3.1.1:** For prisoners determined to need an immediate mental health evaluation, occur within 24 hours of referral. Non-immediate evaluations must be completed within 14 days of referral<br><br>**3.1.2:** Includes review of:<br>• Current complaint<br>• Psychiatric history |

| | |
|---|---|
| | inmate was admitted to the ADOC<br>• Prior medical records if inmate has previously been incarcerated in the ADOC<br>• Tests of literacy, psychological functioning, and intelligence<br>• Clinical interview<br><br>**612.V.C:** Referral to psychiatrist if history of:<br>• Mental health treatment<br>• Suicidal acts/ideation<br>• Unprovoked physical violence<br>• When presentation suggests need | • Prior mental health treatment<br>• Prior use of psychotropic medication<br>• Pertinent medical history<br>• Substance abuse history<br>• Pertinent personal and family history<br>• Mental status examination<br>• Risk for suicide and violence<br>• Brief social history<br>• DSM 5 diagnosis<br>• Psychiatric input for treatment plan<br><br>QMHP then assigns a mental health code and determines if the SMI flag is appropriate.<br><br>If the need for psychotropic medication is indicated following the mental health evaluation, the patient must be referred for a psychiatric evaluation. |

**Confidentiality:**

| AR604 | Plaintiffs' ORO, Ex. A |
|---|---|
| **II**: Inmates are informed of the limits of confidentiality of mental health services during the Reception Mental Health Screening (AR 610), and are reminded of these limits when beginning on-going mental health treatment. All contracted health and mental health staff as well as ADOC employees will receive training about their responsibilities in maintaining confidentiality of an inmate's mental health status<br><br>**V**: Inmates will be advised of the limits to confidentiality | **2:** Confidentiality in mental health treatment and assessment must be a priority to promote self-reporting of mental health needs.<br><br>Individual counseling sessions, medication management encounters, periodic assessments related to placement in an RHU, suicide risk assessments, and therapeutic groups must take place out-of-cell in a setting that provides for confidentiality, unless that is not possible due to safety concerns, based upon clinical determinations. If confidentiality is not possible, then that fact, the reason, and the actions taken to maximize confidentiality must be documented in the progress note.<br><br>A "medication management encounter" means a discussion between a physician or CRNP and a patient about medication recommendations, informed consent, efficacy, adherence, side effects, or other related topics. |

**Referrals:**

| Topic | AR609 | Plaintiffs' ORO, Ex. A |
|---|---|---|
| Self-Referrals | **V.A.1-2:** Inmates may submit health request forms, and mental health-related ones will be sent to the Supervising Psychologist for review. | **3.3.1:** Prisoners may express concerns regarding their mental health condition or may request mental health services, verbally to a correctional officer or mental health staff, or in writing by completing a sick call request. |
| Staff Referrals | **V.B.1:** Institutional Staff will complete an ADOC Form MH-008 and forward it to mental health staff to initiate a routine request for assistance. | **3.3.2:** Referrals by staff may be submitted to the facility's triage nurse using the Mental Health Referral Form, or by directly contacting the triage nurse or mental health staff. |
| Emergent | **V.B.3:** Emergency –contact the mental health staff by phone for a verbal referral. When mental health staff are not on site, the nursing staff will contact the on-call Psychiatrist for consultation (no time frame given). | **3.3.3:** Emergent – contact MHP or psychologist within one hour. Assess within 3 hours. |
| Urgent | **V.A.5:** Self-Referrals - Urgent or potentially urgent need will receive immediate attention (no time frame given). | **3.3.3:** Urgent – contact MHP or psychologist within 1 hour. Assess within 24 hours. |
| Routine | **V.A.5:** Self-Referrals - less urgent needs will be addressed within five working days. | **3.3.3:** Routine – notify mental health staff by next business day. Assess within 14 calendar days. |
| Review of referrals | **V.C.1.b:** Referrals for a psychiatric evaluation will be completed after screening an inmate's self-referral (no time frame given). | **3.3.3:** The triage nurse must check the referral box a minimum of once a shift and determine if the referral is emergent, urgent, or routine, as defined in this Treatment Guide. |

**Treatment Requirements:**

| Topic | AR622 | Plaintiffs' ORO, Ex. A |
|---|---|---|
| Chair | **V.A.1:** Psychiatrist is chair of all treatment teams | **3.4.1:** Assigned MHP chairs all treatment teams |
| Treatment Plan | **II:** A multidisciplinary treatment team will initiate, approve and regularly review/update individualized treatment plans for inmates with mental health problems requiring follow-up. Treatment plans will state problems, goals, and track inmate progress. | **3.4.2:** Each treatment plan must be individualized to each patient. Treatment plans must reflect changes in goals, plans to achieve goals, changes in mental health status/symptoms, and amended timeframes to reach goals. For any unmet goal, the treatment plan will identify the unmet goal and any adjustment or plan to assist the patient in reaching the unmet goal. |

| Inmate Participation | **V.A.5:** Inmates will be encouraged to participate in treatment team meetings. If the inmate refuses, a note indicating the inmate's reason for the refusal will be made on ADOC Form MH 040, Progress Notes of the inmate's medical record | **3.4.1:** The patient must be allowed to attend all treatment team meetings, unless contraindicated for one of the following reasons:<br>• The patient poses an unreasonable risk to mental health or correctional staff; or<br>• If information is to be discussed about the patient would be psychologically detrimental for the patient, then this information may be discussed without the presence of the patient, either at the beginning or the end of the treatment team meeting. |
|---|---|---|
| Initial Treatment Plan Timeline | • Outpatient: **V.B.2:** within 14 days<br>• SU: **V.D.2:** within 2 working days<br>• RTU: **V.E.2:** within 3 working days<br>• Crisis: **V.C.2:** within 1 working day<br>• MHO: Not provided<br>• SLU: N/A<br>• RHU: Not provided | • Outpatient: **4.1.1:** within 14 days of code assignment<br>• SU: **3.4.2, 4.4.2:** 2 working days<br>• RTU: **4.3.2:** 3 working days (preliminary)/14 days (final)<br>• Crisis: **5.3.4.3:** 1 working day<br>• MHO: **5.3.4.3:** 1 working day<br>• SLU: **4.2.2:** 3 working days (preliminary)/14 days (final)<br>• RHU: **3.4.2:** 3 working days |
| Treatment Plan Reviews Timeline | • Outpatient: **V.B.3:** every 6 months or when there is significant change<br>• SU: **V.D.5:** weekly<br>• RTU, L1: **V.E.5:** weekly<br>• RTU, L2: **V.E.5:** bi-weekly<br>• RTU, L3: **V.E.5:** quarterly (but see AR633 – conflicting provision says monthly)<br>• SLU: N/A<br>• Crisis cell: **V.C.4:** each workday<br>• MHO: not provided<br>• Return from hospital: not provided<br>• RHU: not provided | • Outpatient, MH-B and -C: **4.1.2:** not to exceed 6 months<br>• SU: **4.4.3:** not to exceed 3 days<br>• RTU, L1: **4.3.4.2:** not to exceed 7 days<br>• RTU, L2: **4.3.5.2:** 14 days<br>• RTU, L3: **4.3.6.2:** not to exceed 30 days<br>• SLU: **4.2.3:** not to exceed 90 days<br>• Crisis cell: **3.4.2:** 2 working days<br>• MHO: **3.4.2:** 2 working days<br>• Return from hospital: **3.4.2:** 2 working days<br>• RHU: **3.4.2:** 3 working days |

**Transfer:**

| Topic | AR614 | Plaintiffs' ORO, Ex. A |
|---|---|---|
| Consideration of Transfer | **V.B-C:** If mental health staff of the sending institution have concerns about the mental status or treatment compliance of a specific inmate, the institution's Supervising Psychologist | **3.5.1:** To ensure continuity of care, the patient's mental health code and condition must be considered in making determinations concerning transfer. |

| | | |
|---|---|---|
| | or designee of the receiving institution will be alerted by a phone call from mental health staff of the sending institution. | |
| Physical Transfer | **V.A:** contracted medical and mental health staff of the sending institution will complete transfer documentation for placement in the inmate's medical record. The documentation will indicate the inmate's mental health code and any psychotropic medication prescribed. | **3.5.1:** there must be a transfer note written by the patient's MHP at the transferring facility to the patient's new MHP at the receiving facility. This transfer note will include a discussion of the patient's mental health background, current needs, and the next steps for treatment the transferring facility would have taken if not for the transfer. |

**Record Keeping:**

| Topic | AR635 | Plaintiffs' ORO, Ex. A |
|---|---|---|
| Progress Notes | **V.H.1:** Will be completed for an individual contact with an inmate or when there is a change in an inmate's functioning. | **6:** Mental Health Progress Notes must be made each time there is a significant clinical encounter between a patient and a member of the patient's Treatment Team or other member of the mental health staff. A "significant clinical encounter" means any communication and interaction between a patient and any member of the mental health staff involving an exchange of information used in the treatment of the patient, excluding any casual exchanges, administrative communications, or other communications which do not relate to the patient's mental condition or the ongoing mental health treatment. |
| Progress Notes Format | **V.H:** SOAP formatting<br><br>Includes:<br>• Signature of the writer<br>• Date and time of day<br>• Date for next appointment and/or the follow-up<br>• Will relate to specific problems identified on the inmate's treatment plan, whenever possible/applicable | **6:** SOAP formatting<br><br>Includes:<br>• Name and position of the individual making the note<br>• Date, start and stop time of the interaction<br>• Must address one or more problems identified in the patient's treatment plan, how the encounter addressed the particular problem(s), and the progress in resolving the problem(s)<br>• Nature of the interaction<br>• Reason for the interaction |

|  |  | • Notes about the interaction<br>• A summary of any conclusions drawn, or actions or recommendations taken because of the interaction<br>• Any changes in mental health medication |
|---|---|---|

**Structured Living Unit (SLU):**

| Topic | No AR | Plaintiffs' ORO, Ex. A |
|---|---|---|
| Placement | N/A | **4.2.1:** An SLU is a diversionary outpatient unit for persons with an SMI or who are otherwise found to be inappropriate for placement in an RHU. Patients in need of residential-level care must not be housed in the SLU. Placement of any patient in the SLU must be based on clinical judgment. Prisoners assigned to restrictive housing, but not counter-indicated for RHU placement, are prohibited from being placed in SLU. |
| Treatment Plan Creation | N/A | **4.2.2:** 3 working days (preliminary)/14 working days (final) |
| Treatment Plan Review | N/A | **4.2.3:** Not to exceed 90 days |
| Treatment /Programs | N/A | **4.2.4:**<br>• Out of cell time: 10 hours of structured, therapeutic out-of-cell time and 10 hours of unstructured out-of-cell time per week, unless clinically contraindicated<br>• Interactions: Frequency of sessions with psychiatric providers and counselors for patients in the SLU must be determined based on minimal mental health code treatment expectations in the "Outpatient Care" chapter |

**Residential Treatment Unit (RTU):**

| Topic | AR633 | Plaintiffs' ORO, Ex. A |
|---|---|---|
| Placement | **V.C:** RTU admission and discharge decisions shall be clinical decisions made by the Mental Health staff. Inmates who have not been admitted to the RTU will not be housed on the units. If the Warden authorizes such placement of non-RTU inmates due to emergency security | **4.3.1:** Placement of any patient in the RTU must be based on clinical judgment. Prisoners assigned to restrictive housing, who are not in need of RTU level care, are prohibited from being placed in the RTU. |

| | | |
|---|---|---|
| | concerns, the ADOC Director of Treatment will be immediately notified. | |
| Treatment Plan Creation | **V.F.2.b:** The initial Treatment Plan shall be finalized within 3 working days of the inmate's placement on the RTU. | **4.3.2:** Preliminary treatment plans must be created within 3 working days of a patient's placement in an RTU and finalized within fourteen 14 days. |
| Treatment Plan Review | **V.F.2.d:**<br>• L1: weekly<br>• L2: 14 days<br>• L3, L4: monthly | • L1: **4.3.4.2:** not to exceed 7 days<br>• L2: **4.3.5.2:** 14 days<br>• L3: **4.3.6.2:** not to exceed 30 days |
| L1 Treatment /Programs | **Addendum C:**<br>• Out of cell time: Permitted one-hour of out-of-cell time on the day and evening shift<br>• Interactions: Daily cell-front interaction with the Psychiatrist when on-site with weekly progress note; daily documented cell-front interaction by a Mental Health Nurse; daily documented cell-front interaction by the RTU Treatment Coordinator | **4.3.4.3:**<br>• Out of cell time: 10 hours of structured, therapeutic out-of-cell time and 10 hours of unstructured out-of-cell time per week<br>• Interactions: have at least 3 confidential, out-of-cell clinical encounters each week with a psychiatrist or CRNP. At least every other week, at least 1 encounter must be with the psychiatrist |
| L2 Treatment /Programs | **Addendum C:**<br>• Out of cell time: Minimum 5 hours a day out of cell/leisure time when Level 3/4 inmates not present; outdoor recreation at least 3 times a week<br>• Interactions: Daily cell-front interaction by a Mental Health Nurse documented weekly; Weekly documented individual counseling by the RTU Treatment Coordinator; 2 one-hour treatment groups each week; One-hour activity group or educational activity each day | **4.3.5.3:**<br>• Out of cell time: 10 hours of structured, therapeutic out-of-cell time and ten 10 hours of unstructured out-of-cell time per week, unless clinically contraindicated.<br>• Interactions: at least weekly confidential, out-of-cell clinical encounters with the psychiatrist or CRNP; at least weekly confidential, out-of-cell counseling with the assigned psychologist or licensed MHP. |
| L3 Treatment /Programs | **Addendum C:**<br>• Out of cell time: same out-of-cell/leisure time as general population inmates; access to outdoor recreation five (5) times a week<br><br>• Interactions: Monthly documented assessment by the Psychiatrist; Daily | **4.3.6.2:**<br>• Out of cell time: 10 hours of structured, therapeutic out-of- cell time and 10 hours of unstructured out-of-cell time per week, or the same amount of unstructured out-of-cell time as other prisoners of the same security level, whichever is greater<br>• Interactions: confidential clinical encounters with the psychiatrist or |

|  | rounds by RTU Treatment Coordinator; Bi-weekly documented individual counseling by RTU Treatment Coordinator; 4 one-hour treatment groups each week; One-hour activity group or educational activity each day | CRNP at intervals not to exceed 14 days for the first six (6) weeks; after six (6) weeks, if clinically appropriate, the psychiatrist or CRNP can reduce to the frequency of encounters to intervals not to exceed 30 days; same for psychologist or MHP; daily interaction with mental health nurse |
|---|---|---|
| L4 Treatment | **Addendum C:**<br>• Out of cell time: same out-of-cell/leisure time as general population inmates; participation in general population outdoor recreation, jobs, and programming<br>• Interactions: Monthly documented assessment by the Psychiatrist; Daily rounds by RTU treatment coordinator; Bi-weekly documented individual counseling by RTU Treatment Coordinator; 1 transitional group each week | No L4 |

*Note: the out-of-cell time requirements provided in AR 633 do not require any structured activities.*

**Stabilization Unit (SU):**

| Topic | AR632 | Plaintiffs' ORO, Ex. A |
|---|---|---|
| Placement | **V.B:** SU admission and discharge decisions will be clinical decisions of the SU staff. Inmates who have not been admitted to the SU will not be housed on the units. If the Warden authorizes such placement of non-SU inmates due to emergency security concerns, the ADOC Director of Treatment will be notified immediately.<br><br>**V.D**: SU Admission Criteria includes:<br>• Inmate demonstrating signs of acute psychosis that do not improve after three working days of treatment by institutional mental health staff<br>• An inmate presenting imminent risk of danger to self or others that does not subside after three working days of crisis intervention by institutional mental health staff | **4.4.1:** Placement of any patient in the SU must be based on clinical judgment. Prisoners assigned to restrictive housing but are not in need of SU level care are prohibited from being placed in the SU units. A patient may be admitted to the SU from any ADOC facility or an inpatient hospital. |

| | | |
|---|---|---|
| | • Inmates with serious mental illness, who have stopped accepting medication, who are exhibiting signs of deterioration and continuing to refuse medication after intervention by institutional mental health staff<br>• Inmates whose out-of-control behavior is assessed by mental health staff as potentially related to serious mental illness. | |
| Initial Assessment | **V.E.1.b-d:**<br>Initial Nursing Assessment, within 4 hours of the inmate's admission to the unit.<br><br>The Psychiatrist must complete an initial assessment of the inmate within 1 working day of admission. | **4.4.1:**<br>A mental health nurse must complete the initial nursing assessment within 4 hours of a patient's admission to the SU.<br><br>A psychiatrist or CRNP must complete the initial psychiatric assessment as follows:<br>• If a patient's SU admission occurs between 7 a.m. on Monday and 3 p.m. on Friday, then the psychiatric assessment will occur within 24 hours of a patient's admission to the SU<br>• If a patient's SU admission occurs after 3 p.m. on a Friday or on a weekend or holiday, then:<br>  • A psychiatrist or CRNP will enter initial orders for the patient based upon a telephone consultation with a mental health nurse after the nursing assessment; and<br>  • The psychiatric assessment will occur on the next business day following the date of the patient's SU admission.<br><br>A counselor (licensed MHP or psychologist) must complete a mental health assessment within 24 hours of a patient's admission to the SU. |
| Treatment Plans | **V.E.2.b:** Finalized within 2 working days of the inmate's placement | **4.4.2:** Finalized within 2 working days of the inmate's placement |
| Treatment Plan Reviews | **V.E.2.d:** Reviewed no less than weekly while the inmate is housed on the unit | **4.4.3:** not to exceed 3 days |

13

| Treatment | Out of cell time: **V.C.1:** same out-of-cell time as other inmates of the same security level unless restricted by treatment team decisions based on the inmate's current clinical condition<br><br>Interactions: **V.E.3:**<br>• Psychiatrists: cell rounds daily Monday-Friday complete cell rounds daily, confidential meeting at least once a week<br>• Psychologist/Licensed MHP: confidential session at least once weekly, other counseling contacts at least twice a week<br>• Mental health nurse: contacts each shift during the first 7 days on SU<br>• Treatment coordinator: no less than 15 minutes of contact with the inmates daily Monday-Friday | Out of cell time: **4.4.4:** 10 hours of structured, therapeutic out-of-cell time and 10 hours of unstructured out-of-cell time per week<br><br>Interactions: **4.4.4.:**<br>• Psychiatrist or CRNP: confidential meetings at least 3 times per week (at least 1 of which with psychiatrist)<br>• Psychologist/Licensed MHP: daily confidential, out-of-cell counseling<br>• Mental health nurse: daily interaction |
|---|---|---|
| Discharge | **V.F.1.a:** Inmate's behavior and self-report indicating acute psychiatric distress being minimized and marginal functioning being attained. These inmates will typically be transferred to an RTU.<br><br>**V.F.1.b:** Inmate continues to exhibit risk issues, acute psychosis and/or serious distress and having not responded to SU treatment in one month will be referred to a state psychiatric hospital for impatient care. | **4.4.7:** From the SU, a patient may be discharged to an RTU (any level), an inpatient psychiatric hospital, or to general population.<br><br>**4.4.6:** On the 30th day, if the patient has not stabilized sufficiently to be transferred to the RTU or general population, then the treatment team and the mental health vendor's psychiatric director must consider hospitalization and may recommend hospitalization if clinically appropriate. Reconsideration of hospital-level care must occur at least every 15 days thereafter |

**Residential Housing Unit (RHU):**

| Topic | AR624 | Plaintiffs' ORO, Ex. A |
|---|---|---|
| Mental Health Rounds | **V.A:** by ADOC psychologist or psych associate at least twice weekly, and once during Segregation Review Board rounds; by contract mental health staff at | **5.2.2:** at least weekly between 7 am – 7 pm by a QMHP |

14

<table>
<tr><td></td><td>

least twice weekly, and once during Segregation Review Board rounds

**V.A.3:** Includes:
- A brief interview with each inmate housed in Segregation
- Ensuring that the cell door window provides an unobstructed view of the inmate and housing unit
- Making visual contact with the inmate
- Assessing the inmate's presentation to include mood, affect, compliance with treatment, personal hygiene, and level of functioning
- Evaluating the condition of the housing unit

Documentation:
- Signing ADOC Form 434-A, Segregation Unit Record Sheet, for each inmate seen
- Referring inmates with non-emergency mental health needs for routine follow-up as necessary by completing ADOC Form MH- 008, *Referral to Mental Health.*
- Referring inmates with immediate mental health needs verbally to the institution's Supervising Psychologist/Psychiatrist and completing ADOC Form MH-008, *Referral to Mental Health.*
- Noting on ADOC Form MH-038, *Mental Health Segregation Rounds Log*
- Documenting in the inmate's medical file on ADOC Form MH- 040,

</td><td>

Includes:
- Review duty post logs and segregation unit record sheets for information about prisoners' participation in recreation, showers, meal consumption and sleep pattern
- Discussion with the post officer(s) as to whether they have noticed any behavior changes
- Stopping at every cell and making visual contact with the inmate(s) inside the cell
- Verbal communication with the inmate including a brief inquiry into how the inmate is doing, whether they need to talk to mental health privately or have any other mental health need
- Briefly viewing the condition of the inmate's hygiene, behavior, affect, physical condition and the condition of the cell

Documentation:
- QMHP notation of the date and time of entry and exit on the RHU Correctional Officer Duty Post Log
- a brief notation about each patient in the RHU on the Mental Health Rounds Form
- If significant change in the inmate's condition or additional mental health follow-up indicated, a brief progress note will also be entered in the specific inmate's medical record
- MH rounds forms must be chronologically filed and maintained by the MH manager

</td></tr>
</table>

15

| | | |
|---|---|---|
| | *Progress Notes* only if there is a critical incident or a significant change in the inmate's functioning<br>• ADOC Form MH-038, Mental Health Segregation Rounds Log, shall be maintained by the staff conducting the rounds | |
| Treatment | **V.A.5-6:** During MH rounds, inmates will be referred for treatment if:<br>• With non-emergency mental health needs for routine follow-up as necessary<br>• With immediate mental health needs verbally to the institution's Supervising Psychologist/Psychiatrist | **5.2.5:** Placement in an RHU must not be a basis for denying or delaying the patient's access to the interventions prescribed in their treatment plan or for deferring prescription of such interventions until after the patient is released from the RHU. Patients confined in restrictive housing must continue to minimally receive the same treatment interventions they received prior to placement in an RHU, or more frequent/intensive interventions if clinically indicated. |
| Removal | **V.A.6.b:** Inmates with an immediate mental health need will be transferred to a crisis cell, if necessary. | **5.2.6:** Mental health staff have the authority to have any prisoner removed from an RHU if it is determined that continued placement is contraindicated as evidenced by changes in the prisoner's mental state and functioning.<br><br>If a prisoner in an RHU has a newly diagnosed SMI as a result of the assessment or a QMHP determines that their continued placement in the RHU is contraindicated, then that prisoner must be removed from the RHU within 72 hours. Removal must occur sooner if the mental health professional determines the need is more urgent or an emergency. |

**Clinical (Psychiatrist or CRNP) Meetings:**

| Topic | AR623, AR624, AR632, AR 633 | Plaintiffs' ORO, Ex. A |
|---|---|---|
| Outpatient | **623.V.B.3:** Monitoring by psychiatrist not less than every 90 days | **4.1.3.2:** MH-B: if prescribed psychiatric medications, then intervals not exceeding 90 days |
| | | **4.1.3.3:** MH-C: if prescribed psychiatric medications, then intervals not exceeding 90 days |
| RTU | **633-Addendum C:** | |

16

| | | |
|---|---|---|
| | • L1: Daily cell-front interaction when psychiatrist is on-site<br>• L2: Weekly documented assessment by psychiatrist<br>• L3: Monthly documented assessment by psychiatrist<br><br><br>• L4: Monthly documented assessment by psychiatrist | • L1: **4.3.4.3:** Confidential, out-of-cell meetings at least 3 times a week<br>• L2: **4.3.5.3:** Confidential, out-of-cell meetings at least weekly<br>• L3: **4.3.6.3:** confidential meetings at intervals not to exceed 14 days for the first 6 weeks on L3. After 6 weeks, if appropriate, can reduce to the frequency to intervals not to exceed 30 days<br>• No L4 |
| SLU | N/A | **4.2.4:** Based on outpatient MH code |
| SU | **632-V.E.3.a:** Confidential meeting at least once a week | **4.4.4:** Confidential, out-of-cell meetings at least 3 times a week |
| RHU | **624.V.A.5-6:** During MH rounds, inmates will be referred for treatment (possibly clinical appointment) if:<br>• With non-emergency mental health needs for routine follow-up as necessary<br>With immediate mental health needs verbally to the institution's Supervising Psychologist/Psychiatrist | **5.2.5:** Must continue to minimally receive the same treatment interventions they received prior to placement in an RHU, or more frequent/intensive interventions if clinically indicated. |

**Counseling (Psychologist or Licensed MHP) Meetings:**

| Topic | AR623, AR624, AR632, AR 633 | Plaintiffs' ORO, Ex. A |
|---|---|---|
| Outpatient | **623.V.B.3:** Monitoring by psychiatrist not less than every 90 days | **4.1.3.2:** MH-B: at least every 90 days |
| | | **4.1.3.3:** MH-C: interval of every 30-60 days |
| RTU | **633.Addendum C:**<br>• L1: daily cell-front interaction with psychiatrist (when on site)<br><br>• L2: weekly documented assessment by psychiatrist, weekly documented individual counseling by RTU treatment coordinator<br><br>• L3: monthly documented assessment by psychiatrist, bi-weekly counseling by RTU treatment coordinator | • L1: **4.3.4.3:** at least 3 confidential, out-of-cell counseling sessions each week with psychologist or licensed MHP<br>• L2: **4.3.5.3:** at least weekly confidential, out-of-cell counseling sessions with psychologist or licensed MHP<br><br>• L3: **4.3.6.3:** confidential counseling sessions with the psychologist or licensed MHP at intervals not to exceed 14 days for the first 6 weeks on L3. After 6 weeks, if appropriate, the counselor can reduce to the frequency to intervals not to exceed 30 days |

|  |  |  |
|---|---|---|
|  | • L4: monthly documented assessment by psychiatrist, bi-weekly counseling by RTU treatment coordinator | • No L4 |
| SLU | N/A | **4.2.4:** Based on outpatient MH code |
| SU | **632.V.3.b:** counseling session conducted in a confidential setting no less than weekly | **4.4.4:** daily confidential, out-of-cell counseling sessions |
| RHU | **624.V.A.5-6:** During MH rounds, inmates will be referred for treatment (possibly counseling) if:<br>• With non-emergency mental health needs for routine follow-up as necessary<br>• With immediate mental health needs verbally to the institution's Supervising Psychologist/Psychiatrist | **5.2.5:** Must continue to minimally receive the same treatment interventions they received prior to placement in an RHU, or more frequent/intensive interventions if clinically indicated. |