IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| EDWARD BRAGGS, et al.,       ) | |
| ) | |
|     Plaintiffs,              ) | |
| ) | CIVIL ACTION NO. |
|     v.                       ) | 2:14cv601-MHT |
| ) | (WO) |
| JEFFERSON S. DUNN, in his   ) | |
| official capacity as        ) | |
| Commissioner of             ) | |
| the Alabama Department of   ) | |
| Corrections, et al.,        ) | |
| ) | |
|     Defendants.              ) | |

### ORDER

Upon review of the plaintiffs' amended statement regarding the status of motions, objections, and exhibits (Doc. 3295), it is ORDERED as follows:

(1) The plaintiffs' motion to strike (Doc. 3261) is denied as moot.

(2) The plaintiffs' motion in limine (Doc. 3231) is denied as moot.

(3) The court's previous order for a *Daubert* hearing regarding defendants' expert Greg Schumann (Doc. 3256)

is vacated, and the plaintiffs' *Daubert* motion to strike (Doc. 3232) is denied as moot.

(4) The plaintiffs' objection to newly disclosed witnesses (Doc. 3272) is denied as moot.

(5) Based on the plaintiffs' representation that they have withdrawn all the exhibits from May 24, 2021, through June 4, 2021, to which the defendants objected, the defendants' objections to those exhibits (Doc. 3283) are overruled as moot.

(6) Based on the plaintiffs' representation that the parties have agreed to the admission of the exhibits listed in Exhibit A of the plaintiffs' amended statement (Doc. 3295-1), those exhibits are admitted.

DONE, this the 16th day of June, 2021.

                                  /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**