IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| EDWARD BRAGGS, et al., | ) | |
| | ) | |
|     Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:14cv601-MHT |
| | ) | (WO) |
| JEFFERSON S. DUNN, in his | ) | |
| official capacity as | ) | |
| Commissioner of | ) | |
| the Alabama Department of | ) | |
| Corrections, et al., | ) | |
| | ) | |
|     Defendants. | ) | |

### ORDER

The court previously issued an order emphasizing the importance of the Savages' recommendation that ADOC create an agency staffing unit and a leader for that unit and noting its concern that ADOC has not yet done so. *See* Order (Doc. 3296). Because this issue is critical, it is ORDERED that the defendants are to file status reports on their progress toward creating the unit and filling the unit head position on a bi-weekly basis, beginning at 5:00 p.m. on July 6, 2021.

DONE, this the 22nd day of June, 2021.

                                          /s/ Myron H. Thompson
                                       UNITED STATES DISTRICT JUDGE