# Exhibit A

| State's Proposed Definition of "Extenuating Circumstances" | Plaintiffs' Original Proposed Definition of "Exceptional Circumstances" | Plaintiffs' Original Proposed Definition of "Exceptional Circumstances" for Bibb | Plaintiffs' Revised Proposed Definition of "Exceptional Circumstances" |
|---|---|---|---|
| 1.12. "**Extenuating circumstance(s)**" means, as to an inmate with a SMI in the RHU, a situation in which (a) a SLU or a celled housing environment is temporarily unavailable to confine the inmate for disciplinary, protective, or other institutional reasons; (b) the inmate is temporarily awaiting transfer to a SLU or a celled housing environment for disciplinary, protective, or other institutional reasons; (c) a QMHP and correctional staff determine safety and security concerns (i.e., the inmate is a danger to himself / herself and/or other person) prevent the inmate from being adequately managed and housed in any other housing unit; (d) a QMHP determines movement from the RHU would be clinically detrimental to the inmate; or [e] the inmate refuses a general population or other housing assignment and placement in the RHU is not clinically contraindicated. | 9.2.2. "Exceptional Circumstances" refers to a circumstance when ADOC is unable to provide an appropriate alternative placement (*e.g.*, SLU or RTU) due to a lack of bed space for a prisoner with an SMI who needs to be placed in a closed cell for disciplinary, protective, or due to an institutional emergency under which the prisoner cannot be immediately transferred to an SLU or RTU, but whose placement in general population would create an unacceptable risk to the safety of any person.<br><br>9.2.3. When ADOC has determined a prisoner should be punished for a disciplinary infraction, the conduct that gave rise to the disciplinary proceeding is not itself an Exceptional Circumstance. | *Plaintiffs did not propose a different definition of "exceptional circumstances" for the provisions related to restrictive housing at Bibb Correctional Facility.* | 9.2.1  An "Exceptional Circumstance" refers to a circumstance in which ADOC is unable to provide an appropriate alternative placement to restrictive housing (e.g. an SLU), due to a lack of bed space, for a prisoner with an SMI who needs to be placed in a closed cell for disciplinary, investigative or preventative reasons, and whose placement in general population would create an unacceptable risk to the safety of any person. |
| **Doc. No. 3215 at 10** | **Doc. No. 3206 at 20** | **Doc. No. 3206 at 33-37** | |

| State's Proposed Timeframe for Removal from RHU | Plaintiffs' Original Proposed Timeframe for Removal from RHU | Plaintiffs' Original Proposed Timeframe for Removal from Bibb's RHU | Plaintiffs' Revised Proposed Timeframe for Removal from RHU |
|---|---|---|---|
| 12.5.7. <u>Removal of an Inmate from the RHU</u>. Mental-health staff may advise correctional staff to remove an inmate from the RHU if mental-health staff determines that continued placement of the inmate in restrictive housing is contraindicated as evidenced by changes in the inmate's mental state and functioning. In this situation, the inmate must be removed from the RHU within seventy-two (72) hours or sooner if a psychiatrist, psychologist, CRNP, or counselor determines the need for removal of the inmate from the RHU is urgent. An inmate removed by mental-health staff from the RHU as a result of decompensation or contraindication will be transferred to a mental-health setting appropriate for the level of mental-health services required by the inmate. | 9.2.1. If a prisoner has an SMI and the need for placement in restrictive housing arises, they must be moved to an SLU or RTU under the following timelines, unless Exceptional Circumstances apply, as defined below:<br><br>9.2.1.1. If the intent to place them in restrictive housing arises on any day before 3:00 p.m., they must be moved to an appropriate unit that day;<br><br>9.2.1.2. If the intent to place them in restrictive housing arises on any day after 3:00 p.m., they must be moved to an appropriate unit the next day.<br><br>9.2.4. If a prisoner with an SMI remains in restrictive housing beyond 48 hours, they must be provided the same level of treatment, services, and out-of-cell time as required in the SLU.<br><br>9.2.5. When transfer to the SLU or RTU is delayed due to an Exceptional Circumstance, ADOC must take all reasonable steps to resolve the Exceptional Circumstance and transfer the prisoner to the appropriate placement. The transfer must occur no later than five (5) calendar days after placement in restrictive housing. | 11.2.1. Prisoners with an SMI who are housed in Bibb's RHU absent exceptional circumstances must be moved to an RTU or SLU within forty-eight (48) hours of placement in the unit, excluding weekends and holidays. In the event of a holiday or weekend, the prisoner must be transferred before 12:00 p.m. on the next non-holiday or weekday.<br><br>11.2.1. Prisoners with an SMI who are housed in Bibb's RHU under exceptional circumstances must be removed from the RHU or transferred to an RTU or SLU as soon as practicable. Under no circumstance may ADOC house a prisoner with an SMI in RHU:<br><br>11.2.2.1. For more than thirty (30) days, or<br><br>11.2.2.2. When a clinician had determined that a prisoner's likelihood of decompensation requires a transfer to an RTU, SLU, or SU. | 9.2.2  When a prisoner with an SMI is placed in RHU due to an Exceptional Circumstance, the person must be transferred to an SLU, or to a mental health inpatient bed (RTU or SU) if clinically indicated, within five (5) calendar days.<br><br>9.2.3  If a prisoner has an SMI and the need for placement in restrictive housing arises, but no Exceptional Circumstance exists, the prisoner must remain out of restrictive housing or be moved to Mental Health Observation in a crisis cell until transport can be arranged to an SLU, or to a mental health inpatient bed (RTU or SU) if clinically indicated. This transport must occur within five (5) calendar days. |
| **Doc. No. 3215 at 54** | **Doc. No. 3206 at 19-21** | **Doc. No. 3206 at 33-34** | |