# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| EDWARD BRAGGS, et al. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>JEFFERSON DUNN, in his official )<br>capacity as Commissioner of the )<br>Alabama Department of Corrections, )<br>et al. )<br>)<br>Defendants. ) | CIVIL ACTION NO.<br>2:14-cv-00601-MHT-JTA<br>Judge Myron H. Thompson |

## PLAINTIFFS' EXHIBITS
## JUNE 28, 2021 – JULY 5, 2021

Plaintiffs hereby submit the following list of exhibits, including demonstrative exhibits, used and should be admitted during the week of June 28, 2021 – July 2, 2021 and July 5, 2021. All exhibits were provided to the Court and Defendants prior to their use in court. This list does not include any previously admitted exhibits. Although demonstrative exhibits are listed, Plaintiffs understand that the demonstrative exhibits are not evidence in the case. All other listed exhibits should be admitted into evidence.

### I. JULY 1, 2021

| | |
|---|---|
| P-2881 | Declaration of Jeffrey Metzner, MD |
| P-4305 | Deposition Transcript of Dr. Jeffrey Metzner (April 21, 2021) |

| P-4306 | Mental Health Consideration for Segregated Inmates (2015) |
|---|---|
| P-4307 | SMI RHU Report September 8, 2020 |
| P-4308 | SMI RHU Report November 10, 2020 |
| P-4309 | SMI RHU Report November 17, 2020 |
| P-4310 | SMI RHU Report December 22, 2020 |
| P-4311 | SMI RHU Report January 12, 2021 |
| P-4312 | SMI RHU Report January 26, 2021 |
| P-4313 | Suicide Watch to RHU Report September 2020 |
| P-4314 | Suicide Watch to RHU Report February 2021 |
| P-4315 | Suicide Watch to RHU Report March 2021 |
| P-4316 | Coleman Program Guide |
| P-4317 | Grubbs v. Weld Sheriff's Office |
| P-4318 | People v. Holmes Order |
| P-4319 | Deposition Transcript of Dr. Edward Kern (March 24, 2021) |
| Pl. Dem. 234 | Number of People with SMI in Segregation MAY 2021 (demonstrative) |
| Pl. Dem. 271 | Incident Reports for Serious Suicide Attempts |

## II. JULY 2, 2021

| P-2858 | Oxford Textbook of Correctional Psychiatry by Dr. Jeffrey Metzner; Ch. 14: Disciplinary Infractions and Restricted Housing |
|---|---|
| P-3285 | Charles Braggs Supplemental Mental Health Records |
| P-3953 | Dewayne Hicks Mental Health Records |
| P-4182 | SW discharge approval email |
| P-4295 | A.D. MH-004 |
| P-4320 | SMI RHU Report November 3, 2020 |
| P-4321 | SMI RHU Report December 8, 2020 |
| P-4322 | SMI RHU Report December 15, 2020 |

| | |
|---|---|
| P-4310 | SMI RHU Report December 22, 2020 |
| P-4323 | Weekly Segregation Report June 22, 2021 |
| P-4324 | Weekly Segregation Report June 29, 2021 |
| P-4325 | SMI RHU Report June 22, 2021 |
| P-3873 | Email - SW to RHU placement |
| P-4295 | A. D. MH-004 |
| P-3285 | Charles Braggs Supplemental Mental Health Records |
| P-4119 | Charles Braggs notes |
| P-3882 | Recommended Staffing Ratios for Mental Health Services |
| Pl. Dem. 260 | Danny Tucker (demonstrative) |
| Pl. Dem. 264 | Suicides in ADOC from September 2019 to May 2021 (demonstrative) |
| D-3927 | Wexford Monthly Report January 2021 |
| D-3928 | Wexford Monthly Report February 2021 |
| D-3644 | ADOC policy on SMI designation |

## III.   July 5, 2021

| | |
|---|---|
| Doc. 2301-1 | Contempt Stipulations |
| Doc. 2688-1 | Mental Health Staffing Stipulations |
| Doc. 3227-1 | Quarterly Mental Health Staffing Report January 2021 to March 2021 |
| P-4326 | Weekly Segregation Report for March 30, 2021 |
| P-4327 | Weekly Segregation Report June 8, 2021 |
| P-4328 | Weekly Segregation Report November 3, 2020 |
| P-4329 | Weekly Segregation Report December 1, 2020 |
| P-4330 | Weekly Segregation Report December 29, 2020 |
| P-4331 | Weekly Segregation Report January 12, 2021 |
| P-4332 | Solitary Confinement and Mental Illness in US Prisons |

| Pl. Dem. 275 | Bibb Mental Health Staffing (demonstrative) |
|---|---|
| Pl. Dem. 276 | Easterling Mental Health Staffing (demonstrative) |
| Pl. Dem. 277 | Fountain Mental Health Staffing (demonstrative) |
| Pl. Dem. 278 | Hamilton Mental Health Staffing (demonstrative) |
| Pl. Dem. 279 | Holman Mental Health Staffing (demonstrative) |
| Pl. Dem. 280 | Limestone Mental Health Staffing (demonstrative) |
| Pl. Dem. 281 | St. Clair Mental Health Staffing (demonstrative) |
| Pl. Dem. 282 | Staton Mental Health Staffing (demonstrative) |
| Pl. Dem. 283 | Ventress Mental Health Staffing (demonstrative) |
| Pl. Dem. 284 | Kilby Mental Health Staffing (demonstrative) |

Dated:  July 6, 2021                              Respectfully Submitted,

                                                   /s/  Jasmin Mize
                                                  One of the Attorneys for Plaintiffs

Jasmin Mize*
**SOUTHERN POVERTY LAW CENTER**
Post Office Box 1287
Decatur, GA 30031-1287
Telephone: (404) 230-3167
Facsimile: (404) 221-5857
jasmin.mize@splcenter.org
*Admitted pro hac vice*

Lisa W. Borden
Ashley N. Austin

Jonathan Barry-Blocker
**SOUTHERN POVERTY LAW CENTER**
400 Washington Avenue
Montgomery, AL 36104
Telephone: (334) 956-8200
Facsimile: (334) 956-8481
lisawborden@gmail.com
ashley.austin@splcenter.org
jonathan.blocker@splcenter.org

Leslie Faith Jones*
**SOUTHERN POVERTY LAW CENTER**
111 East Capitol Street, Suite 280
Jackson, MS 39201
Telephone: (601) 948-8882
Facsimile: (334) 956-8281
leslie.jones@splcenter.org
*Admitted pro hac vice*

William G. Somerville, III
Patricia Clotfelter
**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ  PC**
420 20th Street North, Suite 1400
Birmingham, AL 35203
wsomerville@bakerdonelson.com
pclotfelter@bakerdonelson.com

William Van Der Pol, Jr.
Lonnie Williams
Barbara A. Lawrence
Andrea J. Mixson
Sophia L. Hoppock
**ALABAMA DISABILITIES ADVOCACY PROGRAM**
Box 870395
Tuscaloosa, AL  35487
Telephone: (205) 348-4928
Facsimile: (205) 348-3909
wvanderpoljr@adap.ua.edu

lwilliams@adap.ua.edu
blawrence@adap.ua.edu
amixson@adap.ua.edu
shoppock@adap.ua.edu

Rhonda Brownstein
**ALABAMA DISABILITIES ADVOCACY PROGRAM**
400 South Union Street, Suite 425
Montgomery, AL 36104
Telephone: (205) 579-4976
Facsimile: (334) 240-0996
rbrownstein@adap.ua.edu

Catherine E. Stetson*
Neal Kumar Katyal*
Jo-Ann Tamila Sagar*
Kristina Alekseyeva*
**HOGAN LOVELLS US LLP**
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
cate.stetson@hoganlovells.com
neal.katyal@hoganlovells.com
jo-ann.sagar@hoganlovells.com
kristina.alekseyeva@hoganlovells.com
*Admitted pro hac vice*

Mark Whitburn*
**WHITBURN & PEVSNER, PLLC**
2000 East Lamar Boulevard, Suite #600
Arlington, TX  76006
Telephone: (817) 672-5453
Facsimile: (817) 653-4477
mwhitburn@whitburnpevsner.com
*Admitted pro hac vice*

Joshua Toll*
**KING & SPALDING LLP**
1700 Pennsylvania Avenue NW, 2nd Floor
Washington, DC 20006-4707
Telephone: (202) 227-6138
Fascimile: (202) 626-3737
jtoll@kslaw.com
*Admitted pro hac vice*

Evan Diamond*
**KING & SPALDING LLP**
185 Avenue of the Americas, 34th Floor
New York, NY 10036
Telephone: (212) 556-2297
Fascimile: (212) 556-2222
ediamond@kslaw.com
*Admitted pro hac vice*

Edward Bedard*
**KING & SPALDING LLP**
1180 Peachtree Street NE, Suite 1600
Atlanta, GA 30309
Telephone: (404) 572-3127
Fascimile: (404) 572-5100
ebedard@kslaw.com
*Admitted pro hac vice*

Rachel Rubens*
**KING & SPALDING LLP**
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1210
rrubens@kslaw.com
*Admitted pro hac vice*

**ATTORNEYS FOR THE PLAINTIFFS**

/s/ Anil A. Mujumdar
Anil A. Mujumdar
Attorney for Plaintiff
Alabama Disabilities Advocacy Program


Anil A. Mujumdar
**DAGNEY JOHNSON LAW GROUP**
2170 Highland Avenue, Suite 250
Birmingham, AL 35213
Telephone: (205) 590-6986
Facsimile: (205) 809-7899
anil@dagneylaw.com

**ATTORNEY FOR PLAINTIFF ALABAMA DISABILITIES ADVOCACY PROGRAM**

**CERTIFICATE OF SERVICE**

I hereby certify that I have on this 6th day of July, 2021, electronically filed the foregoing with the Clerk of the Court via the CM/ECF System, which will send a notice of electronic filing to the following:

David R. Boyd, Esq.
John G. Smith, Esq.
Balch & Bingham LLP
Post Office Box 78
Montgomery, AL 36101-0078
dboyd@balch.com
jgsmith@balch.com

Steven C. Corhern, Esq.
Balch & Bingham LLP
Post Office Box 306
Birmingham, AL 35201-0306
scorhern@balch.com

Joseph G. Stewart, Jr., Esq.
Stephanie Lynn Dodd Smithee, Esq.
Alabama Department of Corrections
Legal Division
301 South Ripley Street
Montgomery, AL 36104
joseph.stewart@doc.alabama.gov
stephanie.smithee@doc.alabama.gov

Philip Piggott, Esq.
Webster Henry
Two Perimeter Park South
Suite 445 East
Birmingham, AL 35243
ppiggott@websterhenry.com

Justin A. Barkley, Esq.
Wexford Health Sources, Inc.
85-B Spectrum Cove
Alabama, AL 32007
justin.barkley@wexfordhealth.com

William R. Lunsford, Esq.
Matthew Reeves, Esq.
Stephen C. Rogers, Esq.
Kenneth S. Steely, Esq.
La Kiesha W. Butler, Esq.
Maynard, Cooper & Gale, P.C.
655 Gallatin Street, SW
Huntsville, AL 35801
blunsford@maynardcooper.com
mreeves@maynardcooper.com
srogers@maynardcooper.com
ksteely@maynardcooper.com
lbutler@maynardcooper.com

Luther M. Dorr, Jr., Esq.
Maynard, Cooper & Gale, P.C.
1901 6th Avenue North, Suite 2400
Birmingham, AL 35203
rdorr@maynardcooper.com

Deana Johnson, Esq.
Brett T. Lane, Esq.
MHM Services, Inc.
1447 Peachtree Street, N.E., Suite 500
Atlanta, GA 30309
djohnson@mhm-services.com
btlane@mhm-services.com

/s/ Jasmin Mize
One of the Attorneys for Plaintiff Class