IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
EDWARD BRAGGS, et al.,         )
                               )
    Plaintiffs,                )
                               )    CIVIL ACTION NO.
    v.                         )      2:14cv601-MHT
                               )          (WO)
JEFFERSON S. DUNN, in his      )
official capacity as           )
Commissioner of                )
the Alabama Department of      )
Corrections, et al.,           )
                               )
    Defendants.                )
```

ORDER

During the omnibus remedial hearing on July 9, 2021, the court requested that the parties file with the court briefs on several additional topics, all of which are due by 5:00 p.m. on July 15, 2021. The plaintiffs are to file an updated version of their proposed omnibus remedial order that is reorganized to eliminate duplication and suggestions regarding potential benchmarks for correctional staffing. The defendants are to file a final proposal on correctional staffing, to include a description of the agency staffing unit and the unit head role, a discussion of how the unit head will work with the Savages, and estimated dates by which

**ADOC believes it can create this unit and staff the unit head position.  In addition, both parties are to file briefs discussing whether the court has the legal authority to grant both the relief that they are requesting on staffing and the relief being requested by the other party.  These briefs should address both mental-health and correctional staffing, and they should also address what would happen if the court decides not to take any additional action on staffing.**

**DONE, this the 9th day of July, 2021.**

                                       /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**