# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| EDWARD BRAGGS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 2:14-cv-00601-MHT-JA |
| v. ) | |
| ) | District Judge Myron H. Thompson |
| JEFFERSON DUNN, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### THE STATE'S EXHIBITS
### (JULY 5, 2021)

In accordance with the Court's May 28, 2021 directive, Defendants JEFFERSON DUNN, in his official capacity as Commissioner of the Alabama Department of Corrections ("ADOC"), and DEBORAH CROOK, in her official capacity as ADOC's Deputy Commissioner for Health Services (collectively, the "State"), hereby submit the following exhibits utilized on July 5, 2021, and request that the Court admit the exhibits not previously admitted. (Hrg. Tr., May 28, 2021 (R.D.), at 192:22-193:13).

| Ex. No. | Description |
|---|---|
| P-4149 | SMI in RHU as of March 2, 2021 (Doc. No. 3145) |

The following exhibits utilized by the State on July 5, 2021 were previously admitted by the Court. (*See* Doc Nos. 3288, 3295-1, 3297, 3298, 3300, 3301, 3309,

3311, 3323, 3327).  Out of an abundance of caution, the State submits the following exhibits utilized during the re-direct examination of Dr. Jeffrey Metzner.

| Ex. No. | Description |
|---|---|
| P-3155 | Mental Health Housing List 7.31.2020 and 3.1.2021 (ADOC0585934-ADOC0586053) |
| P-3321 | Wexford Contract |

## Conclusion

For the reasons stated above and during the evidentiary hearing, the exhibits identified above are due to be admitted and should be considered by the Court in rendering its opinion and order regarding Phase 2A remedial relief.

Dated: July 12, 2021.

                                         */s/ William R. Lunsford*
                                         William R. Lunsford
                                         *Attorney for the Commissioner and*
                                         *Associate Commissioner*

William R. Lunsford
Matthew B. Reeves
Stephen C. Rogers
La Keisha Butler
Kenneth Steely
**Maynard, Cooper & Gale, PC**
655 Gallatin Street
Huntsville, AL 35801
Telephone: (256) 512-5710
Facsimile: (256) 512-0119
blunsford@maynardcooper.com
mreeves@maynardcooper.com
srogers@maynardcooper.com
lbutler@maynardcooper.com

ksteely@mayanrdcooper.com

Luther M. Dorr, Jr.
**MAYNARD, COOPER & GALE, PC**
1901 Sixth Avenue North
2400 Regions Harbert Plaza
Birmingham, AL 35203
Telephone: (205) 254-1178
Facsimile: (205) 714-6438
rdorr@maynardcooper.com

Joseph G. Stewart
Stephanie L. Smithee
**ALABAMA DEPARTMENT OF CORRECTIONS**
Legal Division
301 South Ripley Street
Montgomery, Alabama 36130
Telephone (334) 353-3884
Facsimile (334) 353-3891
joseph.stewart@doc.alabama.gov
stephanie.smithee@doc.alabama.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all attorneys of record in this matter, including without limitation the following, by the Court's CM/ECF system on this the 12th day of July, 2021.

Jonathan Blocker
Ashley Austin
Lisa W. Borden
**SOUTHERN POVERTY LAW CENTER**
400 Washington Avenue
Montgomery, Alabama 36104
Telephone: (334) 956-8200
Facsimile: (334) 956-8481
jonathan.blocker@splcenter.org
ashley.austin@splcenter.org
lisawborden@gmail.com

Jasmin Mize
**SOUTHERN POVERTY LAW CENTER**
Post Office Box 1287
Decatur, GA 30031
Telephone: (334) 956-8200
Facsimile: (334) 956-8481
jasmin.mize@splcenter.org

Leslie F. Jones
**SOUTHERN POVERTY LAW CENTER**
111 East Capitol Street
Suite 280
Jackson, MS 39201
Telephone: (601) 948-8882
Facsimile: (334) 956-8281

William Van Der Pol, Jr.
Lonnie J. Williams
Barbara A. Lawrence
Andrea J. Mixson
**ALABAMA DISABILITIES ADVOCACY PROGRAM**

Anil A. Mujumdar
**DAGNEY JOHNSON LAW GROUP**
2170 Highland Avenue, Suite 250
Birmingham, Alabama 35213
Telephone: (205) 729-8445
Facsimile: (205) 809-7899
anil@dagneylaw.com

Mark Whitburn
**WHITBURN & PEVSNER, PLLC**
2000 East Lamar Boulevard
Suite 600
Arlington, Texas 76006
Telephone: (817) 672-5453
Facsimile: (817) 653-4547

John G. Smith
David R. Boyd
**BALCH & BINGHAM LLP**
Post Office Box 78
Montgomery, AL 36101-0078
Telephone: (334) 834-6500
Facsimile: (866) 316-9461
jgsmith@balch.com
dboyd@balch.com

William G. Somerville III
Patricia Clotfelter
**BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC**
420 20th Street North
Suite 1400

University of Alabama
500 Martha Parham West
Box 870395
Tuscaloosa, Alabama 35487-0395
Telephone: (205) 348-6894
Facsimile: (205) 348-3909
wvanderpoljr@adap.ua.edu
lwilliams@adap.ua.edu
blawrence@adap.ua.edu
amixson@adap.ua.edu

Joshua C. Toll
**KING & SPALDING, LLP**
1700 Pennsylvania Avenue NW
2nd Floor
Washington, DC 20006
Telephone: (202) 227-6138

Evan Diamond
**KING & SPALDING, LLP**
1185 Avenue of Americas
34th Floor
New York, NY 10036
Telephone: (212) 556-2297

Edward A. Bedard
**KING & SPALDING, LLP**
1180 Peachtree Street NE
Suite 1600
Atlanta, GA 30309
Telephone: (404) 572-3127

Rachel Rubens
**KING & SPALDING, LLP**
50 California Street
Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1210

Birmingham, Alabama 35203
Telephone: (205) 244-3863
Facsimile: (205) 488-3863
wsomerville@bakerdonelson.com
pclotfelter@bakerdonelson.com

Neal K. Katyal
Catherine E. Stetson
Jo-Ann T. Sagar
**HOGAN LOVELLS US LLP**
555 13th Street NW
Washington, DC 20004
Telephone: (202) 637-5528
Facsimile: (202) 637-5910

Kristina Alekseyeva
**HOGAN LOVELLS US LLP**
390 Madison Avenue
New York, NY 10017
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
kristina.alekseyeva@hoganlovells.com

Justin A. Barkley
**WEXFORD HEALTH SOURCES, INC.**
85-B Spectrum Cove
Alabaster, AL 32007
Telephone: (205) 605-7444
Facsimile: (205) 605-7443
Justin.barkley@wexfordhealth.com

Rhonda Brownstein
**ALABAMA DISABILITIES ADVOCACY PROGRAM**
400 South Union Street
Suite 425
Montgomery, AL 36104
Telephone: (205) 579-4976
Facsimile: (334) 240-0996
rbrownstein@adap.ua.edu

Deana Johnson
Brett T. Lane
**MHM SERVICES, INC.**
1447 Peachtree Street NE
Suite 500
Atlanta, GA 30309
Telephone: (404) 347-4134
Facsimile: (404) 347-4138
djohnson@mhm-services.com
btlane@mhm-services.com

*/s/ William R. Lunsford*
Of Counsel