IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| EDWARD BRAGGS, et al., )<br>)<br>   Plaintiffs, )<br>)<br>   v. )<br>)<br>JEFFERSON S. DUNN, in his )<br>official capacity as )<br>Commissioner of )<br>the Alabama Department of )<br>Corrections, et al., )<br>)<br>   Defendants. ) | CIVIL ACTION NO.<br>2:14cv601-MHT<br>(WO) |

**ORDER**

The court previously ordered that plaintiffs are to file an updated version of their proposed omnibus remedial order that is reorganized to eliminate duplication by 5:00 p.m. on July 15, 2021. *See* Order (Doc. 3333). Based on the representations made on the record during the conference call on July 12, 2021, it is ORDERED that the plaintiffs' updated proposed order will now be due by 5:00 p.m. on July 13, 2021.

DONE, this the 13th day of July, 2021.

                                         /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**