IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| EDWARD BRAGGS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:14cv601-MHT |
| | ) | (WO) |
| JEFFERSON S. DUNN, in his | ) | |
| official capacity as | ) | |
| Commissioner of | ) | |
| the Alabama Department of | ) | |
| Corrections, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Based on the plaintiffs' representation in their response (Doc. 3345) to the defendants' list of exhibits from July 5, 2021 (Doc. 3334) that they do not object to the admission of those exhibits, it is ORDERED that the exhibits at issue are admitted. Counsel for the parties are reminded to confer with the courtroom deputy forthwith to confirm that the record correctly reflects

which exhibits have been admitted during the hearing, from the beginning to the end.

DONE, this the 15th day of July, 2021.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE