**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | | |
|---|---|---|
| **EDWARD BRAGGS, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **CIVIL ACTION NO.** |
| **v.** | ) | **2:14cv601-MHT** |
| | ) | **(WO)** |
| **JEFFERSON S. DUNN, in his** | ) | |
| **official capacity as** | ) | |
| **Commissioner of** | ) | |
| **the Alabama Department of** | ) | |
| **Corrections, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER**

Upon review of the parties' briefs regarding the court's authority to grant relief regarding correctional and mental-health staffing, it is ORDERED that the court will consider modifications to the understaffing remedial order (Doc. 1657) in the course of resolving the issues presented in the Phase 2A omnibus remedial hearings. The court agrees with the State that the understaffing remedial order "may be revised at any time before the entry of a judgment adjudicating all the claims and all

the parties' rights and liabilities." Fed. R. Civ. P. 54(b).

DONE, this the 16th day of July, 2021.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE