IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
EDWARD BRAGGS, et al.,        )
                              )
       Plaintiffs,            )
                              )        CIVIL ACTION NO.
       v.                     )         2:14cv601-MHT
                              )              (WO)
JEFFERSON S. DUNN, in his     )
official capacity as          )
Commissioner of               )
the Alabama Department of     )
Corrections, et al.,          )
                              )
       Defendants.            )
```

ORDER

It is ORDERED that the plaintiffs' motion for leave

to file supplemental evidence (Doc. 3389) is denied to

the extent that the plaintiffs seek to have the evidence

admitted as part of the evidentiary record for the

recently concluded omnibus remedial proceedings.  While

this evidence may be relevant for another purpose, and

the plaintiffs may refile it for that purpose, the court

will not consider it when resolving the issues presented

during the omnibus remedial hearings.

DONE, this the 9th day of August, 2021.

_____/s/ Myron H. Thompson_____
UNITED STATES DISTRICT JUDGE