## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **EDWARD BRAGGS, *et al.*,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **Case No. 2:14-cv-00601-MHT-JA** |
| **v.** | ) | |
| | ) | **District Judge Myron H. Thompson** |
| **JEFFERSON DUNN, *et al.*,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## THE STATE'S SEPTEMBER 28, 2021, STATUS
## REPORT REGARDING AN AGENCY
## STAFFING UNIT AND LEADER FOR SUCH A UNIT

Pursuant to the Court's June 22, 2021 Order (Doc. No. 3302), Defendants Jefferson Dunn ("Commissioner Dunn"), in his official capacity as Commissioner of the Alabama Department of Corrections ("ADOC"), and Deborah Crook ("Deputy Commissioner" and, collectively with Commissioner Dunn, the "State"), in her official capacity as ADOC's Deputy Commissioner, Office of Health Services, hereby submit this status update regarding "specific steps the State is taking now to establish that unit [staffing agency] and to create and staff the unit head position." (Doc. No. 3363 at 1). As outlined below, the Parties' continuing disputes regarding the qualifications, duties, and responsibilities of the "agency staffing unit head" require resolution by the Court and directly impact ADOC's ability to create and fill such a position. Nevertheless, ADOC continues to work

through its internal and, as necessary, external procedures for establishing an "agency staffing unit head."

For example, ADOC continues to interview potential candidates for working within the agency staffing unit.  On September 2, 2021, ADOC interviewed seven (7) individuals as potential candidates for serving within an agency staffing unit. ADOC interviewed another thirteen (13) applicants on September 20, 2021. Although ADOC has not yet identified a suitable candidate for serving within the agency staffing unit, ADOC continues to explore measures for identifying individuals for serving in that unit.

Members of ADOC's Operations and Personnel Divisions also continue to engage in an ongoing dialogue to review existing classifications and open positions that might provide the qualifications, duties, and responsibilities for an "agency staffing unit head."  This dialogue has led to an initial identification of existing classifications that *may* suffice for an "agency staffing unit head" position, but ADOC continues to complete its internal review before finalizing a proposal to the Alabama State Personnel Department ("State Personnel").   In short, ADOC continues to assess whether an existing classification would suffice for the "agency staffing unit head," what level of classification might be necessary, whether a position is currently open at that classification, and whether current staff are qualified for the position.

2

In addition, a variety of ADOC officials, including representatives from the Operations and Personnel Divisions, held multiple conversations with a variety of different representatives with the State Personnel related to this issue. Among other things, the conversations with State Personnel representatives outlined the qualifications, duties, and responsibilities that the "agency staffing unit head" *might* involve. The recent conversations with State Personnel representatives also involved preliminary discussions related to whether the "agency staffing unit head" position would require the creation of a new classification, or the revision of an existing classification. If ADOC identifies any existing classification for the "agency staffing unit head," the State currently expects ADOC will require State Personnel's approval for "releasing" the classification(s) for use as an "agency staffing unit head" rather than its currently identified purpose. ADOC cannot control how long State Personnel may take in deliberating over whether to "release" a classification or if State Personnel ultimately approves repurposing a classification.

Plaintiffs unfortunately continue to dispute the qualifications, duties, and responsibilities of the "agency staffing unit head" position, hamstringing ADOC's ability to move forward and resolve its discussions with State Personnel or internal review. (See, e.g., Hrg. Tr., July 7, 2021 (R.D.), at 44:6-47:19 (counsel disagreeing over the responsibilities of the "agency staffing unit head")). For example, Plaintiffs now demand the "immediate" appointment of an "agency staffing unit head" within

3

ADOC, while also demanding "completion of an updated staffing analysis from the Savages, *in collaboration with Plaintiffs' experts, within the briefest possible time*." (Plaintiffs' July 16, 2021, Post-Trial Brief (the "Post-Trial Brief" or "Plts.' Br.") at 343) (emphasis added). Meg Savage testified that updating the 2018 correctional staffing analysis constituted one of the primary responsibilities of the "agency staffing unit head." (Hrg. Tr., June 17, 2021 (R.D.), at 127:17-128:2). Plaintiffs do not explain their understanding of the purpose and responsibilities of the "agency staffing unit head" (beyond *not* updating the staffing analysis), but persist in opposing the State's proposal based on Ms. Savage's input. (Id.; Plts.' Br. at 341-343). It remains impossible for ADOC to finalize any understanding of the qualifications, duties, and responsibilities of the "agency staffing unit head" pending the Court's resolution of the correctional staffing dispute.

Furthermore, Plaintiffs' demand for the "immediate" appointment of the "agency staffing unit head" conflicts with the reality of state law. As the Court may recall from the testimony of Ruth Naglich during the remedial hearing on staffing, ADOC must comply with State Personnel guidelines in creating and filling positions. (Hrg. Tr., Nov. 29, 2017, at 26:18-29:19 (testifying about the procedures involved in creating and filling positions within the Office of Health Services)). With respect to a new classification, ADOC must submit "the job description[ ]" for "final approval from state personnel." (Id. at 28:6-14). Following State Personnel's

4

approval of the new position classification, State Personnel creates a register for candidate applications.  (Id. at 28:6-14).  Only then would ADOC be able to interview and possibly hire someone for the new classification.  (Id. at 28:6-14).  The process for creating and filling a new classification position may involve "six months to a year."  (Id. at 26:18-28:14).  Similar State Personnel restrictions limit ADOC's ability to simply reassign a current employee to fill any "agency staffing unit head" position or repurpose an existing ADOC classification for use as an "agency staffing unit" position.

The State intends to continue moving forward with respect to the "agency staffing unit head" position.  As a general matter, depending on the entry of a final remedial order related to correctional staffing, the State expects the following timeline to apply to the "agency staffing unit head" position:

> ❖ Within 21 days of the entry of any final Phase 2A omnibus remedial order: Finalize the duties and responsibilities of the "agency staffing unit head";
>
> ❖ Within 14 days of finalizing the duties of the "agency staffing unit head" or as soon as ADOC receives any necessary final approvals for the creation of this positon, including approval through State Personnel: Create the "agency staffing unit head" position; and
>
> ❖ Within 30 days after creation of the "Staffing Head" position: Fill the "agency staffing unit head" position with at least an interim "agency staffing unit head."

5

The State expects that the Court's resolution of the Parties' dispute on correctional

staffing will provide guidance for resolving the "agency staffing unit head" position.

Dated: September 28, 2021.

*/s/ Stephen C. Rogers*

Stephen C. Rogers
*Attorney for the State*

William R. Lunsford
Matthew B. Reeves
Stephen C. Rogers
La Keisha Butler
Kenneth Steely
**MAYNARD, COOPER & GALE, PC**
655 Gallatin Street
Huntsville, AL 35801
Telephone: (256) 512-5710
Facsimile: (256) 512-0119
blunsford@maynardcooper.com
mreeves@maynardcooper.com
srogers@maynardcooper.com
lbutler@maynardcooper.com
ksteely@mayanrdcooper.com

Luther M. Dorr, Jr.
**MAYNARD, COOPER & GALE, PC**
1901 Sixth Avenue North
2400 Regions Harbert Plaza
Birmingham, AL 35203
Telephone: (205) 254-1178
Facsimile: (205) 714-6438
rdorr@maynardcooper.com

Joseph G. Stewart
Stephanie L. Smithee
**ALABAMA DEPARTMENT OF CORRECTIONS**
Legal Division

6

301 South Ripley Street
Montgomery, Alabama 36130
Telephone (334) 353-3884
Facsimile (334) 353-3891
joseph.stewart@doc.alabama.gov
stephanie.smithee@doc.alabama.gov

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all attorneys of record in this matter, including without limitation the following, by the Court's CM/ECF system on this the 28th day of September, 2021.

Ashley N. Austin
Lisa W. Borden
**SOUTHERN POVERTY LAW CENTER**
400 Washington Avenue
Montgomery, Alabama 36104
Telephone: (334) 956-8200
Facsimile: (334) 956-8481
ashley.austin@splcenter.org
lisawborden@gmail.com

Jasmin Mize
**SOUTHERN POVERTY LAW CENTER**
Post Office Box 1287
Decatur, GA 30031
Telephone: (334) 956-8200
Facsimile: (334) 956-8481
jasmin.mize@splcenter.org

Leslie F. Jones
**SOUTHERN POVERTY LAW CENTER**
111 East Capitol Street
Suite 280
Jackson, MS 39201
Telephone: (601) 948-8882
Facsimile: (334) 956-8281

Bruce Hamilton
**SOUTHERN POVERTY LAW CENTER**
201 St. Charles Avenue
Suite 2000
New Orleans, LA 70170
Telephone: (504) 352-4398
Facsimile: (504) 486-8947

William Van Der Pol, Jr.
Lonnie Williams
Barbara A. Lawrence
Andrea J. Mixson
**ALABAMA DISABILITIES ADVOCACY PROGRAM**
University of Alabama
500 Martha Parham West
Box 870395
Tuscaloosa, Alabama 35487-0395
Telephone: (205) 348-6894
Facsimile: (205) 348-3909
wvanderpoljr@adap.ua.edu
blawrence@adap.ua.edu
lwilliams@adap.ua.edu
amixson@adap.ua.edu

Rhonda Brownstein
**ALABAMA DISABILITIES ADVOCACY PROGRAM**
400 South Union Street
Suite 425
Montgomery, AL 36104
Telephone: (205) 579-4976
Facsimile: (334) 240-0996
rbrownstein@adap.ua.edu

Sophia L. Hoppock
**ALABAMA DISABILITIES ADVOCACY PROGRAM**
2008 12th Street
Tuscaloosa, AL 35401
Telephone: (205) 539-2034
Facsimile: (205) 348-3909

Anil A. Mujumdar
**DAGNEY JOHNSON LAW GROUP**
2170 Highland Avenue, Suite 250
Birmingham, Alabama 35213
Telephone: (205) 729-8445
Facsimile: (205) 809-7899
anil@dagneylaw.com

John G. Smith
David R. Boyd
**BALCH & BINGHAM LLP**
Post Office Box 78
Montgomery, AL 36101-0078
Telephone: (334) 834-6500
Facsimile: (866) 316-9461
jgsmith@balch.com
dboyd@balch.com

Steven C. Corhern
**BALCH & BINGHAM LLP**
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 488-5708
scorhern@balch.com

Neal K. Katyal
Catherine E. Stetson
Jo-Ann Tamila Sagar
**HOGAN LOVELLS US LLP**
555 13th Street NW
Washington, DC 20004
Telephone: (202) 637-5528
Facsimile: (202) 637-5910

shoppock@adap.ua.edu

Mark Whitburn
**WHITBURN & PEVSNER, PLLC**
2000 East Lamar Boulevard
Suite 600
Arlington, Texas 76006
Telephone: (817) 672-5453
Facsimile: (817) 653-4547

Justin A. Barkley
**WEXFORD HEALTH SOURCES, INC.**
85-B Spectrum Cove
Alabaster, AL 32007
Telephone: (205) 605-7444
Facsimile: (205) 605-7443
Justin.barkley@wexfordhealth.com

William G. Somerville III
Patricia Clotfelter
**BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC**
420 20th Street North
Suite 1400
Birmingham, Alabama 35203
Telephone:  (205) 244-3863
Facsimile:  (205) 488-3863
wsomerville@bakerdonelson.com
pclotfelter@bakerdonelson.com

Deana Johnson
Brett T. Lane
**MHM SERVICES, INC.**
1447 Peachtree Street NE
Suite 500
Atlanta, GA 30309
Telephone: (404) 347-4134
Facsimile: (404) 347-4138
djohnson@mhm-services.com
btlane@mhm-services.com

Joseph G. Stewart
Stephanie L. Smithee
**ALABAMA DEPARTMENT OF**
**CORRECTIONS**
Legal Division
301 South Ripley Street
Montgomery, Alabama 36130
Telephone (334) 353-3884
Facsimile (334) 353-3891
joseph.stewart@doc.alabama.gov
stephanie.smithee@doc.alabama.gov

Rachel Rubens
**KING & SPALDING, LLP**
50 California Street
Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1210

Joshua C. Toll
**KING & SPALDING, LLP**
1700 Pennsylvania Avenue NW
2nd Floor
Washington, DC 20006
Telephone: (202) 227-6138

Evan Diamond
**KING & SPALDING, LLP**
1185 Avenue of Americas
34th Floor
New York, NY 10036
Telephone: (212) 556-2297

Edward A. Bedard
**KING & SPALDING, LLP**
1180 Peachtree Street NE
Suite 1600
Atlanta, GA 30309
Telephone: (404) 572-3127

*/s/ Stephen C. Rogers*
Of Counsel