IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| EDWARD BRAGGS, et al., | ) | |
| | ) | |
|    Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:14cv601-MHT |
| | ) | |
| JEFFERSON S. DUNN, in his | ) | |
| official capacity as | ) | |
| Commissioner of | ) | |
| the Alabama Department of | ) | |
| Corrections, et al., | ) | |
| | ) | |
|    Defendants. | ) | |

### ORDER

It appears that, because of the complexity of the issues presented, a Phase 2A Omnibus Remedial Opinion will not be entered by November 30, 2021, though an end is in sight.  Accordingly, it is ORDERED that another status conference is set for December 16, 2021, at 9:00 a.m. by videoconferencing.  If an opinion has been issued by then, the court will discuss the next steps in the litigation, and if one has not been, the court will update the parties as to the status of the litigation, including

how it is progressing on issuing an opinion, and whether the parties can help in any way.  The courtroom deputy shall arrange for the videoconference.

DONE, this the 29th day of November, 2021.

    /s/ Myron H. Thompson
  UNITED STATES DISTRICT JUDGE