IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| EDWARD BRAGGS, et al., )<br>)<br>   Plaintiffs, )<br>)<br>   v. )<br>)<br>JEFFERSON S. DUNN, in his )<br>official capacity as )<br>Commissioner of )<br>the Alabama Department of )<br>Corrections, et al., )<br>)<br>   Defendants. ) | CIVIL ACTION NO.<br>2:14cv601-MHT<br>(WO) |

### ORDER

Because the court neglected to give the plaintiffs an opportunity to respond to ADOC's consultants' "written clarification," *see* Order (Doc. 3442), it is ORDERED that the plaintiffs have until December 10, 2021, at 5:00 p.m., to respond.

DONE, this the 2nd day of December, 2021.

                                  /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE