IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
EDWARD BRAGGS, et al.,        )
                              )
    Plaintiffs,               )
                              )    CIVIL ACTION NO.
    v.                        )     2:14cv601-MHT
                              )         (WO)
JEFFERSON S. DUNN, in his     )
official capacity as          )
Commissioner of               )
the Alabama Department of     )
Corrections, et al.,          )
                              )
    Defendants.               )
```

                              ORDER

It is ORDERED that:

(1) A status conference is set for January 7, 2022, at 9:00 a.m., to discuss (a) the status of the ADA Phase of the litigation and (b) next steps to take in light of the Phase 2A Omnibus Remedial Opinions and Order entered on December 27 and 28, 2021 (Doc. 3461, Doc. 3462, Doc. 3463, Doc. 3464, and Doc. 3465).  Two business days before

this conference the parties are to submit separate reports on these two issues.

(2) Additional status conferences to discuss the status of implementation of said opinions and order are set for 9:00 a.m. on the following dates: May 13, August 12, and November 10, 2022; February 10, July 7, and November 17, 2023; February 9, July 12, and November 22, 2024; and February 7, 2025.

(3) Ten business days before each additional status conference, the parties are to submit separate reports giving an overview of what progress has been made, or not made; what steps, if any, they suggest should be taken; and any other specific issues the parties would like to be discussed.

(4) The courtroom deputy is to arrange for all these status conferences to be conducted by Zoom.

DONE, this the 28th day of December, 2021.

                                               /s/ Myron H. Thompson
                                           UNITED STATES DISTRICT JUDGE