IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| EDWARD BRAGGS, et al.,        )<br>                               )<br>    Plaintiffs,              )<br>                               )<br>    v.                         )<br>                               )<br>JOHN HAMM, in his              )<br>official capacity as           )<br>Commissioner of                )<br>the Alabama Department of      )<br>Corrections, et al.,           )<br>                               )<br>    Defendants.                ) | CIVIL ACTION NO.<br>2:14cv601-MHT<br>(WO) |

**ORDER ON ADA ASPECTS OF THE CASE**

Based on the representations made on the record at the status conference on January 7, 2022, and by agreement of the parties, it is ORDERED that the court will not at this time take further action regarding the ADA aspects of this case.  The court understands that the

parties will resort to the ADA consent decrees' dispute resolution process if and when that is appropriate.

Furthermore, so that the ADA aspects of this case do not fall through the cracks, it is ORDERED that:

(1) Additional status conferences are set for 9:00 a.m. on the following dates: May 13, August 12, and November 10, 2022; February 10, July 7, and November 17, 2023; February 9, July 12, and November 22, 2024; and February 7, 2025.

(2) Ten business days before each additional status conference, the parties are to submit separate reports giving an overview of what progress has been made, or not made; what steps, if any, they suggest should be taken; and any other specific issues the parties would like to be discussed.

(3) The courtroom deputy is to arrange for all these status conferences to be conducted by videoconferencing.

The intent of the court is to hold these additional triannual ADA status conferences in tandem with the additional triannual status conferences set by the court

on December 28, 2021 (Doc. 3467), for the Phase 2A Eighth Amendment Claim.

DONE, this the 14th day of January, 2022.

                                          /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE