# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| EDWARD BRAGGS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 2:14-cv-00601-MHT-JA |
| v. ) | |
| ) | District Judge Myron H. Thompson |
| JOHN HAMM, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## THE STATE'S JANUARY 18, 2022, STATUS REPORT REGARDING AN AGENCY STAFFING UNIT AND LEADER FOR SUCH A UNIT

Pursuant to the Court's June 22, 2021 Order (Doc. No. 3302) ("Order"), Defendants John Hamm ("Commissioner Hamm"), in his official capacity as Commissioner of the Alabama Department of Corrections ("ADOC"), and Deborah Crook ("Deputy Commissioner" and, collectively with Commissioner Hamm, the "State"), in her official capacity as ADOC's Deputy Commissioner, Office of Health Services, hereby submit this status update regarding "specific steps the State is taking now to establish that unit [staffing agency] and to create and staff the unit head position." (Doc. No. 3363 at 1). In accordance with the Order, the State reports as follows:

On January 10, 2022, ADOC completed efforts to create and fill an "agency staffing unit head" position by appointing Cheryl Price, Resource Planning

Coordinator to serve as the "agency staffing unit head." The concrete actions undertaken by ADOC to create and fill an "agency staffing unit head" position include the following:

- ❖ Holding numerous meetings between members of ADOC's Operations and Personnel Divisions to review existing classifications and open positions that might provide the qualifications, duties, and responsibilities for an "agency staffing unit head";

- ❖ Reaching an initial identification of existing classifications that *may* suffice for an "agency staffing unit head" position in preparation for finalizing a proposal to the Alabama State Personnel Department ("<u>State Personnel</u>") upon clarification of the position's duties and responsibilities;

- ❖ Engaging in multiple conversations with a variety of different State Personnel representatives related to an "agency staffing unit head" position;

- ❖ Undertaking preliminary discussions with State Personnel related to whether the "agency staffing unit head" position would require the creation of a new classification, or the revision of an existing classification;

- ❖ Interviewing seven (7) individuals on September 2, 2021, as potential candidates for serving within an agency staffing unit;

- ❖ Conducting interviews of another thirteen (13) applicants on September 20, 2021;

- ❖ Submitting a formal request to State Personnel on October 25, 2021, for the possible creation of a position that will provide the duties and

> responsibilities of the "agency staffing unit head" recommended by the Savages;
>
> ❖ Holding a meeting with State Personnel on November 17, 2021, and agreeing upon a process for reclassification of an existing position to establish the "agency staffing unit head" in Central Office;
>
> ❖ Identifying a current position for reclassification as the "agency staffing unit head" and preparing the formal request to reclassify and relocate the position to Central Office to submit to State Personnel for final approval;
>
> ❖ Submitting final administrative requirements to State Personnel on November 30, 2021, to complete the transfer of a position to Central Office and to reclassify the position to establish the "agency staffing unit head;"
>
> ❖ Monitoring the status of transferring and reclassifying the identified position, and following up with State Personnel on December 20, 2021, regarding the status of the establishment of the "agency staffing unit head;" and
>
> ❖ Creating the "agency staffing unit" and appointing Coordinator Price to serve as the "agency staffing unit head" on January 10, 2022.

On January 10, 2022, Commissioner Hamm finalized the creation of the "agency staffing unit" designating the unit as the "Resource Planning Unit," and appointed Coordinator Price to serve as the "agency staffing unit head." Coordinator Price will oversee the unit to focus on writing policy, enforcing staffing decisions, and developing updated staffing analysis for every facility. With the creation of the unit

3

and the appointment of the "agency staffing unit head," this should conclude the State's reporting requirements under the Order. The State's next reporting requirement concerning the "agency staffing unit" will be February 28, 2022 whereby the State must submit a proposal with "specific dates" for ADOC to create an agency staffing unit that will "(a) 'write policy, enforce the staffing decisions mandated by the court's order, and take steps so that another staffing analysis can be conducted for every facility,' and (b) work with the Savages to update its staffing analysis." (Doc. No. 3481 at 2; Doc. No. 3464 at §§ 2.1.1-2.1.3).[1]

Dated: January 18, 2022.

                                                                     */s/ Kenneth S. Steely*
                                                                     Kenneth S. Steely
                                                                     *Attorney for the State*

William R. Lunsford
Matthew B. Reeves
Stephen C. Rogers
La Keisha Butler
Kenneth S. Steely
**MAYNARD, COOPER & GALE, PC**
655 Gallatin Street
Huntsville, AL 35801
Telephone: (256) 512-5710
Facsimile: (256) 512-0119
blunsford@maynardcooper.com

---

[1] The State expressly preserves any and all objections and all available legal and equitable arguments in response to the Court's liability opinions and orders and the Court's remedial opinions and orders. The State does not waive any rights to appeal or otherwise challenge any order or opinion entered by the Court in this action, and the Court shall not use the State's submission of this or any other status report against it as an admission, waiver, or otherwise.

4

mreeves@maynardcooper.com
srogers@maynardcooper.com
lbutler@maynardcooper.com
ksteely@maynardcooper.com

Luther M. Dorr, Jr.
**MAYNARD, COOPER & GALE, PC**
1901 Sixth Avenue North
2400 Regions Harbert Plaza
Birmingham, AL 35203
Telephone: (205) 254-1178
Facsimile: (205) 714-6438
rdorr@maynardcooper.com

Joseph G. Stewart
Stephanie L. Smithee
**ALABAMA DEPARTMENT OF CORRECTIONS**
Legal Division
301 South Ripley Street
Montgomery, Alabama 36130
Telephone (334) 353-3884
Facsimile (334) 353-3891
joseph.stewart@doc.alabama.gov
stephanie.smithee@doc.alabama.gov

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all attorneys of record in this matter, including without limitation the following, by the Court's CM/ECF system on this 18th day of January, 2022.

Ashley N. Austin
Lisa W. Borden
Susanne Cordner
**SOUTHERN POVERTY LAW CENTER**
400 Washington Avenue
Montgomery, Alabama 36104
Telephone: (334) 956-8200
Facsimile: (334) 956-8481
ashley.austin@splcenter.org
lisawborden@gmail.com

Jasmin Mize
**SOUTHERN POVERTY LAW CENTER**
Post Office Box 1287
Decatur, GA 30031
Telephone: (334) 956-8200
Facsimile: (334) 956-8481
jasmin.mize@splcenter.org

Leslie F. Jones
**SOUTHERN POVERTY LAW CENTER**
111 East Capitol Street
Suite 280
Jackson, MS 39201
Telephone: (601) 948-8882
Facsimile: (334) 956-8281

Bruce Hamilton
**SOUTHERN POVERTY LAW CENTER**
201 St. Charles Avenue
Suite 2000
New Orleans, LA 70170
Telephone: (504) 352-4398
Facsimile: (504) 486-8947

William Van Der Pol, Jr.
Lonnie Williams
Barbara A. Lawrence
Andrea J. Mixson
**ALABAMA DISABILITIES ADVOCACY PROGRAM**
University of Alabama
500 Martha Parham West
Box 870395
Tuscaloosa, Alabama 35487-0395
Telephone: (205) 348-6894
Facsimile: (205) 348-3909
wvanderpoljr@adap.ua.edu
blawrence@adap.ua.edu
lwilliams@adap.ua.edu
amixson@adap.ua.edu

William G. Somerville III
Patricia Clotfelter
**BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC**
420 20th Street North
Suite 1400
Birmingham, Alabama 35203
Telephone:  (205) 244-3863
Facsimile:  (205) 488-3863
wsomerville@bakerdonelson.com
pclotfelter@bakerdonelson.com

Deana Johnson
Brett T. Lane
**MHM SERVICES, INC.**
1447 Peachtree Street NE
Suite 500

Anil A. Mujumdar
**DAGNEY JOHNSON LAW GROUP**
2170 Highland Avenue, Suite 250
Birmingham, Alabama 35213
Telephone: (205) 729-8445
Facsimile: (205) 809-7899
anil@dagneylaw.com

John G. Smith
David R. Boyd
**BALCH & BINGHAM LLP**
Post Office Box 78
Montgomery, AL 36101-0078
Telephone: (334) 834-6500
Facsimile: (866) 316-9461
jgsmith@balch.com
dboyd@balch.com

Steven C. Corhern
**BALCH & BINGHAM LLP**
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 488-5708
scorhern@balch.com

Neal K. Katyal
Catherine E. Stetson
Jo-Ann Tamila Sagar
**HOGAN LOVELLS US LLP**
555 13th Street NW
Washington, DC 20004
Telephone: (202) 637-5528
Facsimile: (202) 637-5910

Atlanta, GA 30309
Telephone: (404) 347-4134
Facsimile: (404) 347-4138
djohnson@mhm-services.com
btlane@mhm-services.com

Joshua C. Toll
**KING & SPALDING, LLP**
1700 Pennsylvania Avenue NW
2nd Floor
Washington, DC 20006
Telephone: (202) 227-6138

Evan Diamond
**KING & SPALDING, LLP**
1185 Avenue of Americas
34th Floor
New York, NY 10036
Telephone: (212) 556-2297

Edward A. Bedard
**KING & SPALDING, LLP**
1180 Peachtree Street NE
Suite 1600
Atlanta, GA 30309
Telephone: (404) 572-3127

Rachel Rubens
**KING & SPALDING, LLP**
50 California Street
Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1210

7

Joseph G. Stewart
Stephanie L. Smithee
**ALABAMA DEPARTMENT OF**
**CORRECTIONS**
Legal Division
301 South Ripley Street
Montgomery, Alabama 36130
Telephone (334) 353-3884
Facsimile (334) 353-3891
joseph.stewart@doc.alabama.gov
stephanie.smithee@doc.alabama.gov

                                        */s/ Kenneth S. Steely*
                                        Of Counsel