IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
EDWARD BRAGGS, et al.,        )
                              )
    Plaintiffs,               )
                              )    CIVIL ACTION NO.
    v.                        )      2:14cv601-MHT
                              )          (WO)
JOHN HAMM, in his             )
official capacity as          )
Commissioner of               )
the Alabama Department of     )
Corrections, et al.,          )
                              )
    Defendants.               )
```

### ORDER

It is ORDERED that defendants' motion to strike plaintiffs' report regarding deaths since May 24, 2021, and accompanying exhibits (Doc. 3391) is denied as moot.

As the court has previously indicated, evidence submitted in response to its July 26, 2021, order requesting "information about the recent suicide of Charles Hall ... as well as any other death that has occurred in an ADOC facility since May 24, 2021, that may have been caused by suicide or drug overdose or for which

ADOC has not yet determined the cause" (Doc. 3372), was not part of the evidentiary record for the omnibus remedial hearing.  While this evidence may be relevant for another purpose, the court did not consider it when resolving the issues presented during the omnibus remedial hearings.  Accordingly, defendants' motion to strike plaintiffs' report from the record is moot.

DONE, this the 21st day of January, 2022.

                                               <u>/s/ Myron H. Thompson</u>
                                               **UNITED STATES DISTRICT JUDGE**