IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
EDWARD BRAGGS, et al.,        )
                              )
     Plaintiffs,              )
                              )     CIVIL ACTION NO.
     v.                       )       2:14cv601-MHT
                              )
JOHN HAMM, in his             )
official capacity as          )
Commissioner of               )
the Alabama Department of     )
Corrections, et al.,          )
                              )
     Defendants.              )
```

PHASE 2A REVISED REMEDY SCHEDULING ORDER
ON THE EIGHTH AMENDMENT CLAIM

Because one of defense counsel has a conflict, it is ORDERED that the remaining deadlines and dates for the Phase 2A remedy scheduling order for the Eighth Amendment claim remain and are revised as set forth below.

|  | OLD DATES | NEW DATES |
|---|---|---|
| **GENERAL** | | |
| The effective date of the Phase 2A Omnibus Remedial Order. (Doc. 3464) at § 1.3. | Suspended | |
| | | |
| **MOTION TO STAY (Doc. 3489)** | | |
| The plaintiffs are to file a response. | 2/3/2022 at 5:00 p.m. | |
| The defendants are to file a reply. | 2/7/2022 at 5:00 p.m. | |
| Oral argument will be held. | 2/10/2022, at 10:00 a.m. | 2/9/2022, at 8:00 a.m. |
| The court shall resolve the motion. | 2/14/2022 | |
| | | |
| **CORRECTIONAL STAFFING** | | |
| The defendants must submit correctional staffing reports to the court and the EMT. (Doc. 3464) at § 2.1.6. | On a quarterly basis | |
| The defendants must submit to the court a proposal for specific dates by which ADOC will create an agency staffing unit that will (a) "write policy, enforce the staffing decisions mandated by the court's order, and take steps so that another staffing analysis can be conducted for every facility," and (b) work with Margaret and Merle Savage to update its staffing analysis. (Doc. 3464) at §§ 2.1.1-2.1.3. | 2/28/2022 | |
| The defendants must develop with the Savages and submit to the court realistic benchmarks for the level of correctional staffing ADOC will attain by December 31 of 2022, 2023, and 2024 to put ADOC on track to fill all mandatory and essential posts by July 1, 2025. (Doc. 3464) at § 2.1.5. | 5/2/2022 | |
| Deadline by which ADOC must fill all mandatory and essential posts at the level indicated in the most recent staffing analysis at | 7/1/2025 | |

2

| | | |
|---|---|---|
| that time. (Doc. 3464) at § 2.1.4. | | |
| | | |
| **MENTAL-HEALTH STAFFING** | | |
| The defendants must submit mental-health staffing reports to the court and the EMT. (Doc. 3464) at § 2.2.4. | On a quarterly basis | |
| The EMT shall review ADOC's mental-health staffing ratios and, if necessary, make recommendations for revising them. (Doc. 3464) at § 2.2.2. | Beginning one year from the initiation of monitoring | |
| Deadline by which ADOC must achieve the staffing levels set forth in the staffing matrix previously approved by the court in the Phase 2A Order and Injunction on Mental-Health Staffing Remedy (Doc. 2688), subject to any subsequent modifications. (Doc. 3464) at § 2.2.3. | 7/1/2025 | |
| | | |
| **RESTRICTIVE HOUSING** | | |
| The defendants must file with the court and the EMT reports on each inmate who has been in restrictive housing for longer than 72 hours under exceptional circumstances during that week. (Doc. 3464) at § 3.1.4. | On a weekly basis | |
| The parties must submit proposals that will allow ADOC's RHUs (with the exception of the RHU at Tutwiler) to function safely with the correctional staff that ADOC currently employs. (Doc. 3464) at § 2.1.7.3. | 5/2/2022 | |
| Deadline by which all RHU cells must be cleaned. (Doc. 3464) at § 3.1.1. | 5/7/2022 | |
| Deadline by which all RHU cells must comply with the conditions set forth in Lindsay M. Hayes's Checklist for the "Suicide-Resistant" Design of Correctional Facilities (Doc. 3206-5). (Doc. 3464) at § 3.1.3. | 8/7/2022 | |

| | | |
|---|---|---|
| **SUICIDE PREVENTION** | | |
| ADOC must conduct inspections of all suicide watch, SU, and RHU cells to verify that they meet the conditions set forth Lindsay M. Hayes's Checklist for the "Suicide-Resistant" Design of Correctional Facilities (Doc. 3206-5). (Doc. 3464) at § 2.1.7.2. | On a quarterly basis | |
| | | |
| **HIGHER LEVELS OF CARE** | | |
| In collaboration with the EMT, ADOC must reassess (1) the number of inmates on its mental-health caseload and (2) whether the current estimate of the percentage of the mental-health caseload requiring inpatient treatment is accurate. (Doc. 3464) at § 11.2.2. | On an annual basis | |
| The defendants must submit to the court a plan and procedures to address the serious risk posed by high temperatures in the mental-health units. (Doc. 3464) at § 11.3. | 5/2/2022 | |
| | | |
| **STATUS CONFERENCES** | | |
| Interim status conference to discuss pressing issues. | 2/18/2022 at 10:00 a.m. | |
| Triannual status conference, with the parties to submit reports 10 business days before the status conference (Doc. 3467). | 5/13/2022 at 9:00 a.m. | |
| Triannual status conference, with the parties to submit reports 10 business days before the status conference (Doc. 3467). | 8/12/2022 at 9:00 a.m. | |
| Triannual status conference, with the parties to submit reports 10 business days before the status conference (Doc. 3467). | 11/10/2022 at 9:00 a.m. | |
| Triannual status conference, with the parties to submit reports 10 business days before the status conference (Doc. 3467). | 2/10/2023 at 9:00 a.m. | |
| Triannual status conference, with the parties to submit reports 10 | 7/7/2023 at 9:00 a.m. | |

| | | |
|---|---|---|
| business days before the status conference (Doc. 3467). | | |
| Triannual status conference, with the parties to submit reports 10 business days before the status conference (Doc. 3467). | 11/17/2023 at 9:00 a.m. | |
| Triannual status conference, with the parties to submit reports 10 business days before the status conference (Doc. 3467). | 2/9/2024 at 9:00 a.m. | |
| Triannual status conference, with the parties to submit reports 10 business days before the status conference (Doc. 3467). | 7/12/2024 at 9:00 a.m. | |
| Triannual status conference, with the parties to submit reports 10 business days before the status conference (Doc. 3467). | 11/22/2024 at 9:00 a.m. | |
| Triannual status conference, with the parties to submit reports 10 business days before the status conference (Doc. 3467). | 2/7/2025 at 9:00 a.m. | |
| | | |
| **STANDING ORDERS FOR HEARINGS AND STATUS CONFERENCES** | | |
| All hearings and evidentiary hearings shall be in accordance with the order entered on 1/15/2020 (Doc. 2727), unless otherwise specified. | | |
| All hearings, evidentiary hearings, and status conferences are to be by videoconferencing unless otherwise specified. | | |

**DONE, this the 3rd day of February, 2022.**

                                                           /s/ Myron H. Thompson
                                                 **UNITED STATES DISTRICT JUDGE**