# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **EDWARD BRAGGS**, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 2:14-cv-00601-MHT-JA |
| v. ) | |
| ) | Judge Myron H. Thompson |
| **JOHN HAMM**, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF FILING THE STATE'S
## QUARTERLY MENTAL HEALTH STAFFING REPORT

Defendants John Hamm ("Commissioner Hamm"), in his official capacity as Commissioner of the Alabama Department of Corrections ("ADOC"), and Deborah Crook ("Deputy Commissioner" and, collectively with Commissioner Hamm, the "State") in her official capacity as ADOC's Deputy Commissioner, Office of Health Services, hereby submit the State's quarterly mental health staffing report. The State maintains the Omnibus Remedial Order (Doc. No. 3464) replaced the Phase 2A Order and Injunction on Mental-Health Understaffing (Doc. No. 2301). Further, the effective date of the Omnibus Remedial Order has not occurred. The State, however, in an effort of cooperation and to ensure the status quo of this case, will continue to provide the quarterly mental health staffing report pending the effective date of the Omnibus Remedial Order. The quarterly mental health staffing report is attached

hereto as **Exhibit A**.

Dated: February 14, 2022.

                                                                         */s/ Kenneth S. Steely*
                                                                         Kenneth S. Steely
                                                                         *Attorney for the State*

William R. Lunsford
Matthew B. Reeves
Stephen C. Rogers
La Keisha Butler
Kenneth Steely
**MAYNARD, COOPER & GALE, PC**
655 Gallatin Street
Huntsville, AL 35801
Telephone: (256) 512-5710
Facsimile: (256) 512-0119
blunsford@maynardcooper.com
mreeves@maynardcooper.com
srogers@maynardcooper.com
lbutler@maynardcooper.com
ksteely@mayanrdcooper.com

Luther M. Dorr, Jr.
**MAYNARD, COOPER & GALE, PC**
1901 Sixth Avenue North
2400 Regions Harbert Plaza
Birmingham, AL 35203
Telephone: (205) 254-1178
Facsimile: (205) 714-6438
rdorr@maynardcooper.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon all attorneys of record in this matter, including without limitation the following, by the Court's CM/ECF system on this the 14th day of February, 2022.

| | |
|---|---|
| Ashley N. Austin<br>Lisa W. Borden<br>Susanne Cordner<br>**SOUTHERN POVERTY LAW CENTER**<br>400 Washington Avenue<br>Montgomery, Alabama 36104<br>Telephone: (334) 956-8200<br>Facsimile: (334) 956-8481<br>ashley.austin@splcenter.org<br>lisawborden@gmail.com<br><br>Jasmin Mize<br>**SOUTHERN POVERTY LAW CENTER**<br>Post Office Box 1287<br>Decatur, GA 30031<br>Telephone: (334) 956-8200<br>Facsimile: (334) 956-8481<br>jasmin.mize@splcenter.org<br><br>Leslie F. Jones<br>**SOUTHERN POVERTY LAW CENTER**<br>111 East Capitol Street<br>Suite 280<br>Jackson, MS 39201<br>Telephone: (601) 948-8882<br>Facsimile: (334) 956-8281<br><br>Bruce Hamilton<br>**SOUTHERN POVERTY LAW CENTER**<br>201 St. Charles Avenue<br>Suite 2000<br>New Orleans, LA 70170<br>Telephone: (504) 352-4398 | William Van Der Pol, Jr.<br>Lonnie Williams<br>Barbara A. Lawrence<br>Andrea J. Mixson<br>**ALABAMA DISABILITIES ADVOCACY PROGRAM**<br>University of Alabama<br>500 Martha Parham West<br>Box 870395<br>Tuscaloosa, Alabama 35487-0395<br>Telephone: (205) 348-6894<br>Facsimile: (205) 348-3909<br>wvanderpoljr@adap.ua.edu<br>blawrence@adap.ua.edu<br>lwilliams@adap.ua.edu<br>amixson@adap.ua.edu<br><br>William G. Somerville III<br>Patricia Clotfelter<br>**BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC**<br>420 20th Street North<br>Suite 1400<br>Birmingham, Alabama 35203<br>Telephone:  (205) 244-3863<br>Facsimile:  (205) 488-3863<br>wsomerville@bakerdonelson.com<br>pclotfelter@bakerdonelson.com<br><br>Deana Johnson<br>Brett T. Lane<br>**MHM SERVICES, INC.**<br>1447 Peachtree Street NE |

3

Facsimile: (504) 486-8947

Anil A. Mujumdar
**DAGNEY JOHNSON LAW GROUP**
2170 Highland Avenue, Suite 250
Birmingham, Alabama 35213
Telephone: (205) 729-8445
Facsimile: (205) 809-7899
anil@dagneylaw.com

John G. Smith
David R. Boyd
**BALCH & BINGHAM LLP**
Post Office Box 78
Montgomery, AL 36101-0078
Telephone: (334) 834-6500
Facsimile: (866) 316-9461
jgsmith@balch.com
dboyd@balch.com

Steven C. Corhern
**BALCH & BINGHAM LLP**
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 488-5708
scorhern@balch.com

Neal K. Katyal
Catherine E. Stetson
Jo-Ann Tamila Sagar
**HOGAN LOVELLS US LLP**
555 13th Street NW
Washington, DC 20004
Telephone: (202) 637-5528
Facsimile: (202) 637-5910

Suite 500
Atlanta, GA 30309
Telephone: (404) 347-4134
Facsimile: (404) 347-4138
djohnson@mhm-services.com
btlane@mhm-services.com

Joshua C. Toll
**KING & SPALDING, LLP**
1700 Pennsylvania Avenue NW
2nd Floor
Washington, DC 20006
Telephone: (202) 227-6138

Evan Diamond
**KING & SPALDING, LLP**
1185 Avenue of Americas
34th Floor
New York, NY 10036
Telephone: (212) 556-2297

Edward A. Bedard
**KING & SPALDING, LLP**
1180 Peachtree Street NE
Suite 1600
Atlanta, GA 30309
Telephone: (404) 572-3127

Rachel Rubens
**KING & SPALDING, LLP**
50 California Street
Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1210

Anne Hill
Stephanie L. Smithee
**ALABAMA DEPARTMENT OF**
**CORRECTIONS**
Legal Division
301 South Ripley Street
Montgomery, Alabama 36130
Telephone (334) 353-3884
Facsimile (334) 353-3891
joseph.stewart@doc.alabama.gov
stephanie.smithee@doc.alabama.gov

                */s/ Kenneth S. Steely*
                Of Counsel