# Exhibit A

| | Quarterly Staffing Report | | | | | | | | | |
| | October 2021 to December 2021 | | | | | | | | | |
| Facility | Position | Contract FTEs | Total FTEs in Quarterly Hours | Adjusted FTEs in Quarterly Hours (0.85) | Hours Actually Worked 2.2.2.5(a),(b),(c),(d) | Hours Counted But Not Worked (CME, Training, Corp. Functions) 2.2.2.5(e) | FMLA Hours 2.2.2.5(g) | Credit for Vacated Positions 2.2.2.5(f) | Total Hours 2.2.2.5 | Fill Rate |
|---|---|---|---|---|---|---|---|---|---|---|
| ADOC - BIBB CF | MH Clerk | 1.00 | 528.00 | 448.80 | 508.00 | 0.00 | 0.00 | 0.00 | 508.00 | 100.00% |
| ADOC - BIBB CF | MH CRNP | 0.80 | 422.40 | 359.04 | 43.85 | 0.00 | 0.00 | 0.00 | 43.85 | 12.21% |
| ADOC - BIBB CF | MH LPN | 2.60 | 1372.80 | 1166.88 | 458.00 | 0.00 | 0.00 | 0.00 | 458.00 | 39.25% |
| ADOC - BIBB CF | MH Observer | 2.00 | 1056.00 | 897.60 | 1628.00 | 0.00 | 0.00 | 0.00 | 1628.00 | 100.00% |
| ADOC - BIBB CF | MH RN | 1.20 | 633.60 | 538.56 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| ADOC - BIBB CF | MH Site Program Mgr Lcsd | 1.00 | 528.00 | 448.80 | 448.80 | 0.00 | 0.00 | 0.00 | 448.80 | 100.00% |
| ADOC - BIBB CF | MHP Licensed | 4.97 | 2624.16 | 2230.54 | 790.70 | 0.00 | 0.00 | 0.00 | 790.70 | 35.45% |
| ADOC - BIBB CF | Psychiatrist | 0.50 | 264.00 | 224.40 | 224.40 | 0.00 | 0.00 | 0.00 | 224.40 | 100.00% |
| ADOC - BULLOCK CF | MH AA | 2.00 | 1056.00 | 897.60 | 897.60 | 0.00 | 0.00 | 0.00 | 897.60 | 100.00% |
| ADOC - BULLOCK CF | MH Activity Tech | 15.53 | 8199.84 | 6969.86 | 6975.75 | 0.00 | 0.00 | 256.00 | 7231.75 | 100.00% |
| ADOC - BULLOCK CF | MH ADON | 1.00 | 528.00 | 448.80 | 223.25 | 0.00 | 0.00 | 0.00 | 223.25 | 49.74% |
| ADOC - BULLOCK CF | MH Clerk | 2.20 | 1161.60 | 987.36 | 952.60 | 0.00 | 0.00 | 0.00 | 952.60 | 96.48% |
| ADOC - BULLOCK CF | MH CRNP | 2.12 | 1119.36 | 951.46 | 951.46 | 0.00 | 0.00 | 0.00 | 951.46 | 100.00% |
| ADOC - BULLOCK CF | MH LPN | 16.48 | 8701.44 | 7396.22 | 3252.00 | 0.00 | 0.00 | 188.80 | 3440.80 | 46.52% |
| ADOC - BULLOCK CF | MH Observer | 6.00 | 3168.00 | 2692.80 | 6761.75 | 0.00 | 0.00 | 0.00 | 6761.75 | 100.00% |
| ADOC - BULLOCK CF | MH RN | 9.43 | 4979.04 | 4232.18 | 1179.74 | 0.00 | 0.00 | 0.00 | 1179.74 | 27.88% |
| ADOC - BULLOCK CF | MH RTU/SU Coordinator | 1.00 | 528.00 | 448.80 | 448.80 | 0.00 | 0.00 | 0.00 | 448.80 | 100.00% |
| ADOC - BULLOCK CF | MH Site Program Mgr Lcsd | 1.00 | 528.00 | 448.80 | 448.80 | 0.00 | 0.00 | 0.00 | 448.80 | 100.00% |
| ADOC - BULLOCK CF | MHP Licensed | 13.88 | 7328.64 | 6229.34 | 1218.45 | 0.00 | 0.00 | 168.00 | 1386.45 | 22.26% |
| ADOC - BULLOCK CF | Psychiatrist | 2.00 | 1056.00 | 897.60 | 729.60 | 0.00 | 0.00 | 168.00 | 897.60 | 100.00% |
| ADOC - BULLOCK CF | Psychologist PhD | 2.50 | 1320.00 | 1122.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| ADOC - BULLOCK OUTPATIENT | MH Clerk | 1.00 | 528.00 | 448.80 | 448.80 | 0.00 | 0.00 | 0.00 | 448.80 | 100.00% |
| ADOC - BULLOCK OUTPATIENT | MH CRNP | 1.00 | 528.00 | 448.80 | 448.80 | 0.00 | 0.00 | 0.00 | 448.80 | 100.00% |
| ADOC - BULLOCK OUTPATIENT | MH LPN | 1.40 | 739.20 | 628.32 | 8.75 | 0.00 | 0.00 | 0.00 | 8.75 | 1.39% |
| ADOC - BULLOCK OUTPATIENT | MH RN | 1.40 | 739.20 | 628.32 | 204.70 | 0.00 | 0.00 | 0.00 | 204.70 | 32.58% |
| ADOC - BULLOCK OUTPATIENT | MH Site Program Mgr Lcsd | 1.00 | 528.00 | 448.80 | 443.25 | 0.00 | 0.00 | 0.00 | 443.25 | 98.76% |
| ADOC - BULLOCK OUTPATIENT | MHP Licensed | 5.40 | 2851.20 | 2423.52 | 237.75 | 0.00 | 0.00 | 160.00 | 397.75 | 16.41% |
| ADOC - BULLOCK OUTPATIENT | Psychiatrist | 1.00 | 528.00 | 448.80 | 338.40 | 0.00 | 0.00 | 0.00 | 338.40 | 75.40% |
| ADOC - DONALDSON CF | MH Activity Tech | 13.26 | 7001.28 | 5951.09 | 4535.00 | 0.00 | 0.00 | 593.60 | 5128.60 | 86.18% |
| ADOC - DONALDSON CF | MH ADON | 1.00 | 528.00 | 448.80 | 448.80 | 0.00 | 0.00 | 0.00 | 448.80 | 100.00% |
| ADOC - DONALDSON CF | MH Clerk | 2.20 | 1161.60 | 987.36 | 768.75 | 0.00 | 0.00 | 0.00 | 768.75 | 77.86% |
| ADOC - DONALDSON CF | MH CRNP | 1.60 | 844.80 | 718.08 | 566.80 | 0.00 | 0.00 | 0.00 | 566.80 | 78.93% |
| ADOC - DONALDSON CF | MH LPN | 11.82 | 6240.96 | 5304.82 | 2984.93 | 0.00 | 0.00 | 0.00 | 2984.93 | 56.27% |
| ADOC - DONALDSON CF | MH Observer | 8.00 | 4224.00 | 3590.40 | 4492.00 | 0.00 | 0.00 | 48.00 | 4540.00 | 100.00% |
| ADOC - DONALDSON CF | MH RN | 4.20 | 2217.60 | 1884.96 | 1862.95 | 0.00 | 0.00 | 0.00 | 1862.95 | 98.83% |
| ADOC - DONALDSON CF | MH Site Program Mgr Lcsd | 1.00 | 528.00 | 448.80 | 440.80 | 8.00 | 0.00 | 0.00 | 448.80 | 100.00% |
| ADOC - DONALDSON CF | MHP Licensed | 16.62 | 8775.36 | 7459.06 | 2685.45 | 16.00 | 0.00 | 248.00 | 2949.45 | 39.54% |
| ADOC - DONALDSON CF | Psychiatrist | 1.00 | 528.00 | 448.80 | 448.80 | 0.00 | 0.00 | 0.00 | 448.80 | 100.00% |
| ADOC - DONALDSON CF | Psychologist PhD | 2.20 | 1161.60 | 987.36 | 508.50 | 0.00 | 0.00 | 0.00 | 508.50 | 51.50% |
| ADOC - DONALDSON OUTPATIENT | MH Clerk | 1.00 | 528.00 | 448.80 | 344.00 | 0.00 | 0.00 | 0.00 | 344.00 | 76.65% |
| ADOC - DONALDSON OUTPATIENT | MH CRNP | 1.10 | 580.80 | 493.68 | 424.75 | 0.00 | 0.00 | 0.00 | 424.75 | 86.04% |
| ADOC - DONALDSON OUTPATIENT | MH LPN | 1.40 | 739.20 | 628.32 | 628.32 | 0.00 | 0.00 | 0.00 | 628.32 | 100.00% |
| ADOC - DONALDSON OUTPATIENT | MH RN | 1.00 | 528.00 | 448.80 | 9.00 | 0.00 | 0.00 | 0.00 | 9.00 | 2.01% |

| Facility | Position | Contract FTEs | Total FTEs in Quarterly Hours | Adjusted FTEs in Quarterly Hours (0.85) | Hours Actually Worked 2.2.2.5(a),(b),(c),(d) | Hours Counted But Not Worked (CME, Training, Corp. Functions) 2.2.2.5(e) | FMLA Hours 2.2.2.5(g) | Credit for Vacated Positions 2.2.2.5(f) | Total Hours 2.2.2.5 | Fill Rate |
|---|---|---|---|---|---|---|---|---|---|---|
| ADOC - DONALDSON OUTPATIENT | MH Site Program Mgr Lcsd | 1.00 | 528.00 | 448.80 | 443.75 | 0.00 | 0.00 | 0.00 | 443.75 | 98.87% |
| ADOC - DONALDSON OUTPATIENT | MHP Licensed | 2.80 | 1478.40 | 1256.64 | 483.00 | 0.00 | 0.00 | 0.00 | 483.00 | 38.44% |
| ADOC - DONALDSON OUTPATIENT | Psychiatrist | 0.50 | 264.00 | 224.40 | 224.40 | 0.00 | 0.00 | 0.00 | 224.40 | 100.00% |
| ADOC - EASTERLING CF | MH Clerk | 1.00 | 528.00 | 448.80 | 538.25 | 0.00 | 0.00 | 0.00 | 538.25 | 100.00% |
| ADOC - EASTERLING CF | MH CRNP | 1.10 | 580.80 | 493.68 | 268.75 | 0.00 | 0.00 | 0.00 | 268.75 | 54.44% |
| ADOC - EASTERLING CF | MH LPN | 1.00 | 528.00 | 448.80 | 541.00 | 0.00 | 0.00 | 0.00 | 541.00 | 100.00% |
| ADOC - EASTERLING CF | MH RN | 1.20 | 633.60 | 538.56 | 483.00 | 0.00 | 0.00 | 0.00 | 483.00 | 89.68% |
| ADOC - EASTERLING CF | MH Site Program Mgr Lcsd | 1.00 | 528.00 | 448.80 | 448.80 | 0.00 | 0.00 | 0.00 | 448.80 | 100.00% |
| ADOC - EASTERLING CF | MHP Licensed | 4.91 | 2592.48 | 2203.61 | 357.70 | 0.00 | 0.00 | 264.00 | 621.70 | 28.21% |
| ADOC - EASTERLING CF | Psychiatrist | 0.50 | 264.00 | 224.40 | 163.00 | 0.00 | 0.00 | 0.00 | 163.00 | 72.64% |
| ADOC - FOUNTAIN CF | MH Clerk | 1.00 | 528.00 | 448.80 | 491.00 | 0.00 | 0.00 | 0.00 | 491.00 | 100.00% |
| ADOC - FOUNTAIN CF | MH CRNP | 1.00 | 528.00 | 448.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| ADOC - FOUNTAIN CF | MH LPN | 1.00 | 528.00 | 448.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| ADOC - FOUNTAIN CF | MH RN | 1.20 | 633.60 | 538.56 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| ADOC - FOUNTAIN CF | MH Site Program Mgr Lcsd | 1.00 | 528.00 | 448.80 | 448.80 | 0.00 | 0.00 | 0.00 | 448.80 | 100.00% |
| ADOC - FOUNTAIN CF | MHP Licensed | 4.59 | 2423.52 | 2059.99 | 747.95 | 0.00 | 0.00 | 0.00 | 747.95 | 36.31% |
| ADOC - FOUNTAIN CF | Psychiatrist | 0.50 | 264.00 | 224.40 | 211.48 | 0.00 | 0.00 | 0.00 | 211.48 | 94.24% |
| ADOC - HAMILTON A&I | MH LPN | 1.04 | 549.12 | 466.75 | 450.50 | 0.00 | 0.00 | 0.00 | 450.50 | 96.52% |
| ADOC - HAMILTON A&I | MH Clerk | 0.50 | 264.00 | 224.40 | 255.75 | 0.00 | 0.00 | 0.00 | 255.75 | 100.00% |
| ADOC - HAMILTON A&I | MH RN | 0.60 | 316.80 | 269.28 | 45.37 | 0.00 | 0.00 | 0.00 | 45.37 | 16.85% |
| ADOC - HAMILTON A&I | MH Site Program Mgr Lcsd | 1.00 | 528.00 | 448.80 | 209.00 | 0.00 | 0.00 | 0.00 | 209.00 | 46.57% |
| ADOC - HAMILTON A&I | MHP Licensed | 1.58 | 834.24 | 709.10 | 3.50 | 0.00 | 0.00 | 0.00 | 3.50 | 0.49% |
| ADOC - HAMILTON A&I | Psychiatrist | 0.31 | 163.68 | 139.13 | 139.13 | 0.00 | 0.00 | 0.00 | 139.13 | 100.00% |
| ADOC - HOLMAN CF | MH Clerk | 1.00 | 528.00 | 448.80 | 431.00 | 0.00 | 0.00 | 0.00 | 431.00 | 96.03% |
| ADOC - HOLMAN CF | MH CRNP | 1.00 | 528.00 | 448.80 | 0.00 | 0.00 | 0.00 | 168.00 | 168.00 | 37.43% |
| ADOC - HOLMAN CF | MH LPN | 2.00 | 1056.00 | 897.60 | 419.75 | 0.00 | 0.00 | 0.00 | 419.75 | 46.76% |
| ADOC - HOLMAN CF | MH Observer | 5.00 | 2640.00 | 2244.00 | 3838.13 | 0.00 | 0.00 | 216.00 | 4054.13 | 100.00% |
| ADOC - HOLMAN CF | MH RN | 0.60 | 316.80 | 269.28 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| ADOC - HOLMAN CF | MH Site Program Mgr Lcsd | 1.00 | 528.00 | 448.80 | 448.80 | 0.00 | 0.00 | 0.00 | 448.80 | 100.00% |
| ADOC - HOLMAN CF | MHP Licensed | 5.07 | 2676.96 | 2275.42 | 24.20 | 0.00 | 0.00 | 0.00 | 24.20 | 1.06% |
| ADOC - HOLMAN CF | Psychiatrist | 0.50 | 264.00 | 224.40 | 207.77 | 0.00 | 0.00 | 0.00 | 207.77 | 92.59% |
| ADOC - KILBY CF | MH Activity Tech | 1.87 | 987.36 | 839.26 | 928.25 | 0.00 | 0.00 | 0.00 | 928.25 | 100.00% |
| ADOC - KILBY CF | MH Clerk | 2.00 | 1056.00 | 897.60 | 1029.07 | 0.00 | 0.00 | 0.00 | 1029.07 | 100.00% |
| ADOC - KILBY CF | MH CRNP | 0.99 | 522.72 | 444.31 | 350.50 | 0.00 | 0.00 | 0.00 | 350.50 | 78.89% |
| ADOC - KILBY CF | MH LPN | 2.00 | 1056.00 | 897.60 | 897.60 | 0.00 | 0.00 | 0.00 | 897.60 | 100.00% |
| ADOC - KILBY CF | MH Observer | 6.00 | 3168.00 | 2692.80 | 9584.25 | 0.00 | 0.00 | 0.00 | 9584.25 | 100.00% |
| ADOC - KILBY CF | MH RN | 2.12 | 1119.36 | 951.46 | 180.50 | 0.00 | 0.00 | 0.00 | 180.50 | 18.97% |
| ADOC - KILBY CF | MH RTU/SU Coordinator | 1.00 | 528.00 | 448.80 | 414.50 | 0.00 | 0.00 | 8.00 | 422.50 | 94.14% |
| ADOC - KILBY CF | MH Site Program Mgr Lcsd | 1.00 | 528.00 | 448.80 | 448.80 | 0.00 | 0.00 | 0.00 | 448.80 | 100.00% |
| ADOC - KILBY CF | MHP Licensed | 8.60 | 4540.80 | 3859.68 | 1278.45 | 0.00 | 0.00 | 0.00 | 1278.45 | 33.12% |
| ADOC - KILBY CF | Psychiatrist | 1.00 | 528.00 | 448.80 | 448.80 | 0.00 | 0.00 | 0.00 | 448.80 | 100.00% |
| ADOC - KILBY CF | Psychologist PhD | 2.20 | 1161.60 | 987.36 | 868.50 | 0.00 | 0.00 | 0.00 | 868.50 | 87.96% |
| ADOC - KILBY CSU | MH Clerk | 1.10 | 580.80 | 493.68 | 493.68 | 0.00 | 0.00 | 0.00 | 493.68 | 100.00% |

Quarterly Staffing Report
October 2021 to December 2021

| | | | | | | Quarterly Staffing Report | | | | |
| | | | | | | October 2021 to December 2021 | | | | |
| Facility | Position | Contract FTEs | Total FTEs in Quarterly Hours | Adjusted FTEs in Quarterly Hours (0.85) | Hours Actually Worked 2.2.2.5(a),(b),(c),(d) | Hours Counted But Not Worked (CME, Training, Corp. Functions) 2.2.2.5(e) | FMLA Hours 2.2.2.5(g) | Credit for Vacated Positions 2.2.2.5(f) | Total Hours 2.2.2.5 | Fill Rate |
|---|---|---|---|---|---|---|---|---|---|---|
| ADOC - KILBY CSU | MH CRNP | 0.25 | 132.00 | 112.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| ADOC - KILBY CSU | MH LPN | 4.20 | 2217.60 | 1884.96 | 1474.90 | 0.00 | 0.00 | 0.00 | 1474.90 | 78.25% |
| ADOC - KILBY CSU | MH RN | 7.74 | 4086.72 | 3473.71 | 658.75 | 0.00 | 80.00 | 305.12 | 1043.87 | 30.05% |
| ADOC - KILBY CSU | MHP Licensed | 4.99 | 2634.72 | 2239.51 | 422.00 | 0.00 | 0.00 | 0.00 | 422.00 | 18.84% |
| ADOC - KILBY CSU | Psychiatrist | 1.02 | 538.56 | 457.78 | 437.20 | 0.00 | 0.00 | 0.00 | 437.20 | 95.51% |
| ADOC - KILBY CSU | Psychologist PhD | 1.10 | 580.80 | 493.68 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| ADOC - LIMESTONE CF | MH Clerk | 1.60 | 844.80 | 718.08 | 912.00 | 0.00 | 0.00 | 0.00 | 912.00 | 100.00% |
| ADOC - LIMESTONE CF | MH CRNP | 1.00 | 528.00 | 448.80 | 448.80 | 0.00 | 0.00 | 0.00 | 448.80 | 100.00% |
| ADOC - LIMESTONE CF | MH LPN | 3.12 | 1647.36 | 1400.26 | 671.79 | 0.00 | 0.00 | 0.00 | 671.79 | 47.98% |
| ADOC - LIMESTONE CF | MH Observer | 3.00 | 1584.00 | 1346.40 | 1764.18 | 0.00 | 0.00 | 8.00 | 1772.18 | 100.00% |
| ADOC - LIMESTONE CF | MH RN | 1.20 | 633.60 | 538.56 | 538.56 | 0.00 | 0.00 | 0.00 | 538.56 | 100.00% |
| ADOC - LIMESTONE CF | MH Site Program Mgr Lcsd | 1.00 | 528.00 | 448.80 | 475.00 | 0.00 | 0.00 | 0.00 | 475.00 | 100.00% |
| ADOC - LIMESTONE CF | MHP Licensed | 8.17 | 4313.76 | 3666.70 | 3801.00 | 0.00 | 0.00 | 160.00 | 3961.00 | 100.00% |
| ADOC - LIMESTONE CF | Psychiatrist | 0.75 | 396.00 | 336.60 | 312.60 | 24.00 | 0.00 | 0.00 | 336.60 | 100.00% |
| ADOC - ST. CLAIR CF | MH Clerk | 1.00 | 528.00 | 448.80 | 922.25 | 0.00 | 64.00 | 0.00 | 986.25 | 100.00% |
| ADOC - ST. CLAIR CF | MH CRNP | 0.50 | 264.00 | 224.40 | 100.75 | 0.00 | 0.00 | 84.00 | 184.75 | 82.33% |
| ADOC - ST. CLAIR CF | MH LPN | 1.00 | 528.00 | 448.80 | 230.47 | 0.00 | 0.00 | 0.00 | 230.47 | 51.35% |
| ADOC - ST. CLAIR CF | MH RN | 0.60 | 316.80 | 269.28 | 269.28 | 0.00 | 0.00 | 0.00 | 269.28 | 100.00% |
| ADOC - ST. CLAIR CF | MH Site Program Mgr Lcsd | 1.00 | 528.00 | 448.80 | 448.80 | 0.00 | 0.00 | 0.00 | 448.80 | 100.00% |
| ADOC - ST. CLAIR CF | MHP Licensed | 4.64 | 2449.92 | 2082.43 | 1382.45 | 0.00 | 0.00 | 0.00 | 1382.45 | 66.39% |
| ADOC - STATON CF | MH Clerk | 2.00 | 1056.00 | 897.60 | 768.50 | 0.00 | 0.00 | 0.00 | 768.50 | 85.62% |
| ADOC - STATON CF | MH CRNP | 1.00 | 528.00 | 448.80 | 448.80 | 0.00 | 0.00 | 0.00 | 448.80 | 100.00% |
| ADOC - STATON CF | MH LPN | 2.00 | 1056.00 | 897.60 | 729.50 | 0.00 | 0.00 | 0.00 | 729.50 | 81.27% |
| ADOC - STATON CF | MH RN | 1.50 | 792.00 | 673.20 | 472.70 | 0.00 | 0.00 | 0.00 | 472.70 | 70.22% |
| ADOC - STATON CF | MH Site Program Mgr Lcsd | 1.00 | 528.00 | 448.80 | 448.80 | 0.00 | 0.00 | 0.00 | 448.80 | 100.00% |
| ADOC - STATON CF | MHP Licensed | 6.39 | 3373.92 | 2867.83 | 2102.20 | 0.00 | 0.00 | 0.00 | 2102.20 | 73.30% |
| ADOC - STATON CF | Psychiatrist | 1.00 | 528.00 | 448.80 | 312.25 | 0.00 | 0.00 | 0.00 | 312.25 | 69.57% |
| ADOC - TUTWILER | MH Activity Tech | 3.20 | 1689.60 | 1436.16 | 1323.50 | 0.00 | 0.00 | 160.00 | 1483.50 | 100.00% |
| ADOC - TUTWILER | MH ADON | 1.00 | 528.00 | 448.80 | 408.25 | 0.00 | 0.00 | 0.00 | 408.25 | 90.96% |
| ADOC - TUTWILER | MH Clerk | 3.90 | 2059.20 | 1750.32 | 1270.00 | 0.00 | 0.00 | 334.40 | 1604.40 | 91.66% |
| ADOC - TUTWILER | MH CRNP | 1.15 | 607.20 | 516.12 | 419.50 | 24.00 | 0.00 | 0.00 | 443.50 | 85.93% |
| ADOC - TUTWILER | MH LPN | 7.50 | 3960.00 | 3366.00 | 2188.75 | 0.00 | 0.00 | 0.00 | 2188.75 | 65.03% |
| ADOC - TUTWILER | MH RN | 4.20 | 2217.60 | 1884.96 | 1582.56 | 0.00 | 0.00 | 302.40 | 1884.96 | 100.00% |
| ADOC - TUTWILER | MH Site Program Mgr Lcsd | 2.20 | 1161.60 | 987.36 | 827.36 | 0.00 | 0.00 | 160.00 | 987.36 | 100.00% |
| ADOC - TUTWILER | MHP Licensed | 9.30 | 4910.40 | 4173.84 | 1570.64 | 0.00 | 0.00 | 8.00 | 1578.64 | 37.82% |
| ADOC - TUTWILER | Psychiatrist | 1.10 | 580.80 | 493.68 | 861.25 | 0.00 | 0.00 | 0.00 | 861.25 | 100.00% |
| ADOC - TUTWILER | Psychologist PhD | 1.00 | 528.00 | 448.80 | 271.00 | 0.00 | 0.00 | 0.00 | 271.00 | 60.38% |
| ADOC - TUTWILER OUTPATIENT | MH CRNP | 1.05 | 554.40 | 471.24 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| ADOC - TUTWILER OUTPATIENT | MH LPN | 1.40 | 739.20 | 628.32 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| ADOC - TUTWILER OUTPATIENT | MH RN | 1.20 | 633.60 | 538.56 | 37.69 | 0.00 | 0.00 | 0.00 | 37.69 | 7.00% |
| ADOC - TUTWILER OUTPATIENT | Psychiatrist | 1.05 | 554.40 | 471.24 | 20.50 | 0.00 | 0.00 | 0.00 | 20.50 | 4.35% |
| ADOC - TUTWILER OUTPATIENT | Psychologist PhD | 2.20 | 1161.60 | 987.36 | 160.00 | 0.00 | 0.00 | 0.00 | 160.00 | 16.20% |
| ADOC - VENTRESS CF | MH Clerk | 1.00 | 528.00 | 448.80 | 545.25 | 0.00 | 0.00 | 176.00 | 721.25 | 100.00% |

| | Quarterly Staffing Report ||||||||| |
| | October 2021 to December 2021 ||||||||| |
| Facility | Position | Contract FTEs | Total FTEs in Quarterly Hours | Adjusted FTEs in Quarterly Hours (0.85) | Hours Actually Worked 2.2.2.5(a),(b),(c),(d) | Hours Counted But Not Worked (CME, Training, Corp. Functions) 2.2.2.5(e) | FMLA Hours 2.2.2.5(g) | Credit for Vacated Positions 2.2.2.5(f) | Total Hours 2.2.2.5 | Fill Rate |
|---|---|---|---|---|---|---|---|---|---|---|
| ADOC - VENTRESS CF | MH CRNP | 0.50 | 264.00 | 224.40 | 142.50 | 0.00 | 80.00 | 0.00 | 222.50 | 99.15% |
| ADOC - VENTRESS CF | MH LPN | 1.52 | 802.56 | 682.18 | 682.18 | 0.00 | 0.00 | 0.00 | 682.18 | 100.00% |
| ADOC - VENTRESS CF | MH RN | 1.20 | 633.60 | 538.56 | 652.57 | 0.00 | 0.00 | 0.00 | 652.57 | 100.00% |
| ADOC - VENTRESS CF | MH Site Program Mgr Lcsd | 1.00 | 528.00 | 448.80 | 448.80 | 0.00 | 0.00 | 0.00 | 448.80 | 100.00% |
| ADOC - VENTRESS CF | MHP Licensed | 4.43 | 2339.04 | 1988.18 | 476.95 | 0.00 | 0.00 | 0.00 | 476.95 | 23.99% |
| ADOC - VENTRESS CF | Psychiatrist | 0.50 | 264.00 | 224.40 | 193.50 | 0.00 | 0.00 | 0.00 | 193.50 | 86.23% |
| REGIONAL OFFICE | MH AA | 2.00 | 1056.00 | 897.60 | 877.00 | 0.00 | 0.00 | 0.00 | 877.00 | 97.70% |
| REGIONAL OFFICE | MH Admin Coor | 1.00 | 528.00 | 448.80 | 367.40 | 0.00 | 80.00 | 0.00 | 447.40 | 99.69% |
| REGIONAL OFFICE | MH Asst Prgm Dir N | 1.00 | 528.00 | 448.80 | 448.80 | 0.00 | 0.00 | 0.00 | 448.80 | 100.00% |
| REGIONAL OFFICE | MH Asst Prgm Dir S | 1.00 | 528.00 | 448.80 | 424.80 | 24.00 | 0.00 | 0.00 | 448.80 | 100.00% |
| REGIONAL OFFICE | MH Asst Psychiatric Dir | 1.00 | 528.00 | 448.80 | 431.20 | 0.00 | 0.00 | 0.00 | 431.20 | 96.08% |
| REGIONAL OFFICE | MH Clin Dir-Edu Trng | 1.00 | 528.00 | 448.80 | 424.00 | 0.00 | 0.00 | 0.00 | 424.00 | 94.47% |
| REGIONAL OFFICE | MH CQI Assistant | 1.00 | 528.00 | 448.80 | 384.00 | 0.00 | 0.00 | 0.00 | 384.00 | 85.56% |
| REGIONAL OFFICE | MH CQI Manager | 1.00 | 528.00 | 448.80 | 432.00 | 0.00 | 0.00 | 0.00 | 432.00 | 96.26% |
| REGIONAL OFFICE | MH Data-Reports Mgr | 1.00 | 528.00 | 448.80 | 583.00 | 0.00 | 0.00 | 0.00 | 583.00 | 100.00% |
| REGIONAL OFFICE | MH Program Director | 1.00 | 528.00 | 448.80 | 448.00 | 0.00 | 0.00 | 0.00 | 448.00 | 99.82% |
| REGIONAL OFFICE | MH Psychiatric Director | 1.00 | 528.00 | 448.80 | 448.80 | 0.00 | 0.00 | 0.00 | 448.80 | 100.00% |
| REGIONAL OFFICE | MH Regional Psychologist | 2.40 | 1267.20 | 1077.12 | 170.75 | 0.00 | 0.00 | 0.00 | 170.75 | 15.85% |
| REGIONAL OFFICE | MH Telehealth Coor | 1.00 | 528.00 | 448.80 | 534.75 | 0.00 | 0.00 | 0.00 | 534.75 | 100.00% |