# Exhibit A

**From:** John Ott <John_Ott@alnd.uscourts.gov>
**Date:** February 25, 2022 at 9:24:31 AM CST
**To:** Bill Lunsford <blunsford@maynardcooper.com>, Anil Mujumdar <anil@dagneylaw.com>, Ashley Austin <ashley.austin@splcenter.org>, Myron Thompson <Myron_Thompson@almd.uscourts.gov>
**Subject: Fwd: Braggs Update and Request for information**

All,

I just received this from Dr. Feldman.

jeo
Get Outlook for iOS

---

**From:** Feldman, Jacqueline <jfeldman@uabmc.edu>
**Sent:** Thursday, February 24, 2022 8:19 PM
**To:** John Ott
**Subject:** Re: Braggs Update and Request for information

**CAUTION - EXTERNAL:**

Judge Ott,

Thank you for your email of 2/17/2022. I have reviewed, yet again, Judge Thompson's opinion. I must, for personal reasons, give you notice and respectfullly withdraw as an external monitor team member. Let the record reflect I have created no work product (beyond reading the opinions sent to me) and have not charged or received any compensation from the Alabama Department of Corrections.

Since the beginning of my potential involvement, considerable time has lapsed, (first contact was 9/2020), my personal and professional trajectory have evolved as I waited for the EMT to come to fruition. Circumstances are such that I will be selling my house in Birmingham; I have moved to Missouri (a ten-hour drive to Birmingham) which makes sustained EMT visits a considerable hardship.

I am hopeful this resignation does not disrupt resolution of the case, nor deter the justice so clearly needed for those who are having challenging lived experiences in the Alabama prison system.

My thanks for your (court, plaintiffs and defense teams) consideration of me as an external monitoring team member; it was an honor.  Please acknowledge receipt and acceptance of this notice.

Jacqueline Maus Feldman MD
Professor Emerita
Department of Psychiatry and Behavioral Neurobiology
University of Alabama at Birmingham
NAMI Associate Medical Director

---

**From:** John Ott <John_Ott@alnd.uscourts.gov>
**Sent:** Thursday, February 17, 2022 5:55:02 PM
**To:** Feldman, Jacqueline; Catherine M Knox; rraemisch@falconinc.com; Elizabeth Falcon; William R. Lunsford; Anil Mujumdar; ashley.austin@splcenter.org
**Subject:** EXT MSG Braggs Update and Request for information

All,

This email has a two-fold purpose—one, to update you on the case, and two, to derive some information so we can proceed.  First, Judge Thompson has denied-in-part and granted-in-part a stay. It issue is now, or shortly will be, before the Eleventh Circuit Court of Appeals for review. Judge Thompson specifically found that the EMT efforts should commence in accordance with his earlier opinion (which I have attached again for your convenience).  Accordingly, it will be necessary for each of you, if you have not done it already, to send Mr. Lunsford your hourly rate for contracting and budgeting purposes.  Thereafter, Mr. Lunsford will forward the appropriate contracts to each of you.  Additionally, for budgeting purposes, the State needs an approximation of your availability during the next six months (on a monthly basis) to accomplish the tasks assigned the EMT via the court's order.  The information should be provided to Mr. Lunsford by Friday, February 25, 2022.  Should you have any questions or concerns, please feel free to contact me via email or text.

Thank you for your patience and dedication.

John E. Ott
United States Magistrate Judge (Recalled)
(205) 516-2414

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

2