IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| EDWARD BRAGGS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:14cv601-MHT |
| ) | (WO) |
| JOHN HAMM, in his ) | |
| official capacity as ) | |
| Commissioner of ) | |
| the Alabama Department of ) | |
| Corrections, et al., ) | |
| ) | |
| Defendants. ) | |

ORDER

In accordance with the monitoring opinion, *see Braggs v. Dunn*, 483 F. Supp. 3d 1136, 1146-47 (M.D. Ala. 2020) (Thompson, J.), and the process followed earlier for appointment of the EMT, *see* September 2, 2020, Order (Doc. 2918), and based on the representations made on the record on March 15, 2022, it is ORDERED as follows:

(1) Dr. Jacqueline Feldman's resignation from the external monitoring team (EMT) is accepted.  *See* February 24, 2022 Email from Dr. Feldman to Judge John Ott (Doc.

3534-1).  The court now expresses its deep gratitude to her.

(2) By 5:00 p.m., on April 1, 2022, the parties are to file a report indicating whether they have agreed on a person to replace Dr. Feldman as the team's psychiatrist, and, if so, who that person is.  In the meantime, the parties are encouraged to mediate this issue with Judge John Ott.

DONE, this the 15th day of March, 2022.

                                     /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE