IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| EDWARD BRAGGS, et al., )<br>)<br>    Plaintiffs, )<br>) | <br><br><br>CIVIL ACTION NO. |
|     v. )<br>) | 2:14cv601-MHT |
| JOHN HAMM, in his )<br>official capacity as )<br>Commissioner of )<br>the Alabama Department of )<br>Corrections, et al., )<br>) | |
|     Defendants. ) | |

**PHASE 2A REVISED REMEDY SCHEDULING ORDER
ON THE EIGHTH AMENDMENT CLAIM**

It is ORDERED that the deadlines and dates for the Phase 2A remedy scheduling order for the Eighth Amendment claim remain and are revised as set forth below.

|  | OLD DATES | NEW DATES |
|---|---|---|
|  |  |  |
| **GENERAL** |  |  |
| The effective date of the Phase 2A Omnibus Remedial Order. (Doc. 3464) at § 1.3. | 3/9/2022 |  |
|  |  |  |
| **MONITORING** |  |  |
| The parties filed a report indicating that they have yet to agree on a person to replace Dr. Jacqueline Feldman as the EMT's psychiatrist. (Doc. 3547).  The parties should be prepared to discuss how to proceed, keeping mind the initial process that was used for the selection of the EMT members. (Doc. 2918, Doc. 2989, Doc. 3026, Doc. 3041, Doc. 3047, and Doc. 3051) | 4/1/2022 | 4/8/2022 at 8:00 a.m. |
|  |  |  |
| **CORRECTIONAL STAFFING** |  |  |
| The defendants must submit correctional staffing reports to the court and the EMT. (Doc. 3464) at § 2.1.6.  The parties should be prepared to discuss specific dates on which these must be filed.  If specific dates have already been established by a prior order, the parties should be prepared to identify that order and indicate what those dates are. | On a quarterly basis | 4/8/2022 at 8:00 a.m. |
| The defendants submitted to the court a proposal for specific dates by which ADOC will create an agency staffing unit that will (a) "write policy, enforce the staffing decisions mandated by the court's order, and take steps so that another staffing analysis can be conducted for every facility," and (b) work with Margaret and Merle Savage to update its staffing analysis. (Doc. 3546).  The parties should be prepared to discuss how to proceed on this proposal. | 3/30/2022 | 4/8/2022 at 8:00 a.m. |

| | | |
|---|---|---|
| **The defendants must develop with the Savages and submit to the court realistic benchmarks for the level of correctional staffing ADOC will attain by December 31 of 2022, 2023, and 2024 to put ADOC on track to fill all mandatory and essential posts by July 1, 2025. (Doc. 3464) at § 2.1.5.** | 6/1/2022 | |
| **Deadline by which ADOC must fill all mandatory and essential posts at the level indicated in the most recent staffing analysis at that time. (Doc. 3464) at § 2.1.4.** | 7/1/2025 | |
| | | |
| **MENTAL-HEALTH STAFFING** | | |
| **The defendants must submit mental-health staffing reports to the court and the EMT. (Doc. 3464) at § 2.2.4. The parties should be prepared to discuss specific dates on which these must be filed.  If specific dates have already been established by a prior order, the parties should be prepared to identify that order and indicate what those dates are.** | On a quarterly basis | 4/8/2022 at 8:00 a.m. |
| **The EMT shall review ADOC's mental-health staffing ratios and, if necessary, make recommendations for revising them. (Doc. 3464) at § 2.2.2.** | Beginning one year from the initiation of monitoring | |
| **Deadline by which ADOC must achieve the staffing levels set forth in the staffing matrix previously approved by the court in the Phase 2A Order and Injunction on Mental-Health Staffing Remedy (Doc. 2688), subject to any subsequent modifications. (Doc. 3464) at § 2.2.3.** | 7/1/2025 | |
| | | |
| **RESTRICTIVE HOUSING** | | |
| **The defendants must file with the court and the EMT reports on each** | On a weekly basis | 4/8/2022 at 8:00 a.m. |

| | | |
|---|---|---|
| inmate who has been in restrictive housing for longer than 72 hours under exceptional circumstances during that week. (Doc. 3464) at § 3.1.4. The parties should be prepared to discuss the format of these reports. | | |
| The parties must submit proposals that will allow ADOC's RHUs (with the exception of the RHU at Tutwiler) to function safely with the correctional staff that ADOC currently employs. (Doc. 3464) at § 2.1.7.3. | 6/1/2022 | |
| Deadline by which all RHU cells must be cleaned. (Doc. 3464) at § 3.1.1. | 6/8/2022 | |
| Deadline by which all RHU cells must comply with the conditions set forth in Lindsay M. Hayes's Checklist for the "Suicide-Resistant" Design of Correctional Facilities (Doc. 3206-5). (Doc. 3464) at § 3.1.3. Stayed pursuant to opinion and order on motion to stay. (Doc. 3526) at 75-76. | Stayed | |
| | | |
| **SUICIDE PREVENTION** | | |
| ADOC must conduct inspections of all suicide watch, SU, and RHU cells to verify that they meet the conditions set forth Lindsay M. Hayes's Checklist for the "Suicide-Resistant" Design of Correctional Facilities (Doc. 3206-5). (Doc. 3464) at § 2.1.7.2. Stayed as to RHU cells pursuant to opinion and order on motion to stay. (Doc. 3526) at 75-76. | Stayed as to RHU cells only; otherwise, on a quarterly basis | |
| | | |
| **HIGHER LEVELS OF CARE** | | |
| In collaboration with the EMT, ADOC must reassess (1) the number of inmates on its mental-health caseload and (2) whether the current estimate of the percentage of the mental-health caseload requiring inpatient | On an annual basis | |

4

| | | |
|---|---|---|
| treatment is accurate. (Doc. 3464) at § 11.2.2. | | |
| The defendants must submit to the court a plan and procedures to address the serious risk posed by high temperatures in the mental-health units. (Doc. 3464) at § 11.3. | 6/1/2022 | |
| | | |
| **STATUS CONFERENCES** | | |
| Interim status conference to discuss pressing issues. | 4/8/2022 at 8:00 a.m. | |
| Triannual status conference, with the parties to submit reports 10 business days before the status conference (Doc. 3467). | 5/13/2022 at 9:00 a.m. | |
| Triannual status conference, with the parties to submit reports 10 business days before the status conference (Doc. 3467). | 8/12/2022 at 9:00 a.m. | |
| Triannual status conference, with the parties to submit reports 10 business days before the status conference (Doc. 3467). | 11/10/2022 at 9:00 a.m. | |
| Triannual status conference, with the parties to submit reports 10 business days before the status conference (Doc. 3467). | 2/10/2023 at 9:00 a.m. | |
| Triannual status conference, with the parties to submit reports 10 business days before the status conference (Doc. 3467). | 7/7/2023 at 9:00 a.m. | |
| Triannual status conference, with the parties to submit reports 10 business days before the status conference (Doc. 3467). | 11/17/2023 at 9:00 a.m. | |
| Triannual status conference, with the parties to submit reports 10 business days before the status conference (Doc. 3467). | 2/9/2024 at 9:00 a.m. | |
| Triannual status conference, with the parties to submit reports 10 business days before the status conference (Doc. 3467). | 7/12/2024 at 9:00 a.m. | |
| Triannual status conference, with the parties to submit reports 10 business days before the status conference (Doc. 3467). | 11/22/2024 at 9:00 a.m. | |
| Triannual status conference, with the parties to submit reports 10 | 2/7/2025 at 9:00 a.m. | |

| | | |
|---|---|---|
| business days before the status conference (Doc. 3467). | | |
| | | |
| **STANDING ORDERS FOR HEARINGS AND STATUS CONFERENCES** | | |
| All hearings and evidentiary hearings shall be in accordance with the order entered on 1/15/2020 (Doc. 2727), unless otherwise specified. | | |
| All hearings, evidentiary hearings, and status conferences are to be by videoconferencing unless otherwise specified. | | |

**DONE, this the 1st day of April, 2022.**

                                          **/s/ Myron H. Thompson**
                                          **UNITED STATES DISTRICT JUDGE**