IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
EDWARD BRAGGS, et al.,        )
                              )
       Plaintiffs,            )
                              )      CIVIL ACTION NO.
       v.                     )        2:14cv601-MHT
                              )            (WO)
JOHN HAMM, in his             )
official capacity as          )
Commissioner of               )
the Alabama Department of     )
Corrections, et al.,          )
                              )
       Defendants.            )
```

ORDER

During an on-the-record status conference on April 8, 2022, the court discussed with the parties whether to revise the format of the weekly SMI reports in light of the Phase 2A Omnibus Remedial Order (Doc. 3464) at § 3.1.4. The court also discussed the possibility of mediation of the issue before Judge Ott.

Based on the parties' representations, it is ORDERED that (1) the defendants are to continue submitting the SMI reports in their current format and (2), on or before

June 1, 2022, the parties are each to submit a proposal on how to proceed on the issue of revising the reports.

DONE, this the 20th day of April, 2022.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE