IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EDWARD BRAGGS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 2:14-cv-00601-MHT |
| v. ) | |
| ) | District Judge Myron H. Thompson |
| JOHN HAMM, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### THE STATE'S STATUS REPORT CONCERNING
### THE PHASE 2A OMNIBUS REMEDIAL ORDER

Defendants John Hamm ("Commissioner Hamm"), in his official capacity as Commissioner of the Alabama Department of Corrections ("ADOC"), and Deborah Crook ("Deputy Commissioner" and, collectively with Commissioner Hamm, the "State") in her official capacity as ADOC's Deputy Commissioner, Office of Health Services, hereby submit this status report for the May 13, 2022 status conference as directed by the Court's December 28, 2021 Order.[1] (Doc. 3467).

---

[1] The State submits this filing in response to the Court's directive. (Doc. No. 3467 at 2). In doing so, the State expressly preserves any and all objections and all available legal and equitable arguments in response to the Court's Phase 2A Omnibus Remedial Opinion (Doc. Nos. 3461, 3462, 3463, 3465), Phase 2A Omnibus Remedial Order (Doc. No. 3464), any other Phase 2A remedial orders, and the Court's liability opinions and orders in this action, including without limitation, the Court's Liability Opinion and Order as to Phase 2A Eighth Amendment Claim (Doc. No. 1285) and Phase 2A Supplemental Liability Opinion and Order on Periodic Mental-Health Evaluations of Prisoners in Segregation (Doc. No. 2332). Nothing contained in this filing shall be construed as an admission by the State, a

I.      **STATUS OF OMNIBUS REMEDIAL ORDER.**

The Court issued the Phase 2A Omnibus Remedial Order and Opinions on December 27, 2021, establishing certain requirements and deadlines for the State to implement. (Docs. 3461, 3462, 3463, and 3464). Following the Order and Opinions, the Court entered an Order on December 28, 2021, setting triannual status conferences on May 13, August 12, and November 10, 2022, regarding the implementation of "Phase 2A Omnibus Remedial Order" (the "Remedial Order," doc. 3464), and requiring the State and Plaintiffs (together, the "Parties") "to submit separate reports giving an overview of what progress has been made, or not made; what steps, if any, they suggest should be taken; and any other specific issues the parties would like to discuss." (Doc. 3467 at 2). On January 24, 2022, the State filed its "Notice of Appeal" (the "Appeal," doc. 3488) and "The State's Time-Sensitive Motion to Stay the Phase 2A Omnibus Remedial Order Pending Appeal" (doc. 3489). Plaintiffs filed a notice of their cross-appeal on January 25, 2022. (Doc. 3491). The Appeals remains pending.

In response to the State's motion to stay, the Court entered an Order staying sections 2.1.7.1-2.1.7.2 and 3.1.3 of the Remedial Order to the extent these sections

---

waiver of any objection to any opinion or order in this action, or a waiver of the State's pending appeal related to Phase 2A (see doc. no. 3488). Nothing in this filing shall be construed as an admission of any kind by the State that ADOC's current or historical staffing or provision of mental-health care is or was unconstitutional or deficient in any way.

"require RHU cells to comply with the Hayes checklist and be checked for compliance with the Hayes checklist." (Doc. 3526 at 76). Additionally, on March 15, 2022, the Court identified the effective date of the Remedial Order as March 9, 2022 ("Effective Date"). (Doc. 3542 at 2). Based on the Effective Date, the Remedial Order requires the State to comply with the following deadlines prior to the May 13, 2022 status conference:

- By March 30, 2022, the State had to submit a proposal providing specific dates for the State to (1) create an "agency staffing unit that will 'write policy, enforce the staffing decisions mandated by the court's order, and take steps so that another staffing analysis can be conducted for every facility'" and (2) "work with the Savages to update its staffing analysis" (doc. 3464 at 2.1.1-2.1.3);

- Submit quarterly correctional staffing reports (Id. at 2.1.6);

- Submit quarterly mental-health staffing reports (Id. at 2.2.4); and

- Submit weekly reports regarding inmates housed in restrictive housing units under "exceptional circumstances" for longer than seventy-two (72) hours. (Id. at 3.1.4).[2]

The State complied with these deadlines.

---

[2] The Court directed the State to continue to submit the "SMI reports in their current format" and for the Parties to "submit a proposal on how to proceed on the issue of revising the reports" by June 1, 2022. (Doc. 3557 at 1-2).

3

## II.   THE STATE'S PROGRESS IN COMPLIANCE WITH THE REMEDIAL ORDER.

The Remedial Order requires the State to "create an agency staffing unit" and submit a proposal with specific dates for creating the unit and updating the 2018 staffing analysis created by Russ and Meg Savage ("2018 Staffing Analysis", doc. 1813-1). (Doc. 3464 at 2.1.1 and 2.1.3). On January 10, 2022, Commissioner Hamm finalized the creation of the "agency staffing unit"—identified as the Resource Planning Unit (the "Unit")—and appointed Cheryl Price as the Coordinator of the Unit. (Doc. 3482 at 3). The Unit's mission includes developing policies related to analyzing staffing of security posts within ADOC's facilities, updating the 2018 Staffing Analysis, and enforcing the staffing-related decisions made by ADOC.

On March 30, 2022, the State submitted a proposal to the Court with specific dates for the Unit to update the 2018 Staffing Analysis. (Doc. 3546 at 3-4).[3] The proposal identified benchmarks for completing the updated analysis including initiating the development of a policy for the Unit by March 28, 2022, beginning the collection of information from ADOC's major facilities by April 1, 2022, initiating site visits of ADOC's major facilities by May 1, 2022, completing the collection of information from at least half of the major facilities by July 15, 2022, and completion of the updated staffing analysis by November 1, 2022. (Id.). The State notified the

---

[3] On April 13, 2022, the Court approved the State's proposal for updating the 2018 Staffing Analysis. (Doc. 3554 at 1).

4

Court on April 20, 2022 that the Unit met the first two benchmarks—initiation of development of the policy and collecting information from ADOC's major facilities. (Doc. 3558). These actions confirm the State's compliance with sections 2.1.1 and 2.1.3 of the Remedial Order.

Commissioner Hamm assigned additional staff to the Unit to assist Coordinator Price in updating the 2018 Staffing Analysis, and the Unit began collecting data and information from ADOC's major facilities. Additionally, Coordinator Price enlisted the Savages to assist with drafting the policy for the Unit and assisting with site visits to provide instruction to the Unit's assigned staff on gathering, reviewing and analyzing documents necessary to update the 2018 Staffing Analysis. The initial site visits will occur during the first week of May. These actions confirm compliance with section 2.1.2 of the Remedial Order.

In further compliance with the Remedial Order, the State submitted the quarterly mental health staffing report for the fourth quarter of 2021 on February 14, 2022. (Doc. 3525-1). The State submitted the quarterly correctional staffing report for the fourth quarter of 2021 on April 8, 2022. (Doc. 3552). Additionally, the State submitted weekly reports regarding inmates diagnosed with serious mental illness ("SMI") housed in restrictive housing. (Docs. 3470, 3479, 3484, 3494, 3510, 3520, 3527, 3532, 3535, 3543, 3544, 3545, 3549, 3553, 3556, and 3560). These filings evidence the State's compliance with sections 2.1.6, 2.2.4 and 3.1.4 of the Remedial

Order.

**III.   SPECIFIC ISSUES AFFECTING COMPLIANCE WITH THE REMEDIAL ORDER.**

Prior to the Effective Date of the Remedial Order, on February 25, 2022, a member of the External Monitoring Team ("EMT"), Dr. Jackie Feldman, resigned from her position as the psychiatrist on the team. (Doc. 3543). Dr. Feldman's resignation created an unexpected vacancy on the EMT causing delay in the EMT initiating development of performance measures and audit tools necessary begin monitoring the State's compliance with the Remedial Order. (See Doc. 2915 at 36-36, 47-49). The Court accepted Dr. Feldman's resignation on March 15, 2022 and ordered the Parties to seek to replace Dr. Feldman and utilize Judge John Ott to mediate any issues concerning the selection. (Doc. 3540). The State began identifying and interviewing potential candidates and the Parties began conducting weekly mediation session with Judge Ott concerning this issue. (Doc. 3559). The Parties expect to exchange lists of potential candidates during the first week of May and begin conducting interviews to select Dr. Feldman's replacement soon thereafter. (Id.).

An additional issue that may affect the State's compliance concerns the denial of ADOC's participation in the May 16-July 15, 2022 training program on correctional staffing analysis taught by the National Institute of Corrections ("NIC"). On April 6, 2022, the State received notice that the NIC training sessions

6

accommodate only four participating agencies and that the NIC did not select ADOC to participate in the session starting on May 16, 2022. The NIC further stated it would conduct two additional sessions in 2022 and would consider ADOC for those two sessions. The NIC provided no additional information on dates of the next sessions or agencies selected. As such, it remains unclear if the Unit will attend NIC training in 2022.

Date: April 29, 2022.

/s/ William R. Lunsford
William R. Lunsford
*Attorney for the State*

William R. Lunsford
Matthew B. Reeves
Stephen C. Rogers
Kenneth S. Steely
La Keisha W. Butler
**MAYNARD, COOPER & GALE, PC**
655 Gallatin Street
Huntsville, AL 35801
Telephone: (256) 512-5710
Facsimile: (256) 512-0119
blunsford@maynardcooper.com
mreeves@maynardcooper.com
srogers@maynardcooper.com
ksteely@maynardcooper.com
lbutler@maynardcooper.com

Luther M. Dorr, Jr.
**MAYNARD, COOPER & GALE, PC**
1901 Sixth Avenue North
2400 Regions Harbert Plaza

7

Birmingham, AL 35203
Telephone: (205) 254-1178
Facsimile: (205) 714-6438
rdorr@maynardcooper.com

Stephanie L. Smithee
**ALABAMA DEPARTMENT OF CORRECTIONS**
Legal Division
301 South Ripley Street
Montgomery, Alabama 36130
Telephone (334) 353-3884
Facsimile (334) 353-3891
stephanie.smithee@doc.alabama.gov

Anne A. Hill
Deputy Attorney General
**STATE OF ALABAMA**
**OFFICE OF THE ATTORNEY GENERAL**
501 Washington Avenue
Montgomery, Alabama 36104
Telephone: (334) 242-7491
Facsimile: (334) 353-8400
Anne.Hill@AlabamaAG.gov

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all attorneys of record in this matter, including without limitation the following, on this 29th day of April, 2022:

Ashley N. Light
Lisa W. Borden
Susanne Cordner
**SOUTHERN POVERTY LAW CENTER**
400 Washington Avenue
Montgomery, Alabama 36104
Telephone: (334) 956-8200
Facsimile: (334) 956-8481
ashley.light@splcenter.org
lisawborden@gmail.com

Jasmin Mize
**SOUTHERN POVERTY LAW CENTER**
Post Office Box 1287
Decatur, GA 30031
Telephone: (334) 956-8200
Facsimile: (334) 956-8481
jasmin.mize@splcenter.org

Leslie F. Jones
**SOUTHERN POVERTY LAW CENTER**
111 East Capitol Street
Suite 280
Jackson, MS 39201
Telephone: (601) 948-8882
Facsimile: (334) 956-8281

Bruce Hamilton
**SOUTHERN POVERTY LAW CENTER**
201 St. Charles Avenue
Suite 2000
New Orleans, LA 70170
Telephone: (504) 352-4398
Facsimile: (504) 486-8947

William Van Der Pol, Jr.
Lonnie Williams
Barbara A. Lawrence
Andrea J. Mixson
**ALABAMA DISABILITIES ADVOCACY PROGRAM**
University of Alabama
500 Martha Parham West
Box 870395
Tuscaloosa, Alabama 35487-0395
Telephone: (205) 348-6894
Facsimile: (205) 348-3909
wvanderpoljr@adap.ua.edu
blawrence@adap.ua.edu
lwilliams@adap.ua.edu
amixson@adap.ua.edu

William G. Somerville III
Patricia Clotfelter
**BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC**
420 20th Street North
Suite 1400
Birmingham, Alabama 35203
Telephone:  (205) 244-3863
Facsimile:  (205) 488-3863
wsomerville@bakerdonelson.com
pclotfelter@bakerdonelson.com

Deana Johnson
Brett T. Lane
**MHM SERVICES, INC.**
1447 Peachtree Street NE
Suite 500

9

Anil A. Mujumdar
**DAGNEY JOHNSON LAW GROUP**
2170 Highland Avenue, Suite 250
Birmingham, Alabama 35213
Telephone: (205) 729-8445
Facsimile: (205) 809-7899
anil@dagneylaw.com

Neal K. Katyal
Catherine E. Stetson
Jo-Ann Tamila Sagar
**HOGAN LOVELLS US LLP**
555 13th Street NW
Washington, DC 20004
Telephone: (202) 637-5528
Facsimile: (202) 637-5910

Edward A. Bedard
**KING & SPALDING, LLP**
1180 Peachtree Street NE
Suite 1600
Atlanta, GA 30309
Telephone: (404) 572-3127

Atlanta, GA 30309
Telephone: (404) 347-4134
Facsimile: (404) 347-4138
djohnson@mhm-services.com
btlane@mhm-services.com

Joshua C. Toll
**KING & SPALDING, LLP**
1700 Pennsylvania Avenue NW
2nd Floor
Washington, DC 20006
Telephone: (202) 227-6138

Evan Diamond
**KING & SPALDING, LLP**
1185 Avenue of Americas
34th Floor
New York, NY 10036
Telephone: (212) 556-2297

Rachel Rubens
**KING & SPALDING, LLP**
50 California Street
Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1210

*/s/ William R. Lunsford*
Of Counsel