# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| EDWARD BRAGGS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 2:14-cv-00601-MHT |
| v. ) | |
| ) | District Judge Myron H. Thompson |
| JOHN HAMM, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## THE STATE'S NOTICE REGARDING COMPLIANCE WITH THE TIMELINE FOR UPDATING THE 2018 STAFFING ANALYSIS

Defendants John Hamm ("Commissioner Hamm"), in his official capacity as Commissioner of the Alabama Department of Corrections ("ADOC"), and Deborah Crook ("Deputy Commissioner" and, collectively with Commissioner Hamm, the "State") in her official capacity as ADOC's Deputy Commissioner, Office of Health Services, in response to the Phase 2A Revised Remedy Scheduling Order on the Eighth Amendment Claim (doc. 3555), provide notice of the following:

1. The State submitted "The State's Proposal Regarding ADOC's Staffing Unit and Updating the 2018 Correctional Staffing Analysis" on March 30, 2022. (the "Proposal," Doc. 3546).

2. The Court adopted the Proposal on April 13, 2022, and ordered the State to provide notice concerning compliance with the timeline concerning

beginning "visiting ADOC's major facilities to gather information form updating the Savages' 2018 staffing analysis."  (Doc. 3554, p. 4).

3. The State hereby provides notice that on April 22, 2022, the Resource Planning Unit (the "Unit") coordinated with Russ and Meg Savage (the "Savages") to conduct tours of two (2) major facilities with the Unit on May 4-6, 2022. Additionally, as part of the tours, the Savages will provide in-person training to the Unit on conducting a staffing analysis to provide the Unit with the necessary tools for updating the Savages' 2018 staffing analysis.

4. The State hereby provides additional notice concerning the Unit's participation in the May 16-July 15, 2022 training program on correctional staffing analysis taught by the National Institute of Corrections ("NIC").  On April 6, 2022, the State received notice that the NIC training sessions accommodate only four participating agencies and that the NIC did not select ADOC to participate in the session starting on May 16, 2022.  The NIC further stated it will conduct two additional sessions in 2022 and it will consider ADOC for those two sessions.  The NIC provided no additional information on dates of the next sessions or agencies selected.  As such, it remains unclear if the Unit will attend NIC training in 2022.

Date: May 3, 2022.

*/s/ William R. Lunsford*
William R. Lunsford
*Attorney for the State*

William R. Lunsford
Matthew B. Reeves
Stephen C. Rogers
Kenneth S. Steely
La Keisha W. Butler
**MAYNARD, COOPER & GALE, PC**
655 Gallatin Street
Huntsville, AL 35801
Telephone: (256) 512-5710
Facsimile: (256) 512-0119
blunsford@maynardcooper.com
mreeves@maynardcooper.com
srogers@maynardcooper.com
ksteely@maynardcooper.com
lbutler@maynardcooper.com

Luther M. Dorr, Jr.
**MAYNARD, COOPER & GALE, PC**
1901 Sixth Avenue North
2400 Regions Harbert Plaza
Birmingham, AL 35203
Telephone: (205) 254-1178
Facsimile: (205) 714-6438
rdorr@maynardcooper.com

Stephanie L. Smithee
**ALABAMA DEPARTMENT OF CORRECTIONS**
Legal Division
301 South Ripley Street
Montgomery, Alabama 36130
Telephone (334) 353-3884
Facsimile (334) 353-3891
stephanie.smithee@doc.alabama.gov

Anne A. Hill
Deputy Attorney General
**STATE OF ALABAMA**
**OFFICE OF THE ATTORNEY GENERAL**
501 Washington Avenue
Montgomery, Alabama 36104

Telephone: (334) 242-7491
Facsimile: (334) 353-8400
Anne.Hill@AlabamaAG.gov

# **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon all attorneys of record in this matter, including without limitation the following, on this 3rd day of May, 2022:

Ashley N. Light
Lisa W. Borden
Susanne Cordner
**SOUTHERN POVERTY LAW CENTER**
400 Washington Avenue
Montgomery, Alabama 36104
Telephone: (334) 956-8200
Facsimile: (334) 956-8481
ashley.light@splcenter.org
lisawborden@gmail.com

Jasmin Mize
**SOUTHERN POVERTY LAW CENTER**
Post Office Box 1287
Decatur, GA 30031
Telephone: (334) 956-8200
Facsimile: (334) 956-8481
jasmin.mize@splcenter.org

Leslie F. Jones
**SOUTHERN POVERTY LAW CENTER**
111 East Capitol Street
Suite 280
Jackson, MS 39201
Telephone: (601) 948-8882
Facsimile: (334) 956-8281

Bruce Hamilton
**SOUTHERN POVERTY LAW CENTER**
201 St. Charles Avenue
Suite 2000
New Orleans, LA 70170
Telephone: (504) 352-4398
Facsimile: (504) 486-8947

William Van Der Pol, Jr.
Lonnie Williams
Barbara A. Lawrence
Andrea J. Mixson
**ALABAMA DISABILITIES ADVOCACY PROGRAM**
University of Alabama
500 Martha Parham West
Box 870395
Tuscaloosa, Alabama 35487-0395
Telephone: (205) 348-6894
Facsimile: (205) 348-3909
wvanderpoljr@adap.ua.edu
blawrence@adap.ua.edu
lwilliams@adap.ua.edu
amixson@adap.ua.edu

William G. Somerville III
Patricia Clotfelter
**BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC**
420 20th Street North
Suite 1400
Birmingham, Alabama 35203
Telephone:  (205) 244-3863
Facsimile:  (205) 488-3863
wsomerville@bakerdonelson.com
pclotfelter@bakerdonelson.com

Deana Johnson
Brett T. Lane
**MHM SERVICES, INC.**
1447 Peachtree Street NE
Suite 500

Anil A. Mujumdar
**DAGNEY JOHNSON LAW GROUP**
2170 Highland Avenue, Suite 250
Birmingham, Alabama 35213
Telephone: (205) 729-8445
Facsimile: (205) 809-7899
anil@dagneylaw.com

Neal K. Katyal
Catherine E. Stetson
Jo-Ann Tamila Sagar
**HOGAN LOVELLS US LLP**
555 13th Street NW
Washington, DC 20004
Telephone: (202) 637-5528
Facsimile: (202) 637-5910

Edward A. Bedard
**KING & SPALDING, LLP**
1180 Peachtree Street NE
Suite 1600
Atlanta, GA 30309
Telephone: (404) 572-3127

Atlanta, GA 30309
Telephone: (404) 347-4134
Facsimile: (404) 347-4138
djohnson@mhm-services.com
btlane@mhm-services.com

Joshua C. Toll
**KING & SPALDING, LLP**
1700 Pennsylvania Avenue NW
2nd Floor
Washington, DC 20006
Telephone: (202) 227-6138

Evan Diamond
**KING & SPALDING, LLP**
1185 Avenue of Americas
34th Floor
New York, NY 10036
Telephone: (212) 556-2297

Rachel Rubens
**KING & SPALDING, LLP**
50 California Street
Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1210

*/s/ William R. Lunsford*
Of Counsel

6