IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| EDWARD BRAGGS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:14cv601-MHT |
| ) | (WO) |
| JOHN HAMM, in his ) | |
| official capacity as ) | |
| Commissioner of ) | |
| the Alabama Department of ) | |
| Corrections, et al., ) | |
| ) | |
| Defendants. ) | |

### PHASE 2A REVISED REMEDY SCHEDULING ORDER ON THE EIGHTH AMENDMENT CLAIM

Based on the representations made on the record on May 13, 2022, it is ORDERED that the deadlines and dates for the Phase 2A remedy scheduling order for the Eighth Amendment claim remain and are revised as set forth below.

|  | OLD DATES | NEW DATES |
|---|---|---|
| **GENERAL** | | |
| The effective date of the Phase 2A Omnibus Remedial Order. (Doc. 3464) at § 1.3. | 3/9/2022 | |
| | | |
| **MONITORING** | | |
| The parties are to file a joint status report regarding their progress towards finding a person to replace Dr. Jacqueline Feldman as the EMT's psychiatrist. | 4/25/2022 | 6/1/2022 |
| | | |
| **CORRECTIONAL STAFFING** | | |
| The defendants must submit correctional staffing reports to the court and the EMT. (Doc. 3464) at § 2.1.6.  By agreement of the parties, the defendants are to submit these reports on the dates set forth in the Phase 2A Understaffing Remedial Order (Doc. 1657) at § 4, namely, March 1, June 1, September 1, and December 1 of each year. | On March 1, June 1, September 1, and December 1 of each year | |
| The formatting for the correctional staffing reports shall be revised, if necessary, based on input from the EMT. *See* Phase 2A Omnibus Remedial Order (Doc. 3464) at § 2.1.6. | To be determined. | |
| The defendants proposed that they begin developing ADOC's policy related to correctional staffing analysis by March 28, 2022.  *See* Defs.' Proposal Regarding ADOC's Staffing Unit (Doc. 3546).  On April 20, 2022, the defendants filed a notice that they had "initiated the creation of a policy to provide instruction on developing and maintaining a correctional staffing analysis." Def.'s Notice (Doc. 3558) at 2. | 4/20/2022 | |
| The defendants proposed that they begin collecting information from ADOC's major facilities for updating the Savages' 2018 staffing analysis by April 1, | 4/20/2022 | |

| | | |
|---|---|---|
| 2022.  *See* Defs.' Proposal Regarding ADOC's Staffing Unit (Doc. 3546).  On April 20, 2022, the defendants filed a notice that they had "initiated the collection of necessary documents from ADOC's major facilities to facilitate updating the Savages' 2018 staffing analysis." Def.'s Notice (Doc. 3558) at 2. | | |
| The defendants are to begin visiting ADOC's major facilities to gather information for updating the Savages' 2018 staffing analysis.  The defendants shall file a notice with the court confirming that they have met this deadline. | 5/1/2022 | |
| Coordinator Cheryl Price and other members of the agency staffing unit, or "resource planning unit," are to participate, from May 6 through July 15, 2022, in the training program on correctional staffing analysis taught by the National Institute of Corrections.  In light of the defendants' representation that ADOC was not selected to participate in the NIC's training program between May 2022 and June 2022, *see* Defs.' Status Report (Doc. 3563) at 6-7, the defendants shall submit a proposal as to how to proceed. | 7/15/2022 | 5/27/2022 |
| The plaintiffs are to submit, after conferring with the defendants, a proposal for keeping the court and the EMT abreast of the defendants' continued progress in updating the correctional staffing analysis (for example, developing ADOC's policy related to the correctional staffing analysis and collecting information from ADOC's major facilities) after the deadlines for beginning implementation have passed. . | | 5/27/2022 |

3

| | | |
|---|---|---|
| **The defendants are to obtain information from approximately half of ADOC's major facilities for updating the Savages' 2018 staffing analysis. The defendants shall file a notice with the court confirming that they have met this deadline.** | 7/15/2022 | |
| **The defendants are to complete the update to the Savages' 2018 staffing analysis. The defendants shall file a notice with the court confirming that they have met this deadline.** | 11/1/2022 | |
| **The defendants must develop with the Savages and submit to the court realistic benchmarks for the level of correctional staffing ADOC will attain by December 31 of 2022, 2023, and 2024 to put ADOC on track to fill all mandatory and essential posts by July 1, 2025. (Doc. 3464) at § 2.1.5.** | 6/1/2022 | |
| **Deadline by which ADOC must fill all mandatory and essential posts at the level indicated in the most recent staffing analysis at that time. (Doc. 3464) at § 2.1.4.** | 7/1/2025 | |
| | | |
| **MENTAL-HEALTH STAFFING** | | |
| **The defendants must submit mental-health staffing reports to the court and the EMT. (Doc. 3464) at § 2.2.4. By agreement of the parties, the defendants are to submit these reports on the dates set forth in the Phase 2A Understaffing Remedial Order (Doc. 1657) at § 4, namely, March 1, June 1, September 1, and December 1 of each year.** | On March 1, June 1, September 1, and December 1 of each year | |
| **The formatting for the mental-health staffing reports shall be revised, if necessary, based on input from the EMT.** *See* **Phase 2A Omnibus Remedial Order (Doc. 3464) at § 2.2.4.** | To be determined. | |

| | | |
|---|---|---|
| The EMT shall review ADOC's mental-health staffing ratios and, if necessary, make recommendations for revising them. (Doc. 3464) at § 2.2.2. | Beginning one year from the initiation of monitoring | |
| Deadline by which ADOC must achieve the staffing levels set forth in the staffing matrix previously approved by the court in the Phase 2A Order and Injunction on Mental-Health Staffing Remedy (Doc. 2688), subject to any subsequent modifications. (Doc. 3464) at § 2.2.3. | 7/1/2025 | |
| | | |
| RESTRICTIVE HOUSING | | |
| The defendants must file with the court and the EMT reports on each inmate who has been in restrictive housing for longer than 72 hours under exceptional circumstances during that week. (Doc. 3464) at § 3.1.4, and (Doc. 3557). | On a weekly basis | |
| The parties are each to submit a proposal on how to proceed on the issue of revising the format of the weekly SMI reports in light of the Phase 2A Omnibus Remedial Order (Doc. 3464) at § 3.1.4. See also order (Doc. 3557). | 6/1/2022 | |
| The parties must submit proposals that will allow ADOC's RHUs (with the exception of the RHU at Tutwiler) to function safely with the correctional staff that ADOC currently employs. (Doc. 3464) at § 2.1.7.3. | 6/1/2022 | |
| Deadline by which all RHU cells must be cleaned. (Doc. 3464) at § 3.1.1. | 6/8/2022 | |
| Deadline by which all RHU cells must comply with the conditions set forth in Lindsay M. Hayes's Checklist for the "Suicide-Resistant" Design of Correctional Facilities (Doc. 3206-5). (Doc. 3464) at § 3.1.3. Stayed pursuant to opinion and | Stayed | |

| | | | |
|---|---|---|---|
| order on motion to stay. (Doc. 3526) at 75-76. | | | |
| | | | |
| **SUICIDE PREVENTION** | | | |
| ADOC must conduct inspections of all suicide watch, SU, and RHU cells to verify that they meet the conditions set forth Lindsay M. Hayes's Checklist for the "Suicide-Resistant" Design of Correctional Facilities (Doc. 3206-5). (Doc. 3464) at § 2.1.7.2. Stayed as to RHU cells pursuant to opinion and order on motion to stay. (Doc. 3526) at 75-76. | Stayed as to RHU cells only; otherwise, on a quarterly basis | | |
| | | | |
| **HIGHER LEVELS OF CARE** | | | |
| In collaboration with the EMT, ADOC must reassess (1) the number of inmates on its mental-health caseload and (2) whether the current estimate of the percentage of the mental-health caseload requiring inpatient treatment is accurate. (Doc. 3464) at § 11.2.2. | On an annual basis | | |
| The defendants must submit to the court a plan and procedures to address the serious risk posed by high temperatures in the mental-health units. (Doc. 3464) at § 11.3. | 6/1/2022 | | |
| | | | |
| **STATUS CONFERENCES** | | | |
| Triannual status conference, with the parties to submit reports 10 business days before the status conference (Doc. 3467 and Doc. 3480). | 8/12/2022 at 9:00 a.m. | | |
| Triannual status conference, with the parties to submit reports 10 business days before the status conference (Doc. 3467 and Doc. 3480). | 11/10/2022 at 9:00 a.m. | | |
| Triannual status conference, with the parties to submit reports 10 business days before the status conference (Doc. 3467 and Doc. 3480). | 2/10/2023 at 9:00 a.m. | | |

| | | |
|---|---|---|
| **Triannual status conference, with the parties to submit reports 10 business days before the status conference (Doc. 3467 and Doc. 3480).** | 7/7/2023 at 9:00 a.m. | |
| **Triannual status conference, with the parties to submit reports 10 business days before the status conference (Doc. 3467 and Doc. 3480).** | 11/17/2023 at 9:00 a.m. | |
| **Triannual status conference, with the parties to submit reports 10 business days before the status conference (Doc. 3467 and Doc. 3480).** | 2/9/2024 at 9:00 a.m. | |
| **Triannual status conference, with the parties to submit reports 10 business days before the status conference (Doc. 3467 and Doc. 3480).** | 7/12/2024 at 9:00 a.m. | |
| **Triannual status conference, with the parties to submit reports 10 business days before the status conference (Doc. 3467 and Doc. 3480).** | 11/22/2024 at 9:00 a.m. | |
| **Triannual status conference, with the parties to submit reports 10 business days before the status conference (Doc. 3467 and Doc. 3480).** | 2/7/2025 at 9:00 a.m. | |
| | | |
| **STANDING ORDERS FOR HEARINGS AND STATUS CONFERENCES** | | |
| **All hearings and evidentiary hearings shall be in accordance with the order entered on 1/15/2020 (Doc. 2727), unless otherwise specified.** | | |
| **All hearings, evidentiary hearings, and status conferences are to be by videoconferencing unless otherwise specified.** | | |

**DONE, this the 13th day of May, 2022.**

                                        **/s/ Myron H. Thompson**
                                        **UNITED STATES DISTRICT JUDGE**