# Exhibit A

**Quarterly Staffing Report**

January 2022 to March 2022

| Facility | Position | Contract FTEs | Total FTEs in Quarterly Hours | Adjusted FTEs in Quarterly Hours (0.85) | Hours Actually Worked 2.2.2.5(a),(b),(c),(d) | Hours Counted But Not Worked (CME, Training, Corp. Functions) 2.2.2.5(e) | FMLA Hours 2.2.2.5(g) | Credit for Vacated Positions 2.2.2.5(f) | Total Hours 2.2.2.5 | Fill Rate |
|---|---|---|---|---|---|---|---|---|---|---|
| ADOC - BIBB CF | MH Clerk | 1.00 | 512.00 | 435.20 | 534.00 | 0.00 | 0.00 | 0.00 | 534.00 | 100.00% |
| ADOC - BIBB CF | MH CRNP | 0.80 | 409.60 | 348.16 | 102.40 | 0.00 | 0.00 | 0.00 | 102.40 | 29.41% |
| ADOC - BIBB CF | MH LPN | 2.60 | 1331.20 | 1131.52 | 436.25 | 0.00 | 0.00 | 0.00 | 436.25 | 38.55% |
| ADOC - BIBB CF | MH Observer | 2.00 | 1024.00 | 870.40 | 1182.50 | 0.00 | 0.00 | 88.00 | 1270.50 | 100.00% |
| ADOC - BIBB CF | MH RN | 1.20 | 614.40 | 522.24 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| ADOC - BIBB CF | MH Site Program Mgr Lcsd | 1.00 | 512.00 | 435.20 | 435.20 | 0.00 | 0.00 | 0.00 | 435.20 | 100.00% |
| ADOC - BIBB CF | MHP Licensed | 4.97 | 2544.64 | 2162.94 | 1290.30 | 0.00 | 0.00 | 0.00 | 1290.30 | 59.65% |
| ADOC - BIBB CF | Psychiatrist | 0.50 | 256.00 | 217.60 | 217.60 | 0.00 | 0.00 | 0.00 | 217.60 | 100.00% |
| ADOC - BULLOCK CF | MH AA | 2.00 | 1024.00 | 870.40 | 822.40 | 0.00 | 0.00 | 48.00 | 870.40 | 100.00% |
| ADOC - BULLOCK CF | MH Activity Tech | 15.53 | 7951.36 | 6758.66 | 5396.00 | 0.00 | 0.00 | 448.00 | 5844.00 | 86.47% |
| ADOC - BULLOCK CF | MH ADON | 1.00 | 512.00 | 435.20 | 435.20 | 0.00 | 0.00 | 0.00 | 435.20 | 100.00% |
| ADOC - BULLOCK CF | MH Clerk | 2.20 | 1126.40 | 957.44 | 957.44 | 0.00 | 0.00 | 0.00 | 957.44 | 100.00% |
| ADOC - BULLOCK CF | MH CRNP | 2.12 | 1085.44 | 922.62 | 922.62 | 0.00 | 0.00 | 0.00 | 922.62 | 100.00% |
| ADOC - BULLOCK CF | MH LPN | 16.48 | 8437.76 | 7172.10 | 2984.25 | 0.00 | 80.00 | 0.00 | 3064.25 | 42.72% |
| ADOC - BULLOCK CF | MH Observer | 6.00 | 3072.00 | 2611.20 | 6405.25 | 0.00 | 0.00 | 176.00 | 6581.25 | 100.00% |
| ADOC - BULLOCK CF | MH RN | 9.43 | 4828.16 | 4103.94 | 1505.88 | 0.00 | 0.00 | 0.00 | 1505.88 | 36.69% |
| ADOC - BULLOCK CF | MH RTU/SU Coordinator | 1.00 | 512.00 | 435.20 | 385.75 | 0.00 | 0.00 | 0.00 | 385.75 | 88.64% |
| ADOC - BULLOCK CF | MH Site Program Mgr Lcsd | 1.00 | 512.00 | 435.20 | 435.20 | 0.00 | 0.00 | 0.00 | 435.20 | 100.00% |
| ADOC - BULLOCK CF | MHP Licensed | 13.88 | 7106.56 | 6040.58 | 1007.55 | 0.00 | 0.00 | 0.00 | 1007.55 | 16.68% |
| ADOC - BULLOCK CF | Psychiatrist | 2.00 | 1024.00 | 870.40 | 870.40 | 0.00 | 0.00 | 0.00 | 870.40 | 100.00% |
| ADOC - BULLOCK CF | Psychologist PhD | 2.50 | 1280.00 | 1088.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| ADOC - BULLOCK OUTPATIENT | MH Clerk | 1.00 | 512.00 | 435.20 | 495.66 | 0.00 | 0.00 | 0.00 | 495.66 | 100.00% |
| ADOC - BULLOCK OUTPATIENT | MH CRNP | 1.00 | 512.00 | 435.20 | 435.20 | 0.00 | 0.00 | 0.00 | 435.20 | 100.00% |
| ADOC - BULLOCK OUTPATIENT | MH LPN | 1.40 | 716.80 | 609.28 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| ADOC - BULLOCK OUTPATIENT | MH RN | 1.40 | 716.80 | 609.28 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| ADOC - BULLOCK OUTPATIENT | MH Site Program Mgr Lcsd | 1.00 | 512.00 | 435.20 | 435.20 | 0.00 | 0.00 | 0.00 | 435.20 | 100.00% |
| ADOC - BULLOCK OUTPATIENT | MHP Licensed | 5.40 | 2764.80 | 2350.08 | 15.55 | 0.00 | 0.00 | 8.00 | 23.55 | 1.00% |
| ADOC - BULLOCK OUTPATIENT | Psychiatrist | 1.00 | 512.00 | 435.20 | 435.20 | 0.00 | 0.00 | 0.00 | 435.20 | 100.00% |
| ADOC - DONALDSON CF | MH Activity Tech | 13.26 | 6789.12 | 5770.75 | 4159.25 | 0.00 | 0.00 | 160.00 | 4319.25 | 74.85% |
| ADOC - DONALDSON CF | MH ADON | 1.00 | 512.00 | 435.20 | 435.20 | 0.00 | 0.00 | 0.00 | 435.20 | 100.00% |
| ADOC - DONALDSON CF | MH Clerk | 2.20 | 1126.40 | 957.44 | 920.00 | 0.00 | 0.00 | 0.00 | 920.00 | 96.09% |
| ADOC - DONALDSON CF | MH CRNP | 1.60 | 819.20 | 696.32 | 696.32 | 0.00 | 0.00 | 0.00 | 696.32 | 100.00% |
| ADOC - DONALDSON CF | MH LPN | 11.82 | 6051.84 | 5144.06 | 2923.00 | 0.00 | 0.00 | 180.00 | 3103.00 | 60.32% |
| ADOC - DONALDSON CF | MH Observer | 8.00 | 4096.00 | 3481.60 | 4686.50 | 0.00 | 0.00 | 320.00 | 5006.50 | 100.00% |
| ADOC - DONALDSON CF | MH RN | 4.20 | 2150.40 | 1827.84 | 1827.84 | 0.00 | 0.00 | 0.00 | 1827.84 | 100.00% |
| ADOC - DONALDSON CF | MH Site Program Mgr Lcsd | 1.00 | 512.00 | 435.20 | 435.20 | 0.00 | 0.00 | 0.00 | 435.20 | 100.00% |
| ADOC - DONALDSON CF | MHP Licensed | 16.62 | 8509.44 | 7233.02 | 2234.30 | 8.00 | 0.00 | 168.00 | 2410.30 | 33.32% |
| ADOC - DONALDSON CF | Psychiatrist | 1.00 | 512.00 | 435.20 | 435.20 | 0.00 | 0.00 | 0.00 | 435.20 | 100.00% |
| ADOC - DONALDSON CF | Psychologist PhD | 2.20 | 1126.40 | 957.44 | 420.50 | 0.00 | 0.00 | 0.00 | 420.50 | 43.92% |
| ADOC - DONALDSON OUTPATIENT | MH Clerk | 1.00 | 512.00 | 435.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| ADOC - DONALDSON OUTPATIENT | MH CRNP | 1.10 | 563.20 | 478.72 | 478.72 | 0.00 | 0.00 | 0.00 | 478.72 | 100.00% |
| ADOC - DONALDSON OUTPATIENT | MH LPN | 1.40 | 716.80 | 609.28 | 143.25 | 0.00 | 0.00 | 0.00 | 143.25 | 23.51% |
| ADOC - DONALDSON OUTPATIENT | MH RN | 1.00 | 512.00 | 435.20 | 356.42 | 0.00 | 0.00 | 0.00 | 356.42 | 81.90% |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Quarterly Staffing Report** | | | | | | | | | | |
| January 2022 to March 2022 | | | | | | | | | | |
| Facility | Position | Contract FTEs | Total FTEs in Quarterly Hours | Adjusted FTEs in Quarterly Hours (0.85) | Hours Actually Worked 2.2.2.5(a),(b),(c),(d) | Hours Counted But Not Worked (CME, Training, Corp. Functions) 2.2.2.5(e) | FMLA Hours 2.2.2.5(g) | Credit for Vacated Positions 2.2.2.5(f) | Total Hours 2.2.2.5 | Fill Rate |
| ADOC - DONALDSON OUTPATIENT | MH Site Program Mgr Lcsd | 1.00 | 512.00 | 435.20 | 435.20 | 0.00 | 0.00 | 0.00 | 435.20 | 100.00% |
| ADOC - DONALDSON OUTPATIENT | MHP Licensed | 2.80 | 1433.60 | 1218.56 | 436.05 | 24.00 | 0.00 | 0.00 | 460.05 | 37.75% |
| ADOC - DONALDSON OUTPATIENT | Psychiatrist | 0.50 | 256.00 | 217.60 | 212.55 | 0.00 | 0.00 | 0.00 | 212.55 | 97.68% |
| ADOC - EASTERLING CF | MH Clerk | 1.00 | 512.00 | 435.20 | 545.75 | 0.00 | 0.00 | 0.00 | 545.75 | 100.00% |
| ADOC - EASTERLING CF | MH CRNP | 1.10 | 563.20 | 478.72 | 301.25 | 0.00 | 0.00 | 0.00 | 301.25 | 62.93% |
| ADOC - EASTERLING CF | MH LPN | 1.00 | 512.00 | 435.20 | 604.00 | 0.00 | 0.00 | 0.00 | 604.00 | 100.00% |
| ADOC - EASTERLING CF | MH RN | 1.20 | 614.40 | 522.24 | 508.00 | 0.00 | 0.00 | 0.00 | 508.00 | 97.27% |
| ADOC - EASTERLING CF | MH Site Program Mgr Lcsd | 1.00 | 512.00 | 435.20 | 435.20 | 0.00 | 0.00 | 0.00 | 435.20 | 100.00% |
| ADOC - EASTERLING CF | MHP Licensed | 4.91 | 2513.92 | 2136.83 | 442.05 | 0.00 | 0.00 | 0.00 | 442.05 | 20.69% |
| ADOC - EASTERLING CF | Psychiatrist | 0.50 | 256.00 | 217.60 | 148.00 | 0.00 | 0.00 | 0.00 | 148.00 | 68.01% |
| ADOC - FOUNTAIN CF | MH Clerk | 1.00 | 512.00 | 435.20 | 414.50 | 0.00 | 0.00 | 0.00 | 414.50 | 95.24% |
| ADOC - FOUNTAIN CF | MH CRNP | 1.00 | 512.00 | 435.20 | 37.12 | 0.00 | 0.00 | 0.00 | 37.12 | 8.53% |
| ADOC - FOUNTAIN CF | MH LPN | 1.00 | 512.00 | 435.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| ADOC - FOUNTAIN CF | MH RN | 1.20 | 614.40 | 522.24 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| ADOC - FOUNTAIN CF | MH Site Program Mgr Lcsd | 1.00 | 512.00 | 435.20 | 435.20 | 0.00 | 0.00 | 0.00 | 435.20 | 100.00% |
| ADOC - FOUNTAIN CF | MHP Licensed | 4.59 | 2350.08 | 1997.57 | 798.55 | 0.00 | 0.00 | 16.00 | 814.55 | 40.78% |
| ADOC - FOUNTAIN CF | Psychiatrist | 0.50 | 256.00 | 217.60 | 217.60 | 0.00 | 0.00 | 0.00 | 217.60 | 100.00% |
| ADOC - HAMILTON A&I | MH LPN | 1.04 | 532.48 | 452.61 | 259.50 | 0.00 | 0.00 | 0.00 | 259.50 | 57.33% |
| ADOC - HAMILTON A&I | MH Clerk | 0.50 | 256.00 | 217.60 | 466.00 | 0.00 | 0.00 | 0.00 | 466.00 | 100.00% |
| ADOC - HAMILTON A&I | MH RN | 0.60 | 307.20 | 261.12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| ADOC - HAMILTON A&I | MH Site Program Mgr Lcsd | 1.00 | 512.00 | 435.20 | 353.09 | 0.00 | 0.00 | 0.00 | 353.09 | 81.13% |
| ADOC - HAMILTON A&I | MHP Licensed | 1.58 | 808.96 | 687.62 | 38.00 | 0.00 | 0.00 | 0.00 | 38.00 | 5.53% |
| ADOC - HAMILTON A&I | Psychiatrist | 0.31 | 158.72 | 134.91 | 134.91 | 0.00 | 0.00 | 0.00 | 134.91 | 100.00% |
| ADOC - HOLMAN CF | MH Clerk | 1.00 | 512.00 | 435.20 | 455.75 | 0.00 | 0.00 | 0.00 | 455.75 | 100.00% |
| ADOC - HOLMAN CF | MH CRNP | 1.00 | 512.00 | 435.20 | 33.43 | 0.00 | 0.00 | 0.00 | 33.43 | 7.68% |
| ADOC - HOLMAN CF | MH LPN | 2.00 | 1024.00 | 870.40 | 414.25 | 0.00 | 0.00 | 0.00 | 414.25 | 47.59% |
| ADOC - HOLMAN CF | MH Observer | 5.00 | 2560.00 | 2176.00 | 3282.25 | 0.00 | 0.00 | 0.00 | 3282.25 | 100.00% |
| ADOC - HOLMAN CF | MH RN | 0.60 | 307.20 | 261.12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| ADOC - HOLMAN CF | MH Site Program Mgr Lcsd | 1.00 | 512.00 | 435.20 | 435.20 | 0.00 | 0.00 | 0.00 | 435.20 | 100.00% |
| ADOC - HOLMAN CF | MHP Licensed | 5.07 | 2595.84 | 2206.46 | 465.55 | 0.00 | 0.00 | 0.00 | 465.55 | 21.10% |
| ADOC - HOLMAN CF | Psychiatrist | 0.50 | 256.00 | 217.60 | 217.60 | 0.00 | 0.00 | 0.00 | 217.60 | 100.00% |
| ADOC - KILBY CF | MH Activity Tech | 1.87 | 957.44 | 813.82 | 891.50 | 0.00 | 0.00 | 56.00 | 947.50 | 100.00% |
| ADOC - KILBY CF | MH Clerk | 2.00 | 1024.00 | 870.40 | 932.78 | 0.00 | 0.00 | 0.00 | 932.78 | 100.00% |
| ADOC - KILBY CF | MH CRNP | 0.99 | 506.88 | 430.85 | 430.85 | 0.00 | 0.00 | 0.00 | 430.85 | 100.00% |
| ADOC - KILBY CF | MH LPN | 2.00 | 1024.00 | 870.40 | 1059.25 | 0.00 | 0.00 | 0.00 | 1059.25 | 100.00% |
| ADOC - KILBY CF | MH Observer | 6.00 | 3072.00 | 2611.20 | 9491.50 | 0.00 | 0.00 | 0.00 | 9491.50 | 100.00% |
| ADOC - KILBY CF | MH RN | 2.12 | 1085.44 | 922.62 | 169.25 | 0.00 | 0.00 | 0.00 | 169.25 | 18.34% |
| ADOC - KILBY CF | MH RTU/SU Coordinator | 1.00 | 512.00 | 435.20 | 435.20 | 0.00 | 0.00 | 0.00 | 435.20 | 100.00% |
| ADOC - KILBY CF | MH Site Program Mgr Lcsd | 1.00 | 512.00 | 435.20 | 435.20 | 0.00 | 0.00 | 0.00 | 435.20 | 100.00% |
| ADOC - KILBY CF | MHP Licensed | 8.60 | 4403.20 | 3742.72 | 1285.60 | 0.00 | 0.00 | 67.20 | 1352.80 | 36.14% |
| ADOC - KILBY CF | Psychiatrist | 1.00 | 512.00 | 435.20 | 435.20 | 0.00 | 0.00 | 0.00 | 435.20 | 100.00% |
| ADOC - KILBY CF | Psychologist PhD | 2.20 | 1126.40 | 957.44 | 933.25 | 0.00 | 0.00 | 0.00 | 933.25 | 97.47% |
| ADOC - KILBY CSU | MH Clerk | 1.10 | 563.20 | 478.72 | 310.72 | 0.00 | 0.00 | 168.00 | 478.72 | 100.00% |

**Quarterly Staffing Report**

January 2022 to March 2022

| Facility | Position | Contract FTEs | Total FTEs in Quarterly Hours | Adjusted FTEs in Quarterly Hours (0.85) | Hours Actually Worked 2.2.2.5(a),(b),(c),(d) | Hours Counted But Not Worked (CME, Training, Corp. Functions) 2.2.2.5(e) | FMLA Hours 2.2.2.5(g) | Credit for Vacated Positions 2.2.2.5(f) | Total Hours 2.2.2.5 | Fill Rate |
|---|---|---|---|---|---|---|---|---|---|---|
| ADOC - KILBY CSU | MH CRNP | 0.25 | 128.00 | 108.80 | 108.80 | 0.00 | 0.00 | 0.00 | 108.80 | 100.00% |
| ADOC - KILBY CSU | MH LPN | 4.20 | 2150.40 | 1827.84 | 1216.00 | 0.00 | 0.00 | 0.00 | 1216.00 | 66.53% |
| ADOC - KILBY CSU | MH RN | 7.74 | 3962.88 | 3368.45 | 699.25 | 0.00 | 0.00 | 248.00 | 947.25 | 28.12% |
| ADOC - KILBY CSU | MHP Licensed | 4.99 | 2554.88 | 2171.65 | 377.50 | 24.00 | 0.00 | 0.00 | 401.50 | 18.49% |
| ADOC - KILBY CSU | Psychiatrist | 1.02 | 522.24 | 443.90 | 443.90 | 0.00 | 0.00 | 0.00 | 443.90 | 100.00% |
| ADOC - KILBY CSU | Psychologist PhD | 1.10 | 563.20 | 478.72 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| ADOC - LIMESTONE CF | MH Clerk | 1.60 | 819.20 | 696.32 | 859.00 | 0.00 | 0.00 | 0.00 | 859.00 | 100.00% |
| ADOC - LIMESTONE CF | MH CRNP | 1.00 | 512.00 | 435.20 | 435.20 | 0.00 | 0.00 | 0.00 | 435.20 | 100.00% |
| ADOC - LIMESTONE CF | MH LPN | 3.12 | 1597.44 | 1357.82 | 621.91 | 0.00 | 0.00 | 0.00 | 621.91 | 45.80% |
| ADOC - LIMESTONE CF | MH Observer | 3.00 | 1536.00 | 1305.60 | 2097.75 | 0.00 | 0.00 | 0.00 | 2097.75 | 100.00% |
| ADOC - LIMESTONE CF | MH RN | 1.20 | 614.40 | 522.24 | 522.24 | 0.00 | 0.00 | 0.00 | 522.24 | 100.00% |
| ADOC - LIMESTONE CF | MH Site Program Mgr Lcsd | 1.00 | 512.00 | 435.20 | 489.25 | 0.00 | 0.00 | 0.00 | 489.25 | 100.00% |
| ADOC - LIMESTONE CF | MHP Licensed | 8.17 | 4183.04 | 3555.58 | 3554.00 | 0.00 | 0.00 | 176.00 | 3730.00 | 100.00% |
| ADOC - LIMESTONE CF | Psychiatrist | 0.75 | 384.00 | 326.40 | 326.40 | 0.00 | 0.00 | 0.00 | 326.40 | 100.00% |
| ADOC - ST. CLAIR CF | MH Clerk | 1.00 | 512.00 | 435.20 | 540.00 | 0.00 | 0.00 | 0.00 | 540.00 | 100.00% |
| ADOC - ST. CLAIR CF | MH CRNP | 0.50 | 256.00 | 217.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| ADOC - ST. CLAIR CF | MH LPN | 1.00 | 512.00 | 435.20 | 277.13 | 0.00 | 0.00 | 0.00 | 277.13 | 63.68% |
| ADOC - ST. CLAIR CF | MH RN | 0.60 | 307.20 | 261.12 | 261.12 | 0.00 | 0.00 | 0.00 | 261.12 | 100.00% |
| ADOC - ST. CLAIR CF | MH Site Program Mgr Lcsd | 1.00 | 512.00 | 435.20 | 435.20 | 0.00 | 0.00 | 0.00 | 435.20 | 100.00% |
| ADOC - ST. CLAIR CF | MHP Licensed | 4.64 | 2375.68 | 2019.33 | 1369.80 | 0.00 | 0.00 | 0.00 | 1369.80 | 67.83% |
| ADOC - STATON CF | MH Clerk | 2.00 | 1024.00 | 870.40 | 1050.50 | 0.00 | 72.00 | 0.00 | 1122.50 | 100.00% |
| ADOC - STATON CF | MH CRNP | 1.00 | 512.00 | 435.20 | 435.20 | 0.00 | 0.00 | 0.00 | 435.20 | 100.00% |
| ADOC - STATON CF | MH LPN | 2.00 | 1024.00 | 870.40 | 832.50 | 0.00 | 0.00 | 0.00 | 832.50 | 95.65% |
| ADOC - STATON CF | MH RN | 1.50 | 768.00 | 652.80 | 210.05 | 0.00 | 0.00 | 184.00 | 394.05 | 60.36% |
| ADOC - STATON CF | MH Site Program Mgr Lcsd | 1.00 | 512.00 | 435.20 | 435.20 | 0.00 | 0.00 | 0.00 | 435.20 | 100.00% |
| ADOC - STATON CF | MHP Licensed | 6.39 | 3271.68 | 2780.93 | 1804.30 | 0.00 | 0.00 | 224.00 | 2028.30 | 72.94% |
| ADOC - STATON CF | Psychiatrist | 1.00 | 512.00 | 435.20 | 371.75 | 0.00 | 0.00 | 0.00 | 371.75 | 85.42% |
| ADOC - TUTWILER | MH Activity Tech | 3.20 | 1638.40 | 1392.64 | 918.75 | 0.00 | 0.00 | 152.00 | 1070.75 | 76.89% |
| ADOC - TUTWILER | MH ADON | 1.00 | 512.00 | 435.20 | 346.00 | 0.00 | 0.00 | 0.00 | 346.00 | 79.50% |
| ADOC - TUTWILER | MH Clerk | 3.90 | 1996.80 | 1697.28 | 1361.00 | 0.00 | 0.00 | 100.80 | 1461.80 | 86.13% |
| ADOC - TUTWILER | MH CRNP | 1.15 | 588.80 | 500.48 | 436.82 | 0.00 | 0.00 | 0.00 | 436.82 | 87.28% |
| ADOC - TUTWILER | MH LPN | 7.50 | 3840.00 | 3264.00 | 2126.75 | 0.00 | 0.00 | 0.00 | 2126.75 | 65.16% |
| ADOC - TUTWILER | MH RN | 4.20 | 2150.40 | 1827.84 | 732.75 | 0.00 | 0.00 | 0.00 | 732.75 | 40.09% |
| ADOC - TUTWILER | MH Site Program Mgr Lcsd | 2.20 | 1126.40 | 957.44 | 957.44 | 0.00 | 0.00 | 0.00 | 957.44 | 100.00% |
| ADOC - TUTWILER | MHP Licensed | 9.30 | 4761.60 | 4047.36 | 1095.31 | 0.00 | 0.00 | 152.00 | 1247.31 | 30.82% |
| ADOC - TUTWILER | Psychiatrist | 1.10 | 563.20 | 478.72 | 478.72 | 0.00 | 0.00 | 0.00 | 478.72 | 100.00% |
| ADOC - TUTWILER | Psychologist PhD | 1.00 | 512.00 | 435.20 | 382.00 | 0.00 | 0.00 | 0.00 | 382.00 | 87.78% |
| ADOC - TUTWILER OUTPATIENT | MH CRNP | 1.05 | 537.60 | 456.96 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| ADOC - TUTWILER OUTPATIENT | MH LPN | 1.40 | 716.80 | 609.28 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| ADOC - TUTWILER OUTPATIENT | MH RN | 1.20 | 614.40 | 522.24 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| ADOC - TUTWILER OUTPATIENT | Psychiatrist | 1.05 | 537.60 | 456.96 | 456.96 | 0.00 | 0.00 | 0.00 | 456.96 | 100.00% |
| ADOC - TUTWILER OUTPATIENT | Psychologist PhD | 2.20 | 1126.40 | 957.44 | 90.00 | 0.00 | 0.00 | 0.00 | 90.00 | 9.40% |
| ADOC - VENTRESS CF | MH Clerk | 1.00 | 512.00 | 435.20 | 602.25 | 0.00 | 0.00 | 0.00 | 602.25 | 100.00% |

| | | | | | | Hours Counted But | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Not Worked (CME, | | Credit for | | |
| | | | | Adjusted FTEs in | Hours Actually | Training, Corp. | | Vacated | Total | |
| | | | Total FTEs in | Quarterly Hours | Worked | Functions) | FMLA Hours | Positions | Hours | |
| Facility | Position | Contract FTEs | Quarterly Hours | (0.85) | 2.2.2.5(a),(b),(c),(d) | 2.2.2.5(e) | 2.2.2.5(g) | 2.2.2.5(f) | 2.2.2.5 | Fill Rate |
| ADOC - VENTRESS CF | MH CRNP | 0.50 | 256.00 | 217.60 | 217.60 | 0.00 | 0.00 | 0.00 | 217.60 | 100.00% |
| ADOC - VENTRESS CF | MH LPN | 1.52 | 778.24 | 661.50 | 543.56 | 0.00 | 0.00 | 0.00 | 543.56 | 82.17% |
| ADOC - VENTRESS CF | MH RN | 1.20 | 614.40 | 522.24 | 522.24 | 0.00 | 0.00 | 0.00 | 522.24 | 100.00% |
| ADOC - VENTRESS CF | MH Site Program Mgr Lcsd | 1.00 | 512.00 | 435.20 | 435.20 | 0.00 | 0.00 | 0.00 | 435.20 | 100.00% |
| ADOC - VENTRESS CF | MHP Licensed | 4.43 | 2268.16 | 1927.94 | 566.30 | 0.00 | 0.00 | 8.00 | 574.30 | 29.79% |
| ADOC - VENTRESS CF | Psychiatrist | 0.50 | 256.00 | 217.60 | 217.60 | 0.00 | 0.00 | 0.00 | 217.60 | 100.00% |
| REGIONAL OFFICE | MH AA | 2.00 | 1024.00 | 870.40 | 949.75 | 0.00 | 0.00 | 0.00 | 949.75 | 100.00% |
| REGIONAL OFFICE | MH Admin Coor | 1.00 | 512.00 | 435.20 | 478.25 | 0.00 | 0.00 | 0.00 | 478.25 | 100.00% |
| REGIONAL OFFICE | MH Asst Prgm Dir N | 1.00 | 512.00 | 435.20 | 752.00 | 0.00 | 0.00 | 0.00 | 752.00 | 100.00% |
| REGIONAL OFFICE | MH Asst Prgm Dir S | 1.00 | 512.00 | 435.20 | 744.00 | 0.00 | 0.00 | 0.00 | 744.00 | 100.00% |
| REGIONAL OFFICE | MH Asst Psychiatric Dir | 1.00 | 512.00 | 435.20 | 476.80 | 0.00 | 0.00 | 0.00 | 476.80 | 100.00% |
| REGIONAL OFFICE | MH Clin Dir-Edu Trng | 1.00 | 512.00 | 435.20 | 504.00 | 0.00 | 0.00 | 0.00 | 504.00 | 100.00% |
| REGIONAL OFFICE | MH CQI Assistant | 1.00 | 512.00 | 435.20 | 504.00 | 0.00 | 0.00 | 0.00 | 504.00 | 100.00% |
| REGIONAL OFFICE | MH CQI Manager | 1.00 | 512.00 | 435.20 | 496.00 | 0.00 | 0.00 | 0.00 | 496.00 | 100.00% |
| REGIONAL OFFICE | MH Data-Reports Mgr | 1.00 | 512.00 | 435.20 | 206.50 | 0.00 | 0.00 | 0.00 | 206.50 | 47.45% |
| REGIONAL OFFICE | MH Program Director | 1.00 | 512.00 | 435.20 | 504.00 | 0.00 | 0.00 | 0.00 | 504.00 | 100.00% |
| REGIONAL OFFICE | MH Psychiatric Director | 1.00 | 512.00 | 435.20 | 435.20 | 0.00 | 0.00 | 0.00 | 435.20 | 100.00% |
| REGIONAL OFFICE | MH Regional Psychologist | 2.40 | 1228.80 | 1044.48 | 178.00 | 0.00 | 0.00 | 0.00 | 178.00 | 17.04% |
| REGIONAL OFFICE | MH Telehealth Coor | 1.00 | 512.00 | 435.20 | 561.25 | 0.00 | 0.00 | 0.00 | 561.25 | 100.00% |

**Quarterly Staffing Report**

January 2022 to March 2022