# Exhibit A



# QUARTERLY CORRECTIONAL STAFFING REPORT

**Braggs, *et al.* v. Hamm, *et al.*,** In the United States District Court
for the Middle District of Alabama, Northern Division,
Case No. 2:14-cv-00601-MHT.

**Dated: March 1, 2022**

## QUARTERLY CORRECTIONAL STAFFING REPORT FOR THE QUARTER ENDING DECEMBER 31, 2021

| | Correctional Staffing[1] (Includes CCO, BCO, CO, Sr. CO and "Factored" Part-Time Retirees) | | | | | | | | | | | Correctional Supervisors | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Assigned | CCO Actual | BCO Actual | CO Actual | PT Actual | PT Fact. | Sr. CO Actual | 12/31/21 Actual | Q4 Ending Vacancies | Q3 – 2021 Attrition Vol | Inv | Staff with ADOC in Excess of 12 Months | Assigned | 12/31/21 Actual | Q4 Ending Vacancies | Q3 - 2021 Attrition Vol | Inv | Staff with ADOC in Excess of 12 Months | 12/31/21 Correctional Staff | Q4-2021 Turnover Rate | Retention Rate | Q4 - 2021 Vacancy Rate |
| Bibb | 272 | 1 | 35 | 1 | 7 | 3.5 | 38 | 78.5 | 193.5 | 11 | | 61 | 39 | 18 | 21 | 1 | | 18 | 96.5 | 12.4% | 81.9% | 69.0% |
| Bullock | 292 | 12 | 31 | 5 | 6 | 3 | 48 | 99 | 193 | 10 | | 74.5 | 44 | 12 | 32 | 2 | | 12 | 111 | 10.8% | 77.9% | 67.0% |
| Donaldson | 365 | 3 | 22 | 1 | 20 | 10 | 75 | 111 | 254 | 19 | | 85.5 | 44 | 21 | 23 | | 1 | 21 | 132 | 15.2% | 80.7% | 67.7% |
| Draper | | | 10 | 1 | | 0 | 20 | 31 | -31 | 3 | | 25 | | 7 | -7 | | 1 | 7 | 38 | 10.5% | 84.2% | |
| Easterling | 219 | 16 | 21 | 4 | 9 | 4.5 | 36 | 81.5 | 137.5 | 13 | | 64 | 33 | 16 | 17 | | | 16 | 97.5 | 13.3% | 82.1% | 61.3% |
| Elmore | 157 | 1 | 36 | 3 | 10 | 5 | 44 | 89 | 68 | 7 | 2 | 60 | 34 | 16 | 18 | | | 16 | 105 | 8.6% | 72.4% | 45.0% |
| Fountain | 194 | | 24 | 2 | 19 | 9.5 | 37 | 72.5 | 121.5 | 10 | | 56 | 36 | 14 | 22 | 1 | | 14 | 86.5 | 12.7% | 80.9% | 62.4% |
| Hamilton A & I | 40 | | 18 | 2 | 3 | 1.5 | 43 | 64.5 | -24.5 | 1 | | 49.5 | 14 | 14 | 0 | | | 14 | 78.5 | 1.3% | 80.9% | -45.4% |
| Holman | 241 | 5 | 18 | 1 | 8 | 4 | 23 | 51 | 190 | 4 | 0.5 | 36 | 36 | 15 | 21 | | | 15 | 66 | 6.8% | 77.3% | 76.2% |
| Kilby | 272 | 2 | 23 | 3 | 20 | 10 | 86 | 124 | 148 | 6 | | 101.5 | 47 | 23 | 24 | | | 23 | 147 | 4.1% | 84.7% | 53.9% |
| Limestone | 324 | 1 | 24 | 5 | 17 | 8.5 | 103 | 141.5 | 182.5 | 7 | | 112 | 44 | 33 | 11 | 1 | | 33 | 174.5 | 4.6% | 83.1% | 52.6% |
| St. Clair | 300 | 2 | 36 | 11 | 24 | 12 | 68 | 129 | 171 | 7 | | 84.5 | 31 | 22 | 9 | | | 22 | 151 | 4.6% | 70.5% | 54.4% |
| Staton | 266 | 10 | 26 | 6 | 21 | 10.5 | 60 | 112.5 | 153.5 | 10 | | 85 | 29 | 21 | 8 | 1 | | 21 | 133.5 | 8.2% | 79.4% | 54.7% |
| Tutwiler | 162 | 9 | 58 | | 10 | 5 | 44 | 116 | 46 | 6 | | 83.5 | 38 | 25 | 13 | 1 | | 25 | 141 | 5.0% | 77.0% | 29.5% |
| Ventress | 222 | 3 | 24 | 2 | 16 | 8 | 36 | 73 | 149 | 2 | 2 | 62 | 31 | 13 | 18 | 1 | | 13 | 86 | 5.8% | 87.2% | 66.0% |
| | | | | | | | | | | | | | | | | | | | | | | |
| TOTAL | 3326 | 65 | 406 | 47 | 190 | 95 | 761 | 1374 | 1952 | 116 | 4.5 | 1040 | 500 | 270 | 230 | 8 | 2 | 270 | 1644 | 7.9% | 79.7% | 57.0% |

---

[1] The Quarterly Correctional Staffing Report provides a breakdown of the total number of Correctional Cubicle Operators ("CCOs"), Basic Correctional Officers ("BCOs"), Correctional Officers ("COs"), and Senior Correctional Officers ("Sr. COs") by position.