# Exhibit A



# ALABAMA DEPARTMENT OF CORRECTIONS
### WILLIAM E. DONALDSON CORRECTIONAL FACILITY
#### 100 WARRIOR LANE, BESSEMER, AL 35023

## TEMPERATURE LOG

Date: 12/9/20     Shift: 2nd     Post: RSTU     Officer: Sansing

Inmates receiving psychotropic medication have an increased sensitivity to sunlight and are at higher risk for such heat induced syndromes as heat stroke, hyperthermia, and heat prostration when exposed to sustained elevated temperature. Temperature checks will be conducted year round in all Segregation Units and Mental Health Units. AIS #:

| Cell # | Time | Temp (°F) | Officer Initials |
|--------|------|-----------|------------------|
| | 6:00 a.m. | | |
| | 6:00 a.m. | | |
| | 7:00 a.m. | | |
| | 7:00 a.m. | | |
| | 8:00 a.m. | | |
| | 8:00 a.m. | | |
| | 9:00 a.m. | | |
| | 9:00 a.m. | | |
| | 10:00 a.m. | | |
| | 10:00 a.m. | | |
| | 11:00 a.m. | | |
| | 11:00 a.m. | | |
| | 12:00 p.m. | | |
| | 12:00 p.m. | | |
| | 12:00 p.m. | | |
| | 1:00 p.m. | | |
| | 1:00 p.m. | | |
| R-1 | 1:00 p.m. | 70 | K |
| | 2:00 p.m. | | |
| | 2:00 p.m. | | |
| | 2:00 p.m. | | |
| R-2 | 3:00 p.m. | 69 | |
| | 3:00 p.m. | | |
| | 3:00 p.m. | | |
| S- | 4:00 p.m. | 8 | |
| | 4:00 p.m. | | |
| T-1 | 5:00 p.m. | 67 | |
| | 5:00 p.m. | | |
| | 5:00 p.m. | V | |

| Cell # | Time | Temp (°F) | Officer Initials |
|--------|------|-----------|------------------|
| V-1 | 6:00 p.m. | 66 | K |
| | 6:00 p.m. | | |
| | 6:00 p.m. | | |
| J-2 | 7:00 p.m. | 65 | |
| | 7:00 p.m. | | |
| | 7:00 p.m. | | |
| T-2 | 8:00 p.m. | 64 | |
| | 8:00 p.m. | | |
| V-2 | 8:00 p.m. | 13 | |
| | 9:00 p.m. | | |
| | 9:00 p.m. | | |
| R-12 | 9:00 p.m. | 101 | |
| | 10:00 p.m. | | |
| | 10:00 p.m. | | |
| | 10:00 p.m. | V | |
| | 11:00 p.m. | | |
| | 11:00 p.m. | | |
| | 11:00 p.m. | | |
| | 12:00 a.m. | | |
| | 12:00 a.m. | | |
| | 1:00 a.m. | | |
| | 1:00 a.m. | | |
| | 2:00 a.m. | | |
| | 2:00 a.m. | | |
| | 3:00 a.m. | | |
| | 3:00 a.m. | | |
| | 4:00 a.m. | | |
| | 4:00 a.m. | | |
| | 5:00 a.m. | | |
| | 5:00 a.m. | | |

24 Apr 2020



# ALABAMA DEPARTMENT OF CORRECTIONS
## WILLIAM E. DONALDSON CORRECTIONAL FACILITY
### 100 WARRIOR LANE, BESSEMER, AL 35023

## TEMPERATURE LOG

Date: 12-7-20    Shift: 3rd    Post: RSTU    Officer: Sansing

PRINTED NAME AND RANK

Inmates receiving psychotropic medication have an increased sensitivity to sunlight and are at higher risk for such heat-induced syndromes as heat stroke, hyperthermia, and heat prostration when exposed to sustained elevated temperature. Temperature checks will be conducted year round in all Segregation Units and Mental Health Units.

| Cell # | Time | Temp (°F) | Officer Initials | Cell # | Time | Temp (°F) | Officer Initials |
|--------|------|-----------|------------------|--------|------|-----------|------------------|
| T-2 | 6:00 a.m. | 60 | | | 6:00 p.m. | | |
| | 6:00 a.m. | | | | 6:00 p.m. | | |
| | 7:00 a.m. | | | | 7:00 p.m. | | |
| | 7:00 a.m. | | | | 7:00 p.m. | | |
| | 8:00 a.m. | | | | 8:00 p.m. | | |
| | 8:00 a.m. | | | | 8:00 p.m. | | |
| | 9:00 a.m. | | | | 9:00 p.m. | | |
| | 9:00 a.m. | | | | 9:00 p.m. | | |
| | 10:00 a.m. | | | | 9:00 p.m. | | |
| | 10:00 a.m. | | | T-2 | 10:00 p.m. | 80 | K |
| | 11:00 a.m. | | | | 10:00 p.m. | | |
| | 11:00 a.m. | | | | 10:00 p.m. | | |
| | 12:00 p.m. | | | T-11 | 11:00 p.m. | 79 | |
| | 12:00 p.m. | | | | 11:00 p.m. | | |
| | 12:00 p.m. | | | R-11 | 11:00 p.m. | 70 | |
| | 1:00 p.m. | | | | 12:00 a.m. | | |
| | 1:00 p.m. | | | | 12:00 a.m. | | |
| | 1:00 p.m. | | | | 1:00 a.m. | | |
| | 2:00 p.m. | | | | 1:00 a.m. | | |
| | 2:00 p.m. | | | S-11 | 2:00 a.m. | 67 | |
| | 2:00 p.m. | | | | 2:00 a.m. | | |
| | 3:00 p.m. | | | U-11 | 3:00 a.m. | 65 | |
| | 3:00 p.m. | | | | 3:00 a.m. | | |
| | 3:00 p.m. | | | R-2 | 4:00 a.m. | 03 | |
| | 4:00 p.m. | | | | 4:00 a.m. | | |
| | 4:00 p.m. | | | S-2 | 5:00 a.m. | 61 | √ |
| | 5:00 p.m. | | | | 5:00 a.m. | | |
| | 5:00 p.m. | | | | | | |
| | 5:00 p.m. | | | | | | |

24 Apr 2020