# Exhibit B



## ALABAMA DEPARTMENT OF CORRECTIONS
### WILLIAM E. DONALDSON CORRECTIONAL FACILITY
### 100 WARRIOR LANE, BESSEMER, AL 35023
## DUTY POST LOG

| DATE | PRINTED NAME AND RANK SIGNATURE | SHIFT | DUTY POST ASSIGNMENT |
|---|---|---|---|
| 12/7/20 | K. Sansing | 2nd | RSTU Cube |

| ENTRY TIME | |
|---|---|
| 2:00pm | Ofc Sansing relieves Ofc Gadson of all RSTU cube duties. |
| 2:15pm | 1st institutional count begins. |
| 2:35pm | Ofc Rodgers & Nurse Holliday conduct pill call. |
| 2:35pm | Ofc Rodgers conducts living & breathing check. All 96 units alive & well. |
| 3:00pm | Ofc Rodgers & Nurse Holliday complete pill call. |
| 3:10pm | 8 crisis trays enter the unit. |
| 3:10pm | Feeding begins in unit. Speghetti, peas, cabbage, cornbread, & roll. |
| 3:35pm | Ofc Rodgers conducts security check. All 96 units secure. |
| 3:40pm | 1st institutional recount begins. |
| 4:05pm | Ofc Rodgers conducts living & breathing check. All 96 units alive & well. |
| 4:15pm | 8 crisis trays exit the unit. |
| 4:15pm | Feeding complete in unit. |
| 4:25pm | 1st institutional recount cleared. |
| 4:35pm | Ofc Rodgers conducts security check. All 96 units secure. |

ADOC FORM N054
30 Jan 2009



ALABAMA DEPARTMENT OF CORRECTIONS
WILLIAM E. DONALDSON CORRECTIONAL FACILITY
100 WARRIOR LANE, BESSEMER, AL 35023

## DUTY POST LOG

| DATE | PRINTED NAME AND RANK SIGNATURE | SHIFT | DUTY POST ASSIGNMENT |
|---|---|---|---|
| 12/7/20 | K Jansing | 2nd | R S T U Cube |

| ENTRY TIME | |
|---|---|
| 5:05pm | Ofc Rodgers conducts living & breathing check. All 96 units alive & well. |
| 5:35pm | Ofc Dean conducts security check. All 96 units secure. |
| 6:05pm | Ofc Dean conducts living & breathing check. All 96 units alive & well. |
| 6:34pm | Showers begin in unit. |
| 6:35pm | Ofc Griffin conducts security check. All 96 units secure. |
| 7:00pm | Sgt Pugh enters unit. Gave legal & regular mail to Officer Dean. |
| 7:05pm | Ofc Dean conducts living & breathing check. All 96 units alive & well. |
| 7:35pm | Ofc Griffin conducts security check. All 96 units secure. |
| 7:54pm | 2nd institutional bed roster begins. |
| 8:05pm | Ofc Dean conducts living & breathing check. All 96 units alive & well. |
| 8:12pm | Showers complete in unit. 8:15pm: ~~Ofc Etter, Lt Pope enter unit For cell F-13~~ |
| 8:35pm | Ofc Jansing conducts visual check from cube. All 96 unit appear secure. |
| ~~8:35pm~~ | ~~Ofc Etter, Lt Pope, & Nurse Rex escorts Rutledge, Tommy out of unit. Deceased~~ |
| 8:45pm | Cpt Scott conducts mail call. Completed at 9:00pm. |
| 9:05pm | Ofc Jansing conducts visual check from cube. All units appear secure. |

ADOC FORM N054
30 Jan 2009



# ALABAMA DEPARTMENT OF CORRECTIONS
## WILLIAM E. DONALDSON CORRECTIONAL FACILITY
### 100 WARRIOR LANE, BESSEMER, AL 35023
## DUTY POST LOG

| DATE | PRINTED NAME AND RANK SIGNATURE | SHIFT | DUTY POST ASSIGNMENT |
|---|---|---|---|
| 12/7/20 | K Sansing | 2nd | R S T U Cube |

| ENTRY TIME | |
|---|---|
| 9:33 pm | 2nd institutional bed roster cleared. |
| 9:35 pm | Ofc Sansing conducts visual check from cube. All units appear secure. |
| 10:00 pm | Ofc Sansing remains on post of RSTU cube duties. |
| | **RSTU Showers** |
| 6:34 pm | Showers begin. Conducted by officer C. Dean & G. Griffin. C. Dean conducted T&U unit. Griffin conducted R&S unit. |
| 8:12 pm | Showers complete in unit. |
| | R side refused showers. Per Officer Griffin |
| | S side showers: ███ S-15 |
| | ███ S-17 |
| | T side showers ███ T-4 |
| | ███ T-7 |
| | ███ T-8 |
| | ███ T-11 |
| | ███ T-12 |
| | ███ T-14 |
| | ███ T-18 |
| | ███ T-20 |
| | U side showers: ███ |

ADOC FORM N054
30 Jan 2009



## ALABAMA DEPARTMENT OF CORRECTIONS
### WILLIAM E. DONALDSON CORRECTIONAL FACILITY
100 WARRIOR LANE, BESSEMER, AL 35023

## DUTY POST LOG

| DATE | PRINTED NAME AND RANK SIGNATURE | SHIFT | DUTY POST ASSIGNMENT |
|---|---|---|---|
| 12/7/20 | K. Sansing | 3rd | R.S.T.U. Cube |

| ENTRY TIME | |
|---|---|
| 10:00pm | OFC Sansing remains on post of all RSTU cube duties. |
| 10:20pm | OFC Sansing conducts visual check from cube. All units appear secure. |
| 10:40pm | 1st Institutional bed roster begins. |
| 10:47pm | OFC Eller escorts inmate ████████ to the infirmary. |
| 10:55pm | OFC Sansing conducts visual check from cube. All units appear secure. |
| 11:25pm | OFC Sansing conducts visual check from cube. All units appear secure. |
| 12:08am | 1st institutional bed roster cleared. |
| 12:30am | OFC Eller conducts living & breathing check. All 94 units alive & well. OFC Eller conducts temperature check in all units. |
| 12:55am | 2nd institutional count begins. |
| 1:25am | 2nd institutional count cleared. |
| 2:10am | OFC Eller conducts security check. All 94 units secure. |
| 2:50am | OFC Eller conducts living & breathing check. All 94 units alive & well. |

ADOC FORM N054
30 Jan 2009



# ALABAMA DEPARTMENT OF CORRECTIONS
## WILLIAM E. DONALDSON CORRECTIONAL FACILITY
### 100 WARRIOR LANE, BESSEMER, AL 35023
## DUTY POST LOG

| DATE | PRINTED NAME AND RANK SIGNATURE | SHIFT | DUTY POST ASSIGNMENT |
|---|---|---|---|
| 12/7/20 | K Sansing | 3rd | R S T U Cube |

| ENTRY TIME | |
|---|---|
| 3:20am | OFC Eller conducts security check. All 94 units secure. |
| 4:28am | OFC Eller relieves OFC Sansing of all RSTU cube duties. |
| 4:40am | Feeding begin in RSTU. Trays consists of Eggs, grits, biscuit & jelly & orange juice. |
| 5:40am | Officer Gaines relieved Officer Eller of cubicle duties |
| 5:45am | Office Rodgers conducted living, breathing, unit security check, Temp check of RSTU. |
| 5:55am | Living & breathing check complete 94 inmates living & responsive in RSTU. Unit all secure Temp check complete. |
| 6:00Am | Officer Gaines is relieved of cubicle duties of RSTU. |

ADOC FORM N054
30 Jan 2009