# Exhibit C

**Morgan, Phyllis (DOC)**

| | |
|---|---|
| **From:** | Michelle Bessette <michelle.bessette@wexfordhealth.com> |
| **Sent:** | Monday, November 2, 2020 10:02 AM |
| **To:** | Peters, Kenneth (DOC); Morgan, Phyllis (DOC); Johnson, Deaundra (DOC) |
| **Cc:** | Amy Goodwin |
| **Subject:** | Freezing in the HCU |

Wardens,

Is there anyway that we can get the heat turned up in the medical unit?

Please.

Michelle Bessette BS, RN
Health Services Administrator
Donaldson Correctional Facility
100 Warrior Lane
Bessemer, AL 35023
Phone: 205-436-3681 ext 401
Direct Line: 205-436-3163
Cell: 205-538-9702
Fax: 205-436-4579
Michelle.Bessette@wexfordhealth.com

"R.A.I.S.E the Standard"


Wexford Health
SOURCES INCORPORATED

1

**Morgan, Phyllis (DOC)**

| | |
|---|---|
| **From:** | Peters, Kenneth (DOC) |
| **Sent:** | Friday, November 20, 2020 3:00 PM |
| **To:** | Ellington, Edward (DOC) |
| **Cc:** | Stewart, Cynthia D (DOC); Morgan, Phyllis (DOC); Smith, Vencini (DOC); Johnson, Deaundra (DOC); Scott, LaTonya (DOC) |
| **Subject:** | Donaldson Boilers |

Good Afternoon,

Be advised that the Engineers have been working on Donaldson's boilers but say they will not be finished today and will complete their work on Monday. The boilers work the facility heat (not suppose to be cold this weekend) which means the main heat will be off. The facility still has hot water.

Warden Peters

**Morgan, Phyllis (DOC)**

| | |
|---|---|
| **From:** | Ellington, Edward (DOC) |
| **Sent:** | Friday, November 20, 2020 3:22 PM |
| **To:** | Peters, Kenneth (DOC) |
| **Cc:** | Stewart, Cynthia D (DOC); Morgan, Phyllis (DOC); Smith, Vencini (DOC); Johnson, Deaundra (DOC); Scott, LaTonya (DOC) |
| **Subject:** | Re: Donaldson Boilers |

Thank you Sir.

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

---

**From:** Peters, Kenneth (DOC) <Kenneth.Peters@doc.alabama.gov>
**Sent:** Friday, November 20, 2020 3:00:13 PM
**To:** Ellington, Edward (DOC) <Edward.Ellington@doc.alabama.gov>
**Cc:** Stewart, Cynthia D (DOC) <CynthiaD.Stewart@doc.alabama.gov>; Morgan, Phyllis (DOC) <Phyllis.Morgan@doc.alabama.gov>; Smith, Vencini (DOC) <Vencini.Smith@doc.alabama.gov>; Johnson, Deaundra (DOC) <Deaundra.Johnson@doc.alabama.gov>; Scott, LaTonya (DOC) <LaTonya.Scott@doc.alabama.gov>
**Subject:** Donaldson Boilers

Good Afternoon,

Be advised that the Engineers have been working on Donaldson's boilers but say they will not be finished today and will complete their work on Monday. The boilers work the facility heat (not suppose to be cold this weekend) which means the main heat will be off. The facility still has hot water.

Warden Peters

1

## Morgan, Phyllis (DOC)

| | |
|---|---|
| **From:** | Peters, Kenneth (DOC) |
| **Sent:** | Tuesday, November 24, 2020 4:33 PM |
| **To:** | Ellington, Edward (DOC) |
| **Cc:** | Stewart, Cynthia D (DOC); Morgan, Phyllis (DOC); Smith, Vencini (DOC); Johnson, Deaundra (DOC); Scott, LaTonya (DOC) |
| **Subject:** | Donaldson Boilers |

Good Afternoon,

FYI...

After speaking with the engineers, the contractor that is working on the Donaldson Boilers will not be down to finish the repairs until at least Friday, and the Engineers will not be able to come down until Monday to verify the boiler's pressure to make it operational, so Donaldson will not have heat until Monday.

Warden peters

1

## Morgan, Phyllis (DOC)

| | |
|---|---|
| **From:** | Peters, Kenneth (DOC) |
| **Sent:** | Monday, November 30, 2020 4:59 PM |
| **To:** | Ellington, Edward (DOC) |
| **Cc:** | Morgan, Phyllis (DOC); Smith, Vencini (DOC); Johnson, Deaundra (DOC); Scott, LaTonya (DOC) |
| **Subject:** | Donaldson's Heat |

Good Afternoon,

Donaldson's maintenance reports that the boilers are repaired and the heat is back on.

Warden Peters

1

## Morgan, Phyllis (DOC)

| | |
|---|---|
| **From:** | Peters, Kenneth (DOC) |
| **Sent:** | Wednesday, December 2, 2020 10:13 AM |
| **To:** | Ellington, Edward (DOC); Abbott, Jenny (DOC) |
| **Cc:** | Stewart, Cynthia D (DOC); Morgan, Phyllis (DOC); Smith, Vencini (DOC); Johnson, Deaundra (DOC); Scott, LaTonya (DOC) |
| **Subject:** | Re: Donaldson Boilers |

Be advised that facility maintenance has the boilers back up at Donaldson so once again, the heat is back on. Maintenance, Mr. Kennedy, is contacting the Engineering division to have the contractor come back out and re-check the boilers, but they are working for now.

Warden Peters

**From:** Peters, Kenneth (DOC)
**Sent:** Wednesday, December 2, 2020 8:18 AM
**To:** Ellington, Edward (DOC) <Edward.Ellington@doc.alabama.gov>; Abbott, Jenny (DOC) <Jenny.Abbott@doc.alabama.gov>
**Cc:** Stewart, Cynthia D (DOC) <CynthiaD.Stewart@doc.alabama.gov>; Morgan, Phyllis (DOC) <Phyllis.Morgan@doc.alabama.gov>; Smith, Vencini (DOC) <Vencini.Smith@doc.alabama.gov>; Johnson, Deaundra (DOC) <Deaundra.Johnson@doc.alabama.gov>; Scott, LaTonya (DOC) <LaTonya.Scott@doc.alabama.gov>
**Subject:** Donaldson Boilers

Good Morning,

Unfortunately, I am reporting that one of the two Donaldson Boilers has stopped working again last night/this morning and the other one is not working correctly. Facility maintenance is checking it now and will update me when they have a determination.

Warden Peters

1