# Exhibit A

**DRAFT**
[NAME] Correctional Facility RHU Exceptional Circumstances Report
DATE to DATE

| Inmate Name | AIS | Date Inmate Held in RHU due to Exceptional Circumstance | Date Inmate Exceeded 72 Hours in RHU due to Exceptional Circumstance | Date of Exit | Offered Hours of Out-of-Cell Time and Nature of the Out-of-Cell Time (Ledger Below) | | | | | | | Exceptional Circumstances Justifying the Prisoner's Continued Segregation Placement | When Does ADOC Anticipate Moving the Inmate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday | | |
| Doe, John | 9999999 | 6/7/2022 | 6/10/2022 | | 1-S<br>1- R<br>1- H | 3- R (ref) | 2- R<br>1- T | 0.5- S<br>1.5- R<br>1- T | 1- H<br>2- R | 1-S<br>1- R<br>1- T | 2- R<br>1- T | A | ADOC anticipates transferring Doe from RHU in June 2022. |

**Exceptional Circumstance Defined:**

A= A safety or security issue prevents placement of the inmate in alternative housing (such as SU, RTU, or SLU);

B= A non-safety or non-security issue exists and transfer or transportation to alternative housing is temporarily unavailable.

**Nature of Out-of-Cell Time Offered Ledger:**

E - Education
H - Health/Mental-Health Care
R - Recreation
S - Shower
T - Therapy and/or Group Therapy
(ref) - Refusal

DRAFT