IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EDWARD BRAGGS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 2:14-cv-00601-MHT-JA |
| v. ) | |
| ) | District Judge Myron H. Thompson |
| JOHN HAMM, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**THE STATE'S PROPOSAL REGARDING OPERATING RESTRICTIVE
HOUSING UNITS UNDER CURRENT STAFFING LEVELS**

Defendants John Hamm ("Commissioner Hamm"), in his official capacity as Commissioner of the Alabama Department of Corrections ("ADOC"), and Deborah Crook ("Deputy Commissioner Crook" and, collectively with Commissioner Hamm, the "State"), in her official capacity as ADOC's Deputy Commissioner, Office of Health Services, hereby submit this filing in compliance with the Court's directive for the State to submit a proposal "that will allow ADOC's RHUs—with the exception of Tutwiler—to function safely with the correctional staff that ADOC currently employs."[1]  (Doc. 3464 at § 2.1.7.3).

---

[1] The State submits this filing in response to the Court's directive. (Doc. 3464 at § 2.1.7.3). In doing so, the State expressly preserves any and all objections and all available legal and equitable arguments in response to the Court's Phase 2A Omnibus Remedial Opinion (Docs. 3461, 3462, 3463, 3465), Phase 2A Omnibus Remedial Order (Doc. 3464), any other Phase 2A remedial orders, and the Court's liability opinions and orders in this action, including without limitation, the Court's Liability Opinion and Order as to Phase 2A Eighth Amendment Claim (Doc. 1285) and Phase 2A Supplemental Liability Opinion and Order on Periodic Mental-Health Evaluations of Prisoners in

**I.     THE STATE'S REQUIREMENTS UNDER § 2.1.7.3 OF THE REMEDIAL ORDER.**

The Phase 2A Omnibus Remedial Order ("Remedial Order") requires the State to submit a proposal to address how ADOC will provide security checks in restrictive housing units ("RHU"), provide out-of-cell time in RHUs, and provide access to mental-health treatment.  (Doc. 3464 at § 2.1.7.3.1).  Further, the Order mandates that the proposal must ensure ADOC does not place inmates removed from RHUs in "functionally identical units" as the RHUs.   (Id. at § 2.1.7.3.2). Additionally, the Order indicates that the proposal must "ensure the safety of inmates in the RHUs who require protective custody" and explain how, if ADOC removes inmates from RHU to reduce the number of inmates in RHU, ADOC "will manage the dangers posed by inmates who would present a significant safety or security risk in general population."  (Id. at § 2.1.7.3.3).  Finally, the Remedial Order requires ADOC to propose how it may modify this proposed relief if ADOC meets the benchmarks for correctional staffing order in section 2.1.5 of the Remedial Order. (Id. at § 2.1.7.3.4).

In order to meet the requirements of section 2.1.7.3, the State proposes to seek authority from State Personnel to allow non-security staff to volunteer to work

---

Segregation (Doc. 2332).  Nothing contained in this filing shall be construed as an admission by the State, a waiver of any objection to any opinion or order in this action, or a waiver of the State's pending appeal related to Phase 2A (see doc. 3488).  Nothing in this filing shall be construed as an admission of any kind by the State that ADOC's current or historical staffing or provision of mental-health care is or was unconstitutional or deficient in any way.

overtime in non-contact posts and hire additional non-security staff to assume certain non-security duties within the facilities. The proposal also includes acquiring additional equipment to increase access to out-of-cell time.

## II. ADOC PROPOSES TO SUPPLEMENT STAFF TO INCREASE SECURITY STAFF IN RHUs.

Correctional Officers ("CO") and Basic Correctional Officers ("BCO") currently fill certain mandatory posts within a facility that do not require direct contact with inmates. Further, COs and BCOs carry out additional duties outside of manning security posts, such as disciplinary hearings, Inmate Control System ("ICS") duties, drug testing, and Prison Rape Elimination Act ("PREA") compliance manager responsibilities, that take time away from operating security posts. In an effort to provide relief to RHUs, ADOC proposes to seek approval from the State Personnel Department to pay overtime to non-security staff who would relieve security officers of these non-security duties.

ADOC, contingent upon State Personnel approval and budgetary authority, will authorize overtime for ADOC support staff, on a voluntary basis, to fill certain posts within a facility that do not require direct contact with inmates. ADOC will provide training to volunteers to carry out the requirements of the non-contact posts. This relief, if approved by State Personnel, will allow ADOC to reassign COs and BCOs filling these mandatory non-contact posts to security posts in RHUs to facilitate security checks, out-of-cell time, and movement of inmates to mental-

health treatment.

In addition to filling non-contact posts, COs and BCOs conduct disciplinary hearings, ICS duties, and drug testing. ADOC proposes to seek approval from State Personnel to add additional non-security staff to facilities to take over these responsibilities. Specifically, the State proposes to seek authority from State Personnel to hire disciplinary hearing officers to conduct inmate disciplinary hearings. This will further relieve security staff of these non-security related responsibilities and allow security staff to apply their time to operating security posts in the facilities. Upon approval, ADOC intends to prioritize these plans to fill security posts in RHUs.

Additionally, security staff at ADOC facilities serve as the Institutional PREA Compliance Managers. These positions hold the responsibility of coordinating the facility's efforts to comply with the federal requirements of the Prison Rape Elimination Act. (34 U.S.C. 303). In order to relieve security staff of this function, ADOC's Inspector General ("IG") initiated plans to hire non-security PREA Compliance Managers. Upon approval by State Personnel and sufficient budgetary authority, ADOC retain non-security PREA Compliance Manages and redeploy the certified security staff currently serving in these positions to critical posts within the facilities.

Finally, ADOC proposes to initiate a study of the deployment of all security

staff for all shifts over a thirty (30) day period at all major facilities. The purpose of the study would include identification of efficiencies in the allocation of security staff within the facilities.

The above proposal remains contingent upon sufficient budgetary authority and approval from State Personnel.

### III. ADOC PROPOSES TO PROVIDE ADDITIONAL EQUIPMENT TO INCREASE OUT-OF-CELL TIME IN RHUS.

ADOC proposes to provide additional equipment to RHUs to facilitate inmates receiving out-of-cell time. The equipment includes secure activity desks that allows ADOC to place inmates in open areas to conduct dayroom activities. The addition of more secure activity desks offer the opportunity to provide more inmates out-of-cell time in RHUs.

Dated: June 1, 2022.

/s/ Kenneth S. Steely
*Attorney for the State*

William R. Lunsford
Matthew B. Reeves
Stephen C. Rogers
La Keisha Butler
Kenneth S. Steely
**MAYNARD, COOPER & GALE, PC**
655 Gallatin Street
Huntsville, AL 35801
Telephone: (256) 512-5710

Facsimile: (256) 512-0119
blunsford@maynardcooper.com
mreeves@maynardcooper.com
srogers@maynardcooper.com
lbutler@maynardcooper.com
ksteely@maynardcooper.com

Luther M. Dorr, Jr.
**MAYNARD, COOPER & GALE, PC**
1901 Sixth Avenue North
2400 Regions Harbert Plaza
Birmingham, AL 35203
Telephone: (205) 254-1178
Facsimile: (205) 714-6438
rdorr@maynardcooper.com

Stephanie L. Smithee
**ALABAMA DEPARTMENT OF CORRECTIONS**
Legal Division
301 South Ripley Street
Montgomery, Alabama 36130
Telephone (334) 353-3884
Facsimile (334) 353-3891
stephanie.smithee@doc.alabama.gov

Anne A. Hill
Deputy Attorney General
**STATE OF ALABAMA**
**OFFICE OF THE ATTORNEY GENERAL**
501 Washington Avenue
Montgomery, Alabama 36104
Telephone: (334) 242-7491
Facsimile: (334) 353-8400
Anne.Hill@AlabamaAG.gov

# **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon all attorneys of record in this matter, including without limitation the following, by the Court's CM/ECF system on this 1st day of June, 2022.

Ashley N. Light
Lisa W. Borden
Susanne Cordner
**SOUTHERN POVERTY LAW CENTER**
400 Washington Avenue
Montgomery, Alabama 36104
Telephone: (334) 956-8200
Facsimile: (334) 956-8481
ashley.light@splcenter.org
lisawborden@gmail.com

Leslie F. Jones
**SOUTHERN POVERTY LAW CENTER**
111 East Capitol Street
Suite 280
Jackson, MS 39201
Telephone: (601) 948-8882
Facsimile: (334) 956-8281

Bruce Hamilton
**SOUTHERN POVERTY LAW CENTER**
201 St. Charles Avenue
Suite 2000
New Orleans, LA 70170
Telephone: (504) 352-4398
Facsimile: (504) 486-8947

Anil A. Mujumdar
**DAGNEY JOHNSON LAW GROUP**
2170 Highland Avenue, Suite 250
Birmingham, Alabama 35213
Telephone: (205) 729-8445
Facsimile: (205) 809-7899
anil@dagneylaw.com

William Van Der Pol, Jr.
Lonnie Williams
Barbara A. Lawrence
Andrea J. Mixson
**ALABAMA DISABILITIES ADVOCACY PROGRAM**
University of Alabama
500 Martha Parham West
Box 870395
Tuscaloosa, Alabama 35487-0395
Telephone: (205) 348-6894
Facsimile: (205) 348-3909
wvanderpoljr@adap.ua.edu
blawrence@adap.ua.edu
lwilliams@adap.ua.edu
amixson@adap.ua.edu

William G. Somerville III
Patricia Clotfelter
**BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC**
420 20th Street North
Suite 1400
Birmingham, Alabama 35203
Telephone: (205) 244-3863
Facsimile: (205) 488-3863
wsomerville@bakerdonelson.com
pclotfelter@bakerdonelson.com

Deana Johnson
Brett T. Lane
**MHM SERVICES, INC.**
1447 Peachtree Street NE
Suite 500

Neal K. Katyal
Catherine E. Stetson
Jo-Ann Tamila Sagar
**HOGAN LOVELLS US LLP**
555 13th Street NW
Washington, DC 20004
Telephone: (202) 637-5528
Facsimile: (202) 637-5910

Edward A. Bedard
**KING & SPALDING, LLP**
1180 Peachtree Street NE
Suite 1600
Atlanta, GA 30309
Telephone: (404) 572-3127

Atlanta, GA 30309
Telephone: (404) 347-4134
Facsimile: (404) 347-4138
djohnson@mhm-services.com
btlane@mhm-services.com

Joshua C. Toll
**KING & SPALDING, LLP**
1700 Pennsylvania Avenue NW
2nd Floor
Washington, DC 20006
Telephone: (202) 227-6138

Evan Diamond
**KING & SPALDING, LLP**
1185 Avenue of Americas
34th Floor
New York, NY 10036
Telephone: (212) 556-2297

Rachel Rubens
**KING & SPALDING, LLP**
50 California Street
Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1210

*/s/ Kenneth S. Steely*
Of Counsel