# Exhibit 1

| Report Date | Occupied | Available | Hold (not treated as occupied) | RHU Percent Occupied | ADOC In-House Population | Percent of Population in RHU |
|---|---|---|---|---|---|---|
| 1/5/2021 | 939 | 231 | 2 | 80% | 17,213 | 5.46% |
| 2/2/2021 | 907 | 265 | 0 | 77% | 17,049 | 5.32% |
| 3/2/2021 | 937 | 234 | 1 | 80% | 16,907 | 5.54% |
| 4/6/2021 | 909 | 261 | 2 | 78% | 16,810 | 5.40% |
| 6/1/2021 | 944 | 226 | 2 | 81% | 17,819 | 5.30% |
| 7/6/2021 | 923 | 247 | 2 | 79% | 17,724 | 5.21% |
| 8/3/2021 | 955 | 215 | 2 | 82% | 17,765 | 5.38% |
| 9/7/2021 | 973 | 199 | 0 | 83% | 17,769 | 5.48% |
| 10/5/2021 | 987 | 181 | 4 | 84% | 17,864 | 5.53% |
| 11/2/2021 | 961 | 207 | 4 | 82% | 17,823 | 5.39% |
| 11/30/2021 | 983 | 188 | 1 | 84% | 18,773 | 5.24% |
| 12/21/2021 | 975 | 194 | 3 | 83% | 19,402 | 5.03% |
| 2/1/2022 | 1010 | 161 | 1 | 86% | 19,557 | 5.16% |
| 3/1/2022 | 1016 | 149 | 7 | 87% | 19,710 | 5.15% |

Plaintiffs pulled the number of "Occupied," "Available", and "Hold" cells from the Restrictive Housing Reports ADOC provided to Plaintiffs pursuant to the Court's February 16, 2018 and June 22, 2018 Orders, (Docs. 1643, 1903). ADOC0524559-ADOC0524613 (Jan 2021); ADOC0525027-ADOC0525081 (Feb 2021); ADOC0535410-ADOC0535464 (Mar 2021); ADOC0559360-ADOC0559414 (Apr 2021); ADOC0591321-ADOC0591375 (June 2021); ADOC0594024-ADOC0594078 (July 2021); ADOC0595565-ADOC0595619 (Aug 2021); ADOC0597088-ADOC0597142 (Sep 2021); ADOC0599413-ADOC0599467 (Oct 2021); ADOC0600711-ADOC0600765 (Nov 2 2021); ADOC0601986-ADOC0602040 (Nov 30 2021); ADOC0604003-ADOC0604057 (Dec 2021); ADOC0605354-ADOC0605408 (Feb 2022); ADOC0606552-ADOC0606606 (Mar 2022). Plaintiffs admitted several of these reports as exhibits in the Omnibus Remedial Trial. *See, e.g.*, P-3016 (Weekly Segregation Roster (February 2, 2021)); P-3522 (Weekly Segregation Roster (January 5, 2021)); P-3233 (April 6, 2021 Restrictive Housing Report).

Plaintiffs pulled the "ADOC In-House Population" from ADOC's Monthly Statistical Reports. Plaintiffs admitted several of these reports as exhibits in the Omnibus Remedial Trial. *See, e.g.*, P-3224 (February 2021 ADOC Monthly Statistical Report); P-3988 (Jan. 2021 ADOC Monthly Statistical Report); P-4143 (March 2021 ADOC Monthly Statistical Report). All ADOC Monthly Statistical Reports used are available at: http://doc.alabama.gov/StatReports.