# UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

## Application for Extension of Time to File Transcript and for Waiver of Fee Reduction

*(Please type or print. Application must be completed in full.)*

Short style: __Braggs v. Hamm__

USCA No. (if available): __22-10292-E__   DC No.: __2:14cv601-MHT__

Date extension requested to: __08-05-2022__

Date transcript order received: __02-08-2022__

Date satisfactory arrangements for paying cost of transcript made: __02-08-2022__

If CJA, date CJA-24 signed by District Judge (or state "pending"): _____

Pages in this appeal: 1) Already transcribed __6,000__   2) Yet to be transcribed __3,000__

For all <u>other</u> transcripts due, list:

| Docket No. | Date Ordered | Date Due | No. Pages Completed | No. Pages to be Completed |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

State the reasons that make an extension of time appropriate: __I realize there are about 3,000 pages left to be transcribed in final from 2018. This is a very complicated case and I have done realtime for the Court and attorneys, and they have been using rough drafts.__

Estimated percentage of time in court during past 30 days: __75__   Next 30 days: __75__

Circle number of extensions requested in past 12 months:   1   **(2)**   3   4   5+

Circle method of transcript production:   Notereading   Dictation   CAT   Self-Typing

If this extension is granted, do you agree to employ a substitute reporter to assist you in completing this transcript by the new due date? If not, please explain why: __I continue to use proofreaders to help me. I regret having to ask for a third extension, but there have been so many proceedings in this case and I didn't realize a big chunk was still to be done in final.__

*I certify by my signature that I have sent a copy of this request to the district judge who tried this case; to the Chief District Judge of this district; to the district court clerk; and to all counsel (or pro se parties) of record (11th Cir. R. 11-1).*

Date: __06-03-2022__   Court Reporter Signature: *Patricia G. Starkie* (signature)

Patricia G. Starkie

(334) 322-8053   125 Lamar Road Hope Hull, AL 36043

Area Code/Phone No.   Court Reporter's Name and Address (Please print or type)

---

Extension:   GRANTED   DENIED      Fee Reduction:   WAIVED   NOT WAIVED

Transcript Due Date: _____   10% Discount Provision in effect on: _____
                             20% Discount Provision in effect on: _____

_____
Date                        Thomas K. Kahn, Clerk
(Rev.: 5/00)