# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

June 07, 2022

Patricia Starkie
Court Reporters
1 CHURCH ST
MONTGOMERY, AL 36104-4018

Appeal Number: 22-10292-E
Case Style: Edward Braggs, et al v. Commissioner, Alabama Department of Corrections, et al
District Court Docket No: 2:14-cv-00601-MHT-JTA

<u>Electronic Filing</u>
All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. <u>Although not required</u>, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

The following action has been taken in the referenced case:

An extension of time has been granted to and including <u>08/05/2022</u> to file transcripts in district court. Fee Reduction is WAIVED.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Gloria M. Powell, E
Phone #: (404) 335-6184

EXT-1 Extension of time

# UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

## Application for Extension of Time to File Transcript and for Waiver of Fee Reduction

*(Please type or print. Application must be completed in full.)*

Short style: __Braggs v. Hamm__

USCA No. (if available): __22-10292-E__   DC No.: __2:14cv601-MHT__

Date extension requested to: __08-05-2022__

Date transcript order received: __02-08-2022__

Date satisfactory arrangements for paying cost of transcript made: __02-08-2022__

If CJA, date CJA-24 signed by District Judge (or state "pending"): _____

Pages in this appeal: 1) Already transcribed __6,000__   2) Yet to be transcribed __3,000__

For all <u>other</u> transcripts due, list:

| Docket No. | Date Ordered | Date Due | No. Pages Completed | No. Pages to be Completed |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

State the reasons that make an extension of time appropriate: __I realize there are about 3,000 pages left to be transcribed in final from 2018. This is a very complicated case and I have done realtime for the Court and attorneys, and they have been using rough drafts.__

Estimated percentage of time in court during past 30 days: __75__   Next 30 days: __75__

Circle number of extensions requested in past 12 months:   1   2   3   4   5+

Circle method of transcript production:   Notereading   Dictation   CAT   Self-Typing

If this extension is granted, do you agree to employ a substitute reporter to assist you in completing this transcript by the new due date? If not, please explain why: __I continue to use proofreaders to help me. I regret having to ask for a third extension, but there have been so many proceedings in this case and I didn't realize a big chunk was still to be done in final.__

*I certify by my signature that I have sent a copy of this request to the district judge who tried this case; to the Chief District Judge of this district; to the district court clerk; and to all counsel (or pro se parties) of record (11th Cir. R. 11-1).*

Date: __06-03-2022__   Court Reporter Signature: _____

__(334) 322-8053__   __Patricia G. Starkie__

Area Code/Phone No.   __125 Lamar Road Hope Hull, AL 36043__

Court Reporter's Name and Address (Please print or type)

Extension: (GRANTED)   DENIED   Fee Reduction: (WAIVED)   NOT WAIVED

Transcript Due Date: __8-5-22__   10% Discount Provision in effect on: _____
20% Discount Provision in effect on: _____

__6-6-22__   __RAVeals-Gillis__
Date   Thomas K. Kahn, Clerk

(Rev.: 5/00)