IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| EDWARD BRAGGS, et al.,    ) | |
| )  | |
|     Plaintiffs,    ) | |
| )  | CIVIL ACTION NO. |
|     v.    ) | 2:14cv601-MHT |
| )  | (WO) |
| JOHN HAMM, in his    ) | |
| official capacity as    ) | |
| Commissioner of    ) | |
| the Alabama Department of    ) | |
| Corrections, et al.,    ) | |
| )  | |
|     Defendants.    ) | |

**ORDER**

In accordance with the monitoring opinion, *see Braggs v. Dunn*, 483 F. Supp. 3d 1136, 1146-47 (M.D. Ala. 2020) (Thompson, J.), the process followed earlier for appointment of the EMT, *see* September 2, 2020, Order (Doc. 2918), and the process followed earlier for replacing an EMT member, *see* March 15, 2022, Order (Doc. 3540), it is ORDERED as follows:

(1) Nurse Catherine Knox's resignation from the external monitoring team (EMT) is accepted. *See* Joint

Report on EMT's Psychiatrist (Doc. 3616).  The court now expresses its deep gratitude to her.

(2) By 5:00 p.m., on July 7, 2022, the parties are to file a report indicating whether they have agreed on a person to replace Nurse Knox as the team's nurse, and, if so, who that person is.  In the meantime, the parties are encouraged to mediate this issue with Judge John Ott.

DONE, this the 23rd day of June, 2022.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE