IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
EDWARD BRAGGS, et al.,       )
                             )
    Plaintiffs,              )
                             )    CIVIL ACTION NO.
    v.                       )      2:14cv601-MHT
                             )          (WO)
JOHN HAMM, in his            )
official capacity as         )
Commissioner of              )
the Alabama Department of    )
Corrections, et al.,         )
                             )
    Defendants.              )
```

ORDER

Attached is an email from Magistrate Judge John Ott to the court, stating as follows:

"As I indicated yesterday, the parties have not been able to reach a consensus on the psychiatrist position for the EMT. Accordingly, pursuant to your order (doc. 3026), I recommend Dr. Reeves for the position. Drs. Gosein and Reeves were the finalists following the search and interview process. I have attached their CVs and a link (https://splc.box.com/s/i96epzov2oy0kbkeuka0vtd01e9xg55w ) with the interviews of Drs. Gosein and Reeves for your review. I chose Dr. Reeves premised, in part, on his previous monitoring experience in a local jail system and his experience with the New Jersey DOC.  I also had

>   a call with him and Dr. Falcon to be sure his
>   availability would work with the needs of the
>   rest of the team."

Also attached to this order are the CVs mentioned in the email.

Upon consideration of this email, including Judge Ott's recommendation of Dr. Reeves, it is ORDERED that the parties are allowed until 5:00 p.m., on July 7, to file with the court a response to the email.

DONE, this the 23rd day of June, 2022.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE