In the United States District Court
for the
Middle District of Alabama
Northern Division

| | |
|---|---|
| EDWARD BRAGGS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:14cv601-MHT |
| ) | (WO) |
| ) | |
| John Hamm, in his ) | |
| Official Capacity,  etc. ) | |
| ) | |
| et al. ) | |
| ) | |
| Defendants. ) | |

**Motion for Leave to Intervene**

Pursuant to Fed. R. Civ. Pro. 24(a) and (b), Plaintiff, Troy Connell, hereby moves this Court for leave to intervene in this action and to filed the complaint in intervention appended hereto as Exhibit 1.  In support of this motion, Plaintiff states:

   1. Plaintiff is an inmate in the custody of the Alabama Department of Corrections.

   2. Plaintiff has mental illness, but is now capable of managing his own affairs.

3. Plaintiff is a member of the class of inmates previously certified by order of this Court.

4. Compliance with the remedies required by this Court's final judgment in this action is necessary to preserve the life and health of Plaintiff.

5. Plaintiff claims an interest relating to the property or transaction that is the subject of the action, and is so situated that disposing of the action may as a practical matter impair or impede the Plaintiff's ability to protect his interest. In particular, Plaintiff claims an interest in having defendants in this action comply with this Court's order, and the ability of the defendants to comply will be jeopardized if they spend money available to comply with this Court's order on leases for new prisons.

6. To date, Edward Bragg has done a great work by obtaining an injunction from this Court, but he does not adequately represent Plaintiff with respect to the matters addressed in the proposed complaint in intervention. Plaintiff seeks a declaratory judgment to vindicate his rights under the injunction entered by this Court. To his knowledge, existing parties to this action have not sought such relief. Obtaining such relief promptly is necessary because, otherwise, the money in question may be remitted to persons from whom the money cannot, as a practical matter, be recovered.

7. Plaintiff submits his motion is timely, as it was only last week that the defendants and others publicly formally finalized their plans to spend money on lease payments rather than on complying with this Court's order.

WHEREFORE, Plaintiff respectfully moves this Court to allow him to intervene in this action to file the Complaint in Intervention appended here to as Exhibit 1.

Respectfully submitted,

*Frank Ozment*
(ASB-7203-N73J)

**Frank Ozment Attorney at Law, LLC**
501 217 Country Club Park
Mountain Brook, Alabama 35213

Certificate of Service

I hereby certify that I have, on June 27, electronically filed this Motion for Leave to Intervene, including the attached Complaint in Intervention, by means of this Court's electronic filing service, which service causes a copy of the Complaint in Intervention to be served on counsel of record in this action.

*Frank Ozment*

3