IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| EDWARD BRAGGS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:14cv601-MHT |
| ) | |
| JEFFERSON S. DUNN, in his ) | |
| official capacity as ) | |
| Commissioner of ) | |
| the Alabama Department of ) | |
| Corrections, et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER

It is ORDERED that the parties shall respond to the motion to intervene (Doc. 3633) by July 5, 2022, and that movant Troy Connell may respond by July 8, 2022.

DONE, this the 27th day of June, 2022.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**