't bIN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


EDWARD BRAGGS, et al.,          )
                                )
      Plaintiffs,               )
                                )        CIVIL ACTION NO.
      v.                        )          2:14cv601-MHT
                                )
JOHN HAMM, in his               )
official capacity as            )
Commissioner of                 )
the Alabama Department of       )
Corrections, et al.,            )
                                )
      Defendants.               )

                            ORDER

      It is ORDERED that:

      (1)  The unopposed motion for extension of time (Doc.

3637) is granted.

      (2) The deadline for the parties to respond to the

motion to intervene (Doc. 3633) is extended to July 15,

2022, and the deadline for movant Troy Connell to reply

is extended to July 18, 2022.

      DONE, this the 30th day of June, 2022.

                            /s/ Myron H. Thompson
                            UNITED STATES DISTRICT JUDGE