IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| EDWARD BRAGGS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:14cv601-MHT |
| ) | (WO) |
| JOHN HAMM, in his ) | |
| official capacity as ) | |
| Commissioner of ) | |
| the Alabama Department of ) | |
| Corrections, et al., ) | |
| ) | |
| Defendants. ) | |

ORDER

Pursuant to the Phase 2A Opinion and Order on Monitoring of Eighth Amendment Remedy (Doc. 2915) and the court's subsequent orders seeking recommendations from the parties and from Magistrate Judge John Ott about whom the court should appoint to replace Dr. Jacqueline Feldman as psychiatrist on the external monitoring team (Doc. 3540 & Doc. 3632), and after review of Magistrate Judge Ott's recommendation (Doc. 3632-1), the parties' responses (Doc. 3654 & Doc. 3656), and the resumes of the

proposed finalists (Doc. 3632-2 & Doc. 3632-3), it is ORDERED that:

(1) The position of psychiatrist on the external monitoring team shall be filled by Dr. Donald Raymond Reeves, Jr.*  To the extent the plaintiffs have raised concerns about Dr. Reeves's availability, the defendants correctly point out that, "[i]f the EMT determines additional resources remain necessary to complete the EMT's mission, then the Court provided a mechanism for seeking these additional resources."  Defs.' Resp. to Magistrate Judge Ott's Recommendation (Doc. 3656) at 8; *see also* Phase 2A Opinion and Order on Monitoring of the Eighth Amendment Remedy (Doc. 2915) at 22 ("[T]he court will not initially require the inclusion of the other members proposed by the plaintiffs on the EMT--a counselor or social worker, and a data expert--but will instead leave it to the EMT, which would be more

---

\* The court understands that the defendants' agreement to this appointment is subject to footnote 1 in the defendants' response to Magistrate Judge Ott's recommendation (Doc. 3656).

2

knowledgeable than the court about such matters, to determine whether additional members or support staff are necessary.  If it so determines, the EMT may ask the court to appoint additional members, either on an ad hoc or permanent basis.").

(2) The court's prior appointments of the other members of the external monitoring team remain in place: Dr. Elizabeth Falcon in the role of psychologist; and Mr. Rick Raemisch in the role of correctional administrator.  The court understands that the parties are continuing to work toward an agreement on a recommendation to replace Ms. Catherine Knox in the role of nurse.

DONE, this the 8th day of July, 2022.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE