IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| EDWARD BRAGGS, et al., ) | |
| ) | |
|    Plaintiffs, ) | |
| ) | CIVIL ACTION NO. |
|    v. ) | 2:14cv601-MHT |
| ) | (WO) |
| JOHN Q. HAMM, in his ) | |
| official capacity as ) | |
| Commissioner of ) | |
| the Alabama Department of ) | |
| Corrections, et al., ) | |
| ) | |
|    Defendants. ) | |

## ADA ORDER

It is ORDERED that, with regard to the "Order on ADA Aspects of the Case" (Doc. 3480), the triannual ADA status conference, now set for August 12, 2022, is reset for August 15, 2022, at 2:30 p.m.  The parties are reminded of their obligation to file reports before the status conference, as set forth in said order.

DONE, this the 19th day of July, 2022.

                                  /s/ Myron H. Thompson
                             UNITED STATES DISTRICT JUDGE