# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| **EDWARD BRAGGS, *et al.*,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **Case No. 2:14-cv-00601-MHT** |
| **v.** | ) | |
| | ) | **District Judge Myron H. Thompson** |
| **JOHN HAMM, *et al.*,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## THE STATE'S STATUS REPORT CONCERNING
## THE PHASE 2A OMNIBUS REMEDIAL ORDER

Defendants John Hamm ("Commissioner Hamm"), in his official capacity as Commissioner of the Alabama Department of Corrections ("ADOC"), and Deborah Crook ("Deputy Commissioner" and, collectively with Commissioner Hamm, the "State") in her official capacity as ADOC's Deputy Commissioner, Office of Health Services, hereby submit this status report for the August 15, 2022 status conference as directed by the Court's December 28, 2021 Order and the current Phase 2A Revised Remedy Scheduling Order on the Eighth Amendment Claim.[1] (Docs. 3467,

---

[1] The State submits this filing in response to the Court's directive. (Docs. 3467, 3667). In doing so, the State expressly preserves any and all objections and all available legal and equitable arguments in response to the Court's Phase 2A Omnibus Remedial Opinion (Docs. 3461, 3462, 3463, 3465), Phase 2A Omnibus Remedial Order (Doc. 3464), any other Phase 2A remedial orders, and the Court's liability opinions and orders in this action, including without limitation, the Court's Liability Opinion and Order as to Phase 2A Eighth Amendment Claim (Doc. 1285) and Phase 2A Supplemental Liability Opinion and Order on Periodic Mental-Health

3667).

## I.     STATUS OF THE REMEDIAL ORDER.

The State submits this Status Report as an update to "The State's Status Report Concerning the Phase 2A Omnibus Order" filed on May 12, 2022.  (Doc. 3563).  The State continues to meet the deadlines provided in the Phase 2A Omnibus Remedial Order (the "Remedial Order," doc. 3464), and continues to work with Plaintiffs to resolve outstanding issue as they arise.  The Remedial Order remains on appeal to the Eleventh Circuit Court of Appeals, Docket Number 22-10292-E.

## II.    THE STATE'S PROGRESS IN COMPLIANCE WITH THE REMEDIAL ORDER.

The State continues to make progress in compliance with the Remedial Order.  Since May 12, 2022, the State facilitated training on conducting a staffing analysis to staff assigned to the Resource Planning Unit (the "Unit").  Russ and Meg Savage conducted two separate trainings of ADOC staff, the first on May 4-6, 2022, and the second on June 22-23, 2022.  (Doc. 3663).  Further, the Unit continued gathering documents from all major facilities, and completed onsite inspections of twelve (12) of ADOC's facilities on before July 15, 2022.  These included the following:

---

Evaluations of Prisoners in Segregation (Doc. 2332).  Nothing contained in this filing shall be construed as an admission by the State, a waiver of any objection to any opinion or order in this action, or a waiver of the State's pending appeal related to Phase 2A (see doc. 3488).  Nothing in this filing shall be construed as an admission of any kind by the State that ADOC's current or historical staffing or provision of mental-health care is or was unconstitutional or deficient in any way.

1.    Ventress Correctional Facility, May 5, 2022;

2.    Easterling Correctional Facility, May 6, 2022;

3.    Limestone Correctional Facility, May, 31;

4.    Staton Correctional Facility, June 1, 2022;

5.    Bibb Correctional Facility, June 2, 2022;

6.    Hamilton Correctional Facility, June 9, 2022;

7.    Elmore Correctional Facility, June 16, 2022;

8.    Holman Correctional Facility, June 22, 2022;

9.    G. K. Fountain Correctional Facility, June 23, 2022;

10.   Kilby Correctional Facility, June 28, 2022;

11.   Bullock Correctional Facility, June 30, 2022;[2] and

12.   Juila Tutwiler Prison for Women, June 28, 2022.

The State will complete onsite inspections on or before August 31, 2022. (Id.). Further, the Unit remains on schedule to complete the update to the 2018 Staffing Analysis by November 1, 2022.

The State developed and submitted a proposal for abating high temperatures in mental-health units, (doc. 3620), a proposed revised format for the weekly reports concerning inmates in restricted housing units ("RHU") under exceptional

---

[2] The State inadvertently omitted Bullock Correctional Facility from "The State's Notice Regarding Compliance with the Timeline for Updating the 2018 Staffing Analysis" filed on July 15, 2022. (Doc. 3663).

circumstances (doc. 3621), and a proposal for operating RHUs with the current

staffing levels (doc. 3622).   Additionally, the Parties identified and submitted

proposed psychiatrists to replace Dr. Jacqueline Feldman on the External Monitoring

Team ("EMT").   On July 8, 2022, the Court appointed Dr. Donald Raymond Reeves,

Jr. to replace Dr. Feldman on the EMT.   (Doc. 3658).

## III.   SPECIFIC ISSUES AFFECTING COMPLIANCE WITH THE REMEDIAL ORDER.

On June 23, 2022, the Court accepted the resignation of Nurse Catherine Knox

from the EMT.   (Doc. 3631).   Ms. Knox's resignation from the EMT created an

unexpected vacancy on EMT causing a delay in the EMT initiating development of

performance measures and audit tools necessary to begin monitoring the Remedial

Order.   (See Doc. 2915 at 36-36, 47-49).   The State began identifying and

interviewing potential candidates and the Parties began conducting regular

mediation sessions with Judge Ott concerning this issue.   (Doc. 3653).   The Parties

expect to exchange lists of potential candidates and begin conducting interviews to

select Ms. Knox's replacement.   (Id.).

An additional issue that may affect the State's compliance concerns the denial

of ADOC's participation in the August 1, 2022 training program on correctional

staffing analysis taught by the National Institute of Corrections ("NIC").   On June

15, 2022, the State received notice that the NIC did not select ADOC to participate

in the session starting on August 1, 2022.   The NIC further stated it would conduct

4

one additional session in 2022 and would consider ADOC for that session.  The NIC

provided no additional information on dates of the next sessions or agencies selected.

As such, it remains unclear if the Unit will attend NIC training in 2022.  The Unit

does not currently anticipate this to impede its ability to complete the update to the

2018 Staffing Analysis by November 1, 2022.

 

      Date: August 1, 2022.

                    */s/ Kenneth S. Steely*
                     Kenneth S. Steely
                     *Attorney for the State*

William R. Lunsford
Matthew B. Reeves
Kenneth S. Steely
La Keisha W. Butler
**MAYNARD, COOPER & GALE, PC**
655 Gallatin Street
Huntsville, AL 35801
Telephone: (256) 512-5710
Facsimile: (256) 512-0119
blunsford@maynardcooper.com
mreeves@maynardcooper.com
ksteely@maynardcooper.com
lbutler@maynardcooper.com

Luther M. Dorr, Jr.
**MAYNARD, COOPER & GALE, PC**
1901 Sixth Avenue North
2400 Regions Harbert Plaza
Birmingham, AL 35203
Telephone: (205) 254-1178
Facsimile: (205) 714-6438
rdorr@maynardcooper.com

Stephanie L. Smithee
**ALABAMA DEPARTMENT OF CORRECTIONS**
Legal Division
301 South Ripley Street
Montgomery, Alabama 36130
Telephone (334) 353-3884
Facsimile (334) 353-3891
stephanie.smithee@doc.alabama.gov

Anne A. Hill
Deputy Attorney General
**STATE OF ALABAMA**
**OFFICE OF THE ATTORNEY GENERAL**
501 Washington Avenue
Montgomery, Alabama 36104
Telephone: (334) 242-7491
Facsimile: (334) 353-8400
Anne.Hill@AlabamaAG.gov

## CERTIFICATE OF SERVICE

  I hereby certify that a copy of the foregoing has been served upon all attorneys of record in this matter, including without limitation the following, on this 1st day of August, 2022:

Ashley N. Light
Lisa W. Borden
Susanne Cordner
**SOUTHERN POVERTY LAW CENTER**
400 Washington Avenue
Montgomery, Alabama 36104
Telephone: (334) 956-8200
Facsimile: (334) 956-8481
ashley.light@splcenter.org
lisawborden@gmail.com

Leslie F. Jones
**SOUTHERN POVERTY LAW CENTER**
111 East Capitol Street
Suite 280
Jackson, MS 39201
Telephone: (601) 948-8882
Facsimile: (334) 956-8281

Bruce Hamilton
**SOUTHERN POVERTY LAW CENTER**
201 St. Charles Avenue
Suite 2000
New Orleans, LA 70170
Telephone: (504) 352-4398
Facsimile: (504) 486-8947

Anil A. Mujumdar
**DAGNEY JOHNSON LAW GROUP**
2170 Highland Avenue, Suite 250
Birmingham, Alabama 35213
Telephone: (205) 729-8445
Facsimile: (205) 809-7899
anil@dagneylaw.com

William Van Der Pol, Jr.
Lonnie Williams
Barbara A. Lawrence
Andrea J. Mixson
**ALABAMA DISABILITIES ADVOCACY PROGRAM**
University of Alabama
500 Martha Parham West
Box 870395
Tuscaloosa, Alabama 35487-0395
Telephone: (205) 348-6894
Facsimile: (205) 348-3909
wvanderpoljr@adap.ua.edu
blawrence@adap.ua.edu
lwilliams@adap.ua.edu
amixson@adap.ua.edu

William G. Somerville III
Patricia Clotfelter
**BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC**
420 20th Street North
Suite 1400
Birmingham, Alabama 35203
Telephone:  (205) 244-3863
Facsimile:  (205) 488-3863
wsomerville@bakerdonelson.com
pclotfelter@bakerdonelson.com

Deana Johnson
Brett T. Lane
**MHM SERVICES, INC.**
1447 Peachtree Street NE
Suite 500

Neal K. Katyal
Catherine E. Stetson
Jo-Ann Tamila Sagar
**HOGAN LOVELLS US LLP**
555 13th Street NW
Washington, DC 20004
Telephone: (202) 637-5528
Facsimile: (202) 637-5910

Edward A. Bedard
**KING & SPALDING, LLP**
1180 Peachtree Street NE
Suite 1600
Atlanta, GA 30309
Telephone: (404) 572-3127

Atlanta, GA 30309
Telephone: (404) 347-4134
Facsimile: (404) 347-4138
djohnson@mhm-services.com
btlane@mhm-services.com

Joshua C. Toll
**KING & SPALDING, LLP**
1700 Pennsylvania Avenue NW
2nd Floor
Washington, DC 20006
Telephone: (202) 227-6138

Evan Diamond
**KING & SPALDING, LLP**
1185 Avenue of Americas
34th Floor
New York, NY 10036
Telephone: (212) 556-2297

Rachel Rubens
**KING & SPALDING, LLP**
50 California Street
Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1210

*/s/ Kenneth S. Steely*
Of Counsel