IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **EDWARD BRAGGS**, *et al.*, ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | Case No. 2:14-cv-00601-MHT-JA |
| v. ) | |
| ) | District Judge Myron H. Thompson |
| **JOHN HAMM**, *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

**THE STATE'S RESPONSE REGARDING UPDATING THE 2018
STAFFING ANALYSIS WITHOUT RECEIVING NIC TRAINING**

Defendants John Hamm ("Commissioner Hamm"), in his official capacity as Commissioner of the Alabama Department of Corrections ("ADOC"), and Deborah Crook ("Deputy Commissioner Crook" and, collectively with Commissioner Hamm, the "State"), in her official capacity as ADOC's Deputy Commissioner, Office of Health Services, hereby submit this response to the Court's directive for the State to submit a proposal on how to proceed with updating the 2018 Staffing Analysis without receiving training from the National Institute of Corrections.[1]

---

[1] The State submits this filing in response to the Court's directive. (Doc. 3667). In doing so, the State expressly preserves any and all objections and all available legal and equitable arguments in response to the Court's Phase 2A Omnibus Remedial Opinion (Docs. 3461, 3462, 3463, 3465), Phase 2A Omnibus Remedial Order (Doc. 3464), any other Phase 2A remedial orders, and the Court's liability opinions and orders in this action, including without limitation, the Court's Liability Opinion and Order as to Phase 2A Eighth Amendment Claim (Doc. 1285) and Phase 2A Supplemental Liability Opinion and Order on Periodic Mental-Health Evaluations

(Doc. 3667).

## I. THE STATE'S ORIGINAL PROPOSAL FOR UPDATING THE 2018 STAFFING ANALYSIS.

In compliance with the Phase 2A Omnibus Remedial Order ("Remedial Order"), the State submitted a proposal to update the 2018 Staffing Analysis on March 30, 2022. ("Proposal," Doc. 3546). The Proposal included ADOC developing a policy for conducting a staffing analysis. Additionally, ADOC would obtain documents from the major facilities and conduct site tours of the facilities to collect necessary information for updating the staffing analysis. As part of the Proposal, ADOC anticipated attending training provided by the National Institution of Corrections ("NIC") on correctional staffing analysis to train ADOC personnel. Through these efforts, ADOC proposed completing the update to the 2018 Staffing Analysis by November 1, 2022. The Court adopted the State's Proposal on April 13, 2022. (Doc. 3554).

## II. THE STATE'S PROGRESS IN COMPLIANCE WITH UPDATING THE 2018 STAFFING ANALYSIS.

Commissioner Hamm created the Resource Planning Unit (the "Unit") and

---

of Prisoners in Segregation (Doc. 2332). Nothing contained in this filing shall be construed as an admission by the State, a waiver of any objection to any opinion or order in this action, or a waiver of the State's pending appeal related to Phase 2A (see doc. 3488). Nothing in this filing shall be construed as an admission of any kind by the State that ADOC's current or historical staffing or provision of mental-health care is or was unconstitutional or deficient in any way.

appointed Cheryl Price ("Coordinator Price") to serve as the head of the Unit. (Doc. 3456 at 2). One of the Unit's primary missions included updating to the 2018 Staffing Analysis. (Id.). The Unit began collecting documents from all the major ADOC facilities on April 1, 2022 (doc. 3558), and began conducting site tours on May 4, 2022. (Doc. 3565 at 2). By July 15, 2022, the Unit collected documents from all major ADOC facilities and completed site tours of most major facilities. (Doc. 3663 at 3).

Unfortunately and unexpectedly, the NIC did not select ADOC to attend the staffing analysis training set for May 2022. (Doc. 3663 at 2). The inability to attend NIC training presented a significant setback to ADOC's Proposal. In order to continue to proceed with completing the update to the 2018 Staffing Analysis, the State enlisted the assistance of Russ and Meg Savage (the "Savages") to provide the Unit in-person training on conducting a staffing analysis. (Id.). The State sought this training to supplement, not replace, the NIC training. On May 4-6, 2022, the Savages conducted hands-on training for the Unit at two (2) ADOC facilities. (Id.).

In June 2022, the State received information that NIC, again, overlooked ADOC for the training set to begin in August 2022. In order to continue with the conducting and completing the update to the 2018 Staffing Analysis, the State arranged additional training provided by the Savages on June 22-23, 2022 at two (2) additional facilities. (Id.). As such, the Savages' training operated as an alternative

3

for NIC staffing analysis training. Further, the Savages remain available to assist the Unit to complete the update to the 2018 Staffing Analysis. With the assistance of the Savages, the Unit remains on track to complete the update to the 2018 Staffing Analysis.

### III. THE STATE ANTICIPATES COMPLETING THE UPDATE TO THE 2018 STAFFING ANALYSIS AS ORIGINALLY PROPOSED, BY NOVEMBER 1, 2022.

While the State maintains its original proposal of attending NIC staffing analysis training remains the best practice, the assistance provided by the Savages has allowed the State to continue with updating the 2018 Staffing Analysis. The Savages provided staffing analysis training to the Unit utilizing training materials developed by the Savages for NIC. Based upon the training provided by the Savages, the Unit can complete the update to the 2018 Staffing Analysis. And, again, the State will continue to utilize the Savages as a resource while completing the current staffing analysis.

ADOC intends to continue to pursue NIC staffing analysis training in the future. However, it appears the next NIC staffing analysis training will not be available until 2023. With the combination of hands-on training provided by the Savages, and the Savages continued support for the Unit, the State remains on track to update the 2018 Staffing Analysis as originally proposed. As such, the lack of NIC training, while not ideal, will not prohibit the State from completing the update to the 2018 Staffing Analysis by November 1, 2022. The State therefore proposes

4

updating the Proposal by replacing the anticipated NIC staffing analysis training with the training provided by the Savages on May 4-6 and June 22-23, 2022 as follows:

| | |
|---|---|
| **March 28, 2022** | Begin developing ADOC's policy related to correctional staffing analysis. **(COMPLETED).** |
| **April 1, 2022** | Begin the collection of information from ADOC's major facilities for updating the 2018 Staffing Analysis. **(COMPLETED).** |
| **May 1, 2022** | Begin visiting ADOC's major facilities to gather information for updating the 2018 Staffing Analysis. **(COMPLETED).** |
| **May 4-6, 2022** | Members of the Unit participate in staffing analysis training at two (2) facilities administered by the Savages on conducting a correctional staffing analysis. **(COMPLETED).** |
| ~~**May 16-July 15, 2022**~~ | ~~Coordinator Price and other members of the Unit participate in the training program on correctional staffing analysis taught by the National Institute of Corrections (the "NIC").~~ |
| **June 22-23, 2022** | Members of the Unit participate in staffing analysis training at two (2) facilities administered by the Savages on conducting a correctional staffing analysis. **(COMPLETED).** |
| **July 15, 2022** | Obtain information from approximately half of ADOC's major facilities for updating the 2018 Staffing Analysis. **(COMPLETED).** |
| **November 1, 2022** | Complete the update of the 2018 Staffing Analysis. |

Dated:  August 5, 2022.

5

                                    */s/ Matthew B. Reeves*
                                    *Attorney for the State*

William R. Lunsford
Matthew B. Reeves
La Keisha Butler
Kenneth S. Steely
**MAYNARD, COOPER & GALE, PC**
655 Gallatin Street
Huntsville, AL 35801
Telephone: (256) 512-5710
Facsimile: (256) 512-0119
blunsford@maynardcooper.com
mreeves@maynardcooper.com
lbutler@maynardcooper.com
ksteely@maynardcooper.com

Luther M. Dorr, Jr.
**MAYNARD, COOPER & GALE, PC**
1901 Sixth Avenue North
2400 Regions Harbert Plaza
Birmingham, AL 35203
Telephone: (205) 254-1178
Facsimile: (205) 714-6438
rdorr@maynardcooper.com

Stephanie L. Smithee
**ALABAMA DEPARTMENT OF CORRECTIONS**
Legal Division
301 South Ripley Street
Montgomery, Alabama 36130
Telephone (334) 353-3884
Facsimile (334) 353-3891
stephanie.smithee@doc.alabama.gov

Anne A. Hill
Deputy Attorney General
**STATE OF ALABAMA**
**OFFICE OF THE ATTORNEY GENERAL**

501 Washington Avenue
Montgomery, Alabama 36104
Telephone: (334) 242-7491
Facsimile: (334) 353-8400
Anne.Hill@AlabamaAG.gov

# CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing has been served upon all attorneys of record in this matter, including without limitation the following, by the Court's CM/ECF system on this 5th day of August, 2022.

Ashley N. Light
Lisa W. Borden
Susanne Cordner
**SOUTHERN POVERTY LAW CENTER**
400 Washington Avenue
Montgomery, Alabama 36104
Telephone: (334) 956-8200
Facsimile: (334) 956-8481
ashley.light@splcenter.org
lisawborden@gmail.com

Leslie F. Jones
**SOUTHERN POVERTY LAW CENTER**
111 East Capitol Street
Suite 280
Jackson, MS 39201
Telephone: (601) 948-8882
Facsimile: (334) 956-8281

Bruce Hamilton
**SOUTHERN POVERTY LAW CENTER**
201 St. Charles Avenue
Suite 2000
New Orleans, LA 70170
Telephone: (504) 352-4398
Facsimile: (504) 486-8947

Anil A. Mujumdar
**DAGNEY JOHNSON LAW GROUP**
2170 Highland Avenue, Suite 250
Birmingham, Alabama 35213
Telephone: (205) 729-8445
Facsimile: (205) 809-7899
anil@dagneylaw.com

William Van Der Pol, Jr.
Lonnie Williams
Barbara A. Lawrence
Andrea J. Mixson
**ALABAMA DISABILITIES ADVOCACY PROGRAM**
University of Alabama
500 Martha Parham West
Box 870395
Tuscaloosa, Alabama 35487-0395
Telephone: (205) 348-6894
Facsimile: (205) 348-3909
wvanderpoljr@adap.ua.edu
blawrence@adap.ua.edu
lwilliams@adap.ua.edu
amixson@adap.ua.edu

William G. Somerville III
Patricia Clotfelter
**BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC**
420 20th Street North
Suite 1400
Birmingham, Alabama 35203
Telephone: (205) 244-3863
Facsimile: (205) 488-3863
wsomerville@bakerdonelson.com
pclotfelter@bakerdonelson.com

Deana Johnson
Brett T. Lane
**MHM SERVICES, INC.**
1447 Peachtree Street NE
Suite 500

8

Neal K. Katyal
Catherine E. Stetson
Jo-Ann Tamila Sagar
**HOGAN LOVELLS US LLP**
555 13th Street NW
Washington, DC 20004
Telephone: (202) 637-5528
Facsimile: (202) 637-5910

Edward A. Bedard
**KING & SPALDING, LLP**
1180 Peachtree Street NE
Suite 1600
Atlanta, GA 30309
Telephone: (404) 572-3127

Atlanta, GA 30309
Telephone: (404) 347-4134
Facsimile: (404) 347-4138
djohnson@mhm-services.com
btlane@mhm-services.com

Joshua C. Toll
**KING & SPALDING, LLP**
1700 Pennsylvania Avenue NW
2nd Floor
Washington, DC 20006
Telephone: (202) 227-6138

Evan Diamond
**KING & SPALDING, LLP**
1185 Avenue of Americas
34th Floor
New York, NY 10036
Telephone: (212) 556-2297

Rachel Rubens
**KING & SPALDING, LLP**
50 California Street
Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1210

*/s/ Matthew B. Reeves*
Of Counsel