IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
EDWARD BRAGGS, et al.,        )
                              )
      Plaintiffs,             )
                              )      CIVIL ACTION NO.
      v.                      )      2:14cv601-MHT
                              )          (WO)
JOHN HAMM, in his             )
official capacity as          )
Commissioner of               )
the Alabama Department of     )
Corrections, et al.,          )
                              )
      Defendants.             )
```

ORDER ON REPORTING THE STATUS OF THE UPDATED
CORRECTIONAL STAFFING ANALYSIS

On May 13, 2022, the court required the plaintiffs

"to submit, after conferring with the defendants, a

proposal for keeping the court and the EMT abreast of the

defendants' continued progress in updating the

correctional staffing analysis ... after the deadlines

for beginning implementation have passed."   Phase 2A

Revised Remedy Scheduling Order on Eighth Amendment Claim

(Doc. 3590) at 3.   Based on the timeline proposed by the

defendants and adopted by the court regarding the update

to the 2018 correctional staffing analysis, *see* Phase 2A Revised Remedy Scheduling Order on Eighth Amendment Claim (Doc. 3554) at 1-2, the plaintiffs proposed that the defendants should provide monthly updates to the court, the EMT, and the plaintiffs using two tables, which are attached to this order: one tracking "Systemwide Steps" and another tracking "Facility-Specific Steps."  Pls.' Proposal for Reporting Correctional Staffing Analysis Progress (Doc. 3611) at 2-4.  In light of the parties' agreement to implement the plaintiffs' proposal, *see* Joint Report on Pls.' Proposal Regarding the Status of the Staffing Analysis (Doc. 3701) at 1, it is ORDERED that:

(1) The court adopts the plaintiffs' proposal for reporting progress on the updated correctional staffing analysis (Doc. 3611).

(2) Until the defendants have completed the update to the 2018 correctional staffing analysis, the defendants shall file, on the first non-court-holiday business day of each month (beginning in September), a

report on their progress in updating the correctional

staffing analysis, using the attached tables on

systemwide and facility-specific steps.

DONE, this the 18th day of August, 2022.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE