IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| EDWARD BRAGGS, et al., ) | |
| ) | |
|    Plaintiffs, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:14cv601-MHT |
| ) | (WO) |
| JOHN HAMM, in his ) | |
| official capacity as ) | |
| Commissioner of ) | |
| the Alabama Department of ) | |
| Corrections, et al., ) | |
| ) | |
|    Defendants. ) | |

**ORDER ON MEDIATION OF PHASE 1 AND PHASE 2A ADA CLAIMS**

Based on the representations on the record on August 15, 2022, it is ORDERED that:

(1) By August 22, 2022, at 5:00 p.m., the parties are to file a joint status report containing proposed language with respect to the issue of the termination date of the Phase 2A ADA Consent Decree (Doc. 1291).

(2) By August 29, 2022, at 5:00 p.m., the parties are to file a joint status report on their mediation

efforts before Judge Ott concerning the Phase 1 and Phase 2A ADA Consent Decrees (Doc. 728 & Doc. 1291).

DONE, this the 22nd day of August, 2022.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE