IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| EDWARD BRAGGS, et al., ) | |
| ) | |
|     Plaintiffs, ) | |
| ) | CIVIL ACTION NO. |
|     v. ) | 2:14cv601-MHT |
| ) | (WO) |
| JOHN HAMM, in his ) | |
| official capacity as ) | |
| Commissioner of ) | |
| the Alabama Department of ) | |
| Corrections, et al., ) | |
| ) | |
|     Defendants. ) | |

**ORDER ON MENTAL-HEALTH STAFFING LEVELS**

By order entered on July 19, 2022, the court required the parties to submit reports on "what the most recent quarterly mental-health staffing reports to the court reflect" and set the matter for discussion at the status conference on August 15, 2022.  Phase 2A Revised Remedy Scheduling Order on the Eighth Amendment Claim (Doc. 3664) at 7-8.  The court left to the plaintiffs' judgment "how far back to reference."  *Id.* at 7.  Reviewing mental-health staffing levels between January 1, 2021, and March 31, 2022, the parties appear to agree on several

areas that have seen staffing increases and at least one area of continued staffing challenges (viz. staffing of registered nurses (RNs)).  *See* Aug. 15, 2022, R.D. Status Conference Tr. 51-52.  They represent that no action by the court is necessary at this time.

The court agrees that no action is necessary at this time.  However, in their reports, the parties appear to express disagreement on the appropriate method for comparison of ADOC's mental-health staffing levels against the levels set forth by the mental-health staffing ratios and mental-health staffing matrix incorporated in Sections 2.2.1 and 2.2.3 of the Phase 2A Omnibus Remedial Order (Doc. 3464).  *Compare* Pls.' Report on What the Most Recent Mental Health Staffing Reports Reflect (Doc. 3709) at 4 n.6, *with* Defs.' Response to Pls.' Report Regarding Quarterly Mental-Health Staffing Reports (Doc. 3749) at 2-3.  The court finds that other issues in this case are considerably more pressing but notes that it will revisit this issue with the parties at a later time.

**\* \* \***

Accordingly, it is ORDERED that the court will not take any immediate action with respect to mental-health staffing levels at this time.  The court will, instead, in a later order, set a timeline to revisit this issue.

DONE, this the 23rd day of August, 2022.

                         /s/ Myron H. Thompson
                         UNITED STATES DISTRICT JUDGE