```
    IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

      MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


EDWARD BRAGGS, et al.,      )
                            )
    Plaintiffs,             )
                            )      CIVIL ACTION NO.
    v.                      )        2:14cv601-MHT
                            )            (WO)
JOHN HAMM, in his           )
official capacity as        )
Commissioner of             )
the Alabama Department of   )
Corrections, et al.,        )
                            )
    Defendants.             )
```

**ORDER ON MEDIATION OF PLANS TO ADDRESS SERIOUS RISK OF HIGH TEMPERATURES IN MENTAL-HEALTH UNITS**

In the Phase 2A Omnibus Remedial Order, the court required the defendants to "devise a plan and procedures to address the serious risk posed by high temperatures in the mental-health units." Phase 2A Omnibus Remedial Order (Doc. 3464) at § 11.3. The defendants filed a response to the court's order (Doc. 3620), to which the plaintiffs responded (Doc. 3707).

In their filings, the parties expressed disagreement regarding the level of information that the defendants

could share at this time. However, at the status conference on August 15, 2022, the parties agreed that mediation would be appropriate. The defendants shared that they "would be happy to have a conversation with the plaintiffs in the context of mediation and share with them in the context of mediation confidential information that they will keep confidential about what transpired." Aug. 15, 2022, R.D. Status Conference Tr. 64. The plaintiffs agreed that they would like to meet with the defendants to discuss this issue and to "look at the administrative regulations to see if there's anything that could help ... catch issues ... going forward." *Id.* at 65.

Accordingly, based on the parties' written filings and representations on the record on August 15, 2022, it is ORDERED that the parties shall pursue mediation with Judge Ott regarding a plan and procedures to address the serious risk posed by high temperatures in mental-health units.

Deadlines related to this matter will be entered later by separate order.

DONE, this the 23rd day of August, 2022.

                                       /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE