IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |  |
|---|---|---|
| EDWARD BRAGGS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:14cv601-MHT |
| | ) | (WO) |
| JOHN HAMM, in his | ) | |
| official capacity as | ) | |
| Commissioner of | ) | |
| the Alabama Department of | ) | |
| Corrections, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## AMENDED ORDER

In their joint motion to extend the court's supervision and monitoring under the Phase 2A ADA consent decree, the parties specified that they "agree that th[e requested] extension meets the requirements of the Prison Litigation Reform Act, 18 U.S.C. § 3626(a)." Joint Request (Doc. 3765) at 2-3.

It is now ORDERED that the parties submit proposed findings of fact and any relevant evidence in support of that proposition, such that the court can conduct an independent assessment as to the requested extension's

compliance with the requirements of the Prison Litigation Reform Act.  The parties shall submit such findings and evidence to the court in a joint filing by 8:00 A.M. on August 31, 2022.

    DONE, this the 30th day of August, 2022.

                                          /s/ Myron H. Thompson
                                     UNITED STATES DISTRICT JUDGE