# IN THE DISTRICT COURT OF THE UNITED STATES FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| EDWARD BRAGGS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:14cv601-MHT |
| ) | |
| JOHN HAMM, in his ) | |
| official capacity as ) | |
| Commissioner of ) | |
| the Alabama Department of ) | |
| Corrections, et al., ) | |
| ) | |
| Defendants. ) | |

## STANDING ORDER REGARDING FILING OF EXCEPTIONAL CIRCUMSTANCES REPORTS

It is ORDERED as follows:

(1) The motion for leave to file under seal (Doc. 3804) is granted.

(2) The clerk of the court is to file all of defendants' current and future weekly Exceptional Circumstances Reports under seal.

DONE, this the 27th day of September, 2022.

                                        /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**