IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| EDWARD BRAGGS, et al.,    ) | |
|                                ) | |
|    Plaintiffs,          ) | |
|                                ) | CIVIL ACTION NO. |
|    v.                       ) | 2:14cv601-MHT |
|                                ) | (WO) |
| JOHN HAMM, in his        ) | |
| official capacity as     ) | |
| Commissioner of           ) | |
| the Alabama Department of ) | |
| Corrections, et al.,     ) | |
|                                ) | |
|    Defendants.         ) | |

ORDER REGARDING PLAINTIFFS'
MEETING WITH THE SAVAGES

The court previously ordered the parties to "file a joint status report updating the court as to their progress to develop a plan for the plaintiffs to discuss with Russ and Meg Savage their role in updating the correctional staffing analysis." Revised Remedy Scheduling Order (Doc. 3781) at 5.

In response, the parties submitted a joint filing detailing a proposed timeline for the plaintiffs' discussion with the Savages. *See* Joint Status Report on Plaintiffs' Discussion with the Savages and High

Temperatures in Mental Health Units (Doc. 3797) at 1. The parties noted that they had mediated the issue with Judge Ott and have set the meeting between counsel for the plaintiffs and Russ and Meg Savage for October 11, 2022. *See id.* at 2. The parties further noted that they will file a report with the court by October 17, 2022, advising if any additional mediation or court action is necessary. *See id.*

Accordingly, it is ORDERED that:

(1) The court adopts the parties' jointly proposed timeline (Doc. 3797) to the extent set forth in this order.

(2) The parties are to proceed with the scheduled meeting between counsel for the plaintiffs and the Savages on October 11, 2022.

(3) The parties are to file a joint report with the court by 5:00 p.m., on October 27, 2022, advising whether further court action and/or mediation is needed.

DONE, this the 11th day of October, 2022.

                                        /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**