IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| EDWARD BRAGGS, et al.,        ) | |
| )                                                  | |
| Plaintiffs,       ) | |
| )                                                  | CIVIL ACTION NO. |
| v.                    ) | 2:14cv601-MHT |
| )                                                  | (WO) |
| JOHN HAMM, in his      ) | |
| official capacity as      ) | |
| Commissioner of        ) | |
| the Alabama Department of  ) | |
| Corrections, et al.,      ) | |
| )                                                  | |
| Defendants.         ) | |

ORDER REGARDING ADOC'S
APPLICATION FOR NIC TRAINING

In light of the defendants' representations that ADOC has not yet been selected to participate in the NIC's training programs in 2022,* *see* Defs.' Status Reports (Doc. 3563, Doc. 3663 & Doc. 3702), and pursuant to the

---

* According to the defendants, the NIC can accommodate four agencies in each training. It also appears that the NIC held two (and possibly three) trainings in 2022; it is unclear to the court whether a third training was actually held. Thus, eight to 12 other agencies have presumably been selected over ADOC across the trainings the department applied for in 2022. *See* Defs.' Notice (Doc. 3663) at 2.

court's order requiring defendants to continue to pursue such training (Doc. 3756), the court further ordered the defendants to file a report on the status of their efforts to pursue such training (Doc. 3795).

In their filing, the defendants noted briefly that the ADOC was not selected for the final remaining 2022 training by the NIC and that the department would need to reapply for 2023 training opportunities once registration opens. *See* Defs.' Notice (Doc. 3796) at 2; *see also* Monthly Staffing Analysis Report (Doc. 3790-1) at 1 (noting that ADOC is "[a]waiting solicitation for applicants for 2023 training").

Given that the ADOC has not been selected for any of the NIC trainings for which it has applied in 2022 and given ADOC's urgent need for such training, it is ORDERED that:

(1) Both plaintiffs and defendants are to look into why NIC has rejected ADOC's applications and what, if anything, ADOC can do to boost the

likelihood of its success in getting NIC training in early 2023.

(2) On or before October 27, 2022, plaintiffs and defendants are to file reports on what they find.

DONE, this the 11th day of October, 2022.

                                     /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**