IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EDWARD BRAGGS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 2:14-cv-00601-MHT |
| v. ) | |
| ) | District Judge Myron H. Thompson |
| JOHN HAMM, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**JOINT STATUS REPORT
ON MEDIATION EFFORTS**

Plaintiffs and Defendants JOHN HAMM ("Commissioner Hamm"), in his official capacity as Commissioner of the Alabama Department of Corrections ("ADOC"), and DEBORAH CROOK ("Deputy Commissioner" and, collectively with Commissioner Hamm, the "State"), in her official capacity as ADOC's Deputy Commissioner, Office of Health Services (Plaintiffs together with the State, the "Parties"), hereby jointly submit this Joint Status Report on Mediation Efforts regarding (i) ensuring safe functioning of restrictive housing units ("RHUs") through any appropriate measures based on the current levels of staffing (doc. 3763), and (ii) a plan to address and assess ADOC correctional staffing levels (doc. 3764). (Doc. 3822).

This Joint Status Report updates the Parties Joint Status Report on Mediation Efforts filed on September 28, 2022. (Doc. 3806). The Parties continue to work

with U.S. Magistrate Judge John Ott and EMT member (correctional issues) Mr. Rick Raemisch to develop a plan to address operations of RHUs with the current staffing levels and a plan to assess and address ADOC's correctional staffing levels. The Parties routinely meet with Judge Ott to address concerns and continue dialogue regarding these two plans.  To facilitate mediation, the State provided documents requested by Mr. Raemisch on September 26, 2022 and on October 3, 2022. Additionally, the Parties conducted site visits with Mr. Raemisch at William E. Donaldson Correctional Facility on October 13, 2022, and at Kilby Correctional Facility on October 14, 2022.  Based on these site visits, the State agreed to collect and produce additional documents requested by Mr. Raemisch.  The State anticipates providing those documents on or before October 21, 2022.

Following Mr. Raemisch's review of the additional documents, the Parties will engage with Mr. Raemisch and Judge Ott regarding proposals to create plans to address the two (2) issues requested by the Court, and work to develop timelines for completing and submitting the plans to the Court.

If the Parties reach an impasse during mediation, then they will inform the Court.

Date: October 18, 2022

                                                  /s/ Kenneth S. Steely
                                                  *Attorney for the State*

William R. Lunsford
Matthew B. Reeves
La Keisha Butler
Kenneth S. Steely
**MAYNARD, COOPER & GALE, PC**
655 Gallatin Street
Huntsville, AL 35801
Telephone: (256) 512-5710
Facsimile: (256) 512-0119
blunsford@maynardcooper.com
mreeves@maynardcooper.com
lbutler@maynardcooper.com
ksteely@maynardcooper.com

Luther M. Dorr, Jr.
**MAYNARD, COOPER & GALE, PC**
1901 Sixth Avenue North
2400 Regions Harbert Plaza
Birmingham, AL 35203
Telephone: (205) 254-1178
Facsimile: (205) 714-6438
rdorr@maynardcooper.com

Stephanie L. Smithee
Mary-Coleman Roberts
**ALABAMA DEPARTMENT OF CORRECTIONS**
Legal Division
301 South Ripley Street
Montgomery, Alabama 36130
Telephone (334) 353-3884
Facsimile (334) 353-3891
stephanie.smithee@doc.alabama.gov
marycoleman.roberts@doc.alabama.gov

Philip Piggott, Esq.
**WEBSTER HENRY**
Two Perimeter Park South
Suite 445 East
Birmingham, AL  35243
ppiggott@websterhenry.com

Deana Johnson, Esq.
Brett T. Lane, Esq.
**MHM SERVICES, INC.**
1447 Peachtree Street, N.E., Suite 500
Atlanta, GA  30309
djohnson@mhm-services.com
btlane@mhm-services.com


**ATTORNEYS FOR THE DEFENDANTS**


                                                                             */s/Ashley N. Light*
                                                                             Ashley N. Light

Ashley N. Light
Lisa W. Borden
**SOUTHERN POVERTY LAW CENTER**
400 Washington Avenue
Montgomery, AL 36104
Telephone: (334) 956-8200
Facsimile: (334) 956-8481
ashley.austin@splcenter.org
lisa.borden@splcenter.org

Leslie Faith Jones*
**SOUTHERN POVERTY LAW CENTER**
111 East Capitol Street, Suite 280
Jackson, MS 39201
Telephone: (601) 948-8882
Facsimile: (334) 956-8281
leslie.jones@splcenter.org
*Admitted pro hac vice*


Bruce Hamilton*
**SOUTHERN POVERTY LAW CENTER**

4

201 St. Charles Avenue
Suite 2000
New Orleans, LA 70170
Telephone: (504) 352-4398
Facsimile: (504) 809-7899
*Admitted pro hac vice

William G. Somerville, III
Patricia Clotfelter
**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ  PC**
420 20th Street North, Suite 1400
Birmingham, AL 35203
wsomerville@bakerdonelson.com
pclotfelter@bakerdonelson.com

William Van Der Pol, Jr.
Lonnie Williams
Barbara A. Lawrence
Andrea J. Mixson
**ALABAMA DISABILITIES ADVOCACY PROGRAM**
University of Alabama
500 Martha Parham West
Box 870395
Tuscaloosa, AL  35487
Telephone: (205) 348-4928
Facsimile: (205) 348-3909
wvanderpoljr@adap.ua.edu
lwilliams@adap.ua.edu
blawrence@adap.ua.edu
amixson@adap.ua.edu

Catherine E. Stetson*
Neal K. Katyal*
Jo-Ann T. Sagar*
**HOGAN LOVELLS US LLP**
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910

cate.stetson@hoganlovells.com
neal.katyal@hoganlovells.com
jo-ann.sagar@hoganlovells.com
*Admitted pro hac vice

Mark Whitburn*
**WHITBURN & PEVSNER, PLLC**
2000 East Lamar Boulevard, Suite #600
Arlington, TX  76006
Telephone: (817) 672-5453
Facsimile: (817) 653-4477
mwhitburn@whitburnpevsner.com
*Admitted pro hac vice

Joshua C. Toll*
**KING & SPALDING LLP**
1700 Pennsylvania Avenue NW, 2nd Floor
Washington, DC 20006-4707
Telephone: (202) 227-6138
Facsimile: (202) 626-3737
jtoll@kslaw.com
*Admitted pro hac vice

Evan Diamond*
**KING & SPALDING LLP**
185 Avenue of the Americas, 34th Floor
New York, NY 10036
Telephone: (212) 556-2297
Facsimile: (212) 556-2222
ediamond@kslaw.com
*Admitted pro hac vice

Edward A. Bedard*
**KING & SPALDING LLP**
1180 Peachtree Street NE, Suite 1600
Atlanta, GA 30309
Telephone: (404) 572-3127
Facsimile: (404) 572-5100
ebedard@kslaw.com
*Admitted pro hac vice

Rachel Rubens*
**KING & SPALDING LLP**
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1210
rrubens@kslaw.com
*Admitted pro hac vice*

**ATTORNEYS FOR THE PLAINTIFFS**


                                                    */s/Anil A. Mujumdar*
                                                    Anil A. Mujumdar

Anil A. Mujumdar
**DAGNEY JOHNSON LAW GROUP**
2170 Highland Avenue, Suite 250
Birmingham, AL 35213
Telephone: (205) 590-6986
Facsimile: (205) 809-7899
anil@dagneylaw.com

**ATTORNEY FOR PLAINTIFF ALABAMA DISABILITIES ADVOCACY PROGRAM**