IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 22-10292-HH

_____

EDWARD BRAGGS,
on behalf of himself and all others similarly situated,
TEDRICK BROOKS,
on behalf of himself and all others similarly situated,
GARY LEE BROYLES,
on behalf of himself and all others similarly situated
et al.,

                                        Plaintiffs - Appellees -
                                        Cross

Appellants,

                            versus

COMMISSIONER, ALABAMA DEPARTMENT OF CORRECTIONS,
DEPUTY COMMISSIONER, OFFICE OF HEALTH SERVICES,
ALABAMA DEPARTMENT OF CORRECTIONS,

                                        Defendants - Appellants -
                                        Cross Appellees,

_____

On Appeal from the United States
District Court for the Middle District of Alabama

_____

ORDER:

    "Appellants' Unopposed Motion for Enlargement of Length Limit" is GRANTED.


                              /s/ Kevin C. Newsom
                              UNITED STATES CIRCUIT JUDGE