IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **EDWARD BRAGGS,** *et al.*, ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | **Case No. 2:14-cv-00601-MHT** |
| v. ) | |
| ) | **District Judge Myron H. Thompson** |
| **JOHN HAMM,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

**THE STATE'S STATUS REPORT CONCERNING
THE PHASE 1 AND PHASE 2A ADA CONSENT DECREES**

Defendants John Hamm ("Commissioner Hamm"), in his official capacity as Commissioner of the Alabama Department of Corrections ("ADOC"), and Deborah Crook ("Deputy Commissioner" and, collectively with Commissioner Hamm, the "State"), in her official capacity as ADOC's Deputy Commissioner, Office of Health Services, hereby submit this status report for the November 7, 2022 status conference as directed by the Court's "Order on ADA Aspects of the Case." (Doc. 3480).

**I.  THE PARTIES CONTINUE TO MEDIATE THE PHASE 1 ADA CONSENT DECREE.**

The Parties continue to engage in mediation regarding the Phase 1 ADA Consent Decree. (Doc. 728). These negotiations concern remediation of certain facilities and modification of the Phase 1 ADA Consent Decree. The Parties

anticipate resolving these issues on or before March 20, 2022. Additionally, on September 30, 2022, ADAP issued its "Report of Monitor Phase 1 Consent Decree for Monitoring Periods September 1, 2021-December 31, 2021." ("Phase 1 Monitoring Report"). The Phase 1 Monitoring Report identified areas of substantial compliance, areas of alleged non-compliance, areas of unknown compliance, and areas not measured during the monitoring period. The State continues to prepare its response to this Report.

## II. THE PARTIES SUCCESSFULLY MEDIATED THE PHASE 2A ADA CONSENT DECREE.

On August 22, 2022, the Parties submitted a Joint Request to Extend Court Supervision and Monitoring of the Phase 2A ADA Consent Decree regarding the provisions relating to the Adaptive Behavior/Life Skills Training ("AB/LST"). (Doc. 3765). The request sought to limit monitoring and court supervision to the Adaptive Behavior/Life Skills Training, and extend the termination date to October 1, 2023. (Id. at 2). Additionally, the Parties filed a Joint Submission of Findings of Fact specifying that ADAP would continue to monitor only Sections V.3 and V.4(c) until October 1, 2023. (Doc. 3784). On September 1, 2022, the Court agreed with the Parties and entered its Order to Extend Court Supervision and Monitoring of the Phase 2A ADA Consent Decree ("Phase 2A Order") extending the termination date for the Phase 2A ADA Consent Decree to October 1, 2023,

and limiting monitoring and jurisdiction to Adaptive Behavior/Life Skills Training. (Doc. 3788).

Further, in its role as Monitor of the Phase 2A ADA Consent Decree, on August 11, 2022, ADAP issued its "Report of Monitor Phase 2A Consent Decree for Monitoring Periods September 1, 2021-December 31, 2021." ("Phase 2A Monitoring Report"). The Phase 2A Monitoring Report identified areas of substantial compliance, areas of alleged non-compliance, areas of unknown compliance, and areas not measured during the monitoring period. On October 7, 2022, the State responded to ADAP's Phase 2A Monitoring Report disputing certain findings and identifying monitored items no longer applicable based on the Phase 2A Order. The Parties agreed to meet to discuss any further concerns regarding the State's Compliance with the Phase 2A ADA Consent Decree as modified by the Phase 2A Order.

                                                */s/ Kenneth S. Steely*

                                                *Counsel for the State*

William R. Lunsford
Matthew B. Reeves
Kenneth S. Steely
La Keisha W. Butler
**MAYNARD, COOPER & GALE, PC**
655 Gallatin Street
Huntsville, AL 35801
Telephone: (256) 512-5710

3

Facsimile: (256) 512-0119
blunsford@maynardcooper.com
mreeves@maynardcooper.com
ksteely@maynardcooper.com
lbutler@maynardcooper.com

Luther M. Dorr, Jr.
**MAYNARD, COOPER & GALE, PC**
1901 Sixth Avenue North
2400 Regions Harbert Plaza
Birmingham, AL 35203
Telephone: (205) 254-1178
Facsimile: (205) 714-6438
rdorr@maynardcooper.com

Stephanie L. Smithee
Mary-Coleman Roberts
**ALABAMA DEPARTMENT OF CORRECTIONS**
Legal Division
301 South Ripley Street
Montgomery, Alabama 36130
Telephone (334) 353-3884
Facsimile (334) 353-3891
stephanie.smithee@doc.alabama.gov
marycoleman.roberts@doc.alabama.gov

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all attorneys of record in this matter, including without limitation the following, on this 27th day of October 2022:

Ashley N. Light
Lisa W. Borden
**SOUTHERN POVERTY LAW CENTER**
400 Washington Avenue
Montgomery, Alabama 36104
Telephone: (334) 956-8200
Facsimile: (334) 956-8481
ashley.light@splcenter.org
lisawborden@gmail.com

Leslie F. Jones
**SOUTHERN POVERTY LAW CENTER**
111 East Capitol Street
Suite 280
Jackson, MS 39201
Telephone: (601) 948-8882
Facsimile: (334) 956-8281

Bruce Hamilton
**SOUTHERN POVERTY LAW CENTER**
201 St. Charles Avenue
Suite 2000
New Orleans, LA 70170
Telephone: (504) 352-4398
Facsimile: (504) 486-8947

Anil A. Mujumdar
**DAGNEY JOHNSON LAW GROUP**
2170 Highland Avenue, Suite 250
Birmingham, Alabama 35213
Telephone: (205) 729-8445
Facsimile: (205) 809-7899
anil@dagneylaw.com

William Van Der Pol, Jr.
Lonnie Williams
Barbara A. Lawrence
Andrea J. Mixson
Larry G. Canada
**ALABAMA DISABILITIES ADVOCACY PROGRAM**
University of Alabama
500 Martha Parham West
Box 870395
Tuscaloosa, Alabama 35487-0395
Telephone: (205) 348-6894
Facsimile: (205) 348-3909
wvanderpoljr@adap.ua.edu
blawrence@adap.ua.edu
lwilliams@adap.ua.edu
amixson@adap.ua.edu
lcanada@adap.ua.edu

William G. Somerville III
Patricia Clotfelter
**BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC**
420 20th Street North
Suite 1400
Birmingham, Alabama 35203
Telephone: (205) 244-3863
Facsimile: (205) 488-3863
wsomerville@bakerdonelson.com
pclotfelter@bakerdonelson.com

Deana Johnson
Brett T. Lane
**MHM SERVICES, INC.**

5

Neal K. Katyal
Catherine E. Stetson
Jo-Ann Tamila Sagar
**HOGAN LOVELLS US LLP**
555 13th Street NW
Washington, DC 20004
Telephone: (202) 637-5528
Facsimile: (202) 637-5910

Edward A. Bedard
**KING & SPALDING, LLP**
1180 Peachtree Street NE
Suite 1600
Atlanta, GA 30309
Telephone: (404) 572-3127

1447 Peachtree Street NE
Suite 500
Atlanta, GA 30309
Telephone: (404) 347-4134
Facsimile: (404) 347-4138
djohnson@mhm-services.com
btlane@mhm-services.com

Joshua C. Toll
**KING & SPALDING, LLP**
1700 Pennsylvania Avenue NW
2nd Floor
Washington, DC 20006
Telephone: (202) 227-6138

Evan Diamond
**KING & SPALDING, LLP**
1185 Avenue of Americas
34th Floor
New York, NY 10036
Telephone: (212) 556-2297

Rachel Rubens
**KING & SPALDING, LLP**
50 California Street
Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1210

*/s/ Kenneth S. Steely*

Of Counsel