IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EDWARD BRAGGS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 2:14-cv-00601-MHT |
| v. ) | |
| ) | District Judge Myron H. Thompson |
| JOHN HAMM, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### THE STATE'S STATUS REPORT
### CONCERNING THE PHASE 2A OMNIBUS REMEDIAL ORDER

Defendants John Hamm ("Commissioner Hamm"), in his official capacity as Commissioner of the Alabama Department of Corrections ("ADOC"), and Deborah Crook ("Deputy Commissioner" and, collectively with Commissioner Hamm, the "State") in her official capacity as ADOC's Deputy Commissioner, Office of Health Services, hereby submit this status report for the November 7, 2022 status conference as directed by the Court's December 28, 2021 Order and the current Phase 2A Revised Remedy Scheduling Order on the Eighth Amendment Claim.[1]

---

[1] The State submits this filing in response to the Court's directive. (Docs. 3467, 3833). In doing so, the State expressly preserves any and all objections and all available legal and equitable arguments in response to the Court's Phase 2A Omnibus Remedial Opinion (Docs. 3461, 3462, 3463, 3465), Phase 2A Omnibus Remedial Order (Doc. 3464), any other Phase 2A remedial orders, and the Court's liability opinions and orders in this action, including without limitation, the Court's Liability Opinion and Order as to Phase 2A Eighth Amendment Claim (Doc. 1285) and Phase 2A Supplemental Liability Opinion and Order on Periodic Mental-Health Evaluations of Prisoners in Segregation (Doc. 2332). Nothing contained in this filing shall be construed as an admission by the State, a waiver of any objection to any opinion or order in this action, or a waiver of the State's

(Docs. 3467, 3833).

## I. STATUS OF THE REMEDIAL ORDER.

The State submits this Status Report as an update to "The State's Status Report Concerning the Phase 2A Omnibus Remedial Order" filed on August 1, 2022. (Doc. 3678). The Court issued the Phase 2A Omnibus Remedial Order (the "Remedial Order," doc. 3464) on December 27, 2021, establishing certain obligations and deadlines for the State to implement. The State continues to meet the deadlines provided in the Remedial Order and continues to work with Plaintiffs to resolve outstanding issues as they arise. The Remedial Order remains on appeal to the Eleventh Circuit Court of Appeals, Docket Number 22-10292-E.

## II. THE STATE'S PROGRESS IN COMPLIANCE WITH THE REMEDIAL ORDER.

The State continues to make progress in compliance with the Remedial Order.

### A. ESTABLISHMENT OF EMT.

As of October 12, 2022, the State executed contracts for all four (4) members of the External Monitoring Team ("EMT") for Fiscal Year 2022-23. The EMT conducted an initial meeting on October 17, 2022, and appointed Dr. Falcon to serve as the administrative head of the team. The EMT will meet again on or before November 1, 2022 to address the next steps for the team.

---

pending appeal related to Phase 2A (see doc. 3488). Nothing in this filing shall be construed as an admission of any kind by the State that ADOC's current or historical staffing or provision of mental-health care is or was unconstitutional or deficient in any way.

### B. MODIFICATION OF THE SMI REPORT.

The Court ordered the Parties to mediate the Parties separate proposals for modifying the SMI Report. (Doc. 3667). Following mediation, on August 19, 2022, the State submitted an agreed upon template of the revised weekly SMI Report. (Docs. 3760, 3760-1). On August 23, 2022, the Court adopted the Parties' jointly proposed format and added the number of prior restrictive housing unit placements in the past year and the specific administrative or logistical reason for delay in transfer from restrictive housing units ("RHU"). (Doc. 3771). On September 27, 2022, the State filed the first revised weekly SMI report, the Exceptional Circumstances Report, under seal. (Doc. 3811). The State continues to file the Exceptional Circumstances Report weekly in compliance with Section 3.1.4 of the Remedial Order.

### C. MEDIATION ON THE OPERATION OF RHUS AND STAFFING.

On August 22, 2022, the Court entered an order requiring the Parties to "submit proposals that will allow ADOC's RHUs – with the exception of the RHU at Tutwiler – to function safely with the correctional staff that ADOC currently employs." (Doc. 3763). The Court required the Parties to formally propose and attempt to develop a plan to increase ADOC's correctional staffing levels. (Doc. 3764). Additionally, the Court required the Parties to "develop a method to measure periodically the effectiveness of the plan to assess whether and to what extend it

needs to be modified." (Doc. 3764 at 4). On September 6, 2022, the Parties filed a joint status report providing an update on creating the proposed plan to increase correctional staffing and developing a method to periodically check the effectiveness of the plan. (Doc. 3791). The Parties informed the Court that they requested the assistance of Rick Raemisch ("Mr. Raemisch") and Judge Ott to seek to develop a joint proposal, and that they conducted an initial meeting with Mr. Raemisch on August 30, 2022. (Id. at 2). Further, the Parties agreed to conduct routine meetings with Judge Ott and Mr. Raemisch, provide Mr. Raemisch documents concerning the operation of ADOC's RHUs and staffing levels, and develop a timeline for the development of the plans. (Doc. 3794 at 2). The State provided Mr. Raemisch the requested documents and facilitated site visits for Mr. Raemisch to William Donaldson Correctional Facility on October 13, 2022 and Kilby Correctional Facility on October 14, 2022. (Docs. 3806, 3827). The Parties continue to work with Judge Ott and Mr. Raemisch to develop the proposals in accordance with Section 2.1.7.3 of the Remedial Order.

### D. MEDIATION ON HIGH TEMPERATURES IN MENTAL-HEALTH UNITS.

On August 23, 2022, the Court entered an order requiring the State and Plaintiffs to meditate with Judge Ott issues concerning the risks posed by high-temperatures in mental-health units. (Doc. 3767 at 2). The Parties filed a joint status report on September 16, 2022, stating that the State provided information to the

Plaintiffs Parties concerning high temperatures in the mental-health units in December of 2020. (Doc. 3797). Plaintiffs reviewed the information and requested additional information. The Parties continue to mediate the issue before Judge Ott to develop a plan in accordance with Section 11.3 of the Remedial Order.

      E.    **THE STATE REMAINS ON TARGET TO COMPLETE THE STAFFING ANALYSIS.**

In compliance with Section 2.1.1, ADOC created a staffing unit, the Resource Planning Unit ("RPU"), and drafted and adopted an administrative regulation regarding the conducting and maintaining a Staffing Analysis. Beginning in March 2022, the RPU began collecting documents to complete an update of the 2018 Staffing Analysis. To facilitate training for the RPU, the State requested the assistance of Russ and Meg Savage (the "Savages"). From May to September 2022, the RPU continued to collect documents and conduct site visits to ADOC's major facilities. As of October 3, 2022, the State completed 100% of document collection and 100% of facility site visits necessary to complete the update to the Staffing Analysis. (Docs. 3818, 3818-1). The State remains on track to complete and file the update to the 2018 Staffing Analysis by November 1, 2022 to meet the requirements of Section 2.1.2 of the Remedial Order.

Date: October 27, 2022.

                                              */s/ Kenneth S. Steely*

                                              *Attorney for the State*

William R. Lunsford
Matthew B. Reeves
Kenneth S. Steely
La Keisha W. Butler
**MAYNARD, COOPER & GALE, PC**
655 Gallatin Street
Huntsville, AL 35801
Telephone: (256) 512-5710
Facsimile: (256) 512-0119
blunsford@maynardcooper.com
mreeves@maynardcooper.com
ksteely@maynardcooper.com
lbutler@maynardcooper.com

Luther M. Dorr, Jr.
**MAYNARD, COOPER & GALE, PC**
1901 Sixth Avenue North
2400 Regions Harbert Plaza
Birmingham, AL 35203
Telephone: (205) 254-1178
Facsimile: (205) 714-6438
rdorr@maynardcooper.com

Stephanie L. Smithee
**ALABAMA DEPARTMENT OF CORRECTIONS**
Legal Division
301 South Ripley Street
Montgomery, Alabama 36130
Telephone (334) 353-3884
Facsimile (334) 353-3891
stephanie.smithee@doc.alabama.gov

Anne A. Hill
Deputy Attorney General
**STATE OF ALABAMA**
**OFFICE OF THE ATTORNEY GENERAL**
501 Washington Avenue
Montgomery, Alabama 36104
Telephone: (334) 242-7491

Facsimile: (334) 353-8400
Anne.Hill@AlabamaAG.gov

# CERTIFICATE OF SERVICE

       I hereby certify that a copy of the foregoing has been served upon all attorneys of record in this matter, including without limitation the following, on this 27th day of October, 2022:

Ashley N. Light
Lisa W. Borden
Susanne Cordner
**SOUTHERN POVERTY LAW CENTER**
400 Washington Avenue
Montgomery, Alabama 36104
Telephone: (334) 956-8200
Facsimile: (334) 956-8481
ashley.light@splcenter.org
lisawborden@gmail.com

Jasmin Mize
**SOUTHERN POVERTY LAW CENTER**
Post Office Box 1287
Decatur, GA 30031
Telephone: (334) 956-8200
Facsimile: (334) 956-8481
jasmin.mize@splcenter.org

Leslie F. Jones
**SOUTHERN POVERTY LAW CENTER**
111 East Capitol Street
Suite 280
Jackson, MS 39201
Telephone: (601) 948-8882
Facsimile: (334) 956-8281

Bruce Hamilton
**SOUTHERN POVERTY LAW CENTER**
201 St. Charles Avenue
Suite 2000
New Orleans, LA 70170
Telephone: (504) 352-4398
Facsimile: (504) 486-8947

William Van Der Pol, Jr.
Lonnie Williams
Barbara A. Lawrence
Andrea J. Mixson
Larry G. Canada
**ALABAMA DISABILITIES ADVOCACY PROGRAM**
University of Alabama
500 Martha Parham West
Box 870395
Tuscaloosa, Alabama 35487-0395
Telephone: (205) 348-6894
Facsimile: (205) 348-3909
wvanderpoljr@adap.ua.edu
blawrence@adap.ua.edu
lwilliams@adap.ua.edu
amixson@adap.ua.edu
lcanada@adap.ua.edu

William G. Somerville III
Patricia Clotfelter
**BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC**
420 20th Street North
Suite 1400
Birmingham, Alabama 35203
Telephone:  (205) 244-3863
Facsimile:  (205) 488-3863
wsomerville@bakerdonelson.com
pclotfelter@bakerdonelson.com

Deana Johnson
Brett T. Lane
**MHM SERVICES, INC.**

8

Anil A. Mujumdar
**DAGNEY JOHNSON LAW GROUP**
2170 Highland Avenue, Suite 250
Birmingham, Alabama 35213
Telephone: (205) 729-8445
Facsimile: (205) 809-7899
anil@dagneylaw.com

Neal K. Katyal
Catherine E. Stetson
Jo-Ann Tamila Sagar
**HOGAN LOVELLS US LLP**
555 13th Street NW
Washington, DC 20004
Telephone: (202) 637-5528
Facsimile: (202) 637-5910

Edward A. Bedard
**KING & SPALDING, LLP**
1180 Peachtree Street NE
Suite 1600
Atlanta, GA 30309
Telephone: (404) 572-3127

1447 Peachtree Street NE
Suite 500
Atlanta, GA 30309
Telephone: (404) 347-4134
Facsimile: (404) 347-4138
djohnson@mhm-services.com
btlane@mhm-services.com

Joshua C. Toll
**KING & SPALDING, LLP**
1700 Pennsylvania Avenue NW
2nd Floor
Washington, DC 20006
Telephone: (202) 227-6138

Evan Diamond
**KING & SPALDING, LLP**
1185 Avenue of Americas
34th Floor
New York, NY 10036
Telephone: (212) 556-2297

Rachel Rubens
**KING & SPALDING, LLP**
50 California Street
Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1210

*/s/ Kenneth S. Steely*
Of Counsel

9