IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **EDWARD BRAGGS,** *et al.*, ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | Case No. 2:14-cv-00601-MHT |
| **v.** ) | |
| ) | District Judge Myron H. Thompson |
| **JOHN HAMM,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

**THE STATE'S MOTION TO UNSEAL TRANSCRIPT EXCERPTS**

Pursuant to Rule 5.2 of the Federal Rules of Civil Procedure, Defendants John Hamm ("Commissioner Hamm"), in his official capacity as Commissioner of the Alabama Department of Corrections (the "ADOC"), and Deborah Crook ("Deputy Commissioner," and with Commissioner Hamm, the "State"), in her official capacity as ADOC's Deputy Commissioner, Office of Health Services, hereby move this Court to unseal transcript excerpts previously filed under seal. In support of this Motion, the State states as follows:

1. During the Phase 2A evidentiary hearings on remedial relief, the Parties and the Court agreed to utilize Zoom breakout rooms during testimony regarding confidential information to prevent such information from becoming public. (DE3568, 33:12-39:24). Accordingly, when the Parties or the Court anticipated that confidential material may be discussed, the court reporter opened a breakout room

for that portion of testimony.  Despite the best efforts of the Parties, the Court, and the court reporter to limit testimony in breakout rooms to confidential material, at times, the testimony in breakout rooms occasionally included non-confidential material.  This occurred when, for example, the testimony remained at a level of generality such that it did not qualify as confidential.  At other times, the Parties and the Court inadvertently remained in the breakout room after the completion of the discussion of confidential material.  As a result, the testimony within the breakout rooms included certain non-confidential information as well as confidential information.  The court reporter filed testimony that occurred in the breakout rooms under seal.

2. The State intends to cite several transcript excerpts in its principal brief before the Eleventh Circuit.  The State does not intend to cite confidential information; however, certain of the information to which the State intends to cite currently remains under seal because the testimony occurred in a Zoom breakout room.

3. Rule 5.2(d) permits the Court to unseal filings for the public record. FED. R. CIV. P. 5.2(d).

4. When a court seals any piece of a record, the court must "balance the competing interests of the parties" in determining whether to unseal particular documents.  Chicago Tribune Co. v. Bridgestone/Firestone, Inc., 263 F.3d 1304,

1312 (11th Cir. 2001). Stated differently, the Court should only deny the public its right to open records where there is "good cause to deny the public the right to access." Id. at 62. Relevant factors include "whether the records are sought for such illegitimate purposes as to promote public scandal or gain unfair commercial advantage, whether access is likely to promote public understanding of historically significant events, and whether the press has already been permitted substantial access to the contents of the records." Newman v. Graddick, 696 F.2d 796 (11th Cir. 1983). The State does not seek to unseal the information for any illegitimate purpose, but merely for the information to be made available during the Parties' appeals before the Eleventh Circuit. The cited information assists the State in presenting a detailed and accurate record before the Eleventh Circuit.

5. The State requests the limited unsealing of the following transcript excerpts:

   a. DE3584, 34:22-35:7

   b. DE3586, 245:4-17

   c. DE3596, 85:1-25; 86:22-87:2; 148:2-14; 156:25-157:25

   d. DE3598, 45:1-46:25

   e. DE3603, 129:20-23; 172:17-21; 218:6-20

6. Generally, the cited information discusses ADOC's operations, staffing, and restrictive housing units and the Parties' experts' opinions on those

topics. For example, the State files a report providing information regarding inmates with a serious mental illness ("SMI") housed in a restrictive housing unit under seal. (Doc. Nos. 2345, 2377). The testimony discusses general information about inmates with SMIs in restrictive housing, pursuant to the sealed reports, but the testimony does not reveal any specific information about any specific inmate contained within those reports. (DE3584, 34:22-35:7; DE3603, 129:20-23; 172:17-21; 218:6-20). Further, the State files monthly mental-health and correctional staffing reports regarding the breakdown of staffing statistics under seal. (Doc. Nos. 1657, 2228). The testimony generally discusses staffing of correctional facilities, but the testimony does not reveal any confidential information regarding staffing of ADOC's facilities. (DE3596, 85:1-25; 86:22-87:2; 148:2-14; 156:25-157:25; DE3598, 45:1-46:25). Finally, some of the cited information generally discusses the hearing schedule. (DE3586, 245:4-17).

7.   Counsel for the State contacted counsel for Plaintiffs, and Plaintiffs do not oppose this Motion.

WHEREFORE, PREMISES CONSIDERED, the State respectfully requests that this Court enter an Order unsealing the above-listed transcript excerpts from the Phase 2A evidentiary hearings on remedial relief.

Dated: October 31, 2022.

        */s/ William R. Lunsford*
        William R. Lunsford
        *Counsel for the State*

William R. Lunsford
Matthew B. Reeves
Kenneth S. Steely
La Keisha W. Butler
**MAYNARD, COOPER & GALE, PC**
655 Gallatin Street
Huntsville, AL 35801
Telephone: (256) 512-5710
Facsimile: (256) 512-0119
blunsford@maynardcooper.com
mreeves@maynardcooper.com
ksteely@maynardcooper.com
lbutler@maynardcooper.com

Luther M. Dorr, Jr.
**MAYNARD, COOPER & GALE, PC**
1901 Sixth Avenue North
2400 Regions Harbert Plaza
Birmingham, AL 35203
Telephone: (205) 254-1178
Facsimile: (205) 714-6438
rdorr@maynardcooper.com

Stephanie L. Smithee
Mary-Coleman Roberts
**ALABAMA DEPARTMENT OF CORRECTIONS**
Legal Division
301 South Ripley Street
Montgomery, Alabama 36130
Telephone (334) 353-3884
Facsimile (334) 353-3891
stephanie.smithee@doc.alabama.gov
marycoleman.roberts@doc.alabama.gov

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon all attorneys of record in this matter, including without limitation the following, on this 31st day of October 2022:

Ashley N. Light
Lisa W. Borden
**SOUTHERN POVERTY LAW CENTER**
400 Washington Avenue
Montgomery, Alabama 36104
Telephone: (334) 956-8200
Facsimile: (334) 956-8481
ashley.light@splcenter.org
lisawborden@gmail.com

Leslie F. Jones
**SOUTHERN POVERTY LAW CENTER**
111 East Capitol Street
Suite 280
Jackson, MS 39201
Telephone: (601) 948-8882
Facsimile: (334) 956-8281

Bruce Hamilton
**SOUTHERN POVERTY LAW CENTER**
201 St. Charles Avenue
Suite 2000
New Orleans, LA 70170
Telephone: (504) 352-4398
Facsimile: (504) 486-8947

Anil A. Mujumdar
**DAGNEY JOHNSON LAW GROUP**
2170 Highland Avenue, Suite 250
Birmingham, Alabama 35213
Telephone: (205) 729-8445
Facsimile: (205) 809-7899
anil@dagneylaw.com

William Van Der Pol, Jr.
Lonnie Williams
Barbara A. Lawrence
Andrea J. Mixson
**ALABAMA DISABILITIES ADVOCACY PROGRAM**
University of Alabama
500 Martha Parham West
Box 870395
Tuscaloosa, Alabama 35487-0395
Telephone: (205) 348-6894
Facsimile: (205) 348-3909
wvanderpoljr@adap.ua.edu
blawrence@adap.ua.edu
lwilliams@adap.ua.edu
amixson@adap.ua.edu

William G. Somerville III
Patricia Clotfelter
**BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC**
420 20th Street North
Suite 1400
Birmingham, Alabama 35203
Telephone:  (205) 244-3863
Facsimile:  (205) 488-3863
wsomerville@bakerdonelson.com
pclotfelter@bakerdonelson.com

Deana Johnson
Brett T. Lane
**MHM SERVICES, INC.**
1447 Peachtree Street NE

Neal K. Katyal
Catherine E. Stetson
Jo-Ann Tamila Sagar
**HOGAN LOVELLS US LLP**
555 13th Street NW
Washington, DC 20004
Telephone: (202) 637-5528
Facsimile: (202) 637-5910

Edward A. Bedard
**KING & SPALDING, LLP**
1180 Peachtree Street NE
Suite 1600
Atlanta, GA 30309
Telephone: (404) 572-3127

Suite 500
Atlanta, GA 30309
Telephone: (404) 347-4134
Facsimile: (404) 347-4138
djohnson@mhm-services.com
btlane@mhm-services.com

Joshua C. Toll
**KING & SPALDING, LLP**
1700 Pennsylvania Avenue NW
2nd Floor
Washington, DC 20006
Telephone: (202) 227-6138

Evan Diamond
**KING & SPALDING, LLP**
1185 Avenue of Americas
34th Floor
New York, NY 10036
Telephone: (212) 556-2297

Rachel Rubens
**KING & SPALDING, LLP**
50 California Street
Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1210

*/s/ William R. Lunsford*
Of Counsel

7