IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| EDWARD BRAGGS, et al.,         ) | |
| ) | |
| Plaintiffs,         ) | |
| ) | CIVIL ACTION NO. |
| v.         ) | 2:14cv601-MHT |
| ) | (WO) |
| JOHN HAMM, in his         ) | |
| official capacity as         ) | |
| Commissioner of         ) | |
| the Alabama Department of         ) | |
| Corrections, et al.,         ) | |
| ) | |
| Defendants.         ) | |

**ORDER REGARDING PHASE 2A CORRECTIONAL STAFFING ANALYSIS**

In the Phase 2A Omnibus Remedial Order, the court ordered the defendants to update the correctional-staffing analysis for all ADOC facilities (Doc. 3464 at § 2.1.2) that was originally developed in 2018 by Savage Corrections Consulting (Doc. 1813-1).  The defendants filed the 2022 correctional-staffing analysis report under seal on November 1, 2022.  *See* Notice of Filing Under Seal (Doc. 3849); *see also* 2022 Correctional Staffing Analysis Report (Doc. 3849-1 and Doc. 3849-2).

The plaintiffs have previously raised concerns about the development process and legitimacy of the updated correctional-staffing analysis, but have not filed a report since the analysis was submitted. *See* Plaintiffs' Proposal on Staffing Analysis (Doc. 3704) at 4–5.

Based on the parties' representations on the record at the November 7, 2022, triannual status conference; given the concerns previously expressed by the plaintiffs (Doc. 3704); and plaintiffs' having orally agreed at the November 7 conference to file a response by November 28, 2022, it is ORDERED that:

(1) The plaintiffs are to submit a response to the adequacy of the 2022 Correctional Staffing Analysis Report (Doc. 3849-1 and Doc. 3849-2) by 5:00 p.m. on November 28, 2022. The report should address both the development and the contents of the 2022 analysis.

(2) The defendants are to file a reply by 5:00 p.m. on December 5, 2022.

(3) The defendants' 2022 correctional-staffing analysis report (Doc. 3849) is set for oral argument on December 14, 2022, at 9:00 a.m.

DONE, this the 28th day of November, 2022.

                                      /s/ Myron H. Thompson
                                 **UNITED STATES DISTRICT JUDGE**