IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| EDWARD BRAGGS, et al., )  ) Plaintiffs, ) ) v. ) ) JOHN HAMM, in his ) official capacity as ) Commissioner of ) the Alabama Department of ) Corrections, et al., ) ) Defendants. ) | CIVIL ACTION NO. 2:14cv601-MHT (WO) |

**ORDER ON MEDIATION OF PHASE 2A PLANS TO ADDRESS SERIOUS RISK OF HIGH TEMPERATURES IN MENTAL-HEALTH UNITS**

In the Phase 2A Omnibus Remedial Order, the court required the defendants to "devise a plan and procedures to address the serious risk posed by high temperatures in the mental-health units." Phase 2A Omnibus Remedial Order (Doc. 3464) at § 11.3.

Thereafter, based on the parties' written filings and representations on the record on August 15, 2022, the court ordered the parties to pursue mediation with Magistrate Judge John Ott regarding a plan and procedures

to address the serious risk posed by high temperatures in mental-health units.  *See* Order on Mediation (Doc. 3767).  As a follow-up to reports they filed with the court, the parties represented at the triannual conference held on November 7, 2022, that mediation of this issue was ongoing, and defendants indicated that this issue may not need to be considered by the court going forward.  *See* Parties' Reports (Doc. 3797 & Doc. 3839).  The court will require another status report.

Accordingly, it is ORDERED that:

(1) The parties are to file another joint status report by 5:00 p.m. on December 9, 2022, that addresses the status of mediation regarding a plan and procedures to address the serious risk posed by high temperatures in mental-health units, and whether this issue should remain a subject of court overview.

(2) The above high-temperatures issue is set for oral argument on December 14, 2022, at 9:00 a.m.

DONE, this the 28th day of November, 2022.

                                            /s/ Myron H. Thompson
                                          **UNITED STATES DISTRICT JUDGE**