IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| EDWARD BRAGGS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:14cv601-MHT |
| ) | (WO) |
| JOHN HAMM, in his ) | |
| official capacity as ) | |
| Commissioner of ) | |
| the Alabama Department of ) | |
| Corrections, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER TERMINATING PHASE 2A MONTHLY STAFFING REPORTS**

After the August 15, 2022, status conference, the court ordered the defendants to file "on the first non-court-holiday business day of each month (beginning in September), a report on their progress in updating the correctional staffing analysis, using the attached tables on systemwide and facility-specific steps." Order on Reporting the Status of the Updated Correctional Staffing Analysis (Doc. 3757) at 2-3. These reports were to continue until the Alabama Department of Corrections had

completed the 2022 update to its 2018 correctional-staffing analysis.  *Id.* at 2.

The defendants filed three monthly staffing reports, one each in September 2022 (Doc. 3790), October 2022 (Doc. 3818), and November 2022 (Doc. 3847).  The 2022 update to the 2018 correctional-staffing analysis has now been filed, *see* Notice of Filing Under Seal 2022 Correctional Staffing Analysis Report (Doc. 3849), and the parties agreed on the record at the November 7, 2022, triannual conference that there is no longer a need for monthly reports on the defendants' progress in developing that update.

Accordingly, it is ORDERED that the defendants' obligation to provide monthly reports on their progress in updating the 2018 correctional-staffing analysis is terminated.

DONE, this the 28th day of November, 2022.

                                        /s/ Myron H. Thompson
                                   **UNITED STATES DISTRICT JUDGE**