IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| EDWARD BRAGGS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:14cv601-MHT |
| ) | (WO) |
| JOHN HAMM, in his ) | |
| official capacity as ) | |
| Commissioner of ) | |
| the Alabama Department of ) | |
| Corrections, et al., ) | |
| ) | |
| Defendants. ) | |

**PHASE 2A ORDER ON FINALIZATION OF EMT**

In September 2020, the court entered its Phase 2A Opinion and Order on Monitoring of Eighth Amendment Remedy adopting the monitoring scheme to be implemented as to the Eighth Amendment remedy in this case. *See Braggs v. Dunn*, 483 F. Supp. 3d 1136 (M.D. Ala. 2020) (Thompson, J.). In doing so, the court "adopt[ed] in large part the defendants' plan--substantial portions to which the plaintiffs ... agreed--with some alterations." *Id.* at 1140. The cornerstone of this scheme is the external monitoring team (EMT) that will draw on its

members' expertise to develop a detailed monitoring plan and assist in developing ADOC's capacity for sustainable internal monitoring and oversight.

Indeed, the court and all parties have agreed that getting the EMT "up and running" is "critical." Order on Finalization of EMT (Doc. 3769) at 5. Despite the necessity of the EMT, the road to establishing a fully operational EMT has been long and meandering. *See id.* at 1–4 (outlining the nearly 2-year delay in establishing a fully operational EMT). However, that road appears to be reaching its end.

On August 23, 2022, the court ordered the parties to prioritize taking several actions to finalize the EMT. *See id*. Two months later, on October 27, 2022, the parties filed a report that confirms that the priority actions had been completed. *See* Joint Report on Operating Status of the EMT (Doc. 3838. The report stated that "all members of the EMT [hold] contracts with ADOC through September 30, 2023," that the "EMT conducted an initial meeting on October 17, 2022 to begin the process

2

of reviewing documents and orienting themselves to the case," and that Dr. Elizabeth Falcon ha[d] been named the administrative head of the team," among other accomplishments. *Id.* at 1–2.

Accordingly, it appears that the EMT is finally able to be "fully engaged in this case." Doc. 3769 at 5. Nevertheless, due to the fits and starts that have attended the formation of the EMT to this point, it is ORDERED that:

(1) By 5:00 p.m. on December 9, 2022, the parties shall file a joint-status report on the operational status of the EMT, how the EMT is progressing, and any other issues related to the finalization and function of the EMT.

(2) The above report is set for oral argument on December 14, 2022, at 9:00 a.m.

DONE, this the 28th day of November, 2022.

                                         /s/ Myron H. Thompson
                                 **UNITED STATES DISTRICT JUDGE**