IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
EDWARD BRAGGS, et al.,        )
                              )
       Plaintiffs,            )
                              )    CIVIL ACTION NO.
       v.                     )    2:14cv601-MHT
                              )        (WO)
JOHN HAMM, in his             )
official capacity as          )
Commissioner of               )
the Alabama Department of     )
Corrections, et al.,          )
                              )
       Defendants.            )
```

PHASE 2A ORDER ON MEETINGS BETWEEN
PLAINTIFFS AND THE SAVAGES

The court previously ordered the parties to proceed with a meeting between plaintiffs' counsel and Russ and Meg Savage on October 11, 2022, and further ordered the parties to file a joint report advising whether further court action or mediation was needed on this subject. *See* Order Regarding Plaintiffs' Meeting with the Savages (Doc. 3820). In their subsequent joint filing, the parties reported that they conducted the call between plaintiffs' counsel and the Savages on October 11

concerning "the Savages['] participation in ADOC's update to the 2018 Staffing Analysis," with mediation from Judge Ott.   Joint Report on the Necessity of Mediation on the Issue of Plaintiffs' Meeting with the Savages (Doc. 3837) at 1-2.

In that same filing, the plaintiffs "request[ed] to keep this matter before Judge Ott pending their review of the update to the 2018 Staffing Analysis" and the defendants did not object to that request.  *Id.* at 2. The parties also jointly requested to "submit a report to this Court regarding the necessity of further mediation on the issue of the Savages' participation in ADOC's update to the 2018 Staffing Analysis on November 18, 2022."  *Id.*

Based on the parties' contemplation at the November 7, 2022, triannual conference of a later deadline for this report, it is ORDERED that:

(1) By 5:00 p.m. on December 9, 2022, the parties are to submit another joint report on the necessity of

further mediation as to the Savages' participation in ADOC's 2022 correctional-staffing analysis.

(2) The above report is set for oral argument on December 14, 2022, at 9:00 a.m.

DONE, this the 28th day of November, 2022.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE