IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| EDWARD BRAGGS, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>JOHN HAMM, in his )<br>official capacity as )<br>Commissioner of )<br>the Alabama Department of )<br>Corrections, et al., )<br>)<br>Defendants. ) | CIVIL ACTION NO.<br>2:14cv601-MHT<br>(WO) |

PHASE 2A ORDER ON WEEKLY SMI REPORTS

Under the Phase 2A Omnibus Remedial Order, "[i]nmates with serious mental illnesses [(SMIs)] may not be placed in the RHUs unless a documented exceptional circumstance applies." Phase 2A Omnibus Remedial Order (Doc. 3464) at § 3.1.1. "An 'exceptional circumstance' exists where: (a) a safety or security issue prevents placement of the inmate in alternative housing . . .; or (b) a non-safety or non-security issue exists and transfer or transportation to alternative housing is temporarily unavailable." *Id.* at § 3.1.1.1. In accordance with the

Omnibus Remedial Order and earlier orders, the defendants have filed weekly reports "providing information regarding inmates with a serious mental illness housed in a restrictive housing unit within the Alabama Department of Corrections." *See, e.g.*, Weekly Report of SMI Inmates in Restrictive Housing (Doc. 3745) at 1; *see also* Phase 2A Omnibus Remedial Order (Doc. 3464) at § 3.1.4.

Based on its review of the weekly reports, the court issued an order on August 23, 2022, voicing its concerns about the justifications used to place and keep inmates in restrictive housing units. *See* Order On Weekly SMI Reports (Doc. 3768) at 3-5. However, at that time, the court did not take any "immediate action with respect to the substance of the weekly SMI reports ... with the understanding that the EMT will examine closely the issues identified above in the very near future; otherwise the court will reconsider looking into the issue itself." *Id.* at 6.

Since then, the EMT has begun operation, the parties have filed a joint report stating that they have begun to work with the EMT, and the parties assured the court that the EMT will be made "aware of th[e] [c]ourt's continued focus on the housing of individuals with SMIs in the RHU." *See* Joint Report on Select Issues (Doc. 3850) at 3.  Based on these representations, the court will not take any substantive action with respect to the content of the weekly SMI reports at this time, with the understanding that the EMT is examining closely the issues identified in the court's prior order (Doc. 3768) and that otherwise the court will reconsider looking into the issue itself.

However, the court would like another update on the status of the EMT's monitoring and substantive review of the weekly SMI reports.

\* \* \*

Accordingly, it is ORDERED that:

(1) By 5:00 p.m. on December 9, 2022, the parties are to file a joint report that addresses the status of the EMT's monitoring and substantive review of the weekly SMI reports.

(2) The joint report is set for oral argument on December 14, 2022, at 9:00 a.m.

DONE, this the 28th day of November, 2022.

                                 /s/ Myron H. Thompson
                                 **UNITED STATES DISTRICT JUDGE**