IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| EDWARD BRAGGS, et al., )<br>)<br>    Plaintiffs, )<br>)<br>    v. )<br>)<br>JOHN HAMM, in his )<br>official capacity as )<br>Commissioner of )<br>the Alabama Department of )<br>Corrections, et al., )<br>)<br>    Defendants. ) | CIVIL ACTION NO.<br>2:14cv601-MHT<br>(WO) |

**PHASE 2A ORDER ON SAFE RHU FUNCTIONING**
**AT CURRENT STAFFING LEVELS**

In the Phase 2A Omnibus Remedial Order, the court ordered the parties to "submit proposals that will allow ADOC's RHUSs ... to function safely with the correctional staff that ADOC currently employs.  Phase 2A Omnibus Remedial Order (Doc. 3464) at § 2.1.7.3.  The parties submitted their respective proposals (Doc. 3622 & Doc. 3623) and the court then ordered them "to confer with Judge Ott to try to reach a resolution on the proposals." Revised Scheduling Order (Doc. 3664) at 9.  The parties

are still mediating the issue and have been ordered to submit status reports every 21 days as to the "development of [a] plan that will allow ADOC's RHUs ... to function safely with the correctional staff that ADOC currently employs." Revised Remedy Scheduling Order (Doc. 3795) at 10.

So far, the parties have filed three 21-day status reports. *See* Joint Status Reports on Mediation Efforts (Doc. 3806, Doc. 3827, & Doc. 3851). All three reports indicate that the parties are continuing to mediate the issue; however, the reports do not include a timeline for anticipated resolution of this issue nor any other indication of how this issue will ultimately be addressed. To be sure, in their most recent status report, the parties represent that they will "prepare a timeline ... to submit to the Court with the Parties next status report due on November 29, 2022." Joint Status Report on Mediation Efforts (Doc. 3851) at 2. But, despite the parties' representations regarding a

forthcoming timeline, the general lack of progress on this issue concerns the court.

The issue of safe RHU functioning at current staffing levels is extremely important and time sensitive. Because this issue deals with safety at *current* staffing levels, it is always indexed to the present moment and requires urgent and timely attention. Despite mediating the issue for more than two months, the parties have not yet established a timeline for resolving this issue. Nonetheless, based on the parties' most recent status report, the court is hopeful that a timeline and more concrete details are forthcoming. *See* Joint Status Report on Mediation Efforts (Doc. 3851).

Accordingly, it is ORDERED that, because the parties should be prioritizing developing a timeline for reaching a resolution as to safe RHU functioning at current staffing levels, it is ORDERED that the issue is set for oral argument on December 14, 2022, at 9:00 a.m.

DONE, this the 28th day of November, 2022.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**

3