IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| EDWARD BRAGGS, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>JOHN HAMM, in his )<br>official capacity as )<br>Commissioner of )<br>the Alabama Department of )<br>Corrections, et al., )<br>)<br>Defendants. ) | CIVIL ACTION NO.<br>2:14cv601-MHT<br>(WO) |

**ORDER**

In the status report on mediation efforts filed on December 20, 2022 (Doc. 3881), the parties mention the following: "ADOC's consulting experts concerning recruiting and retention."

Accordingly, it is ORDERED that:

(1) By noon on January 3, 2023, the parties should file a report indicating who these experts are, what their duties are, and what, if anything, their role will be in this litigation.

(2) The parties should be prepared to discuss these experts at the status conference on January 4, 2023, at 8:00 a.m.

DONE, this the 27th day of December, 2022.

                                   /s/ Myron H. Thompson
                             UNITED STATES DISTRICT JUDGE