IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| EDWARD BRAGGS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:14cv601-MHT |
| ) | (WO) |
| JOHN HAMM, in his ) | |
| official capacity as ) | |
| Commissioner of ) | |
| the Alabama Department of ) | |
| Corrections, et al., ) | |
| ) | |
| Defendants. ) | |

ORDER ON INTERNAL MONITORING TEAM

The court cannot remember where it got the impression (from a filing or a representation at a status conference) that the ADOC has established, or is in the process of establishing, an internal monitoring team (IMT).

Accordingly, it is ORDERED that:

(1) By noon on January 3, 2023, the parties should file a report indicating the status of the IMT, including whether it has been established or is being established,

who its members are, what its role is in this litigation, and any other relevant information.

(2) The parties should be prepared to discuss the IMT at the status conference on January 4, 2023, at 8:00 a.m.

DONE, this the 28th day of December, 2022.

                                       /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**