# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| EDWARD BRAGGS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 2:14-cv-00601-MHT |
| v. ) | |
| ) | District Judge Myron H. Thompson |
| JOHN HAMM, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## JOINT STATUS REPORT ON
## THE INTERNAL MONITORING TEAM

Plaintiffs and Defendants John Hamm ("Commissioner Hamm"), in his official capacity as Commissioner of the Alabama Department of Corrections ("ADOC"), and Deborah Crook ("Deputy Commissioner" and, collectively with Commissioner Hamm, the "State"), in her official capacity as ADOC's Deputy Commissioner, Office of Health Services, hereby submit this joint status report on the Internal Monitoring Team ("IMT"), pursuant to the Court's Order dated December 28, 2022. (Doc. 3886).

1. The Court ordered the Parties to file a report "indicating the status of the IMT, including (1) whether it has been established or is being established, (2) who its members are, (3) what its role is in this litigation, and (4) any other relevant

information." (Id.). ADOC established an IMT. As of January 3, 2022 (i.e., the date of this filing), the IMT consists of the following personnel with ADOC:

- Psychiatrist: Dr. Edward Kern, Director of Psychiatry
- Psychologist: Dr. Lee Stutts, Psychologist, Central Region
- Nurse: Candace Fielders, RN, MSN, Regional Clinical Manager
- Corrections: Rolanda Calloway, Warden III at Elmore Correctional Facility

2. Consistent with the Court's Phase 2A Opinion and Order on Monitoring of Eighth Amendment Remedy (doc. 2915, the "Monitoring Order"), the External Monitoring Team ("EMT") and the IMT will monitor the State's compliance with the Phase 2A Omnibus Remedial Order (doc. 3464, the "Remedial Order"). (Doc. 2915). In the Monitoring Order, the Court divided the monitoring of Phase 2A into three (3) phases: Phase 1, the EMT's assessment and monitoring of ADOC's compliance with the Remedial Order; Phase 2, a collaborative assessment and monitoring process with the EMT training the IMT; and, Phase 3, the IMT's assessment and monitoring of ADOC's compliance with the Remedial Order. (Id. at 6). Notably, the Court provided that monitoring shifts from Phase 1 to Phase 2 automatically after one (1) year and from Phase 2 to Phase 3 when the Court determines the IMT possesses the ability to monitor without the EMT. (Id. at 82-83).

3. Recently, on December 19, 2022, the EMT and IMT held a

videoconference to introduce themselves to each other and begin orienting themselves to Phase 2A of this action.  Additionally, the IMT reviewed, and will continue to review, orders and other documents identified by the EMT so that the IMT is prepared to assist the EMT with its assessment and monitoring obligations, including, for example, development of monitoring tools, performance measurements, and a site visit schedule.  To that end, the Parties understand that the EMT members plan over the next few weeks to meet with their corresponding IMT counterparts on an individual basis to discuss and obtain assistance with development of performance measures and monitoring tools.  The Parties are pleased with recent and anticipated interactions between the EMT and IMT.

      Dated: January 3, 2023.

                                          */s/ William R. Lunsford*
                                          William R. Lunsford
                                          *Attorney for the State*

William R. Lunsford
Matthew B. Reeves
Kenneth S. Steely
La Keisha W. Butler
Oniquca A. Wright
**MAYNARD, COOPER & GALE, PC**
655 Gallatin Street
Huntsville, AL 35801
Telephone: (256) 512-5710
Facsimile: (256) 512-0119
blunsford@maynardcooper.com
mreeves@maynardcooper.com
ksteely@maynardcooper.com
lbutler@maynardcooper.com

owright@maynardcooper.com

Luther M. Dorr, Jr.
**MAYNARD, COOPER & GALE, PC**
1901 Sixth Avenue North
2400 Regions Harbert Plaza
Birmingham, AL 35203
Telephone: (205) 254-1178
Facsimile: (205) 714-6438
rdorr@maynardcooper.com

Stephanie L. Smithee
Mary-Coleman Roberts
**ALABAMA DEPARTMENT OF CORRECTIONS**
Legal Division
301 South Ripley Street
Montgomery, Alabama 36130
Telephone (334) 353-3884
Facsimile (334) 353-3891
stephanie.smithee@doc.alabama.gov
marycoleman.roberts@doc.alabama.gov

        */s/ William Van Der Pol, Jr.*
        William Van Der Pol, Jr.
        *Attorney for Plaintiffs*

Ashley N. Light
Lisa W. Borden
**SOUTHERN POVERTY LAW CENTER**
400 Washington Avenue
Montgomery, AL 36104
Telephone: (334) 956-8200
Facsimile: (334) 956-8481
ashley.austin@splcenter.org
lisa.borden@splcenter.org

Leslie Faith Jones*
**SOUTHERN POVERTY LAW CENTER**
111 East Capitol Street, Suite 280

Jackson, MS 39201
Telephone: (601) 948-8882
Facsimile: (334) 956-8281
leslie.jones@splcenter.org
*Admitted pro hac vice*

Bruce Hamilton*
**SOUTHERN POVERTY LAW CENTER**
201 St. Charles Avenue
Suite 2000
New Orleans, LA 70170
Telephone: (504) 352-4398
Facsimile: (504) 809-7899
*Admitted pro hac vice*

William G. Somerville, III
Patricia Clotfelter
**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ  PC**
420 20th Street North, Suite 1400
Birmingham, AL 35203
wsomerville@bakerdonelson.com
pclotfelter@bakerdonelson.com

William Van Der Pol, Jr.
Lonnie Williams
Barbara A. Lawrence
Andrea J. Mixson
**ALABAMA DISABILITIES ADVOCACY PROGRAM**
University of Alabama
500 Martha Parham West
Box 870395
Tuscaloosa, AL  35487
Telephone: (205) 348-4928
Facsimile: (205) 348-3909
wvanderpoljr@adap.ua.edu
lwilliams@adap.ua.edu
blawrence@adap.ua.edu
amixson@adap.ua.edu

Catherine E. Stetson*
Neal K. Katyal*
Jo-Ann T. Sagar*
**HOGAN LOVELLS US LLP**
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
cate.stetson@hoganlovells.com
neal.katyal@hoganlovells.com
jo-ann.sagar@hoganlovells.com
*Admitted pro hac vice*

Mark Whitburn*
**WHITBURN & PEVSNER, PLLC**
2000 East Lamar Boulevard, Suite #600
Arlington, TX 76006
Telephone: (817) 672-5453
Facsimile: (817) 653-4477
mwhitburn@whitburnpevsner.com
*Admitted pro hac vice*

Joshua C. Toll*
**KING & SPALDING LLP**
1700 Pennsylvania Avenue NW, 2nd Floor
Washington, DC 20006-4707
Telephone: (202) 227-6138
Facsimile: (202) 626-3737
jtoll@kslaw.com
*Admitted pro hac vice*

Evan Diamond*
**KING & SPALDING LLP**
185 Avenue of the Americas, 34th Floor
New York, NY 10036
Telephone: (212) 556-2297
Facsimile: (212) 556-2222
ediamond@kslaw.com
*Admitted pro hac vice*

Edward A. Bedard*
**KING & SPALDING LLP**
1180 Peachtree Street NE, Suite 1600
Atlanta, GA 30309
Telephone: (404) 572-3127
Facsimile: (404) 572-5100
ebedard@kslaw.com
*Admitted pro hac vice*

Rachel Rubens*
**KING & SPALDING LLP**
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1210
rrubens@kslaw.com
*Admitted pro hac vice*

Anil A. Mujumdar
**DAGNEY JOHNSON LAW GROUP**
2170 Highland Avenue, Suite 250
Birmingham, AL 35213
Telephone: (205) 590-6986
Facsimile: (205) 809-7899
anil@dagneylaw.com