IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **EDWARD BRAGGS,** *et al.*, | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) Case No. 2:14-cv-00601-MHT |
| v. | ) |
| | ) District Judge Myron H. Thompson |
| **JOHN HAMM,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

### THE STATE'S STATUS REPORT ON IMPLEMENTATION OF THE PHASE 2A OMNIBUS REMEDIAL OPINIONS AND ORDER

Defendants John Hamm ("Commissioner Hamm"), in his official capacity as Commissioner of the Alabama Department of Corrections ("ADOC"), and Deborah Crook ("Deputy Commissioner" and, collectively with Commissioner Hamm, the "State"), in her official capacity as ADOC's Deputy Commissioner, Office of Health Services, hereby submit this status report for the February 10, 2023 status conference as directed by the Court's December 27, 2021 Order and the current Phase 2A Revised Remedy Scheduling Order on the Eighth Amendment Claim.[1]  (Docs. 3467 and 3875).

---

[1] The State submits this filing in response to the Court's directive. (Docs. 3467, 3875). In doing so, the State expressly preserves any and all objections and all available legal and equitable arguments in response to the Court's Phase 2A Omnibus Remedial Opinion (Docs. 3461, 3462, 3463, 3465), Phase 2A Omnibus Remedial Order (Doc. 3464), any other Phase 2A remedial orders, and the Court's liability opinions and orders in this action, including without limitation, the Court's Liability Opinion and Order as to Phase 2A Eighth Amendment Claim (Doc. 1285) and Phase 2A Supplemental Liability Opinion and Order on Periodic Mental-Health Evaluations

I. **STATUS OF THE REMEDIAL ORDER.**

The State submits this Status Report as an update to "The State's Status Report Concerning the Phase 2A Omnibus Remedial Order" filed on October 27, 2022. (Doc. 3836). The Court issued the Phase 2A Omnibus Remedial Order (the "Remedial Order," doc. 3464) on December 27, 2021, establishing certain obligations and deadlines for the State to implement. The State continues to meet the deadlines provided in the Remedial Order and continues to work with Plaintiffs to resolve outstanding issues as they arise. The Remedial Order remains on appeal to the Eleventh Circuit Court of Appeals, Docket Number 22-10292-E.

II. **THE STATE'S PROGRESS IN COMPLIANCE WITH THE REMEDIAL ORDER.**

The State continues to make progress in compliance with the Remedial Order.

    A. **OPERATION OF THE EMT.**

The External Monitoring Team ("EMT") began functioning in October 2022. The EMT conducted an initial meeting on October 17, 2022, and appointed Dr. Falcon to serve as the administrative head of the team. The EMT meets on a routine basis with its on members and the Parties, and continues to focus on

---

of Prisoners in Segregation (Doc. 2332). Nothing contained in this filing shall be construed as an admission by the State, a waiver of any objection to any opinion or order in this action, or a waiver of the State's pending appeal related to Phase 2A (see doc. 3488). Nothing in this filing shall be construed as an admission of any kind by the State that ADOC's current or historical staffing or provision of mental-health care is or was unconstitutional or deficient in any way.

creating performance measure and subsequently monitoring tools in order to conduct monitoring of the ADOC facilities. Additionally, ADOC identified the members of the Internal Monitoring Team ("IMT") and the State facilitated meetings between the EMT and the IMT. The individual EMT members have begun meeting with their IMT counterparts, and are establishing routine meetings.

### B.   THE STATE'S CONTINUED COMPLIANCE CONCERNING STAFFING.

In compliance with Section 2.1.1 of the Remedial Order, ADOC created a staffing unit, the Resource Planning Unit ("RPU"), and drafted and adopted an administrative regulation regarding the conducting and maintaining a Staffing Analysis. Beginning in March 2022, the RPU began collecting documents to complete an update of the 2018 Staffing Analysis. To facilitate training for the RPU, and in compliance with Section 2.1.2 of the Remedial Order, the State retained the assistance of Russ and Meg Savage (the "Savages") to train the RPU staff and assist with completing the 2022 Staffing Analysis. In further compliance with Section 2.1.2 of the Remedial Order, the State completed and filed the 2022 Staffing Analysis on November 1, 2022. (Doc. 3849). Additionally, in compliance with Section 2.1.5 of the Remedial Order, the State submitted "realistic benchmarks for the level of correctional staffing" by December 31, 2023 and 2024. (Doc. 3901).

In addition to the above compliance, the State filed the Quarterly

Correctional Staffing Report (Doc. 3874) and the Quarterly Mental Health Staffing Report (Doc. 3873) on December 1, 2022. The State provided these documents to the EMT in compliance with Section 2.1.6 of the Remedial Order.

### C. MEDIATION ON THE OPERATION OF RHUS AND STAFFING.

On August 22, 2022, the Court entered an order for the Parties to mediate "proposals that will allow ADOC's RHUs – with the exception of the RHU at Tutwiler – to function safely with the correctional staff that ADOC currently employs." (Doc. 3763). Additionally, the Court required the Parties to attempt to develop a plan to increase ADOC's correctional staffing levels (Doc. 3764). On September 6, 2022, the Parties filed a joint status report providing an update on creating the proposed plan to increase correctional staffing and developing a method to periodically check the effectiveness of the plan. (Doc. 3791). The Parties informed the Court that they requested the assistance of Rick Raemisch ("Mr. Raemisch") and Judge Ott to seek to develop the proposals, and that the Parties conducted an initial meeting with Mr. Raemisch on August 30, 2022. (Id. at 2). Further, the Parties agreed to conduct routine meetings with Judge Ott and Mr. Raemisch, provide Mr. Raemisch documents concerning the operation of ADOC's RHUs and staffing levels, and develop a timeline for the development of the plans. (Doc. 3794 at 2).

The State facilitated site visits for Mr. Raemisch to William Donaldson

Correctional Facility on October 13, 2022 and Kilby Correctional Facility on October 14, 2022. (Docs. 3806, 3827). The State continues to provide documents requested by Mr. Raemisch, and the Parties continue to meet with Mr. Raemisch regarding the development of the proposals.

In order to assist with developing the proposals, Mr. Raemisch requested additional assistance with reviewing documents and understanding ADOC's RHUs and hiring process. ADOC provided Mr. Raemisch several individuals to interview and on January 23, 2023, Mr. Raemisch identified a current ADOC employee to provide him the necessary assistance. The individual will begin working with Mr. Raemisch on February 6, 2023.

### D. MEDIATION ON HIGH TEMPERATURES IN MENTAL-HEALTH UNITS.

On August 23, 2022, the Court entered an order requiring the State and Plaintiffs to meditate with Judge Ott issues concerning the risks posed by high-temperatures in mental-health units. (Doc. 3767 at 2). The Parties filed a joint status report on December 28, stating that the State provided information to the Plaintiffs, and that additional requested information would be provided in January 2023. (Doc. 3887). The State produced the additional requested information to Plaintiffs and the Parties continue to mediate the issue before Judge Ott. The Parties continue to work reach resolution of this matter by February 15, 2023.

Dated: January 27, 2023.

/s/ *Kenneth S. Steely*
Kenneth S. Steely
*Attorney for the State*

William R. Lunsford
Matthew B. Reeves
Kenneth S. Steely
La Keisha W. Butler
Oniquca A. Wright
**MAYNARD, COOPER & GALE, PC**
655 Gallatin Street
Huntsville, AL 35801
Telephone: (256) 512-5710
Facsimile: (256) 512-0119
blunsford@maynardcooper.com
mreeves@maynardcooper.com
ksteely@maynardcooper.com
lbutler@maynardcooper.com
owright@maynardcooper.com

Luther M. Dorr, Jr.
**MAYNARD, COOPER & GALE, PC**
1901 Sixth Avenue North
2400 Regions Harbert Plaza
Birmingham, AL 35203
Telephone: (205) 254-1178
Facsimile: (205) 714-6438
rdorr@maynardcooper.com

Stephanie L. Smithee
Mary-Coleman Roberts
**ALABAMA DEPARTMENT OF CORRECTIONS**
Legal Division
301 South Ripley Street
Montgomery, Alabama 36130
Telephone (334) 353-3884
Facsimile (334) 353-3891
stephanie.smithee@doc.alabama.gov

marycoleman.roberts@doc.alabama.gov

# **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon all attorneys of record in this matter, including without limitation the following, by the Court's CM/ECF system on this the 27th of January, 2023:

Ashley N. Light
Lisa W. Borden
**SOUTHERN POVERTY LAW CENTER**
400 Washington Avenue
Montgomery, Alabama 36104
Telephone: (334) 956-8200
Facsimile: (334) 956-8481
ashley.light@splcenter.org
lisawborden@gmail.com

Leslie F. Jones
**SOUTHERN POVERTY LAW CENTER**
111 East Capitol Street
Suite 280
Jackson, MS 39201
Telephone: (601) 948-8882
Facsimile: (334) 956-8281

Bruce Hamilton
**SOUTHERN POVERTY LAW CENTER**
201 St. Charles Avenue
Suite 2000
New Orleans, LA 70170
Telephone: (504) 352-4398
Facsimile: (504) 486-8947

Anil A. Mujumdar
**DAGNEY JOHNSON LAW GROUP**
2170 Highland Avenue, Suite 250
Birmingham, Alabama 35213
Telephone: (205) 729-8445
Facsimile: (205) 809-7899
anil@dagneylaw.com

William Van Der Pol, Jr.
Lonnie Williams
Barbara A. Lawrence
Andrea J. Mixson
Larry G. Canada
**ALABAMA DISABILITIES ADVOCACY PROGRAM**
University of Alabama
500 Martha Parham West
Box 870395
Tuscaloosa, Alabama 35487-0395
Telephone: (205) 348-6894
Facsimile: (205) 348-3909
wvanderpoljr@adap.ua.edu
blawrence@adap.ua.edu
lwilliams@adap.ua.edu
amixson@adap.ua.edu

William G. Somerville III
Patricia Clotfelter
**BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC**
420 20th Street North
Suite 1400
Birmingham, Alabama 35203
Telephone:  (205) 244-3863
Facsimile:  (205) 488-3863
wsomerville@bakerdonelson.com
pclotfelter@bakerdonelson.com

Deana Johnson
Brett T. Lane
**MHM SERVICES, INC.**
1447 Peachtree Street NE

Neal K. Katyal
Catherine E. Stetson
Jo-Ann Tamila Sagar
**HOGAN LOVELLS US LLP**
555 13th Street NW
Washington, DC 20004
Telephone: (202) 637-5528
Facsimile: (202) 637-5910

Edward A. Bedard
**KING & SPALDING, LLP**
1180 Peachtree Street NE
Suite 1600
Atlanta, GA 30309
Telephone: (404) 572-3127

Anna T. Pletcher
Mellissa C. Cassel
**O'Melveny& Myers LLP**
Two Embarcadero Center
28th Floor
San Francisco, CA, 94111
Telephone: (415) 984-8701
apletcher@omm.com
mcassel@omm.com

Andrew R. Hellman
**O'Melveny& Myers LLP**
1625 Eye Street NW
Washington, DC, 20006
andrewhellman@omm.com

Suite 500
Atlanta, GA 30309
Telephone: (404) 347-4134
Facsimile: (404) 347-4138
djohnson@mhm-services.com
btlane@mhm-services.com

Joshua C. Toll
**KING & SPALDING, LLP**
1700 Pennsylvania Avenue NW
2nd Floor
Washington, DC 20006
Telephone: (202) 227-6138

Evan Diamond
**KING & SPALDING, LLP**
1185 Avenue of Americas
34th Floor
New York, NY 10036
Telephone: (212) 556-2297

Rachel Rubens
**KING & SPALDING, LLP**
50 California Street
Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1210

*/s/ Kenneth S. Steely*
Of Counsel