UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **EDWARD BRAGGS, et al.,** | |
| **Plaintiffs,** | |
| v. | Civil Action No. 2:14-cv-00601-MHT-JTA |
| **JOHN HAMM, et al.,** | |
| **Defendants.** | |

## NOTICE OF APPEARANCE

COMES NOW Latasha L. McCrary of the Southern Poverty Law Center and enters her appearance as counsel for all Plaintiffs in the above listed case.

Respectfully submitted this 13th day of February 2023.

/s/ Latasha L. McCrary
Latasha L. McCrary (ASB-1935-L75M)
**SOUTHERN POVERTY LAW CENTER**
400 Washington Avenue
Montgomery, Alabama 36104
Telephone: (334) 956-8200
Facsimile:  (334) 956-8481
latasha.mccrary@splcenter.org
*Attorney for Plaintiffs*

# **CERTIFICATE OF SERVICE**

I hereby certify that I have on this 13th day of February 2023 electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notification of such filing to the following:

Mary-Coleman Mayberry Roberts, Esq.
Stephanie Lynn Dodd Smithee, Esq.
Alabama Department of Corrections
Legal Division
P. O. Box 301501
Montgomery, AL  36130-1501
marycoleman.roberts@doc.alabama.gov
stephanie.smithee@doc.alabama.gov

Philip Piggott, Esq.
Webster Henry
Two Perimeter Park South
Suite 445 East
Birmingham, AL  35243
ppiggott@websterhenry.com

William R. Lunsford, Esq.
Matthew Reeves, Esq.
Kenneth S. Steely, Esq.
La Keisha W. Butler, Esq.
Oniquca A.Wright, Esq.
Maynard, Cooper & Gale, P.C.
655 Gallatin Street, SW
Huntsville, AL  35801
blunsford@maynardcooper.com
mreeves@maynardcooper.com
ksteely@maynardcooper.com
lbutler@maynardcooper.com
owright@maynardcooper.com

Deana Johnson, Esq.
Brett T. Lane, Esq.
MHM Services, Inc.
1447 Peachtree Street, N.E., Suite 500
Atlanta, GA  30309
djohnson@mhm-services.com
btlane@mhm-services.com

 /s/ Latasha L. McCrary
One of the Attorneys for Plaintiffs