IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| EDWARD BRAGGS, et al.,                )<br>                                       )<br>    Plaintiffs,                       )<br>                                       )<br>    v.                                 )<br>                                       )<br>JOHN HAMM, in his                      )<br>official capacity as                   )<br>Commissioner of                        )<br>the Alabama Department of              )<br>Corrections, et al.,                   )<br>                                       )<br>    Defendants.                        ) | CIVIL ACTION NO.<br>2:14cv601-MHT<br>(WO) |

### ORDER ON UPDATED STAFFING ANALYSIS

Based on the representations made at the triannual conference held on February 10, 2023, it is ORDERED that the parties are to file, by 5:00 p.m. on February 24, 2023, a joint report addressing the status of mediation as to the adequacy of the 2022 Correctional Staffing Report (Doc. 3849), and including any agreed upon modifications to that analysis.

DONE, this the 16th day of February, 2023.

                                    /s/ Myron H. Thompson
                                 UNITED STATES DISTRICT JUDGE