# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **EDWARD BRAGGS,** *et al.*, ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | Case No. 2:14-cv-00601-MHT |
| **v.** ) | |
| ) | District Judge Myron H. Thompson |
| **JOHN HAMM,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

## MOTION FOR LEAVE TO FILE UNDER SEAL

Defendants John Hamm ("Commissioner Hamm"), in his official capacity as Commissioner of the Alabama Department of Corrections ("ADOC"), and Deborah Crook ("Deputy Commissioner" and, collectively with Commissioner Hamm, the "State") in her official capacity as ADOC's Deputy Commissioner, Office of Health Services, hereby move this Court for leave to file *under seal* the Updated 2023 Correctional Staffing Analysis report.

1. The State filed its "Staffing Analysis and Facilities Shift Relief Requirements for the Alabama Department of Corrections" ("Staffing Analysis") *under seal*, as required by the Court, on November 1, 2022. (Doc. 3849).

2. The State amended the Staffing Analysis on February 17, 2023, and must submit the updated analysis.

3. The updated Staffing Analysis report contains highly confidential and

sensitive information regarding security features at ADOC facilities, including correctional staffing and security apparatus on the perimeter of the facilities. Public disclosure of the information contained within the updated Staffing Analysis report would jeopardize ADOC's ability to maintain security within its facilities, securely house inmates, and prevent inmates from escaping or from contraband entering the facilities.

WHEREFORE, PREMISES CONSIDERED, the State respectfully requests that this Court enter an Order permitting the State to file the updated Staffing Analysis report under seal.

Dated: February 24, 2023.

/s/ Kenneth S. Steely
Kenneth S. Steely
*Attorney for the State*

William R. Lunsford
Matthew B. Reeves
Kenneth S. Steely
La Keisha W. Butler
Oniquca A. Wright
**MAYNARD, COOPER & GALE, P.C.**
655 Gallatin Street
Huntsville, AL 35801
Telephone: (256) 512-5710
Facsimile: (256) 512-0119
blunsford@maynardcooper.com
mreeves@maynardcooper.com
ksteely@maynardcooper.com
lbutler@maynardcooper.com
owright@maynardcooper.com

Stephanie L. Smithee
Mary-Coleman Roberts
**ALABAMA DEPARTMENT OF CORRECTIONS**
Legal Division
301 South Ripley Street
Montgomery, Alabama 36130
Telephone (334) 353-3884
Facsimile (334) 353-3891
stephanie.smithee@doc.alabama.gov
marycoleman.roberts@doc.alabama.gov

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all attorneys of record in this matter, including without limitation the following, by the Court's CM/ECF system on this the 24th of February, 2023:

Ashley N. Light
Lisa W. Borden
**SOUTHERN POVERTY LAW CENTER**
400 Washington Avenue
Montgomery, Alabama 36104
Telephone: (334) 956-8200
Facsimile: (334) 956-8481
ashley.light@splcenter.org
lisawborden@gmail.com

Leslie F. Jones
**SOUTHERN POVERTY LAW CENTER**
111 East Capitol Street
Suite 280
Jackson, MS 39201
Telephone: (601) 948-8882
Facsimile: (334) 956-8281

Bruce Hamilton
**SOUTHERN POVERTY LAW CENTER**
201 St. Charles Avenue
Suite 2000
New Orleans, LA 70170
Telephone: (504) 352-4398
Facsimile: (504) 486-8947

Anil A. Mujumdar
**DAGNEY JOHNSON LAW GROUP**
2170 Highland Avenue, Suite 250
Birmingham, Alabama 35213
Telephone: (205) 729-8445
Facsimile: (205) 809-7899
anil@dagneylaw.com

William Van Der Pol, Jr.
Lonnie Williams
Barbara A. Lawrence
Andrea J. Mixson
Larry G. Canada
**ALABAMA DISABILITIES ADVOCACY PROGRAM**
University of Alabama
500 Martha Parham West
Box 870395
Tuscaloosa, Alabama 35487-0395
Telephone: (205) 348-6894
Facsimile: (205) 348-3909
wvanderpoljr@adap.ua.edu
blawrence@adap.ua.edu
lwilliams@adap.ua.edu
amixson@adap.ua.edu

William G. Somerville III
Patricia Clotfelter
**BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC**
420 20th Street North
Suite 1400
Birmingham, Alabama 35203
Telephone: (205) 244-3863
Facsimile: (205) 488-3863
wsomerville@bakerdonelson.com
pclotfelter@bakerdonelson.com

Deana Johnson
Brett T. Lane
**MHM SERVICES, INC.**
1447 Peachtree Street NE

| | |
|---|---|
| Neal K. Katyal<br>Catherine E. Stetson<br>Jo-Ann Tamila Sagar<br>**HOGAN LOVELLS US LLP**<br>555 13th Street NW<br>Washington, DC 20004<br>Telephone: (202) 637-5528<br>Facsimile: (202) 637-5910 | Suite 500<br>Atlanta, GA 30309<br>Telephone: (404) 347-4134<br>Facsimile: (404) 347-4138<br>djohnson@mhm-services.com<br>btlane@mhm-services.com |
| Edward A. Bedard<br>**KING & SPALDING, LLP**<br>1180 Peachtree Street NE<br>Suite 1600<br>Atlanta, GA 30309<br>Telephone: (404) 572-3127 | Joshua C. Toll<br>**KING & SPALDING, LLP**<br>1700 Pennsylvania Avenue NW<br>2nd Floor<br>Washington, DC 20006<br>Telephone: (202) 227-6138 |
| Anna T. Pletcher<br>Mellissa C. Cassel<br>**O'Melveny& Myers LLP**<br>Two Embarcadero Center<br>28th Floor<br>San Francisco, CA, 94111<br>Telephone: (415) 984-8701<br>apletcher@omm.com<br>mcassel@omm.com | Evan Diamond<br>**KING & SPALDING, LLP**<br>1185 Avenue of Americas<br>34th Floor<br>New York, NY 10036<br>Telephone: (212) 556-2297 |
| Andrew R. Hellman<br>**O'Melveny& Myers LLP**<br>1625 Eye Street NW<br>Washington, DC, 20006<br>andrewhellman@omm.com | Rachel Rubens<br>**KING & SPALDING, LLP**<br>50 California Street<br>Suite 3300<br>San Francisco, CA 94111<br>Telephone: (415) 318-1210 |

*/s/ Kenneth S. Steely*
Of Counsel