## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **EDWARD BRAGGS,** *et al.***,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **Case No. 2:14-cv-00601-MHT** |
| **v.** | ) | |
| | ) | **District Judge Myron H. Thompson** |
| **JOHN HAMM,** *et al.***,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## JOINT STATUS REPORT
## REGARDING THE 2022 STAFFING ANALYSIS

Plaintiffs and Defendants JOHN HAMM ("Commissioner Hamm"), in his official capacity as Commissioner of the Alabama Department of Corrections ("ADOC"), and DEBORAH CROOK ("Deputy Commissioner" and, collectively Commissioner, Office of Health Services (Plaintiffs together with the State, the "Parties"), hereby jointly submit this Joint Status Report Regarding the 2022 Staffing Analysis in accordance with the Order on the Staffing Analysis. (Doc. 3922).[1]  The Parties state as follows:

---

[1] The State submits this report in response to § 2.1.2 of the Phase 2A Remedial Order and the Order on Updated Staffing Analysis.  (Doc. 3464 at § 2.1.2) (Doc. 3922).  The State expressly preserves any and all objections and all available legal and equitable arguments in response to the Court's Phase 2A Omnibus Remedial Opinion (Docs. 3461, 3462, 3463, 3465), Phase 2A Omnibus Remedial Order (Doc. 3464), any other Phase 2A remedial orders, and the Court's liability opinions and orders in this action, including without limitation, the Court's Liability Opinion and Order as to Phase 2A Eighth Amendment Claim (Doc. 1285) and Phase 2A Supplemental Liability Opinion and Order on Periodic Mental-Health Evaluations of Prisoners in Segregation (Doc. 2332).  Nothing contained in this filing shall be construed as an admission of any kind by the State, a waiver of any objection to any opinion or order in this action, or a waiver of the State's appellate

1.     The State filed its "Staffing Analysis and Facilities Shift Relief Requirements for the Alabama Department of Corrections" ("Staffing Analysis") *under seal*, as required by the Court, on November 1, 2022.  (Doc. 3849).

2.     On December 20, 2022, Plaintiffs filed their response to the Staffing Analysis, noting "several areas in which Plaintiffs are not in agreement with either the number of officers assigned, the level of officer (CO or Supervisor) assigned, or the priority level (mandatory vs. essential) of individual assigned officers at several facilities."  (Doc. 3880).

3.     Plaintiffs requested mediation with U.S. Magistrate Judge John Ott to facilitate an opportunity to resolve any remaining disputes with the Staffing Analysis (id.) and the State did not oppose Plaintiffs' request for mediation (doc. 3890).

4.     The Parties successfully resolved all concerns regarding the Staffing Analysis, and the State will file its "Staffing Analysis and Facilities Shift Relief Requirements for the Alabama Department of Corrections, Updated: February 17, 2023" ("Updated Staffing Analysis"), *under seal*, with the following changes:

a.     The State clarified that the classification of the Basic Correctional Officer ("BCO") changed to the new classification of the Correctional

---

right to Phase 2A (see Doc. 3488).  Nothing in this filing shall be construed as an admission of any kind by the State that ADOC's current or historical staffing or provision of mental-health care is or was unconstitutional or deficient at anytime or in any way. The State reserves the right and discretion to revise and/or update the Staffing Analysis with respect to any or all facilities at any time.

Security Officer ("CSO"), (Updated Staffing Analysis, p. 10);

        b.    The State added an additional Utility Officer post to Bullock Correctional Facility ("Bullock"), (Updated Staffing Analysis, pp. 20, 74);

        c.    The State added an additional Utility Officer post to Holman Correctional Facility ("Holman"), (Updated Staffing Analysis, pp. 33, 80);

        d.    The State corrected the calculation of full time equivalents ("FTE") for the Utility Officer position at Holman, (Updated Staffing Analysis, p. 80);

        e.    The State adjusted the capacity of three (3) dorms at Tutwiler Prison for Women, (Updated Staffing Analysis, p. 44); and

        f.    The State adjusted the total number FTEs based on the addition of the two (2) Utility Offices and the correction of an error in the calculation of the Utility Officer position at Holman, (Updated Staffing Analysis, p. 52).

        Date: February 24, 2023.

                                              */s/ William R. Lunsford*
                                              *Attorney for the State*

William R. Lunsford
Matthew B. Reeves
La Keisha Butler
Kenneth S. Steely
Oniquca A. Wright
**MAYNARD, COOPER & GALE, P.C.**
655 Gallatin Street

Huntsville, AL 35801
Telephone: (256) 512-5710
Facsimile: (256) 512-0119
blunsford@maynardcooper.com
mreeves@maynardcooper.com
lbutler@maynardcooper.com
ksteely@maynardcooper.com
owright@maynardcooper.com

Stephanie L. Smithee
Mary-Coleman Roberts
**ALABAMA DEPARTMENT OF CORRECTIONS**
Legal Division
301 South Ripley Street
Montgomery, Alabama 36130
Telephone (334) 353-3884
Facsimile (334) 353-3891
stephanie.smithee@doc.alabama.gov
marycoleman.roberts@doc.alabama.gov

Philip Piggott, Esq.
**WEBSTER HENRY**
Two Perimeter Park South
Suite 445 East
Birmingham, AL  35243
ppiggott@websterhenry.com

Deana Johnson, Esq.
Brett T. Lane, Esq.
**MHM SERVICES, INC.**
1447 Peachtree Street, N.E., Suite 500
Atlanta, GA  30309
djohnson@mhm-services.com
btlane@mhm-services.com

**ATTORNEYS FOR THE DEFENDANTS**

*/s/William Van Der Pol, Jr.*
William Van Der Pol, Jr.

Ashley N. Light
Lisa W. Borden
Latasha L. McCrary
**SOUTHERN POVERTY LAW CENTER**
400 Washington Avenue
Montgomery, AL 36104
Telephone: (334) 956-8200
Facsimile: (334) 956-8481
ashley.austin@splcenter.org
lisa.borden@splcenter.org
latasha.mccrary@splcenter.org

Leslie Faith Jones*
**SOUTHERN POVERTY LAW CENTER**
111 East Capitol Street, Suite 280
Jackson, MS 39201
Telephone: (601) 948-8882
Facsimile: (334) 956-8281
leslie.jones@splcenter.org
*Admitted pro hac vice*

Bruce Hamilton*
**SOUTHERN POVERTY LAW CENTER**
201 St. Charles Avenue
Suite 2000
New Orleans, LA 70170
Telephone: (504) 352-4398
Facsimile: (504) 809-7899
*Admitted pro hac vice*

William G. Somerville, III
Patricia Clotfelter
**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ  PC**
420 20th Street North, Suite 1400
Birmingham, AL 35203
wsomerville@bakerdonelson.com
pclotfelter@bakerdonelson.com

William Van Der Pol, Jr.

Lonnie Williams
Barbara A. Lawrence
Andrea J. Mixson
**ALABAMA DISABILITIES
ADVOCACY PROGRAM**
University of Alabama
500 Martha Parham West
Box 870395
Tuscaloosa, AL  35487
Telephone: (205) 348-4928
Facsimile: (205) 348-3909
wvanderpoljr@adap.ua.edu
lwilliams@adap.ua.edu
blawrence@adap.ua.edu
amixson@adap.ua.edu

Catherine E. Stetson*
Neal K. Katyal*
Jo-Ann T. Sagar*
**HOGAN LOVELLS US LLP**
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
cate.stetson@hoganlovells.com
neal.katyal@hoganlovells.com
jo-ann.sagar@hoganlovells.com
*Admitted pro hac vice*

Mark Whitburn*
**WHITBURN & PEVSNER, PLLC**
2000 East Lamar Boulevard, Suite #600
Arlington, TX  76006
Telephone: (817) 672-5453
Facsimile: (817) 653-4477
mwhitburn@whitburnpevsner.com
*Admitted pro hac vice*

Joshua C. Toll*
**KING & SPALDING LLP**

6

1700 Pennsylvania Avenue NW, 2nd Floor
Washington, DC 20006-4707
Telephone: (202) 227-6138
Facsimile: (202) 626-3737
jtoll@kslaw.com
*Admitted pro hac vice*

Evan Diamond*
**KING & SPALDING LLP**
185 Avenue of the Americas, 34th Floor
New York, NY 10036
Telephone: (212) 556-2297
Facsimile: (212) 556-2222
ediamond@kslaw.com
*Admitted pro hac vice*

Edward A. Bedard*
**KING & SPALDING LLP**
1180 Peachtree Street NE, Suite 1600
Atlanta, GA 30309
Telephone: (404) 572-3127
Facsimile: (404) 572-5100
ebedard@kslaw.com
*Admitted pro hac vice*

Rachel Rubens*
**KING & SPALDING LLP**
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1210
rrubens@kslaw.com
*Admitted pro hac vice*

**ATTORNEYS FOR THE PLAINTIFFS**

Anil A. Mujumdar
**DAGNEY JOHNSON LAW GROUP**
2170 Highland Avenue, Suite 250
Birmingham, AL 35213
Telephone: (205) 590-6986

Facsimile: (205) 809-7899
anil@dagneylaw.com

**ATTORNEY FOR PLAINTIFF ALABAMA DISABILITIES ADVOCACY PROGRAM**