**QUARTERLY STAFFING REPORT**



# QUARTERLY CORRECTIONAL STAFFING REPORT

**Braggs, *et al.* v. Hamm, *et al.*,** In the United States District Court
for the Middle District of Alabama, Northern Division,
Case No. 2:14-cv-00601-MHT.

**Dated: December 1, 2022**

## QUARTERLY CORRECTIONAL STAFFING REPORT FOR THE QUARTER ENDING SEPTEMBER 30, 2022

| | Correctional Staffing[1] (Includes CCO, BCO, CO, Sr. CO and "Factored" Part-Time Retirees) | | | | | | | | Q3 – 2022 Attrition | | Staff with ADOC in Excess of | | Correctional Supervisors | | | Q3 - 2022 Attrition | | Staff with ADOC in Excess of | 9/30/22 Correctional | Q3-2022 Turnover | Retention | Q3 - 2022 Vacancy |
| | Assigned | CCO Actual | BCO Actual | CO Actual | PT Actual | PT Fact. | Sr. CO Actual | 9/30/22 Actual | Q3 Ending Vacancies | Vol | Inv | 12 Months | Assigned | 9/30/22 Actual | Q3 Ending Vacancies | Vol | Inv | 12 Months | Staff | Rate | Rate | Rate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bibb | 272 | 1 | 23 | 2 | 7 | 3.5 | 28 | 57.5 | 214.5 | 7 | 0 | 53.5 | 39 | 16 | 23 | 2 | 0 | 16 | 73.5 | 12.2% | 94.6% | 76.4% |
| Bullock | 292 | 11 | 20 | 2 | 7 | 3.5 | 40 | 76.5 | 215.5 | 2 | 0 | 74.5 | 44 | 15 | 29 | 0 | 0 | 15 | 91.5 | 2.2% | 97.8% | 72.8% |
| Donaldson | 365 | 3 | 15 | 3 | 20 | 10 | 67 | 98 | 267 | 5 | 0 | 97 | 44 | 18 | 26 | 3 | 1 | 18 | 116 | 7.8% | 99.1% | 71.6% |
| Draper | | | 4 | | | 0 | 16 | 20 | -20 | 1 | 0 | 20 | | 7 | -7 | 0 | 0 | 7 | 27 | 3.7% | 100.0% | |
| Easterling | 219 | 10 | 13 | 2 | 9 | 4.5 | 31 | 60.5 | 158.5 | 9.5 | 1 | 55.5 | 33 | 12 | 21 | 0 | 0 | 12 | 72.5 | 14.5% | 93.1% | 71.2% |
| Elmore | 157 | 1 | 25 | 3 | 9 | 4.5 | 37 | 70.5 | 86.5 | 5.5 | 0 | 57.5 | 34 | 20 | 14 | 0 | 0 | 20 | 90.5 | 6.1% | 85.6% | 52.6% |
| Fountain | 194 | | 14 | | 20 | 10 | 36 | 60 | 134 | 2 | 1 | 58 | 36 | 14 | 22 | 0 | 0 | 14 | 74 | 4.1% | 97.3% | 67.8% |
| Hamilton A & I | 40 | | 13 | | 2 | 1 | 41 | 55 | -15 | 4 | 0 | 55 | 14 | 13 | 1 | 0 | 0 | 13 | 68 | 5.9% | 100% | -25.9% |
| Holman | 241 | 4 | 11 | 1 | 9 | 4.5 | 23 | 43.5 | 197.5 | 3 | 0 | 42.5 | 36 | 11 | 25 | 0 | 0 | 11 | 54.5 | 5.5% | 98.2% | 80.3% |
| Kilby | 272 | 2 | 21 | 4 | 18 | 9 | 84 | 120 | 152 | 3.5 | 1 | 115 | 47 | 24 | 23 | 0 | 0 | 24 | 144 | 3.1% | 96.5% | 54.9% |
| Limestone | 324 | 1 | 20 | 3 | 21 | 10.5 | 76 | 111.5 | 212.5 | 12 | 0 | 106.5 | 44 | 35 | 9 | 3 | 0 | 35 | 146.5 | 10.2% | 96.6% | 60.2% |
| St. Clair | 300 | | 25 | 5 | 26 | 13 | 68 | 111. | 189 | 4 | 0.5 | 106 | 31 | 25 | 6 | 0 | 0 | 25 | 136 | 3.3% | 96.3% | 58.9% |
| Staton | 266 | 7 | 16 | 3 | 23 | 11.5 | 43 | 80.5 | 185.5 | 13 | 0 | 78.5 | 29 | 17 | 12 | 0 | 0 | 17 | 97.5 | 13.3% | 97.9% | 66.9% |
| Tutwiler | 162 | 9 | 42 | 2 | 12 | 6 | 39 | 98 | 64 | 9 | 0 | 90 | 38 | 27 | 11 | 0 | 0 | 27 | 125 | 7.2% | 93.6% | 37.5% |
| Ventress | 222 | 3 | 19 | 3 | 16 | 8 | 31 | 64 | 158 | 6 | 0 | 63 | 31 | 12 | 19 | 1 | 0 | 12 | 76 | 9.2% | 98.7% | 70.0% |
| | | | | | | | | | | | | | | | | | | | | | | |
| TOTAL | 3326 | 53 | 281 | 33 | 199 | 99.5 | 660 | 1126.5 | 2199.5 | 86.5 | 3.5 | 1072.5 | 500 | 266 | 234 | 9 | 1 | 266 | 1392.5 | 7.2% | 96.1% | 63.6% |

---

[1] The Quarterly Correctional Staffing Report provides a breakdown of the total number of Correctional Cubicle Operators ("CCOs"), Basic Correctional Officers ("BCOs"), Correctional Officers ("COs"), and Senior Correctional Officers ("Sr. COs") by position.

**DECEMBER 1, 2022 REPORT**