IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| EDWARD BRAGGS, et al.,  ) | |
| ) | |
| Plaintiffs,  ) | |
| ) | CIVIL ACTION NO. |
| v.  ) | 2:14cv601-MHT |
| ) | (WO) |
| JOHN HAMM, in his  ) | |
| official capacity as  ) | |
| Commissioner of  ) | |
| the Alabama Department of  ) | |
| Corrections, et al.,  ) | |
| ) | |
| Defendants.  ) | |

### ORDER

It is ORDERED that the global status conference, set for July 7, 2023, at 9:00 a.m. is reset for July 14, 2023 at 9:00 a.m. by videoconferencing.

DONE, this the 5th day of July, 2023.

                                  /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**