IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| EDWARD BRAGGS, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) CIVIL ACTION NO. |
| v. | ) 2:14cv601-MHT |
| | ) (WO) |
| JOHN HAMM, in his | ) |
| official capacity as | ) |
| Commissioner of | ) |
| the Alabama Department of | ) |
| Corrections, et al., | ) |
| | ) |
| Defendants. | ) |

ORDER AS TO PHASE 1 ADA TRANSITION PLAN

Based on the representations made on the record at the triannual status conference on July 14, 2023, that the parties are no longer in mediation and that the "transition plan" is now being updated with the help of Gina Hilberry, it is ORDERED that the parties are to file a joint status report by July 21, 2023, at 5:00 p.m. regarding their efforts to resolve the overarching Phase 1 ADA transition plan issue in this case in light of the construction of one or more new facilities. The report should include an anticipated deadline for the completion

of an updated transition plan with any new compliance deadlines.

DONE, this the 14th day of July, 2023.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE