IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

EDWARD BRAGGS, et al.,        )
                              )
     Plaintiffs,              )
                              )   CIVIL ACTION NO.
     v.                       )   2:14cv601-MHT
                              )        (WO)
JOHN HAMM, in his            )
official capacity as          )
Commissioner of               )
the Alabama Department of     )
Corrections, et al.,          )
                              )
     Defendants.              )

ORDER AS TO PHASE 2A ADA COMPLIANCE

Based on the representations made on the record at the triannual status conference on July 14, 2023, and considering the upcoming October 1, 2023, deadline for Phase 2A ADA compliance pertaining to the provision of the Adaptive Behavior/Life Skills training course to approximately 700 inmates, it is ORDERED that:

(1) The parties are to file joint reports on August 15 and September 15, by 5:00 p.m., 2023, reflecting the progress of the provision of the Adaptive Behavior/Life Skills training course to

the approximately 700 inmates, including how many have begun the course at that time.

(2) The parties are to include in both reports (a) whether they anticipate compliance with the October 1 deadline, and (b) what would be the dispute resolution process, that is, what would be the next steps taken, in the event that the October 1 deadline were not met.

(3) The parties should be prepared to discuss the above reports at the status conference on September 20, 2023, at 9:00 a.m.

DONE, this the 14th day of July, 2023.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE