IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| EDWARD BRAGGS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:14cv601-MHT |
| ) | (WO) |
| JOHN HAMM, in his ) | |
| official capacity as ) | |
| Commissioner of ) | |
| the Alabama Department of ) | |
| Corrections, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER AS TO LAPSED PHASE 1 ADA ALTERATION DEADLINES**

Based on the representations made on the record at the triannual status conference on July 14, 2023, it is ORDERED as follows:

(1) With regard to the lapsed deadline (January 1, 2023) for alterations to the Birmingham Community Based Facility/Community Work Center, the parties should complete mediation and file a status report on September 15, 2023, as to how they plan to proceed on this issue.

(2) With regard to the lapsed deadline (January 1, 2023) for alterations to the Frank Lee Community Based Facility/Community Work Center, the court understands that these alterations are "folded into" the efforts to "update the transition plan" given that the Frank Lee Center is set to close upon completion of the new Elmore Facility; however, the plaintiffs are to file a report on September 15, 2023, as to whether the inmates with disabilities at the Frank Lee Center are receiving, and will continue to receive, the appropriate ADA accommodations until the facility closes.

(3) With regard to the lapsed deadline (May 31, 2023) for alterations to William E. Donaldson Correctional Facility, the parties should complete mediation and file a status report on September 15, 2023, as to how they plan to proceed on this issue.

(4) The parties should be prepared to discuss the above reports at the status conference on September 20, 2023, at 9:00 a.m.

DONE, this the 14th day of July, 2023.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**

3