IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| EDWARD BRAGGS, et al.,              ) | |
| ) | |
| Plaintiffs,            ) | |
| ) | CIVIL ACTION NO. |
| v.                     ) | 2:14cv601-MHT |
| ) | (WO) |
| JOHN HAMM, in his      ) | |
| official capacity as   ) | |
| Commissioner of        ) | |
| the Alabama Department of  ) | |
| Corrections, et al.,   ) | |
| ) | |
| Defendants.            ) | |

ORDER AS TO HIGH TEMPERATURES IN MENTAL-HEATLH UNITS

Based on the representations made on the record at the triannual status conference on July 14, 2023, and in light of filing of the successfully mediated and "mutually agree[d]" upon Amended Administrative Regulation 619 (Doc. 3986-1), of which the court approves, it is ORDERED that the court will not take further action at this time as to the alleged serious

risk of high temperatures in the mental-health units that was recently presented to the court.

DONE, this the 19th day of July, 2023.

                                          /s/ Myron H. Thompson  
                                      **UNITED STATES DISTRICT JUDGE**