

# QUARTERLY CORRECTIONAL STAFFING REPORT

**Braggs, *et al.* v. Hamm, *et al.*, In the United States District Court
for the Middle District of Alabama, Northern Division,
Case No. 2:14-cv-00601-MHT.**

**Dated: June 1, 2023**

## QUARTERLY CORRECTIONAL STAFFING REPORT FOR THE QUARTER ENDING MARCH 31, 2023

| | Correctional Staffing[1] (Includes CCO, BCO, CO, Sr. CO and "Factored" Part-Time Retirees) | | | | | | | | | | | | | Correctional Supervisors | | | | | | | | | |
| | Assigned | CCO Actual | BCO Actual | CO Actual | COT Actual | PT Actual | PT Fact. | Sr. CO Actual | 3/31/23 Actual | Q1 Ending Vacancies | Q1 – 2023 Attrition Vol | Inv | Staff with ADOC in Excess of 12 Months | Assigned | 3/31/23 Actual | Q1 Ending Vacancies | Q1 - 2023 Attrition Vol | Inv | Staff with ADOC in Excess of 12 Months | 3/31/23 Correctional Staff | Q1-2023 Turnover Rate | Retention Rate | Q1 - 2023 Vacancy Rate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bibb | 272 | 1 | 23 | 2 | 1 | 8 | 4 | 27 | 57 | 215 | 6 | | 51.5 | 39 | 17 | 22 | 0 | | 17 | 74 | 8.1% | 92.6% | 76.2% |
| Bullock | 292 | 10 | 12 | 1 | 0 | 8 | 4 | 36 | 63 | 229 | 5 | | 61.5 | 44 | 14 | 30 | 0 | | 14 | 77 | 6.5% | 98.1% | 77.1% |
| Donaldson | 365 | 3 | 16 | 2 | 4 | 18 | 9 | 56 | 86 | 279 | 8 | | 75 | 44 | 23 | 21 | 1 | | 23 | 109 | 8.3% | 89.9% | 73.3% |
| Draper | | 0 | 3 | 0 | 0 | 0 | 0 | 15 | 18 | -18 | 1 | | 18 | | 7 | -7 | | | 7 | 25 | 4.0% | 100% | |
| Easterling | 219 | 8 | 10 | 1 | 0 | 8 | 4 | 29 | 52 | 167 | 6 | 2 | 47.5 | 33 | 12 | 21 | 1 | | 12 | 64 | 14.1% | 93% | 74.6% |
| Elmore | 157 | 1 | 14 | 4 | 6 | 9 | 4.5 | 34 | 57.5 | 99.5 | 3 | 1 | 45.5 | 34 | 21 | 13 | 0 | | 21 | 78.5 | 5.1% | 84.7% | 58.9% |
| Fountain | 194 | 0 | 14 | 0 | 0 | 20 | 10 | 32 | 56 | 138 | 3 | | 54.5 | 36 | 13 | 23 | 0 | | 13 | 69 | 4.3% | 97.8% | 70.0% |
| Hamilton A & I | 40 | 0 | 15 | 2 | 2 | 3 | 1.5 | 40 | 58.5 | -18.5 | 2 | | 50 | 14 | 13 | 1 | 0 | | 13 | 71.5 | 2.8% | 88.1% | -32.4% |
| Holman | 241 | 5 | 11 | 0 | 0 | 9 | 4.5 | 20 | 40.5 | 200.5 | 3.5 | | 35.5 | 36 | 14 | 22 | 0 | | 14 | 54.5 | 6.4% | 90.8% | 80.3% |
| Kilby | 272 | 1 | 17 | 1 | 6 | 19 | 9.5 | 79 | 107.5 | 164.5 | 5 | | 95.5 | 47 | 24 | 23 | 0 | | 24 | 131.5 | 3.8% | 90.9% | 58.8% |
| Limestone | 324 | 2 | 11 | 4 | 4 | 21 | 10.5 | 57 | 84.5 | 239.5 | 8.5 | | 75 | 44 | 35 | 9 | 0 | | 35 | 119.5 | 7.1% | 92.1% | 67.5% |
| St. Clair | 300 | 1 | 22 | 5 | 6 | 25 | 12.5 | 60 | 100.5 | 199.5 | 8 | | 86 | 31 | 26 | 5 | 1 | | 26 | 126.5 | 7.1% | 88.5% | 61.8% |
| Staton | 266 | 7 | 11 | 1 | 0 | 22 | 11 | 37 | 67 | 199 | 6 | 1 | 63.5 | 29 | 18 | 11 | 1 | | 18 | 85 | 9.4% | 95.9% | 71.2% |
| Tutwiler | 162 | 9 | 31 | 4 | 3 | 12 | 6 | 35 | 85 | 77 | 5 | | 73 | 38 | 26 | 12 | 0 | | 26 | 111 | 4.5% | 89.2% | 44.5% |
| Ventress | 222 | 5 | 14 | 0 | 1 | 19 | 9.5 | 23 | 51.5 | 170.5 | 9 | | 46 | 31 | 11 | 20 | 0 | | 11 | 62.5 | 14.4% | 91.2% | 75.3% |
| TOTAL | 3326 | 53 | 224 | 27 | 33 | 201 | 100.5 | 580 | 984.5 | 2341.5 | 79 | 4 | 803 | 500 | 274 | 226 | 4 | 0 | 274 | 1258.5 | 6.9% | 85.6% | 67.1% |

---

[1] The Quarterly Correctional Staffing Report provides a breakdown of the total number of Correctional Cubicle Operators ("CCOs"), Basic Correctional Officers ("BCOs"), Correctional Officers ("COs"), and Senior Correctional Officers ("Sr. COs") by position.