IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EDWARD BRAGGS, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 2:14-cv-00601-MHT-JTA |
| JOHN HAMM, in his official ) | Judge Myron H. Thompson |
| capacity as Commissioner of the ) | |
| Alabama Department of Corrections, ) | |
| et al.    ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFFS' REPORT REGARDING AMERICANS WITH DISABILITIES ACT ACCESS AT FRANK LEE CBF/CWC**

Per this Court's Order as to Lapsed Phase 1 ADA Alteration Deadlines (Doc. 3992) and the August 29, 2023, Revised Remedy Scheduling Order (Doc. 4016), Plaintiffs hereby submit this report "whether the inmates with disabilities at the Frank Lee Center are receiving, and will continue to receive, the appropriate ADA accommodations until the facility closes." Doc. 4016.

On August 17, 2023, Counsel from both Parties visited Frank Lee Community-Based Facility/Community Work Release (*hereinafter,* "Frank Lee") for the purpose of walking through the facility, meeting the ADA coordinator, and speaking with individuals who have disabilities and were housed at Frank Lee. Upon arrival at the

1

facility, Counsel reviewed the Special Needs Report for individuals identified as having a disability at Frank Lee. Plaintiffs' Counsel identified five individuals they wished to speak with from this list. The Facility ADA Coordinator then led Counsel through all dorms, bathrooms, common areas, and medical access locations to view obvious physical ADA barriers. Counsel additionally looked for any individuals with visible physical disabilities (i.e., wheelchair use, prosthetic limbs, walker, etc.) not included in the Special Needs Report. No additional individuals with disabilities were identified through this search.

During the walkthrough, Counsel identified physical barriers to individuals with disabilities that could be easily remedied. These barriers included the lack of accessible seating in the chow hall and dayroom, a 6" barrier blocking access to all showers, and a raised step leading directly to the identified area of rescue assistance in the kitchen/dining area. It was also noted that a shower chair could be added to assist individuals with standing disabilities during showers.

Following the walkthrough, Plaintiffs' Counsel met with the five identified individuals from the Special Needs Report. The accommodation needs of these individuals varied from addressing physical limitations to hearing and vision impairment. Each individual was informed about the case and the reason for Counsels' visit. The individuals were asked about their disability, any needs for accommodation that had not been addressed, and whether they would want to be

transferred to a more accessible facility. Of the individuals, three indicated the desire to a more accessible facility. One individual explicitly expressed the desire to stay at Frank Lee due to his connections to the area and length of time at the facility. Movement of the fifth individual was not necessary because the nature of his disability would not be improved by movement to a facility which was closer to ADA architecturally compliant.

After completion of the interviews, Counsel met to discuss what physical barriers could be easily remediated in the near future and any recommendations identified during the interviews. Plaintiffs' Counsel indicated the need for accessible seating in dining and common areas, the need for a shower chair, the need for the lip to be removed allowing access to the shower without the need to step over a large ledge, and the need for a ramp to allow access to the area of rescue assistance. Defendants' Counsel stated they would relay this information to their client and believed these issues could be addressed. Plaintiffs' Counsel then explained which individuals they believed would be benefitted by a transfer to a more accessible work release center and why.

On August 28, 2023, Defendants updated Plaintiffs that remediations were going to be made to dining and common area seating by September 15, 2023, a shower chair and ramp were being ordered for use in the facility, and a construction team would be evaluating the removal of the ledge/barrier leading into the shower.

Additionally, Defendants stated that two of the three individuals recommended for transfer had been transferred to another facility, while one needed to stay at Frank Lee to complete court ordered programming. On September 14th, 2023 defendants advised plaintiffs that the barrier on the shower had been removed, effective alterations to the dining hall seating had been completed, a shower chair had been ordered, and a ramp was ordered and would be shortly installed.

Plaintiffs are satisfied that efforts are being made to ensure that individuals at Frank Lee can access needed accommodations and, to the extent that they are not, Defendants are willing to hear suggestions for how to remedy the situation. To the extent that Plaintiffs learn of any individuals at Frank Lee needing an ADA accommodation that is not being responded to, they will raise the issue with Defendants and attempt to address the situation.

Dated: September 15, 2023                                              Respectfully Submitted,

/s/  Ashley N. Light
One of the Attorneys for Plaintiffs

Ashley N. Light
Lisa W. Borden
Latasha L. McCrary
**SOUTHERN POVERTY LAW CENTER**
400 Washington Avenue
Montgomery, AL 36104
Telephone: (334) 956-8200
Facsimile: (334) 956-8481

ashley.light@splcenter.org
lisa.borden@splcenter.org
latasha.mccrary@splcenter.org

Leslie Faith Jones*
**SOUTHERN POVERTY LAW CENTER**
111 East Capitol Street, Suite 280
Jackson, MS 39201
Telephone: (601) 948-8882
Facsimile: (334) 956-8281
leslie.jones@splcenter.org
*Admitted pro hac vice*

William G. Somerville, III
**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ  PC**
420 20th Street North, Suite 1400
Birmingham, AL 35203
wsomerville@bakerdonelson.com

William Van Der Pol, Jr.
Lonnie Williams
Barbara A. Lawrence
Andrea J. Mixson
Larry G. Canada
**ALABAMA DISABILITIES  ADVOCACY PROGRAM**
University of Alabama
2008 12th Street
Box 870395
Telephone: (205) 348-4928 Facsimile:
(205) 348-3909
wvanderpoljr@adap.ua.edu
lwilliams@adap.ua.edu
blawrence@adap.ua.edu
amixson@adap.ua.edu
lcanada@adap.ua.edu

Catherine E. Stetson*
Neal K. Katyal*

Jo-Ann T. Sagar*
**HOGAN LOVELLS US LLP**
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: (202) 637-5600 Facsimile: (202) 637-5910
cate.stetson@hoganlovells.com
neal.katyal@hoganlovells.com jo-ann.sagar@hoganlovells.com
**Admitted pro hac vice*

Joshua C. Toll*
**KING & SPALDING LLP**
1700 Pennsylvania Avenue NW, 2nd Floor
Washington, DC 20006-4707
Telephone: (202) 227-6138
Fascimile: (202) 626-3737
jtoll@kslaw.com **Admitted pro hac vice*

**ATTORNEYS FOR THE PLAINTIFFS**

Anil A. Mujumdar
**DAGNEY JOHNSON LAW GROUP**
2170 Highland Avenue, Suite 250
Birmingham, AL 35213
Telephone: (205) 590-6986
Facsimile: (205) 809-7899
anil@dagneylaw.com

**ATTORNEY FOR PLAINTIFF ALABAMA DISABILITIES ADVOCACY PROGRAM**

## **CERTIFICATE OF SERVICE**

I hereby certify that I have on this 15th day of September, 2023 electronically filed the foregoing with the clerk of court by using the CM/ECF system, which will send a notice of electronic filing to the following:

| | |
|---|---|
| William R. Lunsford | Philip Piggott, Esq. |
| Matthew B. Reeves | Webster Henry |
| Kenneth S. Steely | Two Perimeter Park South |
| Clifford Z. Stafford | Suite 445 East |
| Butler Snow LLP | Birmingham, AL  35243 |
| 200 West Side Square | ppiggott@websterhenry.com |
| Suite 100 | |
| Huntsville, AL 35801 | |
| Telephone: (256) 936-5650 | |
| Facsimile: (256) 936-5651 | |
| bill.lunsford@butlersnow.com | |
| matt.reeves@butlersnow.com | |
| kenneth.steely@butlersnow.com | |
| zane.stafford@butlersnow.com | |

Deana Johnson, Esq.
Brett T. Lane, Esq.
MHM Services, Inc.
1447 Peachtree Street, N.E., Suite 500
Atlanta, GA  30309
djohnson@mhm-services.com
btlane@mhm-services.com

/s/ Ashley N. Light
One of the Attorneys for Plaintiffs