IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| EDWARD BRAGGS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:14cv601-MHT |
| ) | (WO) |
| JOHN HAMM, in his ) | |
| official capacity as ) | |
| Commissioner of ) | |
| the Alabama Department of ) | |
| Corrections, et al., ) | |
| ) | |
| Defendants. ) | |

OPINION ON PHASE 2A ADA CONSENT DECREE:
ADAPTIVE BEHAVIOR/LIFE SKILLS TRAINING (ABLST) COURSE

Since September 2022, the court has been supervising and monitoring--under extended jurisdiction at the parties' joint request--a limited portion of the Phase 2A ADA Consent Decree. *See Braggs v. Hamm*, 2022 WL 16821528, (M.D. Ala. Sept. 1, 2022) (Thompson, J.) (Doc. 3787 and Doc. 3788). Specifically, the court has been supervising and monitoring the Alabama Department of Correction's obligation to provide ADA eligible inmates an opportunity to take the Adaptive Behavior/Life Skills

Training (ABLST) course and refresher course. The courses train certain prisoners, including those with intellectual disabilities, on decision-making, stress management, communication skill building, risk-taking consequences, self-help, hygiene, self-direction, and, crucially, how to access prison services and understand prison rules. According to the parties, this ABLST programming "is the only training of its kind nationally and is not provided by any other department of corrections." *Braggs*, 2022 WL 16821528, at *1. The court's supervision and monitoring of this final provision is set to terminate on October 1, 2023.

On September 15, 2023, in anticipation of the upcoming deadline, the parties filed a joint status report as to the provision of the ABLST courses. *See* Joint Status Report on the Phase 2A Consent Decree (Doc. 4034). That report states that all ABLST-eligible inmates have been offered the course and that all inmates who enrolled in the course will have completed the class prior to the October 1 monitoring deadline. To wit, the

parties confirmed that the ADOC "has complied with all remaining requirements of the Phase 2A ADA Consent Decree" and that court monitoring "should terminate on October 1, 2023." *Id*. at 3.

Moreover, at the on-the-record status conference on September 20, 2023, the defendants represented to the court that the ADOC will continue offering the ABLST course to eligible inmates going forward, even as the court's supervision and monitoring terminates. The court commends the ADOC for not only fulfilling its obligations under the Phase 2A ADA Consent Decree, but also for carrying on the work by its own initiative.

Accordingly, through this opinion, the court acknowledges the ADOC's compliance with the final provision of the Phase 2A ADA Consent Decree (Doc. 1291). The decree will terminate, as scheduled, on October 1, 2023.

DONE, this the 21st day of September, 2023.

                                            /s/ Myron H. Thompson
                                      **UNITED STATES DISTRICT JUDGE**