IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| EDWARD BRAGGS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:14cv601-MHT |
| | ) | (WO) |
| JOHN HAMM, in his | ) | |
| official capacity as | ) | |
| Commissioner of | ) | |
| the Alabama Department of | ) | |
| Corrections, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

It is ORDERED that the joint motion for extension of time to file a joint proposal (Doc. 4047) is granted generally. At the status conference on October 11, 2023, the court will discuss resetting any deadline or deadlines in light of this granted motion.

DONE, this the 6th day of October, 2023.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE