IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| EDWARD BRAGGS, et al.,   )<br>    )<br>    Plaintiffs,   )<br>    )<br>    v.   )<br>    )<br>JOHN HAMM, in his   )<br>official capacity as   )<br>Commissioner of   )<br>the Alabama Department of   )<br>Corrections, et al.,   )<br>    )<br>    Defendants.   ) | CIVIL ACTION NO.<br>2:14cv601-MHT<br>(WO) |

## ORDER REGARDING RHUs

On October 27, 2023, the parties filed a joint statement outlining the defendants' proposal as to how ADOC will allow its restrictive housing units (RHUs) to function safely with the correctional staff that ADOC currently employs. *See* Joint Statement on Restrictive Housing Operations (Doc. 4061). At the on-the-record hearing held on November 3, 2023, the parties proposed that there should be ongoing status reports as to the ADOC's progress regarding RHU safe functioning. Accordingly, it is ORDERED that, on or before noon on

November 17, 2023, the parties file a joint proposal as to what any such status report should contain and how often a report should be filed.

DONE, this the 7th day of November, 2023.

                                          /s/ Myron H. Thompson
                                        UNITED STATES DISTRICT JUDGE