IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| EDWARD BRAGGS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:14cv601-MHT |
| ) | (WO) |
| JOHN HAMM, in his ) | |
| official capacity as ) | |
| Commissioner of ) | |
| the Alabama Department of ) | |
| Corrections, et al., ) | |
| ) | |
| Defendants. ) | |

ORDER

On October 26, 2023, pro se inmate Elbert Ballard filed a motion to intervene (Doc. 4059) in this case. On October 27, 2023, the court entered an order (Doc. 4060) denying the motion and noting that Ballard could file a separate and independent lawsuit asserting his claim that he has been wrongfully retaliated against by certain persons employed by the Alabama Department of Corrections because he testified in this case in 2016. It is not clear whether Ballard has yet received the court's order

denying his motion to intervene, and prison mail often seems to be slow.

Since denying the motion, the court has received several documents from Ballard, all of which are attached. The first is a statement of supporting facts—apparently in support of the motion to intervene—dated November 7, 2023. The second is an amended statement of supporting facts, dated November 8, 2023. Then, on November 15, 2023, the court received a group of documents from Ballard, including a request for production of documents, a motion seeking to freeze the assets of the Department of Corrections and other relief, and two statements on small pieces of paper, one requesting evidence of his claim that he says is in the possession of plaintiffs' counsel.

As the court previously denied the motion to intervene to which these documents apparently relate, the documents should be returned to Mr. Ballard. If he

chooses to file a new lawsuit, he can seek relief in the new case.

Accordingly, it is ORDERED that the clerk of court is DIRECTED to return the original documents to Elbert Ballard, along with a standard form to file a Section 1983 lawsuit.

DONE, this the 16th day of November, 2023.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**