IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| EDWARD BRAGGS, et al., | ) | |
| | ) | |
|     Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:14cv601-MHT |
| | ) | (WO) |
| JOHN HAMM, in his | ) | |
| official capacity as | ) | |
| Commissioner of | ) | |
| the Alabama Department of | ) | |
| Corrections, et al., | ) | |
| | ) | |
|     Defendants. | ) | |

**ORDER**

Last Friday, November 17, 2023, Magistrate Judge John Ott orally informed the court, without getting into details, that the parties might want to revisit the court's approach to mediating and resolving disagreements about how the performance measures and audit tools may need to be reconfigured. Specifically, it is the court's understanding that the parties believe they may not be able to adequately formulate their objections to the EMT's measures and tools *until after* the court has resolved some, or all, of the potentially resolvable

monitoring-related issues.  Judge Ott suggested the court hold a quick status conference with counsel.

Accordingly, it is ORDERED that an immediate status conference is set for November 21, 2023, at 8:00 a.m. to discuss what is the best approach to resolving the monitoring-related issues.  To be clear, this is not a hearing to discuss the substance of the "potentially resolvable" issues outlined in the parties' recent briefing (Doc. 4046, Doc. 4063, Doc. 4070, & Doc. 4076); this hearing is to discuss how, and when, to resolve the identified monitoring-related issues, and how that resolution might impact the parties' ultimate objections to the measures and tools.

The courtroom deputy is to arrange for the hearing to be held by videoconference.

DONE, this the 20th day of November, 2023.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE