IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| EDWARD BRAGGS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:14cv601-MHT |
| ) | (WO) |
| JOHN HAMM, in his ) | |
| official capacity as ) | |
| Commissioner of ) | |
| the Alabama Department of ) | |
| Corrections, et al., ) | |
| ) | |
| Defendants. ) | |

ORDER

On November 17, 2023, the parties filed the Proposed Restrictive Housing Report. (Doc. 4075-1). The proposed report uses terms (occupied, preventative, transitional, etc.), acronyms (MH, SMI, PHRU, etc.), and codes (MH-A, MH-B, etc.) *Id.* Most of these words are known to the court. But for purposes of clarity and future reference, the court finds it appropriate that they ALL be explicitly defined. Accordingly, it is ORDERED that the parties are to file on November 20, 2023, by 5:00 p.m., a document that contains a key that clearly defines all

the terms, acronyms, and codes used in the proposed restrictive housing report.

DONE, this the 20th day of November, 2023.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE