IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| EDWARD BRAGGS, et al.,        ) | |
|                               ) | |
|     Plaintiffs,               ) | |
|                               ) | CIVIL ACTION NO. |
|     v.                        ) | 2:14cv601-MHT |
|                               ) | (WO) |
| JOHN HAMM, in his             ) | |
| official capacity as          ) | |
| Commissioner of               ) | |
| the Alabama Department of     ) | |
| Corrections, et al.,          ) | |
|                               ) | |
|     Defendants.               ) | |

ORDER APPROVING RHU PLAN AND ADOPTING
MONTHLY RHU REPORTS

On October 27, 2023, the parties filed a joint statement outlining the defendants' proposal as to how ADOC will allow its restrictive housing units (RHUs) to function more safely with the correctional staff that ADOC currently employs.  *See* Joint Statement on Restrictive Housing Operations (Doc. 4061).  At the on-the-record hearing held on November 3, 2023, the parties proposed that there should be ongoing status reports as to the ADOC's progress regarding RHU safe functioning. On November 17, 2023, the parties filed a joint proposal

for such reports.  *See* Proposed Restrictive Housing Report (Doc. 4075-1).

The proposal provides for the ADOC to file with the court monthly RHU reports by the 15th day of the month following the conclusion of the reporting month and to provide the filed report to the EMT within two business days of filing the report.  The proposed report contains rows and columns of data about the ADOC's placement of inmates in restrictive housing units.  Additionally, at the court's request, the parties filed a statement defining all the terms used in the proposed report.  *See* Joint Report Regarding Proposed RHU Report Terms (Doc. 4078).

At the on-the-record hearing held on November 21, 2023, the parties agreed to the court implementing the proposed monthly RHU reports, with the slight revision that the monthly RHU reports include an additional row of data reflecting systemwide aggregate totals.

In light of the foregoing, the court writes to note in the record that it approves of the ADOC's proposed

plan for operating RHUs with current staffing, *see* Joint Statement on Restrictive Housing Operations (Doc. 4061), subject to future reevaluation.  Moreover, the court finds it appropriate to adopt the parties' proposal for ongoing monthly RHU reports.  Consistent with the court's approach for the other periodic data-driven reports in this case, the court also finds it appropriate to require the parties to jointly submit an RHU "trends report" following the monthly RHU reports that summarizes the data reflected in the monthly RHU reports and what trends that can be discerned from the reports.  *See* Order as to Quarterly Correctional Staffing Reports (Doc. 3994) at 3-4 (explaining why trends reports reflecting a report's are crucial to clarity and judicial efficiency).

 Accordingly, it is ORDERED as follows:

(1) The ADOC's proposed plan to address RHU safe functioning, as outlined in the Joint Statement on Restrictive Housing Operations (Doc. 4061) is approved, subject to future reevaluation.  While the court's approval is informal and nonbinding

and any changes to the plan do not require court approval, if the ADOC substantially departs from the plan, defendants should inform the court.

(2) Defendants are to file a monthly RHU report by the 15th day of the month following the conclusion of the reporting month, and provide the filed report to the EMT within two business days of filing the report.

(3) The monthly RHU report formatting should follow the proposed and approved template, and the report should include the definitional key provided by the parties, both of which are attached to this order.

(4) Within seven days of the filing of each monthly RHU report, the parties should file a joint RHU "trends" report that reflects whether there has been a systemwide increase or decrease in RHU placement, what trends over time that can be discerned from the reports, and anything else that should be brought to the court's attention. The

      parties are to provide the trends report to the EMT within two business days of filing the report.

(5) The requirements of this order will take effect and remain in effect until further notice, beginning on January 1, 2024, meaning that the first monthly RHU report and RHU trends report should reflect the data from December 2023.

  DONE, this the 21st day of November, 2023.

                                    /s/ Myron H. Thompson
                            **UNITED STATES DISTRICT JUDGE**