## IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | |
|---|---|
| **EDWARD BRAGGS,** *et al.*, | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) Case No. 2:14-cv-00601-MHT-JA |
| **v.** | ) |
| | ) District Judge Myron H. Thompson |
| **JOHN HAMM,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

## JOINT STATEMENT REGARDING MEASURES AND TOOLS HEARING PROCEDURE

Plaintiffs and Defendants JOHN HAMM ("Commissioner Hamm"), in his official capacity as Commissioner of the Alabama Department of Corrections ("ADOC"), and DEBORAH CROOK, in her official capacity as Deputy Commissioner of the Office of Health Services ("Deputy Commissioner" and, collectively with Commissioner Hamm and Plaintiffs, the "Parties"), hereby submit this joint statement regarding conducting a hearing on the Parties' objections to performance measures and audit tools by Zoom. (Doc. 4080).

During the November 21, 2023, conference, the Court outlined procedures for conducting a hearing on the Parties' anticipated objections to the External Monitoring Team's ("EMT") performance measures and audit tools. The Court entered an order listing the procedures as follows:

(1)   Any hearing on objections to the EMT's finalized proposed performance measures and audit tools will be held by Zoom.

(2)   The court, counsel for the parties, and all witnesses, experts or otherwise, will participate by Zoom.  The courtroom deputy will arrange and send out the Zoom link at the appropriate time.

(3)   Because the press and public are not eligible to receive a virtual link to any such Zoom hearing, the court will provide viewing access to those interested groups in Courtroom 2FMJ of the Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.  The courtroom deputy will arrange the Zoom hearing to be streamed to the courthouse so that any interested public or press may view the proceedings.

(Id. at 3-4).  Citing the Parties' oral approval to this procedure during the November 21, 2023, conference, the Court requested the Parties confirm, in writing, "whether they affirmatively approve of the procedure outlined" above.  (Id. at 4-5).

The Parties submit this joint statement confirming that the Parties approve of the Court's proposed procedure to conduct a hearing on objections to the performance measures and audit tools by Zoom.

Dated: November 27, 2023.

/s/ Kenneth S. Steely
Kenneth S. Steely
*One of the Attorneys for the State*

William R. Lunsford
Matthew B. Reeves
Kenneth S. Steely
Clifford Z. Stafford*
**BUTLER SNOW LLP**
200 West Side Square
Suite 100
Huntsville, AL 35801
Telephone: (256) 936-5650
Facsimile: (256) 936-5651
bill.lunsford@butlersnow.com
matt.reeves@butlersnow.com
kenneth.steely@butlersnow.com
zane.stafford@butlersnow.com
* *Admitted pro hac vice*

**ATTORNEYS FOR THE STATE**

/s/ Ashley Light
Ashley N. Light

Ashley N. Light
Lisa W. Borden
Latasha L. McCrary
**SOUTHERN POVERTY LAW CENTER**
400 Washington Avenue
Montgomery, AL 36104
Telephone: (334) 956-8200
Facsimile: (334) 956-8481
ashley.austin@splcenter.org
lisa.borden@splcenter.org
latasha.mccrary@splcenter.org

Leslie Faith Jones*
**SOUTHERN POVERTY LAW CENTER**
111 East Capitol Street, Suite 280
Jackson, MS 39201
Telephone: (601) 948-8882
Facsimile: (334) 956-8281
leslie.jones@splcenter.org
*Admitted pro hac vice*

William G. Somerville, III
**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC**
420 20th Street North, Suite 1400
Birmingham, AL 35203
wsomerville@bakerdonelson.com

William Van Der Pol, Jr.
Lonnie Williams
Barbara A. Lawrence
Andrea J. Mixson
Larry G. Canada
**ALABAMA DISABILITIES
ADVOCACY PROGRAM**
University of Alabama
500 Martha Parham West
Box 870395
Tuscaloosa, AL  35487
Telephone: (205) 348-4928
Facsimile: (205) 348-3909
wvanderpoljr@adap.ua.edu
lwilliams@adap.ua.edu
blawrence@adap.ua.edu
amixson@adap.ua.edu
lcanada@adap.ua.edu

Catherine E. Stetson*
Neal K. Katyal*
Jo-Ann T. Sagar*
**HOGAN LOVELLS US LLP**
555 Thirteenth Street, NW

4

Washington, DC 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
cate.stetson@hoganlovells.com
neal.katyal@hoganlovells.com
jo-ann.sagar@hoganlovells.com
*Admitted pro hac vice*

Joshua C. Toll*
**KING & SPALDING LLP**
1700 Pennsylvania Avenue NW, 2nd Floor
Washington, DC 20006-4707
Telephone: (202) 227-6138
Facsimile: (202) 626-3737
jtoll@kslaw.com
*Admitted pro hac vice*

**ATTORNEYS FOR THE PLAINTIFFS**

Anil A. Mujumdar
**DAGNEY JOHNSON LAW GROUP**
2170 Highland Avenue, Suite 250
Birmingham, AL 35213
Telephone: (205) 590-6986
Facsimile: (205) 809-7899
anil@dagneylaw.com

**ATTORNEY FOR PLAINTIFF ALABAMA DISABILITIES ADVOCACY PROGRAM**