IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EDWARD BRAGGS, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No. 2:14-cv-00601-MHT-JA |
| v. | ) |
| | ) District Judge Myron H. Thompson |
| JOHN HAMM, *et al.*, | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF FILING THE SEPTEMBER 1, 2023 QUARTERLY CORRECTIONAL STAFFING REPORT

Pursuant to this Court's Order (Doc. 2228), Defendants JOHN HAMM ("Commissioner Hamm"), in his official capacity as Commissioner of the Alabama Department of Corrections ("ADOC"), and DEBORAH CROOK ("Deputy Commissioner" and, collectively with Commissioner Hamm, the "State"), in her official capacity as ADOC's Deputy Commissioner, Office of Health Services, hereby submit the Quarterly Staffing Report dated September 1, 2023, previously filed under seal.[1] The report is attached hereto as Exhibit A.

---

[1] The State submits this filing in response to the Court's directive. (Doc. 2228). In doing so, the State expressly preserves any and all objections and all available legal and equitable arguments in response to the Court's Phase 2A Omnibus Remedial Opinion (Docs. 3461, 3462, 3463, 3465), Phase 2A Omnibus Remedial Order (Doc. 3464), any other Phase 2A remedial orders, and the Court's liability opinions and orders in this action, including without limitation, the Court's Liability Opinion and Order as to Phase 2A Eighth Amendment Claim (Doc. 1285) and Phase 2A Supplemental Liability Opinion and Order on Periodic Mental-Health Evaluations of Prisoners in Segregation (Doc. 2332). Nothing contained in this filing shall be construed as an admission by the State, a waiver of any objection to any opinion or order in this action, or a waiver of the State's

Dated: December 1, 2023.

        /s/ *Kenneth S. Steely*
Kenneth S. Steely
*Attorney for the Commissioner and Deputy Commissioner*

William R. Lunsford
Matthew B. Reeves
Kenneth S. Steely
Clifford Z. Stafford*
**BUTLER SNOW LLP**
200 West Side Square
Suite 100
Huntsville, AL 35801
Telephone: (256) 936-5650
Facsimile: (256) 936-5651
bill.lunsford@butlersnow.com
matt.reeves@ butlersnow.com
kenneth.steely@ butlersnow.com
zane.stafford@butlersnow.com
* *Admitted pro hac vice*

---

pending appeal related to Phase 2A (see doc. 3488).  Nothing in this filing shall be construed as an admission of any kind by the State that ADOC's current or historical staffing or provision of mental-health care is or was unconstitutional or deficient in any way.

# **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon all attorneys of record in this matter, including without limitation the following, on this 1st day of December 2023:

Ashley N. Light
Lisa W. Borden
Latasha L. McCrary
**SOUTHERN POVERTY LAW CENTER**
400 Washington Avenue
Montgomery, Alabama 36104
Telephone: (334) 956-8200
Facsimile: (334) 956-8481
ashley.light@splcenter.org
lisa.borden@splcenter.org
latasha.mccrary@splcenter.org

Leslie F. Jones *(pro hac vice)*
**SOUTHERN POVERTY LAW CENTER**
111 East Capitol Street
Suite 280
Jackson, MS 39201
Telephone: (601) 948-8882
Facsimile: (334) 956-8281
leslie.jones@splcenter.org

Anil A. Mujumdar
**DAGNEY JOHNSON LAW GROUP**
2170 Highland Avenue, Suite 250
Birmingham, Alabama 35213
Telephone: (205) 729-8445
Facsimile: (205) 809-7899
anil@dagneylaw.com

William Van Der Pol, Jr.
Lonnie J. Williams
Barbara A. Lawrence
Andrea J. Mixson

William G. Somerville III
**BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC**
420 20th Street North
Suite 1400
Birmingham, Alabama 35203
Telephone: (205) 244-3863
Facsimile: (205) 488-3863
wsomerville@bakerdonelson.com

Deana Johnson *(pro hac vice)*
Brett T. Lane
**MHM SERVICES, INC.**
1447 Peachtree Street NE Suite 500
Atlanta, GA 30309
Telephone: (404) 347-4134
Facsimile: (404) 347-4138
djohnson@mhm-services.com
btlane@mhm-services.com

Joshua C. Toll *(pro hac vice)*
**KING & SPALDING, LLP**
1700 Pennsylvania Avenue NW
Suite 200
Washington, DC 20006
Telephone: (202) 737-8616
jtoll@kslaw.com

Catherine E. Stetson *(pro hac vice)*
Neal K. Katyal *(pro hac vice)*
Jo-Ann T. Sagar *(pro hac vice)*
**HOGAN LOVELLS US, LLP**
555 Thirteenth Street NW
Washington, DC 20004

<div style="display: flex;">

Larry G. Canada
**ALABAMA DISABILITIES**
**ADVOCACY PROGRAM**
University of Alabama
500 Martha Parham West
Box 870395
Tuscaloosa, Alabama 35487-0395
Telephone: (205) 348-6894
Facsimile: (205) 348-3909
wvanderpoljr@adap.ua.edu
blawrence@adap.ua.edu
lwilliams@adap.ua.edu
amixson@adap.ua.edu
lcanada@adap.ua.edu

Telephone: (202) 637-5600
Facsimile: (202) 637-5910
cate.stetson@hoganlovells.com
neal.katyal@hoganlovells.com
jo-ann.sagar@hoganlovells.com

</div>

*/s/ Kenneth S. Steely*
Of Counsel

4