# Exhibit A



# QUARTERLY CORRECTIONAL STAFFING REPORT

**Braggs, *et al.* v. Hamm, *et al.*, In the United States District Court
for the Middle District of Alabama, Northern Division,
Case No. 2:14-cv-00601-MHT.**

**Dated: September 1, 2023**

## QUARTERLY CORRECTIONAL STAFFING REPORT FOR THE QUARTER ENDING JUNE 30, 2023

| | Correctional Staffing[1] (Includes CCO, BCO, CO, Sr. CO and "Factored" Part-Time Retirees) | | | | | | | | | | | Correctional Supervisors | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Assigned | CCO Act. | BCO Act. | CO Act. | COT Act. | PT Act. | PT Fact. | Sr. CO Actual | 6/30/23 Actual | Q2 Ending Vacancies | Q2 – 2023 Attrition Vol / Inv | Staff with ADOC in Excess of 12 Months | Assigned | 6/30/23 Actual | Q2 Ending Vacancies | Q2 – 2023 Attrition Vol / Inv | Staff with ADOC in Excess of 12 Months | 6/30/23 Correctional Staff | Q2-2023 Turnover Rate | Retention Rate | Q2 – 2023 Vacancy Rate |
| Bibb | 276.26 | 1 | 22 | 4 | 6 | 8 | 4 | 25 | 62 | 214.26 | 2 | 44 | 32.5 | 19 | 13.5 | 0 | 19 | 81 | 2.5% | 77.8% | 73.8% |
| Bullock | 278.36 | 8 | 15 | 1 | 1 | 8 | 4 | 37 | 66 | 212.36 | 3 / 1 | 62 | 43.81 | 11 | 32.81 | 3 | 11 | 77 | 9.1% | 94.8% | 76.1% |
| Donaldson | 364.38 | 3 | 19 | 2 | 5 | 18 | 9 | 57 | 95 | 269.38 | 1 | 81 | 43.6 | 23 | 20.6 | 1 | 23 | 118 | 1.7% | 88.1% | 71.1% |
| Draper | | 0 | 3 | 0 | 0 | 0 | 0 | 14 | 17 | -17 | 0 | 17 | | 7 | -7 | 0 | 7 | 24 | 0.0% | 100.0% | |
| Easterling | 210.41 | 9 | 12 | 1 | 6 | 8 | 4 | 29 | 61 | 149.41 | 6 | 50 | 31.4 | 12 | 19.4 | 1 | 12 | 73 | 9.6% | 84.9% | 69.8% |
| Elmore | 146.85 | 1 | 13 | 7 | 7 | 8 | 4 | 30 | 62 | 84.85 | 3.5 | 48 | 36.6 | 21 | 15.6 | 0 | 21 | 83 | 4.2% | 83.1% | 54.8% |
| Fountain | 195.31 | 0 | 11 | 0 | 1 | 20 | 10 | 29 | 51 | 144.31 | 3 / 2 | 49 | 39.34 | 13 | 26.34 | 0 | 13 | 64 | 7.8% | 96.9% | 72.7% |
| Hamilton A & I | 40.2 | 0 | 15 | 3 | 6 | 3 | 1.5 | 39 | 64.5 | -24.3 | 5 | 51.5 | 13.2 | 13 | 0.2 | 0 | 13 | 77.5 | 6.5% | 83.2% | -45.1% |
| Holman | 112.95 | 4 | 8 | 0 | 5 | 11 | 5.5 | 20 | 42.5 | 70.45 | 2 | 34.5 | 30.71 | 13 | 17.71 | 1 | 13 | 55.5 | 5.4% | 85.6% | 61.4% |
| Kilby | 270.3 | 1 | 17 | 4 | 17 | 19 | 9.5 | 76 | 124.5 | 145.8 | 4 | 98.5 | 50.7 | 26 | 24.7 | 0 / 1 | 26 | 150.5 | 3.3% | 82.7% | 53.1% |
| Limestone | 321.24 | 2 | 13 | 5 | 12 | 22 | 11 | 58 | 101 | 220.24 | 2 | 83 | 49.17 | 35 | 14.17 | 0 | 35 | 136 | 1.5% | 86.8% | 63.3% |
| St. Clair | 304.18 | 1 | 23 | 9 | 4 | 24 | 12 | 57 | 106 | 198.18 | 9.5 / 1 | 88 | 40.6 | 25 | 15.6 | 1 | 25 | 131 | 8.8% | 86.3% | 62.0% |
| Staton | 260.03 | 12 | 13 | 1 | 6 | 22 | 11 | 32 | 75 | 185.03 | 7 | 60 | 26.41 | 21 | 5.41 | 0 | 21 | 96 | 7.3% | 84.4% | 66.5% |
| Tutwiler | 188.26 | 9 | 32 | 5 | 7 | 12 | 6 | 32 | 91 | 97.26 | 8 | 67 | 26.4 | 23 | 3.4 | 0 / 1 | 23 | 114 | 7.9% | 78.9% | 46.9% |
| Ventress | 221.26 | 3 | 16 | 0 | 4 | 16 | 8 | 22 | 53 | 168.26 | 3 | 43 | 26.3 | 9 | 17.3 | 0 | 9 | 62 | 4.8% | 83.9% | 75.0% |
| TOTAL | 3189.99 | 54 | 232 | 42 | 87 | 199 | 99.5 | 557 | 1071.5 | 2118.49 | 59 / 4 | 876.5 | 490.74 | 271 | 219.74 | 7 / 2 | 271 | 1342.5 | 5.4% | 85.5% | 63.5% |

---

[1] The Quarterly Correctional Staffing Report provides a breakdown of the total number of Correctional Cubicle Operators ("CCOs"), Basic Correctional Officers ("BCOs"), Correctional Officers ("COs"), and Senior Correctional Officers ("Sr. COs") by position.