IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
EDWARD BRAGGS, et al.,         )
                               )
    Plaintiffs,                )
                               )   CIVIL ACTION NO.
    v.                         )    2:14cv601-MHT
                               )        (WO)
JOHN HAMM, in his              )
official capacity as           )
Commissioner of                )
the Alabama Department of     )
Corrections, et al.,           )
                               )
    Defendants.                )
```

### ORDER

Defendants filed the most recent quarterly correctional and mental-health staffing reports on December 1, 2023. *See* Reports (Doc. 4093 and Doc. 4096). Typically, the parties are to file joint trends reports concerning the quarterly reports within seven days of the reports' submission. *See* Revised Remedy Scheduling Order (Doc. 4085) at 6, cell III.B.2. Rather than waiting seven days, in view of the upcoming December 8 triannual conference in this case, it is ORDERED that the parties submit the trends reports for this year's third quarterly

correctional and mental-health staffing reports (Doc. 4093 and Doc. 4096) by 5:00 p.m. on Wednesday, December 6, 2023, so that they can be discussed at the December 8 triannual conference.  This order does not affect future trends reports.

    DONE, this the 4th day of December, 2023.

                              /s/ Myron H. Thompson
                            UNITED STATES DISTRICT JUDGE