IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
EDWARD BRAGGS, et al.,        )
                              )
        Plaintiffs,           )
                              )    CIVIL ACTION NO.
        v.                    )    2:14cv601-MHT
                              )        (WO)
JOHN HAMM, in his             )
official capacity as          )
Commissioner of               )
the Alabama Department of     )
Corrections, et al.,          )
                              )
        Defendants.           )
```

ORDER

On October 26, 2023, pro se inmate Elbert Ballard filed a motion to intervene (Doc. 4059) in this case. On October 27, 2023, the court entered an order (Doc. 4060) denying the motion and noting that Ballard could file a separate and independent lawsuit asserting his claim that he has been wrongfully retaliated against by certain persons employed by the Alabama Department of Corrections because he testified in this case in 2016.

After denying the motion, the court received several more documents from Ballard, including a motion seeking

to freeze the assets of the Department of Corrections. *See* Order (Doc. 4072).   The court instructed the clerk of court to return those documents.   *Id*.

The court has now recently received a second motion to freeze from Ballard.   As with the previous motion to freeze, the new motion should be returned to Ballard because he is not a party to this case.   Moreover, in the meantime, Ballard has filed a new and separate lawsuit against the Medical Staff at Hamilton A&I.   *See Ballard v. Medical Staff at Hamilton Aged & Infirmed,* 2:23cv00698-MHT.   In this new lawsuit, he has submitted documents similar and identical to the ones he sent to the court in this case.

Accordingly, it is ORDERED as follows:

(1) The clerk of court is not to file the recent document containing a motion to freeze by Elbert Ballard, but rather is to return the document to Ballard.   But before doing so, the clerk is to make a copy of the document, put it in an envelope, and put the envelope on the left side

2

of the "hard folder" of this case, along with all the other inmate letters received by the court regarding this case.

(2) Ballard is not to submit any more documents for filing in this case, for he has been denied intervention.  But if he should, the clerk of the court is to return the documents to him, after making a copy of them, putting them in an envelope, and putting the envelope on the left side of the "hard folder" of this case, along with all the other inmate letters received by the court regarding this case.

DONE, this the 7th day of December, 2023.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE