IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |  |
|---|---|---|
| EDWARD BRAGGS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:14cv601-MHT |
| | ) | (WO) |
| JOHN HAMM, in his | ) | |
| official capacity as | ) | |
| Commissioner of | ) | |
| the Alabama Department of | ) | |
| Corrections, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER TO CONDUCT MEASURES AND TOOLS HEARING BY ZOOM**

In light of the parties' oral and written approval, *see* Joint Statement (Doc. 4089), and in the interests of judicial efficiency and transparency, it is ORDERED that the <u>entirety</u> of any hearing on the parties' objections to the performance measures and audit tools be conducted by Zoom as follows:

(1) Any hearing on objections to the EMT's finalized proposed performance measures and audit tools will be held by Zoom.

(2) The court, counsel for the parties, and all witnesses, experts or otherwise, will participate by Zoom. The courtroom deputy will arrange and send out the Zoom link at the appropriate time.

(3) Because the press and public are not eligible to receive a virtual link to any such Zoom hearing, the court will provide viewing access to those interested groups in Courtroom 2FMJ of the Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama. The courtroom deputy will arrange the Zoom hearing to be streamed to the courtroom so that any interested public or press may view the proceedings.

This approach is designed to alleviate the logistical difficulties an in-person hearing presents in terms of witness availability and scheduling, especially as it relates to EMT members, while ensuring that the public and press are able to observe the proceedings.  To further that purpose, a public notice on the court's website will be posted regarding the ability to access the proceedings via the livestream in the courtroom.

DONE, this the 11th day of December, 2023.

                                                  /s/ Myron H. Thompson  
                                               UNITED STATES DISTRICT JUDGE