IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| EDWARD BRAGGS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:14cv601-MHT |
| ) | (WO) |
| JOHN HAMM, in his ) | |
| official capacity as ) | |
| Commissioner of ) | |
| the Alabama Department of ) | |
| Corrections, et al., ) | |
| ) | |
| Defendants. ) | |

ORDER AS TO PHASE 1 ADA DONALDSON ALTERATIONS

Based on the representations made on the record at the triannual status conference on December 5, 2023, that how to proceed on the lapsed deadline (May 31, 2023) for alterations to William E. Donaldson Correctional Facility is essentially anchored to the overarching effort to update the ADA transition plan in light of new prison construction, *see* Joint Status Report on Phase 1 ADA Transition Plan (Doc. 4000), it is ORDERED that how to proceed regarding the ADA alterations to William E. Donaldson Correctional Facility will be folded into and

2

discussed in tandem with the overarching update to the transition plan.

DONE, this the 11th day of December, 2023.

                                                  /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE