IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
EDWARD BRAGGS, et al.,        )
                              )
     Plaintiffs,              )
                              )    CIVIL ACTION NO.
     v.                       )    2:14cv601-MHT
                              )         (WO)
JOHN HAMM, in his             )
official capacity as          )
Commissioner of               )
the Alabama Department of     )
Corrections, et al.,          )
                              )
     Defendants.              )
```

ORDER

In the report filed yesterday, defendants state that they are "submit[ting]the Monthly Restrictive Housing <u>Trends</u> Report for the month of December 2023." Notice of Filing Restrictive Housing Report (Doc. 4112) (emphasis added).

However, this report does not appear to be the joint "trends" report as described by the order entered on November 21, 2023. Order Approving RHU Plan, etc. (Doc. 4082). The court assumes that the above statement is a

typo and that yesterday's filing was not meant to contain a trends report--just the monthly RHU report.

Accordingly, it is ORDERED that, pursuant to the court's prior order approving RHU plan, etc. (Doc. 4082), the parties are still to file jointly a "trends report" regarding the monthly RHU report filed yesterday.

DONE, this the 17th day of January, 2024.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE