**IN THE UNITED STATES DISTRICT
COURT FOR THE MIDDLE DISTRICT OF
ALABAMA NORTHERN DIVISION**

| | | |
|---|---|---|
| **EDWARD BRAGGS, *et al.*,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **Case No. 2:14-cv-00601-MHT-JA** |
| **v.** | ) | |
| | ) | **District Judge Myron H. Thompson** |
| **JOHN HAMM, *et al.*,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**JOINT MOTION FOR EXTENSION OF
TIME TO FILE THE PROPOSED REVISED ADA TRANSITION PLAN**

Plaintiffs Edward Braggs, *et al.*, ("Plaintiffs") and Defendants JOHN HAMM ("Commissioner Hamm"), in his official capacity as Commissioner of the Alabama Department of Corrections ("ADOC"), and DEBORAH CROOK, in her official capacity as ADOC's Deputy Commissioner, Office of Health Services, ("Deputy Commissioner" and, collectively with Commissioner Hamm, the "State," and, collectively with Plaintiffs and Commissioner Hamm, the "Parties") hereby jointly move this Court for an extension of time from January 26, 2024, to February 26, 2024, to file the Proposed Revised ADA Transition Plan ("Transition Plan"). (Doc. 4055 at 3, cell II.A.7). In support of this Joint Motion, the Parties state as follows:

1. The Court issued a revised scheduling order, setting the deadline for filing the completed Transition Plan by January 26, 2024. (Doc. 4055 at 3, cell II.A.7).

2. In the Joint Status Report, the Parties indicated that the ADA Consultant ("Ms. Hilberry") anticipates completing revisions to all phases of the Transition Plan by January 26, 2024. (Doc. 4000 at 5).

3. Further, the Parties also indicated they will need additional time to mediate and attempt to resolve any disagreements with the proposed revised Transition Plan upon receipt of the document. (Id.).

4. At a meeting with the Parties on January 18, 2024, Ms. Hilberry indicated she expects to provide the draft Transition Plan to the Parties on January 26, 2024, the same day as the filing deadline.  As such, the Parties will not have sufficient time to discuss the revisions to the Transition Plan.

5. The Parties anticipate meeting to confer on the Transition Plan, and, if necessary, with Magistrate Judge John Ott to attempt to resolve any disagreements with the revised Transition Plan.

6. If the complexity of the revised Transition Plan presents the need for additional time beyond the requested thirty (30) day extension, the parties will discuss a timeline with Judge Ott and file another motion for extension of time with the Court.

7.   As such, the Parties request an extension of time from January 26, 2024, to February 26, 2024, to file the revised Transition Plan.

WHEREFORE, premises considered, the Parties respectfully request this Court enter an order extending the deadline to submit the Proposed Revised ADA Transition Plan.

Dated: January 25, 2024.

/s/ Kenneth S. Steely
Kenneth S. Steely
*One of the Attorneys for the State*

William R. Lunsford
Matthew B. Reeves
Kenneth S. Steely
Clifford Z. Stafford*
**BUTLER SNOW LLP**
200 West Side Square
Suite 100
Huntsville, AL 35801
Telephone: (256) 936-5650
Facsimile: (256) 936-5651
bill.lunsford@butlersnow.com
matt.reeves@butlersnow.com
kenneth.steely@butlersnow.com
zane.stafford@butlersnow.com
* *Admitted pro hac vice*

Deana Johnson, Esq.
Brett T. Lane, Esq.
**MHM SERVICES, INC.**
1447 Peachtree Street, N.E., Suite 500
Atlanta, GA 30309
djohnson@mhm-services.com
btlane@mhm-services.com

3

**ATTORNEYS FOR THE DEFENDANTS**


*/s/ Ashley N. Light*
Ashley N. Light

Ashley N. Light
Lisa W. Borden
Latasha L. McCrary
**SOUTHERN POVERTY LAW CENTER**
400 Washington Avenue
Montgomery, Alabama 36104
Telephone: (334) 956-8200
Facsimile: (334) 956-8481
ashley.light@splcenter.org
lisawborden@gmail.com
latasha.mccrary@splcenter.org

4

Leslie Faith Jones*
**SOUTHERN POVERTY LAW CENTER**
111 East Capitol Street, Suite 280
Jackson, MS 39201
Telephone: (601) 948-8882
Facsimile: (334) 956-8281
leslie.jones@splcenter.org
*Admitted pro hac vice*

William G. Somerville, III
**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ PC**
420 20th Street North, Suite 1400
Birmingham, AL 35203
wsomerville@bakerdonelson.com

William Van Der Pol, Jr.
Lonnie Williams
Barbara A. Lawrence
Andrea J. Mixson
Larry G. Canada
**ALABAMA DISABILITIES ADVOCACY PROGRAM**
University of Alabama
500 Martha Parham West
Box 870395
Tuscaloosa, AL  35487
Telephone: (205) 348-4928
Facsimile: (205) 348-3909
wvanderpoljr@adap.ua.edu
lwilliams@adap.ua.edu
blawrence@adap.ua.edu
amixson@adap.ua.edu
lcanada@adap.ua.edu

5

Catherine E. Stetson*
Neal K. Katyal*
Jo-Ann T. Sagar*
**HOGAN LOVELLS US LLP**
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
cate.stetson@hoganlovells.com
neal.katyal@hoganlovells.com
jo-ann.sagar@hoganlovells.com
*Admitted pro hac vice*

Joshua C. Toll*
**KING & SPALDING LLP**
1700 Pennsylvania Avenue NW, 2nd
Floor
Washington, DC 20006-4707
Telephone: (202) 227-6138
Facsimile: (202) 626-3737
jtoll@kslaw.com
*Admitted pro hac vice*
**ATTORNEYS FOR THE
PLAINTIFFS**

Anil A. Mujumdar
**DAGNEY JOHNSON LAW
GROUP**
2170 Highland Avenue, Suite 250
Birmingham, AL 35213
Telephone: (205) 590-6986
Facsimile: (205) 809-7899
anil@dagneylaw.com

**ATTORNEY FOR PLAINTIFF
ALABAMA DISABILITIES
ADVOCACY PROGRAM**

6