**QUARTERLY STAFFING REPORT**



# QUARTERLY CORRECTIONAL STAFFING REPORT

**Braggs, *et al.* v. Hamm, *et al.*, In the United States District Court for the Middle District of Alabama, Northern Division, Case No. 2:14-cv-00601-MHT.**

**Dated: December 1, 2023**

## QUARTERLY CORRECTIONAL STAFFING REPORT FOR THE QUARTER ENDING SEPTEMBER 30, 2023

| | Correctional Staffing[1] (Includes CCO, CSO, Sr. CSO, CO, COT, actual and "factored" Part-Time Retirees, and Sr. CO) | | | | | | | | | | | | | Correctional Supervisors | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Assigned | CCO Actual | CSG Actual | Sr. CSG Actual | CO Actual | COT Actual | PT Actual | PT Fact. | Sr. CO Actual | 9/30/23 Actual | Q3 Ending Vacancies | Q3 – 2023 Attrition Vol | Q3 – 2023 Attrition Inv | Staff with ADOC in Excess of 12 Months | Assigned | 9/30/23 Actual | Q3 Ending Vacancies | Q2 - 2023 Attrition Vol | Q2 - 2023 Attrition Inv | Staff with ADOC in Excess of 12 Months | 9/30/23 Correctional Staff | Q3-2023 Turnover Rate | Retention Rate | Q3 - 2023 Vacancy Rate |
| Bibb | 276.26 | 1 | 15 | 2 | 4 | 13 | 8 | 4 | 27 | 66 | 210.26 | 4 | 1 | 46 | 32.5 | 19 | 13.5 | 1 | 0 | 19 | 85 | 7.1% | 76.5% | 72.5% |
| Bullock | 278.36 | 7 | 13 | 0 | 1 | 3 | 8 | 4 | 37 | 65 | 213.36 | 6 | 0 | 57 | 43.81 | 11 | 32.81 | 0 | 0 | 11 | 76 | 7.9% | 89.5% | 76.4% |
| Donaldson | 364.38 | 3 | 16 | 0 | 2 | 17 | 18 | 9 | 56 | 103 | 261.38 | 4 | 0 | 79 | 43.6 | 25 | 18.6 | 0 | 0 | 25 | 128 | 3.1% | 81.3% | 68.6% |
| Draper | | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 14 | 17 | -17 | 0 | 0 | 17 | | 7 | -7 | 0 | 0 | 7 | 24 | 0.0% | 100.0% | |
| Easterling | 210.41 | 8 | 9 | 0 | 1 | 6 | 8 | 4 | 25 | 53 | 157.41 | 8 | 3 | 45 | 31.4 | 15 | 16.4 | 0 | 0 | 15 | 68 | 16.2% | 88.2% | 71.9% |
| Elmore | 146.85 | 1 | 13 | 0 | 4 | 13 | 7 | 3.5 | 29 | 63.5 | 83.35 | 4 | 2 | 44.5 | 36.6 | 17 | 19.6 | 2 | 3 | 17 | 80.5 | 13.7% | 76.4% | 56.1% |
| Fountain | 195.31 | 0 | 13 | 0 | 0 | 4 | 20 | 10 | 29 | 56 | 139.31 | 1 | 0 | 48 | 39.34 | 13 | 26.34 | 0 | 1 | 13 | 69 | 2.9% | 88.4% | 70.6% |
| Hamilton A & I | 40.2 | 0 | 11 | 1 | 2 | 6 | 3 | 1.5 | 38 | 59.5 | -19.3 | 3 | 0 | 48.5 | 13.2 | 14 | -0.8 | 0 | 0 | 14 | 73.5 | 4.1% | 85.0% | -37.6% |
| Holman | 112.95 | 4 | 7 | 0 | 2 | 7 | 12 | 6 | 19 | 45 | 67.95 | 2 | 0 | 35 | 30.71 | 14 | 16.71 | 0 | 0 | 14 | 59 | 3.4% | 83.1% | 58.9% |
| Kilby | 270.3 | 1 | 13 | 5 | 7 | 25 | 19 | 9.5 | 72 | 132.5 | 137.8 | 2 | 0 | 95.5 | 50.7 | 25 | 25.7 | 0 | 0 | 25 | 157.5 | 1.3% | 76.5% | 50.9% |
| Limestone | 321.24 | 2 | 13 | 1 | 7 | 12 | 22 | 11 | 62 | 108 | 213.24 | 3 | 2 | 90 | 49.17 | 35 | 14.17 | 0 | 0 | 35 | 143 | 3.5% | 87.4% | 61.4% |
| St. Clair | 304.18 | 2 | 19 | 4 | 8 | 6 | 25 | 12.5 | 59 | 110.5 | 193.68 | 2 | 2 | 91.5 | 40.6 | 28 | 12.6 | 1 | 0 | 28 | 138.5 | 3.6% | 86.3% | 59.8% |
| Staton | 260.03 | 10 | 12 | 0 | 0 | 13 | 22 | 11 | 33 | 79 | 181.03 | 6.5 | 1 | 58 | 26.41 | 22 | 4.41 | 0 | 0 | 22 | 101 | 7.4% | 79.2% | 64.7% |
| Tutwiler | 188.26 | 8 | 30 | 1 | 4 | 11 | 12 | 6 | 31 | 91 | 97.26 | 5 | 1 | 68 | 26.4 | 24 | 2.4 | 0 | 0 | 24 | 115 | 5.2% | 80.0% | 46.4% |
| Ventress | 221.26 | 4 | 15 | 0 | 0 | 6 | 16 | 8 | 21 | 54 | 167.26 | 2.5 | 1 | 43 | 26.3 | 10 | 16.3 | 0 | 0 | 10 | 64 | 5.5% | 82.8% | 74.1% |
| TOTAL | 3189.99 | 51 | 202 | 14 | 42 | 142 | 200 | 100 | 552 | 1103 | 2086.99 | 53 | 13 | 866 | 490.74 | 279 | 211.74 | 4 | 4 | 279 | 1382 | 5.4% | 82.9% | 62.5% |

---

[1] The Quarterly Correctional Staffing Report provides a breakdown of the total number of Correctional Cubicle Operators ("CCOs"), Correctional Security Guards ("CSGs"), Correctional Officers ("COs"), Correctional Officer Trainees ("COTs"), and Part Time ("PT").