**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **EDWARD BRAGGS, *et al.*,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **Case No. 2:14-cv-00601-MHT** |
| **v.** | ) | |
| | ) | **District Judge Myron H. Thompson** |
| **JOHN HAMM, *et al.*,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**JOINT STATEMENT ON CORRECTIONAL STAFFING TRENDS**

Plaintiffs and Defendants JOHN HAMM ("Commissioner Hamm"), in his

official capacity as Commissioner of the Alabama Department of Corrections

("ADOC"), and DEBORAH CROOK, in her official capacity as Deputy

Commissioner of the Office of Health Services ("Deputy Commissioner," and,

collectively with Commissioner Hamm, the "State," and, collectively with

Plaintiffs and Commissioner Hamm, the "Parties"), hereby submit this Joint Status

Report on Correctional Staffing Trends, regarding (i) the data in the Fourth

Quarterly Correctional Staffing Report; (ii) the net increase in total staffing relative

to the Third Quarterly Correctional Staffing Report in both raw numbers and as a

percentage; (iii) whether the Fourth Quarterly Correctional Staffing Report reflects

a progression that places ADOC on track to meet the forthcoming July 1, 2025,

correctional staffing deadline; (iv) other retrospective trends and prognosis the

report indicates; and (v) other revealed information by the Fourth Quarterly Report. (Doc. Nos. 3994 & 4119 at 6, cell III.B.2).[1]

## I.    THE DATA IN THE FOURTH QUARTERLY CORRECTIONAL STAFFING REPORT.

### A.    THE STATE'S POSITION.

The State filed, under seal, the October to December 2023 Quarterly Staffing Report on March 1, 2023. (Doc. No. 4142, the "Fourth Quarter Report").  The data shows marked progress for ADOC.[2]  ADOC's overall vacancy rate decreased by 1.2 percentage points; correctional staff increased by 5.08%; and total correctional staff including supervisors increased 3.18%.  ADOC increased total security staff at the following facilities: Bibb, Bullock, Donaldson, Holman, Kilby, Limestone, St. Clair, and Staton.  Only, Elmore, Easterling, Fountain, Hamilton Aged and

---

[1] The State submits this filing in response to the Court's order. (Doc. No. 3994).  In doing so, the State expressly preserves any and all objections and all available legal and equitable arguments in response to the Court's Phase 2A Omnibus Remedial Opinion (Docs. 3461, 3462, 3463, 3465), Phase 2A Omnibus Remedial Order (Doc. No. 3464), any other Phase 2A remedial orders, and the Court's Liability Opinion and Order as to Phase 2A Eighth Amendment Claim (Doc. No. 1285) and Phase 2A Supplemental Liability Opinion and Order on Periodic Mental-Health Evaluations of Prisoners in Segregation (Doc. No. 2332).  Nothing contained in this filing shall be construed as an admission by the State, a waiver of any objection to any opinion or order in this action, or a waiver of the State's pending appeal related to Phase 2A (see Doc. No. 3488). Nothing in this filing shall be construed as an admission of any kind by the State that ADOC's current or historical staffing or provision of mental-health care is or was unconstitutional or deficient in any way.  Moreover, the State contends the Phase 2A Omnibus Remedial Order expired by operation of law (see 18 U.S.C. § 3626(a)(2)), and all interim Phase 2A remedial orders similarly expired by operation of law and/or were vacated.  This issue remains on appeal before the United States Court of Appeals for the Eleventh Circuit.  The State intends to continue working in good faith with Plaintiffs and this Court until it receives a ruling vacating the Phase 2A Remedial Order or otherwise declaring it inoperative.

[2] The State will refer to increases and decrease in staffing at the major facilities without providing specific numbers, as the October to December 2023 Quarterly Correctional Staffing Report remains under seal.

Infirmed,[3] Tutwiler, and Ventress experienced slight decreases. ADOC hired 98.5 correctional staff during the fourth quarter of 2023. Additionally, the Fourth Quarter Report shows the overall retention rate remains nearly 80% and the vacancy rate continues to decline, down to 61.3%. As a result, the data shows a positive trend for correctional staffing.

### B.    PLAINTIFFS' POSITION.

Staffing for correctional officers within the ADOC remains severely deficient. Eight years after the liability trial and more than seven years after this Court's liability opinion, the system-wide vacancy rate for correctional staff is 61.3%.[4]   In four facilities (Bullock, Easterling, Fountain, and Ventress), including one mental health hub[5], the vacancy rate is between 71 and 75%. Moreover, all except two facilities (Hamilton and Tutwiler) have a vacancy rate above 50%.

Although the latest quarterly staffing report has been modified and now identifies 124 hourly correctional officers, the number of hourly staff does very little to address the severe staffing shortages in ADOC's system. ADOC has a shortage of 2,254 officers. That number gives them credit for CCOs, who cannot actually staff posts listed in the Staffing Analysis. When CCOs are not factored in,

---

[3] Hamilton A&I's vacancy rate remains less than zero.

[4] This vacancy rate assumes that it is proper to count Cubical Control Officers (CCO's). According to the Savages' staffing analysis, CCO's are not authorized to staff any of the posts in the analysis, and hence should be subtracted.

[5] Donaldson, the other mental health hub, has a vacancy rate of 68.5%.

the fourth quarter correctional staffing report shows that ADOC is unable to cover even 40% of the posts required for regular and safe operation of its prisons.[6]

## II. THE NET CHANGE IN TOTAL CORRECTIONAL STAFFING FROM THE THIRD QUARTER REPORT.

### A. THE STATE'S POSITION.

In March 2023, ADOC increased the starting salary for new officers to $50,712.00 at minimum custody facilities, to $53,244.80 at medium custody facilities, and to $55,855.20 at maximum custody facilities. As of September 1, 2023, ADOC increased the starting salaries again to $51,727.20 for minimum custody facilities, to $54,290.40 for medium custody facilities, and to $56,971.20 for maximum custody facilities. Additionally, incoming correctional officers may attain a 27% pay increase after eighteen (18) months with the Department, resulting in an annual salary as high as $72,000.00 at some facilities. (Doc. No. 4088 at 8).

Additionally, ADOC worked with Rick Raemisch to identify potential options for increasing correctional staff. The Parties filed the Joint Statement on Correctional Staffing Recruiting and Retention on October 27, 2023, listing the recommendations identified by Mr. Raemisch to address staffing. (Doc. No. 4062). ADOC highlighted its efforts to increase staffing undertaken consistent with Mr. Raemisch's recommendations, including hiring recruiting and retention consulting

---

[6] Approximately 91% of all the posts listed in the Staffing Analysis are considered mandatory.

specialists, participating in job fairs, hosting state-wide recruiting events, utilizing targeted digital marketing campaigns, and implementing weekly hiring events at four (4) regional locations.  ADOC held ninety-four (94) total hiring events in 2023, compared to nineteen (19) in 2022. (Doc. No. 4182).  ADOC scheduled 122 hiring events for 2024. Id.

The combined recruiting efforts and pay raises showed promising results during the fourth quarter of 2023.  The April to June 2023 Quarterly Correctional Staffing Report dated September 1, 2023 ("Second Quarter Report") highlighted ADOC's first net gain of correctional staff since the first quarter of 2021. (Doc. No. 4026).  As shown in the July to October 2023 Quarterly Correctional Staffing report filed on December 1, 2023 ("Third Quarter Report"), in the third quarter of 2023, ADOC experienced a correctional staff net gain of thirty-nine and one half (39.5) over the second quarter of 2023. (Doc. No. 4094).  ADOC again enjoyed a net gain of correctional staff on its Fourth Quarter Report, marking positive correctional staffing numbers for three (3) consecutive quarters.  From October 1, 2023, through December 31, 2023, ADOC experienced a correctional staff net gain of forty-four (44) over the third quarter of 2023 results.  Ultimately, this yielded a 3.18% increase in correctional staff.

ADOC experienced increases in Correctional Officer Trainees ("COT"), Correctional Officers ("CO"), Senior Security Guards ("Sr. CO"), and total Security Guards compared to the Third Quarter Report as follows:

- COTs increased by forty-nine (49);

- Correctional Officers increased by three (3);

- Senior Security Guards increased by sixty-five (65; and

- Correctional Security Guards, including Senior Security Guards, increased by fourteen (14).

ADOC experienced slight decreases in only three positions. Correctional Cubicle Officers ("CCO") decreased by three (3), total hourly and part-time staff decreased by one (1),[7] and Senior Correctional Officers decreased by six (6) compared to the Third Quarter Report. The increase in staffing, particularly for COTs, remains a particularly positive sign as more candidates join ADOC.

## B.   PLAINTIFFS' POSITION.

While ADOC has had a small gain in correctional officer staff during the past few quarters, they are still more that 2,000 officers short of fulfilling the numbers required by their own staffing analysis. At their current pace, it will take until the end of 2037 to satisfy this Court's order. Currently, ADOC has far fewer

---

[7] In December 2023, ADOC created a new classification for security staff, CO-Hourly. This classification includes the retired APOSTC certified officers eligible to serve as correctional officers in accordance with the 2023 amendments to Alabama Code, Section 36-27-8.2(d).

officers than at the time of the liability finding on June 2, 2017, at the time of the remedial trial which occurred in March 2021, and at the time of the remedial order on December 27, 2021.[8]

## III.   ADOC'S PROGRESSION TOWARDS THE JULY 1, 2025, CORRECTIONAL STAFFING DEADLINE.

### A.    THE STATE'S POSITION.

As ordered by the Court, ADOC submitted benchmarks for correctional staffing which suggested ADOC increase its correctional staff by 198 in 2023. (Doc. Nos. 3901 & 3917).  ADOC finished 2023 with 100.5 more officers than those retained as of December 31, 2022. (Doc. No. 3932).[9]  Additionally, ADOC deployed 104 non-contact staff through vendor services.  In 2023, ADOC hired 388[10] corrections personnel, with an attrition of 287.5 correctional personnel.  In 2022, ADOC experienced attrition of 406 correctional personnel.  ADOC remains hopeful for continued growth given the traction generated with three (3) consecutive positive quarters after the pay raise implementation.

In the fourth quarter of 2023, ADOC hired 98.5 correctional staff.  ADOC experienced its third consecutive net gain of correctional staff.  ADOC remains

---

[8] The total number of correctional officers and supervisors on June 2, 2017 was approximately 1,825 (*See* Doc. 3623, FN 3).  The trendline for the period from the end of 2017 to August 2022 is contained in Doc 3906, Table 1.

[9] These numbers do not include vendor staff contracted by ADOC to work noncontact posts at the major facilities, or posts filled by overtime.

[10] The previous Trends report contained a typo, incorrectly indicating ADOC had hired 390 officers through the first three (3) quarters.  ADOC hired 289.5 employees during the first three (3) quarters of 2023.

vigilant on recruiting and retention by conducting routine meetings with key personnel, including the Deputy Commissioner for Administrative Services and staffing consultants, to identify areas for improving efficiency in the hiring process and addressing retention efforts.    ADOC provides qualifying applicants with contingent offers pending completion of all required hiring steps and continues to keep its time to hire COTs well below the national average of forty-four (44) days. ADOC hires COT candidates within 34.3 days.    With the momentum of the pay raises and adjustments to the hiring process, ADOC continues to show progress towards the July 1, 2025, deadline.

**B.    PLAINTIFFS' POSITION.**

On December 27, 2021, the Court issued its Remedial Order requiring ADOC to fully staff all mandatory and essential posts by July 1, 2025.  (Doc 3463-65).  This order essentially extended the pre-remedial order of February 20, 2018 (Doc 1657) that required ADOC to fully staff its prisons by June, 2021. In the six years since the Court originally ordered ADOC to fully staff its prisons, ADOC has had zero net gain.  In fact, even with small gains over the past few quarters, ADOC is still far short of the officers needed to comply with this Court's order. At the current rate of gain, ADOC will not come even close to reaching the number of officers that the Court found to be a major contributing factor to the "horrendously inadequate" mental health care, provided by ADOC at the time of the Liability

8

Opinion.[11] [12]

## IV.    OTHER RETROSPECTIVE TRENDS AND PROGNOSIS IN THE FOURTH QUARTER CORRECTIONAL STAFFING REPORT.

### A.    THE STATE'S POSITION.

Other retrospective trends resulted in positive results for ADOC. Staton experienced the largest net increase in correctional staff at twenty-five (25), and Bibb, Holman, Kilby, Limestone, and St. Clair all experienced net increases of five (5) or more. Bullock and Donaldson experienced modest correctional staff increases as well. Further, COTs increased by forty-nine (49) from the Third to the Fourth Quarter Report, highlighting the increase in the academy class size and successful transition into ADOC employment. The increase in COTs represents a positive change that the State anticipates will result in longer term, more stable employment statistics as these officers earn promotions to COs, Sr. COs, and supervisors.

## V.    OTHER REVEALED INFORMATION BY THE FOURTH QUARTER CORRECTIONAL STAFFING REPORT.

### A.    THE STATE'S POSITION.

---

[11] The total number of correctional officers and supervisors on June 2, 2017 was approximately 1,825 (see Doc.3623, ft 3. The trendline for the period from the end of 2017 to August 2022 is contained in Doc 3906, Table 1.

[12] In October, 2022, a new staffing analysis was completed. That Analysis largely left the number of positions to fill unchanged. After the initial report, the parties agreed to add additional FTEs at certain locations, bringing the total required to the present number, 3,680.73 FTEs. The total FTEs required dropped from 3,826 FTEs to 3,680.73, a net reduction of 3.8%.

The Fourth Quarter Report supports the effort and investment by ADOC and the State to increase correctional staffing.  ADOC's efforts in seeking additional guidance from recruiting and retention consultants to improve the hiring processes and recruiting activities and the State's implementation of the historic pay increases for correctional staff clearly articulate the State's actions towards increasing correctional staff.  Further, the Fourth Quarter Report shows the continued fruits of the State's efforts.  ADOC realized an increase in almost every metric within the first three (3) quarters after the pay raises, with increases in correctional officers and decreases in vacancy rates.

ADOC continues to work towards determining methods to capture and submit contract staff hours worked at major facilities and correctional staff overtime hours for the quarterly reports.  Contract staff currently assists with non-contact posts, inmate transports, hospital details, and other important ADOC functions; however, because these staff are not employees, ADOC must determine a method for reporting that accurately reflects the work performed without creating confusion with the ongoing hiring process.

Dated: March 8, 2024.

*/s/ William R. Lunsford*
William R. Lunsford

*One of the attorneys for the State*

William R. Lunsford
Matthew B. Reeves
Kenneth S. Steely
Clifford Z. Stafford*
**Butler Snow LLP**
200 West Side Square
Huntsville, AL 35801
Telephone: (256) 936-5650
Facsimile: (256) 936-5651
bill.lunsford@butlersnow.com
matt.reeves@butlersnow.com
kenneth.steely@butlersnow.com
zane.stafford@butlersnow.com
*Admitted pro hac vice*

**ATTORNEYS      FOR      THE
DEFENDANTS**

*/s/ Latasha L. McCrary*

Latasha L. McCrary

Lisa W. Borden
Latasha L. McCrary
**SOUTHERN POVERTY LAW
CENTER**
400 Washington Avenue
Montgomery, AL 36104
Telephone: (334) 956-8200
Facsimile: (334) 956-8481
lisa.borden@splcenter.org
latasha.mccrary@splcenter.org

Leslie Faith Jones*
**SOUTHERN POVERTY LAW
CENTER**
111 East Capitol Street, Suite 280

11

Jackson, MS 39201
Telephone: (601) 948-8882
Facsimile: (334) 956-8281
leslie.jones@splcenter.org
*Admitted pro hac vice


William G. Somerville, III
**BAKER, DONELSON,
BEARMAN, CALDWELL &
BERKOWITZ PC**
420 20th Street North, Suite 1400
Birmingham, AL 35203
wsomerville@bakerdonelson.com

William Van Der Pol, Jr.
Lonnie Williams
Barbara A. Lawrence
Andrea J. Mixson
**ALABAMA DISABILITIES
ADVOCACY PROGRAM**
University of Alabama
500 Martha Parham West
Box 870395
Tuscaloosa, AL  35487
Telephone: (205) 348-4928
Facsimile: (205) 348-3909
wvanderpoljr@adap.ua.edu
lwilliams@adap.ua.edu
blawrence@adap.ua.edu
amixson@adap.ua.edu

Catherine E. Stetson*
Neal K. Katyal*
Jo-Ann T. Sagar*
**HOGAN LOVELLS US LLP**
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910

cate.stetson@hoganlovells.com
neal.katyal@hoganlovells.com
jo-ann.sagar@hoganlovells.com
*Admitted pro hac vice*

Joshua C. Toll*
**KING & SPALDING LLP**
1700 Pennsylvania Avenue NW,
2nd Floor
Washington, DC 20006-4707
Telephone: (202) 227-6138
Facsimile: (202) 626-3737
jtoll@kslaw.com
*Admitted pro hac vice*

**ATTORNEYS FOR THE
PLAINTIFFS**

Anil A. Mujumdar
**DAGNEY JOHNSON LAW
GROUP**
2170 Highland Avenue, Suite 250
Birmingham, AL 35213
Telephone: (205) 590-6986
Facsimile: (205) 809-7899
anil@dagneylaw.com

**ATTORNEY FOR PLAINTIFF
ALABAMA DISABILITIES
ADVOCACY PROGRAM**

13