**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **EDWARD BRAGGS**, *et al.*, | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **Case No. 2:14-cv-00601-MHT** |
| **v.** | ) | |
| | ) | **District Judge Myron H. Thompson** |
| **JOHN HAMM**, *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

**JOINT STATEMENT ON MENTAL HEALTH STAFFING TRENDS**

Plaintiffs and Defendants JOHN HAMM ("Commissioner Hamm"), in his official capacity as Commissioner of the Alabama Department of Corrections ("ADOC"), and DEBORAH CROOK, in her official capacity as Deputy Commissioner of the Office of Health Services ("Deputy Commissioner," and, collectively with Commissioner Hamm, the "State," and, collectively with Plaintiffs and Commissioner Hamm, the "Parties"), hereby submit this Joint Statement on Mental Health Staffing Trends regarding (i) the data in the Fourth Quarterly Mental Health Staffing Report; (ii) the net increase in total mental health staffing relative to the Third Quarterly Mental Health Staffing Report in both raw numbers and as a percentage; (iii) whether the Fourth Quarterly Mental Health Report reflects a progression that places ADOC on track to meet the forthcoming July 1, 2025, mental health staffing deadline; (iv) other retrospective trends or forward-looking prognosis

the report indicates; and (v) other information revealed by the Fourth Quarterly Mental Health Staffing Report.  (Doc. No. 3998; Doc. No. 4085 at 10-11, cell III.C.2).[1]

## I.    THE DATA IN THE THIRD QUARTERLY MENTAL HEALTH STAFFING REPORT.

### A.    THE STATE'S POSITION.

The State filed the October to December 2023 Quarterly Mental Health Staffing Report (the "Report") on March 1, 2024.  (Doc. No. 4140).[2]  The Fourth Quarter of 2023 captured the third full quarter of performance by ADOC's new comprehensive healthcare vendor, YesCare, under its contract with the State of

---

[1] The State submits this filing in response to the Court's order.  (Doc. No. 3994).  In doing so, the State expressly preserves any and all objections and all available legal and  equitable arguments in response to the Court's Phase 2A Omnibus Remedial Opinion (Docs. 3461, 3462, 3463, 3465), Phase 2A Omnibus Remedial Order (Doc. No. 3464), any other Phase 2A remedial orders, and the Court's Liability Opinion and Order as to Phase 2A Eighth Amendment Claim (Doc. No. 1285) and Phase 2A Supplemental Liability Opinion and Order on Periodic Mental-Health Evaluations of Prisoners in Segregation (Doc. No. 2332).  Nothing contained in this filing shall be construed as an admission by the State, a waiver of any objection to any opinion or order in this action, or a waiver of the State's pending appeal related to Phase 2A (see Doc. No. 3488).  Nothing in this filing shall be construed as an admission of any kind by the State that ADOC's current or historical staffing or provision of mental-health care is or was unconstitutional or deficient in any way.  Moreover, the State contends the Phase 2A Omnibus Remedial Order expired by operation of law (see 18 U.S.C. § 3626(a)(2)), and all interim Phase 2A remedial orders similarly expired by operation of law and/or were vacated.  This issue remains on appeal before the United States Court of Appeals for the Eleventh Circuit.  The State intends to continue working in good faith with Plaintiffs and this Court until it receives a ruling vacating the Phase 2A Remedial Order or otherwise declaring it inoperative.

[2] ADOC entered into a new contract for comprehensive healthcare services with YesCare Corp. ("YesCare") effective on April 1, 2023.  The new contract utilized the staffing ratios developed by Dr. Jeffrey Metzner, Dr. Mary Perrin, and Catherine Knox to identify staffing requirements at each facility.  (Doc. No. 2688-1).

2

Alabama. With only three (3) quarters of performance of YesCare's contractual services complete, ADOC and YesCare continue to achieve positive trends from the third to fourth quarter of 2023, with the total hours worked by mental-health staff increasing significantly. During the fourth quarter of 2023, mental-health staff provided a total of 169,964.76 hours of mental health services. This represents an increase of 9,048 hours (or a 5.6 % increase) from the third quarter, and an increase of more than 37,926 hours (or a 28.7% increase) from the second quarter, and includes the following hours for clinical positions:[3]

| POSITION | HOURS |
|---|---|
| Psychiatrist | 5,859 |
| Psychologist | 1,650 |
| CRNP | 7,231 |
| Registered Nurse | 14,697 |
| Licensed Practical Nurse | 17,891 |
| Mental Health Professional | 24,497 |

As represented in the data submitted in the Report, ADOC continues a positive trend of filling mental health positions across the system and providing a robust number of hours of services across the spectrum of mental health professionals.

**B.    PLAINTIFFS' POSITION.**

The October to December 2023 Quarterly Mental Health Staffing Report indicates the above increases, noted by Defendants, for clinical positions. However,

---

[3] Clinical positions are Psychiatrist, Psychologist, CRNP, RN, LPN, and MHP.

while each facility experienced some improvements, several facilities showed no significant increases or suffered a loss of clinical staff. This is especially true for both Bullock's Outpatient Unit and Inpatient Unit. Below are the positions from mental health hubs/specialty units whose fill rates decreased significantly or showed no significant change (or slight decreases where improvements were needed) between the previous quarter and this quarter. Furthermore, these charts only cover RTU level of services and higher.

| Facility | Position | Hours contracted | Q3 Fill Rate | Q4 Fill Rate |
|---|---|---|---|---|
| **Bibb** | Psychiatrist | 260.00 | 45.25% | 27.15% |
| **Bullock Main** | Psychiatrist | 520.00 | 100.00% | 25.96% |
| **Bullock Main** | RN | 1040.00 | 17.31% | 0.00% |
| **Bullock Main** | LPN | 2600.00 | 62.24% | 38.55% |
| **Donaldson Main** | MHP Licensed | 2080.00 | 58.11% | 29.14% |
| **Easterling** | CRNP | 260.00 | 69.52% | 9.05% |
| **Easterling** | MHP Licensed | 2080.00 | 41.40% | 7.44% |

| Facility | Position | Hours contracted | Q4 Hours Worked | Q3 Fill Rate | Q4 Fill Rate |
|---|---|---|---|---|---|
| Bullock IP | Psychiatrist | 1040.00 | 524.00 | 59.73% | 59.28% |
| Bullock IP | Psychologist | 1300.00 | 400.00 | 39.82% | 36.20% |
| Bullock IP | CRNP | 1300.00 | 700.50 | 67.71% | 63.39% |
| Donaldson IP | Psychologist | 1040.00 | 470.00 | 57.69% | 53.17% |
| Kilby Main | MHP Licensed | 5720.00 | 1473.75 | 38.02% | 35.25% |
| Kilby CSU | Psychologist | 520.00 | 0.00 | 0.00% | 0.00% |
| Kilby CSU | CRNP | 520.00 | 105.75 | 25.51% | 23.93% |
| Limestone | LPN | 2340.00 | 550.50 | 27.68% | 27.68% |

This indicates that the above positions – some of the most important positions within ADOC's mental health systems – either lost coverage or demonstrated no change. While improved mental health staffing at Tutwiler, and increased the number of positions filled at slightly more than 85% of *adjusted* quarterly hours (24

positions this quarter compared to only 4 positions last quarter, Plaintiffs' position on the use of adjusted quarterly hours versus total quarterly hours remains unchanged since the last quarterly mental health staffing trends report (Doc. 4027). Of extreme consequence, both Bullock Main and Easterling showed significant losses for prescribing positions[4]. This means that the mental health outpatient unit at Bullock had 2,470.75 hours worked by prescribers, a mere 23.2% of the total 10,660 hours contracted for this unit. Easterling's mental health unit was even lower at 20.5% (939 hours of 4,579 hours) for the work contracted during the fourth quarter.

Plaintiffs are particularly concerned about a loss, absence, or stagnation of important clinical positions at the mental health hubs which are designed to provide care for the most seriously mentally ill inmates. At the Bullock IP unit, which consists of the RTU and SU units, for the second consecutive quarter the position of RTU/SU Coordinator has remained vacant. The job of this person is to coordinate with other facilities who have inmates in need of the higher level of care available at Bullock, and the lack of anyone in this position for now at least 6 months has obvious implications on how quickly inmates not housed at a hub can access the care they critically need. In the Bullock IP unit, the number of Licensed MHP has dropped from 40.67% to a mere 6.78%. The Licensed MHP are the counselors who are the primary point of contact and care for inmates in the unit. The staffing

---

[4] Prescribing positions are CRNPs and Psychiatrists.

problems at the Bullock IP do not stop there.  Last quarter the positions of CRNP, Psychiatrist, and Psychologist were at 67%, 59% and 39% respectively.  These deficiencies show little or no progress from last quarter where they were 63, 59, and 36% respectively.  The lack of MHPs in the inpatient unit is particularly critical since MHP's from the outpatient unit cannot be utilized to band aid fix the problem since the MHP percentage in the outpatient unit was only 16.55%, down from 24% in the previous quarter.

The conditions at the Donaldson IP unit are no better.  In the previous quarter the key clinical positions of CRNP, Psychologist, and Psychiatrist were filled at a rate of 100%, 100%, and 53%. However the staffing in these critical positions as plummeted to 29%, 50% and 57%.  Additionally, there is not Director of Nursing at Donaldson either.

At Holman, there has either been a total lack of staffing in some positions, or the problems of staffing have increased.  The positions of Psychologist, RN, and CRNP were staffed at 0%, 96% and 66%.  However, in this quarter, the position of Psychologist remains unfilled for the second consecutive quarter, while the others dropped to 0% and 18% respectively.

At the Kilby Crisis Stabilization Unit (CSU) the positions of Psychiatrist and CRNP dropped of stagnated at 100% and 23% to the current rate of 29% and 25%.

For two consecutive quarters the positions of RTU/SU coordinator and psychologist were totally vacant.

Tutwiler fares no better.  In the positions of CRNP, Psychologist, and Psychiatrist, the fill rate dropped dramatically.  In the previous quarter all positions were filled 100%, but in the instant quarter they dropped to 0%, 49%, and 65% respectively.

## II.  THE NET CHANGE IN TOTAL MENTAL HEALTH STAFFING FROM THE SECOND QUARTER REPORT.

### A.  THE STATE'S POSITION.

During the third full quarter working together, ADOC and YesCare continued their efforts to increase mental-health staffing at all ADOC facilities.  The Report shows mental-health staff worked 169,964.76 hours during the fourth quarter of 2023, while mental-health staff worked 160,916.76 hours according to the July 1, 2023, through September 30, 2023, Quarterly Mental Health Staffing Report (Doc. No. 4093, the "Third Quarter Mental Health Report"), resulting in 9,048 more hours worked during the fourth quarter of 2023.  The additional hours yielded a 5.6% increase in hours worked over the third quarter of 2023.  Additionally, the total fill rate rose from 75.1%[5] to 78.5% across the system.  The net change reflects ADOC

---

[5] The previous Trends report (Doc. No. 4101) contained a mathematical error, incorrectly indicating the total fill rate rose from 66.8% to 78.9%.  In the third quarter, the total fill rate actually rose to 75.1%.

and YesCare's active engagement in filling positions while maximizing the services of the current mental health staff. The short tenure of ADOC's new healthcare provider makes this achievement particularly notable. Therefore, the State continues to believe that these numbers reflect the good faith efforts of the State and represent compliance with the Court's pending Remedial Order (Doc. No. 3464).

### B.    PLAINTIFFS' POSITION.

Similar to the last trends report, the below table indicates all clinical positions and the number of facilities that 1) had staffing under 85% of the hours required under the contract during the third quarter, 2) had staffing under 85% of the hours required under the contract during the fourth quarter, 3) improved from the third quarter to the fourth quarter, and 4) worsened from the third quarter to the fourth quarter.

| Position | Q3 | Q4 | #Improved | #Worsened |
|---|---|---|---|---|
| CRNP | 12 | 8 | 10 | 6 |
| LPN | 14 | 11 | 10 | 7 |
| RN | 10 | 9 | 8 | 3 |
| MHP | 13 | 8 | 14 | 3 |
| Psychiatrist | 7 | 5 | 6 | 10 |
| Psychologist | 5 | 4 | 1 | 4 |

Despite the improvement of staffing in some facilities, other facilities worsen. Furthermore, more clinical positions are staffed at less than 85% of the required contract hours this quarter than the previous quarter. The equivalent of 252.77 FTEs worked during the second quarter in all positions throughout ADOC's mental health care system. This number increased to 306.22 FTEs during the third quarter for a difference of 53.45 FTEs. The largest gains were in the following positions: Observers – 17.27 FTEs, MHPs – 12.74 FTEs, RN – 9.08 FTEs, Activity Technicians – 6.41 FTEs, and LPNs – 5.17 FTEs. Sixteen positions gained less than two full FTE equivalents, three positions were unchanged, and five positions lost FTEs.

### III. ADOC'S PROGRESSION TOWARDS THE JULY 1, 2025, MENTAL HEALTH STAFFING DEADLINE.

#### A. THE STATE'S POSITION.

For all the reasons stated in sections I, II, IV, and V, the State continues to make significant progress towards the July 1, 2025, deadline.

#### B. PLAINTIFFS' POSITION.

ADOC is moving in the right direction considering the net increase of staffing as compared to the previous quarter when looking at FTEs alone; however, as identified in section I, Plaintiffs are concerned that certain key clinical positions – particularly those at the mental health hubs – are losing coverage. Plaintiffs remained concerned over the slow increase in overall staffing. In fact, out of all

positions at all facilities, eighty one out of 162 positions, or exactly 50%, were covered for less than 85% of all contracted hours. This is a slight increase from last quarter.

**IV.    OTHER RETROSPECTIVE TRENDS AND PROGNOSIS INDICATED IN THE 2023 THIRD QUARTER MENTAL HEALTH REPORT.**

**A.    THE STATE'S POSITION.**

In ADOC's third full quarter with its new health services vendor, ADOC reports largely positive results for mental-health staffing. ADOC experienced increases in hours worked for all clinical positions. In particular, the CRNP, RN, LPN, and MHP positions significantly increased total hours worked from the previous quarter:

| POSITION | HOURS |
|---|---|
| Psychiatrist | 377.25 |
| Psychologist | 266 |
| CRNP | 1,761.24 |
| Registered Nurse | 3,225.01 |
| Licensed Practical Nurse | 1,708.25 |
| Mental Health Professional | 1,736 |

Ultimately, ADOC's clinical positions increased by more than 9,073.75 hours worked over the fourth quarter of 2023.

ADOC also experienced positive mental-health staffing numbers at mental-health hubs. Bullock's mental-health staffing hours increased by 2,782 compared to the third quarter of 2023. Donaldson's mental-health staffing hours increased by 2,635.75 over the third quarter hours, with seven (7) of eleven (11) positions

surpassing 85% fill rates, up from five (5) of eleven (11) positions surpassing 85% fill rates in the third quarter of 2023. Donaldson's hours worked increased by 2,635.75. Kilby experienced 1,484.75 more hours worked in the fourth quarter of 2023 than the third. Finally, Tutwiler gained 2,836.5 hours worked in the fourth quarter of 2023 compared to the third. Tutwiler experienced a near perfect fill rate across all positions with ten (10) of eleven (11) positions exceeding 100% of the threshold, with the remaining position at a 99.21% fill rate. Tutwiler's performance represents a substantial improvement over the third quarter, where only three (3) of eleven (11) positions exceeded a 100% fill rate and an additional three (3) exceeded an 85% fill rate. St. Clair maintained its strong mental-health staffing numbers reported in the previous quarter, with the Clerk, Observer, Site Program Manager Licensed, MHP, and CRNP achieving 100% fill rates.

The positive increases, especially in clinical positions, outlines the significant efforts being made by ADOC and YesCare. The continued progress, even during the significant transition from the previous vendor to YesCare, puts ADOC on the path to filing the positions identified through the staffing ratios.

B.    **PLAINTIFFS' POSITION.**

Although some increases in mental health staffing have occurred, all increases need to be considered in light of continued correctional staffing shortages. For instance, as noted in footnote five of the Joint Status Report on Correctional Staffing

12

Trends filed today, vacancy rates at facilities remain high, including at Bullock CF which is responsible for the highest level of mental health care within ADOC facilities to males. This Court has previously noted understaffing of correctional officers compounds shortages of mental health staff as security. *See Braggs v. Dunn*, 257 F. Supp. 3d 1171, 1199 (M.D. Ala. 2017).

## V.    OTHER INFORMATION REVEALED BY THE THIRD QUARTERLY MENTAL HEALTH STAFFING REPORT.

### A.    THE STATE'S POSITION.

The Report indicates the State of Alabama's significant investment in providing mental health services for inmates in ADOC's custody.  The Report shows the initial fruits of the State's investment in providing these services and the vendor's continued efforts directed at hiring and retaining mental-health staff.  ADOC impressively increased mental-health staffing hours worked at twelve (12) of the thirteen (13) major facilities.  ADOC also experienced an over 9,000-hour increase in mental-health staff.  Tutwiler experienced the largest increase in mental-health hours worked, rising from 7,479.5 hours to 10,316 hours.  Similarly, Bullock, and Donaldson increased by more than 2,000 mental-health hours worked in the fourth quarter over the third.  Only Easterling experienced a slight decrease in mental-health hours worked from the reported third quarter numbers.

ADOC realized significantly more increases than decreases in reported metrics.  Of the 162 positions captured in the Report, ninety (90) positions reported

a 100% fill rate.  Another twelve (12) positions reported a fill rate of 90 to 99%.  The State's continued efforts and impressive staffing gains during the third quarter, especially for clinical positions and at male mental-health hubs, signals the State's steadfast commitment to increasing mental-health staff systemwide.

Dated: March 8, 2024.

/s/ William R. Lunsford
William R. Lunsford
*One of the attorneys for the State*

William R. Lunsford
Matthew B. Reeves
Kenneth S. Steely
Clifford Z. Stafford*
**Butler Snow LLP**
200 West Side Square
Huntsville, AL 35801
Telephone: (256) 936-5650
Facsimile: (256) 936-5651
bill.lunsford@butlersnow.com
matt.reeves@butlersnow.com
kenneth.steely@butlersnow.com
zane.stafford@butlersnow.com
* *Admitted pro hac vice*

**ATTORNEYS      FOR      THE DEFENDANTS**

/s/ Latasha L. McCrary
Latasha L. McCrary
*One of the attorneys for the State*

Lisa W. Borden
Latasha L. McCrary
**SOUTHERN POVERTY LAW
CENTER**
400 Washington Avenue
Montgomery, AL 36104
Telephone: (334) 956-8200
Facsimile: (334) 956-8481
lisa.borden@splcenter.org
latasha.mccrary@splcenter.org

Leslie Faith Jones*
**SOUTHERN POVERTY LAW
CENTER**
111 East Capitol Street, Suite 280
Jackson, MS 39201
Telephone: (601) 948-8882
Facsimile: (334) 956-8281
leslie.jones@splcenter.org
*Admitted pro hac vice*

William G. Somerville, III
**BAKER, DONELSON,
BEARMAN, CALDWELL &
BERKOWITZ PC**
420 20th Street North, Suite 1400
Birmingham, AL 35203
wsomerville@bakerdonelson.com
pclotfelter@bakerdonelson.com

William Van Der Pol, Jr.
Lonnie Williams
Barbara A. Lawrence
Andrea J. Mixson
**ALABAMA DISABILITIES
ADVOCACY PROGRAM**
University of Alabama
500 Martha Parham West
Box 870395

15

Tuscaloosa, AL  35487
Telephone: (205) 348-4928
Facsimile: (205) 348-3909
wvanderpoljr@adap.ua.edu
lwilliams@adap.ua.edu
blawrence@adap.ua.edu
amixson@adap.ua.edu

Catherine E. Stetson*
Neal K. Katyal*
Jo-Ann T. Sagar*
**HOGAN LOVELLS US LLP**
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
cate.stetson@hoganlovells.com
neal.katyal@hoganlovells.com
jo-ann.sagar@hoganlovells.com
*Admitted pro hac vice*

Joshua C. Toll*
**KING & SPALDING LLP**
1700 Pennsylvania Avenue NW, 2nd
Floor
Washington, DC 20006-4707
Telephone: (202) 227-6138
Facsimile: (202) 626-3737
jtoll@kslaw.com
*Admitted pro hac vice*

**ATTORNEYS FOR THE
PLAINTIFFS**

Anil A. Mujumdar
**DAGNEY JOHNSON LAW
GROUP**
2170 Highland Avenue, Suite 250
Birmingham, AL 35213
Telephone: (205) 590-6986

16

Facsimile: (205) 809-7899
anil@dagneylaw.com

**ATTORNEY FOR PLAINTIFF
ALABAMA DISABILITIES
ADVOCACY PROGRAM**