**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| EDWARD BRAGGS, et al. | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:14-cv-00601-MHT-JTA |
| | ) | Judge Myron H. Thompson |
| | ) | |
| JOHN HAMM, in his official | ) | |
| capacity as Commissioner of the | ) | |
| Alabama Department of | ) | |
| Corrections, et al. | ) | |
| | ) | |
| Defendants. | | |

**MOTION FOR LEAVE FOR JULIA T. MUDD
TO APPEAR *PRO HAC VICE***

Pursuant to Local Rule 83.1(b), Latasha L. McCrary, counsel for Plaintiffs, moves this Court for permission for Julia T. Mudd of the Southern Poverty Law Center, to appear in this case *pro hac vice* for Plaintiffs in this matter. In support of this Motion, Latasha L. McCrary states as follows:

1.      Ms. Mudd is not a member of the bar of this court. She regularly practices law within the State of Louisiana.

2.      Ms. Mudd's business address is Southern Poverty Law Center, 201 St. Charles Avenue, Suite 2000, New Orleans, LA 70170.  Her business telephone is (504) 401-2291 and her facsimile is (504) 809-7899.

3.      A certificate showing Ms. Mudd's enrollment in good standing in the bar of the United States District Court for the Eastern District of Louisiana is attached to this Motion.

4.      Ms. Mudd will represent Plaintiffs in association with Latasha L. McCrary, a member in good standing of the Alabama state bar and the bar of this Court.

5.      Ms. Mudd agrees to comply with all rules and policies applicable to the practice of law in this Court.

6.      Contemporaneously with this Motion, Plaintiffs' counsel have paid the Court's *pro hac vice* fee.

WHEREFORE, Latasha L. McCrary, one of the counsel for the Plaintiffs, respectfully moves this Court for the permission for Julia T. Mudd to appear *pro hac vice* in this case.

Dated: March 20, 2024                    Respectfully Submitted,

                                          /s/ *Latasha L. McCrary*
                                         One of the Attorneys for Plaintiffs
                                         Southern Poverty Law Center
                                         400 Washington Avenue
                                         Montgomery, AL 36104

Latasha L. McCrary
Lisa W. Borden
SOUTHERN POVERTY LAW CENTER
400 Washington Avenue
Montgomery, AL 36104
Telephone: (334) 956-8200
Facsimile: (334) 956-8481
latasha.mccrary@splcenter.org
lisa.borden@splcenter.org

Leslie Faith Jones*
SOUTHERN POVERTY LAW CENTER
111 East Capitol Street, Suite 280
Jackson, MS 39201
Telephone: (601) 948-8882
Facsimile: (334) 956-8281
leslie.jones@splcenter.org
*Admitted pro hac vice

William G. Somerville, III
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ PC
420 20th Street North, Suite 1400
Birmingham, AL 35203
wsomerville@bakerdonelson.com

William Van Der Pol, Jr.
Lonnie Williams
Barbara A. Lawrence
Andrea J. Mixson
Larry G. Canada
ALABAMA DISABILITIES ADVOCACY PROGRAM
University of Alabama
2008 12th Street
Box 870395
Telephone: (205) 348-4928
Facsimile: (205) 348-3909
wvanderpoljr@adap.ua.edu

lwilliams@adap.ua.edu
blawrence@adap.ua.edu
amixson@adap.ua.edu
lcanada@adap.ua.edu

Catherine E. Stetson*
Neal K. Katyal*
Jo-Ann T. Sagar*
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
cate.stetson@hoganlovells.com
neal.katyal@hoganlovells.com
jo-ann.sagar@hoganlovells.com
*Admitted pro hac vice

Joshua C. Toll*
KING & SPALDING LLP
1700 Pennsylvania Avenue NW, 2nd Floor
Washington, DC 20006-4707
Telephone: (202) 227-6138

Facsimile: (202) 626-3737
jtoll@kslaw.com
*Admitted pro hac vice

ATTORNEYS FOR THE PLAINTIFFS

Anil A. Mujumdar
DAGNEY JOHNSON LAW GROUP
2170 Highland Avenue, Suite 250
Birmingham, AL 35213
Telephone: (205) 590-6986
Facsimile: (205) 809-7899
anil@dagneylaw.com

ATTORNEY FOR PLAINTIFF ALABAMA
DISABILITIES ADVOCACY PROGRAM

# CERTIFICATE OF SERVICE

I hereby certify that I have on this 20th day of March, 2024, electronically filed the foregoing with the clerk of court by using the CM/ECF system, which will send a notice of electronic filing to the following:

William R. Lunsford
Matthew B. Reeves
Kenneth S. Steely
Clifford Z. Stafford*
Butler Snow LLP
200 West Side Square
Suite 100
Huntsville, AL 35801
Telephone: (256) 936-5650
Facsimile: (256) 936-5651
bill.lunsford@butlersnow.com
matt.reeves@butlersnow.com
kenneth.steely@butlersnow.com
zane.stafford@butlersnow.com

Philip Piggott, Esq.
Webster Henry
Two Perimeter Park South
Suite 445 East
Birmingham, AL 35243
ppiggott@websterhenry.com

Deana Johnson, Esq.
Brett T. Lane, Esq.
MHM Services, Inc.
1447 Peachtree Street, N.E.,
Suite 500
Atlanta, GA 30309
djohnson@mhm-services.com
btlane@mhm-services.com

/s/ Latasha L. McCrary
One of the Attorneys for Plaintiffs