IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| EDWARD BRAGGS, et al., | ) | |
| | ) | |
|     Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:14cv601-MHT |
| | ) | (WO) |
| JOHN HAMM, in his | ) | |
| official capacity as | ) | |
| Commissioner of | ) | |
| the Alabama Department of | ) | |
| Corrections, et al., | ) | |
| | ) | |
|     Defendants. | ) | |

**ORDER**

For good cause, and at the oral request of Magistrate Judge John Ott, it is ORDERED that the status conference, now set for today, April 19, 2024, at 9:00 a.m., is reset for May 2, 2024, at 8:00 a.m.

DONE, this the 19th day of April, 2024.

                                            /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE