# Exhibit A



# QUARTERLY CORRECTIONAL STAFFING REPORT

**Braggs, *et al.* v. Hamm, *et al.*, In the United States District Court
for the Middle District of Alabama, Northern Division,
Case No. 2:14-cv-00601-MHT**

**Dated: March 1, 2024**

## QUARTERLY CORRECTIONAL STAFFING REPORT FOR THE QUARTER ENDING DECEMBER 31, 2023

| | | Correctional Staffing[1] (Includes CCO, CSG, Sr. CSG, CO, CO-Hourly "factored" COT, "factored" Part-Time Retirees, and Sr. CO) | | | | | | | | | | | Q4 – 2023 | | Staff with ADOC | Correctional Supervisors | | | Q4 - 2023 | | Staff with ADOC | 12/31/23 | Q4-2023 | | Q4 - 2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | CCO | CSG | Sr. CSG | CO | CO-Hourly | CO-Hourly | COT | PT | PT | Sr. CO | 12/31/23 | Q4 Ending | Attrition | | in Excess of | | 12/31/23 | Q4 Ending | Attrition | | in Excess of | Correctional | Turnover | Retention | Vacancy |
| | Assigned | Actual | Actual | Actual | Actual | Actual | Factor | Actual | Actual | Fact. | Actual | Actual | Vacancies | Vol | Inv | 12 Months | Assigned | Actual | Vacancies | Vol | Inv | 12 Months | Staff | Rate | Rate | Rate |
| Bibb | 276.26 | 1 | 14 | 8 | 4 | 4 | 2 | 17 | 5 | 2.5 | 28 | 76.5 | 199.76 | 2 | 0 | 49.5 | 32.5 | 20 | 12.5 | 0 | 0 | 20 | 96.5 | 2.1% | 72.0% | 68.7% |
| Bullock | 278.36 | 7 | 10 | 4 | 1 | 8 | 4 | 4 | 0 | 0 | 38 | 68 | 210.36 | 1 | 0 | 59 | 43.81 | 11 | 32.81 | 0 | 0 | 11 | 79 | 1.3% | 88.6% | 75.5% |
| Donaldson | 364.38 | 3 | 9 | 8 | 3 | 14 | 7 | 19 | 3 | 1.5 | 53 | 103.5 | 260.88 | 6.5 | 1 | 79.5 | 43.6 | 25 | 18.6 | 0 | 0 | 25 | 128.5 | 5.8% | 81.3% | 68.5% |
| Draper[2] | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| Easterling | 210.41 | 7 | 6 | 0 | 1 | 1 | 0.5 | 6 | 7 | 3.5 | 26 | 50 | 160.41 | 3 | 0 | 43 | 31.4 | 13 | 18.4 | 1 | 0 | 13 | 63 | 6.3% | 88.9% | 73.9% |
| Elmore | 146.85 | 1 | 5 | 7 | 4 | 5 | 2.5 | 17 | 2 | 1 | 28 | 65.5 | 81.35 | 3 | 0 | 44.5 | 36.6 | 14 | 22.6 | 2 | 0 | 14 | 79.5 | 6.3% | 73.6% | 56.7% |
| Fountain | 195.31 | 0 | 14 | 0 | 0 | 13 | 6.5 | 5 | 4 | 2 | 27 | 54.5 | 140.81 | 2.5 | 0 | 44.5 | 39.34 | 13 | 26.34 | 0 | 0 | 13 | 67.5 | 3.7% | 85.2% | 71.2% |
| Hamilton A & I | 40.2 | 0 | 4 | 7 | 2 | 3 | 1.5 | 5 | 0 | 0 | 39 | 58.5 | -18.3 | 1 | 0 | 49.5 | 13.2 | 14 | -0.8 | 0 | 0 | 14 | 72.5 | 1.4% | 87.6% | -35.8% |
| Holman | 112.95 | 4 | 6 | 2 | 2 | 0 | 0 | 11 | 12 | 6 | 21 | 52 | 60.95 | 1 | 0 | 36 | 30.71 | 15 | 15.71 | 0 | 0 | 15 | 67 | 1.5% | 76.1% | 53.4% |
| Kilby | 270.3 | 1 | 13 | 12 | 10 | 15 | 7.5 | 29 | 3 | 1.5 | 70 | 144 | 126.3 | 5.5 | 0 | 97 | 50.7 | 22 | 28.7 | 2 | 0 | 22 | 166 | 4.5% | 71.7% | 48.3% |
| Limestone | 321.24 | 2 | 14 | 7 | 7 | 21 | 10.5 | 24 | 3 | 1.5 | 59 | 125 | 196.24 | 2 | 0 | 90 | 49.17 | 36 | 13.17 | 0 | 0 | 36 | 161 | 1.2% | 78.3% | 56.5% |
| St. Clair | 304.18 | 2 | 14 | 8 | 7 | 14 | 7 | 15 | 11 | 5.5 | 59 | 117.5 | 186.68 | 1 | 0 | 88.5 | 40.6 | 27 | 13.6 | 0 | 0 | 27 | 144.5 | 0.7% | 79.9% | 58.1% |
| Staton | 260.03 | 8 | 14 | 1 | 0 | 7 | 3.5 | 18 | 15 | 7.5 | 45 | 97 | 163.03 | 8 | 1 | 71 | 26.41 | 29 | -2.59 | 1 | 0 | 29 | 126 | 7.9% | 79.4% | 56.0% |
| Tutwiler | 188.26 | 8 | 17 | 11 | 3 | 9 | 4.5 | 15 | 3 | 1.5 | 31 | 91 | 97.26 | 6 | 0 | 69 | 26.4 | 21 | 5.4 | 0 | 0 | 21 | 112 | 5.4% | 80.4% | 47.8% |
| Ventress | 221.26 | 4 | 11 | 4 | 1 | 10 | 5 | 6 | 6 | 3 | 22 | 56 | 165.26 | 1 | 2 | 46 | 26.3 | 7 | 19.3 | 1 | 0 | 7 | 63 | 6.3% | 84.1% | 74.6% |
| | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TOTAL | 3189.99 | 48 | 151 | 79 | 45 | 124 | 62 | 191 | 74 | 37 | 546 | 1159 | 2030.99 | 43.5 | 4 | 867 | 490.74 | 267 | 223.74 | 7 | 0 | 267 | 1426 | 3.8% | 79.5% | 61.3% |

[1] The Quarterly Correctional Staffing Report provides a breakdown of the total number of Correctional Cubicle Operators ("CCO"), Correctional Security Guards ("CSG"), Senior Correctional Security Guards ("Sr. CSG"), Correctional Officers ("CO"), Correctional Officer Trainees ("COT"), Part Time ("PT"), and Senior Correctional Officers ("Sr. CO") by position.

[2] ADOC transferred all correctional security staff assigned to Draper to Staton in November 2023. As a result, Draper will be removed from the next Quarterly Correctional Staffing Report.