IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EDWARD BRAGGS, *et al.*,   )<br>   )<br>   Plaintiffs,   )<br>   )<br>v.   )<br>   )<br>JOHN HAMM, *et al.*,   )<br>   )<br>   Defendants.   ) | Case No. 2:14-cv-00601-MHT<br><br>District Judge Myron H. Thompson |

NOTICE OF FILING THE STATE'S
QUARTERLY MENTAL HEALTH STAFFING REPORT

Defendants John Hamm ("Commissioner Hamm"), in his official capacity as Commissioner of the Alabama Department of Corrections ("ADOC"), and Deborah Crook ("Deputy Commissioner" and, collectively with Commissioner Hamm, the "State"), in her official capacity as ADOC's Deputy Commissioner, Office of Health Services, hereby submit the State's Quarterly Mental Health Staffing Report for the quarter ending March 31, 2024, pursuant to the Phase 2A Omnibus Remedial Order. (Doc. No. 3464, § 2.2.4).[1] The quarterly mental health staffing report is attached

---

[1] The State submits this filing in response to the Court's directive. (Doc. 3464, §2.2.4). In doing so, the State expressly preserves any and all objections and all available legal and equitable arguments in response to the Court's Phase 2A Omnibus Remedial Opinion (Docs. 3461, 3462, 3463, 3465), Phase 2A Omnibus Remedial Order (Doc. 3464), any other Phase 2A remedial orders, and the Court's liability opinions and orders in this action, including without limitation, the Court's Liability Opinion and Order as to Phase 2A Eighth Amendment Claim (Doc. 1285) and Phase 2A Supplemental Liability Opinion and Order on Periodic Mental-Health Evaluations of Prisoners in Segregation (Doc. 2332). Nothing contained in this filing shall be construed as an admission by the State, a waiver of any objection to any opinion or order in this action, or a waiver of the State's

hereto as **Exhibit A**.

    Dated: May 31, 2024.

                                                /s/ Kenneth S. Steely
                                                Kenneth S. Steely

                                                *One of the Attorneys for the State*

                                                William R. Lunsford
                                                Matthew B. Reeves
                                                Kenneth S. Steely
                                                Clifford Z. Stafford*
                                                **BUTLER SNOW LLP**
                                                200 West Side Square
                                                Suite 100
                                                Huntsville, AL 35801
                                                Telephone: (256) 936-5650
                                                Facsimile: (256) 936-5651
                                                bill.lunsford@butlersnow.com
                                                matt.reeves@ butlersnow.com
                                                kenneth.steely@ butlersnow.com
                                                zane.stafford@butlersnow.com
                                                * *Admitted pro hac vice.*

---

pending appeal related to Phase 2A (see doc. 3488).  Nothing in this filing shall be construed as an admission of any kind by the State ADOC's current or historical staffing or provision of mental-health care is or was unconstitutional or deficient in any way.  Moreover, the State contends the Phase 2A Omnibus Remedial Order expired by operation of law (see 18 U.S.C. § 3626(a)(2)), and all interim Phase 2A remedial orders similarly expired by operation of law and/or were vacated.  This issue remains on appeal before the United States Court of Appeals for the Eleventh Circuit.  The State intends to continue working in good faith with Plaintiffs and this Court until it receives a ruling vacating the Phase 2A Remedial Order or otherwise declaring it inoperative.

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all attorneys of record in this matter, including without limitation the following, on this 31st day of May 2024:

Lisa W. Borden
Latasha L. McCrary
**SOUTHERN POVERTY LAW CENTER**
400 Washington Avenue
Montgomery, Alabama 36104
Telephone: (334) 956-8200
Facsimile: (334) 956-8481
lisa.borden@splcenter.org
latasha.mccrary@splcenter.org

Emily B. Lubin (*pro hac vice*)
Julia T. Mudd (*pro hac vice*)
**SOUTHERN POVERTY LAW CENTER**
201 St. Charles Ave. Suite 2000
New Orleans, LA 70170
Telephone: (504) 401-2291
Facsimile: (504) 809-7899

Leslie F. Jones (*pro hac vice*)
**SOUTHERN POVERTY LAW CENTER**
111 East Capitol Street Suite 280
Jackson, MS 39201
Telephone: (601) 948-8882
Facsimile: (334) 956-8281
leslie.jones@splcenter.org

Anil A. Mujumdar
**DAGNEY JOHNSON LAW GROUP**
2170 Highland Avenue, Suite 250
Birmingham, Alabama 35213
Telephone: (205) 729-8445
Facsimile: (205) 809-7899
anil@dagneylaw.com

William G. Somerville III
**BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC**
420 20th Street North Suite 1400
Birmingham, Alabama 35203
Telephone: (205) 244-3863
Facsimile: (205) 488-3863
wsomerville@bakerdonelson.com

Deana Johnson (*pro hac vice*)
Brett T. Lane
**MHM SERVICES, INC.**
1447 Peachtree Street NE Suite 500
Atlanta, GA 30309
Telephone: (404) 347-4134
Facsimile: (404) 347-4138
djohnson@mhm-services.com
btlane@mhm-services.com

Joshua C. Toll (*pro hac vice*)
**KING & SPALDING, LLP**
1700 Pennsylvania Avenue NW
2nd Floor
Washington, DC 20006
Telephone: (202) 227-6138
jtoll@kslaw.com

William Van Der Pol, Jr.
Lonnie Williams
Barbara A. Lawrence
Andrea J. Mixson
Larry G. Canada
**ALABAMA DISABILITIES ADVOCACY PROGRAM**
University of Alabama
500 Martha Parham West Box 870395
Tuscaloosa, Alabama 35487-0395
Telephone: (205) 348-6894
Facsimile: (205) 348-3909
wvanderpoljr@adap.ua.edu
lwilliams@adap.ua.edu
blawrence@adap.ua.edu
amixson@adap.ua.edu
lcanada@adap.ua.edu

Catherine E. Stetson*
Neal K. Katyal*
Jo-Ann T. Sagar*
**HOGAN LOVELLS US LLP**
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
cate.stetson@hoganlovells.com
neal.katyal@hoganlovells.com
jo-ann.sagar@hoganlovells.com
*Admitted pro hac vice*



*/s/ Kenneth S. Steely*
Of Counsel