## YesCare - Quarterly Staffing Report
### January 2024 - April 2024

| Facility | YesCare Adjusted Facility Title | Position | Contract FTEs | Total FTEs in Quarterly Hours | Adjusted FTEs in Quarterly Hours (0.85) | Hours Actually Worked 2.2.2.5(a),(b),(c),(d) | Hours Counted But Not Worked (CME, Training, Corp. Functions) 2.2.2.5(e) | FMLA Hours 2.2.2.5(g) | Credit for Vacated Positions 2.2.2.5(f) | Total Hours 2.2.2.5 | Fill Rate |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ADOC - BIBB CF | | MH Clerk | 1.00 | 520.00 | 442.00 | 414.00 | 0.00 | 0.00 | 0.00 | 414.00 | 93.67% |
| ADOC - BIBB CF | | MH CRNP | 1.00 | 520.00 | 442.00 | 343.00 | 0.00 | 0.00 | 0.00 | 343.00 | 77.60% |
| ADOC - BIBB CF | | MH Site Program Mgr Lcsd | 1.00 | 520.00 | 442.00 | 422.00 | 51.00 | 0.00 | 0.00 | 473.00 | 100.00% |
| ADOC - BIBB CF | | MH RN | 1.00 | 520.00 | 442.00 | 442.00 | 0.00 | 0.00 | 0.00 | 442.00 | 100.00% |
| ADOC - BIBB CF | | Psychiatrist | 0.50 | 260.00 | 221.00 | 100.00 | 0.00 | 0.00 | 0.00 | 100.00 | 45.25% |
| ADOC - BIBB CF | | MH Observer | 5.00 | 2600.00 | 2210.00 | 2618.00 | 0.00 | 0.00 | 0.00 | 2618.00 | 100.00% |
| ADOC - BIBB CF | | MHP Licensed | 4.00 | 2080.00 | 1768.00 | 1488.75 | 0.00 | 0.00 | 80.00 | 1568.75 | 88.73% |
| ADOC - BIBB CF | | MH LPN | 3.00 | 1560.00 | 1326.00 | 1109.25 | 8.50 | 0.00 | 0.00 | 1117.75 | 84.29% |
| ADOC - BULLOCK CF | Bullock IP | MH Clerk | 2.00 | 1040.00 | 884.00 | 955.00 | 0.00 | 0.00 | 0.00 | 955.00 | 100.00% |
| ADOC - BULLOCK CF | Bullock IP | MH Observer | 14.00 | 7280.00 | 6188.00 | 7281.00 | 0.00 | 0.00 | 0.00 | 7281.00 | 100.00% |
| ADOC - BULLOCK CF | Bullock IP | MH Site Program Mgr Lcsd | 1.00 | 520.00 | 442.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| ADOC - BULLOCK CF | Bullock IP | MH Activity Tech | 11.50 | 5980.00 | 5083.00 | 4958.75 | 0.00 | 0.00 | 0.00 | 4958.75 | 97.56% |
| ADOC - BULLOCK CF | Bullock IP | MH CRNP | 2.50 | 1300.00 | 1105.00 | 571.00 | 0.00 | 0.00 | 0.00 | 571.00 | 51.67% |
| ADOC - BULLOCK CF | Bullock IP | Psychiatrist | 2.00 | 1040.00 | 884.00 | 650.50 | 0.00 | 0.00 | 0.00 | 650.50 | 73.59% |
| ADOC - BULLOCK CF | Bullock IP | MH AA | 2.00 | 1040.00 | 884.00 | 484.00 | 0.00 | 0.00 | 0.00 | 484.00 | 54.75% |
| ADOC - BULLOCK CF | Bullock IP | Psychologist PhD | 2.50 | 1300.00 | 1105.00 | 496.00 | 0.00 | 0.00 | 0.00 | 496.00 | 44.89% |
| ADOC - BULLOCK CF | Bullock IP | MH LPN | 13.50 | 7020.00 | 5967.00 | 3316.50 | 0.00 | 0.00 | 0.00 | 3316.50 | 55.58% |
| ADOC - BULLOCK CF | Bullock IP | MH RN | 8.50 | 4420.00 | 3757.00 | 3757.00 | 0.00 | 0.00 | 0.00 | 3757.00 | 100.00% |
| ADOC - BULLOCK CF | Bullock IP | MHP Licensed | 6.50 | 3380.00 | 2873.00 | 1384.25 | 0.00 | 0.00 | 40.00 | 1424.25 | 49.57% |
| ADOC - BULLOCK CF | Bullock IP | MH ADON | 1.00 | 520.00 | 442.00 | 616.00 | 0.00 | 0.00 | 0.00 | 616.00 | 100.00% |
| ADOC - BULLOCK CF | Bullock IP | MH RTU/SU Coordinator | 1.00 | 520.00 | 442.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| ADOC - BULLOCK OUTPATIENT | Bullock Main | MH Clerk | 1.00 | 520.00 | 442.00 | 455.50 | 0.00 | 0.00 | 0.00 | 455.50 | 100.00% |
| ADOC - BULLOCK OUTPATIENT | Bullock Main | Psychiatrist | 1.00 | 520.00 | 442.00 | 368.50 | 0.00 | 0.00 | 0.00 | 368.50 | 83.37% |
| ADOC - BULLOCK OUTPATIENT | Bullock Main | MH LPN | 5.00 | 2600.00 | 2210.00 | 314.25 | 0.00 | 0.00 | 0.00 | 314.25 | 14.22% |
| ADOC - BULLOCK OUTPATIENT | Bullock Main | MHP Licensed | 8.50 | 4420.00 | 3757.00 | 1869.25 | 0.00 | 0.00 | 0.00 | 1869.25 | 49.75% |
| ADOC - BULLOCK OUTPATIENT | Bullock Main | MH Site Program Mgr Lcsd | 1.00 | 520.00 | 442.00 | 116.00 | 0.00 | 0.00 | 0.00 | 116.00 | 26.24% |
| ADOC - BULLOCK OUTPATIENT | Bullock Main | MH CRNP | 1.50 | 780.00 | 663.00 | 342.50 | 0.00 | 0.00 | 0.00 | 342.50 | 51.66% |
| ADOC - BULLOCK OUTPATIENT | Bullock Main | MH RN | 2.00 | 1040.00 | 884.00 | 107.25 | 0.00 | 0.00 | 0.00 | 107.25 | 12.13% |
| ADOC - DONALDSON CF | Donaldson IP | Psychiatrist | 1.00 | 520.00 | 442.00 | 517.75 | 0.00 | 0.00 | 0.00 | 517.75 | 100.00% |
| ADOC - DONALDSON CF | Donaldson IP | MH Clerk | 2.00 | 1040.00 | 884.00 | 1089.75 | 0.00 | 0.00 | 0.00 | 1089.75 | 100.00% |
| ADOC - DONALDSON CF | Donaldson IP | MH Site Program Mgr Lcsd | 1.00 | 520.00 | 442.00 | 159.00 | 24.00 | 0.00 | 0.00 | 183.00 | 41.40% |
| ADOC - DONALDSON CF | Donaldson IP | MH CRNP | 1.50 | 780.00 | 663.00 | 868.75 | 0.00 | 0.00 | 0.00 | 868.75 | 100.00% |
| ADOC - DONALDSON CF | Donaldson IP | Psychologist PhD | 2.00 | 1040.00 | 884.00 | 480.00 | 0.00 | 0.00 | 0.00 | 480.00 | 54.30% |
| ADOC - DONALDSON CF | Donaldson IP | MHP Licensed | 6.00 | 3120.00 | 2652.00 | 2394.50 | 32.00 | 0.00 | 244.00 | 2670.50 | 100.00% |
| ADOC - DONALDSON CF | Donaldson IP | MH Activity Tech | 11.00 | 5720.00 | 4862.00 | 3799.00 | 0.00 | 0.00 | 240.00 | 4039.00 | 83.07% |
| ADOC - DONALDSON CF | Donaldson IP | MH Observer | 12.00 | 6240.00 | 5304.00 | 5828.75 | 30.50 | 0.00 | 0.00 | 5859.25 | 100.00% |
| ADOC - DONALDSON CF | Donaldson IP | MH RN | 4.20 | 2184.00 | 1856.40 | 1361.25 | 32.75 | 0.00 | 0.00 | 1394.00 | 75.09% |
| ADOC - DONALDSON CF | Donaldson IP | MH LPN | 7.00 | 3640.00 | 3094.00 | 1632.50 | 0.00 | 0.00 | 0.00 | 1632.50 | 52.76% |
| ADOC - DONALDSON CF | Donaldson IP | MH ADON | 1.00 | 520.00 | 442.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| ADOC - DONALDSON OUTPATIENT | Donaldson Main | MH CRNP | 1.00 | 520.00 | 442.00 | 243.00 | 0.00 | 0.00 | 0.00 | 243.00 | 54.98% |
| ADOC - DONALDSON OUTPATIENT | Donaldson Main | MH Site Program Mgr Lcsd | 1.00 | 520.00 | 442.00 | 452.00 | 8.00 | 0.00 | 0.00 | 460.00 | 100.00% |
| ADOC - DONALDSON OUTPATIENT | Donaldson Main | MH RN | 1.00 | 520.00 | 442.00 | 442.00 | 0.00 | 0.00 | 0.00 | 442.00 | 100.00% |
| ADOC - DONALDSON OUTPATIENT | Donaldson Main | Psychiatrist | 0.50 | 260.00 | 221.00 | 211.25 | 0.00 | 0.00 | 0.00 | 211.25 | 95.59% |
| ADOC - DONALDSON OUTPATIENT | Donaldson Main | MH LPN | 2.50 | 1300.00 | 1105.00 | 796.50 | 0.00 | 0.00 | 0.00 | 796.50 | 72.08% |
| ADOC - DONALDSON OUTPATIENT | Donaldson Main | MH Clerk | 1.00 | 520.00 | 442.00 | 245.00 | 0.00 | 0.00 | 0.00 | 245.00 | 55.43% |
| ADOC - DONALDSON OUTPATIENT | Donaldson Main | MHP Licensed | 6.00 | 3120.00 | 2652.00 | 2094.50 | 0.00 | 0.00 | 120.00 | 2214.50 | 83.50% |
| ADOC - EASTERLING CF | | MH Clerk | 1.00 | 520.00 | 442.00 | 473.50 | 0.00 | 0.00 | 0.00 | 473.50 | 100.00% |
| ADOC - EASTERLING CF | | MH Observer | 8.00 | 4160.00 | 3536.00 | 7180.00 | 0.00 | 0.00 | 280.00 | 7460.00 | 100.00% |

| Facility | YesCare Adjusted Facility Title | Position | Contract FTEs | Total FTEs in Quarterly Hours | Adjusted FTEs in Quarterly Hours (0.85) | Hours Actually Worked 2.2.2.5(a),(b),(c),(d) | Hours Counted But Not Worked (CME, Training, Corp. Functions) 2.2.2.5(e) | FMLA Hours 2.2.2.5(g) | Credit for Vacated Positions 2.2.2.5(f) | Total Hours 2.2.2.5 | Fill Rate |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ADOC - EASTERLING CF | | MH RN | 0.50 | 260.00 | 221.00 | 154.50 | 0.00 | 0.00 | 0.00 | 154.50 | 69.91% |
| ADOC - EASTERLING CF | | MH CRNP | 0.50 | 260.00 | 221.00 | 207.00 | 0.00 | 0.00 | 0.00 | 207.00 | 93.67% |
| ADOC - EASTERLING CF | | MH LPN | 1.50 | 780.00 | 663.00 | 761.25 | 0.00 | 0.00 | 0.00 | 761.25 | 100.00% |
| ADOC - EASTERLING CF | | MH Site Program Mgr Lcsd | 1.00 | 520.00 | 442.00 | 442.00 | 0.00 | 0.00 | 0.00 | 442.00 | 100.00% |
| ADOC - EASTERLING CF | | Psychiatrist | 0.50 | 260.00 | 221.00 | 210.00 | 0.00 | 0.00 | 0.00 | 210.00 | 95.02% |
| ADOC - EASTERLING CF | | MHP Licensed | 4.00 | 2080.00 | 1768.00 | 1159.75 | 0.00 | 0.00 | 0.00 | 1159.75 | 65.60% |
| ADOC - FOUNTAIN CF | | MH Observer | 2.00 | 1040.00 | 884.00 | 2467.75 | 0.00 | 0.00 | 0.00 | 2467.75 | 100.00% |
| ADOC - FOUNTAIN CF | | MH Site Program Mgr Lcsd | 1.00 | 520.00 | 442.00 | 442.00 | 16.00 | 0.00 | 0.00 | 458.00 | 100.00% |
| ADOC - FOUNTAIN CF | | Psychiatrist | 0.50 | 260.00 | 221.00 | 114.50 | 0.00 | 0.00 | 120.00 | 234.50 | 100.00% |
| ADOC - FOUNTAIN CF | | MH LPN | 2.00 | 1040.00 | 884.00 | 800.25 | 0.00 | 0.00 | 0.00 | 800.25 | 90.53% |
| ADOC - FOUNTAIN CF | | MH Clerk | 1.00 | 520.00 | 442.00 | 466.75 | 0.00 | 0.00 | 0.00 | 466.75 | 100.00% |
| ADOC - FOUNTAIN CF | | MHP Licensed | 3.00 | 1560.00 | 1326.00 | 1054.00 | 0.00 | 0.00 | 136.00 | 1190.00 | 89.74% |
| ADOC - FOUNTAIN CF | | MH CRNP | 0.50 | 260.00 | 221.00 | 188.25 | 0.00 | 0.00 | 32.00 | 220.25 | 99.66% |
| ADOC - FOUNTAIN CF | | MH RN | 1.00 | 520.00 | 442.00 | 442.00 | 0.00 | 0.00 | 0.00 | 442.00 | 100.00% |
| ADOC - HAMILTON A&I | | MH Observer | 1.00 | 520.00 | 442.00 | 1980.50 | 0.00 | 0.00 | 0.00 | 1980.50 | 100.00% |
| ADOC - HAMILTON A&I | | Psychiatrist | 0.30 | 156.00 | 132.60 | 231.50 | 0.00 | 0.00 | 0.00 | 231.50 | 100.00% |
| ADOC - HAMILTON A&I | | MH LPN | 0.50 | 260.00 | 221.00 | 221.00 | 0.00 | 0.00 | 0.00 | 221.00 | 100.00% |
| ADOC - HAMILTON A&I | | MH Site Program Mgr Lcsd | 1.00 | 520.00 | 442.00 | 428.00 | 8.00 | 0.00 | 0.00 | 436.00 | 98.64% |
| ADOC - HAMILTON A&I | | MH Clerk | 1.00 | 520.00 | 442.00 | 473.50 | 0.00 | 0.00 | 0.00 | 473.50 | 100.00% |
| ADOC - HAMILTON A&I | | MHP Licensed | 1.00 | 520.00 | 442.00 | 435.75 | 0.00 | 0.00 | 0.00 | 435.75 | 98.59% |
| ADOC - HAMILTON A&I | | MH RN | 0.20 | 104.00 | 88.40 | 120.75 | 0.00 | 0.00 | 0.00 | 120.75 | 100.00% |
| ADOC - HOLMAN CF | | MH Observer | 5.00 | 2600.00 | 2210.00 | 3392.00 | 32.25 | 0.00 | 0.00 | 3424.25 | 100.00% |
| ADOC - HOLMAN CF | | MH AA | 0.50 | 260.00 | 221.00 | 74.75 | 4.75 | 0.00 | 0.00 | 79.50 | 35.97% |
| ADOC - HOLMAN CF | | Psychiatrist | 0.30 | 156.00 | 132.60 | 132.60 | 0.00 | 0.00 | 0.00 | 132.60 | 100.00% |
| ADOC - HOLMAN CF | | MH Site Program Mgr Lcsd | 1.00 | 520.00 | 442.00 | 350.50 | 45.75 | 0.00 | 240.00 | 636.25 | 100.00% |
| ADOC - HOLMAN CF | | MH LPN | 1.00 | 520.00 | 442.00 | 443.00 | 0.00 | 0.00 | 0.00 | 443.00 | 100.00% |
| ADOC - HOLMAN CF | | MH Clerk | 1.00 | 520.00 | 442.00 | 446.00 | 16.00 | 0.00 | 0.00 | 462.00 | 100.00% |
| ADOC - HOLMAN CF | | MHP Licensed | 1.00 | 520.00 | 442.00 | 79.25 | 0.00 | 0.00 | 0.00 | 79.25 | 17.93% |
| ADOC - HOLMAN CF | | MH CRNP | 1.00 | 520.00 | 442.00 | 188.65 | 0.00 | 0.00 | 0.00 | 188.65 | 42.68% |
| ADOC - HOLMAN CF | | MH RN | 0.50 | 260.00 | 221.00 | 264.00 | 0.00 | 0.00 | 0.00 | 264.00 | 100.00% |
| ADOC - HOLMAN CF | | MH Psychologist | 1.00 | 520.00 | 442.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| ADOC - KILBY CF | Kilby Main | MH Observer | 9.00 | 4680.00 | 3978.00 | 10640.75 | 0.00 | 0.00 | 0.00 | 10640.75 | 100.00% |
| ADOC - KILBY CF | Kilby Main | MH Clerk | 2.00 | 1040.00 | 884.00 | 941.75 | 0.00 | 0.00 | 0.00 | 941.75 | 100.00% |
| ADOC - KILBY CF | Kilby Main | MH LPN | 2.50 | 1300.00 | 1105.00 | 1196.75 | 0.00 | 0.00 | 0.00 | 1196.75 | 100.00% |
| ADOC - KILBY CF | Kilby Main | MH Site Program Mgr Lcsd | 1.00 | 520.00 | 442.00 | 214.75 | 0.00 | 0.00 | 240.00 | 454.75 | 100.00% |
| ADOC - KILBY CF | Kilby Main | Psychiatrist | 2.00 | 1040.00 | 884.00 | 884.00 | 0.00 | 0.00 | 0.00 | 884.00 | 100.00% |
| ADOC - KILBY CF | Kilby Main | Psychologist PhD | 1.00 | 520.00 | 442.00 | 360.00 | 0.00 | 0.00 | 0.00 | 360.00 | 81.45% |
| ADOC - KILBY CF | Kilby Main | MH CRNP | 3.00 | 1560.00 | 1326.00 | 1078.25 | 0.00 | 0.00 | 0.00 | 1078.25 | 81.32% |
| ADOC - KILBY CF | Kilby Main | MHP Licensed | 11.00 | 5720.00 | 4862.00 | 856.25 | 0.00 | 0.00 | 0.00 | 856.25 | 17.61% |
| ADOC - KILBY CF | Kilby Main | MH RN | 2.50 | 1300.00 | 1105.00 | 1520.50 | 0.00 | 0.00 | 0.00 | 1520.50 | 100.00% |
| ADOC - KILBY CSU | Kilby CSU | MH Activity Tech | 1.00 | 520.00 | 442.00 | 927.75 | 0.00 | 0.00 | 0.00 | 927.75 | 100.00% |
| ADOC - KILBY CSU | Kilby CSU | MH Clerk | 1.00 | 520.00 | 442.00 | 470.75 | 0.00 | 0.00 | 0.00 | 470.75 | 100.00% |
| ADOC - KILBY CSU | Kilby CSU | Psychiatrist | 0.50 | 260.00 | 221.00 | 221.00 | 0.00 | 0.00 | 0.00 | 221.00 | 100.00% |
| ADOC - KILBY CSU | Kilby CSU | MHP Licensed | 1.50 | 780.00 | 663.00 | 658.00 | 0.00 | 0.00 | 0.00 | 658.00 | 99.25% |
| ADOC - KILBY CSU | Kilby CSU | MH RN | 4.20 | 2184.00 | 1856.40 | 1965.75 | 0.00 | 0.00 | 160.00 | 2125.75 | 100.00% |
| ADOC - KILBY CSU | Kilby CSU | MH LPN | 4.20 | 2184.00 | 1856.40 | 2089.50 | 0.00 | 0.00 | 0.00 | 2089.50 | 100.00% |
| ADOC - KILBY CSU | Kilby CSU | MH CRNP | 1.00 | 520.00 | 442.00 | 50.50 | 0.00 | 0.00 | 0.00 | 50.50 | 11.43% |
| ADOC - KILBY CSU | Kilby CSU | Psychologist PhD | 1.00 | 520.00 | 442.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |

| YesCare - Quarterly Staffing Report January 2024 - April 2024 ||||||||||||
|---|---|---|---|---|---|---|---|---|---|---|---|
| Facility | YesCare Adjusted Facility Title | Position | Contract FTEs | Total FTEs in Quarterly Hours | Adjusted FTEs in Quarterly Hours (0.85) | Hours Actually Worked 2.2.2.5(a),(b),(c),(d) | Hours Counted But Not Worked (CME, Training, Corp. Functions) 2.2.2.5(e) | FMLA Hours 2.2.2.5(g) | Credit for Vacated Positions 2.2.2.5(f) | Total Hours 2.2.2.5 | Fill Rate |
| ADOC - KILBY CSU | Kilby CSU | MH RTU/SU Coordinator | 1.00 | 520.00 | 442.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| ADOC - LIMESTONE CF | | MH Observer | 3.00 | 1560.00 | 1326.00 | 3148.50 | 23.50 | 0.00 | 0.00 | 3172.00 | 100.00% |
| ADOC - LIMESTONE CF | | MH Site Program Mgr Lcsd | 1.00 | 520.00 | 442.00 | 469.00 | 0.00 | 0.00 | 0.00 | 469.00 | 100.00% |
| ADOC - LIMESTONE CF | | Psychiatrist | 1.00 | 520.00 | 442.00 | 442.00 | 0.00 | 0.00 | 0.00 | 442.00 | 100.00% |
| ADOC - LIMESTONE CF | | MH CRNP | 1.50 | 780.00 | 663.00 | 545.75 | 0.00 | 0.00 | 0.00 | 545.75 | 82.32% |
| ADOC - LIMESTONE CF | | MHP Licensed | 9.00 | 4680.00 | 3978.00 | 4226.00 | 0.00 | 0.00 | 0.00 | 4226.00 | 100.00% |
| ADOC - LIMESTONE CF | | MH Clerk | 2.00 | 1040.00 | 884.00 | 860.75 | 0.00 | 0.00 | 0.00 | 860.75 | 97.37% |
| ADOC - LIMESTONE CF | | MH RN | 2.00 | 1040.00 | 884.00 | 458.75 | 0.00 | 0.00 | 0.00 | 458.75 | 51.89% |
| ADOC - LIMESTONE CF | | MH LPN | 4.50 | 2340.00 | 1989.00 | 497.25 | 32.00 | 0.00 | 240.00 | 769.25 | 38.68% |
| ADOC - ST. CLAIR CF | | MH Observer | 2.00 | 1040.00 | 884.00 | 3702.00 | 8.00 | 0.00 | 0.00 | 3710.00 | 100.00% |
| ADOC - ST. CLAIR CF | | MH Site Program Mgr Lcsd | 1.00 | 520.00 | 442.00 | 541.00 | 0.00 | 0.00 | 0.00 | 541.00 | 100.00% |
| ADOC - ST. CLAIR CF | | MH Clerk | 1.00 | 520.00 | 442.00 | 508.00 | 0.00 | 0.00 | 0.00 | 508.00 | 100.00% |
| ADOC - ST. CLAIR CF | | MHP Licensed | 4.50 | 2340.00 | 1989.00 | 2322.50 | 0.00 | 0.00 | 0.00 | 2322.50 | 100.00% |
| ADOC - ST. CLAIR CF | | Psychiatrist | 0.50 | 260.00 | 221.00 | 240.00 | 0.00 | 0.00 | 0.00 | 240.00 | 100.00% |
| ADOC - ST. CLAIR CF | | MH RN | 1.00 | 520.00 | 442.00 | 201.50 | 0.00 | 0.00 | 0.00 | 201.50 | 45.59% |
| ADOC - ST. CLAIR CF | | MH LPN | 2.25 | 1170.00 | 994.50 | 937.00 | 0.00 | 0.00 | 0.00 | 937.00 | 94.22% |
| ADOC - ST. CLAIR CF | | MH CRNP | 1.00 | 520.00 | 442.00 | 435.75 | 0.00 | 0.00 | 160.00 | 595.75 | 100.00% |
| ADOC - STATON CF | | MH Observer | 3.00 | 1560.00 | 1326.00 | 3065.50 | 0.00 | 0.00 | 0.00 | 3065.50 | 100.00% |
| ADOC - STATON CF | | MH Clerk | 2.00 | 1040.00 | 884.00 | 647.25 | 0.00 | 0.00 | 0.00 | 647.25 | 73.22% |
| ADOC - STATON CF | | MH Site Program Mgr Lcsd | 1.00 | 520.00 | 442.00 | 381.00 | 48.50 | 0.00 | 0.00 | 429.50 | 97.17% |
| ADOC - STATON CF | | MHP Licensed | 6.00 | 3120.00 | 2652.00 | 2950.25 | 0.00 | 0.00 | 0.00 | 2950.25 | 100.00% |
| ADOC - STATON CF | | Psychiatrist | 0.50 | 260.00 | 221.00 | 725.00 | 0.00 | 0.00 | 0.00 | 725.00 | 100.00% |
| ADOC - STATON CF | | MH RN | 1.00 | 520.00 | 442.00 | 364.00 | 0.00 | 0.00 | 0.00 | 364.00 | 82.35% |
| ADOC - STATON CF | | MH CRNP | 1.00 | 520.00 | 442.00 | 481.75 | 0.00 | 0.00 | 0.00 | 481.75 | 100.00% |
| ADOC - STATON CF | | MH LPN | 3.00 | 1560.00 | 1326.00 | 1308.50 | 0.00 | 0.00 | 0.00 | 1308.50 | 98.68% |
| ADOC - TUTWILER | Tutwiler IP | MH Activity Tech | 2.00 | 1040.00 | 884.00 | 929.00 | 19.00 | 0.00 | 0.00 | 948.00 | 100.00% |
| ADOC - TUTWILER | Tutwiler IP | MH CRNP | 0.25 | 130.00 | 110.50 | 132.00 | 0.00 | 0.00 | 0.00 | 132.00 | 100.00% |
| ADOC - TUTWILER | Tutwiler IP | Psychologist PhD | 1.00 | 520.00 | 442.00 | 478.00 | 0.00 | 0.00 | 0.00 | 478.00 | 100.00% |
| ADOC - TUTWILER | Tutwiler IP | MH Clerk/MH AA | 1.00 | 520.00 | 442.00 | 724.50 | 35.00 | 0.00 | 0.00 | 759.50 | 100.00% |
| ADOC - TUTWILER | Tutwiler IP | MH LPN | 4.20 | 2184.00 | 1856.40 | 2357.25 | 34.00 | 0.00 | 0.00 | 2391.25 | 100.00% |
| ADOC - TUTWILER | Tutwiler IP | MH Site Program Mgr Lcsd | 0.75 | 390.00 | 331.50 | 641.25 | 9.00 | 0.00 | 0.00 | 650.25 | 100.00% |
| ADOC - TUTWILER | Tutwiler IP | MHP Licensed | 1.00 | 520.00 | 442.00 | 1290.25 | 24.00 | 0.00 | 0.00 | 1314.25 | 100.00% |
| ADOC - TUTWILER | Tutwiler IP | Psychiatrist | 1.00 | 520.00 | 442.00 | 855.25 | 9.50 | 0.00 | 0.00 | 864.75 | 100.00% |
| ADOC - TUTWILER | Tutwiler IP | MH Observer | 2.00 | 1040.00 | 884.00 | 2024.75 | 42.75 | 0.00 | 0.00 | 2067.50 | 100.00% |
| ADOC - TUTWILER | Tutwiler IP | MH RN | 4.20 | 2184.00 | 1856.40 | 2174.25 | 24.00 | 0.00 | 0.00 | 2198.25 | 100.00% |
| ADOC - TUTWILER | Tutwiler IP | MH ADON | 1.00 | 520.00 | 442.00 | 313.50 | 42.50 | 0.00 | 0.00 | 356.00 | 80.54% |
| ADOC - TUTWILER OUTPATIENT | Tutwiler PFW/QIF | MH Clerk | 1.00 | 520.00 | 442.00 | 504.50 | 24.00 | 0.00 | 0.00 | 528.50 | 100.00% |
| ADOC - TUTWILER OUTPATIENT | Tutwiler PFW/QIF | Psychiatrist | 1.00 | 520.00 | 442.00 | 442.00 | 0.00 | 0.00 | 0.00 | 442.00 | 100.00% |
| ADOC - TUTWILER OUTPATIENT | Tutwiler PFW/QIF | MH Site Program Mgr Lcsd | 1.00 | 520.00 | 442.00 | 202.50 | 52.50 | 0.00 | 0.00 | 255.00 | 57.69% |
| ADOC - TUTWILER OUTPATIENT | Tutwiler PFW/QIF | MH RN | 2.00 | 1040.00 | 884.00 | 322.25 | 0.00 | 0.00 | 240.00 | 562.25 | 63.60% |
| ADOC - TUTWILER OUTPATIENT | Tutwiler PFW/QIF | MH CRNP | 2.00 | 1040.00 | 884.00 | 485.00 | 0.00 | 0.00 | 0.00 | 485.00 | 54.86% |
| ADOC - TUTWILER OUTPATIENT | Tutwiler PFW/QIF | MHP Licensed | 6.00 | 3120.00 | 2652.00 | 1208.00 | 108.50 | 0.00 | 240.00 | 1556.50 | 58.69% |
| ADOC - TUTWILER OUTPATIENT | Tutwiler PFW/QIF | MH LPN | 3.00 | 1560.00 | 1326.00 | 667.25 | 9.00 | 0.00 | 0.00 | 676.25 | 51.00% |
| ADOC - VENTRESS CF | | MH Observer | 3.00 | 1560.00 | 1326.00 | 7414.25 | 0.00 | 0.00 | 0.00 | 7414.25 | 100.00% |
| ADOC - VENTRESS CF | | MH Clerk | 1.00 | 520.00 | 442.00 | 314.25 | 0.00 | 0.00 | 136.00 | 450.25 | 100.00% |
| ADOC - VENTRESS CF | | MH CRNP | 0.50 | 260.00 | 221.00 | 239.75 | 0.00 | 0.00 | 0.00 | 239.75 | 100.00% |
| ADOC - VENTRESS CF | | Psychiatrist | 0.50 | 260.00 | 221.00 | 180.00 | 0.00 | 0.00 | 0.00 | 180.00 | 81.45% |
| ADOC - VENTRESS CF | | MH RN | 1.00 | 520.00 | 442.00 | 442.00 | 0.00 | 0.00 | 0.00 | 442.00 | 100.00% |

| Facility | YesCare Adjusted Facility Title | Position | Contract FTEs | Total FTEs in Quarterly Hours | Adjusted FTEs in Quarterly Hours (0.85) | Hours Actually Worked 2.2.2.5(a),(b),(c),(d) | Hours Counted But Not Worked (CME, Training, Corp. Functions) 2.2.2.5(e) | FMLA Hours 2.2.2.5(g) | Credit for Vacated Positions 2.2.2.5(f) | Total Hours 2.2.2.5 | Fill Rate |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ADOC - VENTRESS CF | | MH Site Program Mgr Lcsd | 1.00 | 520.00 | 442.00 | 465.50 | 8.25 | 0.00 | 0.00 | 473.75 | 100.00% |
| ADOC - VENTRESS CF | | MHP Licensed | 3.50 | 1820.00 | 1547.00 | 642.00 | 0.00 | 0.00 | 0.00 | 642.00 | 41.50% |
| ADOC - VENTRESS CF | | MH LPN | 2.00 | 1040.00 | 884.00 | 488.25 | 0.00 | 0.00 | 0.00 | 488.25 | 55.23% |
| REGIONAL OFFICE | | MH Asst Prgm Dir N | 1.00 | 520.00 | 442.00 | 639.25 | 0.00 | 0.00 | 0.00 | 639.25 | 100.00% |
| REGIONAL OFFICE | | MH Admin Coor | 1.00 | 520.00 | 442.00 | 503.75 | 0.00 | 0.00 | 0.00 | 503.75 | 100.00% |
| REGIONAL OFFICE | | MH Asst Prgm Dir Central | 1.00 | 520.00 | 442.00 | 538.50 | 0.00 | 0.00 | 0.00 | 538.50 | 100.00% |
| REGIONAL OFFICE | | MH Asst Prgm Dir S | 1.00 | 520.00 | 442.00 | 627.25 | 0.00 | 0.00 | 0.00 | 627.25 | 100.00% |
| REGIONAL OFFICE | | MH CQI Assistant | 1.00 | 520.00 | 442.00 | 504.00 | 0.00 | 0.00 | 0.00 | 504.00 | 100.00% |
| REGIONAL OFFICE | | MH Telehealth Coor | 1.00 | 520.00 | 442.00 | 513.50 | 0.00 | 0.00 | 0.00 | 513.50 | 100.00% |
| REGIONAL OFFICE | | MH CQI Manager | 1.00 | 520.00 | 442.00 | 1119.75 | 0.00 | 0.00 | 0.00 | 1119.75 | 100.00% |
| REGIONAL OFFICE | | MH Clin Dir-Edu Trng | 1.00 | 520.00 | 442.00 | 525.00 | 0.00 | 0.00 | 0.00 | 525.00 | 100.00% |
| REGIONAL OFFICE | | MH Involuntary Med Coor | 0.40 | 208.00 | 176.80 | 208.00 | 0.00 | 0.00 | 0.00 | 208.00 | 100.00% |
| REGIONAL OFFICE | | MH AA | 2.00 | 1040.00 | 884.00 | 945.50 | 0.00 | 0.00 | 0.00 | 945.50 | 100.00% |
| REGIONAL OFFICE | | MH Asst Psychiatric Dir | 1.00 | 520.00 | 442.00 | 580.00 | 0.00 | 0.00 | 0.00 | 580.00 | 100.00% |
| REGIONAL OFFICE | | MH Psychiatric Director | 1.00 | 520.00 | 442.00 | 637.00 | 0.00 | 0.00 | 0.00 | 637.00 | 100.00% |
| REGIONAL OFFICE | | MH Program Director | 1.00 | 520.00 | 442.00 | 623.00 | 9.00 | 0.00 | 0.00 | 632.00 | 100.00% |
| REGIONAL OFFICE | | MH Data-Reports Mgr | 1.00 | 520.00 | 442.00 | 513.50 | 0.00 | 0.00 | 0.00 | 513.50 | 100.00% |
| REGIONAL OFFICE | | MH Regional Psychologist | 2.00 | 1040.00 | 884.00 | 1009.25 | 0.00 | 0.00 | 0.00 | 1009.25 | 100.00% |

YesCare - Quarterly Staffing Report
January 2024 - April 2024