IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| EDWARD BRAGGS, et al., )<br>  )<br>    Plaintiffs, )<br>  )<br>    v. )<br>  )<br>JOHN HAMM, in his )<br>official capacity as )<br>Commissioner of )<br>the Alabama Department of )<br>Corrections, et al., )<br>  )<br>    Defendants. ) | CIVIL ACTION NO.<br>2:14cv601-MHT<br>(WO) |

## ORDER

Based on the representations made on the record during a status conference on May 17, 2024, it is ORDERED that:

(1) No later than October 25, 2024, at 5:00 p.m., the parties are to submit a joint statement that answers the following questions:

(a) What options are available to the court if the State does not comply with the court's order by July 1, 2025?

     (b) How do the parties propose that the court decide which of those options to pursue, and when?

    (2) The parties should be prepared to discuss the contents of their joint statement during the triannual status conference on November 22, 2024.

    DONE, this the 30th day of July, 2024.

                               /s/ Myron H. Thompson
                               **UNITED STATES DISTRICT JUDGE**