IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| EDWARD BRAGGS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:14cv601-MHT |
| ) | (WO) |
| JOHN HAMM, in his ) | |
| official capacity as ) | |
| Commissioner of ) | |
| the Alabama Department of ) | |
| Corrections, et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER

At a hearing today, the court had three questions regarding the ADA aspect of this litigation.  First, what were the initial deadlines set for filing the transition plan with the court and what was the anticipated end of this aspect of the litigation at that time?  Second, have the deadlines for filing already been extended, and, if so, how often and for how long?  Third, how would the proposed extensions now before the court affect the deadlines and how would they impact the termination of

the ADA aspect of this litigation, including when the court could expect such termination?

Accordingly, it is ORDERED that the parties are to each file a report by Monday, November 4, 2024, at 5:00 p.m. responding to these questions.

DONE, this the 1st day of November, 2024.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**