# Exhibit A



# QUARTERLY CORRECTIONAL STAFFING REPORT

**Braggs, *et al.* v. Hamm, *et al.*,** In the United States District Court
for the Middle District of Alabama, Northern Division,
Case No. 2:14-cv-00601-MHT

**Dated: December 2, 2024**

**QUARTERLY CORRECTIONAL STAFFING REPORT FOR THE QUARTER ENDING SEPTEMBER 30, 2024**

| | | Correctional Staffing[1] (Includes CCO, CSG, Sr. CSG, CO, CO-Hourly "factored" COT, "factored" Part-Time Retirees, and Sr. CO) | | | | | | | | | | | | Q3 – 2024 Attrition | | Staff with ADOC in Excess of | Correctional Supervisors | | | Q3 - 2024 Attrition | | Staff with ADOC in Excess of | 09/30/24 Correctional | Q3-2024 Turnover | | Q3 - 2024 Vacancy |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Assigned | CCO Actual | CSG Actual | Sr. CSG Actual | CO Actual | CO-Hourly Actual | CO-Hourly Factor | COT Actual | PT Actual | PT Fact. | Sr. CO Actual | 09/30/24 Actual | Q3 Ending Vacancies | Vol | Inv | 12 Months | 09/30/24 Assigned | Actual | Q3 Ending Vacancies | Vol | Inv | 12 Months | Staff | Rate | Retention Rate | Rate |
| Bibb | 276.26 | 1 | 12 | 16 | 16 | 8 | 4 | 25 | 1 | 0.5 | 28 | 102.5 | 173.76 | 2 | 0 | 51.5 | 32.5 | 24 | 8.5 | 0 | 0 | 24 | 126.5 | 1.6% | 59.7% | 59.0% |
| Bullock | 278.36 | 7 | 8 | 8 | 3 | 8 | 4 | 10 | 0 | 0 | 34 | 74 | 204.36 | 2 | 0 | 57 | 43.81 | 14 | 29.81 | 0 | 0 | 14 | 88 | 2.3% | 80.7% | 72.7% |
| Donaldson | 364.38 | 2 | 10 | 9 | 13 | 17 | 8.5 | 28 | 0 | 0 | 54 | 124.5 | 239.88 | 5 | 1 | 77.5 | 43.6 | 27 | 16.6 | 0 | 0 | 27 | 151.5 | 4.0% | 69.0% | 62.9% |
| Easterling | 210.41 | 6 | 8 | 4 | 6 | 9 | 4.5 | 6 | 1 | 0.5 | 20 | 55 | 155.41 | 4 | 1 | 38 | 31.4 | 13 | 18.4 | 0 | 0 | 13 | 68 | 7.4% | 75.0% | 71.9% |
| Elmore | 146.85 | 1 | 4 | 9 | 8 | 8 | 4 | 14 | 0 | 0 | 24 | 64 | 82.85 | 3 | 0 | 43 | 36.6 | 19 | 17.6 | 0 | 0 | 19 | 83 | 3.6% | 74.7% | 54.8% |
| Fountain | 195.31 | 0 | 7 | 8 | 0 | 19 | 9.5 | 15 | 2 | 1 | 27 | 67.5 | 127.81 | 5 | 0 | 48.5 | 39.34 | 13 | 26.34 | 0 | 0 | 13 | 80.5 | 6.2% | 76.4% | 65.7% |
| Hamilton A&I | 40.2 | 0 | 0 | 7 | 5 | 3 | 1.5 | 1 | 0 | 0 | 37 | 51.5 | -11.3 | 2 | 0 | 45.5 | 13.2 | 13 | 0.2 | 1 | 0 | 13 | 64.5 | 4.7% | 90.7% | -20.8% |
| Holman | 112.95 | 4 | 9 | 3 | 6 | 11 | 5.5 | 17 | 1 | 0.5 | 18 | 63 | 49.95 | 5 | 1 | 36 | 30.71 | 15 | 15.71 | 0 | 0 | 15 | 78 | 7.7% | 65.4% | 45.7% |
| Kilby | 270.3 | 1 | 9 | 12 | 26 | 17 | 8.5 | 32 | 1 | 0.5 | 66 | 155 | 115.3 | 3 | 0 | 92 | 50.7 | 24 | 26.7 | 0 | 0 | 24 | 179 | 1.7% | 64.8% | 44.2% |
| Limestone | 321.24 | 2 | 16 | 5 | 19 | 25 | 12.5 | 45 | 1 | 0.5 | 56 | 156 | 165.24 | 5.5 | 0 | 88 | 49.17 | 33 | 16.17 | 0 | 0 | 33 | 189 | 2.9% | 64.0% | 49.0% |
| St. Clair | 304.18 | 2 | 18 | 13 | 8 | 17 | 8.5 | 30 | 8 | 4 | 60 | 143.5 | 160.68 | 6 | 1 | 96.5 | 40.6 | 30 | 10.6 | 0 | 0 | 30 | 173.5 | 4.0% | 72.9% | 49.7% |
| Staton | 260.03 | 7 | 9 | 7 | 13 | 24 | 12 | 17 | 0 | 0 | 35 | 100 | 160.03 | 12 | 1 | 62 | 26.41 | 30 | -3.59 | 0 | 0 | 30 | 130 | 10.0% | 70.8% | 54.6% |
| Tutwiler | 188.26 | 8 | 8 | 21 | 6 | 11 | 5.5 | 20 | 2 | 1 | 22 | 91.5 | 96.76 | 8 | 0 | 63.5 | 26.4 | 20 | 6.4 | 1 | 0 | 20 | 111.5 | 8.1% | 74.9% | 48.1% |
| Ventress | 221.26 | 4 | 9 | 7 | 3 | 16 | 8 | 13 | 3 | 1.5 | 21 | 66.5 | 154.76 | 5 | 0 | 46.5 | 26.3 | 8 | 18.3 | 0 | 0 | 8 | 74.5 | 6.7% | 73.2% | 69.9% |
| | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TOTAL | 3189.99 | 45 | 127 | 129 | 132 | 193 | 96.5 | 273 | 20 | 10 | 502 | 1314.5 | 1875.49 | 67.5 | 5 | 845.5 | 490.74 | 283 | 207.74 | 2 | 0 | 283 | 1597.5 | 4.7% | 70.6% | 56.6% |

---

[1] The Quarterly Correctional Staffing Report provides a breakdown of the total number of Correctional Cubicle Operators ("CCO"), Correctional Security Guards ("CSG"), Senior Correctional Security Guards ("Sr. CSG"), Correctional Officers ("CO"), Correctional Officer Trainees ("COT"), Part Time ("PT"), and Senior Correctional Officers ("Sr. CO") by position.