IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
EDWARD BRAGGS, et al.,       )
                             )
     Plaintiffs,             )
                             )   CIVIL ACTION NO.
     v.                      )     2:14cv601-MHT
                             )         (WO)
JOHN HAMM, in his            )
official capacity as         )
Commissioner of              )
the Alabama Department of    )
Corrections, et al.,         )
                             )
     Defendants.             )
```

ORDER

As explained at the previous triannual status conference held on February 7, 2025, the court is concerned about whether it may extend the deadlines for filing the revised transition plan given plaintiffs' opposition to defendants' motion for an extension of time to file the revised transition plan (Doc. 4305).

In particular, the court has several questions relating to whether it may grant defendants motion for an extension, as well as the applicable law and procedure for defendants' motion.  First, do subparts (b) and (c)

of Rule 60 of the Federal Rules of Civil Procedure, as well as the Supreme Court's decision in *Rufo v. Inmates of Suffolk Cnty. Jail*, 502 U.S. 367 (1992), and its progeny, provide the law governing defendants' motion? Second, if not, what law governs the motion? Third, does defendants' motion comply with the governing law, whatever it is? And, fourth, in light of the answers to the previous questions, was the court's last extension of the revised ADA filing deadline (Doc. 4258) proper? The court would like briefing from the parties addressing defendants' extension motion and the above questions.

Accordingly, it is ORDERED that (1) defendants shall file a brief in support of their motion, addressing the above questions, by March 11, 2025; (2) plaintiffs shall file a response by March 18, 2025; and (3) defendants may file a reply by March 21, 2025.

DONE, this the 4th day of March, 2025.

                               /s/ Myron H. Thompson
                               UNITED STATES DISTRICT JUDGE