**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

RECEIVED

2025 MAY 22 P 1: 32

~~TRACY GRANGER, CLK~~
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| **EDWARD BRAGGS**, *et al.*, | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) **Case No. 2:14-cv-00601-MHT** |
| **v.** | ) |
| | ) **District Judge Myron H. Thompson** |
| **JOHN HAMM**, *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

**NOTICE OF FILING UNDER SEAL WEEKLY
EXCEPTIONAL CIRCUMSTANCES REPORT**

Defendants JOHN HAMM ("Commissioner Hamm"), in his official capacity

as Commissioner of the Alabama Department of Corrections ("ADOC"), and

DEBORAH CROOK ("Deputy Commissioner" and, collectively with

Commissioner Hamm, the "State"), in her official capacity as ADOC's Deputy

Commissioner, Office of Health Services, pursuant to this Court's Order dated

September 27, 2022 (doc. 3805), hereby submit *under seal* reports providing

information regarding serious mental illness inmates housed in a restrictive housing

unit under exceptional circumstances within the Alabama Department of Corrections

as of May 11, 2025.[1]  The reports are attached hereto as **Exhibits A-J.**

---

The State submits this report in response to §3.1.4 of the Phase 2A Remedial Order. The State expressly preserves any and all objections and all available legal and equitable arguments in response to the Court's Phase 2A Omnibus Remedial Opinion (Docs. 3461, 3462, 3463, 3465), Phase 2A Omnibus Remedial Order (Doc. 3464), any other Phase 2A remedial orders, and the

Date: May ___22___, 2025.

/s/ _William J. Cranford III_

William J. Cranford III
*One of the Attorneys for the State*

William R. Lunsford
Matthew B. Reeves
Kenneth S. Steely
William J. Cranford III
**Butler Snow LLP**
200 West Side Square
Suite 100
Huntsville, AL 35801
Telephone: (256) 936-5650
Facsimile: (256) 936-5651
bill.lunsford@butlersnow.com
matt.reeves@butlersnow.com
kenneth.steely@butlersnow.com
will.cranford@butlersnow.com

---

Court's liability opinions and orders in this action, including without limitation, the Court's Liability Opinion and Order as to Phase 2A Eighth Amendment Claim (Doc. 1285) and Phase 2A Supplemental Liability Opinion and Order on Periodic Mental-Health Evaluations of Prisoners in Segregation (Doc. 2332). Nothing contained in this filing shall be construed as an admission by the State, a waiver of any objection to any opinion or order in this action, or a waiver of the State's pending appeal related to Phase 2A (see Doc. 3488). Nothing in this filing shall be construed as an admission of any kind by the State that ADOC's current or historical staffing or provision of mental-health care is or was unconstitutional or deficient in any way.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all attorneys of record in this matter, including without limitation the following, on this _22nd_ day of May, 2025:

Lisa W. Borden
Latasha L. McCrary
**SOUTHERN POVERTY LAW CENTER**
400 Washington Avenue
Montgomery, Alabama 36104
Telephone: (334) 956-8200
lisa.borden@splcenter.org
latasha.mccrary@splcenter.org

Emily B. Lubin (*pro hac vice*)
Julia T. Mudd (*pro hac vice*)
**SOUTHERN POVERTY LAW CENTER**
201 St. Charles Ave. Suite 2000
New Orleans, LA 70170
Telephone: (504) 401-2291
Facsimile: (504) 809-7899
emily.lubin@splcenter.org
julia.mudd@splcenter.org

Anil A. Mujumdar
**DAGNEY JOHNSON LAW GROUP**
2170 Highland Avenue, Suite 250
Birmingham, Alabama 35213
Telephone: (205) 729-8445
Facsimile: (205) 809-7899
anil@dagneylaw.com

William G. Somerville III
**BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC**
420 20th Street North Suite 1400
Birmingham, Alabama 35203
Telephone:  (205) 244-3863
Facsimile:  (205) 488-3863
wsomerville@bakerdonelson.com

Deana Johnson (*pro hac vice*)
Brett T. Lane
**MHM SERVICES, INC.**
1447 Peachtree Street NE Suite 500
Atlanta, GA 30309
Telephone: (404) 347-4134
Facsimile: (404) 347-4138
djohnson@mhm-services.com
btlane@mhm-services.com

Joshua C. Toll (*pro hac vice*)
**KING & SPALDING, LLP**
1700 Pennsylvania Avenue NW
2nd Floor
Washington, DC 20006
Telephone: (202) 227-6138
jtoll@kslaw.com

3

Lonnie Williams
Barbara A. Lawrence
Andrea J. Mixson
Larry G. Canada
**ALABAMA DISABILITIES**
**ADVOCACY PROGRAM**
University of Alabama
500 Martha Parham West
Box 870395
Tuscaloosa, Alabama 35487-0395
Telephone: (205) 348-6894
Facsimile: (205) 348-3909
lwilliams@adap.ua.edu
blawrence@adap.ua.edu
amixson@adap.ua.edu
lcanada@adap.ua.edu

Catherine E. Stetson*
Neal K. Katyal*
Jo-Ann T. Sagar*
**HOGAN LOVELLS US LLP**
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
cate.stetson@hoganlovells.com
neal.katyal@hoganlovells.com
jo-ann.sagar@hoganlovells.com
*Admitted pro hac vice*

/s/

Of Counsel