# Exhibit A



# QUARTERLY CORRECTIONAL STAFFING REPORT

**Braggs,** *et al.* **v. Hamm,** *et al.***,** In the United States District Court
for the Middle District of Alabama, Northern Division,
Case No. 2:14-cv-00601-MHT

**Dated: June 2, 2025**

## QUARTERLY CORRECTIONAL STAFFING REPORT FOR THE QUARTER ENDING MARCH 31, 2025

| | Correctional Staffing[1] (Includes CCO, CSG, Sr. CSG, CO, "factored" CO-Hourly, COT, "factored" Part-Time Retirees and Sr. CO) | | | | | | | | | | | | | | | Correctional Supervisors | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Assigned[2] | CCO Actual | CSG Actual | Sr. CSG Actual | CO Actual | CO-Hourly Actual | CO-Hourly Factor | COT Actual | PT Actual | PT Factor | Sr. CO Actual | 3/31/25 Actual | Q1 Ending Vacancies | Q1-2025 Attrition Vol | Inv | Staff with ADOC in Excess of 12 Months | Assigned | 3/31/25 Actual | Q1 Ending Vacancies | Q1-2025 Attrition Vol | Inv | Staff with ADOC in Excess of 12 Months | 3/31/25 Correctional Staff | Q1-2025 Turnover Rate | Q1-2025 Retention Rate | Q1-2025 Vacancy Rate |
| Bibb | 268.66 | 1 | 7 | 16 | 16 | 8 | 4 | 31 | 1 | 0.5 | 34 | 109.5 | 159.16 | 6 | | 60.5 | 23 | 26 | -3 | | | 26 | 135.5 | 4.4% | 95.6% | 53.5% |
| Bullock | 264.23 | 7 | 3 | 6 | 4 | 9 | 4.5 | 16 | | 0 | 29 | 69.5 | 194.73 | 2 | | 52.5 | 39.43 | 14 | 25.43 | 1 | | 14 | 83.5 | 3.6% | 96.4% | 72.5% |
| Donaldson | 362.8 | 2 | 6 | 8 | 10 | 16 | 8 | 35 | | 0 | 52 | 121 | 241.8 | 3 | | 78 | 44 | 28 | 16 | 1 | | 28 | 149 | 2.7% | 97.3% | 63.4% |
| Easterling | 207.18 | 5 | 3 | 4 | 5 | 9 | 4.5 | 6 | 1 | 0.5 | 21 | 49 | 158.18 | 5 | | 41 | 26.03 | 14 | 12.03 | 1 | | 14 | 63 | 9.5% | 90.5% | 73.0% |
| Elmore | 144.8 | 1 | 2 | 9 | 11 | 9 | 4.5 | 13 | | 0 | 26 | 66.5 | 78.3 | 4 | | 47.5 | 26.02 | 20 | 6.02 | | | 20 | 86.5 | 4.6% | 95.4% | 49.4% |
| Fountain | 192.55 | | 5 | 7 | 6 | 19 | 9.5 | 24 | 2 | 1 | 26 | 78.5 | 114.05 | 2 | | 47.5 | 33.04 | 14 | 19.04 | | | 14 | 92.5 | 2.2% | 97.8% | 59.0% |
| Hamilton A & I | 39 | | | 6 | 3 | 3 | 1.5 | 2 | | 0 | 40 | 52.5 | -13.5 | 1 | | 48.5 | 17 | 13 | 4 | | | 13 | 65.5 | 1.5% | 98.5% | -17.0% |
| Holman | 111.03 | 4 | 5 | 4 | 7 | 11 | 5.5 | 11 | 1 | 0.5 | 21 | 58 | 53.03 | 4 | | 38 | 22.02 | 13 | 9.02 | 1 | | 13 | 71 | 7.0% | 93.0% | 46.6% |
| Kilby | 265.61 | 1 | 6 | 10 | 24 | 17 | 8.5 | 45 | 1 | 0.5 | 72 | 167 | 98.61 | 5 | | 103 | 45.04 | 26 | 19.04 | | | 26 | 193 | 2.6% | 97.4% | 37.9% |
| Limestone | 321.85 | 1 | 7 | 7 | 25 | 24 | 12 | 55 | 1 | 0.5 | 53 | 160.5 | 161.35 | 15 | 1 | 97.5 | 41.33 | 35 | 6.33 | 1 | | 35 | 195.5 | 8.7% | 91.3% | 46.2% |
| St. Clair | 292.42 | 1 | 7 | 17 | 16 | 17 | 8.5 | 49 | 8 | 4 | 57 | 159.5 | 132.92 | 4 | 1 | 102.5 | 37 | 32 | 5 | | | 32 | 191.5 | 2.6% | 97.4% | 41.9% |
| Staton | 261.81 | 4 | 5 | 4 | 16 | 23 | 11.5 | 33 | | 0 | 35 | 108.5 | 153.31 | 1 | | 62.5 | 27.02 | 28 | -0.98 | | | 28 | 136.5 | 0.7% | 99.3% | 52.7% |
| Tutwiler | 188.81 | 8 | 5 | 11 | 6 | 12 | 6 | 30 | 2 | 1 | 25 | 92 | 96.81 | 4 | 2 | 57 | 27.03 | 19 | 8.03 | 2 | | 19 | 111 | 7.2% | 92.8% | 48.6% |
| Ventress | 217.43 | 4 | 7 | 7 | 5 | 16 | 8 | 20 | 3 | 1.5 | 17 | 69.5 | 147.93 | 5 | 2 | 43.5 | 27.03 | 14 | 13.03 | | | 14 | 83.5 | 8.4% | 91.6% | 65.8% |
| TOTAL | 3138.18 | 39 | 68 | 116 | 154 | 193 | 96.5 | 370 | 20 | 10 | 508 | 1361.5 | 1776.68 | 61 | 6 | 879.5 | 434.99 | 296 | 138.99 | 7 | 0 | 296 | 1657.5 | 4.5% | 95.5% | 53.6% |

[1] The Quarterly Correctional Staffing Report provides a breakdown of the total number of Correctional Cubicle Operators ("CCO"), Correctional Security Guard ("CSG"), Senior Correctional Security Guard ("Sr. CSG"), Correctional Officers ("CO"), Correctional Officer Trainees ("COT"), Part Time ("PT"), and Senior Correctional Officers ("Sr. CO") by position.
[2] The number of assigned Correctional Staffing and Correctional Supervisors for each facility is updated to reflect the numbers reported in the Staffing Analysis completed on November 1, 2024.