IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| EDWARD BRAGGS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:14cv601-MHT |
| ) | (WO) |
| JOHN HAMM, in his ) | |
| official capacity as ) | |
| Commissioner of ) | |
| the Alabama Department of ) | |
| Corrections, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

It is ordered that defendants' motion to reschedule status conference (Doc. 4413) is granted to the extent that the hearing set for October 10, 2025, is cancelled. The hearing will be reset if needed.

DONE, this the 6th day of October, 2025.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**