IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| EDWARD BRAGGS, et al.,            )<br>                                                )<br>       Plaintiffs,               )<br>                                                )<br>    v.                                       )<br>                                                )<br>                                                )<br>JOHN HAMM, in his                )<br>official capacity as          )<br>Commissioner of                   )<br>the Alabama Department of )<br>Corrections, et al.,           )<br>                                                )<br>       Defendants.              ) | CIVIL ACTION NO.<br>  2:14cv601-MHT<br>         (WO) |

## ORDER

The court notes that there is a triannual status conference set for Thursday, November 20, 2025. The court has reviewed the status reports filed by the parties and recognizes that the parties are waiting for further guidance and decisions from the court. Indeed, the court is *in the midst of resolving the issues before it* and would prefer to hold a hearing (perhaps even a series of hearings) at a point when it would be more productive, for there is a likelihood that the court will

have questions about one or more of the issues under submission.  It will schedule a hearing (and perhaps even a series of hearings) if and when such a hearing becomes necessary to resolve those matters.

Accordingly, it is ORDERED that the hearing set for November 20, 2025, is cancelled.

DONE, this the 19th day of November, 2025.

                                     /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**