IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| EDWARD BRAGGS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:14cv601-MHT |
| | ) | (WO) |
| JOHN HAMM, in his | ) | |
| official capacity as | ) | |
| Commissioner of | ) | |
| the Alabama Department of | ) | |
| Corrections, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The court notes that there is an order for the plaintiffs to file, by today, March 6, 2026, a stand-alone request to receive Structured Living Unit (SLU) data from the defendants. *See Revised Remedy Scheduling Order* (Doc. 4466) at 17–18, cell III.D.8. The court understands that the parties are currently mediating this issue and hope to reach a resolution soon. The plaintiffs have therefore orally requested that the deadline to file their request be extended to March 16,

2026.   The court will grant that request to give the parties additional time to mediate.

Accordingly, it is ORDERED that the deadline for plaintiffs to file a stand-alone request to receive Structured Living Unit (SLU) data from the defendants is extended from March 6, 2026, to March 16, 2026.

DONE, this the 6th day of March, 2026.

    /s/ Myron H. Thompson    
    **UNITED STATES DISTRICT JUDGE**

2