# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| **EDWARD BRAGGS,** *et al.*, | ) | |
| | ) | |
| **Plaintiffs,** | ) | **CIVIL ACTION NO.** |
| | ) | **2:14-cv-00601-MHT-JTA** |
| **v.** | ) | |
| | ) | **District Judge Myron H. Thompson** |
| **JOHN HAMM,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**NOTICE OF FILING OF PLAINTIFFS' PROPOSED PHASE 2A
OPINION AND ORDER ON PLAINTIFFS' ORAL MOTION TO SHOW
CAUSE REGARDING CORRECTIONAL STAFFING**

Plaintiffs Edward Braggs, *et al.*, ("Plaintiffs"), pursuant to the Court's Revised Remedy Scheduling Order dated February 24, 2026 (Doc. 4466), hereby submit their Proposed Phase 2A Opinion and Order on Plaintiffs' Oral Motion to Show Cause Regarding Correctional Staffing. The proposed order is attached hereto as Exhibit A.

Dated: March 6, 2026

*/s/ Latasha L. McCrary Dejarnett*
Latasha L. McCrary Dejarnett

Lisa W. Borden
Latasha L. McCrary Dejarnett
**SOUTHERN POVERTY LAW CENTER**
400 Washington Avenue
Montgomery, AL 36104
Telephone: (334) 956-8200
Facsimile: (334) 956-8481
lisa.borden@splcenter.org

latasha.dejarnett@splcenter.org

Emily B. Lubin*
Julia T. Mudd*
SOUTHERN POVERTY LAW CENTER
201 St. Charles Ave. Suite 2000
New Orleans, LA 70170
Telephone: (504) 401-2291
Facsimile: (504) 809-7899
emily.lubin@splcenter.org
julia.mudd@splcenter.org
*Admitted pro hac vice

Andrew G. Udelsman*
SOUTHERN POVERTY LAW CENTER
2 S. Biscayne Blvd. Suite 3200
Miami, FL 33131
Telephone: (786) 742-9397
andrew.udelsman@splcenter.org
*Admitted pro hac vice

William G. Somerville, III
BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC
420 20th Street North, Suite 1400
Birmingham, AL 35203
wsomerville@bakerdonelson.com
pclotfelter@bakerdonelson.com

Larry G. Canada
Lonnie Williams
Barbara A. Lawrence
Andrea J. Mixson
ALABAMA DISABILITIES
ADVOCACY PROGRAM
University of Alabama
500 Martha Parham West
Box 870395
Tuscaloosa, AL 35487
Telephone: (205) 348-4928

2

Facsimile: (205) 348-3909
lcanada@adap.ua.edu
lwilliams@adap.ua.edu
blawrence@adap.ua.edu
amixson@adap.ua.edu

Catherine E. Stetson*
Neal K. Katyal*
Jo-Ann T. Sagar*
**HOGAN LOVELLS US LLP**
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
cate.stetson@hoganlovells.com
neal.katyal@hoganlovells.com
jo-ann.sagar@hoganlovells.com
*Admitted pro hac vice*

Joshua C. Toll*
**KING & SPALDING LLP**
1700 Pennsylvania Avenue NW, 2nd
Floor
Washington, DC 20006-4707
Telephone: (202) 227-6138
Facsimile: (202) 626-3737
jtoll@kslaw.com
*Admitted pro hac vice*

**ATTORNEYS FOR THE
PLAINTIFFS**

Anil A. Mujumdar
**DAGNEY JOHNSON LAW GROUP**
2170 Highland Avenue, Suite 250
Birmingham, AL 35213
Telephone: (205) 590-6986
Facsimile: (205) 809-7899
anil@dagneylaw.com

3

**ATTORNEY FOR PLAINTIFF
ALABAMA DISABILITIES
ADVOCACY PROGRAM**


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all attorneys of record in this matter, including without limitation the following, on this 6th day of March 2025:


William R. Lunsford
Kenneth S. Steely
Daniel J. Chism
Lynette E. Potter
Megan M. Everett
**BUTLER SNOW LLP**
200 West Side Square, Suite 100
Huntsville, AL 35801
Telephone: (256) 936-5650
Facsimile: (256) 936-5651
bill.lunsford@butlersnow.com
kenneth.steely@butlersnow.com
daniel.chism@butlersnow.com
lynette.potter@butlersnow.com
megan.everett@butlersnow.com

Philip Piggott, Esq.
**WEBSTER HENRY**
Two Perimeter Park South
Suite 445 East
Birmingham, AL 35243
ppiggott@websterhenry.com


Deana Johnson*
Brett T. Lane
**MHM SERVICES, INC.**
1447 Peachtree Street NE
Suite 500
Atlanta, GA 30309
Telephone: (404) 347-4134
Facsimile: (404) 347-4138
djohnson@mhm-services.com
btlane@mhm-services.com
*Admitted pro hac vice*

/s/ Latasha L. McCrary Dejarnett
Latasha L. McCrary Dejarnett

4