IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| EDWARD BRAGGS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:14cv601-MHT |
| | ) | (WO) |
| JOHN HAMM, in his | ) | |
| official capacity as | ) | |
| Commissioner of | ) | |
| the Alabama Department of | ) | |
| Corrections, et al., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

As reflected in the court's March 6, 2026, order (Doc. 4472), the deadline for the plaintiffs to file a stand-alone request to receive Structured Living Unit (SLU) data from the defendants was extended from March 6 to March 16, 2026.  The court granted the extension to give the parties more time to come to an agreement via mediation.  The parties have orally requested that the deadline be extended for another week.  The court will grant their request.

Accordingly, it is ORDERED that the deadline for plaintiffs to file a stand-alone request to receive Structured Living Unit (SLU) data from the defendants is extended from March 16, 2026, to March 23, 2026.

DONE, this the 13th day of March, 2026.

              /s/ Myron H. Thompson
              **UNITED STATES DISTRICT JUDGE**