**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **EDWARD BRAGGS,** *et al.*, | ) |
| | ) |
| **Plaintiffs,** | ) **CIVIL ACTION NO.** |
| | ) **2:14-cv-00601-MHT-JTA** |
| **v.** | ) |
| | ) **District Judge Myron H. Thompson** |
| **JOHN HAMM,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

**PLAINTIFFS' MOTION TO WITHDRAW MOTION FOR DISCLOSURE
OF MONTHLY STRUCTURED LIVING UNIT DATA**

Plaintiffs Edward Braggs, *et al.*, ("Plaintiffs") hereby move to withdraw their

Motion for Disclosure of Monthly Structured Living Unit ("SLU") Data filed with

the court on March 23, 2026 (Doc. 4484). The parties have reached an agreement on

the Motion for Disclosure to receive the requested records.

Dated: April 6, 2026                    Respectfully Submitted,

                                        */s/ Julia T. Mudd*
                                        Julia T. Mudd

                                        Julia T. Mudd*
                                        Emily B. Lubin*
                                        **SOUTHERN POVERTY LAW CENTER**
                                        201 St. Charles Ave. Suite 2000
                                        New Orleans, LA 70170
                                        Telephone: (504) 401-2291
                                        Facsimile: (504) 809-7899
                                        julia.mudd@splcenter.org

emily.lubin@splcenter.org
*Admitted pro hac vice*

Lisa W. Borden
Latasha L. McCrary Dejarnett
**SOUTHERN POVERTY LAW CENTER**
400 Washington Avenue
Montgomery, AL 36104
Telephone: (334) 956-8200
Facsimile: (334) 956-8481
lisa.borden@splcenter.org
latasha.dejarnett@splcenter.org

Andrew G. Udelsman*
**SOUTHERN POVERTY LAW CENTER**
2 S. Biscayne Blvd. Suite 3200
Miami, FL 33131
Telephone: (786) 742-9397
andrew.udelsman@splcenter.org
*Admitted pro hac vice*

William G. Somerville, III
**BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC**
420 20th Street North, Suite 1400
Birmingham, AL 35203
wsomerville@bakerdonelson.com
pclotfelter@bakerdonelson.com

Larry G. Canada
Lonnie Williams
Barbara A. Lawrence
Andrea J. Mixson
**ALABAMA DISABILITIES
ADVOCACY PROGRAM**
University of Alabama
500 Martha Parham West
Box 870395
Tuscaloosa, AL 35487
Telephone: (205) 348-4928

2

Facsimile: (205) 348-3909
lcanada@adap.ua.edu
lwilliams@adap.ua.edu
blawrence@adap.ua.edu
amixson@adap.ua.edu

Catherine E. Stetson*
Neal K. Katyal*
Jo-Ann T. Sagar*
**HOGAN LOVELLS US LLP**
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
cate.stetson@hoganlovells.com
neal.katyal@hoganlovells.com
jo-ann.sagar@hoganlovells.com
*Admitted pro hac vice*

Joshua C. Toll*
**KING & SPALDING LLP**
1700 Pennsylvania Avenue NW
2nd Floor
Washington, DC 20006-4707
Telephone: (202) 227-6138
Facsimile: (202) 626-3737
jtoll@kslaw.com
*Admitted pro hac vice*

**ATTORNEYS FOR THE
PLAINTIFFS**

Anil A. Mujumdar
**DAGNEY JOHNSON LAW GROUP**
2170 Highland Avenue, Suite 250
Birmingham, AL 35213
Telephone: (205) 590-6986
Facsimile: (205) 809-7899
anil@dagneylaw.com

3

**ATTORNEY FOR PLAINTIFF
ALABAMA DISABILITIES
ADVOCACY PROGRAM**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all attorneys of record in this matter, including without limitation the following, on this 6th day of April 2026:

| | |
|---|---|
| William R. Lunsford | Philip Piggott, Esq. |
| Kenneth S. Steely | **WEBSTER HENRY** |
| Daniel J. Chism | Two Perimeter Park South |
| Lynette E. Potter | Suite 445 |
| Megan M. Everett | East Birmingham, AL 35243 |
| **BUTLER SNOW LLP** | ppiggott@websterhenry.com |
| 200 West Side Square, Suite 100 | |
| Huntsville, AL 35801 | |
| Telephone: (256) 936-5650 | Deana Johnson* |
| Facsimile: (256) 936-5651 | Brett T. Lane |
| bill.lunsford@butlersnow.com | **MHM SERVICES, INC.** |
| kenneth.steely@butlersnow.com | 1447 Peachtree Street NE |
| daniel.chism@butlersnow.com | Suite 500 |
| lynette.potter@butlersnow.com | Atlanta, GA 30309 |
| megan.everett@butlersnow.com | Telephone: (404) 347-4134 |
| | Facsimile: (404) 347-4138 |
| | djohnson@mhm-services.com |
| | btlane@mhm-services.com |
| | *Admitted pro hac vice* |

/s/ Julia T. Mudd
Julia T. Mudd

4