# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| **EDWARD BRAGGS,** *et al.*, | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **Case No. 2:14-cv-00601-MHT** |
| **v.** | ) | |
| | ) | **District Judge Myron H. Thompson** |
| **GREG LOVELACE,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

### NOTICE OF FILING THE DECEMBER 31, 2025 QUARTERLY CORRECTIONAL STAFFING REPORT

Pursuant to this Court's Order (Doc. No. 3464), Defendants GREG LOVELACE ("Commissioner Lovelace"), in his official capacity as Commissioner of the Alabama Department of Corrections ("ADOC"), and DEBORAH CROOK, in her official capacity as Deputy Commissioner of the Office of Health Services ("Deputy Commissioner" and, collectively with Commissioner Lovelace, the "State"), hereby submit the Quarterly Correctional Staffing Report dated December 31, 2025, previously filed under seal.[1] The report is attached hereto as **Exhibit A**.

---

[1] The State submits this filing in response to the Court's directive. (Doc. No. 3464 at §2.1.6). In doing so, the State expressly preserves any and all objections and all available legal and equitable arguments in response to the Court's Phase 2A Omnibus Remedial Opinion (Doc Nos. 3461, 3462, 3463, 3465), Phase 2A Omnibus Remedial Order (Doc. 3464), any other Phase 2A remedial orders, and the Court's Liability Opinion and Order as to Phase 2A Eighth Amendment Claim (Doc. No.1285) and Phase 2A Supplemental Liability Opinion and Order on Periodic Mental- Health Evaluations of Prisoners in Segregation (Doc. No. 2332). Nothing contained in this filing shall be construed as an admission by the State, a waiver of any objection to any opinion or order in this action, or a waiver of the State's pending appeal related to Phase 2A (see Doc. No. 3488). Nothing in this filing shall be construed as an admission of any kind by the State that ADOC's current or historical staffing or

Dated:  June 1, 2026

/s/ Megan M. Everett
Megan M. Everett
One of the Attorneys for the State

William R. Lunsford
Daniel J. Chism
Lynette E. Potter
Megan M. Everett
**BUTLER SNOW LLP**
200 West Side Square
Suite 100
Huntsville, AL 35801
Telephone: (256) 936-5650
Facsimile: (256) 936-5651
bill.lunsford@butlersnow.com
daniel.chism@butlersnow.com
lynette.potter@butlersnow.com
megan.everett@butlersnow.com

---

provision of mental-health care is or was unconstitutional or deficient in any way.  Moreover, the State contends the Phase 2A Omnibus Remedial Order expired by operation of law (see 18 U.S.C. § 3626(a)(2)), and all interim Phase 2A remedial orders similarly expired by operation of law and/or were vacated.  This issue remains on appeal before the United States Court of Appeals for the Eleventh Circuit. The State intends to continue working in good faith with Plaintiffs and this Court until it receives a ruling vacating the Phase 2A Remedial Order or otherwise declaring it inoperative.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all attorneys of record in this matter, including without limitation the following, on this 1st day of June 2026:

Lisa W. Borden
Latasha L. McCrary Dejarnett
**SOUTHERN POVERTY LAW CENTER**
400 Washington Avenue
Montgomery, AL 36104
Telephone: (334) 956-8200
lisa.borden@splcenter.org
latasha.dejarnett@splcenter.org

Deana Johnson (*Pro Hac Vice*)
Brett T. Lane
**MHM SERVICES, INC.**
1447 Peachtree Street NE, Suite 500
Atlanta, GA 30309
Telephone: (404) 347-4134
djohnson@mhm-services.com
btlane@mhm-services.com

Emily B. Lubin (*Pro Hac Vice*)
Julia T. Mudd (*Pro Hac Vice*)
**SOUTHERN POVERTY LAW CENTER**
201 St. Charles Ave. Suite 2000
New Orleans, LA 70170
Telephone: (504) 401-2291
Emily.Lubin@splcenter.org
Julia.Mudd@splcenter.org

Joshua C. Toll (*Pro Hac Vice*)
**KING & SPALDING LLP**
1700 Pennsylvania Avenue NW
Suite 900
Washington, DC 20006
Telephone: (202) 737-8616
jtoll@kslaw.com

Andrew G. Udelsman (*Pro Hac Vice*)
**SOUTHERN POVERTY LAW CENTER**
2 South Biscayne Boulevard
Suite 3750
Miami, FL 33131
Telephone: (786) 742-9397
Andrew.udelsman@splcenter.org

Anil A. Mujumdar
**DAGNEY JOHNSON LAW GROUP**
2170 Highland Avenue
Suite 250
Birmingham, AL 35213
Telephone: (205) 410-1185
anil@dagneylaw.com

3

Catherine E. Stetson (*Pro Hac Vice*)
Neal K. Katyal (*Pro Hac Vice*)
Jo-Ann T. Sagar (*Pro Hac Vice*)
**HOGAN LOVELLS US LLP**
555 Thirteenth Street
Washington, DC 20004
Telephone: (202) 637-5600
cate.stetson@hoganlovells.com
neal.katyal@hoganlovells.com
jo-ann.sagar@hoganlovells.com

Lonnie J. Williams
Barbara A. Lawrence
Andrea J. Mixson
Larry G. Canada
**ALABAMA DISABILITIES ADVOCACY PROGRAM**
2008 12th Street
Tuscaloosa, AL 35401
Telephone: (205) 348-6894
lwilliams@adap.ua.edu
blawrence@adap.ua.edu
amixson@adap.ua.edu
lcanada@adap.ua.edu

*/s/ Megan M. Everett*

Of Counsel

4