# Exhibit A

**QUARTERLY STAFFING REPORT**



# QUARTERLY CORRECTIONAL STAFFING REPORT

**Braggs, *et al.* v. Hamm, *et al.*, In the United States District Court
for the Middle District of Alabama, Northern Division,
Case No. 2:14-cv-00601-MHT**

**Dated: March 2, 2026**

## QUARTERLY CORRECTIONAL STAFFING REPORT FOR THE QUARTER ENDING DECEMBER 31, 2025

| | Correctional Staffing[1] (Includes CCO, CSG, Sr. CSG, CO, "factored" CO-Hourly, COT, "factored" Part-Time Retirees and Sr. CO) | | | | | | | | | | | | | | | | Correctional Supervisors | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | CCO | CSG | Sr. CSG | CO | CO-Hourly | CO-Hourly | COT | PT | PT | Sr. CO | 12/31/25 | Q4 Ending | Q4-2025 Attrition | | Staff with ADOC in Excess of | | 12/31/25 | Q4 Ending | Q4-2025 Attrition | | Staff with ADOC in Excess of | 12/31/25 Correctional | Q4-2025 Turnover | Q4-2025 Retention | Q4-2025 Vacancy |
| | Assigned | Actual | Actual | Actual | Actual | Actual | Factor | Actual | Actual | Factor | Actual | Actual | Vacancies | Vol | Inv | 12 Months | Assigned | Actual | Vacancies | Vol | Inv | 12 Months | Staff | Rate | Rate | Rate |
| Bibb | 276.26 | 1 | 22 | 15 | 18 | 9 | 4.5 | 39 | 1 | 0.5 | 34 | 134 | 142.26 | 7 | 2 | 54 | 32.5 | 28 | 4.5 | 0 | 0 | 28 | 162 | 5.8% | 94.2% | 47.5% |
| Bullock | 278.36 | 1 | 19 | 8 | 5 | 8 | 4 | 17 | 0 | 0 | 29 | 83 | 195.36 | 2 | 1 | 48 | 43.81 | 14 | 29.81 | 1 | 0 | 14 | 97 | 4.4% | 95.6% | 69.9% |
| Donaldson | 364.38 | 0 | 24 | 10 | 18 | 15 | 7.5 | 53 | 0 | 0 | 52 | 164.5 | 199.88 | 5 | 2 | 89.5 | 43.6 | 28 | 15.6 | 0 | 0 | 28 | 192.5 | 3.8% | 96.2% | 52.8% |
| Easterling | 210.41 | 3 | 9 | 4 | 2 | 8 | 4 | 12 | 1 | 0.5 | 25 | 59.5 | 150.91 | 2 | 0 | 40.5 | 31.4 | 15 | 16.4 | 1 | 0 | 15 | 74.5 | 4.1% | 95.9% | 69.2% |
| Elmore | 146.85 | 0 | 10 | 5 | 9 | 8 | 4 | 23 | 0 | 0 | 23 | 74 | 72.85 | 2 | 1 | 40 | 36.6 | 21 | 15.6 | 0 | 1 | 21 | 95 | 4.4% | 95.6% | 48.2% |
| Fountain | 195.31 | 0 | 17 | 6 | 12 | 19 | 9.5 | 52 | 1 | 0.5 | 24 | 121 | 74.31 | 3 | 0 | 52 | 39.34 | 16 | 23.34 | 0 | 0 | 16 | 137 | 2.3% | 97.7% | 41.6% |
| Hamilton | 40.2 | 0 | 0 | 4 | 2 | 2 | 1 | 1 | 0 | 0 | 39 | 47 | -6.8 | 1 | 0 | 45 | 13.2 | 16 | -2.8 | 0 | 0 | 16 | 63 | 1.6% | 98.4% | -18.0% |
| Holman | 112.95 | 4 | 24 | 4 | 9 | 10 | 5 | 13 | 0 | 0 | 23 | 82 | 30.95 | 1 | 1 | 42 | 30.71 | 13 | 17.71 | 0 | 0 | 13 | 95 | 2.2% | 97.8% | 33.9% |
| Kilby | 270.3 | 1 | 22 | 4 | 33 | 16 | 8 | 23 | 1 | 0.5 | 71 | 162.5 | 107.8 | 4 | 1 | 95.5 | 50.7 | 24 | 26.7 | 0 | 0 | 24 | 186.5 | 2.7% | 97.3% | 41.9% |
| Limestone | 321.24 | 0 | 21 | 8 | 27 | 22 | 11 | 80 | 1 | 0.5 | 67 | 214.5 | 106.74 | 10 | 1 | 95.5 | 49.17 | 37 | 12.17 | 2 | 0 | 37 | 251.5 | 5.3% | 94.7% | 32.1% |
| St. Clair | 304.18 | 0 | 25 | 16 | 27 | 18 | 9 | 48 | 6 | 3 | 56 | 184 | 120.18 | 10 | 1 | 95 | 40.6 | 29 | 11.6 | 1 | 0 | 29 | 213 | 5.8% | 94.2% | 38.2% |
| Staton | 260.03 | 2 | 17 | 4 | 23 | 22 | 11 | 38 | 0 | 0 | 38 | 133 | 127.03 | 6 | 0 | 72 | 26.41 | 30 | -3.59 | 1 | 0 | 30 | 163 | 4.4% | 95.6% | 43.1% |
| Tutwiler | 188.26 | 2 | 20 | 13 | 20 | 13 | 6.5 | 38 | 2 | 1 | 29 | 129.5 | 58.76 | 5.5 | 3 | 58.5 | 26.4 | 21 | 5.4 | 1 | 0 | 21 | 150.5 | 6.3% | 93.7% | 29.9% |
| Ventress | 221.26 | 1 | 18 | 7 | 3 | 16 | 8 | 27 | 0 | 0 | 16 | 80 | 141.26 | 6 | 1 | 42 | 26.3 | 15 | 11.3 | 1 | 0 | 15 | 95 | 8.6% | 91.4% | 61.6% |
| | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TOTAL | 3189.99 | 15 | 248 | 108 | 208 | 186 | 93 | 464 | 13 | 6.5 | 526 | 1668.5 | 1521.49 | 65 | 14 | 869.5 | 490.74 | 307 | 183.74 | 8 | 1 | 307 | 1975.5 | 4.6% | 95.4% | 46.3% |

[1]The Quarterly Correctional Staffing Report provides a breakdown of the total number of Correctional Cubicle Operators ("CCO"), Correctional Security Guard ("CSG"), Senior Correctional Security Guard ("Sr. CSG"), Correctional Officers ("CO"), Correctional Officer Trainees ("COT"), Part Time ("PT"), and Senior Correctional Officers ("Sr. CO") by position.