**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **EDWARD BRAGGS**, *et al.*, | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **Case No. 2:14-cv-00601-MHT** |
| **v.** | ) | |
| | ) | **District Judge Myron H. Thompson** |
| **JOHN HAMM,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

**JOINT STATEMENT ON MENTAL HEALTH STAFFING TRENDS**

Plaintiffs and Defendants John Hamm ("Commissioner Hamm"), in his official capacity as Commissioner of the Alabama Department of Corrections ("ADOC"), and Deborah Crook, in her official capacity as Deputy Commissioner of the Office of Health Services ("Deputy Commissioner Crook," and, collectively with Commissioner Hamm, the "State," and, together with Plaintiffs, the "Parties"), hereby submit this Joint Statement on Mental Health Staffing Trends regarding (i) the data in the First Quarter 2026 Mental Health Staffing Report; (ii) the net increase in total mental health staffing relative to the Fourth Quarter 2026 Mental Health Staffing Report in both raw numbers and as a percentage; (iii) whether the First Quarter 2026 Mental Health Staffing Report reflects a progression that places ADOC on track to meet the July 1, 2025, mental health staffing deadline; (iv) other retrospective trends or forward-looking prognosis the Report indicates; and (v) other

information revealed by the First Quarter 2026 Mental Health Staffing Report. (Doc. 3998; Doc. 4281 at 9, cell III.C.2).[1]

## I. THE DATA IN THE FIRST QUARTER 2026 MENTAL HEALTH STAFFING REPORT.

### A. THE STATE'S POSITION.

On June 1, 2026, the State filed the Quarterly Mental Health Staffing Report for the first quarter of 2026, covering January 2026 through March 2026 (Doc. 4508-1, the "Report").[2] The first quarter of 2026 marked YesCare's twelfth full quarter performing under its contract with the State of Alabama as ADOC's comprehensive healthcare vendor.[3] During the fourth quarter of 2025, mental health staff provided

---

[1] The State submits this filing in response to the Court's Order. (Doc. 3998; Doc. 4281 at 9, cell III.C. 2). In doing so, the State expressly preserves any and all objections, and all available legal and equitable arguments in response to the Court's Phase 2A Omnibus Remedial Opinion (docs. 3461, 3462, 3463, 3465), Phase 2A Omnibus Remedial Order (doc. 3464), any other Phase 2A remedial orders, and the Court's Liability Opinion and Order as to Phase 2A Eighth Amendment Claim (doc. 1285), and Phase 2A Supplemental Liability Opinion and Order on Periodic Mental-Health Evaluations of Prisoners in Segregation (doc. 2332). Nothing in this filing admits liability on part of the State, waives any objection to any opinion or order in this action, or waives the State's pending appeal related to Phase 2A. (See Doc. 3488). Nothing in this filing admits ADOC's current or past staffing levels or provision of mental health care violate or violated the Constitution or fall or fell below the required standards in any way. Moreover, the State contends the Phase 2A Omnibus Remedial Order expired by operation of law, see 18 U.S.C. § 3626(a)(2), and operation of law and/or vacatur likewise ended all interim Phase 2A remedial orders. This issue remains on appeal before the United States Court of Appeals for the Eleventh Circuit, Braggs v. Commissioner, Alabama Department of Corrections, et. al., No. 22-10292, 22-10294, In the United States Court of Appeals for the Eleventh Circuit. The State intends to continue working in good faith with Plaintiffs and this Court until it receives a ruling vacating the Phase 2A Remedial Order or otherwise declaring it inoperative.

[2] ADOC contracted with YesCare for comprehensive healthcare services, effective on April 1, 2023. The contract utilized staffing ratios developed by Dr. Jeffrey Metzner, Dr. Mary Perrien, and Catherine Knox to determine staffing requirements at each facility. (Doc. 2688-1).

[3] ADOC "terminated its healthcare services contract with YesCare for failure to adequately fulfill its contractual duties." ADOC executed "an emergency agreement with NaphCare to provide

2

165,147.50 total hours of mental health services.  This total reflects a decrease of 7,473 hours from the fourth quarter of 2025.  Despite this quarter-to-quarter fluctuation, ADOC provided 214.86 hours in excess of the required adjusted Full-Time Equivalent ("FTE") hours for the first quarter of 2026.

In the first quarter of 2026, Mental Health Observers contributed 50,320,50 hours, a decrease of 3,545.50 hours from the 53,866 hours reported in the fourth quarter of 2025.  Mental health clinical positions provided approximately 79,160 hours of mental health services in the first quarter of 2026, only a slight decrease of 3,509.75 hours from the fourth quarter of 2025.  The chart below summarizes mental health service hours by clinical position:[4]

| POSITION | HOURS |
|---|---|
| Psychiatrist | 6,794.60 |
| Psychologist | 2,250 |
| Certified Registered Nurse Practitioner ("CRNP") | 7,399.15 |
| Registered Nurse ("RN") | 13,870 |
| Licensed Practical Nurse ("LPN") | 18,820.50 |
| Mental Health Professional ("MHP") | 30,070.75 |

inmate healthcare services. The official transition" took place on "May 3, 2026[.]" https://doc.alabama.gov/NewsRelease.aspx?article=ADOC+TERMINATES+YESCARE+CONTRACT%2C+SIGNS+ON+WITH+NAPHCARE+FOR+24+MONTHS.

[4] The State and YesCare maintain the clinical positions of Psychiatrist, Psychologist, CRNP, RN, LPN, and MHP.

Notwithstanding the decrease, the Report demonstrates that ADOC maintains mental health staffing systemwide and continues to deliver substantial service hours across all categories of mental health professionals.

### B.    PLAINTIFFS' POSITION.

Although Defendants have terminated their contract with YesCare and have entered into a new contract with NaphCare, only YesCare provided services during the first quarter of 2026; NaphCare began providing services during the second quarter of 2026.

The January through March 2026 (Q1) Quarterly Mental Health Staffing Report shows large deficiencies, some of them longstanding, in multiple areas across ADOC facilities. Defendants claim YesCare staffs in excess of 100% of the Full-Time Equivalent ("FTE") hours required by their contract.[5] However, overstaffing some positions does not remedy the inadequate staffing of other positions. For example, mental health observers at Easterling worked 5,654.75 FTEs in the first quarter of 2026, despite the fact the contract (and the matrix) only requires an adjusted 3,481.60 FTEs. The more than 2,000 extra FTEs worked by Easterling observers does not compensate for ADOC's failure to staff *any* psychologists at Kilby CSU (which require 435.20 FTEs) in the first quarter of 2026. It is inadequate

---

[5] In the 2025 Third Quarter Joint Statement on Mental Health Staffing Trends, for example, Defendants stated that the total number of mental health staff hours was 175,033.65, constituting 4,960.89 more hours than required by the adjusted FTE hours for the third quarter of 2025. Doc. 4442 at 2–3.

to use the total number of hours worked for all positions as a measure of whether the Defendants are fulfilling their obligations to Plaintiffs, without regard for the fill rates of individual positions and individual facilities. If one were to follow this logic, Defendants could provide no psychiatric or therapeutic care so long as they hired excess clerks.

There are significant deficits in positions at some facilities.[6] Most facilities showed at least some instances where fill rates for clinical staff positions remain low. The chart below lists twenty-seven (down from thirty-two positions in the fourth quarter of 2025) across multiple facilities where the fill rate is below 85%. Many of these positions are located at facilities that provide RTU level services or higher. Bullock's in-patient facility is understaffed in four critical areas and Bullock's out-patient facilities are understaffed in three critical areas. The Donaldson in-patient facility and Kilby CSU are understaffed in four critical areas each. The Tutwiler in-patient facility is understaffed in one critical area and Tutwiler out-patient facility is understaffed in two critical areas. Of the listed positions with fill rates under 85%, fifteen (15) of these positions are filled at less than 50%, with

---

[6] As Plaintiffs predicted at the remedial trial, the population of incarcerated people at ADOC prisons has returned to higher, pre-COVID numbers. Around March of 2021, ADOC was housing around 12,388 people. Alabama Dep't of Corr., ADOC Monthly Statistical Report 2 (Mar. 2021), https://doc.alabama.gov/docs/MonthlyRpts/March%202021.pdf. By December of 2024, ADOC was housing 20,628 people. Alabama Dep't of Corr., ADOC Monthly Statistical Report 2 (June 2024), https://doc.alabama.gov/docs/MonthlyRpts/June%202024.pdf. ADOC's failure to staff to contract requirements is, therefore, not now mitigated by a lower than usual incarcerated population.

one of those positions not staffed at all (0%). This list does not consider mental

health activity techs, mental health clerks/AA, mental health observers, or regional

positions.

| Plaintiffs' Chart 1 | | | | | |
|---|---|---|---|---|---|
| Facility | Position | 85% Adjusted Hours Contracted | Q1 2026 Hours Worked | Q1 2026 Fill Rate | Q4 2025 Fill Rate |
| **Bullock IP** | Psychologist | 1,088 | **480** | **44.12%** | 53.39% |
| **Bullock IP** | MH CRNP | 1,088 | **169.75** | **15.60%** | 28.42% |
| **Bullock IP** | MH LPN | 5,875.20 | **4,924.75** | **83.82%** | 78.51% |
| **Bullock IP** | MHP Licensed | 2,828.80 | **1,456** | **51.47%** | 55.27% |
| **Bullock OP** | MHP Licensed | 3,699.20 | **2,719.25*** | **73.51%** | 74.55% |
| **Bullock OP** | Registered Nurse | 870.40 | **390.50** | **44.86%** | 63.56% |
| **Bullock OP** | LPN | 2,176 | **13.25** | **0.61%** | 24.28% |
| **Donaldson IP** | Director of Nursing | 435.20 | **240** | **55.15%** | 89.18% |
| **Donaldson IP** | Psychologist | 870.40 | **474.25** | **54.49%** | 46.40% |
| **Donaldson OP** | MH LPN | 1,088 | **417.25** | **38.35%** | 100% |
| **Donaldson OP** | MHP Licensed | 2,611.20 | **1,528.75** | **58.55%** | 77.42% |
| **Easterling** | MH LPN | 652.80 | **448** | **68.63%** | 68.14% |
| **Holman** | MH LPN | 435.20 | **66.15** | **15.20%** | 100% |
| **Holman** | Psychologist | 435.20 | **196** | **45.04%** | 87.01% |

**Plaintiffs' Chart 1**

| Facility | Position | 85% Adjusted Hours Contracted | Q1 2026 Hours Worked | Q1 2026 Fill Rate | Q4 2025 Fill Rate |
|---|---|---|---|---|---|
| **Kilby CF** | MH RN | 1,088 | **432** | **39.71%** | 48.77% |
| **Kilby CSU** | MH CRNP | 435.20 | **11.50** | **2.64%** | 94.59% |
| **Kilby CSU** | Psychologist | 435.20 | **0** | **0%** | 0% |
| **Kilby CSU** | MH LPN | 1,827.84 | **803** | **43.93%** | 68.10% |
| **Limestone** | MH RN | 870.40 | **558.25** | **64.14%** | 54.95% |
| **Limestone** | MH LPN | 1,958.40 | **505.75** | **25.82%** | 23.35% |
| **St. Clair** | MHP Licensed | 1,958.40 | **1,464** | **74.75%** | 70.88% |
| **Tutwiler IP** | MH Site Program Mgr | 326.40 | **98.50** | **30.18** | 100% |
| **Tutwiler OP** | MH LPN | 1,305.60 | **310.50** | **23.78%** | 38.12% |
| **Tutwiler OP** | MH RN | 870.40 | **646.25** | **74.25%** | 93.81% |
| **Tutwiler OP** | MHP Licensed | 2,611.20 | **1,423.75** | **54.52%** | 76.62% |
| **Ventress** | MH LPN | 870.40 | **626** | **71.92%** | 97.73% |
| **Ventress** | MHP Licensed | 1,523.20 | **696.50** | **45.73%** | 35.92% |

*It is noteworthy that 416 of the FTEs for Bullock OP MHP Licensed are credit for vacated positions, so these are hours that did not go towards the care of incarcerated people. If 416 hours were removed from the hours worked, the fill rate would be 62.26% instead of 73.51%.

7

A complete view of all movements in critical mental health staffing, broken down by position to show in full detail the trends at issue, is available as Plaintiffs' Exhibit 1.

**II.   THE NET CHANGE IN TOTAL MENTAL HEALTH STAFFING FROM THE FOURTH QUARTER 2025 MENTAL HEALTH STAFFING REPORT.**

**A.   THE STATE'S POSITION.**

ADOC remains committed to increasing mental health staffing at all ADOC facilities.  The Report reflects mental health staff provided 165,147.50 hours of mental health services during the first quarter of 2026.  (Doc. 4508-1).  Compared with the fourth quarter of 2025, this total reflects a net decrease of 7,473 hours, or approximately 4.33% of the fourth-quarter total.  The State supplied 99.87% of the adjusted FTEs for the fourth quarter of 2025.  (Id.)  ADOC and YesCare demonstrated active efforts to fill positions while maximizing the services of the current mental health staff.  In the fourth quarter of 2025, YesCare hired twenty-one mental health employees, and, for the first quarter of 2026, YesCare hired 21.3 employees.  YesCare also offered significant sign-on bonuses, retention bonuses, and tuition reimbursement to attract new staff.  Accordingly, these numbers exhibit the State's good-faith efforts to comply with the Court's Remedial Order.  (Doc. 3464).

### B.    PLAINTIFFS' POSITION.

The October through December 2025 (Q4) Quarterly Mental Health Staffing Report indicates decreases in total hours worked for the positions of Psychologist and Mental Health Licensed Practical Nurse. See Plaintiffs' Exhibit 1.

| Plaintiffs' Chart 2<br>*Total Hours* | 2026 Q1<br>Jan-Mar | 2025 Q4<br>Oct-Dec | Percentage decrease from Q4 2025 to Q1 2026 |
|---|---|---|---|
| Psychiatrist | 6,794.60 | 7,024.75 | **3.28%** |
| Psychologist | 2009 | 2510 | **19.96%** |
| MH Site Program Mgr | 6,857.25 | 7,399.5 | **7.33%** |
| MHP | 30,070.75 | 32,242 | **6.73%** |
| RN | 13,870 | 14,418.3 | **3.80%** |
| LPN | 18,820.50 | 19,426.99 | **3.12%** |
| Director of Nursing | 1,194 | 1,320.75 | **9.60%** |

The table below indicates all critical clinical positions that 1) had staffing under 85% of the hours required under the contract during the third quarter of 2025, 2) had staffing under 85% of the hours required under the contract during the fourth quarter of 2025, 3) had staffing under 85% of the hours required under the contract during the first quarter of 2026, 4) improved from the fourth quarter of 2025 to the

9

first quarter of 2026, and 5) worsened from the fourth quarter of 2025 to the first

quarter of 2026.

### *Plaintiffs' Chart 3*

| Position | Q3 2025 | Q4 2025 | Q1 2026 | #Improved | #Worsened |
|---|---|---|---|---|---|
| CRNP | 5 | 5 | 2 | 7 | 3 |
| LPN | 7 | 10 | 10 | 7 | 7 |
| RN | 7 | 6 | 5 | 6 | 7 |
| MHP | 6 | 6 | 7 | 4 | 9 |
| Psychiatrist | 1 | 0 | 0 | 4 | 0 |
| Psychologist | 3 | 3 | 4 | 1 | 2 |

There were more MHP and Psychologist positions and fewer CRNP and RN

positions staffed at less than 85% of the required contract hours in the first quarter

of 2026 than there were in the fourth quarter of 2025. The number of positions

staffed at less than 85% of the required contract hours for the positions of LPN and

Psychologist remained the same in the first quarter of 2026 as the fourth quarter of

2025.

10

### III.   ADOC'S PROGRESSION TOWARDS THE JULY 1, 2025, MENTAL HEALTH STAFFING DEADLINE.

#### A.   THE STATE'S POSITION.

In the second quarter of 2023, YesCare's first full quarter as the State's mental health care provider, mental health staff contributed 132,038.38 total hours. (Doc. 4022-1). During the first quarter of 2026, mental health staff contributed 165,147.50 total hours. (Doc. 4508-1). This represents an increase of 33,109.12 hours since the second quarter of 2023. The 33,109.12-hour increase demonstrates substantial cumulative improvement since the Court entered its Order and demonstrates the State's commitment to providing mental health care to inmates and complying with the Court's order. (Doc. 3464 at 3). The State remains in substantial compliance with Section 2.2.3 of the Remedial Order by continuing to implement the staffing ratios established by Dr. Perrien, Dr. Metzner, and Catherine Knox. (Doc. 2688-2).

ADOC and YesCare also hired 21.3 FTEs in the first quarter of 2026, advancing the State's continued progress and demonstrating a sustained commitment to expanding mental health staffing.

#### B.   PLAINTIFFS' POSITION.

The July 1, 2025 deadline has passed and certain key clinical positions continue to be vacant, while other critical positions involving daily operations demonstrate either slow increases or disturbing fluctuations in overall staffing from last quarter. In particular, Bullock in-patient and out-patient facilities are chronically

11

understaffed. The following charts highlight areas where Bullock was understaffed for at least three of the last six quarters. In considering these rates, it is important to note that the rates are based on 85% of the hours contracted, and credit is given for vacated positions, FMLA hours, and hours counted but not worked (for such things as CMEs, training and corporate functions). Doc. 2283-1 § 2.2.2.5. The hours of care that prisoners actually receive are, therefore, even fewer than the hours used to produce these rates in most cases.

**Plaintiffs' Chart 4**
***Bullock In-Patient***

|  | 2024 Q4 | 2025 Q1 | 2025 Q2 | 2025 Q3 | 2025 Q4 | 2026 Q1 |
|---|---|---|---|---|---|---|
| MH CRNP | 39.91% | 29.41% | 32.96% | 47.41% | 28.42% | 15.60% |
| MHP | 41.44% | 61.13% | 39.24% | 60.78% | 55.27% | 51.47% |
| Psychologist | 36.54% | 29.41% | 87.13% | 84.56% | 53.39% | 44.12% |

**Plaintiffs' Chart 5**
***Bullock Out-Patient***

|  | 2024 Q4 | 2025 Q1 | 2025 Q2 | 2025 Q3 | 2025 Q4 | 2026 Q1 |
|---|---|---|---|---|---|---|
| MH CRNP | 55.48% | 16.74% | 3.39% | 0% | 41.56% | 95.75% |
| MHP | 53.86% | 34.80% | 61.23% | 76.49% | 74.55% | 73.51% |
| MH RN | 100% | 55.58% | 60.01% | 11.73% | 63.57% | 44.86% |
| MH LPN | 53.77% | 41.43% | 33.22% | 21.05% | 24.28% | 0.61% |

Further, positions at other facilities have also been understaffed for at least three of the last six quarters. Ten (10) of these positions are at mental health hubs.

| Plaintiffs' Chart 6 | | | | | | |
|---|---|---|---|---|---|---|
| | 2024 Q4 | 2025 Q1 | 2025 Q2 | 2025 Q3 | 2025 Q4 | 2026 Q1 |
| Bibb CRNP | 88.01% | 65.72% | 90.1% | 75.98% | 69.21% | 99.99% |
| Donaldson IP Psychologist | 50.19% | 51.76% | 50.93% | 52.50% | 46.40% | 54.49% |
| Donaldson IP Director of Nursing | 16.93% | 100% | 51.02% | 2.67% | 89.18% | 55.15% |
| Donaldson IP MHP | 92.73% | 63.10% | 63.36% | 73.95% | 83.76% | 100% |
| Donaldson IP MH LPN | 91.39% | 94.97% | 73.44% | 76.67% | 51.13% | 100% |
| Donaldson OP MHP | 72.03% | 80.59% | 54.86% | 87.29% | 77.42% | 58.55% |
| Easterling MH LPN | 100% | 67.21% | 69.42% | 67.85% | 68.14% | 68.63% |
| Hamilton A&I MH RN | 13.93% | 85.59% | 69.0% | 59.05% | 29.80% | 93.35% |
| Holman Psychologist | 12.70% | 39.81% | 24.38% | 0% | 87.01% | 45.04% |
| Holman MH RN | 100% | 100% | 61.31% | 0% | 64.28% | 100% |
| Kilby CSU MH CRNP | 8.16% | 7.33% | 3.79% | 0% | 0% | 2.64% |
| Kilby CSU MHP | 44.3% | 38.18% | 31.90% | 25.22% | 100% | 98.23% |
| Kilby CSU MH LPN | 100% | 79.31% | 76.67% | 60.41% | 68.10% | 43.93% |
| Kilby CSU Psychologist | 0% | 63.71% | 80.49% | 100% | 0% | 0% |

13

| Plaintiffs' Chart 6 | | | | | | |
|---|---|---|---|---|---|---|
| | 2024 Q4 | 2025 Q1 | 2025 Q2 | 2025 Q3 | 2025 Q4 | 2026 Q1 |
| Limestone MH RN | 53.25% | 86.45% | 53.62% | 47.79% | 54.95% | 64.14% |
| Limestone MH LPN | 48.51% | 86.45% | 25.96% | 20.20% | 23.35% | 25.82% |
| Ventress MHP | 78.07% | 81.35% | 94.21% | 84.44% | 35.92% | 45.73% |
| Tutwiler OP MH LPN | 26.53% | 53.12% | 78.68% | 95.55% | 38.12% | 23.78% |

The Defendants' fill rates for many critical clinical positions is unstable at best and consistently abysmal at worst. They have failed to satisfy the Court's order to fill these critical positions.

## IV.    OTHER RETROSPECTIVE TRENDS AND PROGNOSIS INDICATED IN THE FOURTH QUARTER 2025 MENTAL HEALTH STAFFING REPORT.

### A.    THE STATE'S POSITION.

During the State's twelfth full quarter with YesCare, the Report reflects generally positive mental health staffing results.  Although total hours in the fourth quarter of 2025 decreased compared to the third quarter of 2025, fill rates for most of the mental health clinical positions remain high.  Specifically, the position of Psychiatrist remained above a 100% fill rate; the positions of CRNP, RN, and MHP remained above an 85% fill rate; the position of LPN remained above a 70% fill rate; and the position of Psychologist remained above a 50% fill rate.  (Doc. 4508-1).

14

| POSITION | ADJUSTED FTEs | TOTAL HOURS | PERCENTAGE OF HOURS WORKED |
|---|---|---|---|
| Psychiatrist | 5,918.72 | 6,794.60 | 114.80% |
| Psychologist | 3,699.20 | 2,250 | 59.61% |
| CRNP | 8,595.20 | 7,399.15 | 86.08% |
| RN | 16,015.36 | 13,870 | 86.60% |
| LPN | 26,830.08 | 18,820.50 | 70.15% |
| MHP | 35,904 | 30,070.75 | 83.75% |

ADOC also achieved positive mental health staffing numbers at the mental health hubs. (Id.). Bullock provided 83.23% of the total available hours for the first quarter of 2026. (Id.). In Bullock's Inpatient Unit, Bullock maintained a 100% fill rate for seven positions, including the clinical positions of Psychiatrist and RN. (Id.). In Bullock's Outpatient Unit, Bullock maintained a fill rate of 100% for three positions. (Id.).

Donaldson supplied 81.91% of the total available hours for the fourth quarter of 2025. (Id.). Notably, of Donaldson's mental health positions, ten positions maintained a 100% fill rate, including the clinical positions of Psychiatrist, CRNP, RN, LPN, and MHP. (Id.). Tutwiler continued to provide comprehensive mental health care coverage and delivered 160.31% of the adjusted FTE hours for the quarter. (Id.). Tutwiler maintained a 100% fill rate for twelve of its mental health positions, including the clinical positions of Psychiatrist, Psychologist, CRNP, LPN, and MHP. (Id.). Taken together, the mental health staffing data confirms ADOC continues to meet, and in several instances exceed, expected mental health staffing levels across its mental health hubs.

15

Beyond the mental health hubs, facilities across ADOC also provided significant mental health service hours. Bibb provided 121.63% of the total available hours and maintained a 100% fill rate for four positions, consisting of the clinical positions of Psychiatrist and RN. (Id.). Easterling filled 135.75% of the total available hours and maintained a 100% fill rate for six positions, consisting of the clinical positions of Psychiatrist, CRNP, and MHP. (Id.). Fountain supplied 140.20% of the total available hours for the quarter and maintained a 100% fill rate for seven positions, including the clinical positions of Psychiatrist, CRNP, RN, LPN, and MHP. (Id.). Hamilton provided 130.45% of the total available hours, and, additionally, Hamilton maintained a 100% fill rate for six positions, consisting of the clinical positions of Psychiatrist, LPN, and MHP. (Id.). Holman contributed 131.13% of the total available hours to work. (Id.). Holman maintained a 100% fill rate for six positions, including the clinical positions of Psychiatrist, CRNP, and RN. (Id.). Kilby supplied 124.93% of the total available hours and maintained a 100% fill rate for ten positions, consisting of the clinical positions of Psychiatrist, Psychologist, and CNRP, and, in Crisis Stabilization Unit ("CSU"), Psychiatrist. (Id.).

Limestone provided 117.64% of the total available hours and maintained a 100% fill rate for five positions, including the clinical positions of Psychiatrist and MHP. (Id.). St. Clair contributed 182.90% of the total available hours to work and

16

maintained a 100% fill rate for five positions, including the clinical position of Psychiatrist. (Id.). Staton supplied 138.48% of the total available hours, and, additionally, Staton maintained a 100% fill rate for five positions, consisting of the clinical positions of Psychiatrist, CRNP, and LPN. (Id.). Ventress provided 281.33% of the total available hours and maintained a 100% fill rate for four positions, including the clinical positions of Psychiatrist and CRNP. (Id.).

Overall, all thirteen facilities maintained a fill rate of 80% or higher, and eleven of those facilities maintained a fill rate above 100%. (Id.). These results reflect the State's commitment to increasing mental health staffing and maintaining strong clinical coverage systemwide.

## V. OTHER INFORMATION REVEALED BY THE FOURTH QUARTER 2025 MENTAL HEALTH STAFFING REPORT.

### A. THE STATE'S POSITION.

The Report represents the State's substantial investment in providing mental health services to inmates housed in ADOC's facilities. The Report further shows the State's ongoing contributions in expanding mental health staffing and services, along with the vendor's efforts to recruit and retain mental health staff. ADOC continued to report positive mental health staffing hours worked, reporting 165,147,50 hours. (Doc. 4508-1).

The Report tracks 162 metal health positions, and the State achieved a 100% fill rate for 105 of these positions. (Id.). In addition, sixteen mental health positions

achieved a fill rate of 90% to 99%.  (Id.).  A full review of the Report confirms Plaintiffs target a narrow subset of positions does not reflect systemwide mental health staffing.  Overall, 121 of the 162 positions met or exceeded 90% of required hours, including a substantial majority of core clinical positions at the mental-health hubs.  Plaintiffs highlight quarter-to-quarter decreases in particular categories, but those fluctuations remain modest in context of the larger upward trend in mental health staffing.  The total decrease of 7,473 hours from the fourth quarter of 2025 to the first quarter of 2026 represents approximately 4.3% of the fourth-quarter total.  The long-term trend continues to show substantial improvement, including a 33,109.12-hour increase since the second quarter of 2023.  The State's continued efforts and strong staffing performance during the first quarter of 2026, particularly for clinical positions and at mental health hubs, underscores the State's commitment to providing mental health treatment for inmates and further increasing mental health staff systemwide.

Dated: June 8, 2026

/s/ William R. Lunsford
William R. Lunsford

*One of the attorneys for the State*

William R. Lunsford
Daniel J. Chism
Lynette E. Potter
Megan M. Everett

18

**BUTLER SNOW LLP**
200 West Side Square
Huntsville, AL 35801
Telephone: (256) 936-5650
Facsimile: (256) 936-5651
bill.lunsford@butlersnow.com
daniel.chism@butlersnow.com
lynette.potter@butlersnow.com
megan.everett@butlersnow.com

**ATTORNEYS FOR THE STATE**


/s/ *Julia T. Mudd*
Julia T. Mudd

*One of the attorneys for the Plaintiffs*

Lisa W. Borden
Latasha L. McCrary Dejarnett
**SOUTHERN POVERTY LAW CENTER**
400 Washington Avenue
Montgomery, AL 36104
Telephone: (334) 956-8200
Facsimile: (334) 956-8481
lisa.borden@splcenter.org
latasha.dejarnett@splcenter.org

Emily B. Lubin*
Julia T. Mudd*
**SOUTHERN POVERTY LAW CENTER**
201 St. Charles Ave. Suite 2000
New Orleans, LA 70170
Telephone: (504) 401-2291
Emily.Lubin@splcenter.org
Julia.Mudd@splcenter.org
*Admitted pro hac vice*

Andrew Udelsman*
**SOUTHERN POVERTY LAW CENTER**
2 South Biscayne Blvd.
Suite 3750
Miami, FL 33131
Telephone: (786) 742-9397
Andrew.udelsman@splcenter.org
*Admitted pro hac vice*

Lonnie J. Williams
Barbara A. Lawrence
Andrea J. Mixson
Larry G. Canada
**ALABAMA DISABILITIES
ADVOCACY PROGRAM**
2008 12th Street
Tuscaloosa, AL 35401
Telephone: (205) 348-6894
lcanada@adap.ua.edu
lwilliams@adap.ua.edu
blawrence@adap.ua.edu
amixson@adap.ua.edu

Catherine E. Stetson*
Neal K. Katyal*
Jo-Ann T. Sagar*
**HOGAN LOVELLS US LLP**
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
cate.stetson@hoganlovells.com
neal.katyal@hoganlovells.com
jo-ann.sagar@hoganlovells.com
*Admitted pro hac vice*

20

Joshua C. Toll*
**KING & SPALDING LLP**
1700 Pennsylvania Avenue NW, 2nd
Floor
Washington, DC 20006-4707
Telephone: (202) 227-6138
Facsimile: (202) 626-3737
jtoll@kslaw.com
*Admitted pro hac vice*

Deana Johnson*
Brett T. Lane
**MHM Services, Inc.**
1447 Peachtree Street NE
Suite 500
Atlanta, GA 30309
Telephone: (404) 347-4134
djohnson@mhm-services.com
btlane@mhm-services.com
*Admitted pro hac vice*

**ATTORNEYS FOR THE PLAINTIFFS**

Anil A. Mujumdar
**DAGNEY JOHNSON LAW GROUP**
2170 Highland Avenue, Suite 250
Birmingham, AL 35213
Telephone: (205) 590-6986
Facsimile: (205) 809-7899
anil@dagneylaw.com

**ATTORNEY FOR PLAINTIFF ALABAMA DISABILITIES ADVOCACY PROGRAM**

21