# Exhibit 1

# Psychiatrist

| | Total Hours 2.2.2.5 | | | | | | Fill Rate | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2025 | 2025 | 2025 | 2025 | 2026 | | 2025 | 2025 | 2025 | 2025 | 2026 |
| | Jan-Mar | Apr-Jun | July-Sept | Oct-Dec | Jan-Mar | | Jan-Mar | Apr-Jun | July-Sept | Oct-Dec | Jan-Mar |
| Bibb | 253.5 | 218 | 201 | 224.4 | 217.6 | | 100 | 98.64 | 89.57 | 100 | 100 |
| Bullock CF | 345.75 | 490.75 | 897.6 | 897.6 | 870.5 | | 39.72 | 55.51 | 100 | 100 | 100 |
| Bullock OP | 447.7 | 442 | 418 | 399 | 435.25 | | 100 | 100 | 93.14 | 88.9 | 100 |
| Donaldson CF | 447.95 | 496.75 | 448.8 | 448.8 | 477.75 | | 100 | 100 | 100 | 100 | 100 |
| Donaldson OP | 230.5 | 256 | 224.4 | 240 | 219 | | 100 | 100 | 100 | 100 | 100 |
| Easterling CF | 196.75 | 222.75 | 248 | 226.6 | 232.5 | | 90.42 | 100 | 100 | 100 | 100 |
| Fountain CF | 404.75 | 460.5 | 110 | *211.5* | 225 | | 100 | 100 | 49.02 | 94.25 | 100 |
| Hamilton A&I | 156 | 157.75 | *171* | *181.25* | 156 | | 100 | 100 | 100 | 100 | 100 |
| Holman CF | 217.8 | 132 | 192 | *176.75* | 130.6 | | 100 | 99.55 | 100 | 100 | 100 |
| Kilby CF | 878.4 | 884 | 1053.35 | 1034.6 | 1275.25 | | 100 | 100 | 100 | 100 | 100 |
| Kilby CSU | 218.6 | 221 | 220.75 | 212.25 | 217.75 | | 100 | 100 | 98.37 | 94.59 | 100 |
| Limestone CF | 351.25 | 401 | 534 | 494.75 | 435.2 | | 80.71 | 90.72 | 100 | 100 | 100 |
| St. Clair CF | 224.25 | 194.75 | 250 | *226* | 217.6 | | 100 | 88.12 | 100 | 100 | 100 |
| Staton CF | 243.05 | 247.5 | 224.4 | 230 | 262.5 | | 100 | 100 | 100 | 100 | 100 |
| Tutwiler | 567.2 | 609.25 | 699.25 | *693.75* | 610.75 | | 100 | 100 | 100 | 100 | 100 |
| Tutwiler OP | 543.1 | 590.25 | 525.4 | 907.5 | 593.75 | | 100 | 100 | 100 | 100 | 100 |
| Ventress CF | 249.5 | 243.75 | 224.4 | 220 | 217.6 | | 100 | 100 | 100 | 98.04 | 100 |
| **Totals** | **5976.05** | **6268** | **6642.35** | **7024.75** | **6794.60** | | | | | | |
| **Change from previous quarter** | **-424.4** | **291.95** | **374.35** | **382.40** | **-230.15** | | | | | | |

## MH CRNP

| | Total Hours 2.2.2.5 | | | | | | Fill Rate | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2025 | 2025 | 2025 | 2025 | 2026 | | 2025 | 2025 | 2025 | 2025 | 2026 |
| | Jan-Mar | Apr-Jun | July-Sept | Oct-Dec | Jan-Mar | | Jan-Mar | Apr-Jun | July-Sept | Oct-Dec | Jan-Mar |
| Bibb | 286 | 398.25 | 341 | 310.6 | 435.15 | | 65.72 | 90.1 | 75.98 | 69.21 | 99.99 |
| Bullock Inpatient | 320 | 364.25 | 531.9 | 318.9 | 169.75 | | 29.41 | 32.96 | 47.41 | 28.42 | 15.60 |
| Bullock Outpatient | 109.3 | 22.5 | 0 | *279.75* | *625* | | 16.74 | 3.39 | 0 | 41.56 | 95.74 |
| Donaldson CF | 652.8 | 659.75 | 626.45 | 704.95 | 682 | | 100 | 99.51 | 93.06 | 100 | 100 |
| Donaldson Outpatient | 463 | 466.5 | 453.85 | 474 | 455.5 | | 100 | 100 | 100 | 100 | 100 |
| Easterling CF | 237.25 | 203.75 | 225 | 224.4 | 217.75 | | 100 | 92.19 | 100 | 100 | 100 |
| Fountain CF | 404.75 | 288 | 312.75 | 211.5 | *297.75* | | 100 | 100 | 100 | 94.25 | 100 |
| Hamilton A&I | 0 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 |
| Holman CF | *445.2* | 385.75 | 449.75 | 488 | *439.65* | | 100 | 87.27 | 100 | 100 | 100 |
| Kilby CF | 1059.1 | 935 | *1358.4* | 1346.4 | 1305.75 | | 81.12 | 70.51 | 100 | 100 | 100 |
| Kilby CSU | 31.9 | 16.75 | 0 | 212.25 | 11.5 | | 7.33 | 3.79 | 0 | 94.59 | 2.64 |
| Limestone CF | 666.25 | 616.25 | 694 | 675.5 | 629.8 | | 100 | 92.95 | 100 | 100 | 96.48 |
| St. Clair CF | 490.25 | 457.5 | 463.5 | 386.25 | 420.15 | | 100 | 100 | 100 | 86.06 | 96.54 |
| Staton CF | *438.95* | 464.25 | *416.6* | 464.75 | 487.5 | | 100 | 100 | 92.83 | 100 | 100 |
| Tutwiler | 108.8 | 110.5 | 0 | 71.5 | 110 | | 100 | 100 | 0 | 63.73 | 100 |
| Tutwiler Outpatient | 870.4 | 884 | 897.6 | 788 | *885.5* | | 100 | 100 | 100 | 87.79 | 100 |
| Ventress CF | 226.5 | 272 | 217.85 | 234 | *226.4* | | 100 | 100 | 97.08 | 100 | 100 |
| **Totals** | **6810.45** | **6545** | **6988.65** | **7190.75** | **7399.15** | | | | | | |
| **Change from previous quarter** | **-522.3** | **-265.45** | **443.65** | **202.1** | **208.4** | | | | | | |

Bullock Outpatient, Kilby CSU, and Tutwiler In-Patient have positions listed but no hours for 2025 July-Sept quarter.

Fountain had a position listed but no hours for 2024 Apr - Jun quarter.

Hamilton A&I has no position listed.

## Psychologist PhD

| | Total Hours 2.2.2.5 | | | | | | Fill Rate | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 2025 | 2025 | 2025 | 2025 | 2026 | | 2025 | 2025 | 2025 | 2025 | 2026 |
| | Jan-Mar | Apr-Jun | July-Sept | Oct-Dec | Jan-Mar | | Jan-Mar | Apr-Jun | July-Sept | Oct-Dec | Jan-Mar |
| Bibb | 0 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 |
| Bullock CF | 320 | 962.75 | 948.75 | *599.00* | 480 | | 29.41 | 87.13 | 84.56 | 53.39 | 44.12 |
| Bullock Outpatient | 0 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 |
| Donaldson CF | 450.5 | 450.25 | 471.25 | 416.50 | 474.25 | | 51.76 | 50.93 | 52.5 | 46.4 | 54.49 |
| Donaldson Outpatient | 0 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 |
| Easterling CF | 0 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 |
| Fountain CF | 0 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 |
| Hamilton A&I | 0 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 |
| Holman CF | *173.25* | 107.75 | 0 | 390.50 | 0 | | 39.81 | 24.38 | 0 | 87.01 | 0 |
| Kilby CF | 448.75 | 521.5 | 456 | *632.00* | 472.75 | | 100 | 100 | 100 | 100 | 100 |
| Kilby CSU | 277.25 | 355.75 | 457.75 | 0 | 0 | | 63.71 | 80.49 | 100 | 0 | 0 |
| Limestone CF | 0 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 |
| St. Clair CF | 0 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 |
| Staton CF | 0 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 |
| Tutwiler | 591.5 | 583 | 602.25 | 472.00 | 582.00 | | 100 | 100 | 100 | 100 | 100 |
| Tutwiler Outpatient | 0 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 |
| Ventress CF | 0 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 |
| Totals | 2261.25 | 2981 | 2936 | 2510 | 2009 | | | | | | |
| Change from previous quarter | 362.75 | 719.75 | -45 | -426 | -501 | | | | | | |

Kilby CSU hours began 2025 Q1 for this position.
Where there are zeros other than Kilby CSU and Holman, there is no position to fill.

## MH Site Program Mgr

| | **Total Hours 2.2.2.5** | | | | | | **Fill Rate** | | | | |
| | **2025** | **2025** | **2025** | **2025** | **2026** | | **2025** | **2025** | **2025** | **2025** | **2026** |
| | Jan-Mar | Apr-Jun | July-Sept | Oct-Dec | Jan-Mar | | Jan-Mar | Apr-Jun | July-Sept | Oct-Dec | Jan-Mar |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Bibb | 451.2 | 468.25 | 483.75 | 440.75 | 436 | | 100 | 100 | 100 | 98.21 | 100 |
| Bullock CF | 470.75 | 170 | 341.25 | 458.8 | 439.25 | | 100 | 38.46 | 76.04 | 100 | 100 |
| Bullock Outpatient | 446.75 | 478.5 | 282.25 | 456.8 | 435.25 | | 100 | 100 | 62.89 | 100 | 100 |
| Donaldson CF | 435.2 | 437.5 | 448.8 | 343.25 | 471.25 | | 100 | 98.98 | 100 | 76.48 | 100 |
| Donaldson Outpatient | 343.25 | 325.75 | 448.8 | 457.05 | 415.5 | | 78.87 | 73.7 | 100 | 100 | 95.47 |
| Easterling CF | 199.75 | 442 | 518.5 | 448.8 | 451 | | 45.9 | 100 | 100 | 100 | 100 |
| Fountain CF | 450.7 | 442 | 448.8 | 489.25 | 525.5 | | 100 | 100 | 100 | 100 | 100 |
| Hamilton A&I | 482.25 | 481.5 | 453 | 471.75 | 472 | | 100 | 100 | 100 | 100 | 100 |
| Holman CF | 417.75 | 443.5 | 166 | 479.25 | 451.75 | | 95.99 | 100 | 36.99 | 100 | 100 |
| Kilby CF | 451.2 | 447 | 448.8 | 450.5 | 441.5 | | 100 | 100 | 100 | 100 | 100 |
| Kilby CSU | 0 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 100 |
| Limestone CF | 485.75 | 475.75 | 448.8 | 457.8 | 478.75 | | 100 | 100 | 100 | 100 | 100 |
| St. Clair CF | 558.75 | 646 | 545 | 439.5 | 435.25 | | 100 | 100 | 100 | 97.93 | 100 |
| Staton CF | 504.5 | 528.25 | 454.25 | 477.75 | 435.25 | | 100 | 100 | 100 | 100 | 100 |
| Tutwiler | 342.4 | 431.75 | 455.75 | 417.75 | 98.5 | | 100 | 100 | 100 | 100 | 30.18 |
| Tutwiler Outpatient | 521.5 | 582.5 | 433.5 | 657.5 | 435.25 | | 100 | 100 | 96.59 | 100 | 100 |
| Ventress CF | 462.68 | 451 | 448 | 453 | 435.25 | | 100 | 100 | 100 | 100 | 100 |
| **Totals** | **7024.38** | **7251.25** | **6825.25** | **7399.5** | **6857.25** | | | | | | |
| **Change from previous quarter** | **-179.37** | **226.87** | **-426** | **574.25** | **-542.25** | | | | | | |
| *No position listed for Kilby CSU, though there is an RTU/SU coordinator. | | | | | | | | | | | |

## MHP

| | Total Hours 2.2.2.5 | | | | | | Fill Rate | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2025 | 2025 | 2025 | 2025 | 2026 | | 2025 | 2025 | 2025 | 2025 | 2026 |
| | Jan-Mar | Apr-Jun | July-Sept | Oct-Dec | Jan-Mar | | Jan-Mar | Apr-Jun | July-Sept | Oct-Dec | Jan-Mar |
| Bibb | 1670.5 | 2039.25 | 1825.25 | 1954.75 | 1386.25 | | 95.94 | 100 | 100 | 100 | 79.63 |
| Bullock CF | 1729.25 | 1127.5 | 1773 | 1612.45 | 1456.00 | | 61.13 | 39.24 | 60.78 | 55.27 | 51.47 |
| Bullock Outpatient | 1287.5 | 2300.25 | 2918 | 2843.95 | 2719.25 | | 34.8 | 61.23 | 76.49 | 74.55 | 73.51 |
| Donaldson CF | 1647.55 | 1680.25 | 1991.45 | 2255.50 | 2667.25 | | 63.1 | 63.36 | 73.95 | 83.76 | 100 |
| Donaldson Outpatient | 2104.25 | 1455 | 2350.45 | 2084.70 | 1528.75 | | 80.59 | 54.86 | 87.29 | 77.42 | 58.55 |
| Easterling CF | 2051 | 1738.5 | 1819.5 | 1639.95 | 1855.00 | | 100 | 98.33 | 100 | 91.35 | 100 |
| Fountain CF | 785.55 | 612.25 | 1248.2 | 1368.25 | 1382.75 | | 60.17 | 46.17 | 92.71 | 100 | 100 |
| Hamilton A&I | 287.75 | 157.75 | 466 | 507.50 | 444.75 | | 66.12 | 100 | 100 | 100 | 100 |
| Holman CF | 355.75 | 434.75 | 728.25 | 445.25 | 412.25 | | 81.74 | 98.36 | 100 | 99.21 | 94.73 |
| Kilby CF | 4376.8 | 4350.25 | 3602.45 | 5360.00 | 4725.00 | | 91.43 | 89.47 | 72.97 | 100 | 98.7 |
| Kilby CSU | 249.25 | 211.5 | 169.75 | 702.00 | 641.25 | | 38.18 | 31.9 | 25.22 | 100 | 98.23 |
| Limestone CF | 4245.25 | 4403.5 | 4048.7 | 4090.20 | 4004.00 | | 100 | 100 | 100 | 100 | 100 |
| St. Clair CF | 2337 | 2212.5 | 2222.5 | 1431.50 | 1464.00 | | 100 | 100 | 100 | 100 | 74.75 |
| Staton CF | 2855.25 | 2392 | 2452.75 | 2337.00 | 2271.75 | | 100 | 90.2 | 91.09 | 86.79 | 87 |
| Tutwiler | 430.35 | 1006.75 | 565 | 981.50 | 992.25 | | 98.89 | 100 | 100 | 100 | 100 |
| Tutwiler Outpatient | 2831 | 2925.75 | 2708.25 | 2063.25 | 1423.75 | | 100 | 100 | 100 | 76.62 | 54.52 |
| Ventress CF | 1239.07 | 1457.5 | 1326.45 | 564.25 | 696.5 | | 81.35 | 94.21 | 84.44 | 35.92 | 45.73 |
| Totals | 30483.07 | 30505.25 | 32215.95 | 32242 | 30070.75 | | | | | | |
| Change from previous quarter | 436.32 | 22.18 | 1710.7 | 26.05 | -2171.25 | | | | | | |

## MH Registered Nurse

| | Total Hours 2.2.2.5 | | | | | | Fill Rate | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2025 | 2025 | 2025 | 2025 | 2026 | | 2025 | 2025 | 2025 | 2025 | 2026 |
| | Jan-Mar | Apr-Jun | July-Sept | Oct-Dec | Jan-Mar | | Jan-Mar | Apr-Jun | July-Sept | Oct-Dec | Jan-Mar |
| Bibb | 435.2 | 482.5 | 455.75 | 427.25 | 436 | | 100 | 100 | 100 | 95.2 | 100 |
| Bullock CF | 3939.2 | 3761 | 4166.8 | 3852.80 | 3754.25 | | 100 | 100 | 100 | 100 | 100 |
| Bullock Outpatient | 483.75 | 530.5 | 105.25 | 570.50 | 390.50 | | 55.58 | 60.01 | 11.73 | 63.56 | 44.86 |
| Donaldson CF | 1961.5 | 1856.4 | 1971.36 | 1892.96 | 1832.00 | | 100 | 100 | 100 | 100 | 100 |
| Donaldson Outpatient | 435.2 | 442 | 456.8 | 543.00 | 435.25 | | 100 | 100 | 100 | 100 | 100 |
| Easterling CF | 218.75 | 221 | 212.75 | 215.00 | 204.00 | | 100 | 100 | 94.81 | 95.81 | 93.75 |
| Fountain CF | 402.25 | 457.75 | 448.8 | 449.50 | 453.25 | | 92.43 | 100 | 100 | 100 | 100 |
| Hamilton A&I | 74.5 | 61 | 53 | 26.75 | 81.25 | | 85.59 | 69 | 59.05 | 29.8 | 93.35 |
| Holman CF | 276.25 | 135.5 | 0 | 144.25 | 217.60 | | 100 | 61.31 | 0 | 64.28 | 100 |
| Kilby CF | 1092.75 | 1232.5 | 1060.25 | 547.25 | 432.00 | | 100 | 100 | 94.5 | 48.77 | 39.71 |
| Kilby CSU | 1845.09 | 1908.15 | 985.75 | 1440.00 | 1620.25 | | 100 | 100 | 52.3 | 76.39 | 88.64 |
| Limestone CF | 752.5 | 474 | 429 | 493.25 | 558.25 | | 86.45 | 53.62 | 47.79 | 54.95 | 64.14 |
| St. Clair CF | 465.8 | 399.25 | 448.8 | 429.25 | 435.25 | | 100 | 90.33 | 100 | 95.64 | 100 |
| Staton CF | 433.5 | 444 | 360.75 | 434.25 | 419.15 | | 99.61 | 100 | 80.38 | 96.76 | 96.31 |
| Tutwiler | 2168.5 | 2352.5 | 1469.75 | 1644.75 | 1550.75 | | 100 | 100 | 77.97 | 87.26 | 84.84 |
| Tutwiler Outpatient | 1034.5 | 785 | 898.75 | 842.00 | 646.25 | | 100 | 88.8 | 100 | 93.81 | 74.25 |
| Ventress CF | 439 | 456.5 | 445.5 | 465.50 | 404.00 | | 100 | 100 | 99.26 | 100 | 92.83 |
| Totals | 16458.24 | 15999.55 | 13969.06 | 14418.26 | 13870 | | | | | | |
| Change from previous quarter | -1022.42 | -458.69 | -2030.49 | 449.2 | -548.26 | | | | | | |
| There is a position at Holman but no hours worked July-Sept 2025. | | | | | | | | | | | |

**MH LPN**

| | Total Hours 2.2.2.5 | | | | | | Fill Rate | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2025 | 2025 | 2025 | 2025 | 2026 | | 2025 | 2025 | 2025 | 2025 | 2026 |
| | Jan-Mar | Apr-Jun | July-Sept | Oct-Dec | Jan-Mar | | Jan-Mar | Apr-Jun | July-Sept | Oct-Dec | Jan-Mar |
| Bibb | 874.05 | 1593 | 1708 | 1492.25 | 1053.00 | | 66.95 | 100 | 100 | 100 | 80.65 |
| Bullock CF | 5816.55 | 5698 | 5236.95 | 4756.70 | 4924.75 | | 99 | 95.49 | 86.44 | 78.51 | 83.82 |
| Bullock Outpatient | 901.5 | 734.25 | 472.25 | 544.75 | 13.25 | | 41.43 | 33.22 | 21.05 | 24.28 | 0.61 |
| Donaldson CF | 2893.15 | 2272.1 | 2408.54 | 1606.29 | 3164.10 | | 94.97 | 73.44 | 76.67 | 51.13 | 100 |
| Donaldson Outpatient | 1037.3 | 977.25 | 1171.95 | 1122.00 | 417.25 | | 95.34 | 88.44 | 100 | 100 | 38.35 |
| Easterling CF | 438.75 | 460.25 | 456.75 | 458.75 | 448.00 | | 67.21 | 69.42 | 67.85 | 68.14 | 68.63 |
| Fountain CF | 984.5 | 953.5 | 410.95 | 670.75 | 935.25 | | 100 | 100 | 45.78 | 74.73 | 100 |
| Hamilton A&I | 256 | 253.5 | 268.75 | 246.00 | 283.25 | | 100 | 100 | 100 | 100 | 100 |
| Holman CF | 450.75 | 490 | 459 | 500.25 | 66.15 | | 100 | 100 | 100 | 100 | 15.2 |
| Kilby CF | 1060.5 | 1045 | 927.75 | 835.25 | 934.75 | | 97.47 | 94.57 | 82.69 | 74.44 | 85.91 |
| Kilby CSU | 1449.66 | 1423.35 | 1138.75 | 1283.75 | 803.00 | | 79.31 | 76.67 | 60.41 | 68.1 | 43.93 |
| Limestone CF | 752.5 | 516.25 | 408 | 471.50 | 505.75 | | 86.45 | 25.96 | 20.2 | 23.35 | 25.82 |
| St. Clair CF | 979.2 | 912 | 971.45 | 493.00 | 920.75 | | 100 | 91.7 | 96.2 | 48.82 | 94.03 |
| Staton CF | 968.75 | 1231.5 | 13.66 | 1421.50 | 1369.50 | | 74.2 | 92.87 | 100 | 100 | 100 |
| Tutwiler | 2045 | 1914 | 1960 | 2133.75 | 2045.25 | | 100 | 100 | 100 | 100 | 100 |
| Tutwiler Outpatient | 693.5 | 1043.25 | 1286.5 | 513.25 | 310.50 | | 53.12 | 78.68 | 95.55 | 38.12 | 23.78 |
| Ventress CF | 439 | 963 | 890.75 | 877.25 | 626.00 | | 100 | 100 | 99.24 | 97.73 | 71.92 |
| Totals | 22040.66 | 22480.2 | 20190 | 19426.99 | 18820.50 | | | | | | |
| Change from previous quarter | -2671.75 | 439.54 | -2290.2 | -763.01 | -606.49 | | | | | | |

**Director of Nursing**

| | Total Hours 2.2.2.5 | | | | | | Fill Rate | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2025 | 2025 | 2025 | 2025 | 2026 | | 2025 | 2025 | 2025 | 2025 | 2026 |
| | Jan-Mar | Apr-Jun | July-Sept | Oct-Dec | Jan-Mar | | Jan-Mar | Apr-Jun | July-Sept | Oct-Dec | Jan-Mar |
| Bibb | 0 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 |
| Bullock CF | 563 | 340.25 | 416 | 476.50 | 469.50 | | 100 | 76.98 | 92.69 | 100 | 100 |
| Bullock Outpatient | 0 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 |
| Donaldson CF | 440.75 | 225.5 | 12 | 400.25 | 240.00 | | 100 | 51.02 | 2.67 | 89.18 | 55.15 |
| Donaldson Outpatient | 0 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 |
| Easterling CF | 0 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 |
| Fountain CF | 0 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 |
| Hamilton A&I | 0 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 |
| Holman CF | 0 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 |
| Kilby CF | 0 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 |
| Kilby CSU | 0 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 |
| Limestone CF | 0 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 |
| St. Clair CF | 0 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 |
| Staton CF | 0 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 |
| Tutwiler | 476.75 | 243.75 | 451.5 | 444.00 | 484.50 | | 100 | 55.15 | 100 | 98.93 | 100 |
| Tutwiler Outpatient | 0 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 |
| Ventress CF | 0 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 |
| Totals | 1480.5 | 809.5 | 879.5 | 1320.75 | 1194 | | | | | | |
| Change from previous quarter | 621.5 | -671 | 70 | 441.25 | -126.75 | | | | | | |

For all zeros, there is no listed position.