IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
EDWARD BRAGGS, et al.,        )
                              )
     Plaintiffs,              )
                              )      CIVIL ACTION NO.
     v.                       )       2:14cv601-MHT
                              )
GREG LOVELACE, in his         )
official capacity as          )
Commissioner of               )
the Alabama Department of     )
Corrections, et al.,          )
                              )
     Defendants.              )
```

PHASE 1 ORDER REGARDING REVISED TRANSITION PLAN

It is ORDERED that oral argument is set for July 16, 2026, at 10:00 a.m., by videoconference, on the defendants' motion to extend the deadline to file a revised transition plan (Doc. 4305). The courtroom deputy shall arrange for the videoconference.

DONE, this the 30th day of June, 2026.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE