IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

EDWARD BRAGGS, et al.,           )
                                 )
     Plaintiffs,                 )
                                 )        CIVIL ACTION NO.
     v.                          )          2:14cv601-MHT
                                 )              (WO)
GREG LOVELACE, in his            )
official capacity as             )
Commissioner of                  )
the Alabama Department of        )
Corrections, et al.,             )
                                 )
     Defendants.                 )

PHASE 1 ADA ORDER ON DEFENDANTS' MOTION TO EXTEND
REVISED TRANSITION PLAN FILING DEADLINE

During an on-the-record status conference on July 16, 2026, the parties agreed that the defendants' motion to extend the deadline to file the revised transition plan is now unopposed.  The parties also agreed that the court need not make findings under *Rufo v. Inmates of Suffolk County Jail,* 502 U.S. 367 (1992), to resolve the motion.  Accordingly, it is ORDERED that:

(1) The defendants' motion to extend the revised transition plan filing deadline (Doc. 4305) is granted.

(2) The ADA Consultant shall submit a proposed revised transition plan to the parties by October 16, 2026.  The defendants are to notify the court when they have received the document.

(3) The defendants shall file a revised transition plan by December 16, 2026.

DONE, this the 16th day of July, 2026.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE

2