IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| EDWARD BRAGGS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:14cv601-MHT |
| | ) | (WO) |
| GREG LOVELACE, in his | ) | |
| official capacity as | ) | |
| Commissioner of | ) | |
| the Alabama Department of | ) | |
| Corrections, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PHASE 1 ADA ORDER ON FUTURE STATUS CONFERENCES

At an on-the-record hearing on July 16, 2026, the court required the parties to submit a joint proposal for holding triannual status conferences on the Phase 1 ADA aspect of the case.  Because the court now realizes that it has already required such status conferences, with prehearing reports required as well, it is ORDERED that the parties are no longer required to file a joint proposal.

DONE, this the 17th day of July, 2026.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE