IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| EDWARD BRAGGS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:14cv601-MHT |
| | ) | (WO) |
| GREG LOVELACE, in his | ) | |
| official capacity as | ) | |
| Commissioner of | ) | |
| the Alabama Department of | ) | |
| Corrections, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### PHASE 1 ADA ORDER ON ADA CONSULTANT

From the representations made by the parties during the on-the-record hearing on July 16, 2026, there appears to be some confusion as to how ADA consultant Gina Hilberry became involved in this litigation, including whether she was appointed by the court. It is, therefore, ORDERED that, by July 24, 2026, the parties shall file a statement reflecting their 'joint understanding' of how ADA consultant Gina Hilberry

became involved in this case (including, but not limited to, whether she was appointed by the court).

DONE, this the 17th day of July, 2026.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE