IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| EDWARD BRAGGS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:14cv601-MHT |
| ) | (WO) |
| GREG LOVELACE, in his ) | |
| official capacity as ) | |
| Commissioner of ) | |
| the Alabama Department of ) | |
| Corrections, et al., ) | |
| ) | |
| Defendants. ) | |

PHASE 2A ORDER ON REVISING OMNIBUS REMEDIAL ORDER
AS IT RELATES TO TUTWILER

Based on the representations made at the oral argument held on July 29, 2026, it is ORDERED that, by August 17, 2026, the parties shall file a joint enumerated list of remedial order provisions that should be set aside, in whole or in part, insofar as they pertain to the Julia Tutwiler Prison for Women. If the parties cannot come to an agreement on this matter, they shall each file a separate list, plus

briefing that identifies which provisions they disagree on and explains why those each disputed provision should be retained or set aside.

DONE, this the 30th day of July, 2026.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE