IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| EDWARD BRAGGS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COMMISSIONER OF THE ALABAMA DEPARTMENT OF CORRECTIONS, in his/her official capacity, et al.,<br><br>Defendants. | ) | CIVIL ACTION NO.<br>2:14cv601-MHT<br>(WO) |

PHASE 2A ORDER AS TO TRAINING BY THE EMT

Previously, as a part of their objections to the performance measures and audit tools, the defendants raised the issue of when the external monitoring team (EMT) will begin training the internal monitoring team (IMT). At the status conference on October 1, 2026, the defendants withdrew their concern. Accordingly, it is ORDERED that the issue raised by the defendants as to when the EMT will begin training the IMT is withdrawn.

DONE, this the 5th day of October, 2026.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE