IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| EDWARD BRAGGS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:14cv601-MHT |
| | ) | (WO) |
| COMMISSIONER OF THE ALABAMA DEPARTMENT OF CORRECTIONS, in his/her official capacity, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PHASE 2A ORDER REGARDING OMNIBUS REMEDIAL ORDER REVISION PROCESS

This case is before the court on the defendants' contentions made at and following the August 4, 2026, oral argument on the omnibus remedial order revision process, including their contentions that the remedial provisions the Eleventh Circuit, in *Dunn v. Comm'r, Ala. Dep't of Corr.*, 179 F.4th 1277 (11th Cir. 2026), directed this court to modify must be eliminated rather than stayed while the court considers modification, and that this court cannot schedule an evidentiary hearing on

**modification of the remedial provisions *sua sponte* and is required to wait for the plaintiffs to move for modification. Upon consideration, it is ORDERED that the defendants' contentions are overruled. An opinion explaining the court's reasoning will follow.**

**DONE, this the 6th day of October, 2026.**

**/s/ Myron H. Thompson**
**UNITED STATES DISTRICT JUDGE**