IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| EDWARD BRAGGS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:14cv601-MHT |
| | ) | (WO) |
| COMMISSIONER OF THE ALABAMA DEPARTMENT OF CORRECTIONS, in his/her official capacity, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PHASE 2A ORDER REGARDING HEARING ON STAFFING

Based on representations made on the record on October 1, 2026, regarding the directive of the Eleventh Circuit Court of Appeals in *Dunn v. Comm'r, Ala. Dep't of Corr.*, 179 F.4th 1277, 1323 (11th Cir. 2026) (Doc. 4520), to "modify the injunctive relief consistent with" the opinion, it is ORDERED as follows:

(1) The issue of modifying the remedial provisions related to staffing is set for an evidentiary hearing on December 7, 2026, at 9:00 a.m., by Zoom. At the October 1 status conference, the court understood the parties to

agree that the evidentiary hearing could be conducted by Zoom. If the court has misunderstood, the parties should notify the court within five business days. The hearing on this issue is one of three evidentiary hearings set for December 7.

(2) By November 9, 2026, the parties shall file their expert reports.

(3) By November 9, 2026, the parties shall file pretrial briefs. In their briefs, the parties should first identify how the current remedial provisions related to staffing should be modified, to the extent directed by the Eleventh Circuit, to satisfy the Prison Litigation Reform Act (PLRA), 18 U.S.C. § 3626. Secondly, the parties should summarize the expert testimony they intend to present on the issue, including what and how the evidence and analysis support the experts' conclusions.

(4) An on-the-record pretrial hearing is set for November 16, 2026, at 9:00 a.m., by Zoom. At the pretrial

hearing, the court will discuss how the three evidentiary hearings should be staggered.

DONE, this the 6th day of October, 2026.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE